UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DAVID EDMOND, CAROL EDMOND
And TOM EDMOND,

Plaintiffs,

    -  Against  -

LONGWOOD CENTRAL SCHOOL
DISTRICT, SUFFOLK COUNTY, SUFFOLK
COUNTY POLICE DEPARTMENT, SUFFOLK
COUNTY POLICE OFFICER EDWARD
ZIMMERMAN, in his individual and official
capacities, SUFFOLK COUNTY POLICE
OFFICER SGT ISNARDI, in his individual and
official capacities, SUFFOLK COUNTY
POLICE OFFICERS "JOHN AND JANE DOES
1-10," in their individual and official capacities,
LONGWOOD SUPERINTENDANT MICHAEL
R. LONERGAN, in his individual and official
capacity, PRINCIPAL MARIA CASTRO in her
individual and official capacity, LONGWOOD
ASSISTANT PRINCIPAL SCOTT REEESE,
in his individual and official capacity,
LONGWOOD SECURITY GUARD SCOTT, in
his individual and official capacity,
LONGWOOD SECURITY GUARDS "JOHN
AND JANE DOES 1-10," in their individual
and official capacities and JOHN AND JANE
DOE # 1-10, in their individual and official
capacities,

Defendants.
--------------------------------------------------------X

16-CV-2871 (JFB)(AYS)

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Caroline B.

Lineen, sworn to on the 26th day of September, 2016, and the accompanying Memorandum of Law

the defendants, LONGWOOD CENTRAL SCHOOL DISTRICT, DR. MICHAEL LONERGAN,

DR. MARIA CASTO, SCOTT REESE, and SCOTT PARTLOW (*incorrectly sued herein as*

*"Longwood Security Guard Scott")*, will move this Honorable Court on date and time to be decided by the Court:

1. For an Order pursuant to Rule 26[c] of the Federal Rules of Civil Procedure granting a protective order requiring confidentiality as to the identities of non-party current or former students appearing in the video footage maintained by the District; and

2. For such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that the plaintiff's Opposition, if any, is to be filed by October 10, 2016. The defendants' reply papers are to be served and all papers should be filed by October 17, 2016.

Dated: White Plains, New York
September 26, 2016

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: _____
Lewis R. Silverman
Caroline B. Lineen
Attorneys for Longwood School District Defendants
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510

TO: **VIA FEDERAL EXPRESS**
Cory Morris, Esq.
Law Offices of Cory H. Morris
Attorney for Plaintiffs
33 Walt Whitman Road, Suite 310
Dix Hills, New York 11746

Arlene Zwilling, Esq.
Suffolk County Attorney's Office
100 Veteran's Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788