Gmail

Cory Morris <coryhmorris@gmail.com>

## Edmond v. Longwood High School
2 messages

---

**Budd, Marlene** <Marlene.Budd@suffolkcountyny.gov>  
To: Cory Morris <coryhmorris@gmail.com>

Mon, Dec 11, 2017 at 12:52 PM

Hi Cory,

I hope all is well.

As Arlene Zwilling was assigned to the federal action, she will be handling the federal subpoena.

Please note that she advised me that you were provided with the 911 records for both CC numbers, as well as the entire file of Officer Zimmerman.

Other than the IA file, which is privileged under section 50-a of the Civil Rights Law, you received all of the SCPD records either by way of the FOIL or the federal action.

I am not quite sure what else you are requesting.

Please also note that the SRO assigned to the High School was not there on the date of the incident and other than Officer Zimmerman's file, he has no other records. You have been given everything, other than the IA file, which again, is privileged.

Thank you.

Enjoy the rest of your day.

Kind regards,

Marlene

*Marlene L. Budd*  
Assistant County Attorney

Litigation Bureau  
Suffolk County Attorney's Office  
H. Lee Dennison Bldg.  
Hauppauge, New York 11788  
631-853-4062

CONFIDENTIALITY NOTICE: This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message.

---

**Cory Morris** <coryhmorris@gmail.com>  
To: "Budd, Marlene" <Marlene.Budd@suffolkcountyny.gov>, "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>

Tue, Dec 12, 2017 at 7:13 AM

Dear Ms. Budd and Ms. Zwilling:

As you know, I represent the Edmond Plaintiffs in Edmond v. Longwood et al, Docket Number 16-CV-2871. I write in regards to the subpoena over which we discussed as to what Plaintiffs counsel did receive and did not receive.

Please provide certified records, which will remain under the confidentiality stipulation and order, responsive to the subpoena including the Internal Affairs Unit report. If we need to narrow the scope of some of these records, let us do so after a complete record is provided. Among other things, Plaintiffs are without certain 911 phone calls (including but not limited to the Perrotta Phone Call), radio runs, witness statements and notes that were referenced over the phone (Ms. Zwilling on December 8, 2017) and in person.

Thank you very much for your kind consideration. Should you have any questions or concerns, please let us set up a convenient time for us to speak.

Sincerely,
Cory Morris

[Quoted text hidden]
--

AVVO | LinkedIn | Website | CrimLaw | Superlawyer

Phone: (631) 450-2515 | (954) 998-2918

Fax: (631) 223-7377 | (954) 745-4597

Email: CoryHMorris@Gmail.com

The Whitman Atrium          (By appointment only)
33 Walt Whitman Road        515 E. Las Olas Boulevard
Suite 310                   Suite 120
Dix Hills, New York 11746   Fort Lauderdale, FL 33301

CONFIDENTIALITY NOTE: The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (631) 450-2515, or by reply e-mail, and destroy all copies of the original message. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.