**UNITED STATES DISTRICT COURT**           **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**          **MINUTE ORDER**

BEFORE: ANNE Y. SHIELDS                DATE: 2/21/2018
           U.S. MAGISTRATE JUDGE        TIME: 11:00 AM
                                        FTR: 11:50-12:20

CASE:  **CV 16-2871 (JFB) (AYS)** Edmond, et al v. Longwood Central School District, et al

TYPE OF CONFERENCE: DISCOVERY

APPEARANCES:       Plaintiff        <u>Cory Morris</u>

                       Defendant     <u>Caroline Lineen</u>

**THE FOLLOWING RULINGS WERE MADE:**
☐      Scheduling Order entered.
☐      Settlement conference scheduled for  __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.
☐      Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.
☐      The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
☒      Other:
<u>**Rulings by the Court:**</u>

- By March 1, 2018, Defendants are to provide all relevant video footage which captured the incident, including footage from the relevant locations for one hour before the incident and one hour after the incident. The video shall be accompanied by a certification and affidavit of whoever is in charge or preserves the video.

- By March 1, 2018, Defendants shall submit a letter informing the Court whether or not they consent to Plaintiffs' Amended Complaint.

- Plaintiffs' may make any motion for discovery/sanctions counsel deems necessary

                                          SO ORDERED

                                     <u>/s/ Anne Y. Shields</u>
                                     ANNE Y. SHIELDS
                                     United States Magistrate Judge