*Via Electronic Case Filing Only*

LAW OFFICES OF
CORY H. MORRIS
ATTORNEY &
COUNSELOR AT LAW

20 March 2018

SILVERMAN & ASSOCIATES
*Attorneys for Defendants*
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601

*re*   *David Edmond, et al v. Longwood Cent. Sch. Dist., et al*  16-CV-2871 (JFB)(AYS)

ATTENTION   Lewis R. Silverman, Esq.
Caroline B. Lineen, Esq.

Counselors:

PLEASE TAKE NOTICE that as attorney for the Plaintiffs in this action, I demand that you provide dates within the next 20 days for the production of your client, Defendant Assistant Principal SCOTT REESE at his place of employment, Longwood Senior High School, for a supplemental deposition lasting at least four hours during his normal school work day.

The belated deposition of your client, Defendant Director of School Safety JAMES PERROTTA, over a thousand of pages of delayed discovery and the even less timely production a video surveillance concerning day events which are the subject matter in this action clearly establishes the need for additional questioning of Defendant Assistant Principal SCOTT REESE who was less than forthcoming at his initial deposition.

You already delayed this matter many months longer than necessary and we expect you to cooperate in expediting this supplemental deposition which is solely attributable to your failure to produce Defendant Director of School Safety JAMES PERROTTA in a timely fashion and the failure of your client Defendant Assistant Principal SCOTT REESE to provide accurate and fully responsive answers to proper questions about matters which he had direct and actual knowledge or should have had direct and actual knowledge from documents which you were in possession of and/or control over at the time of his deposition but had not yet provided to the Plaintiffs in spite of numerous timely demands for production of such materials,

33 Walt Whitman Road, Suite 310 • Dix Hills, NY 11746
TEL: 631.450.2515  |  FAX: 631.223.7377  |  WEB: coryhmorris.com  |  EMAIL: info@coryhmorris.com

particularly video surveillance contemporaneous with the events which are the subject of the complaint in this action.

Please make sure that you provide your client Defendant Assistant Principal SCOTT REESE with all the documents or other materials you believe are necessary to refresh his recollection about all that matters which he said he could not recall or otherwise lack sufficient memory about to respond to my questions.

CORY H. MORRIS (CM 5225)
THE LAW OFFICES OF CORY H. MORRIS
*Attorney for the Plaintiffs*
33 Walt Whitman Rd, *suite* 310
Dix Hills, New York 11749
Phone: (631) 450-2515
FAX: (631) 223-7377
Cory.H.Morris@protonmail.com

VICTOR JOHN YANNACONE, JR. (VY6405)
*of counsel*
Phone: (631) 470-0231
Email barrister@yannalaw.com