**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE: April 23, 2018          TIME: 4:52 p.m.

CASE NUMBER:      16-CV-2871

TITLE:  *Edmond v. Longwood Central School District, et al*

PLTFFS ATTY:  Cory Morris

DEFTS ATTY:  Caroline Lineen


FTR RECORDER: 4:52 – 5:14          COURTROOM DEPUTY: Anna Karamigios

OTHER:

  X     CASE CALLED.

  X     CONF HELD

  X     ARGUMENT HEARD

  X     DECISION: Reserved