# United States District

*for the*

## Eastern District of New York

---

**DAVID EDMOND, CAROL EDMOND**, his mother, and
**TOM EDMOND**, his father

*Plaintiffs*

–v–

**LONGWOOD CENTRAL SCHOOL DISTRICT**;
**MICHAEL R. LONERGAN**, DSW, individually, and as Superintendent of
Schools; **MARIA I. CASTRO**, EDD, individually and as Assistant
Superintendent for Instruction and Learning, *and* as Principal of
Longwood High School at the times mentioned in this complaint;
**MELISSA CONLON**, individually and as Assistant Principal, Longwood
Senior High School; **SCOTT REESE**, individually and as Assistant
Principal, Longwood Senior High School; **BARBARA MERKLE,** ,
individually and as a member of the Longwood Senior High School
Administration Personnel Group;
**JAMES PERROTTA,** individually and as a "security guard" and/or a supervisor of
"security" at the Longwood Senior High School, &c; **SCOTT PALTROW,** individually
and as a "security guard" at the Longwood Senior High School, &c; and **JERRY
CHAN,** individually and as a "security guard" at the Longwood Senior High School**,**

*Defendants*

---

## PLAINTIFFS' NOTICE OF MOTION
### FOR PARTIAL SUMMARY JUDGMENT

---

**Cory H. Morris (CM 5225)**
*Counsel of Record for Plaintiffs*

**PLAINTIFFS NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that pursuant to the scheduling order of this Honorable Court, on the 28th day of September, 2018, Plaintiffs Carol Edmond, Tom Edmond and David Edmond ("Plaintiffs") will collectively move this Court for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure Rule 56 granting Partial Summary Judgment in favor of the Plaintiffs on Plaintiffs' causes of action against Defendants under Title VI of the Civil Rights Act, 42 U.S.C. §2000-d and under 42 U.S.C. §1983 and establishing "Monell" liability of the Defendants for violations of the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States.

PLEASE TAKE FURTHER NOTICE that Plaintiffs' respectfully request this Honorable Court to find that the Defendant Longwood Central School District did discriminate against African Americans in violation of Title VI of the Civil Rights Act of 1964 there being no material issues of fact to prevent such finding.

PLEASE TAKE FURTHER NOTICE that Plaintiffs' respectfully request this Honorable Court find that the Defendants, individually and collectively, by their actions and lack of proper action did evince a pattern and practice of discrimination against African Americans there being no material issues of fact to prevent such finding.

PLEASE TAKE FURTHER NOTICE that Plaintiffs move this Honorable Court for an Order, pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, in accordance with *Local Rule of Civil* Procedure 7.1 entering judgment against Defendants as a matter of law on Plaintiffs' Twelfth Cause of Action (42 U.S.C. §2000-d); Third Cause of Action (42 U.S.C. §1983); and Ninth Cause of Action (42 U.S.C. §1983) upon which there are no material issues of fact which might preclude entry of such judgments.

THE REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK

DATED AT Dix Hills, New York
28 September 2018

/s/

CORY H. MORRIS (CM 5225)

THE LAW OFFICES OF CORY H. MORRIS
*Attorney for the Plaintiffs*
Office & P.O. Address
33 Walt Whitman Rd, *suite* 310
Dix Hills, New York 11746
Phone: (631) 450–2515
FAX: (631) 223–7377

email Cory.H.Morris@protonmail.com

VICTOR JOHN YANNACONE, JR.
(VY6405)
*of counsel*
Phone: (631) 475–0231

Email barrister@yannalaw.com

TO: **SILVERMAN & ASSOCIATES**
*Attorneys for Defendants*
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510