# United States District Court

*for the*

## Eastern District of New York

**DAVID EDMOND, CAROL EDMOND**, his mother, and
**TOM EDMOND**, his father

*Plaintiffs*

–v–

**LONGWOOD CENTRAL SCHOOL DISTRICT**;
**MICHAEL R. LONERGAN**, DSW, individually, and as Superintendent of
Schools; **MARIA I. CASTRO**, EDD, individually and as Assistant
Superintendent for Instruction and Learning, and as Principal of
Longwood High School at the times mentioned in this complaint;
**MELISSA CONLON**, individually and as Assistant Principal, Longwood
Senior High School; **SCOTT REESE**, individually and as Assistant
Principal, Longwood Senior High School; **BARBARA MERKLE,** ,
individually and as a member of the Longwood Senior High School
Administration Personnel Group;
**JAMES PERROTTA,** individually and as a "security guard" and/or a supervisor of
"security" at the Longwood Senior High School, &c; **SCOTT PALTROW,** individually
and as a "security guard" at the Longwood Senior High School, &c; and **JERRY
CHAN,** individually and as a "security guard" at the Longwood Senior High School**,**

*Defendants*

## DECLARATION OF CORY H. MORRIS SUPPORTING PLAINTIFFS' MEMORANDUM OF LAW SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**Cory H. Morris (CM 5225)**
*Counsel of Record for Plaintiffs*

# DECLARATION OF CORY H. MORRIS SUPPORTING PLAINTIFFS' MEMORANDUM OF LAW SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Cory H. Morris, an attorney duly licensed to practice law in the State of New York and admitted to practice in the Eastern and Southern Districts of New York, declare under the penalties of perjury pursuant to 28 U.S.C. §1746, that the following statements are true and correct, to the best of my knowledge:

1. I am the counsel of record for the Plaintiff Edmond family in this case and I submit this Declaration in support of Plaintiffs' Memorandum of Law and Supporting Papers in support of Plaintiffs' Motion for Partial Summary Judgment in favor of the Plaintiffs on Plaintiffs' causes of action against Defendants under Title VI of the Civil Rights Act, 42 U.S.C. §2000-d and under 42 U.S.C. §1983 and establishing "*Monell*" liability of the Defendants for violations of the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States.

2. The following materials are attached as Plaintiffs' Exhibits and the full documents are attached and submitted herewith as three separate PDF files: **56depos.pdf** contains all the **depositions designated Exhibits 1–7** and referenced in Plaintiffs' Local Rule 56.1 Statement; **Expert.pdf** is the expert report of **Dr. Edward Fergus designated Exhibit 8** and referenced in Plaintiffs' Local Rule 56.1 Statement; and **docsPltf.pdf** contains all of the documents listed below and referenced in Plaintiffs' Local Rule 56.1 Statement as **Edmond Document Production**; and **docsLCSD.pdf** contains all of the documents listed below and referenced in Plaintiffs' Local Rule 56.1 Statement as **Longwood Document Production**.

3. Plaintiffs' Exhibit 1 is a true and accurate copy of the **deposition of Maria Castro** dated October 19, 2017, the specific portions of

which cited by the Plaintiffs are: P. 10, Ln 12–16; P. 83, Ln 16–19; P. 112, Ln 16–25

4. Plaintiffs' Exhibit 2 is a true and accurate copy of the **deposition of Carol Edmond** dated July 20, 2017, the specific portions of which cited by the Plaintiffs are: P. 79, Ln 8–25

5. Plaintiffs' Exhibit 3 is a true and accurate copy of the **deposition of Tom Edmond** dated July 20, 2017, the specific portions of which cited by the Plaintiffs are: P. 46, Ln 9–23.

6. Plaintiffs' Exhibit 4 is a true and accurate copy of the **deposition of Michael Lonergan** dated 02/19/18, the specific portions of which cited by the Plaintiffs are: P. 17 Ln 13–17; P. 19 Ln 14–22; P. 20 Ln 9–22; P.30–31, Ln 24–25, 2–3; P. 54–56 Ln 18–16; Pg 168, L24–Pg169, L19; P. 236 Ln 8–21; P. 253, Ln 10–17.

7. Plaintiffs' Exhibit 5 is a true and accurate copy of the **deposition of Scott Paltrow**, the specific portions of which cited by the Plaintiffs are: Pg 235 Ln 10–25, Pg 237 Ln 23–Pg 238 Ln 10; Pg 239 Ln 8–Pg 240 Ln 4; Pg 241 Ln 5–9; Pg 242 Ln 15–21.

