# United States District Court

## *for the*

## Eastern District of New York

**DAVID EDMOND, CAROL EDMOND**, his mother, and
**TOM EDMOND**, his father

*Plaintiffs*

–v–

**LONGWOOD CENTRAL SCHOOL DISTRICT**;
**MICHAEL R. LONERGAN**, DSW, individually, and as Superintendent of Schools; **MARIA I. CASTRO**, EDD, individually and as Assistant Superintendent for Instruction and Learning, and as Principal of Longwood High School at the times mentioned in this complaint; **MELISSA CONLON**, individually and as Assistant Principal, Longwood Senior High School; **SCOTT REESE**, individually and as Assistant Principal, Longwood Senior High School; **BARBARA MERKLE,** , individually and as a member of the Longwood Senior High School Administration Personnel Group;
**JAMES PERROTTA,** individually and as a "security guard" and/or a supervisor of "security" at the Longwood Senior High School, &c; **SCOTT PALTROW,** individually and as a "security guard" at the Longwood Senior High School, &c; and **JERRY CHAN,** individually and as a "security guard" at the Longwood Senior High School,

*Defendants*

## LONGWOOD SCHOOL DISTRICT EXPERT REPORT ON 2011–2015 BEHAVIORAL/DISCIPLINE INFRACTIONS REFERENCED IN PLAINTIFFS' LOCAL RULE 56.1 STATEMENT)

**Cory H. Morris (CM 5225)**
*Counsel of Record for Plaintiffs*

**LONGWOOD SCHOOL DISTRICT**

**EXPERT REPORT ON 2011-2015 BEHAVIORAL/DISCIPLINE INFRACTIONS**

**Edward Fergus, Ph.D.**
**Assistant Professor**
**Urban Education**
**Temple University**

**Expert Witness Qualifications**

I have a Ph.D. and Master's degree in Educational Foundations and Policy from the University of Michigan. My Bachelor's degree is in Political Science from Beloit College. I am currently employed as a tenure-track Assistant Professor at Temple University in the Department of Policy, Organizational and Leadership Studies where I teach courses related to data analysis, and educational policy and social problems. My areas of research specialization are in racial/ethnic disproportionality in special education, suspension and gifted programs, and racial/ethnic development in school settings. I also conduct evaluations and audits of suspension and gifted programs for school districts. I have published a number of studies and given research presentations on disparities in behavioral referrals using various methodological approaches.

**Table of Contents**

EXECUTIVE SUMMARY................................................................................................................ 6

INTRODUCTION ...................................................................................................................... 7

METHODS ............................................................................................................................... 7

ANALYSIS TYPE....................................................................................................................... 8

FINDING 1: LIKELIHOOD OF BLACK STUDENTS RECEIVING BEHAVIORAL REFERRALS AND
CONSEQUENCES INCREASES BETWEEN 2011-2015 SCHOOL YEARS ...................................... 8

DISCIPLINE RATES IN 2011-12 .............................................................................................. 8
DISCIPLINE RATES IN 2012-13 ............................................................................................ 10
DISCIPLINE RATES IN 2013-14 ............................................................................................ 11
DISCIPLINE RATES IN 2014-15 ............................................................................................ 13

FINDING 2: WHITE STUDENTS ARE UNDER-REPRESENTED AND BLACK STUDENTS OVER-REPRESENTED
IN BEHAVIORAL REFERRALS............................................................................................... 16

COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES BY SCHOOL YEARS.................................. 16

INCIDENT BY COUNT............................................................................................................ 20

CONCLUSION ....................................................................................................................... 22

APPENDIX A: ADDITIONAL TABLES ...................................................................................... 23

APPENDIX B: EXPERT CV ...................................................................................................... 33

APPENDIX C: REFERENCES ................................................................................................... 45

APPENDIX D: SIGNATURE PAGE........................................................................................... 48

**TABLE OF FIGURES**

TABLE 1: PERCENTAGE ENROLLMENT IN 2011-12 BY RACE/ETHNICITY ............................................................................ 8
TABLE 2: PERCENTAGE OF DISCIPLINE REFERRALS AND CONSEQUENCES IN 2011-12 BY RACE/ETHNICITY .......................... 9
TABLE 3: PERCENTAGE OF RACIAL/ETHNIC GROUP RECEIVING AT LEAST ONE DISCIPLINE REFERRAL AND CONSEQUENCE IN 2011-12 ..... 9
TABLE 4: RISK RATIO OR LIKELIHOOD OF STUDENTS BY RACE/ETHNICITY TO RECEIVE AT LEAST ONE BEHAVIORAL REFERRAL AND CONSEQUENCE IN 2011-12 ............................................................................................................................ 9
TABLE 5: PERCENTAGE ENROLLMENT IN 2012-13 BY RACE/ETHNICITY .......................................................................... 10
TABLE 6: PERCENTAGE OF DISCIPLINE REFERRALS AND CONSEQUENCES IN 2012-13 BY RACE/ETHNICITY ........................ 10
TABLE 7: PERCENTAGE OF RACIAL/ETHNIC GROUP RECEIVING AT LEAST ONE DISCIPLINE REFERRAL AND CONSEQUENCE IN 2012-13 ... 10
TABLE 8: RISK RATIO OR LIKELIHOOD OF STUDENTS BY RACE/ETHNICITY TO RECEIVE AT LEAST ONE BEHAVIORAL REFERRAL AND CONSEQUENCE IN 2012-13 .......................................................................................................................... 11
TABLE 9: PERCENTAGE ENROLLMENT IN 2013-14 BY RACE/ETHNICITY .......................................................................... 11
TABLE 10: PERCENTAGE OF DISCIPLINE REFERRALS AND CONSEQUENCES IN 2013-14 BY RACE/ETHNICITY ...................... 11
TABLE 11: PERCENTAGE OF RACIAL/ETHNIC GROUP RECEIVING AT LEAST ONE DISCIPLINE REFERRAL AND CONSEQUENCE IN 2013-14 . 12
TABLE 12: RISK RATIO OR LIKELIHOOD OF STUDENTS BY RACE/ETHNICITY TO RECEIVE AT LEAST ONE BEHAVIORAL REFERRAL AND CONSEQUENCE IN 2013-14 .................................................................................................................... 12
TABLE 13: PERCENTAGE ENROLLMENT IN 2014-15 BY RACE/ETHNICITY ........................................................................ 13
TABLE 14: PERCENTAGE OF DISCIPLINE REFERRALS AND CONSEQUENCES IN 2014-15 BY RACE/ETHNICITY ..................... 13
TABLE 15: PERCENTAGE OF RACIAL/ETHNIC GROUP RECEIVING AT LEAST ONE DISCIPLINE REFERRAL AND CONSEQUENCE IN 2014-15 . 13
TABLE 16: RISK RATIO OR LIKELIHOOD OF STUDENTS BY RACE/ETHNICITY TO RECEIVE AT LEAST ONE BEHAVIORAL REFERRAL AND CONSEQUENCE IN 2013-14 .................................................................................................................... 14
FIGURE 1: PERCENTAGE OF RACIAL/ETHNIC GROUP RECEIVING AT LEAST ONE DISCIPLINE REFERRAL AND CONSEQUENCE IN 2011-15 SCHOOL YEARS ...................................................................................................................... 14
FIGURE 2: RISK RATIO OR LIKELIHOOD OVER 2011-15 SCHOOL YEARS BY RACE/ETHNICITY ........................................ 15
TABLE 17: TOTAL COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES BETWEEN 2011-2015 BY RACE/ETHNICITY .................... 16
TABLE 18: TOTAL COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES BETWEEN 2011-2015 BY SEX ........................ 17
TABLE 19: TOTAL COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES IN 2011-12 BY RACE/ETHNICITY ................. 17
TABLE 20: COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES IN 2011-12 BY SEX ............................................... 17
TABLE 21: COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES IN 2012-13 BY RACE/ETHNICITY ........................... 17
TABLE 22: COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES IN 2012-13 BY SEX ............................................... 18
TABLE 23: COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES IN 2013-14 BY RACE/ETHNICITY ........................... 18
TABLE 24: COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES IN 2013-14 BY SEX ............................................... 18
TABLE 25: COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES IN 2014-15 BY RACE/ETHNICITY ........................... 19
TABLE 26: COUNT OF BEHAVIORAL REFERRALS AND CONSEQUENCES IN 2014-15 BY SEX ............................................... 19
FIGURE 3: PERCENTAGE OF BEHAVIORAL REFERRALS AND CONSEQUENCES COUNT BY RACE/ETHNICITY OVER 2011-15 .................... 19
TABLE 27: REFERENCE KEY FOR INCIDENT CATEGORY .................................................................................................. 20
TABLE 28: PERCENTAGE OF MOST FREQUENT INCIDENTS IN 2011-12 BY RACE/ETHNICITY ............................................ 21
TABLE 29: PERCENTAGE OF MOST FREQUENT INCIDENTS IN 2012-13 BY RACE/ETHNICITY ............................................ 21
TABLE 30: PERCENTAGE OF MOST FREQUENT INCIDENTS IN 2013-14 BY RACE/ETHNICITY ............................................ 21
TABLE 31: PERCENTAGE OF MOST FREQUENT INCIDENTS IN 2014-15 BY RACE/ETHNICITY ............................................ 21
TABLE 32: COUNT OF INCIDENTS IN 2011-12 AMONG ASIAN STUDENTS ...................................................................... 23
TABLE 33: COUNT OF INCIDENTS IN 2011-12 AMONG BLACK STUDENTS ...................................................................... 23
TABLE 34: COUNT OF INCIDENTS IN 2011-12 AMONG HISPANIC STUDENTS .................................................................. 23
TABLE 35: COUNT OF INCIDENTS IN 2011-12 AMONG NATIVE AMERICAN STUDENTS .................................................... 24
TABLE 36: COUNT OF INCIDENTS IN 2011-12 AMONG MULTIRACIAL STUDENTS ............................................................ 24
TABLE 37: COUNT OF INCIDENTS IN 2011-12 AMONG WHITE STUDENTS ..................................................................... 24
TABLE 38: COUNT OF CONSEQUENCES IN 2011-12 AMONG ASIAN STUDENTS .............................................................. 26
TABLE 39: COUNT OF CONSEQUENCES IN 2011-12 AMONG BLACK STUDENTS .............................................................. 27
TABLE 40: COUNT OF CONSEQUENCES IN 2011-12 AMONG HISPANIC STUDENTS .......................................................... 28
TABLE 41: COUNT OF CONSEQUENCES IN 2011-12 AMONG NATIVE AMERICAN STUDENTS ............................................ 29
TABLE 42: COUNT OF CONSEQUENCES IN 2011-12 AMONG MULTIRACIAL STUDENTS .................................................... 29

