2:16-cv-02871  JFB–AYS

# United States District Court

*for the*

## Eastern District of New York

DAVID EDMOND, CAROL EDMOND, his mother, and TOM EDMOND, his father

*Plaintiffs*

–v–

LONGWOOD CENTRAL SCHOOL DISTRICT; MICHAEL R. LONERGAN, DSW, individually, and as Superintendent of Schools; MARIA I. CASTRO, EDD, individually and as Assistant Superintendent for Instruction and Learning, and as Principal of Longwood High School at the times mentioned in this complaint; MELISSA CONLON, individually and as Assistant Principal, Longwood Senior High School; SCOTT REESE, individually and as Assistant Principal, Longwood Senior High School; BARBARA MERKLE, , individually and as a member of the Longwood Senior High School Administration Personnel Group; JAMES PERROTTA, individually and as a "security guard" and/or a supervisor of "security" at the Longwood Senior High School; SCOTT PALTROW, individually and as a "security guard" at the Longwood Senior High School; and JERRY CHAN, individually and as a "security guard" at the Longwood Senior High School,

*Defendants*

## PLAINTIFFS' STATEMENT OF DISPUTED MATERIAL FACTS

CORY H. MORRIS (CM 5225)
*Counsel of Record for Plaintiffs*

## PLAINTIFFS STATEMENT OF MATERIAL FACTS

Plaintiffs DAVID EDMOND, CAROL EDMOND and TOM EDMOND set forth the following material factual assertions in support of Plaintiffs' motion for summary judgment and in opposition to the purported factual assertions set forth by Defendants in its Rule 56.1 Statement of Facts.

In their verified answer to the Plaintiffs' amended verified complaint [D.E. 95], Defendants deny or deny knowledge or information sufficient to form a belief as to all of the allegations of the complaint including the allegation the Plaintiff David Edmond is an African American man yet they admit that he was a student at Longwood High School. D.E. 96. The disingenuous nature of the pleading is exceeded only by the lack of attention to the records of the School District which report the race of students to federal and state agencies for a variety of purposes.

As a result of these denials, all of the material facts alleged in the Amended Verified Complaint are now in dispute. They are set forth below together with references (**boldface**) to documents and testimony supporting the allegations asserting those facts in the Complaint.

### The Plaintiffs

1. The Plaintiffs are all African Americans. **F.R.E. Rule 201.**

2. On June 4, 2015, plaintiff DAVID EDMOND was eighteen years of age and a graduating senior student at Longwood Senior High School. **LCSD document production Bates# 2101.**

### The Defendants

3. Defendant LONGWOOD CENTRAL SCHOOL DISTRICT applied for and did receive funds from the federal government of the United States and from the State of New York as well as from other government sources, and not-for-profit organizations. **Lonergan Deposition, 02/19/18 P. 17 Ln 13–17; P. 19 Ln 14–22; P. 20 Ln 9–22; and P. 236 Ln 8–21.**

4. Defendant LONGWOOD CENTRAL SCHOOL DISTRICT is operated by, through, and under the jurisdiction, supervision, and control, depending upon the circumstance, of its Board of Education. **LCSD document production Bates# 4796.**

5. The central administration of Defendant LONGWOOD CENTRAL SCHOOL DISTRICT is concentrated in the office of the District Superintendent, and the administration of each of school building in the District where students are located. **Lonergan Deposition, 02/19/18 P. 54–56 Ln 18–16.**

6. Defendant MICHAEL R. LONERGAN was, and still is the District Superintendent of the Longwood Central School District and acts as the Chief Executive Officer of the school district with the mandate of executing the policies and procedures promulgated by the Board of Education and assuring compliance with laws of the state of New York and the United States of America as well as the rules and regulations promulgated by agencies such as the New York State Department of Education in his administration of the District. **LCSD document production Bates# 4796; F.R.E Rule 201.**

7. Defendant Michael Lonergan has final authority over significant matters involving the exercise of discretion by himself and other employees of the Longwood Central School District, and the decisions he made represent government policy of the Longwood Central School District. **LCSD document production Bates# 4796.**

8. All of the employees of Defendant LONGWOOD CENTRAL SCHOOL DISTRICT acting within the scope of their employment are agents of said District and said Defendant LONGWOOD CENTRAL SCHOOL DISTRICT is responsible for the acts and actions of their employees, particularly those in executive and management positions. **LCSD document production Bates# 4796.**

9. Defendant LONGWOOD CENTRAL SCHOOL DISTRICT is responsible for assuring that all of the District employees, particularly administrators and other senior managers are properly qualified and trained for the duties they are required to perform. **LCSD document production Bates# 4710**

10. Defendant MICHAEL R. LONERGAN is responsible for the employment, training, and supervision of the other individual Defendants named herein, subject to pro forma approval by the

Board of Education of the Longwood Central School District. **LCSD document production Bates#** 203; **LCSD document production Bates#** 4796.

11. Defendant LONGWOOD CENTRAL SCHOOL DISTRICT is responsible for the acts and actions of each of its employees and absent substantial credible evidence to the contrary the acts and actions of all the employees of the District are acting in furtherance of declared or tacit policies of Defendant LONGWOOD CENTRAL SCHOOL DISTRICT. **LCSD document production Bates#** 4796.

