UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DAVID EDMOND, CAROL EDMOND, his mother,
And TOM EDMOND, his father,

          16-CV-2871(JFB)(AYS)

                   Plaintiffs,

     -   against -                   **<u>NOTICE OF MOTION</u>**

LONGWOOD CENTRAL SCHOOL DISTRICT;
MICHAEL R. LONERGAN, DSW, individually,
and as Superintendent of Schools; MARIA I.
CASTRO, EdD, individually and as Assistant
Superintendent for Instruction Learning, and
as Principal of Longwood High School at the
times mentioned in this complaint; MELISSA
CONLON, individually and as Assistant
Principal of Longwood Senior High School;
SCOTT REESE, individually and as Assistant
Principal of Longwood Senior High School;
BARBARA MERKLE, individually and as a
Member of the Longwood Senior High School
Administration Personnel Group; JAMES
PEROTTA, individually and as a "security guard"
and/or a supervisor of "security" at the Longwood
Senior High School, but who is not listed anywhere
in the "Longwood CSD Directory"; SCOTT
PARTLOW, individually and as a "security guard"
at the Longwood Senior High School, but who is
not listed anywhere in the "Longwood CSD
Directory;" JERRY CHAN, individually and as a
"security guard" at the LONGWOOD SENIOR
HIGH SCHOOL, but who is not listed anywhere
in the "LONGWOOD CSD DIRECTORY;" and
certain other as yet unidentified members of the
Longwood Central School District administration
and the administration of Longwood Senior
High School,

               Defendants.

-------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Caroline B.

Lineen, sworn to on the 2nd day of October, 2018, the exhibits annexed thereto, the Local Civil

Rule 56.1 Statement of Material Facts, and the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, defendants, LONGWOOD CENTRAL SCHOOL DISTRICT, MICHAEL R. LONERGAN, MARIA I. CASTRO, MELISSA CONLON, SCOTT REESE, BARBARA MERKLE, JAMES PERROTTA, SCOTT PARTLOW, and JERRY CHAN, will move this Honorable Court on date and time to be decided by the Court:

1.    For an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing all claims by the plaintiffs as there is no genuine issue as to any material fact; and

2.    For such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that the plaintiffs' Opposition, if any, is to be served by November 2, 2018. The defendants' reply papers are to be served and all motion papers are to be filed by November 19, 2018.

DATED:   White Plains, New York
         October 2, 2018

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By:_____
    Lewis R. Silverman (LS 9723)
    Caroline B. Lineen (CL 0630)
    445 Hamilton Avenue, Suite 1102
    White Plains, New York 10601
    (914) 574-4510

TO:    **Via ECF**
       Law Offices of Cory H. Morris