UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVID EDMOND, CAROL EDMOND, his mother,
And TOM EDMOND, his father,

           16-CV-2871(JFB)(AYS)

                  Plaintiffs,

        -   against -                    **DECLARATION IN**
                                     **SUPPORT OF MOTION**
LONGWOOD CENTRAL SCHOOL DISTRICT;          **FOR SUMMARY JUDGMENT**
MICHAEL R. LONERGAN, DSW, individually,
and as Superintendent of Schools; MARIA I.
CASTRO, EdD, individually and as Assistant
Superintendent for Instruction Learning, and
as Principal of Longwood High School at the
times mentioned in this complaint; MELISSA
CONLON, individually and as Assistant
Principal of Longwood Senior High School;
SCOTT REESE, individually and as Assistant
Principal of Longwood Senior High School;
BARBARA MERKLE, individually and as a
Member of the Longwood Senior High School
Administration Personnel Group; JAMES
PEROTTA, individually and as a "security guard"
and/or a supervisor of "security" at the Longwood
Senior High School, but who is not listed anywhere
in the "Longwood CSD Directory"; SCOTT
PARTLOW, individually and as a "security guard"
at the Longwood Senior High School, but who is
not listed anywhere in the "Longwood CSD
Directory;" JERRY CHAN, individually and as a
"security guard" at the LONGWOOD SENIOR
HIGH SCHOOL, but who is not listed anywhere
in the "LONGWOOD CSD DIRECTORY;" and
certain other as yet unidentified members of the
Longwood Central School District administration
and the administration of Longwood Senior
High School,

                    Defendants.
-------------------------------------------------------------------X

      **CAROLINE B. LINEEN, ESQ.**, an attorney duly admitted to practice law in the United

States District Court for the Eastern District of New York, hereby deposes and says subject to the penalties of perjury:

1.     I am a member of the law firm of SILVERMAN & ASSOCIATES, attorneys for the defendants, LONGWOOD CENTRAL SCHOOL DISTRICT, MICHAEL R. LONERGAN, MARIA I. CASTRO, MELISSA CONLON, SCOTT REESE, BARBARA MERKLE, JAMES PERROTTA, SCOTT PARTLOW, and JERRY CHAN.  I am fully familiar with the facts and circumstances of this matter based on my review of the file maintained by my office in defense of this litigation.

2.     This Declaration is submitted in support of the defendants' Motion pursuant to Rule 56 of the Federal Rules of Civil Procedure seeking summary judgment and dismissal of the plaintiffs' Amended Complaint against the defendants, in its entirety and with prejudice.

3.     As is more fully discussed in the accompanying Memorandum of Law, summary judgment is proper and all claims against the defendants should be dismissed because the plaintiff fails to raise a triable issue of facts on their claims against the defendants.

4.     In support of the instant motion, annexed hereto as Exhibits "A"-"EE" are the following:

A.     Plaintiffs' Amended Complaint;

B.     Transcript of 50-h Examination of David Edmond, dated November 24, 2015;

C.     Transcript of Deposition of David Edmond, dated July 20, 2017;

D.     Transcript of 50-h Examination of Carolyn Edmond, dated November 24, 2015;

E.     Transcript of Deposition of Carolyn Edmond, dated July 20, 2017;

F.     Transcript of 50-h Examination of Tom Edmond, November 24, 2015;

G.     Transcript of Deposition of Tom Edmond, dated July 20, 2017;

H.      Transcript of Deposition of Scott Reese, dated November 28, 2017;

I.      Transcript of Deposition of Dr. Maria Castro, dated October 19, 2017 and February 18, 2018;

J.      Transcript of Deposition of Scott Partlow, dated November 27, 2017;

K.      Transcript of Deposition of James Perrotta, dated March 15, 2018;

L.      Transcript of Deposition of Jerry Chan, dated August 22, 2017;

M.      Transcript of Deposition of Dr. Michael Lonergan, dated February 19, 2018;

N.      Transcript of Jefferson Cipp, dated August 22, 2017;

O.      Affidavit of Melissa Conlon;

P.      Affidavit of Barbara Merkle;

Q.      Affidavit of James Perrotta and CD of security video footage of June 4, 2015 incident;

R.      June 4, 2015 Suspension Letters to Plaintiffs;

S.      June 8, 2015 Letter Advising of Central Office Hearing and Administrative Hearing Request/Recommendation Form;

T.      Stipulation Resolving Disciplinary Proceeding and Related Correspondence;

U.      Statements Obtained from District Personnel and Students;

V.      Investigation of the Suffolk County Police Department;

W.      June 4, 2015 E-mail Statement Written by Scott Reese;

X.      Security Training Materials;

Y.      Certifications of Scott Partlow and Jerry Chan and Security Training Sign-in Sheets;

Z.      Code of Conduct for 2014-15;

AA.     Policies of the Longwood Central School District Board of Education;

BB.     Documents Re: Discipline of Scott Reese;

CC.  Documents re: Discipline of Scott Partlow;

DD.  Documents re: Hiring of Scott Partlow; and

EE.  Longwood Senior High School Handbook 2014-15.

Dated: White Plains, New York
      October 2, 2018

CAROLINE B. LINEEN (CL 0630)