8. Plaintiffs' Exhibit 6 is a true and accurate copy of the **deposition of James Perrotta** dated March 15, 2018, the specific portions of which cited by the Plaintiffs are: Pg 9 Ln 8–9; P. 30 Ln 19–23; Pg 32 Line 9–Pg 33 Ln 12; P. 32–33, Ln 9–12; P. 34 Ln 3–21; Pg 40 Ln 21 – Pg 41 Ln 2; Pg 41 Ln 15–Pg 42 Ln 8; P. 57–58, Ln. 13–25, 2–5; P. 272, Ln 2–14; Pg 305 Ln 21–25; Pg 306 Ln 2–4, Ln 12–4; Pg 317 Ln 12–15.

9. Plaintiffs' Exhibit 7 is a true and accurate copy of the **deposition of Scott Reese** dated November 28, 2017, the specific portions of which cited by the Plaintiffs are: P. 17, Ln 14–22; P. 266–67, Ln 19–10; P. 270, Ln 7–21.

10. Plaintiffs' Exhibit 8 is a true and accurate copy of a report prepared by Edward Fergus, Ph.D., entitled, "Longwood School District Report On 2011-2015 Behavioral/Discipline Infractions, the purpose of which is to  establish the existence of disciplinary

disproportionality against minority students.

11. The remaining Documents referenced in Plaintiffs' Statement under Local Rule 56.1 are identified by their source and Bates numbers.

**EDMOND DOCUMENT PRODUCTION AS REFERENCED**

**Edmond Document Production Bates#** 5

**Edmond Document Production Bates#** 7.

**Edmond Document Production Bates#** 8.

**Edmond Document Production Bates#** 9.

**Edmond Document Production Bates#** 13

**Edmond Document Production Bates#** 14

**Edmond Document Production Bates#** 54–92.

**LONGWOOD CENTRAL SCHOOL DISTRICT (LCSD) DOCUMENT PRODUCTION AS REFERENCED**

**LCSD document production Bates#** 14

**LCSD document production Bates#** 15

**LCSD document production Bates#** 24

**LCSD document production Bates#** 181

**LCSD document production Bates#** 203

**LCSD document production Bates#** 217

**LCSD document production Bates#** 231

**LCSD document production Bates#** 233

**LCSD document production Bates#** 234

**LCSD document production Bates#** 248

**LCSD document production Bates#** 258

**LCSD document production Bates#** 260

**LCSD document production Bates#** 263.

**LCSD document production Bates#** 270–271

**LCSD document production Bates#** 274–275

**LCSD document production Bates#** 276

**LCSD document production Bates#** 278

**LCSD document production Bates#** 283–285

**LCSD document production Bates#** 286.

**LCSD document production Bates#** 293

**LCSD document production Bates#** 303–307

**LCSD document production Bates#** 413

**LCSD document production Bates#** 451

**LCSD document production Bates#** 583

**LCSD document production Bates#** 593.

**LCSD document production Bates#** 606

**LCSD document production Bates#** 607

**LCSD document production Bates#** 612.

**LCSD document production Bates#** 622

**LCSD document production Bates#** 625

**LCSD document production Bates#** 627

**LCSD document production Bates#** 1968

**LCSD document production Bates#** 1992.

**LCSD document production Bates#** 2063–2064

**LCSD document production Bates#** 2063–2065.

**LCSD document production Bates#** 2064

**LCSD document production Bates#** 2101.

**LCSD document production Bates#** 2390.

**LCSD document production Bates#** 2400

**LCSD document production Bates#** 2408.

**LCSD document production Bates#** 4336.

**LCSD document production Bates#** 4710

**LCSD document production Bates# 4796**

DATED AT  Dix Hills, New York
28 September 2018

s/*Cory H. Morris*/s

CORY H. MORRIS (CM 5225)

THE LAW OFFICES OF CORY H. MORRIS
*Attorney for the Plaintiffs*
Office & P.O. Address
33 Walt Whitman Rd, *suite* 310
Dix Hills, New York 11746
Phone:  (631) 450–2515
FAX:  (631) 223–7377

email  Cory.H.Morris@protonmail.com

VICTOR JOHN YANNACONE, JR.
(VY6405)
*of counsel*
Phone:  (631) 475–0231

Email  barrister@yannalaw.com

To:  **SILVERMAN & ASSOCIATES**
*Attorneys for Defendants*
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510