TABLE 43: COUNT OF CONSEQUENCES IN 2011-12 AMONG WHITE STUDENTS ........................................................................ 30
TABLE 44: SCHOOL ENROLLMENT BY RACE/ETHNICITY FOR 2011-12 ............................................................................... 31
TABLE 45: SCHOOL DISCIPLINE REFERRALS BY RACE/ETHNICITY FOR 2011-12 ................................................................... 31
TABLE 46: SCHOOL ENROLLMENT BY RACE/ETHNICITY FOR 2012-13 ............................................................................... 31
TABLE 47: SCHOOL DISCIPLINE REFERRALS BY RACE/ETHNICITY FOR 2012-13 ................................................................... 31
TABLE 48: SCHOOL ENROLLMENT BY RACE/ETHNICITY FOR 2013-14 ............................................................................... 32
TABLE 49: SCHOOL DISCIPLINE REFERRALS BY RACE/ETHNICITY FOR 2013-14 ................................................................... 32
TABLE 50: SCHOOL ENROLLMENT BY RACE/ETHNICITY FOR 2014-15 ............................................................................... 32
TABLE 51: SCHOOL DISCIPLINE REFERRALS BY RACE/ETHNICITY FOR 2014-15 ................................................................... 32

# Executive Summary

Based on my expert statistical review there is a disparate pattern of Black students receiving more infraction referrals compared to White students in Longwood High School. More specifically, Black students are receiving infraction referrals at a rate that is disproportionate to their overall school enrollment. These patterns may be directly and indirectly the result of the systemic gaps in specific discipline processes. The following are the overall disparate patterns of greatest concern that, if not addressed, will create a separate educational experience for Black students identified for multiple infraction referrals.

1. According to the provided dataset, during the 2011-2015 school years nearly 10,000 behavioral referrals and consequences were provided. The apparent pattern is White students represent the group with the highest proportion followed by Black students and Hispanic students. The concern with these rates is that during these school years the enrollment of White students, on average, was 50%, Black students 20% and Hispanic students 20%. In other words, White students are **under-represented** in the count of behavioral referrals and consequences, Black students are **over-represented** in the count of behavioral referrals and consequences, and Hispanic students are nearly proportional.
2. It is apparent from the composition and relative risk ratio analyses that Black students are at greater risk of receiving a behavioral referral and consequence relative to their overall enrollment. The analyses demonstrate that each school year Black students are experiencing increased exposure in which a higher percentage of them are receiving at least one discipline referral. In fact, by 2014-15 nearly 4 in every 10 Black student walking through the hallways of Longwood high school had been identified as having a discipline issue.
3. Additionally, the risk ratio or likelihood for Black students is increasing over the 2011-15 school years (Figure 2). The risk for Black students receiving a discipline referral and consequence is consistently above 50% and at times 90% higher than White and Asian students.

# Introduction

The Longwood School District demonstrates patterns of racial/ethnic disproportionality in behavioral referrals and consequences. These patterns represent a significant limitation in the educational progress specifically for the Black student population. Substantive research outlines multiple short and long term negative effects of disproportionate discipline referrals on racial/ethnic minority student populations such as but not limited to, exclusion from consistent exposure to core curriculum (Harry and Klingner, 2006), predisposition to additional behavioral referrals (Gregory, et.al., 2010), special education classification (Coutniho & Oswald, 2000; Harry & Klingner, 2006), and exposure to the juvenile justice system (Fabelo, et.al., 2012; Nicholson-Crotty, et.al., 2009). Research has also been consistent in identifying the types of student demographic variables associated with discipline which uniformly situate racial bias as a likely operating variable in the discipline referral process (e.g., Gregory, et al., 2010; Gregory and Weinstein, 2008; Rocque, 2010; Skiba, et.al., 2002; Vincent, et.al., 2012b). For instance, Beck and Muschkin (2012) identifies student level demographic factors (i.e., gender, race, parent educational level, eligibility for free or reduced lunch program) as explanatory factors of disciplinary infractions; additionally, academic differences comprise the largest race difference in behavioral infractions. Sullivan et.al. (2013) also identify a similar pattern between student level demographic factors and discipline infractions. And Bryan, et.al. (2012) identify students' race, gender, and teachers' postsecondary expectations as predictors of behavioral referrals. Further research highlights differences in discipline referral rates varying depending on whether a classroom culture is focused on displaying cognitive ability and outperforming other students versus a classroom focused on improvements on past performance (Kaplan, et.al., 2002). Also, Skiba et.al. (2014) in a multilevel modeling approach identifies the varying influence of infraction type, individual, and school level characteristics in out of school suspensions (OSS). The most salient findings include that schools with higher proportions of Black students contribute to OSS; and systemic school level variables are more important in determining Black overrepresentation in suspension. School level supports are also found to vary by racial/ethnic groups. Lastly, Vincent and Tobin (2012) identify Black students receiving fewer intervention supports at the secondary level compared to the elementary level. In the aggregate, this research demonstrates there is a strong association between race and discipline referrals and suspension patterns and, more importantly, that this relationship has detrimental effects.

As expert reviewer for this case my analysis involved examining data pertinent to the 2011-15 school years. The analysis I conducted in this report focuses on answering the following core questions:

1. What is the rate of behavioral referrals and consequences?
2. Do these rates of infraction referrals differ by race/ethnicity? And if so, what are the patterns of these differences?
3. If different patterns exist, do they appear by infraction type, consequences, frequency of discipline, and non-duplicate infractions?

# Methods

Various methodologies and analytical approaches were conducted to determine whether Longwood school district has racial disproportionality in infraction referrals and consequences

and if so, to what degree. The data I reviewed involved an administrative dataset of infraction referrals and student demographic variables (i.e., race/ethnicity, gender) for the 2011-15 school years. The discipline administrative dataset contains a total of 9,558 behavioral referrals. The discipline dataset contains the following variables: student ID number, infraction/incident type or code, consequence action code, gender, ethnicity, and description of incident.

### Analysis Type

Composition risk analyses were conducted to examine the percentage of enrollment and discipline referrals and consequences. Composition analysis involves using the formula: (# of discipline among student subgroup population) divided by (# of student subgroup enrollment population).

Relative risk ratio analyses were conducted to examine the likelihood of infraction referrals for all students. The likelihood of receiving infraction referrals. The following is an example of the relative risk ratio formula: (# of Black student infractions divided by Black student enrollment) divided by (# of all student infractions minus Black student infractions divided by all student enrollment minus Black student enrollment). The formula demonstrates a ratio in which 1.0 means equal risk, above 1.0 is an elevated risk, and below 1.0 is a reduced risk.

## Finding 1: Likelihood of Black Students Receiving Behavioral Referrals and Consequences Increases between 2011-2015 School Years

### Discipline Rates in 2011-12

Two forms of analyses were conducted of the dataset – composition and risk ratio. Tables 1-2 provides the percentage enrollment in 2011-12 by race/ethnicity and the percentage of discipline referrals and consequences in 2011-12 by race/ethnicity. This proportional analysis demonstrates that White students are 58% of the overall enrollment of Longwood high school, they represent 53% of discipline referrals and consequences. On the other hand, Black students are 19% of student enrollment however they are 26% of discipline referrals and consequences. This pattern indicates a pattern of disproportionate representation.

### Table 1: Percentage Enrollment in 2011-12 by Race/Ethnicity

| | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| Number of Students (Enrollment) | 0% | 3% | 19% | 18% | 58% | 1% | 100% |

Table 2: Percentage of Discipline Referrals and Consequences in 2011-12 by Race/Ethnicity

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 0.54% | 0.71% | 26.07% | 17.68% | 53.04% | 1.96% | 100.00% |

The nature of the disproportionate pattern is further intensified when examining the percentage of a subgroup student population that has received discipline referrals and consequences. Table 3 provides the percentage of the overall subgroup student population that has received at least one discipline referral and consequence. This analysis demonstrates that among all Black students nearly 27% received at least one discipline referral compared to 18% of all White students.

Table 3: Percentage of Racial/Ethnic Group Receiving At Least One Discipline Referral and Consequence in 2011-12

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 50.00%* | 4.12% | 26.74% | 19.45% | 18.03% | 27.50% | 19.68% |

*The N size is very small thus analysis may be misleading.

The above two patterns of disproportionate representation results in an increased risk or likelihood of being disciplined among Black students. Table 4 demonstrates the relative risk ratio among all racial/ethnic subgroups. In 2011-12, Black students maintained a risk ratio of 1.48 which means they were nearly 1.5 times more likely than all other students to receive at least one discipline referral and consequence. Meanwhile White and Asian students maintained a decreased likelihood of 20% and 80%, respectively.

Table 4: Risk Ratio or Likelihood of Students by Race/Ethnicity to Receive at Least One Behavioral Referral and Consequence in 2011-12

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) |
|---|---|---|---|---|---|---|
| All Discipline | 2.55* | 0.20 | 1.48 | 0.99 | 0.82 | 1.41 |

*The N size is very small thus analysis may be misleading.

## Discipline Rates in 2012-13

Tables 5-6 provides the percentage enrollment in 2012-13 by race/ethnicity and the percentage of discipline referrals and consequences in 2012-13 by race/ethnicity. This proportional analysis demonstrates that White students are 56% of the overall enrollment of Longwood high school, they represent 48% of discipline referrals and consequences. On the other hand, Black students are 20% of student enrollment however they are 28% of discipline referrals and consequences. This pattern indicates a pattern of disproportionate representation.

Table 5: Percentage Enrollment in 2012-13 by Race/Ethnicity

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| Number of Students (Enrollment) | 0% | 4% | 20% | 19% | 56% | 2% | 100% |

Table 6: Percentage of Discipline Referrals and Consequences in 2012-13 by Race/Ethnicity

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 0.69% | 2.55% | 28.01% | 18.06% | 48.61% | 2.08% | 100.00% |

The nature of the disproportionate pattern is further intensified when examining the percentage of a subgroup student population that has received discipline referrals and consequences. Table 7 provides the percentage of the overall subgroup student population that has received at least one discipline referral and consequence. This analysis demonstrates that among all Black students 22% received at least one discipline referral compared to 13% of all White students.

Table 7: Percentage of Racial/Ethnic Group Receiving At Least One Discipline Referral and Consequence in 2012-13

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 33.33%* | 11.22% | 22.20% | 15.09% | 13.35% | 17.31% | 15.46% |

*The N size is very small thus analysis may be misleading.