12. Defendant MARIA I. CASTRO was the Principal of Longwood Senior High School during the 2014-2015 school year. **Deposition of Maria Castro, 10/19/2017, P. 10, Ln 12–16.**

13. Defendant SCOTT REESE was an Assistant Principal at Longwood Senior High School during the 2014-2015 school year. **Deposition of Maria Castro, 10/19/2017, P. 112, Ln 16–25; Deposition of Scott Reese, 11/28/17, P. 17, Ln 14–22.**

14. Defendant BARBARA MERKLE was an Assistant Principal at Longwood Senior High School. **Deposition of Maria Castro, 10/19/2017, P. 112, Ln 16-25.**

15. Defendant Assistant Principal BARBARA MERKLE played a significant role in selectively collecting statements and evidence regarding the incident which is the subject of this litigation and summarily ignored any statements and evidence that supported the version of Plaintiff DAVID EDMOND. **LCSD document production Bates#** 451; **LCSD document production Bates#** 293; **LCSD document production Bates#** 303–307; **LCSD document production Bates#** 606; **LCSD document production Bates#** 1968; **LCSD document production Bates#** 2063–2065.

16. Defendant MELISSA CONLON was an Assistant Principal at Longwood Senior High School **LCSD document production Bates#** 260; **LCSD document production Bates#** 263.

17. Defendant Assistant Principal MELISSA CONLON played a significant role in selectively collecting statements and evidence regarding the incident which is the subject of this litigation and

summarily ignored any statements and evidence that supported the version of Plaintiff DAVID EDMOND. **LCSD document production Bates# 2063–2064; LCSD document production Bates# 583.**

18. Defendant JAMES PERROTTA was a member of the security staff of the Longwood Senior High School and was the direct supervisor of the security staff during the 2014/2015 school year. **Deposition of James Perrotta, 3/15/18, P. 30 Ln 19–23; P.30–31, Ln 24–25, 2–3.**

19. Defendant SCOTT PALTROW was a member of the security staff and a security guard at the Longwood Senior High School. **Deposition of James Perrotta, 3/15/18, P. 34 Ln 3–21, P. 272, Ln 2–14.**

20. Defendant JERRY CHAN was a member of the security staff and a security guard at the Longwood Senior High School. **Deposition of James Perrotta, 3/15/18, P. 34 Ln 3–21, P. 272, Ln 2–14.**

21. Each of the named individual defendants, whether directly involved in the assault upon Plaintiff DAVID EDMOND or the subsequent disciplinary proceedings brought against Plaintiff David Edmond failed to take proper action to protect the Plaintiff. **LCSD document production Bates# 233**

22. Each of the named individual defendants was directly or indirectly a party implementing the racial discrimination which existed throughout the time that Plaintiff DAVID EDMOND was a student at Longwood Senior High School; many students participated in the senior prank and many students had their phone out at this time. **LCSD document production Bates# 231; Edward Fergus, Ph.D., Expert Report On 2011-2015 Behavioral/Discipline Infractions.**

23. Although many students participated in the senior prank and many students had their phone out at this time, only African American students were targeted for discipline. **LCSD document production Bates# 625; LCSD document production Bates# 231; Edward Fergus, Ph.D., Expert Report On 2011-2015 Behavioral/Discipline Infractions.**

**Leading up to the attack**

24. On 4 June 2015, shortly after 1000 hours in the morning, Longwood Senior High School students were attempting to leave the school building and play tag as part of a traditional "senior prank." **LCSD document production Bates# 593; LCSD document production Bates# 612.**

25. Upon information and belief, Defendant Assistant Principal SCOTT REESE and Defendant Director of School Safety JAMES PERROTTA communicated with each other, organized, and directed Administrators, Teachers, security staff and security guards to positions at the doors by which the students were leaving and intended to re-enter the building in an effort to prevent the students from leaving and/or reentering the Longwood Senior High School building. **Deposition of James Perrotta, 3/15/18, P. 40 Ln 21 – P. 41 Ln 2; P. 41 Ln 15–P. 42 Ln 8; LCSD document production Bates# 593.**

26. At the time, Defendant Assistant Principal SCOTT REESE and Defendant Director of School Safety JAMES PERROTTA were communicating with each other and certain Administrators, teachers, security staff and security guards by means of "walkie-talkies" attempting to block student egress from and return to the Longwood Senior High School building during this "senior prank" thereby creating a dangerous situation. **LCSD document production Bates# 593.**

27. By blocking the exits of the Longwood Senior High School building and attempting to physically stop large groups of students, specifically targeting black African American students, the Longwood Senior High School Administrators, teachers, security staff and security guards created a dangerous condition for students entering and leaving the building. **Deposition of James Perrotta, 3/15/18, P. 40 Ln 21 – P. 41 Ln 2; P. 41 Ln 15 – P. 42 Ln 8; LCSD document production Bates# 593; Edward Fergus, Ph.D., Expert Report On 2011-2015 Behavioral/Discipline Infractions.**

28. According to the information contained within the frames of video recordings, as a great number of students were returning to the

building, teachers and/or administrators and/or security staff and security guards were standing in the doorways attempting to prevent the students from re-entering the Longwood Senior High School building. **LCSD document production Bates# 248; LCSD document production Bates# 593; LCSD document production Bates# 612.**