The above two patterns of disproportionate representation results in an increased risk or likelihood of being disciplined among Black students. Table 8 demonstrates the relative risk ratio among all racial/ethnic subgroups. In 2012-13, Black students maintained a risk ratio of 1.61 which means they were nearly 1.6 times more likely than all other students to receive at least one discipline referral and consequence. Meanwhile White and Asian students maintained a decreased likelihood of 25% and 25%, respectively.

Table 8: Risk Ratio or Likelihood of Students by Race/Ethnicity to Receive at Least One Behavioral Referral and Consequence in 2012-13

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) |
|---|---|---|---|---|---|---|
| All Discipline | 2.16* | 0.72 | 1.61 | 0.97 | 0.73 | 1.12 |

*The N size is very small thus analysis may be misleading.

## Discipline Rates in 2013-14

Tables 9-10 provides the percentage enrollment in 2013-14 by race/ethnicity and the percentage of discipline referrals and consequences in 2013-14 by race/ethnicity. This proportional analysis demonstrates that White students are 55% of the overall enrollment of Longwood high school, they represent 42% of discipline referrals and consequences. On the other hand, Black students are19% of student enrollment however they are 30% of discipline referrals and consequences. This pattern indicates a pattern of disproportionate representation.

Table 9: Percentage Enrollment in 2013-14 by Race/Ethnicity

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| Number of Students (Enrollment) | 0% | 3% | 19% | 20% | 55% | 3% | 100% |

Table 10: Percentage of Discipline Referrals and Consequences in 2013-14 by Race/Ethnicity

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 0.66% | 1.76% | 30.62% | 20.93% | 42.73% | 3.30% | 100.00% |

The nature of the disproportionate pattern is further intensified when examining the percentage of a subgroup student population that has received discipline referrals and consequences. Table 11 provides the percentage of the overall subgroup student population that has received at least one discipline referral and consequence. This analysis demonstrates that among all Black students 27% received at least one discipline referral compared to 13% of all White students.

Table 11: Percentage of Racial/Ethnic Group Receiving At Least One Discipline Referral and Consequence in 2013-14

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 25.00%* | 8.99% | 27.20% | 17.69% | 13.08% | 20.55% | 16.78% |

*The N size is very small thus analysis may be misleading.

The above two patterns of disproportionate representation results in an increased risk or likelihood of being disciplined among Black students. Table 12 demonstrates the relative risk ratio among all racial/ethnic subgroups. In 2013-14, Black students maintained a risk ratio of 1.89 which means they were nearly 1.9 times more likely than all other students to receive at least one discipline referral and consequence. Meanwhile White and Asian students maintained a decreased likelihood of 40% and 50%, respectively.

Table 12: Risk Ratio or Likelihood of Students by Race/Ethnicity to Receive at Least One Behavioral Referral and Consequence in 2013-14

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) |
|---|---|---|---|---|---|---|
| All Discipline | 1.49* | 0.53 | 1.89 | 1.07 | 0.61 | 1.23 |

*The N size is very small thus analysis may be misleading.

12

## Discipline Rates in 2014-15

Tables 13-14provides the percentage enrollment in 2014-15 by race/ethnicity and the percentage of discipline referrals and consequences in 2014-15 by race/ethnicity. This proportional analysis demonstrates that White students are 53% of the overall enrollment of Longwood high school, they represent 42% of discipline referrals and consequences. On the other hand, Black students are 19% of student enrollment however they are 29% of discipline referrals and consequences. This pattern indicates a pattern of disproportionate representation.

Table 13: Percentage Enrollment in 2014-15 by Race/Ethnicity

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| Number of Students (Enrollment) | 1% | 3% | 19% | 21% | 53% | 3% | 100% |

Table 14: Percentage of Discipline Referrals and Consequences in 2014-15 by Race/Ethnicity

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 0.77% | 1.28% | 29.76% | 21.97% | 42.78% | 3.45% | 100.00% |

The nature of the disproportionate pattern is further intensified when examining the percentage of a subgroup student population that has received discipline referrals and consequences. Table 15 provides the percentage of the overall subgroup student population that has received at least one discipline referral and consequence. This analysis demonstrates that among all Black students 43% received at least one discipline referral compared to 23% of all White students.

Table 15: Percentage of Racial/Ethnic Group Receiving At Least One Discipline Referral and Consequence in 2014-15

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 40.00%* | 10.99% | 43.63% | 29.55% | 23.10% | 34.18% | 28.46% |

*The N size is very small thus analysis may be misleading.

The above two patterns of disproportionate representation results in an increased risk or likelihood of being disciplined among Black students. Table 16 demonstrates the relative risk ratio among all racial/ethnic subgroups. In 2014-15, Black students maintained a risk ratio of 1.76 which means they were nearly 1.8 times more likely than all other students to receive at least one discipline referral and consequence. Meanwhile White and Asian students maintained a decreased likelihood of 35% and 60%, respectively.

Table 16: Risk Ratio or Likelihood of Students by Race/Ethnicity to Receive at Least One Behavioral Referral and Consequence in 2013-14

|  | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) |
|---|---|---|---|---|---|---|
| All Discipline | 1.41* | 0.38 | 1.76 | 1.05 | 0.67 | 1.21 |

*The N size is very small thus analysis may be misleading.

It is apparent from the composition and relative risk ratio analyses that Black students are at greater risk of receiving a behavioral referral and consequence. Figure 1 provides the percentage of racial/ethnic group receiving at least one discipline referral and consequence in 2011-15 school years. The figure demonstrates that each school year Black students are experiencing increased exposure in which a higher percentage of them are receiving at least one discipline referral. In fact by 2014-15 nearly 4 in every 10 Black student walking through the hallways of Longwood high school had been identified as having a discipline issue.

Figure 1: Percentage of Racial/Ethnic Group Receiving At Least One Discipline Referral and Consequence in 2011-15 School Years



Additionally, the risk ratio or likelihood for Black students is increasing over the 2011-15 school years (Figure 2). The risk for Black students receiving a discipline referral and consequence is consistently above 50% and at times 90% higher than White and Asian students.

Figure 2: Risk Ratio or Likelihood Over 2011-15 School Years by Race/Ethnicity



| | Native American | Asian/Pacific Islander | Black | Hispanic/Latino | White | Multi-Racial |
|---|---|---|---|---|---|---|
| 2011-12 | 2.55 | 0.2 | 1.48 | 0.99 | 0.82 | 1.41 |
| 2012-13 | 2.16 | 0.72 | 1.61 | 0.97 | 0.73 | 1.12 |
| 2013-14 | 1.49 | 0.53 | 1.89 | 1.07 | 0.61 | 1.23 |
| 2014-15 | 1.41 | 0.38 | 1.76 | 1.05 | 0.67 | 1.21 |

# Finding 2: White students are under-represented and Black students over-represented in behavioral referrals

## Count of Behavioral Referrals and Consequences by School Years

In this section of the report I provide an examination of the behavioral referrals and consequences. This analysis focuses on the count of referrals and consequences, and **not** the count of students. Thus, the data in following tables represent the rate in which discipline referrals and consequences were provided during 2011-2015. The prior section provided data on count of students.

Table 17 provides the total count of behavioral referrals and consequences between the 2011-2015 school years by race/ethnicity. According to the provided dataset, during the 2011-2015 school years nearly 10,000 behavioral referrals and consequences were provided. The apparent pattern is White students represent the group with the highest proportion followed by Black students and Hispanic students. The concern with these rates is that during these school years the enrollment of White students, on average, was 50%, Black students 20% and Hispanic students 20%. In other words, White students are **under-represented** in the count of behavioral referrals and consequences, Black students are **over-represented** in the count of behavioral referrals and consequences, and Hispanic students are nearly proportional.

Table 17: Total Count of Behavioral Referrals and Consequences between 2011-2015 by Race/ethnicity

|  | Frequency | Percent |
|---|---|---|
| Unknown | 1 | .0 |
| Asian | 94 | .9 |
| Black | 3654 | 36.7 |
| Hispanic | 1854 | 18.6 |
| Native American | 50 | .5 |
| Multiracial | 339 | 3.4 |
| Pacific Islander | 2 | .0 |
| White | 3964 | 39.8 |
| Total | 9958 | 100.0 |

Table 18 provides the count of behavioral referrals and consequences between 2011-2015 by sex. The apparent pattern in this analysis is that male students represent nearly 6 out of every 10 discipline referral and consequence. This is slightly above the proportional representation of the school district.

Table 18: Total Count of Behavioral Referrals and Consequences between 2011-2015 by Sex

|  | Frequency | Percent |
|---|---|---|
| Unknown | 1 | .0 |
| Female | 4009 | 40.3 |
| Male | 5948 | 59.7 |
| Total | 9958 | 100.0 |

Tables 19-26 provide a similar analysis as the above except by each school year. The apparent pattern across all of the tables is the **over-representation** of Black students and **under-representation** of White students.

Table 19: Total Count of Behavioral Referrals and Consequences in 2011-12 by Race/Ethnicity

|  | Frequency | Percent |
|---|---|---|
| Asian | 17 | .5 |
| Black | 1055 | 34.1 |
| Hispanic | 537 | 17.4 |
| Native American | 10 | .3 |
| Multiracial | 81 | 2.6 |
| White | 1395 | 45.1 |
| Total | 3095 | 100.0 |

Table 20: Count of Behavioral Referrals and Consequences in 2011-12 by Sex

|  | Frequency | Percent |
|---|---|---|
| Female | 1222 | 39.5 |
| Male | 1873 | 60.5 |
| Total | 3095 | 100.0 |

Table 21: Count of Behavioral Referrals and Consequences in 2012-13 by Race/ethnicity

|  | Frequency | Percent |
|---|---|---|
| Asian | 24 | 1.0 |
| Black | 843 | 35.6 |
| Hispanic | 431 | 18.2 |
| Native American | 6 | .3 |
| Multiracial | 76 | 3.2 |
| Pacific Islander | 2 | .1 |

| | Frequency | Percent |
|---|---|---|
| White | 983 | 41.6 |
| Total | 2365 | 100.0 |

Table 22: Count of Behavioral Referrals and Consequences in 2012-13 by Sex

| | Frequency | Percent |
|---|---|---|
| Female | 929 | 39.3 |
| Male | 1436 | 60.7 |
| Total | 2365 | 100.0 |

Table 23: Count of Behavioral Referrals and Consequences in 2013-14 by Race/ethnicity

| | Frequency | Percent |
|---|---|---|
| Asian | 27 | 1.2 |
| Black | 922 | 40.6 |
| Hispanic | 422 | 18.6 |
| Native American | 7 | .3 |
| Multiracial | 100 | 4.4 |
| White | 794 | 34.9 |
| Total | 2272 | 100.0 |

Table 24: Count of Behavioral Referrals and Consequences in 2013-14 by Sex

| | Frequency | Percent |
|---|---|---|
| Female | 957 | 42.1 |
| Male | 1315 | 57.9 |
| Total | 2272 | 100.0 |

Table 25: Count of Behavioral Referrals and Consequences in 2014-15 by Race/ethnicity

|  | Frequency | Percent |
|---|---|---|
| Unknown | 1 | .0 |
| Asian | 26 | 1.2 |
| Black | 834 | 37.6 |
| Hispanic | 462 | 20.8 |
| Native American | 27 | 1.2 |
| Multiracial | 80 | 3.6 |
| White | 791 | 35.6 |
| Total | 2221 | 100.0 |

Table 26: Count of Behavioral Referrals and Consequences in 2014-15 by Sex

|  | Frequency | Percent |
|---|---|---|
| Unknown | 1 | .0 |
| Female | 901 | 40.6 |
| Male | 1319 | 59.4 |
| Total | 2221 | 100.0 |

Figure 3 provides the percentage of behavioral and consequences count by race/ethnicity over the 2011-2015 school years. The apparent pattern is the steady increase of Black students **over-represented** in the count of behavioral referrals and consequences and the steady decrease of **under-representation** among White students. This pattern coincides with the analysis demonstrated in the prior section on count of students.