29. In attempting to prevent students from leaving and re-entering the Longwood Senior High School building, Defendant Assistant Principal SCOTT REESE, Defendant Director of School Safety JAMES PERROTTA, Defendant Security Guard SCOTT PALTROW, Defendant Security Guard JERRY CHAN, and other employees of the Defendant LONGWOOD CENTRAL SCHOOL DISTRICT in furtherance of the orders from Defendant Assistant Principal SCOTT REESE and Defendant Director of School Safety JAMES PERROTTA did physically touch, assault, push and batter African American students, including but not limited to Plaintiff DAVID EDMOND. **LCSD document production Bates# 233; LCSD document production Bates# 181; LCSD document production Bates# 593; LCSD document production Bates# 612.**

30. Shortly after the senior prank concluded, a large number of Longwood Senior High School students and teachers congregated in the "1600" hallway of the Longwood Senior High School building. **LCSD document production Bates# 593; LCSD document production Bates# 4336.**

31. Shortly after 1000 hours on June 4, 2015, two teachers physically restrained a black African American student who was apparently videotaping the scene and pushed him up against the wall in an effort to confiscate his cellphone. **LCSD document production Bates# 248; LCSD document production Bates# 593; LCSD document production Bates# 607; LCSD document production Bates# 612.**

32. At some point, the students started to chant the word "Assh*le" over and over again. **LCSD document production Bates# 258; LCSD document production Bates# 593; LCSD document production Bates# 612; LCSD document production Bates# 622.**

33. All of the events in the hall alleged herein were recorded according to school policy by security cameras maintained by Defendant LONGWOOD CENTRAL SCHOOL DISTRICT and demand has been made in writing on or about June 29, 2015 demanding preservation of the video recording and production thereof. **Deposition of James Perrotta, 3/15/18, P. 57–58, Ln. 13–25; 2–5.**

34. Shortly thereafter, according to other video recordings, Plaintiff DAVID EDMOND, was walking down the hall with two white Caucasian classmates without any cellphones visible. **LCSD document production Bates# 248; LCSD document production Bates# 607.**

35. On June 4, 2015, Defendant Assistant Principal SCOTT REESE, Defendant Director of School Safety JAMES PERROTTA, Defendant Security Guard SCOTT PALTROW, and Defendant Security Guard JERRY CHAN in furtherance of long standing policies of racially discriminatory treatment of African American students including Plaintiff DAVID EDMOND executed their discriminatory and often violent conduct against African American student in the "blind spot" areas of the surveillance cameras maintained by the Longwood Central School District Administration in the Longwood Senior High School. **LCSD document production Bates# 593;** Many students participated in the senior prank and many students had their phone out at this time. **LCSD document production Bates# 625; LCSD document production Bates# 231; Edward Fergus**, Ph.D., **Expert Report On 2011-2015 Behavioral/Discipline Infractions.**

**The Attack**

36. Defendant Assistant Principal SCOTT REESE approached the crowd of students in the hallway, then seized and grabbed Plaintiff DAVID EDMOND by his shirt, forcibly pushing the Plaintiff across the hallway perpendicular to the flow of students through the hallway to a point apparently out of range of the surveillance camera. **LCSD document production Bates# 593.**

37. According to a statement provided by the Plaintiff DAVID EDMOND to the Defendant Administrators in their offices, and later to the Suffolk County Police Department, Plaintiff told Defendant Assistant Principal SCOTT REESE that he couldn't grab him like that and to get his hands off him. Reese responded with the question, "What are you going to do about it?" At that point, Reese raised his hand as if to strike the Plaintiff whose hands were at his sides and a security guard grabbed Plaintiff from behind locking both of his arms. **LCSD document production Bates# 593.**

38. In the first frames of a contemporaneous video recording by a student (**LCSD document production Bates# 627**) and posted in the public social media cyberspace, Plaintiff DAVID EDMOND who is less than 6 feet tall and slightly built is fully restrained by a much larger security guard. (**Deposition of James Perrotta, 3/15/18, P. 305 Ln 21–25; P. 306 Ln 2–4; Ln 12–4**) Defendant Security Guard SCOTT PALTROW arrives on the scene eventually pushing the student recording with the videophone out of the way. **LCSD document production Bates# 248.**

39. In the following frames, Defendant Security Guard SCOTT PALTROW, who is taller and much heavier than Plaintiff, who is fully restrained at the time, immediately applies a chokehold on the Plaintiff and violently slams David to the hallway floor and pins him to the floor with his entire body mass while forcing David's face against the solid floor all while continuing to choke him and deny him air to breathe. **Paltrow Deposition P. 235 Ln 10–25; P. 237 Ln 23–P. 238 Ln 10; P. 239 Ln 8–P. 240 Ln 4; P. 241 Ln 5–9; and P. 242 Ln 15–21.**

40. During the assault and battery by the Defendants Reese, Paltrow, and Chan, Plaintiff DAVID EDMOND continuously pleaded that he was unable to breathe and that he was in pain. **Paltrow Deposition P. 243 Ln 10–13.**

41. During the assault and battery of the Plaintiff DAVID EDMOND by Defendant Assistant Principal SCOTT REESE, Defendant Security Guard SCOTT PALTROW, Defendant Security Guard JERRY CHAN, and Defendant Director of School Safety JAMES PERROTTA, a teacher, Mr. Elrich Bowlay-Williams, was pleading

with the assailants to, "Let him go." **Paltrow Deposition P. 243 Ln 10 – 13. LCSD document production Bates# 593.**

42. Plaintiff David Edmond, injured from nearly being choked to death, was then approached by several Longwood Senior High School employees who attempted to extract incriminating information from David Edmond rather than attempt to treat his injuries. **LCSD document production Bates# 583; LCSD document production Bates# 413; Edmond Document Production Bates# 54–92.**