Figure 3: Percentage of Behavioral Referrals and Consequences Count by Race/ethnicity over 2011-15



## Incident by Count

The dataset provided did not consistently contained information about the type of incident category. In other words, across the incident categories in Table 27 a significant percentage of incidents did not contain a category. However in the dataset there was detailed information about the incident but no assigned category. Thus, the data regarding incident must be carefully interpreted.

Table 27: Reference Key for Incident Category

| Reference | Key |
|---|---|
| ALC | Alcohol |
| ARS | Arson |
| ATT | Attendance |
| BAT | Battery |
| BRK | Breaking |
| DOC | Disorderly/Disreputable Conduct |
| DRG | Drugs, Excluding Alcohol |
| FIT | Fighting |
| HOM | Homicide |
| IMM | Immunization |
| KID | Kidnapping |
| MVT | Motor Vehicle Theft |
| ROB | Robbery |
| SXB | Sexual Battery |
| SXH | Sexual Harassment |
| SXO | Sex Offenses (Non Forcible) |
| STL | Stealing/Theft/Larceny |
| TRE | Threat/Intimidation |
| TBC | Tobacco (Possession or Use) |
| TRS | Trespassing |
| VAN | Vandalism |
| VIO | Violence |
| WPO | Weapon Possession |
| OMC | Other Major Offenses, Unclassified |

Tables 28-31 demonstrate the most frequent incident categories by school year and race/ethnicity. Apparent across all the tables is the frequency to which incident categories are missing for racial/ethnic subgroups. Additionally apparent is the frequency to which ATT (attendance), DOC (disorderly/disreputable conduct), FIT (Fighting), OMC (other major offenses), and TRE (threat/intimidation) were the most frequent.

Table 28: Percentage of Most Frequent Incidents in 2011-12 by Race/ethnicity

|  | ATT | DOC | FIT | OMC | TRE | Unknown | Total # |
|---|---|---|---|---|---|---|---|
| Asian | 23.5% | 17.6% |  |  |  | 47.1% | 17 |
| Black | 23.6% | 25.7% | 4.3% | 1.0% | 1.7% | 41.7% | 1055 |
| Hispanic | 27.6% | 18.6% | 4.1% | 1.1% | .6% | 47.5% | 537 |
| Native American | 10% | 10% | 20% |  | 10% | 50% | 10 |
| Multiracial | 17.3% | 28.4% | 2.5% |  |  | 45.7% | 81 |
| White | 26.2% | 23.8% | 2.8% | .8% | .6% | 43.4% | 1395 |

Table 29: Percentage of Most Frequent Incidents in 2012-13 by Race/ethnicity

|  | ATT | DOC | FIT | OMC | TRE | Unknown | Total # |
|---|---|---|---|---|---|---|---|
| Asian | 25% | 12.5% | 4.2% |  |  | 58.3% | 24 |
| Black | 23.1% | 25.9% | 1.4% | 1.3% | .8% | 45.8%% | 843 |
| Hispanic | 18.8% | 18.8% | .9% | 3% | .5% | 55.2% | 431 |
| Native American | 50% | 33.3% |  |  |  | 16.7% | 6 |
| Multiracial | 14.5% | 34.2% | 5.3% | 2.6% |  | 39.5% | 76 |
| White | 21.4% | 22.2% | 2.2% | 1.6% |  | 50.4% | 983 |

Table 30: Percentage of Most Frequent Incidents in 2013-14 by Race/ethnicity

|  | ATT | DOC | FIT | OMC | TRE | Unknown | Total # |
|---|---|---|---|---|---|---|---|
| Asian | 33.3% | 33.3% |  |  | 3.7% | 25.9% | 27 |
| Black | 25.3% | 28.6% | 4% |  | .9% | 38.8% | 922 |
| Hispanic | 28.4% | 22% | 1.9% | .7% | .9% | 42.9% | 422 |
| Native American | 28.6% | 14.3% |  |  |  | 57.1% | 7 |
| Multiracial | 30% | 33% | 1% |  | 1% | 34% | 100 |
| White | 26.8% | 27.5% | 2.5% | .8% | .8% | 39.9% | 794 |

Table 31: Percentage of Most Frequent Incidents in 2014-15 by Race/ethnicity

|  | ATT | DOC | FIT | OMC | TRE | Unknown | Total # |
|---|---|---|---|---|---|---|---|
| Asian | 23.1% | 19.2% |  |  | 3.8% | 46.2% | 26 |
| Black | 33% | 31.5% | 3.2% |  | .6% | 30.8% | 834 |
| Hispanic | 34.2% | 26% | 1.1% | .4% | .6% | 34.8% | 462 |
| Native American | 63% | 22.2% |  |  |  | 14.8% | 27 |
| Multiracial | 15% | 22.5% | 2.5% |  |  | 58.8% | 80 |
| White | 30.1% | 27.6% | 1.1% | .6% | 1% | 37.3% | 791 |

## Conclusion

Based on my expert statistical review there is a disparate pattern of Black students receiving more infraction referrals compared to White students in Longwood High School. More specifically, Black students are receiving infraction referrals at a rate that is disproportionate to their overall school enrollment. These patterns may be directly and indirectly the result of the systemic gaps in specific discipline processes. The following are the overall disparate patterns of greatest concern that, if not addressed, will create a separate educational experience for Black students identified for multiple infraction referrals.

1. According to the provided dataset, during the 2011-2015 school years nearly 10,000 behavioral referrals and consequences were provided. The apparent pattern is White students represent the group with the highest proportion followed by Black students and Hispanic students. The concern with these rates is that during these school years the enrollment of White students, on average, was 50%, Black students 20% and Hispanic students 20%. In other words, White students are **under-represented** in the count of behavioral referrals and consequences, Black students are **over-represented** in the count of behavioral referrals and consequences, and Hispanic students are nearly proportional.
2. It is apparent from the composition and relative risk ratio analyses that Black students are at greater risk of receiving a behavioral referral and consequence. The analyses demonstrate that each school year Black students are experiencing increased exposure in which a higher percentage of them are receiving at least one discipline referral. In fact by 2014-15 nearly 4 in every 10 Black student walking through the hallways of Longwood high school had been identified as having a discipline issue.
3. Additionally, the risk ratio or likelihood for Black students is increasing over the 2011-15 school years (Figure 2). The risk for Black students receiving a discipline referral and consequence is consistently above 50% and at times 90% higher than White and Asian students.

# Appendix A: Additional Tables

Table 32: Count of Incidents in 2011-12 among Asian Students

|  | Frequency | Percent |
|---|---|---|
| 1 | 8 | 47.1 |
| ATT | 4 | 23.5 |
| DOC | 3 | 17.6 |
| FIT | 1 | 5.9 |
| SXO | 1 | 5.9 |
| Total | 17 | 100.0 |

Table 33: Count of Incidents in 2011-12 among Black Students

|  | Frequency | Percent |
|---|---|---|
| Unknown | 440 | 41.7 |
| ALC | 1 | .1 |
| ATT | 249 | 23.6 |
| BRK | 1 | .1 |
| DOC | 271 | 25.7 |
| DRG | 1 | .1 |
| FIT | 45 | 4.3 |
| OMC | 11 | 1.0 |
| STL | 7 | .7 |
| SXH | 5 | .5 |
| SXO | 2 | .2 |
| TRE | 18 | 1.7 |
| TRS | 1 | .1 |
| VAN | 2 | .2 |
| WPO | 1 | .1 |
| Total | 1055 | 100.0 |

Table 34: Count of Incidents in 2011-12 among Hispanic Students

|  |  | Frequency | Percent |
|---|---|---|---|
| Valid | Unknown | 255 | 47.5 |
|  | ATT | 148 | 27.6 |
|  | DOC | 100 | 18.6 |
|  | FIT | 22 | 4.1 |
|  | OMC | 6 | 1.1 |

|  | Frequency | Percent |
|---|---|---|
| STL | 1 | .2 |
| SXH | 1 | .2 |
| TRE | 3 | .6 |
| TRS | 1 | .2 |
| Total | 537 | 100.0 |

Table 35: Count of Incidents in 2011-12 among Native American Students

|  | Frequency | Percent |
|---|---|---|
| Unknown | 5 | 50.0 |
| ATT | 1 | 10.0 |
| DOC | 1 | 10.0 |
| FIT | 2 | 20.0 |
| TRE | 1 | 10.0 |
| Total | 10 | 100.0 |

Table 36: Count of Incidents in 2011-12 among Multiracial Students

|  | Frequency | Percent |
|---|---|---|
| Unknown | 37 | 45.7 |
| ALC | 1 | 1.2 |
| ATT | 14 | 17.3 |
| DOC | 23 | 28.4 |
| DRG | 4 | 4.9 |
| FIT | 2 | 2.5 |
| Total | 81 | 100.0 |