**Immediately following the attack**

43. Upon witnessing the attack on Plaintiff DAVID EDMOND, a student called 911 on her cell phone to report that Defendant Assistant Principal SCOTT REESE had struck and shoved Plaintiff and that Defendant Security Guard SCOTT PALTROW and Defendant Security Guard JERRY CHAN had slammed Plaintiff to the ground. **LCSD document production Bates# 234; Perrotta Deposition, P. 317 Ln 12–15.** The student told the 911 operator that there were five witnesses to the incident, but the student must hang up the phone because the student was "getting in trouble" for using the phone. See **911 Phone Call** as **Exhibit.**

44. At least three white students who witnessed the attack upon Plaintiff DAVID EDMOND made a complaint to the Suffolk County Police Department, and one of those students was summarily suspended. **LCSD document production Bates# 1992.**

45. Suffolk County Police Department did not respond to the 911 call, however, a recording of the 911 phone call from the student exists and is maintained by the Suffolk County Department. See **911 Phone Call** as **Exhibit.**

46. Suffolk County Police Department Records evidence that a phone call was made by student Tiffany Kuckucka on behalf of David Edmond but that James Perrotta did "cancel" the call.

47. Other students and former students who are identified herein by initials (only because they were or still are infants) witnessed the event and gave the following accounts:

48. M.G.S.: "David Edmond was held down in a chokehold and unable

to breath by the security guard PALTROW. PALTROW continued to hold him down and force all of his weight on David even after repeated pleas from him and others to stop." **Edmond Document Production Bates# 7.**

49. N.D.: "...During that time the Assistant Principle [sic] Mr. Reese grabbed David Edmond aggressively, then David turned towards Mr. Reese and told him not to touch him like that. When that happened the Security guard grabbed David and choked him to the ground and continued to keep David choked on the ground until a teacher got him off." **Edmond Document Production Bates# 8.**

50. J.T.: "On June 4th 2015, David Edmond was held down in a chokehold and was unable to breath by the security guard Paltrow. Paltrow continued to hold him down and forced his weight on David, even after repeated please [sic] from him and others to stop **Edmond Document Production Bates# 9.**

51. J.T.: "On June 4th students at Longwood high school got punished and hurt from a senior prank. Students DE, CF and BW got punished and hurt for no reason. The Assistant principle [sic] Reese aggressivly [sic] grabbed student David Edmond's jacket and raised his hand as if he was threatening David. Security guard Paltrow put David into a choke hold to the ground to the point were [sic] the student could not breath and Paltrow was told by many teachers to get off of the student and would not listen smashing his face to the ground. It was all uncalled for and the students do not deserve it." **Edmond Document Production Bates# 9.**

52. D.B.W.: "...a student was basically chocked [sic] by staff and security. There needs to be something done because this isn't right...this isn't the first time something like this happened because it happened to me and another security guard. I had nothing to do with the fight I was just helping a friend and I was grabbed up by security. The principal was e-mailed by my parent and she didn't do nothing about it even after she said she would have a meeting with me. What does that say about our safety in this school? Nothing is being done in the school and it needs to change. This is my last my last year and I don't want my brother to have to come here next and not feel safe because of the reactions that comes from staff and principals. The fact that a student was choked yesterday and could

barely breath is horrible. We as students/seniors look out for each other so yes most of us are angry and upset about what went on...." **Edmond Document Production Bates# 13**

53. T.W.: "On 6/4/15 David Edmond was thrown down by the security guard, Paltrow. David couldn't breath and was gasping for air. Paltrow was putting all of his weight on David while he was on the ground. Paltrow was continuously told to get off of David by several people including several teachers and David Edmond himself, but still refused."

54. L.H.: "Yesterday, June 4, 2015, I witnessed one of my classmates get slammed and choked to the floor by one of our school security guards. David and Assistant principle [sic] Mr. Reese had an altercation in the middle of the hallway after our attempted senior prank. Right after I saw him slammed to the floor and held down by several security guards. There was also a few teachers holding him down on the floor as he was in a chokehold. He was unable to defend himself. I would appreciate if something would be done about this because I now do not feel safe in this school Teachers and security guards should not have the authority to act so aggressively towards an innocent person." **Edmond Document Production Bates# 14**

55. B.C.: "On Thursday June 4th, 2015 David Edmond was brought to the ground by a security guard and assistant principle [sic]. While on the ground I could hear him saying 'I cant [sic] breath" but the security guard continued to have his arm around David's [sic] neck. Many teachers were telling the security guard and assistant principle [sic] that they can handle the situation but they would not stop." **Edmond Document Production Bates# 5**

**Defendants' immediate response following the attack**

56. Rather than immediately evaluate the complaints of Plaintiff DAVID EDMOND regarding physical injury to his neck, back, spine, throat, face and generalized pain throughout his body, a Longwood Central School District employee took David to the office of an Assistant Principal. **LCSD document production Bates# 2064.**

57. The school nurse had actual knowledge, or with the exercise of

reasonable care as a registered nurse should have known, that Plaintiff DAVID EDMOND required immediate medical care and treatment, but no such care was offered, much less provided, and no attempt was made to call for an ambulance. **LCSD document production Bates# 2064.**

58. Rather than provide medical care and treatment for the obviously injured Plaintiff DAVID EDMOND, **(Edmond Document Production Bates# 54–92)** Defendant Assistant Principal MELISSA CONLON attempted to obtain a statement from the Plaintiff about the incident. Plaintiff requested that his parents be notified and eventually they arrived at the Longwood Senior High School. **LCSD document production Bates# 2064**