Table 37: Count of Incidents in 2011-12 among White Students

|  | Frequency | Percent |
|---|---|---|
| Unknown | 605 | 43.4 |
| ALC | 3 | .2 |
| ATT | 366 | 26.2 |
| BRK | 1 | .1 |
| DOC | 332 | 23.8 |
| DRG | 11 | .8 |
| FIT | 39 | 2.8 |
| OMC | 11 | .8 |
| ROB | 1 | .1 |

| | | | |
|---|---|---|---|
| STL | | 5 | .4 |
| SXH | | 3 | .2 |
| SXO | | 1 | .1 |
| TBC | | 5 | .4 |
| TRE | | 9 | .6 |
| VAN | | 2 | .1 |
| WPO | | 1 | .1 |
| Total | | 1395 | 100.0 |

# Count of Consequences by School Year and Race/Ethnicity

Table 38: Count of Consequences in 2011-12 among Asian Students

|  | Frequency | Percent |
|---|---|---|
| Unknown | 1 | 5.9 |
| Adm. Mtg with Parent/Student | 1 | 5.9 |
| Call Home | 1 | 5.9 |
| Detention | 10 | 58.8 |
| In School Suspension | 1 | 5.9 |
| Mandatory Study Center-DO NOT USE | 1 | 5.9 |
| Out of School Suspension | 2 | 11.8 |
| Total | 17 | 100.0 |

Table 39: Count of Consequences in 2011-12 among Black Students

| | Frequency | Percent |
|---|---|---|
| Unknown | 159 | 15.1 |
| Adm. Mtg with Parent/Student | 7 | .7 |
| Administrative Warning | 49 | 4.6 |
| AP Meets w/Parent | 1 | .1 |
| Bus Suspension | 1 | .1 |
| Call Home | 13 | 1.2 |
| Called Police | 2 | .2 |
| Central Office Hearing | 47 | 4.5 |
| Counseling | 2 | .2 |
| Detention | 373 | 35.4 |
| In School Suspension | 22 | 2.1 |
| Lunch Detention | 7 | .7 |
| Mandatory Study Center-DO NOT USE | 160 | 15.2 |
| Mediation | 7 | .7 |
| Out of School Suspension | 172 | 16.3 |
| Parking Revocation | 4 | .4 |
| Placed in student file | 7 | .7 |
| Principal's Hearing | 3 | .3 |
| Referred to CSE | 1 | .1 |
| Restriction | 4 | .4 |
| See Incident Screen | 11 | 1.0 |
| Sent to ISS Room | 3 | .3 |
| Total | 1055 | 100.0 |

Table 40: Count of Consequences in 2011-12 among Hispanic Students

|  | Frequency | Percent |
|---|---|---|
| Unknown | 87 | 16.2 |
| Adm. Mtg with Parent/Student | 5 | .9 |
| Administrative Warning | 41 | 7.6 |
| AP Meets w/Parent | 1 | .2 |
| Apology | 2 | .4 |
| Bus Suspension | 1 | .2 |
| Call Home | 6 | 1.1 |
| Called Police | 1 | .2 |
| Central Office Hearing | 16 | 3.0 |
| Detention | 174 | 32.4 |
| In School Suspension | 14 | 2.6 |
| Lunch Detention | 4 | .7 |
| Mandatory Study Center-DO NOT USE | 99 | 18.4 |
| Mediation | 7 | 1.3 |
| Out of School Suspension | 68 | 12.7 |
| Parking Revocation | 1 | .2 |
| Pass Restriction | 1 | .2 |
| Placed in student file | 2 | .4 |
| Principal's Hearing | 1 | .2 |
| Restriction | 1 | .2 |
| See Incident Screen | 2 | .4 |
| Sent to ISS Room | 3 | .6 |
| Total | 537 | 100.0 |

Table 41: Count of Consequences in 2011-12 among Native American Students

|  | Frequency | Percent |
|---|---|---|
| Unknown | 3 | 30.0 |
| AP Meets w/Parent | 1 | 10.0 |
| Central Office Hearing | 2 | 20.0 |
| Detention | 1 | 10.0 |
| Out of School Suspension | 2 | 20.0 |
| Principal's Hearing | 1 | 10.0 |
| Total | 10 | 100.0 |

Table 42: Count of Consequences in 2011-12 among Multiracial Students

|  | Frequency | Percent |
|---|---|---|
| Unknown | 8 | 9.9 |
| Administrative Warning | 4 | 4.9 |
| Call Home | 1 | 1.2 |
| Central Office Hearing | 3 | 3.7 |
| Counseling | 1 | 1.2 |
| Detention | 14 | 17.3 |
| In School Suspension | 3 | 3.7 |
| Lunch Detention | 1 | 1.2 |
| Mandatory Study Center-DO NOT USE | 15 | 18.5 |
| Out of School Suspension | 29 | 35.8 |
| Principal's Hearing | 1 | 1.2 |
| See Incident Screen | 1 | 1.2 |
| Total | 81 | 100.0 |

Table 43: Count of Consequences in 2011-12 among White Students

|  | Frequency | Percent |
|---|---|---|
| Unknown | 252 | 18.1 |
| Adm. Mtg with Parent/Student | 14 | 1.0 |
| Administrative Warning | 91 | 6.5 |
| AP Meets w/Parent | 3 | .2 |
| Apology | 1 | .1 |
| Bus Suspension | 2 | .1 |
| Call Home | 23 | 1.6 |
| Central Office Hearing | 36 | 2.6 |
| Counseling | 5 | .4 |
| Detention | 449 | 32.2 |
| In School Suspension | 27 | 1.9 |
| Lunch Detention | 7 | .5 |
| Mandatory Study Center- DO NOT USE | 196 | 14.1 |
| Mediation | 9 | .6 |
| Mental Health Referral | 2 | .1 |
| Out of School Suspension | 237 | 17.0 |
| Parent Teacher Conference | 1 | .1 |
| Parking Revocation | 5 | .4 |
| Placed in student file | 10 | .7 |
| Principal's Hearing | 6 | .4 |
| Referred to Outside Agency | 1 | .1 |
| Restriction | 3 | .2 |
| Schedule Change | 1 | .1 |
| See Incident Screen | 8 | .6 |
| Sent Home for Today Only | 2 | .1 |
| Sent to ISS Room | 4 | .3 |
| Total | 1395 | 100.0 |

Table 44: School Enrollment by Race/ethnicity for 2011-12

| | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| Number of Students (Enrollment) | 6 | 97 | 546 | 509 | 1,647 | 40 | 2,845 |

Table 45: School Discipline Referrals by Race/ethnicity for 2011-12

| | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 3 | 4 | 146 | 99 | 297 | 11 | 560 |

Table 46: School Enrollment by Race/ethnicity for 2012-13

| | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| Number of Students (Enrollment) | 9 | 98 | 545 | 517 | 1,573 | 52 | 2,794 |

Table 47: School Discipline Referrals by Race/ethnicity for 2012-13

| | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 3 | 11 | 121 | 78 | 210 | 9 | 432 |

Table 48: School Enrollment by Race/ethnicity for 2013-14

| | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| Number of Students (Enrollment) | 12 | 89 | 511 | 537 | 1,483 | 73 | 2,705 |

Table 49: School Discipline Referrals by Race/ethnicity for 2013-14

| | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 3 | 8 | 139 | 95 | 194 | 15 | 454 |

Table 50: School Enrollment by Race/ethnicity for 2014-15

| | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| Number of Students (Enrollment) | 15 | 91 | 534 | 582 | 1,450 | 79 | 2,751 |

Table 51: School Discipline Referrals by Race/ethnicity for 2014-15

| | American Indian or Alaskan Native | Asian or Pacific Islander | Black | Hispanic or Latino | White (not of Hispanic Origin) | Multi-Racial (Not of Hispanic Origin) | Total |
|---|---|---|---|---|---|---|---|
| All Discipline | 6 | 10 | 233 | 172 | 335 | 27 | 783 |

# EDWARD FERGUS

Personal:                                           Work:
(914) 659-3412                                      (215) 204-6403
eddiefergus@gmail.com                               Edward.fergus@temple.edu

EDUCATION

**Ph.D.**            **School of Education, University of Michigan, Ann Arbor, Michigan**
                     Educational Foundations and Policy, *May 2002*

**M.A.**             **School of Education, University of Michigan, Ann Arbor, Michigan**
                     Educational Foundations and Policy, *May 2000*

**B.A.**             **Beloit College, Beloit, Wisconsin**
                     Political Science, *May 1996*

**Teaching**         **Beloit College, Beloit, Wisconsin**
**Certification**    6-12 Broad Field Social Studies
**Program**

PROFESSIONAL EXPERIENCE

July 2017-Present    **Assistant Professor,** *Urban Education, College of Education, Temple University*

Sept 2013-2017       **Assistant Professor,** *Educational Leadership and Policy, Steinhardt School of Culture, Education and Human Development, New York University*

Sept. 2009-July 2013 **Deputy Director,** *Metropolitan Center for Urban Education, Steinhardt School of Culture, Education and Human Development, New York University*

Aug. 2005-Aug. 2009  **Director, Applied Research, Evaluation and Policy,** and
                     **Director, Technical Assistance Center on Disproportionality,** *Metropolitan Center for Urban Education, Steinhardt School of Education, New York University.*

Nov. 2004-Aug.2005   **Project Associate,** *Metropolitan Center for Urban Education, Steinhardt School of Education, New York University.*

PUBLICATIONS

**Books**

**Fergus, E**. (2016) Solving Disproportionality and Achieving Equity: A Leader's Guide to Using Data to Change Hearts and Minds. California: Corwin Press.

**Fergus, E.**, Noguera, P. and Martin, M. (2014). Schooling for Resilience: Improving the Life Trajectory of Black and Latino Boys. Cambridge, MA: Harvard Education Press.

Noguera, P., Hurtado, A., and **E. Fergus.** (Editors). (2011). <u>Invisible No More: Understanding the Disenfranchisement of Latino Boys and Men.</u>  New York: Routledge Press.

**Fergus, E.** (2004).  <u>Skin Color and Identity Formation: Perceptions of Opportunity and Academic Orientation among Mexican and Puerto Rican Youth.</u>  New York: Routledge Press.

**Peer-Reviewed Journal Articles**

**Fergus, E.** (In press) The role of policy in quality and efficient discipline reform. *School Psychology Review*.

**Fergus, E.**  (2017) Interrogating the White Teacher and Students of Color Integration Project: Understanding the Role of Bias-Based Beliefs in Disproportionality. *Theory into Practice*

Kramarczuk-Voulgarides, C., **Fergus, E.,** and King, K.T. (2017). Racial Disparities in Special Education, Interdisciplinary Critiques and Re-Framing. *Review of Research in Education*, Vol 41, 2017.