59. Defendant Assistant Principal MELISSA CONLON told the Edmond family, the Plaintiffs herein, that they were required to give a statement to the Defendant LONGWOOD CENTRAL SCHOOL DISTRICT. **LCSD document production Bates# 2064.**

60. Only after Plaintiff DAVID EDMOND gave a statement to Defendant Assistant Principal MELISSA CONLON did she call the School Nurse and provide ice and bandages for some of the injuries sustained by said Plaintiff. **LCSD document production Bates# 2064.**

61. At some point, Defendant Assistant Principal MELISSA CONLON and Defendant Principal MARIA I. CASTRO told the Plaintiffs that the Suffolk County Police Department had been called **(Deposition of Carol Edmond, 7/20/17, P. 79, Ln 8–25)** and the Plaintiffs requested the opportunity to speak to the Suffolk County Police Department. **(LCSD document production Bates# 2064; Deposition of Maria Castro, 10/19/2017, P. 83, Ln 16–19)** The Defendants denied their request.

62. That Defendant Director of School Safety JAMES PERROTTA cancelled the call to the Suffolk County Police Department. D.E. 70.

63. Rather than review the video and inquire into the use of deadly force by Defendant Security Guard SCOTT PALTROW aided and abetted by Defendant Security Guard JERRY CHAN and Defendant Assistant Principal SCOTT REESE, **(LCSD document production Bates# 248)** and Defendant Principal MARIA I.

CASTRO summarily imposed disciplinary action and punishment upon Plaintiff DAVID EDMOND because of his race, color and/or national origin.

64. Upon information and belief, Defendant Principal Maria I. Castro and Defendant Assistant Principal SCOTT REESE did formulate a ·plan to cover up the botched attempt to stop an otherwise peaceful senior prank that resulted in the targeting of African American students and the assault, battery and choking of Plaintiff David Edmond. **Edward Fergus**, Ph.D., **Expert Report On 2011-2015 Behavioral/Discipline Infractions**

65. Although many students were in the hall (**LCSD document production Bates#** 625) and chanting, "Assh*le," and using cellphones in a manner which may have challenged school policy, Plaintiff DAVID EDMOND was not one of those students, nevertheless, he was singled out for disciplinary proceedings and administrative punishment because of his race, color and/or national origin. **Deposition of James Perrotta, 3/15/18, P. 9 Ln 8–9; LCSD document production Bates#** 217; **LCSD document production Bates#** 258; **LCSD document production Bates#** 612; **LCSD document production Bates#** 622; **LCSD document production Bates#** 625.

66. Defendant Assistant Principal Reese, Defendant Security Guard SCOTT PALTROW, and Defendant Security Guard JERRY CHAN targeted Plaintiff DAVID EDMOND on the basis of his race, color and/or national origin. **Edward Fergus**, Ph.D., **Expert Report On 2011-2015 Behavioral/Discipline Infractions**

67. Several white Caucasian students chanting, "Assh*le" (**LCSD document production Bates#** 258; **LCSD document production Bates#** 612; **LCSD document production Bates#** 622) were present in the hall at the same time as Plaintiff DAVID EDMOND, yet only the Plaintiff was targeted by Defendant Assistant Principal Reese and subjected to assault with deadly force by Defendant Security Guard SCOTT PALTROW and Defendant Security Guard JERRY CHAN, obviously on the basis of his race, color and/or national origin. **Edward Fergus**, Ph.D., **Expert Report On 2011-2015 Behavioral/Discipline Infractions**

68. Defendant Assistant Principal MELISSA CONLON told Plaintiffs that a school video tape recorded by school security cameras was reviewed by Defendant MICHAEL R. LONERGAN who decided to summarily discipline and administratively punish Plaintiff DAVID EDMOND. **LCSD document production Bates# 248; LCSD document production Bates## 2063–2065**

69. The Edmond Family, plaintiffs herein, requested a copy of the school surveillance tape and their request was denied by Defendant Assistant Principal MELISSA CONLON, Defendant Assistant Principal BARBARA MERKLE, and Defendant Principal MARIA I. CASTRO.

70. Immediately after the meeting with Defendant Principal MARIA I. CASTRO and Defendant Assistant Principal MELISSA CONLON, the Edmond Family, plaintiffs herein, attempted to speak to Defendant MICHAEL R. LONERGAN, but was told that he was unavailable to speak with them. **LCSD document production Bates# 2064.**

71. Upon leaving the Longwood Senior High School building, Plaintiff TOM EDMOND and Plaintiff CAROL EDMOND brought their son, Plaintiff DAVID EDMOND to a hospital emergency room for medical care and treatment. **Edmond Document Production Bates# 54–92.**

72. The Edmond Family were later contacted by Defendant MICHAEL R. LONERGAN who, in a telephone call said that Plaintiff DAVID EDMOND, was to be summarily punished and could not attend his High School Senior Prom and would not be allowed to walk with his class and participate in graduation ceremonies. **LCSD document production Bates# 286; LCSD document production Bates# 2390.**

73. The Edmond Family, did report the incident to the Suffolk County Police Department and the Suffolk County Police Department did conduct several interviews and obtain several sworn statements. **LCSD document production Bates# 234.**

74. Defendant Assistant Principal MELISSA CONLON, Defendant Assistant Principal BARBARA MERKLE, and Defendant Director of School Safety JAMES PERROTTA conspired with and acted

together with Defendant Assistant Principal SCOTT REESE to deny Plaintiff DAVID EDMOND, an African American citizen, the full and equal benefit and protection of all laws and proceedings for the security of persons and property as are enjoyed by white citizens.