Gregory, A. and **Fergus, E.** (2017). School Discipline Reform, Racial Disparities, and Social Emotional Learning. *The Future of Children Journal*

**Fergus, E.** (2016). Because I'm Light Skin…They think I'm Italian: Mexican Students Experiences in Predominantly White High Schools. *Urban Education.*

**Fergus, E**. (2016). Understanding Latino Student Racial and Ethnic Identification: Theories of Race and Ethnicity. *Theory into Practice.*

Ahram, R., **Fergus, E.,** and P. Noguera (2011). Addressing Racial/Ethnic Disproportionality in Special Education: Case Studies of Suburban School Districts. *Teachers College Record,* Volume 113 Number 10, 2011, p. 2233-2266

Noguera, P., Hurtado, A., and **Fergus, E.** (2011). Responding to the Challenges Confronting Latino Males: The Role of Public Policy in Promoting Macro and Micro Levels of Intervention. <u>University of California Berkeley: Center for Latino Policy Research</u>

Martin, M., **Fergus, E.,** and P. Noguera (2010). Responding to the needs of the whole child:  A case study of a high performing elementary school for immigrant children. *Reading Writing Quarterly*

**Fergus, E.** (2009). Understanding Latino Students' Schooling Experiences: The Relevance of Skin color Among Mexican and Puerto Rican High School Students.  *Teachers College Record*. Volume 111 Number 2.

**Edited Volume Chapters**

Newman, J., Dymnicki, A., **Fergus, E.,** Weissberg, R., and Osher, D. (In Press). Collaborative Practices to Support SEL. In XXX . Boston: Harvard Education Press.

**Fergus, E.** (2017). "(Re) Constructing Latino Identity: Notions of Race and Ethnicity in Latino Identity." In C. Monroe (Editor), *Constructions of Race and Ethnicity in Education*. New York: Routledge Press.

34

**Fergus, E**. (2016). Social Reproduction Ideologies: Teacher Beliefs about Race and Culture. In D. Connor, B. Ferri., and S. Annamma (eds). *DisCrit: Disability Studies and Critical Race Theory.* New York: Teachers College Press.

**Fergus, E.,** Scuirba, K., Martin, M. and P. Noguera (2014). Single-Sex Schools for Black and Latino boys: An Intervention in Search of Theory. In W. Spielberg (Editor). *The Psychology of African American Boys and Young Men.* Praeger Publishers

Ahram, R., Kramarczuk-Voulgarides, C., and **Fergus, E**. (2013) 'Special' Culturally and Linguistically Diverse Males in New York City. In C. Yawn (Ed.) *Urban Special Education: The New York Experience*. IA: Kendall Hunt Publishing.

Ahram, R. and **Fergus, E.** (2011). Understanding Disproportionality: Views in Suburban Schools. In Artiles, A, Kozleski, E., and F. Waitoller (Editors). Inclusive Education: Examining Equity in Five Continents. Cambridge, MA: Harvard Education Press.

**Fergus, E.** (2011). Perspective of Life Chances among Latino boys of different skin color. In Noguera, P., Hurtado, A., and E. Fergus. (Editors). Invisible No More: Understanding the Disenfranchisement of Latino Men and Boys. New York: Routledge.

Torres, M. and **E. Fergus** (2011). Social Mobility and the Complex Status of Latino Males: Education, Employment and Incarceration Patterns from 2000-2009. In Noguera, P., Hurtado, A., and E. Fergus. (Editors). Invisible No More: Understanding the Disenfranchisement of Latino Men and Boys. New York: Routledge.

Martin, M., **Fergus, E.,** and P. Noguera (2010). Responding to the needs of the whole child: A case study of a high performing elementary school for immigrant children. In N.Wamba (Ed.), Poverty and Literacy. New York: Routledge Press.

**Fergus, E.** and Noguera, P. (2010). Doing What it Takes to Prepare Black and Latino Males for College. In Edley, C. and J. Ruiz (Editors). Changing Places: How Communities Will Improve the Health of Boys of Color. University of California Press.

**Fergus, E,** Noguera, P. and M. Martin (2010). "Construction of Race and Ethnicity for and by Latinos." In Handbook on Latinos in Education. Murillo, E. (Eds). New York: Routledge Press.

**Fergus, E.** (2008). "Being a Black Latino: Understanding the significance of racial/ethnic identification in cultural competency" in Building Racial and Cultural Competence. J. Obidah and K. Teel (Eds). New York: Teachers College Press.

**Fergus, E.** (2006). "Cultural Deficiency", Editor in Chief J. Moore, Encyclopedia of Race and Racism**.** Michigan: MacMillan Reference USA.

## OTHER PUBLICATIONS

**Op-Ed**
*Written*

Fergus, E. (February 2017). Colorblindness among School Staff: Diminishing Bias and Promoting Color Consciousness. Phi Delta Kappan. http://journals.sagepub.com/toc/pdk/98/5

Fergus, E. (2016, November 8). Examining our Public and Private Belief Systems. Retrieved from: http://corwin-connect.com/2016/11/examining-public-private-belief-systems/

Fergus, E. (2015, November/December). A Breakthrough on Discipline. National Association of Elementary School Principals. Retrieved from: https://www.naesp.org/principal-novemberdecember-2015-breaking-cycle/breakthrough-discipline

Fergus, E. (2015, March 10) The Freeing Powers of Single-Sex Education. *The New York Times.* Retrieved from: http://www.nytimes.com/roomfordebate/2015/03/10/are-same-sex-colleges-still-relevant/the-freeing-powers-of-single-sex-education

### *Citation of Research*

September, 2015. What's Colorism: Skin color bias has real effects. Retrieved from: http://www.tolerance.org/magazine/number-51-fall-2015/feature/what-s-colorism

August 14, 2015. At hands-on program, Black and Latino boys aim for selective colleges. Retrieved from: http://ny.chalkbeat.org/2015/08/14/at-hands-on-program-black-and-latino-boys-aim-for-selective-colleges/#.VlnmN9Cd4yE

October, 12, 2011. Keeping Special Ed in Proportion. Retrieved from: http://www.edweek.org/tsb/articles/2011/10/13/01disproportion.h05.html

### State-Level Policy Publications

Fergus, E. (2016). State-Level Disproportionality Plan on Suspensions for Texas Education Agency. Retrieved from: http://specialed.esc1.net/domain/12

Fergus, E. and Morgan, M. (2016). NYSED Boys of Color Research Guidance Document: School Models and Programs. Retrieved from: http://www.regents.nysed.gov/common/regents/files/My%20Brother's%20Keeper%20Guidance%20Document-%20Emerging%20Practices%20for%20Schools%20and%20Communities.pdf

Fergus, E. (2012). Disproportionality Technical Assistance Plan for Texas Education Agency. Retrieved from: http://portal.esc20.net/portal/page/portal/doclibraryroot/publicpages/SpecialEducation/SpEd%20Disproportionality/Disproportionality%20Plan%20final%20version%20%282%29.pdf

Fergus, E. (2011). Disproportionality Technical Assistance Plan for California Department of Education. Retrieved from: http://spptap.org/cde-guidance/

Fergus, E. (2010). "Common Causes of Disproportionality". California Department of Education Special Education Newsletter. http://www.calstat.org/publications/article_detail.php?a_id=128&nl_id=19

Fergus, E. (2006). "Addressing Disproportionality through Technical Assistance." *Counterpoint,* Washington, D.C.: National Association of State Directors of Special Education (NASDSE).

### Sample Technical Reports

**Expert Report on Pennsylvania State Department of Education Alternative Education for Disruptive Youth (AEDY) Case: U.S. Department of Justice (2016).** Prepared by: Edward Fergus

**Expert Report on Avoyelles Desegregation and Disproportionality Case: Department of Justice (2015).** Prepared by: Edward Fergus

**White Plains School District Report on Gifted Program Disproportionality: Office For Civil Rights Compliance Report (2014).** Prepared by: Edward Fergus

**Schenectady School District Culturally Responsive Staff Survey (2013).** Organization: Metropolitan Center for Urban Education. Prepared by: Edward Fergus

**Mount Vernon School District Culturally Responsive Staff Survey (2013).** Organization: Metropolitan Center for Urban Education. Prepared by: Edward Fergus

**(Re)Imagining Manhood Project (REMAP): Interim Evaluation Report (2013).** Organization: Metropolitan Center for Urban Education. Prepared by: Mellie Torres and Edward Fergus

**"Great Schools are not an Accident: Standards and Promising Practices for Educating Boys of Color" In A Call for Change: Providing Solutions for Black Male Achievement (2012).** Organization: Council of Great City Schools. Prepared by: Ron Walker, Edward Fergus, and Rhonda Bryant.

**Mixed-Method Study of Achievement Gap: Bridgeport High School Report (2012).** The research investigated the school factors contributing to the achievement gap. Organization: Metropolitan Center for Urban Education; Prepared by: E. Fergus and M. Christodolou.

**Mixed-Method Study of Achievement Gap: Monticello High School Report (2011).** The research investigated the school factors contributing to the achievement gap.. Organization: Metropolitan Center for Urban Education; Prepared by: E. Fergus.

**Trajectory Study of Black Males in NYC Public Schools: 1998-2007 (2011).** An examination of 10,000 Black Males entering NYC public schools as fourth graders and followed until 12th grade. Organization: Metropolitan Center for Urban Education; Prepared by: M. Martin, R. Mincy, E. Fergus, P. Noguera.

**Theories of Change Among Single-Sex Schools for Black and Latino Boys: An Intervention in Search of Theory (2010)**. An examination of theory and practice undergirding seven single-sex schools. Organization: Metropolitan Center for Urban Education; Prepared by: E. Fergus, P. Noguera, M. Martin, and L. McCready.

**A Close Look at the Dropout Crisis: Examining Black and Latino males in New York City (2009).** An examination of Black and Latino males in 2007 cohort; Organization: Metropolitan Center for Urban Education; Prepared by: B. Meade, F. Gaytan, E. Fergus, and P. Noguera.

**Making the Grade in New York City Schools: Progress Report Grades and Black and Latino Students (2009).** An examination of the progress report grade process and its impact on Black and Latino students. Organization: Metropolitan Center for Urban Education; Prepared by: B. Meade, F. Gaytan, E. Fergus, and P. Noguera.

**Is All Male Alright? An Intervention Study of Single-Sex Schools for Black and Latino boys: Second Year Report (2008).** A three year study examining the school structures and outcomes of seven single-sex schools. Organization: Metropolitan Center for Urban Education; Prepared by: E. Fergus, P. Noguera, M. Martin, and L. McCready.

**Is All Male Alright? An Intervention Study of Single-Sex Schools for Black and Latino boys: First Year Report (2007).** A three year study examining the school structures and outcomes of seven single-sex schools.
Organization: Metropolitan Center for Urban Education; Prepared by: E. Fergus, P. Noguera, D. Hucks, and L. McCready.