75. That Defendant Assistant Principal MELISSA CONLON, Defendant Assistant Principal BARBARA MERKLE, and Defendant Director of School Safety JAMES PERROTTA conspired with and acted together with Defendant Assistant Principal SCOTT REESE to conceal and cover up the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND at the Longwood Senior High School on 4 June 2015. **LCSD document production Bates#** 2408.

76. That Defendant Assistant Principal MELISSA CONLON, Defendant Assistant Principal BARBARA MERKLE, and Defendant Director of School Safety JAMES PERROTTA conspired with and acted together with Defendant Assistant Principal SCOTT REESE to further the cover up of the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND by imposing summary punishment upon said Plaintiff; commencing unjustified disciplinary proceeding against him; and coercing his parents into accepting such procedures by threatening to deny David Edmond of his earned right to graduate with his class, all of which actions by the Defendants denied Plaintiff DAVID EDMOND, an African American citizen, the full and equal benefit and protection of all laws and proceedings for the security of persons and property as are enjoyed by white citizens **Lonergan Deposition, 02/19/18, P. 168, L24–P. 169, Ln 19.; Edward Fergus**, Ph.D., **Expert Report On 2011-2015 Behavioral/Discipline Infractions**

77. Defendant Principal MARIA I. CASTRO did oversee a process that would deprive plaintiff DAVID EDMOND the fair and equal opportunity to obtain educational benefits and the benefits of the Longwood Senior High School disciplinary code of conduct in a fair and equal manner as Caucasian students. That Defendant Assistant Principal SCOTT REESE, Defendant Principal MARIA I. CASTRO, Defendant Assistant Principal MELISSA CONLON,

Defendant Assistant Principal BARBARA MERKLE and Defendant MICHAEL R. LONERGAN continued the racially discriminatory targeting of Plaintiff DAVID EDMOND by imposing summary punishment upon said Plaintiff and commencing an unjustified disciplinary proceeding against him; then coercing his parents into accepting such procedures by threatening to deny David Edmond of his earned right to graduate with his class, all of which actions by the Defendants denied Plaintiff DAVID EDMOND, an African American citizen, of all the benefits of a free and appropriate public education, one of the rights, privileges, and immunities subject to equal protection of the laws to the extent that such are enjoyed by white citizens attending Longwood Senior High School. **Lonergan Deposition Pg169, L l19 – Pg 168, L25; LCSD document production Bates# 231; LCSD document production Bates# 625; Edward Fergus**, Ph.D., **Expert Report On 2011-2015 Behavioral/Discipline Infractions.**

78. That Defendant Director of School Safety JAMES PERROTTA and other security guards reporting to him and under his supervision and control conspired with Defendant Assistant Principal SCOTT REESE to conceal, the discriminatory conduct and actions against Plaintiff DAVID EDMOND and other African American students. Many students participated in the senior prank and many students had their phone out at this time. **LCSD document production Bates# 625**

79. After the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND on June 4, 2015, Defendant Assistant Principal SCOTT REESE communicated with Defendant Director of School Safety JAMES PERROTTA (**Deposition of Scott Reese, 11/28/17, P. 266–67, Ln 19–10**) and as a result, said Defendant Director of School Safety JAMES PERROTTA created a supplemental security form (**Deposition of James Perrotta, 3/15/18 P. 32–33, Ln 9–12**) to conceal and cover up the racially discriminatory actions against Plaintiff DAVID EDMOND and other black/African American students. **Deposition of James Perrotta, 3/15/18, Pg 32 Line 9–Pg 33 Ln 12; LCSD document production Bates# 231.**

80. After the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND on June 4, 2015, Defendant Assistant Principal SCOTT REESE communicated with Defendant Principal MARIA I. CASTRO, Defendant Assistant Principal BARBARA MERKLE, Defendant Assistant Principal MELISSA CONLON, Defendant MICHAEL R. LONERGAN, and other Longwood Central School District administrators (**LCSD document production Bates# 2408**) to bring disciplinary proceedings against Plaintiff DAVID EDMOND in order to conceal and cover up the racially discriminatory actions against Plaintiff DAVID EDMOND and other black/African American students. Many students participated in the senior prank and many students had their phone out at this time. **LCSD document production Bates# 625; LCSD document production Bates# 231**

81. After the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND on June 4, 2015, Defendant Assistant Principal SCOTT REESE met with Defendant Principal MARIA I. CASTRO, Defendant Assistant Principal BARBARA MERKLE, Defendant Assistant Principal MELISSA CONLON, Defendant MICHAEL R. LONERGAN, (**LCSD document production Bates# 2400, Deposition of Scott Reese, 11/28/17, P. 270, Ln 7–21**) and other Longwood Central School District administrators to inform them that Defendant Security Guard SCOTT PALTROW had placed student David Edmond in a dangerous, life threatening, and wholly inappropriate chokehold in order to engage their help and cooperation in the effort to conceal and cover up the racially discriminatory actions against Plaintiff DAVID EDMOND and other black/African American students. **LCSD document production Bates# 231.**

82. After the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND on June 4, 2015, Defendant Assistant Principal SCOTT REESE met with Defendant Principal MARIA I. CASTRO, Defendant Assistant Principal BARBARA MERKLE, Defendant Assistant Principal MELISSA CONLON, Defendant MICHAEL R. LONERGAN, and other Longwood Central School District administrators (**Deposition of Scott Reese, 11/28/17, P. 270, Ln 7–21; LCSD document production Bates# 2400**) to

inform them that a Longwood Senior High School teacher had to physically remove student David Edmond from the dangerous, life threatening, and wholly inappropriate chokehold Defendant Security Guard SCOTT PALTROW was using to hold said student down on the hall floor.