**Equity and Excellence: Achievement Gap Report of Teaneck Schools (2007).** The research investigated the school district's factors contributing to the achievement gap. Organization: Metropolitan Center for Urban Education; Prepared by: P. Noguera, Y. Sealey-Ruiz, E. Fergus.

**Third Year Evaluation of Cleveland School District Safe Schools/Healthy Students Grant (2002).** The evaluation assessed the impact and process of school district's three-year, $9 million federal grant focused on coordinated programs and services for youth and families. Evaluation Organization: Metis Associates; Prepared by: S. Hamm, E. Fergus, A. Alio, T. Booker, and O. Lopez

**First Year Evaluation of New York City Community School District 10 Magnet Schools Assistance Program (2002).** The evaluation assessed the impact and progress of school district's three-year, $3 million grant focused on creating eight magnet schools. Evaluation Organization: Metis Associates; Prepared by: E. Fergus

**First Year Evaluation of New York City Community School District 28 Magnet Schools Assistance Program (2002).** The evaluation assessed the impact and progress of school district's three-year, $3 million grant focused on creating six magnet schools. Evaluation Organization: Metis Associates; Prepared by: E. Fergus

**Second Year Evaluation of New York City Community School District 28 Special Education Initiative (2002).** The evaluation assessed the impact and progress of school district's five -year grant focused on enhancing the inclusion of special education students. Evaluation Organization: Metis Associates; Prepared by: E. Fergus

**First Year Evaluation of New York City Community School District 6, 10, & 25 Title III Bilingual Programs (2002).** The evaluation assessed the impact and progress of the school district's three-year grant focused on creating bilingual programs for ELL students. Evaluation Organization: Metis Associates; Prepared by: E. Fergus

**Web-based Publications**

**Fergus, E.** (2012). An Equity Lens for Early Warning Systems: A Monthly Calendar for Data Teams. Retrieved from:
http://steinhardt.nyu.edu/scmsAdmin/media/users/eaf7/Monthly_Calendar_for_Early_Warning_Systems.pdf

Ahram, R., Stembridge, A., **Fergus, E.,** and Noguera, P. (2011) "Framing Urban School Challenges: Problems to Examine Before Implementing Response to Intervention." National Center for Learning Disabilities. Retrieved from: http://www.rtinetwork.org/learn/diversity/urban-school-challenges

Morales-James, C., Lopez, L., Wilkins, R., and **Fergus, E.** (2011). "Cultural Adaptations to Implementation of RTI." National Center for Learning Disabilities. Retrieved from: http://www.rtinetwork.org/learn/diversity/cultural-adaptations-when-implementing-rti-in-urban-settings

Ripp, A., Jean-Pierre, P., and **Fergus, E.** (2011). "Promising Examples of RTI Practices in Urban Schools" National Center for Learning Disabilities. Retrieved from: http://www.rtinetwork.org/learn/diversity/promising-examples-of-rti-practices-for-urban-schools

**Fergus, E**. (2010). "Distinguishing Cultural Difference from Disability: Common Causes of Disproportionality". Equity Alliance at Arizona State University. Retrieved from: http://www.niusileadscape.org/lc/Record/1305

**Fergus, E**. (2010) "Common Causes of Disproportionality". Leadscape Blog. Retrieved from: http://www.niusileadscape.org/bl/?p=433

**Fergus, E.** (2009). Addressing Racial/Ethnic Disproportionality in Special Education: Technical Assistance Manual for Identifying Root Causes. New York: Metropolitan Center for Urban Education. Retrieved from: https://steinhardt.nyu.edu/metrocenter/tacd/resources/publications

**Fergus, E**. and Ahram, R. (2008). Racial/Ethnic Disproportionality in Special Education: Data Analysis Workbook. New York: Metropolitan Center for Urban Education. Retrieved from: https://steinhardt.nyu.edu/metrocenter/tacd/resources/publications

**WRITTEN AND FUNDED RESEARCH AND EVALUATION**

2017-2018            **Racial Equity Maps for ABFE**
                     Amount: $20,000
                     Funder: Association of Black Philanthropy Executives
                     Role: Principal Investigator

2016-2017            **Evaluation of Here to Here Place-based Initiative**
                     Amount: $48,000
                     Funder: Jamie and Judith Dimon Foundation
                     Role: Co-Principal Investigator

2016-2017            **Disparity Policy Analysis of NYC Mayor's Young Men's Initiative**
                     Amount: $10,000
                     Funder: Mayor's Fund for the City
                     Role: Principal Investigator

2015-2016            **Research to Practice Study of Out of School Time Practitioners**.
                     Amount: $100,000
                     Funder: Robert Bowne Foundation
                     Role: Principal Investigator

2014-2015            **AERA Community Service Grant.** Amount: $5,000.
                     Role: Principal Investigator

| | |
|---|---|
| 2013-2014 | **Program Evaluation Study of Gifted and Talented Underrepresentation**<br>Funded by White Plains School District: $48,000<br>Role: Principal Investigator |
| 2013-2014 | **Research Study of Expanded Learning Time in Rochester School District**<br>Funded by Ford Foundation: $200,000<br>Role: Principal Investigator |
| 2010-2011 | **Research Study of Achievement Gap Factors in Monticello School District**<br>Funded by Monticello School District: $25,000<br>Role: Principal Investigator |
| 2009-2010 | **Research Study of Achievement Gap Factors in Bridgeport School District**<br>Funded by Bridgeport School District: $30,000<br>Role: Principal Investigator |
| 2008-2010 | **Research and Policy Forum on Disenfranchised Males**<br>Funded by Ford Foundation: Amount: $200,000<br>Role: Principal Investigator |
| 2007-2009 | **Research Policy Forum on Latino Males**<br>Funded by Ford Foundation: $150,000<br>Role: Co-Principal Investigator |
| 2008-2009 | **Research and Policy Think Tank on State of Black Males in NYC Schools**<br>Funded by Gates Foundation, Deutsche Bank, NY Community Trust: $350,000<br>Role: Co-Principal Investigator |
| 2008-2009 | **Examination of Achievement Patterns in Scarsdale School District**<br>Funded by Scarsdale School District: $50,000<br>Role: Principal Investigator |
| 2008-2010 | **Policy examination of NYC Schools effect on Black and Latino Males**<br>Funded by Donor's Education Collaborative: $300,000<br>Role: Co-Principal Investigator |
| 2008-2009 | **Evaluation of TASC- OJJDP Scholars in Training Program**<br>Funded by US Office of Juvenile Justice Department: $30,000<br>Role: Principal Investigator |
| 2006-2009 | **Research Study of Single-Sex Schools for Black and Latino Males.**<br>Funded by Bill and Melinda Gates Foundation: $450,000<br>Role: Co-Principal Investigator |
| 2007-2008 | **Research Study of Achievement Gap Factors in Ossining School District.**<br>Funded by Ossining School District: $40,000<br>Role: Co-Principal Investigator |
| 2006-2007 | **Research Study of Achievement Gap Factors in Teaneck School District.**<br>Funded by Teaneck School District: $95,000<br>Role: Co-Principal Investigator |

| 2006-2008 | **Evaluation of 21ˢᵗ Century Community Learning Center in Westbury District** |

2006-2008          **Evaluation of 21st Century Community Learning Center in Westbury District**
Funded by Westbury School District: $65,000
Role: Principal Investigator

2005-2007          **Evaluation of NYCDOE School Counseling Project**
Funded by NYC Department of Education: $40,000
Role: Principal Investigator

## WRITTEN AND FUNDED SCHOOL REFORM PROJECTS

2017-2018          **Denver Public Schools Equity School Reform Project**
Funded by Denver Public Schools: $124,000
Role: Principal Investigator

2016-2019          **Kern High School District Equity School Project**
Funded by Kern High School District: $210,000
Role: Principal Investigator

2013-2016          **Equity Turnaround Project with Champaign Unit #4**
Funded by Champaign School District: $134,000
Role: Principal Investigator

2013-2014          **Disproportionality Project with Round Rock School District**
Funded by Round Rock School District: $22,500
Role: Principal Investigator

2012-2014          **Turnaround Project with Schenectady City School District**
Funded by New York State Education, Race to The Top: $305,000
Role: Principal Investigator

2012-2013          **Turnaround Project with Ballou Senior High School**
Funded by District of Columbia Public Schools: $65,000
Role: Principal Investigator

2011-2013          **Turnaround Project with North Forest Independent Schools**
Funded by North Forest Schools: $464,000
Role: Co-Principal Investigator

2011-2013          **Turnaround Project with Denver Public Schools**
Funded by Denver Public Schools: $750,000
Role: Principal Investigator

2009-2011          **Broader, Bolder Approach: Newark Public Schools Demonstration Project**
Funded by Ford Foundation: $800,000
Role: Co-Principal Investigator

2009-2014          **Technical Assistance Center on Disproportionality**
Funded by New York State Education Department: $6.2 million
Role: Co-Principal Investigator

| 2004-2009 | **Technical Assistance Center on Disproportionality** |
| | Funded by New York State Education Department: $3.7 million |
| | Role: Co-Principal Investigator and Project Director |

| 2005-2008 | **Region II Equity Assistance Center** |
| | Funded by US Department of Education: $2.2 million |
| | Role: Project Director |

## COURSES TAUGHT

| 2017-present | **Assistant Professor** |
| | Urban Education, College of Education, Temple University |
| | Courses taught: |

- Understanding Urban Communities

| 2013-2017 | **Assistant Professor** |
| | Department of Administration, Leadership and Technology, New York University |
| | Courses taught: |

- EDLED 2005 Graduate Seminar in Educational Leadership
- EDLED 2367 Demographic Analysis for School/Community Planning
- EDLED 2343 Data-Driven Decision Making and Leadership
- SOCED 2097 Latinos in Urban Schools
- EDLED 3015 Educational Policy and Research Strategies

| 2011-2013 | **Research Assistant Professor** |
| | Sociology of Education program, New York University |
| | Courses Taught: |

- SOCED 2097 Latinos in Urban Schools

| 2007-2011 | **Adjunct Faculty** |
| | Sociology of Education program, New York University |
| | Courses Taught: |

- SOCED 2097 Latinos in Urban Schools

| 2002-2007 | **Adjunct Faculty** |
| | Department of Educational Foundations, Hunter College, New York, New York |
| | Course Taught: |