83. After the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND on June 4, 2015, Defendant Assistant Principal SCOTT REESE met with Defendant Principal MARIA I. CASTRO, Defendant Assistant Principal BARBARA MERKLE, Defendant Assistant Principal MELISSA CONLON, Defendant MICHAEL R. LONERGAN, and other Longwood Central School District administrators (**LCSD document production Bates#** 2400) to consider the nature of the punishment to be summarily imposed on Plaintiff DAVID EDMOND as a means of coercing his parents to allow said Defendants to conceal and cover up the racially discriminatory actions against Plaintiff DAVID EDMOND and other black/African American students. Many students participated in the senior prank and many students had their phone out at this time. **LCSD document production Bates#** 625; **LCSD document production Bates#** 231; **Edward Fergus**, Ph.D., **Expert Report On 2011-2015 Behavioral/Discipline Infractions**

84. In furtherance of a conspiracy, Defendant Principal MARIA I. CASTRO, Defendant Assistant Principal BARBARA MERKLE, Defendant Assistant Principal MELISSA CONLON, Defendant MICHAEL R. LONERGAN, and other Longwood Central School District administrators cooperated with or instructed Defendant JAMES PERROTTA and/or Defendant Assistant Principal SCOTT REESE to prevent plaintiff DAVID EDMOND from obtaining the assistance of Suffolk County Police Department. **LCSD document production Bates#** 2064.

85. As part of such coverup, Defendant JAMES PERROTTA did utilize special forms (Partlow Statements **LCSD document production Bates#** 270–271; Chan Statements **LCSD document production Bates#** 274–275; Quintalla Statement **LCSD document production Bates#** 276; Jose Moreno Statement **LCSD document production Bates#** 278) to detail the version of the

events that Defendant Principal MARIA I. CASTRO, Defendant Assistant Principal BARBARA MERKLE, Defendant Assistant Principal MELISSA CONLON, Defendant Assistant Principal SCOTT REESE, Defendant MICHAEL R. LONERGAN, and other Longwood Central School District administrators wished to portray: that David Edmond was a bad student and a bad person who needed to be punished.

86. After the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND on June 4, 2015, Defendant Assistant Principal SCOTT REESE, Defendant Principal MARIA I. CASTRO, Defendant Assistant Principal BARBARA MERKLE, Defendant Assistant Principal MELISSA CONLON, Defendant MICHAEL R. LONERGAN, and other Longwood Central School District administrators conspired to conceal and cover up the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND because they knew, or should have known, that the Longwood Central School District could lose federal funding should they disclose the nature of the racially discriminatory conduct toward and disparate treatment of Plaintiff DAVID EDMOND and other African American student become known. Many students participated in the senior prank and many students had their phone out at this time. **LCSD document production Bates# 625; LCSD document production Bates# 231; Edward Fergus, Ph.D., Expert Report On 2011-2015 Behavioral/Discipline Infractions**.

87. On June 4, 2015, Defendant Assistant Principal SCOTT REESE did conspire with Defendant Principal MARIA I. CASTRO, Defendant Assistant Principal BARBARA MERKLE, Defendant Assistant Principal MELISSA CONLON, Defendant Director of School Safety JAMES PERROTTA, and other employees of Defendant LONGWOOD CENTRAL SCHOOL DISTRICT to single out Plaintiff DAVID EDMOND and at least one other African American student for disproportionate and unjust summary punishment and unfounded disciplinary proceedings as part of a conspiracy to conceal and cover up the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND. **LCSD document production Bates# 14**

88. Initially Plaintiff DAVID EDMOND was suspended from school for a

period of five (5) days and was told he would be unable to partake in traditional senior activities, including his senior prom and graduation ceremonies pending a Superintendent's Hearing. **LCSD document production Bates# 15; LCSD document production Bates# 286; LCSD document production Bates# 1992; LCSD document production Bates# 2390.**

89. Defendant Assistant Principal SCOTT REESE communicated with Defendant MICHAEL R. LONERGAN to further the conspiracy to conceal and cover up the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND did formulate an agreement to further the racially discriminatory attack upon the Plaintiff and other African American students by punishing them with a suspension of more than five days that would necessitate a Superintendent's hearing and further deny them access to a free and appropriate public education. Many students participated in the senior prank and many students had their phone out at this time. **LCSD document production Bates# 625; LCSD document production Bates# 231; LCSD document production Bates# 1992.**

90. After the unprovoked and unjustified violent assault and battery of Plaintiff DAVID EDMOND on June 4, 2015, and in furtherance of the conspiracy to conceal and cover up the racially discriminatory actions perpetrated against Plaintiff DAVID EDMOND and other black/African American students, Defendant Principal MARIA I. CASTRO ignored pleas from students that David Edmond was physically assaulted and the subject of discrimination, said Defendant created a "file" that did not account for or include the statement from Longwood Teacher/Witness Bowlay-Williams exonerating David Edmond of any wrongdoing; the contemporaneous 911 phone calls and statements from Longwood Senior High School students stating that David Edmond was assaulted by Defendant Assistant Principal SCOTT REESE and Defendant Security Guard SCOTT PALTROW. **LCSD document production Bates# 231.**