- Multicultural Issues in Learning and Cognition
- Social Foundations in Adolescent Education
- Educational Research Methods
- Diversity in American Schools

| 1997-1998 | **Graduate Student Instructor** |
| | School of Education, University of Michigan, Ann Arbor, Michigan |

- Education 392: Education in a Multicultural Society

| 1995-1996 | **Teacher** |
|---|---|

Turner High School, Beloit, Wisconsin
- 10th Grade World History, 11th Grade Contemporary Issues and U.S. History (Student teaching)

*RELEVANT PROFESSIONAL EXPERIENCE*

| Jan. 2016-present | **Senior Faculty Consultant,** *RMC Research, New York City* |
|---|---|
| Dec. 2002-Nov. 2004 | **Education and Research Specialist,** *National Technical Assistance Center for Community Schools, The Children's Aid Society, New York City* |
| Sept. 2001-Nov. 2002 | **Research Associate,** *Metis Associates, Inc., New York City* |
| Aug. 2000-Aug. 2001 | **Program Director,** *Children's Aid Society, Community School I.S. 90.* |
| Jan. 1999-Aug. 2000 | **Program Coordinator,** *Office of Fellowships and Recruitment, Rackham Graduate School, University of Michigan* |
| Jan. 1997-Aug, 2000 | **Research Assistant,** School of Education, University of Michigan |

*SELECT INVITED TALKS*

**Indiana Department of Education Equity Summit, June 2017**
"Significant Disproportionality Regulations and Bias-Based Beliefs: What's Driving Disproportionate Patterns"

**Massachusetts Association of School Superintendents, May 2017**
"Bias-Based Beliefs Driving Disproportionate Patterns"

**California Department of Education State Performance Plan Technical Assistance Project, Significant Disproportionality Session, February 2017**
"LEAs can lead Significant Disproportionality Regulations"

**US Department of Education, Office of Special Education Programs, February 2017.**
"How SEAs and LEAs can lead Significant Disproportionality Regulations"

**Maryland State Department of Education, November 2016**
"Significant Disproportionality, Regulations, and Solutions"

**US Department of Education, Office of Special Education Programs, June 2016.**
"Current Research on Disproportionality Patterns in CEIS and Staff Beliefs"

**National Association of Black School Educators Conference, April 2016**
"Beliefs of Race and Culture: Setting the Stage for Disproportionality"

**Panasonic Foundation School Reform Conference, October 2015**
"School Reform Research and Practice: Lessons Learned"

**California Department of Education State Performance Plan Technical Assistance Project, Significant Disproportionality Session, October 2015**
"Race, Culture, Disproportionate Outcomes and Special Education"

**California Department of Education State Performance Plan Technical Assistance Project, Significant Disproportionality Session, April 2015**
"Disproportionate Outcomes and Discipline"

**Northwest Regional Laboratory and U of Oregon National PBIS conference, March 2015**
"Disproportionality Outcome and Equity Principles in PBIS Implementation"

**National Council Educating Black Children Conference, April 2014**
Invited Panelist and Workshop Presenter

**52nd Annual United Nations Commission on Social Development, February 2014**
"Schooling for Resilience: Life Trajectory of Black and Latino Boys"

**New York State School Boards Association Conference, October 2013**
"Disproportionality in Special Education and Suspension"
"Schooling for Resilience: Life Trajectory of Black and Latino Boys"

**STEMing the Tide: NSF-Sponsored Minority Males in Science, Technology, Engineering, and Mathematics (STEM), June 2013**
Invited Paper and Presenter

**W.K. Kellogg Foundation Racial Healing Conference, April 2012**
Invited Panelist

**American Federation of Teachers Conference, July 2013**
Invited Panelist and Workshop Presenter

**Council of Exceptional Children Conference, April 2010**
Invited Panelist and Workshop Presenter

*SERVICE*

*Advisory Group Memberships*

Advisory Board Member, Center for Court Innovation, NIJ funded study (2016-2017)
Advisory Board Member, NYC Mayor's Young Men's Initiative (2015-present)
Member, New York State Education Regents' Boys of Color Workgroup (2015-present)
Co-Chair Data Workgroup and Leadership Team Member, NYC Mayor's Taskforce on School Climate and Discipline (2015-present)
Expert Witness and Litigative Consultant, U.S. Department of Justice, Civil Rights Division (2014-2017)

Advisory Board Member, New York State Juvenile Justice Advisory Group
(Governor Appointed) (2010- present)
Trustee, Yonkers Schools Board of Education (Mayor Appointed) (2011-13)
Advisory Group Member, Harry and Leona Helmsley Trust (2011-2012)
Advisory Group Member, Council of State Governments (2012-13)
Board Member, Campaign for Fiscal Equity (2010-13)
Advisory Council Member, New Jersey Department on School Improvement's
Council on Equity and Diversity (2010-2011)
Advisory Board Member, Indiana University – Technical Assistance Center on
Positive Behavior Intervention System (2013- present)
Advisory Board Member, National Center on Response to Intervention (2008-2013)
Advisory Board Member, New York State Education Department Professional
Development Grant (2008-2009)

*Federal Reviewer*

U.S. Department of Education, Office of Special Education Programs, Federal
program application reviewer, 2011, 2013, 2014

*Professional Memberships*

Member, American Educational Research Association
Member, American Sociological Association

**Service to Discipline**

Reviewer, Educational Psychology Review, Spring 2017
Reviewer, Harvard Education Press, Summer 2015, 2017
Reviewer, Peabody Journal, Summer 2015
Editorial Board, Boyhood Studies, Interdisciplinary Journal, 2015-present
Reviewer, Educational Researcher, Fall 2013

**Service to Department**
ALT Department Personnel Committee, 2014-2015, 2015-2016
Higher Education Search Committee, Winter-Spring 2015
Higher Education Search Committee, Fall/Winter 2015/2016
Multicultural and Multilingual Studies Search Committee, Fall/Winter 2015/2016
Educational Leadership, Chair, Search Committee, 2016-17

# Appendix C: References

**References**
Annamma, S., Connor, D. & Beth Ferri (2013): Dis/ability critical race studies (DisCrit):
theorizing at the intersections of race and dis/ability. *Race Ethnicity and Education*, 16:1, 1-31

Artiles, A. J. (2009). Re-framing disproportionality research: Outline of a cultural-historical
paradigm. Multiple Voices for Ethnically Diverse Exceptional Learners, 11, 24–37.

Artiles, A. J., & Bal, A. (2008). The next generation of disproportionality research: Toward a comparative model in the study of equity in ability differences. The Journal of Special Education, 42, 4–14.

Artiles, A. J., Kozleski, E., Trent, S., Osher, D., & Ortiz, A. (2010). Justifying and explaining disproportionality, 1968– 2008. Exceptional Children, 76, 279–299.

Beck, A. and Muschkin, C. (2012). The Enduring Impact of Race: Understanding Disparities in Student Disciplinary Infractions and Achievement. Sociological Perspectives, 55, 4, pp.637-662

Bonilla-Silva, E. (2006). Racism without Racists: Color-Blind Racism and Persistance of Racial Inequality in America. Rowman & Littlefield Publishers:

Cohen & P. Cohen (1983). Applied Multiple Regression/Correlation Analysis for the Behavioural Sciences. Hillsdale, NJ: Lawrence Erlbaum

Coutinho, M. J., & Oswald, D. P. (2000). Disproportionate representation in special education: A synthesis and recommendations. Journal of Child and Family Studies, 9, 135–156.

Fabelo, T., Thompson, M., Plotkin, M., Carmichael, D., Marchbanks, M., and E. Booth (2012). Breaking School Rules: A Statewide Study of How School Discipline Relates to Students' Success and Juvenile Justice Involvement. Washington, D.C.: The Council of State Governments Justice Center.

Gregory, A., & Mosely, P. M. (2004). The discipline gap: Teachers' views on the over-representation of African American students in the discipline system. Equity & Excellence in Education, 37, 18–30. doi:10.1080/10665680490429280

Gregory, A., Skiba, R. J., & Noguera, P. A. (2010). The achievement gap and the discipline gap: Two sides of the same coin? Educational Researcher, 39, 59–68.

Gregory, Ann, and Rhona S. Weinstein. (2008)a. "The Discipline Gap and African Americans: Defiance or Cooperation in the High School Classroom." Journal of School Psychology 46 (4): 455–75.

Harry, B., & Klingner, J. K. (2006). Why are so many minority students in education? Understanding race and disability in schools. New York, NY: Teachers College Press.

Klingner, J. K., & Harry, B. (2006). The special education referral and decision-making process for English language learners: Child study team meetings and placement conferences. Teachers College Record, 108, 2247-2281.

Nicholson-Crotty, S., Birchmeier, Z., and Valentine, D. (2009). Exploring the Impact of School Discipline on Racial Disportion in the Juvenile Justice System. *Social Science Quarterly,* Vol.90, 4, 1003-1018

Skiba, R. J., Horner, R. H., Chung, C. G., Karega Rausch, M., May, S. L., & Tobin, T. (2011). Race is not neutral: A national investigation of African American and Latino disproportionality in school discipline. *School Psychology Review*, *40*(1), 85.

Skiba, R. J., Michael, R. S., Nardo, A. C., & Peterson, R. L. (2002). The color of discipline: Sources of racial and gender disproportionality in school punishment. *The Urban Review*, *34*, 317-342.

Skiba, R. J., Peterson, R. L., & Williams, T. (1997). Office referrals and suspension: Disciplinary intervention in middle schools. *Education and Treatment of Children*, *20*, 295-315.

Vincent, C., and Tobin, T. (2011). The Relationship between Implementation of School-Wide Positive Behavior Support (SWPBS) and Disciplinary Exclusion of Students from Various Ethnic Backgrounds with and without Disabilities. *Journal of Emotional and Behavioral Disorders,* 19, 4, 217-232.

Vincent, C., Tobin, T., Hawken, L., and Frank, J. (2012a). Discipline Referrals and Access to Secondary Level of Support in Elementary and Middle Schools: Patterns Across African American, Hispanic American, and White Students. Education and Treatment of Children, 35, 3, 431-458.

Vincent, C., Sprague, J., and Tobin, T. (2012b). Exclusionary Discipline Practices Across Students' Racial/Ethnic Backgrounds and Disability Status: Findings from the Pacific Northwest. *Education and Treatment of Children,* 35, 4, pg. 585-601.

Waitoller, F., Artiles, A. J., & Cheney, D. (2010). The miner's canary: A review of overrepresentation research and explanations. The Journal of Special Education, 44, 29–49.

# Appendix D: Signature Page

I, Edward Fergus, am the sole author of the attached expert report on the infraction referrals in Longwood High School.

_____

Edward Fergus