91. Plaintiff TOM EDMOND and Plaintiff CAROL EDMOND were told by Defendant Assistant Principal MELISSA CONLON and Defendant Principal MARIA I. CASTRO that their son, Plaintiff DAVID EDMOND,

could not participate in any further high school activities including graduation; that he could be expelled from Longwood Senior High School and that the expulsion would become part of his permanent scholastic record; and that he faced potential criminal charges should he continue to protest his innocence and proceed to a Superintendent's hearing. **LCSD document production Bates# 286.**

92. Upon information and belief, Defendant MICHAEL R. LONERGAN completely abdicated his duty to conduct the Superintendent's hearing of the fabricated charges against Plaintiff DAVID EDMOND and delegated his responsibility to a member of the law firm representing the Defendant LONGWOOD CENTRAL SCHOOL DISTRICT. **Lonergan Deposition, 02/19/18 P. 253, Ln 10–17.**

93. Upon information and belief, Defendant MICHAEL R. LONERGAN represented to the community and to other Longwood Central School District employees, students and parents that an investigation was to occur yet no investigation was conducted and none provided to the Edmond Family. **LCSD document production Bates# 24; LCSD document production Bates# 24; LCSD document production Bates# 234.**

94. By counsel, in an effort to coerce the Edmond Family, plaintiffs herein, into silence regarding the actions of the Defendants, Defendants offered the Edmond Family, plaintiffs herein, a stipulation which provided that in consideration of a *nolo contendre* plea (**LCSD document production Bates# 283–285**) which was executed by the Defendant Longwood Central School District and the parents of Plaintiff DAVID EDMOND, the Plaintiff DAVID EDMOND would be allowed to participate in the Longwood Senior High School graduation ceremonies and the permanent record of Plaintiff DAVID EDMOND would not contain notations concerning a suspension or expulsion, although the suspension would continue for the remainder of the School year. **LCSD document production Bates# 286; LCSD document production Bates# 1992.**

95. Defendant Longwood Central School District, by its attorney, Christopher Powers, a member of the law firm, Ingerman Smith, made it known to counsel for the Edmond Family, plaintiffs herein,

that he would not be allowed to view the school surveillance video and use it as evidence at the hearing and that the effects upon the student would be serous if he should lose at such a hearing. **LCSD document production Bates# 248; Deposition of Carol Edmond, 7/20/17, P. 79, Ln 8–22.**

96. In addition to Plaintiff DAVID EDMOND, two other African American men, classmates of Plaintiff, were suspended pending a Superintendent's hearing. **LCSD document production Bates# 1992**

97. Such suspension impaired the ability of African American parents, Tom Edmond and Carol Edmond, to fairly and equally enjoy educational benefits similarly to those enjoyed by parents of Caucasian students. **Edward Fergus, Ph.D., Expert Report On 2011-2015 Behavioral/Discipline Infractions**

98. A stipulation was offered to Carol Edmond and Tom Edmond and they were told that they had to sign it in or their son, plaintiff DAVID EDMOND would not be allowed to participate in the graduation ceremony marking the end of his time in High School. With no other alternative, they signed the stipulation. **LCSD document production Bates# 286; LCSD document production Bates# 283–285; Deposition of Tom Edmond, 7/20/17, P. 46, Ln 9–23.**

99. Plaintiff DAVID EDMOND who was over the age of 18 did not sign the stipulation. **LCSD document production Bates# 283–285.**

100. Such stipulation was a conscious effort to deny plaintiff DAVID EDMOND and other black/African American students, the educational benefits of Caucasian students at Longwood Senior High School. **Edward Fergus, Ph.D., Expert Report On 2011-2015 Behavioral/Discipline Infractions**

101. Plaintiff DAVID EDMOND and two of his African American classmates were targeted for disciplinary action and punishment on the basis of their race, color and/or national origin. **Edward Fergus, Ph.D., Expert Report On 2011-2015 Behavioral/Discipline Infractions**

102. Such stipulation and the disciplinary process upon which it was based is consistent with and part of the continued

disproportionality of discipline experienced by black/African American students within Longwood Central School District. **Edward Fergus**, Ph.D., **Expert Report On 2011-2015 Behavioral/Discipline Infractions**

103. Longwood Central School District was cited by government agencies for disproportionate disciplinary treatment of black/African American students on several consecutive years inclusive of the 2014–2015 school year. **Edward Fergus**, Ph.D., **Expert Report On 2011-2015 Behavioral/Discipline Infractions**

DATED AT  Dix Hills, New York
28 September 2018

CORY H. MORRIS (CM 5225)
THE LAW OFFICES OF CORY H. MORRIS
*Attorney for the Plaintiffs*
Office & P.O. Address
33 Walt Whitman Rd, *suite* 310
Dix Hills, New York 11746
Phone:  (631) 450–2515
FAX:  (631) 223–7377

email  Cory.H.Morris@protonmail.com

VICTOR JOHN YANNACONE, JR. (VY6405)
*of counsel*
Phone:  (631) 475–0231

Email  barrister@yannalaw.com

To:  **SILVERMAN & ASSOCIATES**
*Attorneys for Defendants*
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510