# Exhibit "I"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
DAVID EDMOND, CAROL EDMOND and TOM EDMOND,

                                Plaintiffs,
                - against -

LONGWOOD CENTRAL SCHOOL DISTRICT, SUFFOLK COUNTY,
SUFFOLK COUNTY POLICE DEPARTMENT, SUFFOLK COUNTY
POLICE OFFICER EDWARD ZIMMERMAN, in his
individual and official capacity, SUFFOLK COUNTY
POLICE OFFICER SERGEANT ISNARDI, in his
individual and official capacity, SUFFOLK COUNTY
POLICE OFFICERS "JOHN and JANE DOES 1-10", in
their individual and official capacities,
LONGWOOD SUPERINTENDENT MICHAEL LONERGAN, in his
individual and official capacity, PRINCIPAL MARIA
CASTRO, in her individual and official capacity,
ASSISTANT PRINCIPAL SCOTT REESE, in his
individual and official capacity, LONGWOOD
SECURITY GUARD SCOTT, in his individual and
official capacity, LONGWOOD SECURITY GUARDS "JOHN
and JANE DOES 1-10", in their individual and
official capacities, and "JOHN and JANE DOES
1-10", in their individual and official
capacities,
                                Defendants.

Docket No.: 2:16-CV-2871
-----------------------------------------------x

                                33 Walt Whitman Road
                                Dix Hills, New York

MARIA ISABEL CASTRO
                                October 19, 2017
                                12:30 p.m.


            REALTIME REPORTING, INC.
        124 East Main Street, Suite 202
            Babylon, New York 11702
                516-938-4000
            www.realtimereporting.com

                                                            2

                Deposition of Defendant, MARIA

ISABEL CASTRO, s/h/a MARIA CASTRO, pursuant to

Notice, before Deborah Rozea, a Notary Public

of the State of New York.

A P P E A R A N C E S:

  THE LAW OFFICES of CORY H. MORRIS

  Attorneys for Plaintiffs

      33 Walt Whitman Road - Suite 310

      Dix Hills, New York 11746

  BY:  CORY H. MORRIS, ESQ.


  SILVERMAN & ASSOCIATES

  Attorneys for Defendants

      445 Hamilton Avenue - Suite 1102

      White Plains, New York 10601

  BY:  CAROLINE D. LINEEN, ESQ.

4

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- oOo -

M A R I A    I S A B E L    C A S T R O ,

called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

EXAMINATION BY

MR. MORRIS:

Q.    Please state your full name for the record.

A.    Maria Isabel Castro.

Q.    What is your address?

A.    35 Yaphank Middle Island Road, Middle Island, New York 11953.

MR. MORRIS:  It's 12:30.  This is the deposition of Dr. Maria Castro.

Q.    Ms. Castro, my name is Cory Morris.  I'll be taking your deposition today.

A.    Okay.

Q.    Have you ever been deposed before?

A.    Nope.

Q.    I assume your attorney in this case gave you some instructions about the procedures and your obligations.

Is that right?

Castro                                      6

A.      Yes.

Q.      I'm going to be asking questions and our expert court reporter here will record my questions and your answers.

Please understand that you need to speak up and answer so the reporter can hear you when you give your answers.

Okay?

A.      Yes.

Q.      She won't be able to record a nod or a shake of your head or a grunt.

Also, the court reporter might have trouble if we talk over each other. Therefore, it's very important that you wait until I finish my question before you begin answering, even when you think you know what the rest of the question will be.

Can you do that?

A.      Yes.

Q.      You've just taken an oath.  That requires you to tell the truth, the whole truth, and nothing but the truth.

Do you understand that?

A.      Yes.

Castro                                      7

Q.      That will be the same oath you would be required to take if you were in Court.

Do you understand that?

A.      Yes.

Q.      If you don't understand my questions for any reasons, please don't answer.  It's my job to ask understandable questions.

So, if you don't understand I'll try, and ask a better question.

Okay?

A.      Yes.

Q.      If you need a break at any time or for any reason, you should tell me or your attorney.  I'll finish my line of questioning, and after you answer, we can then have a break.

Do you understand that?

A.      Yes.

Q.      We have water here, and, again, if you need a break at all just ask me.

If you want to talk to your attorney, that's fine, I just ask that if

Castro                                                    8

there's a question pending, or if you're in the middle of an answer that you either answer the question or finish the answer before speaking to your lawyer unless you need to talk to her about a matter of privilege.

Okay?

A.    Yes.

Q.    Sometimes when you're answering you may think of documents that might help you remember your answer, or might help you give a more accurate answer.

If you do, please tell us.  We may have those documents right here, or we may be able to get them to help you answer them completely and accurately.

Is that okay?

A.    Yes.

Q.    Are you taking any medication or drugs of any kind or have you consumed any cough syrup or medicine or something alcoholic that might make it difficult for you to understand and answer my questions today?

A.    No.

Q.    Are you sick at all today?

Castro 9

A. No.

Q. Is there any reason that you cannot give full, complete and accurate testimony?

A. No.

Q. Did you review any documents in preparation for this deposition?

A. No.

MR. MORRIS: I'm just going to have this marked.

(Plaintiff's Exhibit 14, copy of document entitled Notice of Deposition, marked for identification.)

(Handing.)

Q. Dr. Castro, I'm handing you a Notice of Deposition that's been marked Plaintiffs' 14.

Have you seen this document before?

A. No.

Q. Looking at the next page, Page 2 of Plaintiffs' 14, did anyone ask you to provide correspondence, records, notes, things like that regarding the June 4th, 2015

Castro

10

incident regarding David Edmond?

    A.    Yes, yes.

    Q.    And have you provided those documents to Counsel?

    A.    Yes.

    Q.    Put this aside.

          And, Doctor, what is your official title?

    A.    I'm Assistant Superintendent for Instruction and Learning.

    Q.    And what was your official title when David Edmond attended Longwood High School?

    A.    Principal of Longwood High School.

    Q.    And, Doctor, what is your education?

    A.    My education?  I -- my undergrad was at Queens College for Elementary Education.

          I did my Master's in TESL, Teaching English as a Second Language.

          And then I went on to have my Master's in Administration, and my doctorate

Castro                                    11

in Supervision and Administration in

Education.

Q.      Where did you obtain your

doctorate?

A.      St. John's University.

Q.      Do you hold any other license

aside from a driver's license?

A.      What do you mean by a "license"

in terms of a driver's license?

Q.      Do you hold anything else, any

other license?

For instance, a fishing license

or a gun permit?

A.      Oh, no.

Q.      Doctor, how long have you worked

at Longwood Central School District for?

A.      This is my fifteenth year.

Q.      And how long have you been an

Assistant Superintendent for?

A.      This is my third.

Q.      In June of 2015, what title did

you hold?

A.      It's hard to -- June of '15.

And I'm sorry because my brain is

Castro 12

a little --

I believe I was -- is that the '14/'15 school year?

So, I was the Principal of Longwood High School.

Q. How long did you maintain that position for?

A. About four years.

Q. And what were you before you were the Principal of Longwood High School?

A. Assistant Principal of Longwood High School.

Q. And from what year to what year did you hold that position?

A. That was 2005 until I became the Principal, which I believe was 2010.

Q. And what, if any, position did you hold before you were the Assistant Principal of Longwood High School?

A. I was an ESL teacher at the high school.

Q. When you say "the high school", you mean --

A. Longwood High School.

Castro                                    13

Q.        -- Longwood High School?

How long did you hold that position?

A.        Since '01 to '05.  About four years.

Q.        What position did you hold before you were an ESL teacher at Longwood High School?

A.        I was a professional developer for our instruction -- integration of technology into the curriculum for District 24 in New York City.

Q.        How long did you hold that position?

A.        You know, the years just blend in after 32 years in the system.  It's hard to go back.

So, if I started in 1985 as a professional develop -- as a paraprofessional, and then became a teacher in '92, and then --

But I really can't tell you what year.

But I was a first grade teacher for about five years.

Castro                                    14

Q.      And you started with Longwood in 2001; is that right?

A.      Yes.

Q.      During your tenure at Longwood, have you ever been trained in the use of excessive force?

MS. LINEEN:  Note my objection to the form.

You can answer.

THE WITNESS:  Say that again.

MS. LINEEN:  Oh, I can't say it. She can read it back.

THE WITNESS:  Oh, I'm sorry?

MS. LINEEN:  She can read the question back for you.

(Record read.)

A.      No.

Q.      Have you received any training during your tenure at Longwood Central School District on race relations?

MS. LINEEN:  Objection to form.

You can answer.

A.      When you say racial -- what exactly are you asking?

Castro                                            15

Q.      So, for instance, have you ever been trained in diversity, affirmative action or disparate treatment among race?

MS. LINEEN:  Note my objection to the form.

You can answer.

A.      DASA.  We had training on DASA.

Q.      Aside from DASA -- and I assume when you say "DASA" you're referring to Dignity for All Students Act?

A.      Uh-huh.

Q.      Any other --

MS. LINEEN:  Say -- is that a yes?

THE WITNESS:  Yes.  Sorry.

MS. LINEEN:  It's okay.

Q.      Any other training on race relations?

MS. LINEEN:  Note my objection to the form.

You can answer.

A.      I don't really understand that question.

Q.      We'll come back to it.

                              Castro                          16

                Have you ever been convicted of a crime?

        A.      No.

        Q.      Did you ever work with legal Counsel during your tenure at Longwood High School on discrimination complaints?

        A.      No.

        Q.      Have you ever had any complaints of discrimination at Longwood High School?

        A.      No.

        Q.      Any complaints of harassment at Longwood High School?

                MS. LINEEN:  Objection to the form.

        A.      When you say about "harassment" -- complaints --

                Personal?  Personal?

        Q.      Any complaints.

        A.      Any type?

                No.

        Q.      Has there ever been during your tenure at Longwood High School a complaint of sexual harassment in the school?

                MS. LINEEN:  Note my objection to

Castro                                            17

the form.

You can answer.

A.      I can't -- I don't know.

Q.      You don't know?

Anything that would help refresh your recollection?

A.      During my time as an administrator I would say no.

Q.      Well, throughout your 15 years there --

A.      No.

Q.      -- did you ever hear of a complaint of sexual --

A.      No.

Q.      During your tenure at Longwood Central School District, any complaints regarding excessive force, have you received any?

A.      No.

Q.      Have you ever been deposed before?

A.      No.

Q.      Have you ever been sued before?

A.      No.

Castro                                    18

Q.      Have you ever given sworn testimony before?

A.      No.

Q.      Did you ever participate in a school suspension hearing?

MS. LINEEN:  Note my objection to the form.

You can answer.

A.      In terms of a hearing, a Central Office Hearing, which is what the school's process and procedures are?

Q.      Do you understand my question?

A.      Probably not.

Q.      Did you ever give testimony in a school suspension hearing before?

A.      As an administrator, yes.

Q.      So, you have given sworn testimony?

A.      Well, okay, yes.

I guess I'm confused about what "sworn testimony" would mean.

Q.      So, sworn is when you raise your hand, like you did here today, and say I swear to tell the truth.

Castro                                                    19

Could you tell me any other instance that you've done that aside from a Superintendent's Hearing and aside from today?

A.      Nope.

Q.      How many times have you given sworn testimony at a Superintendent's Hearing?

A.      I don't know.

Q.      Was it more than once?

A.      Yes.

Q.      More than twice?

A.      Yes.

Q.      More than three times?

A.      Probably.

Q.      I don't want to be probable.

Can you recall giving sworn testimony more than five times at a Superintendent's Hearing?

A.      Well, as an Assistant Principal for five years, or four or five years, probably once a year.

Q.      Have you ever been the subject of a lawsuit alleging discrimination before?

A.      Excuse me?

Q.      Have you ever been the subject of

Castro                                    20

a lawsuit alleging discrimination before?

A.    No.

Q.    Did anyone ever accuse you of discrimination?

A.    No.

Q.    Harassment?

A.    No.

Q.    Sexual harassment?

A.    No.

Q.    Indifference?

A.    No.

MS. LINEEN:  Objection to form.

Q.    Going back.

You said the first position you had when you were working at Longwood was?

A.    Teacher.

Q.    And how did you obtain your employment at Longwood High School?

A.    Through their hiring process.

Q.    Did you apply?

A.    Yes.

Q.    Did you take a test as part of your employment?

MS. LINEEN:  Objection to form.

Castro                                          21

You can answer.

A.      I don't -- test, no.

Q.      Did you sign any documents as part of your employment with Longwood?

MS. LINEEN:  Objection to form.

You can answer.

A.      Documents for hiring?  Everybody signs documents for hire, when you're being hired for any position.

Q.      Do you remember what you signed as part of you being hired --

A.      No.

Q.      -- at Longwood School?

Do you recall who hired you?

A.      When you say who hired me, a specific person?

At that time in the district I would say it was the Assistant Superintendent, at the time was Dr. Gerstenlauer.

Q.      When you were hired by Longwood Central School District, were you assigned to a particular department?

A.      Yep.

My certification is TESL.  So,

therefore I'm part of the ESL Department.

Q.     After that ESL Department, what was the next department at which you worked at Longwood Central School District?

A.     Then I become an Assistant Principal at Longwood Central -- at Longwood High School.

Q.     Did you have to apply for the position?

A.     Yes.

Q.     What, if anything, did you do to apply for that position?

A.     I followed the process and procedures in place for employment, for hiring.

Q.     Did you have to submit an application?

A.     Yes.

Q.     Did you have to submit anything else aside from an application?

A.     Answer a questionnaire.

Q.     Anything else aside from that questionnaire?

A.     No.

Castro                                              23

Q.      Did you have to take any tests?

A.      No.

Q.      Did you have to undergo a background check?

A.      I'm already in the system.  So, I'm not sure.

RQ              MR. MORRIS:  We would call for the production of that application, questionnaire and everything else associated with this Defendant's employment.

MS. LINEEN:  Please follow up in writing.

We'll take it under advisement.

Q.      Okay.

And how long did you remain Assistant Principal at Longwood High School for?

A.      About five years.

Q.      And after those five years, did you seek a promotion?  Were you promoted?  How did that occur?

MS. LINEEN:  Objection to form.

You can answer.

Castro                                    24

A.      Again, you have to apply for the position.

Q.      I just want to back up for a second.

When you were the Assistant Principal, who, if anyone, did you interview with for that position?

A.      I don't remember.

Q.      Did anyone give you the employment or tell you that you were employed, received the Assistant Principal designation?

A.      I don't understand the question.

Q.      How did you learn that you became an Assistant Principal?

A.      I was called by the Superintendent at the time.

Q.      And who was that?

A.      Dr. Gerstenlauer.

Q.      What was the substance of that conversation?  What did he say?

A.      Congratulations.

That's all I remember.

Q.      And after that you applied for another position.

Castro                                              25

What position was that?

A.      Where are we in the sequence of things?

Q.      After the Assistant Principal position.

A.      I became the Principal.

Q.      And how did you obtain that employment?

A.      Again, through the hiring process.

Q.      And what, if anything, did you do?

A.      Fill out the application, and follow the process by which they have set for hiring.

Q.      Aside from an application, was there anything else?

A.      Interviews.

Q.      And who did you interview with?

A.      There were a number of groups.

Q.      When you say "groups"?

A.      Well, the word "groups" is committees.

Q.      Aside from the application, and

Castro                                    26

the interview with committees, anything else to obtain that employment as a Principal of Longwood High School?

MS. LINEEN:  Objection to form.

You can answer.

A.      No.

RQ          MR. MORRIS:  We would call for the production of those materials that were submitted.

MS. LINEEN:  Please follow up in writing.

We'll take it under advisement.

Q.      After Principal you obtained one more position, a higher position in Longwood; is that right?

A.      Yes.

Q.      And how did you obtain that position?

A.      Same as the other positions; through the hiring process.

Q.      Did you submit an application --

A.      Yes.

Q.      -- or something else?

I know this might seem

Castro                                                    27

repetitive, but please just wait until I finish the -- I know you probably know the response to the question, but I just ask it so there's a complete record, please.

So, you submitted an application?

A.    Yes.

Q.    Anything else?

A.    Interview process.

Q.    And who did you interview with?

A.    Again, various committees.

Q.    Anything else?

A.    And the final, the final interview was with the Board of Education and the Superintendent and the cabinet.

Q.    Were there any meeting minutes, any notes regarding this memorandum, anything in that regard?

MS. LINEEN:  Objection to form. You can answer.

A.    I don't --

It would be -- I don't know.  The Board of Ed meeting minutes.

RQ    MR. MORRIS:  We're going to request those minutes, any application,

Castro                                           28

any notes or anything regarding the interview process as we've delineated in Plaintiff's 14, the Notice of Deposition.  We're going to request all those documents.

MS. LINEEN:  Please follow up in writing, and clarify the specific nature of your request, and we will take it under advisement.

Q.    Have you ever been arrested?

A.    Nope.

Q.    Have you seen the Plaintiff, David Edmond, before this lawsuit?

A.    No.

Just the June 4th, 2015 incident.

Q.    Without telling me the substance of the conversation, how many times did you meet with your Counsel before this deposition?

A.    I can't tell you for sure.  Don't remember.

Q.    More than once?

A.    Yes.

Q.    More than five times?

A.    No.

Castro                                    29

Q.    How long were these meetings?

A.    I don't know.

Q.    You don't know?

A.    About an hour.

Q.    And how many meetings were about an hour?

MS. LINEEN:  Objection.

You can answer.

A.    Again, I had said I don't know. I don't remember.

Q.    More or less than five meetings?

MS. LINEEN:  Objection.

You can answer.

A.    Less.

Q.    More or less than three meetings?

MS. LINEEN:  Objection.

You can answer.

A.    No more than three.  I'll say that.

Q.    Okay.

Have you signed any written statements or made any recorded statements or spoken to any reporters about the events related to this lawsuit?

Castro                                              30

A.      No.

Q.      Have you seen the Complaint in this lawsuit?

A.      Is that that Number 14 that you handed me?

Q.      No, it's a Federal Complaint.

A.      No.

Q.      You've not seen the Complaint?

A.      No.

Q.      You know you've been named in a lawsuit?

A.      Yes.

Q.      Have you seen the Complaint that names you in that lawsuit?

A.      I don't remember.

Q.      Did you read any witness statements or depositions, listen to any recorded statements, look at any diagrams or photographs or did somebody else read you any statements before this deposition here today?

A.      No.

Q.      Tell me everything you did to get ready for this deposition.

A.      Just a conversation with my

Castro                                         31

Counsel, and -- about.

                MS. LINEEN:  Don't go into what
        we talked about.

                THE WITNESS:  Right.

                MS. LINEEN:  But if you did
        anything else, you can tell him.

        A.      No, that was it.

        Q.      Aside from the conversation that
was it?

        A.      Yes.

        Q.      You didn't review any documents?

                MS. LINEEN:  Objection.

                You can answer.

        A.      No.

        Q.      Did you visit any places or meet
with any witnesses before this deposition?

        A.      No.

        Q.      Was anyone else present when you
met with your attorney?

        A.      Yes.

                Only I think once or twice there
was someone else with us.

        Q.      Who?

        A.      Someone from Counsel.

Castro                                    32

Q.      Who?

A.      I don't remember that person's name.

Q.      Was it a man or a woman?

A.      A female.

Q.      When you say "from Counsel", was she a lawyer?

A.      I don't know.

Q.      Have you ever been written up for any personnel issues at Longwood Central School District?

A.      No.

Q.      Have you ever been the subject of any disciplinary actions at Longwood Central School District?

A.      No.

Q.      Are you aware of anyone making a complaint against you regarding your actions as a Longwood Central School District employee?

MS. LINEEN:   Objection to form.

You can answer.

A.      When you ask me that question, prior to this one, none.

Castro                                    33

Q.      Aside from this lawsuit.

A.      None.

Q.      No complaints?

A.      No.

Q.      Are you aware of an employee making a complaint against you during your tenure at Longwood?

MS. LINEEN:   Objection to form.

You can answer.

A.      Nope.

Q.      I'll show you what's been previously marked as Plaintiffs' Exhibit 1.

(Handing.)

MS. LINEEN:   Once you're done looking at it just wait for a question from Counsel.

A.      Okay.

Q.      I would like to ask you some questions about when you were Principal of Longwood High School.

Do you recognize this document that's been previously marked as Plaintiffs' Exhibit 1?

A.      Yes.

Castro                                      34

Q.      What is Plaintiffs' Exhibit 1?

A.      The Code of Conduct.

Q.      How do you recognize this document as the Code of Conduct?

A.      It says it on the document.

Q.      Okay.

A.      And it is a familiar document.

Q.      And when was this document created?

A.      Oh, I don't know.

Q.      Do you know if that is a true and accurate copy of the Code of Conduct as it existed for Longwood High School during the 2014 to 2015 school year?

A.      Yes.

Q.      As Principal of Longwood High School, do you know of the school's policy concerning corporal punishment?

A.      Say that again.

MR. MORRIS:  Can you repeat the question?

(Record read.)

A.      Corporal punishment?  When you -- what do you mean by "corporal punishment"?

                            Castro                        35

Q.      Well, let's back up.

Does Longwood High School have a policy concerning corporal punishment?

MS. LINEEN:  I'm going to object to the form, but you can answer.

A.      But I'm still having difficulty with the word "corporal".

Q.      As Principal or former Principal of Longwood High School, you don't understand what "corporal punishment" means?

MS. LINEEN:  Objection to form.

You can answer.

A.      That is not a vocabulary word that is used when we speak to Code of Conduct.

Q.      I'm going to point your direction to that first page of the Code of Conduct. Bates Stamp LCSD1.

And if you peruse down there will be a Roman Numeral II.

A.      Okay.

Q.      That will be called "Definitions".

Within that, do you see a section entitled "corporal punishment"?

Castro                                    36

A.      Yes.

Q.      As former Principal of Longwood High School, did you expect the recipients of this Code of Conduct to understand what "corporal punishment" meant?

A.      Reading it carefully, but many people probably don't read it.

Q.      Did you expect the recipients of this Code of Conduct as former Principal of Longwood High School to understand what "corporal punishment" meant?

MS. LINEEN:  Objection.

You can answer.

A.      I don't know.

Q.      As former Principal of Longwood High School, do you know what "corporal punishment" means?

MS. LINEEN:  Objection.

You can answer.

A.      So, I see here the definition of the -- of what is stated here as "corporal punishment" for this document.

Q.      As former Principal of Longwood High School, did you allow your employees to

Castro                                          37

utilize corporal punishment?

A.    So, when you say "corporal punishment" on any student as a punishment absolutely not.

Q.    I just want to be clear.

As former Principal of Longwood High School, did you disseminate this Code of Conduct?

A.    Yes.

Q.    Did you anticipate employees to understand and know this Code of Conduct?

MS. LINEEN:  Objection to form.

You can answer.

A.    Yes.

Q.    Did you expect the whole -- the recipients of this Code of Conduct be responsible for their actions if they violated this Code of Conduct?

A.    It is the hope that they do, but having been in the business sometimes we have to refresh our memories and understanding of the document; as I did right now with the "corporal punishment".

Q.    Were there any repercussions if

Castro                                    38

someone violated this Code of Conduct?

A.      There's consequences.

Q.      During your tenure as Principal of Longwood High School, did anyone utilize corporal punishment?

A.      No.

Q.      To whom did you provide this Code of Conduct as Principal of Longwood High School?

A.      It goes to the families, and it is also available to all staff members.

Q.      Were staff held accountable for violations of the Code of Conduct?

A.      Everyone is.

Q.      Just to be clear:  Everyone must abide by this Code of Conduct; is that right?

A.      Yes.

Q.      I would like to point your attention to the third page of this document, Plaintiffs' 1, bearing Bates Stamp LCSD3, specifically to the third Roman numeral, Section A, Subsection 1.

What, if anything, did the district do to ensure that all students had

Castro                                         39

the right to "participate in all district activities on an equal basis regardless of their actual or perceived race"?

MS. LINEEN:  Objection to form.

A.      When you -- if you can restate that question?

Q.      Do you not understand the question.

A.      I'm not sure what exactly you're asking.

Q.      The document before you is the Code of Conduct --

A.      Right.

Q.      -- is that right?

A.      Right.

Q.      And in this document it says "the district is committed to safeguarding the rights given to students under State and Federal Law and district policy.  In addition, to promote a safe, healthy, orderly, supportive and civil school environment, all district students have the right to, one, participate in all district activities on an equal basis regardless of their actual or

Castro                            40

perceived race."

Do you understand that statement as I read it to you?

A.    Uh-huh.

MS. LINEEN:  You got to say yes.

A.    Yes.

Q.    Is that a true statement?

A.    Yes.

Q.    What, if anything, did you do as Principal of Longwood High School to ensure that this statement was true, that these things occurred?

A.    As Principal of Longwood High School when I would do my morning announcements, speaking on how one behaves with one another, interact or relationships. Students may participate.  There are expectations; such as academic and behavioral expectations for all students.

Q.    Were you ever required to undergo training as it related to race relations as a Principal of Longwood High School?

MS. LINEEN:  Objection to form.

You can answer.

Castro                                    41

A.        DASA would be the training.

Q.        When did DASA training occur?

A.        Every year it occurs.

Q.        Did it occur in 2013?

A.        Yes.

Q.        Did it occur in 2012?

A.        Whatever the DASA -- if it wasn't called DASA it was called something else, but since -- I will go back to DASA.

Q.        But before DASA, what, if any, race relations training did you receive?

MS. LINEEN:  Note my objection to the form.

You can answer.

A.        I wouldn't call it racial training.

It's about dealing with people and respecting one another.

Q.        Was it something in writing, a Power Point, a video or something else?

A.        I don't remember.

Q.        What was it?

A.        I don't -- it was probably a faculty meeting.

Castro                                      42

Q.      Who conducted this faculty meeting?

A.      At the time all Principals conduct faculty meetings.

Q.      So, when you say "Principals" were you the one conducting these faculty meetings?

A.      DASA is done by the coordinator, the DASA coordinators that are listed in this document, the Code of Conduct.

Q.      Did you give any training to your staff or people underneath you in regards to race?

MS. LINEEN:  Note my objection to form.

You can answer.

A.      That is part of the DASA.

Q.      So, you did not do it, in other words?

MS. LINEEN:  Objection.

A.      The DASA coordinator.

Q.      Did you give trainings in such a --

A.      Through the DASA coordinator.

Castro                                    43

Q.      So, you asked the DASA coordinator to do it?

A.      They are --

MS. LINEEN:  Objection.

A.      -- the experts.

Q.      I just want to be clear.

Did you instruct the DASA coordinator to give such trainings?

MS. LINEEN:  Objection.

You can answer.

A.      That is a district practice to have the DASA coordinators provide training for all buildings.

Q.      So, what were your responsibilities, if any, in regards to race relations?

MS. LINEEN:  Objection.

You can answer.

A.      I don't understand the word "race".

Q.      I just want to go back one more time.

What, if anything, did you do to ensure that all district students have the

Castro                                              44

right to "participate in all district activities on an equal basis regardless of their actual or perceived race"?

A.    All clubs, all activities are open to all students.  No one is excluded.

Expectations are academic and behavior.

Q.    So, if there was a complaint about discrimination, like there is in this lawsuit, what, if anything, would you do to ensure that all district activities could be participated in on an equal basis regardless of race?

MS. LINEEN:  Objection to form.  You can answer.

A.    I just said:  All activities are open to all students, and the only expectations are academic and behavior.

Q.    All right.  I would like to move forward.

If you look at Longwood LCSD4, the next page, Section B, Subsection 1, if you could read that to yourself.

A.    (Witness complies.)

Castro                                    45

Q.      As Principal of Longwood High School, what, if anything, did you do to "maintain a climate of mutual respect and dignity for all students regardless of actual or perceived race" amongst your teachers?

MS. LINEEN:  Note my objection to form.

You can answer.

A.      We have the DASA training for our staff as well as mutual respect for one another which is the expectations through the building.

Q.      Anything aside from the DASA training?

A.      Nothing that I can remember now.

Q.      And what was this DASA training? What was this about?  What was it?

MS. LINEEN:  Objection to form.

A.      Dignity --

MS. LINEEN:  You can answer.

A.      Dignity Act for all students, how to respect one another.

Q.      Was it a Power Point?  Was it a video or something else?

Castro                                          46

MS. LINEEN:  Objection to form.

You can answer.

A.    Could be a hybrid of things.

Q.    Do you know?

A.    It was a Power Point that had videos imbedded and lecture.

Q.    As Principal of Longwood High School, do you know what was the DASA training of which you've mentioned several times?  What was it composed of?

A.    I just --

MS. LINEEN:  Objection.

You can answer.

A.    I just said.

It was a Power Point, lecture and probably within that Power Point there could be video embedded in it to give examples.

Q.    Do you know if there was video?

A.    I can't remember.

Q.    And was that given to staff and students, the same DASA training?

A.    Yes.

Q.    Was it the same training or was it something different for students?

Castro                                      47

A.      I don't remember exactly.

RQ          MR. MORRIS:  So, we're going to call for the production.

MS. LINEEN:  Please follow up in writing, and we'll take it under advisement.

MR. MORRIS:  I just want to finish.

Of all DASA training materials for students and for teachers as we've requested previously for that 2014, 2015 school year and the five years before.

MS. LINEEN:  I'll note for the record we have produced DASA training, but please follow up in writing, and we'll take it under advisement.

Q.      So, Dr. Castro, as Principal of Longwood High School, anything that you conducted personally to make sure that race relations were kept on an equal and fair basis within Longwood High School?

MS. LINEEN:  Objection.

You can answer.

A.      As a Principal in terms of equal

Castro                                                    48

playing field for students, all students,

regardless of race, ethnicity, weight, gender

it was about building relationships, and

making sure that everyone is respected.

MR. MORRIS:  Can you repeat that
question, please?

(Record read.)

MR. MORRIS:  Do you understand my
question, Dr. Castro, as I've asked it?

A.      I'm responding in the terms of as
a Principal I will say that I do not isolate
race.  I speak to all students.

Q.      So --

A.      Regardless of their weight, their
gender, their ethnicity, their religious
beliefs and race.

MR. MORRIS:  I'm going to ask the
court reporter to hold that question
because I want to ask it again.

Q.      Doctor, you're sitting in the
chair; right?

A.      Uh-uh.

Q.      You drove here?

A.      Yes.

Castro                                                    49

MR. MORRIS:  Can you ask that question one more time, please?

(Record read.)

A.    I will respond again.

I am -- I modeled building relationships among my staff and students regardless of weight, gender, race, ethnicity, religious beliefs.  That's what I did.

Q.    When you say, "modeled building relationships" what did you actually do?

A.    Speak to people.  Know that I was there.  I was in the hall talking to my students, talking to my staff.

Q.    And that's what you did to ensure everyone was treated equally among the races at Longwood High School, and you did that as Principal of Longwood High School?

A.    Yes.

MS. LINEEN:  Objection to form.

You can answer.

MR. MORRIS:  It's approximately 1:15.

I'm just taking a quick break to change the tape.

Castro                                          50

(Discussion off the record.)

MR. MORRIS:  We're back on the record at 1:24.

I understand the Defendant has to be at work at 3:00.

Counsel and I have agreed to recall her pursuant to the Federal Rules to complete her deposition.

MS. LINEEN:  Yes, that's fine. We will agree to bring her back for her continued deposition with the understanding that it won't exceed what is permitted under the Federal Rules, and we'll work to identify a date that's convenient for everyone to do that.

MR. MORRIS:  Thank you.

Q.    Doctor, did you discuss your testimony with anyone in between -- for the time that we were off the record?

A.    No.

Q.    We were discussing about model building relationships.

Who did you speak to to model building relationships in regards to race

Castro                                        51

relations?

          A.      To my staff and to my students.

          Q.      Was this part of a program or
just random?

                  MS. LINEEN:  Note my objection to
          the form, but you can answer.

          A.      Not a program.

          Q.      How was it done?

          A.      Building relationships.  Talking
to people.  Being out, visible.  Talking to
students.

          Q.      Did you promulgate any rules,
regulations, guidelines, trainings, anything
to support active teaching and learning for
all students regardless of actual or perceived
race?

          A.      I'm going to go back on the
record about DASA or building relationships,
it had to do with all students regardless of
weight, gender, race, ethnicity, religious
beliefs.

                  MR. MORRIS:  Can you repeat my
          question, please?

                  (Record read.)

Castro                                    52

MR. MORRIS:  Do you understand that question?

A.     Is it different?  Maybe not.

Q.     Let's take it one by one.

Did you make any written rules for teachers that would help them support active teaching and learning for all students regardless of actual or perceived race?

MS. LINEEN:  I'm going to --

Q.     Yes or no?

MS. LINEEN:  Sorry.

Objection to the form.

You can answer.

A.     I do not write rules.

Q.     Did you provide your teachers any guidelines for supporting active teaching and learning for all students regardless of actual or perceived race as Principal of Longwood High School?

MS. LINEEN:  Objection to form.

You can answer.

A.     I would say the DASA would probably be what would constitute a program.

MR. MORRIS:  Can you repeat my

Castro                                    53

question back, please?

(Record read.)

Q.      Did you personally?

A.      So, personally I said building relationships with my teachers and my students regarding respect for all regardless of gender, weight, race, ethnicity, religious beliefs.

Q.      I'm sorry?

A.      Nope.  That's it.

Q.      Did you conduct any trainings as Principal of Longwood High School for teachers to support active teaching and learning for all students regardless of actual or perceived race?

MS. LINEEN:  Note my objection to form.

You can answer.

A.      Again, I'm not sure what the question is looking for other than a DASA, if you wanted a so-called program.

Q.      Did you conduct the training or did someone else do it?

A.      The DASA coordinator that's

Castro                                                          54

listed in the Code of Conduct.

Q.      Did you conduct any trainings for your staff as Principal of Longwood High School?

A.      Not trainings as such, as a program.

I said I build relationships.  I model, and that would be through my faculty meetings, my discussions with my staff and my students.

Q.      Do you promulgate any written rules, guidelines or procedures --

A.      I do not write rules.

Q.      -- as Principal of Longwood High School for your teachers?

A.      I do not write rules.

Q.      Who does?

A.      We go by the Code of Conduct.

Q.      Understanding there's a Code of Conduct, who created that?

A.      The district has a policy committee and Counsel that have written this document.

Q.      As Principal of Longwood High

Castro                                55

School, do you have any input in regards to this document; that being the Code of Conduct?

A.    The one we see here (indicating). No.

Q.    Did the committee explain to you what they meant when they wrote certain provisions including, but not limited to, supporting active teaching and learning for all students regardless of actual or perceived race and color?

MS. LINEEN:  Objection to --

A.    That is not --

MS. LINEEN:  Hold on.

Objection to form.

You can answer.

THE WITNESS:  I'm sorry.

A.    The committee has -- I do not meet with the committee.

I will add that any questions about the document or its meaning will always be with advice from Counsel.

Q.    Could you explain what you mean by that?

A.    In other words, if I have a

Castro                                    56

question about a particular statement in this

I would ask my Superintendent, and most likely

ask Counsel for clarification.

Q.      Why would you ask the

Superintendent?

A.      Because he's before -- I reach

out to Counsel.  I ask for advice from the

Superintendent.

Q.      Why would you reach out to

Counsel?

A.      If I have a question about

anything.

Q.      Just to be clear:  As Principal

of Longwood High School you're responsible for

the teachers; is that right?

A.      Yes.

Q.      As Principal of Longwood High

School, you're also responsible for the

Longwood High School students; is that right?

A.      Yes.

MS. LINEEN:  Objection to form.

You can answer.

Q.      Is the Superintendent responsible

for those duties in whole or in part?

Castro                                              57

MS. LINEEN:  Objection to form.

You can answer.

A.      What do you mean by that?

Q.      Is the Superintendent responsible for the Longwood High School students or teachers?

A.      The Superintendent is the overarching authority over the district.

Q.      Does Counsel, as you've mentioned before, have any duties regarding the students of Longwood High School or the staff of Longwood High School?

A.      No.

MS. LINEEN:  Objection.

You can answer.

Q.      Did the committee that promulgated this Code of Conduct as it sits before you provide you any guidelines on how to achieve some of these goals?

A.      No.

Q.      Were you expected to ensure some of the goals in this Code of Conduct were met by your Longwood High School students and staff?

Castro                                    58

A.       What do you mean by "goals"?

Q.       For instance, that "all district students have the right to participate in all district activities on an equal basis regardless of their actual or perceived race, weight, color, national origin, ethnic group, religion, religious practice, gender, sex, sexual orientation or disability."

And I'm reading right from the Longwood -- the document Bates Stamped LCSD3.

MS. LINEEN:  Is that your complete question?

I'm going to object to form.

You can answer.

A.       I still don't understand.

Do you want to rephrase that?

Q.       Were you given any guidance on how to enforce the Code of Conduct?

A.       I don't remember.

MR. MORRIS:  Can you read the last question back and the answer back, please?

(Record read.)

MR. MORRIS:  What was the

Castro                                    59

question?

                    (Record read.)

        Q.       Dr. Castro, as Principal of

Longwood High School, did you receive any

guidance on how to enforce the Code of

Conduct?

        A.       I don't remember.

        Q.       Is there anything that would

refresh your recollection?

        A.       Nope, I don't think so.

        Q.       Has anyone violated any of the

provisions of the Code of Conduct as it

relates to treating students or staff on an

equal basis regardless of their actual or

perceived race or color?

        A.       Has anyone been -- can you say

that again, please?

                MR. MORRIS:  Can you repeat the

        question, please?

                    (Record read.)

                THE WITNESS:  Can you say that

        one more time, the beginning of it?  Has

        anyone --

                    (Record read.)

Castro                                        60

A.      No.

Q.      So, throughout your tenure as a Longwood -- the Principal of Longwood High School you never had occasion to enforce the provisions as it relates to race within this Code of Conduct?

A.      No.

MS. LINEEN:  Objection to form.

Q.      Throughout your tenure as Principal of Longwood High School you never had the opportunity to enforce this Code of Conduct as it relates to national origin; is that right?

MS. LINEEN:  Objection to form.

You can answer.

A.      National origin?  No.

Q.      Throughout your tenure as Principal of Longwood High School, has anyone violated this Code of Conduct as it relates to color?

MS. LINEEN:  I'm going to object to the form.

You can answer.

A.      No.

Castro                                    61

Q.      On that same page, as Principal of Longwood High School --

MS. LINEEN:  This is still 3?

Q.      -- were you responsible for enforcing the Code of Conduct as it relates to student responsibilities?

A.      Yeah.

Q.      I'm looking at the next page now, if you would like to follow with me.

As Principal of Longwood High School, were you responsible for the teachers' conduct within the high school?

MS. LINEEN:  Note my objection to the form.

You can answer.

A.      Yes.

Q.      Moving along to the next page, bearing Bates Stamp LCSD5.

As Principal of Longwood High School, were you responsible for the other Principals and Assistant Principals of that high school?

A.      I was the only Principal and, yes, for the Assistant Principals.

Castro                                    62

Q.    To be clear:  You were responsible for the conduct of Assistant Principals within Longwood High School; is that right?

MS. LINEEN:  Objection to form. You can answer.

A.    As it states with this Code of Conduct.

Q.    So, you were the one responsibile to enforce the Code of Conduct for your Assistant Principals during your tenure as Longwood High School Principal?

A.    We were all responsible, yes.

Q.    Ultimately you would bear the ultimate responsibility in terms of making this Code of Conduct enforceable to your Assistant Principals; is that right?

MS. LINEEN:  Objection to form. You can answer.

A.    I'm not exactly sure what you mean.

Q.    If an Assistant Principal violated the Code of Conduct, you as Longwood High School Principal, would you be

Castro                                63

responsible for their conduct, and enforcing the Code of Conduct for that violation?

MS. LINEEN:  Objection to form.

You can answer.

A.    If it's a violation.

Q.    As Principal of Longwood High School, who did you report to?

A.    The Superintendent of Schools, of Longwood Central School District.

Q.    Was anyone else responsible for you?  In other words, did you report to anyone aside from the Superintendent of Longwood Central School District?

A.    No.

He is the -- my immediate supervisor.

Q.    Again, following page, Bates Stamp LCSD5.

If you could read under Section E, Principals, Subsection 1.

A.    Okay.

Q.    How did you as Longwood High School Principal ensure that Principals, including yourself, "promote a safe,

Castro                                          64

supportive, orderly and stimulating school environment supporting active teaching and learning for all students regardless of actual or perceived race, color, weight, national origin, ethnic group, religion, religious practices, disability, sexual orientation, gender or sex."

A.    Through my actions, through modeling my relationships, working closely with everyone.

That's how I promoted a positive learning environment.

Q.    As Principal of Longwood High School, did you conduct any trainings to ensure compliance with that provision of the Code of Conduct?

MS. LINEEN:  Note my objection to form.

You can answer.

A.    Training such as a program?  No.

Q.    Did you promulgate anything in writing as Principal of Longwood High School to ensure that this provision -- that being the one we just read on LCSD5 -- was in

Castro                              65

compliance?

                    MS. LINEEN:  Note my objection to
          form.

                    You can answer.

          A.        Say that again.

                    MR. MORRIS:  Can you repeat the
          question, please?

                    (Record read.)

          A.        I wrote -- no.  I did not write
any documents to that.

          Q.        How do you enforce this provision
of the Code of Conduct as Longwood High School
Principal?

          A.        Through my modeling relationships
with my administrators, in discussions, and --
no particular training.

          Q.        How many students were you
responsible for as Longwood --

          A.        Close to 3,000.

          Q.        I know you might know the answers
to my questions, but please let me finish.

                    So, in being responsible for
3,000 students, aside from the DASA and the
training that we've discussed, what, if

Castro                                                    66

anything, did you do to ensure that people were treated equally on the basis of their race, color or national origin?

MS. LINEEN:  I'm going to object to the form.

You can answer.

A.     I'm going to say again:  Building my relationships, modeling, respectful interactions and assuring that -- just working with everyone respectfully.

Q.     As Principal of Longwood High School, did you have a duty to report violations of Code of Conduct?

A.     Duty reports?  I don't understand.

MR. MORRIS:  Can you repeat the question, please?

(Record read.)

A.     I don't understand what it means. Duty reports?

MS. LINEEN:  Duty to report?

MR. MORRIS:  Yes.

A.     Say that again, I'm sorry.

Q.     I apologize.  Sometimes I speak

Castro                                                    67

low.

As Principal of Longwood High School, did you have a duty to report violations of the Code of Conduct?

A.    When you -- I'm not sure when you say "violations".

Q.    If you witnessed a violation of the Code of Conduct as Longwood High School Principal, did you have a duty to report that violation?

A.    Yes.

Q.    Does that apply to staff as equally with students?

A.    Yes.

Q.    Had there ever become an occasion for you to see and witness and report a violation of the Code of Conduct?

MS. LINEEN:    Note my objection to the form.

You can answer.

A.    If I had seen anything that violates the Code of Conduct I have the duty to report it.

Q.    How would you report it?

Castro                                        68

A.     We do have a practice of reporting it.  There is paperwork to fill out.

For a student it would be a referral.  For a teacher it would be a -- there are collective bargaining processes to meet.

Q.     Were you ever trained on that practice?

A.     Yes.

Q.     How were you trained?

A.     We have administrative workshops which provides us with the training.

Q.     As Principal of Longwood High School, were you responsible for conducting those administrative workshops?

A.     No.

Q.     Who was?

A.     The Superintendent of Schools.

Q.     As Principal of Longwood High School, is it your job to require staff to attend such workshops?

MS. LINEEN:  Objection to form.

A.     Which type of workshop?

Q.     The administrative workshops.

Castro                                           69

A.    They're for administrators only.

Q.    Did you receive any paperwork as part of this workshop?

A.    I don't remember.

Q.    Do you know who conducted the workshop so that you could learn how to write referrals correctly?

A.    Are we talking referrals --

MS. LINEEN:  Objection to the form.

You can answer.

A.    Are we talking about referrals?

I think there's two different things going on here.

Q.    Well, let's back up.

These administrative workshops, do you have to sign anything?  Is there anything kept in your personnel file in regards to their completion?

A.    No.

Q.    How do you receive notice of an administrative workshop?

A.    It is on our calendars.

Q.    Do you regularly maintain a

Castro                                          70

calendar as Principal of Longwood High School?

A.       Yes.

Q.       And in that calendar it would note when these workshops are to take place; is that right?

A.       The workshops are -- the dates are set through contractual negotiations.

Q.       How do you know that?

A.       Because it's part of the contract, the administrative contract.

RQ       MR. MORRIS:  I'm going to call for production of the administrative contract, all calendars and everything denoting these administrative workshops.

MS. LINEEN:  Please follow up in writing clarifying the specific nature of your request, and we will take it under advisement.

Q.       Let's start with the students.

As Principal of Longwood High School, did you attend an administrative workshop to learn how to write student referrals?

A.       No.

Castro                                    71

Q.    How did you learn how to write the student referrals as Principal of Longwood High School?

A.    Student referrals are -- you learn to write them as a teacher.

Q.    How?

A.    It just -- it's a form.

Q.    How does one learn how to write them as a teacher?

A.    Read it and use PT or department chairs at the high school level for any clarification as well as working with building administration.

Q.    Is there any training, to your knowledge, as former Longwood High School Principal that one undertakes before being able to write a student referral?

MS. LINEEN:  Note my objection to the form.

You can answer.

A.    No formal.

Q.    Any training at all?

MS. LINEEN:  Objection.

You can answer.

Castro                                          72

A.      The training would come about if changes are made to the form, and they would be done during a faculty meeting.

Q.      During your tenure through the 2014 and 2015 year as Longwood High School Principal, was there any training given to teachers on how to write student referrals?

MS. LINEEN:  Objection to form.

You can answer.

A.      Not that I remember.

Q.      Anything that would refresh your recollection?

A.      No.

Q.      Did you ever conduct such a training as Longwood High School Principal on how to advise teachers on making student referrals within the Longwood High School?

MS. LINEEN:  Objection to form.

You can answer.

A.      I don't remember.

Q.      Let's talk about the administrative workshops for teachers.

As Longwood High School Principal prior to June of 2014, were you required to

Castro                                    73

attend an administrative workshop on how to refer teachers for discipline?

A.      I cannot say that that was a topic during that administrative workshop.

Q.      When you say --

A.      I don't remember the topics on those administrative workshop days as to what was covered.

Q.      How did you learn how to make teacher referrals as Longwood High School Principal?

MS. LINEEN:  Note my objection to form.

You can answer.

A.      There are no teacher referrals.

Q.      In that case, what was the paperwork that you mentioned earlier if you were to write up a teacher?

A.      It goes through the contractual negotiations.  It's listed what happens in terms of the process and procedures to -- speaking to a teacher or a staff member who violates the Code of Conduct.

Q.      Is that something that you would

Castro                                           74

be responsible for in whole or in part as

Longwood High School Principal?

    A.    When you say "responsible" --

    Q.    For going through those

contractual obligations.

    A.    Yes.

    Q.    And to be clear, that's the

contractual obligations of which we requested

the production of earlier; is that right?

    MS. LINEEN:  Objection.

    A.    I'm a little confused because

there are a variety of collective bargaining

units within a School District, and you would

have to look at those.

RQ    MR. MORRIS:  So, I'm going to

    call for the production of those

    documents.

    Q.    When you say "look at those",

those contractual agreements of which --

    A.    Would be the teachers or CSEA.

    Q.    There we go.

RQ    MR. MORRIS:  So, we're going to

    ask for those documents, the contractual

    agreements of teachers or CSEA as you

Castro                                            75

said before of which you refer in
disciplining a teacher.

MS. LINEEN:  Please follow up in
writing.  We'll take it under
advisement.

Q.     So, just to be clear:  What, if
any, training did you receive as Longwood High
School Principal to make referrals or write
ups of teachers?

A.     There are no referrals.

And the training would have been
an administrative workshop or an
administrative meeting which speaks to the
collective bargaining contract to understand
the process and procedures.

Q.     Do you recall when that meeting
would have been?

A.     No.

Q.     Do you recall attending such a
meeting or workshop?

A.     Yes.

Q.     Do you recall which year as
Longwood High School Principal you attended
such a workshop?

Castro                                    76

A.      No.

Q.      Is there anything that would refresh your recollection as to when that occurred?

A.      No.

Q.      As Principal of Longwood High School, what would you do if someone engaged in physical violence with a student?

MS. LINEEN:  Objection to form.

You can answer.

A.      State that question again, please.

MR. MORRIS:  Can you repeat the question, please?

(Record read.)

A.      I have not experienced that at this time.

Q.      Dr. Castro, are you saying as Longwood -- as Principal of Longwood you have not experienced an instance where there was violence brought against another student?

A.      Violence or a fight?  I see those as two different things.

Q.      Okay.  Let's start with this:

Castro                          77

Have you ever had occasion where there was an allegation where a staff member of Longwood High School had brought violence upon a Longwood High School student?

A.      No.

        MS. LINEEN:  Objection to form.

        You can answer.

Q.      I'm sorry, Counsel was speaking when you were answering that question.

A.      No.

Q.      Have there ever been allegations that a staff member of Longwood High School has brought violence against a student during your tenure as --

        MS. LINEEN:  Objection.

        I'm sorry.

Q.      -- Longwood High School Principal?

        MS. LINEEN:  Objection.

        You can answer.

A.      No.

Q.      Dr. Castro, as Principal of Longwood High School, is there a police officer in the building?

Castro                                         78

A.      Please restate that question.

Q.      Sure.

When you were Principal of Longwood High School, was there a police officer that resided within the building?

A.      No.

MS. LINEEN:  Objection to form.

Q.      Did you have a School Resource Officer in Longwood High School?

A.      We have a Resource Officer, but he did not reside in the building.

Q.      And during your tenure as Longwood High School Principal, who, if anyone, was the School Resource Officer?

A.      It was Officer Hughes (phonetic).

Q.      What is Officer Hughes' first name?

A.      I don't remember.

Q.      As Principal of Longwood High School you don't remember the name of the officer that worked within the Longwood High School?

MS. LINEEN:  Objection to form.

You can answer.

Castro                                    79

A.      I called him Officer Hughes.

Q.      Did he wear a uniform?

A.      Yes.

Q.      Did he carry a gun?

A.      I don't remember.

Q.      As Principal of Longwood High
School, what, if anything, governed the
conduct of Officer Hughes?

                MS. LINEEN:  Objection to form.
                You can answer.

A.      What do you mean by "conduct"?

Q.      Why was he in Longwood High
School?

A.      He was in more than just Longwood
High School.

                He went to, I believe, six
different schools.

Q.      And why did he go to those
schools?  What was his purpose?

A.      The purpose of the -- Officer
Hughes was to teach students, to work with the
buildings regarding -- it could go from
internet safety to just being -- building
relationships with the students and staff and

Castro                                          80

administration.

Q.      Was he an employee of Longwood High School?

A.      No.

Q.      As Longwood High School Principal, what, if anything, did you have Officer Hughes teach students?

A.      Internet safety.

Q.      Anything else?

A.      Not that I remember.

Q.      As Principal of Longwood High School, do you remember if Officer Hughes had an office within the school?

A.      No.

Q.      You don't remember?

A.      He does not have an office in the school.

Q.      How did Officer Hughes come to teach at Longwood High School?

A.      That is part of the -- his purpose.

Q.      Any paperwork, any documents, any records that would describe his purpose?

A.      No, that I know of.

Castro                                       81

Q.      As Principal of Longwood High School you don't know what, if anything, would govern his conduct; that being Officer Hughes within the Longwood High School building?

MS. LINEEN:  Note my objection to form.

You can answer.

A.      It's a program with Suffolk County Law Enforcement, and I'm introduced to him as Principal, and we talk about his purpose.

Q.      How did you learn about the program?

A.      It is a longstanding program.

Therefore, he was not the first officer we had a partnership with.

Q.      Can you describe what you mean "by partnership"?

A.      So, it's a program that has been in existence for a very long time.  Prior to, I believe, even for me to be at Longwood.  So, therefore...

Q.      Anything at all that describes this program that you know of as Longwood High

Castro                                        82

School Principal?

    A.    No.

    Q.    Any rules, guidelines or procedures governing Officer Hughes within the building; that being Longwood High School?

          MS. LINEEN:  Objection.

          You can answer.

    A.    No.

    Q.    As Principal of Longwood High School, were you responsible for Officer Hughes' conduct within Longwood High School?

    A.    No.

    Q.    Who was?

    A.    Suffolk County Law Enforcement.

    Q.    He was completely independent of Longwood High School?

    A.    Correct.

    Q.    Aside from teaching and working with buildings, what else did Officer Hughes do?

    A.    That's -- advisement when it came to lock downs or fire drills.  That's about it.

    Q.    As Longwood High School

Castro                              83

Principal, do you know if Officer Hughes had access to the surveillance at the school?

MS. LINEEN:   Objection to form.

You can answer.

A.    I do not.

Q.    As Longwood High School Principal, do you know if Officer Hughes had access to one of the radios or walkie talkies utilized by security?

A.    I believe the police department has a -- I'm trying to think of the word -- frequency that they can hear all radios.

But I will say, only in the event that I think they're called.

Q.    Throughout your tenure as Longwood High School Principal, have you ever called the police?

A.    No.

Q.    As Longwood High School Principal, has Officer Hughes been asked to intervene within school disciplinary problems?

A.    No.

Q.    Dr. Castro, as Principal of Longwood High School, can you describe this

Castro                                                    84

program that allowed a police officer to teach students within Longwood High School?

A.      It is a program --

The only thing I can say regarding that program is that we have these officers through the Sixth and Seventh Precinct that work with all our buildings.

Officer Hughes was for high schools, and we have elementary officers as well that come in and work with students.

Q.      Do you know as Principal of Longwood High School the name of this program?

A.      The SROs.  School Resource Officers.

RQ          MR. MORRIS:  I'm going to ask for all documentation regarding the School Resource Officers, regulations, everything describing the program as the deponent has testified to here.

MS. LINEEN:  Please follow up in writing clarifying the specific nature of your request, and we'll take it under advisement.

Q.      Doctor, I want to fast forward to

Castro                                      85

LCSD20, the document in front of you.

Specifically Roman Numeral XII, corporal punishment.

Do you see that?

A.    Yes.

Q.    Doctor, as Longwood High School Principal, are you responsible for the training of your staff in regards to corporal punishment or the lack of therein?

MS. LINEEN:  Note my objection to form.

You can answer.

A.    Am I personally responsible?  Is that what you're asking?

Q.    So, yes, if there was corporal punishment within Longwood High School, as Longwood High School Principal, does it fall upon you to enforce this policy?

A.    Yes.

Q.    Doctor, is that correct where it says, "Corporal punishment of any student by any district employee is strictly forbidden"?

A.    Yes.

Q.    How do employees know what

Castro                                          86

corporal punishment is within Longwood High School?

A.    I know that no one puts their hands on students.

MR. MORRIS:  Can you repeat that question, please?

(Record read.)

Q.    Doctor, do you understand that question?

A.    I'd say it's through reading the Code of Conduct.

Q.    Anything else besides reading the Code of Conduct that would inform your employees -- that being as Principal of Longwood High School -- what corporal punishment is?

A.    Not specifically to corporal punishment, to the wording.

Q.    It goes on to say --

MR. MORRIS:  Off the record for just a moment.

(Time noted:  2:03 p.m.)

(Discussion off the record.)

MR. MORRIS:  Back on the record.

Castro                                                                87

It's about 2:05.

Q.     Doctor, in regard to corporal punishment, again, reading off of LCSD20 it states, "However in situations where alternative procedures and methods that do not involve the use of physical force cannot reasonably be used, reasonable physical force may be used too."

And then it goes on to explain certain situations.

As Longwood High School Principal, were you responsible for the enforcement of that provision?

A.     Yes.

Q.     How as Longwood High School Principal did you train or ensure your employees knew what this policy meant?

A.     I did not do any training specific to corporal punishment.

Q.     As Longwood High School Principal, how did you ensure that your employees knew what "reasonable physical force" was?

A.     Say that again.

Castro                                          88

MR. MORRIS:  Can you repeat the question, please?

(Record read.)

A.    If I were to say anything during a faculty meeting regarding students' behaviors or adult behaviors, first and foremost, no one touches anyone.

But as far as a specific training, no.

Q.    So, doctor, I actually didn't ask about training.

MR. MORRIS:  I'm going to ask the court reporter, our expert court reporter, to read the question back one more time, please.

(Record read.)

A.    So, so, my response is that no one is to touch anyone, but it was -- I don't believe it was in any formal way.

Q.    Doctor, as Principal of Longwood High School, did you ever explain to your staff what reasonable physical force was?

A.    I did not have to, no.

Q.    So, the answer is no?

Castro                                                    89

A.      No.

Q.      You never explained what reasonable physical force was to the Longwood High School staff --

A.      I did not have to.

THE WITNESS:  I'm sorry.

MS. LINEEN:  Was your question done?

MR. MORRIS:  Yes.

MS. LINEEN:  Objection to form. You can answer.

A.      No.

Q.      So, Doctor, as the Longwood High School Principal responsible for enforcing this Code of Conduct as it relates to corporal punishment, you never explained to your staff the provisions of force, excessive force or reasonable force; is that right?

MS. LINEEN:  Objection to form. You can answer.

A.      No.

Q.      Were you responsible for the Longwood High School security guards as Principal of Longwood High School?

Castro                                                    90

A.      No.

Q.      Who was?

A.      The Director of Security.

Q.      And who was responsibile for the Director of Security?

MS. LINEEN:  Note my objection to form.

You can answer.

A.      The Assistant -- the Superintendent.

Q.      So, as Longwood High School Principal you have no control over the Director of Security at Longwood High School?

A.      No, I do not.

Q.      And during June of 2015 when you were Longwood High School Principal, who was responsible for the Director of Security at that time?

MS. LINEEN:  Note my objection to the form.

You can answer.

A.      Superintendent.

Q.      I apologize.  You're right.

Who was the Superintendent at

Castro                                          91

that time?

A.      Dr. Michael Lonergan.

Q.      So, in June of 2015, Dr. Michael Lonergan was responsible for the Director of Security; is that right?

A.      He is responsible for all of us.

Q.      And who was the Director of Security at that time?

A.      Mr. James Perrotta.

Q.      So, in June of 2015 as Longwood High School Principal you had no control over James Perrotta; is that right?

MS. LINEEN:  Objection.

You can answer.

A.      Correct.

Q.      And you did not dictate what was reasonable or unreasonable force to James Perrotta as Longwood High School Principal; is that correct?

A.      Correct.

Q.      In fact, as Longwood High School Principal you never had opportunity to explain this Code of Conduct to James Perrotta or his staff; is that right?

Castro                                92

MS. LINEEN:  Objection to form.

You can answer.

A.      No.

Q.      Were you responsible if James Perrotta as the Longwood High School Principal violated the Code of Conduct?

MS. LINEEN:  Objection.

You can answer.

A.      Say that again, please.

MR. MORRIS:  Can you repeat the question, please?  I'm sorry.

(Record read.)

A.      As the Principal, and as a person within the building we are all responsible in the event anyone violates the Code of Conduct.

Q.      So, to be clear, as Principal of Longwood High School, if a security guard violated the Code of Conduct, were you responsible for enforcing the Code of Conduct --

A.      Yes.

Q.      -- to remedy that violation?

A.      Yes.

Q.      And to be clear:  If Mr. James

Perrotta or any of his staff violated the Code of Conduct when you were the Principal of Longwood High School, you would ultimately be responsible for that violation; is that right?

MS. LINEEN:  Objection.

You can answer.

A.     I'm not sure that ultimately it's my responsibility.  I think it's all our responsibility.

Q.     So, before you said the Director of Security answers to the Superintendent, that being Michael Lonergan in this instance; is that right?

A.     Dr. Michael Lonergan.

Q.     If there was a Code of Conduct violation when you were the Principal of Longwood High School, and it was by James Perrotta, who would be responsible for disciplining Mr. Perrotta?

A.     It would be the Superintendent.

Q.     In other words, you would not be responsible for the discipline of Mr. Perrotta --

A.     Correct.

Castro                                      94

Q.        -- as Longwood High School Principal?

A.        Correct.

Q.        What about Mr. Perrotta's staff, as Longwood High School Principal were you responsible for the discipline of Mr. Perrotta's staff?

MS. LINEEN:  Objection to form.

You can answer.

A.        No.

Q.        Was Mr. Perrotta's staff designated to Longwood High School?

A.        I don't understand that question.

Q.        Were there certain individuals who worked under Mr. Perrotta that were designated to Longwood High School when you were the Longwood High School Principal?

A.        I'm trying to understand the question a little clearer.

So, we have -- our security guards are all under Mr. Perrotta.

Q.        That explains that.

So, you have no responsibility as Longwood High School Principal for the conduct

Castro                                          95

of those security guards that Mr. Perrotta
controls; is that right?

MS. LINEEN:  Objection to form.

You can answer.

A.      Ultimately, I guess it would be
under Mr. Perrotta.  I would speak to
Mr. Perrotta if that were the case, but it
would come from Mr. Perrotta.

Q.      If one of Mr. Perrotta's security
guards when you were Longwood High School
Principal engaged in excessive force, who
would be responsibile for remedying that
excessive force?

MS. LINEEN:  Objection.

You can answer.

A.      Mr. Perrotta.

Q.      I would like to direct your
attention to LCSD21, that document in front of
you, Plaintiffs' 1.

At the bottom of the page it
says, "The district administration shall be
responsible for enforcing the rules of conduct
promulgated by this code."

Do you know who the district

Castro                                        96

administration is as this document says it?

A.      It's anyone who is in a leadership position.

Q.      Could you elaborate?  What do you mean "anyone who's in a leadership position"?

A.      Anyone who's not under the teacher's contracts or a Civil Service contract.

Q.      Would that include all Principals and Assistant Principals?

A.      Yes.

And other staff such as Directors.

Q.      So, Principals, Assistant Principals, Directors.

Anyone else responsible, and as this document says, in the district administration?

A.      That's it.

Q.      Dr. Castro, as Principal of Longwood High School have there been any audits regarding student discipline?

A.      No, not audits, no.

Q.      Do you have any audits regarding

Castro                                          97

race and discipline in Longwood High School?

A.     When you say "audits", what do you mean by "audits"?

Q.     Let me rephrase that.

As Longwood High School Principal, have you or anyone else conducted any audits to make sure that discipline is evenly dolled out amongst the various races at Longwood High School?

MS. LINEEN:  Note my objection to the form.

You can answer.

A.     Not that I know of.

Q.     Is there anything that would refresh your recollection?

A.     There's no formal audits that I know of.

Q.     As Longwood High School Principal who would be that decisionmaker as to whether there would be an audit of discipline?

MS. LINEEN:  Objection to form.

You can answer.

A.     I don't know.

But the audits that I know of

Castro                                    98

come from State regulations.

Q.      What are those State audits?

A.      Whether it's financial --

Q.      Oh, no.

Specific to discipline of students.

A.      I don't know.

Q.      So, as Longwood High School Principal, do you know if there's audits of the initiation of the discipline of Longwood High School students?

MS. LINEEN:  Objection to form.

You can answer.

A.      Not that I know of, no.

Q.      Is it that you don't know or don't remember?  I just want to make sure we have a clear record.

A.      No, I don't know.

Q.      As Longwood High School Principal, are there any audits of the consequences of school discipline for Longwood High School students?

MS. LINEEN:  Note my objection to the form.

Castro                                   99

You can answer.

A.    I don't know.

Q.    As Longwood High School Principal, are there any audits at all, whether State or otherwise, conducted of race and discipline within Longwood High School?

MS. LINEEN:  I'm going to object to the form.

Again, you can answer.

A.    Audits, no.

Q.    Doctor, as Longwood High School Principal, has anything at all been done to determine whether discipline is evenly distributed amongst the races at Longwood High School?

MS. LINEEN:  Objection to form.

You can answer.

A.    I'm not sure what the question is asking.

MR. MORRIS:  Let's repeat the question, please.

(Record read.)

MS. LINEEN:  I think she said she didn't understand the question.

Castro                                    100

THE WITNESS:  Yeah.

MS. LINEEN:  Not to hear it back.

THE WITNESS:  Right.

MR. MORRIS:  Yeah, I know.

THE WITNESS:  I'm not sure what, you know -- I think the word "audit", I'm having a difficult time with the word "audit".

MR. MORRIS:  Can you repeat the question one more time?  I don't think we said audit.

(Record read.)

Q.    Do you understand that question?

A.    So, you're asking -- so, I'm going to rephrase it to make sure that I understand what you're asking.

You're asking if we did anything at Longwood High School regarding discipline, and to assure that it's evenly distributed among the races?

Q.    That sounds like a fair re-characterization, yes.

Is there anything done in that regard?

Castro                                        101

A.     No.

Q.     As Longwood High School Principal, have you promulgated or is there a policy in regards to disciplining students among races?

MS. LINEEN:  Objection to form. You can answer.

A.     No.

Q.     Doctor, as Longwood High School Principal, what, if anything, determines the consequence of discipline among Longwood High School students?

A.     The Code of Conduct is the guide.

Q.     So, Doctor, if one commits a certain infraction there's a certain consequence associated with that infraction; is that what you're saying?

A.     I didn't say that.

I said the Code of Conduct (indicating) is the guide to describe infractions.

Q.     And when you touched that piece of paper, you're referring to the Code of Conduct that's been marked Plaintiffs' Exhibit

Castro                                102

1; is that right?

    A.    Correct.

    Q.    Where in that Code of Conduct, Doctor, as Principal of Longwood High School does it associate an infraction with the consequence?

    A.    Nowhere.

    Q.    As Longwood High School Principal, how do you determine the consequence to be associated with an infraction committed by a Longwood High School student?

    A.    Depends on the severity of the infraction.

    Q.    What, if anything, guides your decision?

    A.    There is a discussion among administration -- and this is prior to my becoming even an Assistant Principal -- in terms of --

    So, a student is late to class, you get a detention or something of that nature.

    Q.    Finished?

Castro

103

A.    Uh-huh.

Q.    So, using your example, as Longwood High School Principal what, if anything, was done to make sure that -- using your example -- if you were late to class everyone received the same detention, and no one was treated differently on the basis of among other things, race, color and national origin?

MS. LINEEN:  Note my objection to form.

You can answer.

A.    There's nothing in writing if that's what you're looking for.

MR. MORRIS:  I'm going to have her repeat the question, and let me know if you understand, please.

(Record read.)

THE WITNESS:  Can you just say that again?

(Record read.)

A.    What was done?  It was really about the infraction.

Q.    Understanding that the infraction

Castro                                    104

may carry with it a certain consequence.

Doctor, what I'm asking you is: As Principal of Longwood High School, what, if anything, was done to make sure that infractions for all students in consequences were uniform amongst the Longwood High School body irrespective of race, color and national origin?

MS. LINEEN:  Objection to form.

You can answer.

A.    The administrative team will have had a discussion regarding those infractions, and have come up with a -- to assure for equity.

Q.    What did they use, that administrative team, to ensure for equity?

A.    We would meet together, and discuss many of the infractions.

Q.    So, to use your example, what, if anything, as Longwood High School Principal would you do to ensure that the consequence was uniform for the infraction amongst the student body at Longwood High School?

A.    Again --

Castro                                    105

MS. LINEEN:  Objection to form.

You can answer.

A.      Again, I said the administrative team would sit together, and we would make sure that that's -- that we were abiding to make sure of equitable consequences.

Q.      Did you look at other students' consequences to do that?

A.      We only look at the infraction at hand.

Q.      And to be clear, as Longwood High School Principal did you have a set of guidelines or rules or anything in writing that associated consequences with infractions at hand?

A.      The only thing I can say is that when an infraction is egregious, such as drugs, weapons, bringing drugs, weapons to school it's an automatic Central Office Hearing.  The student is suspended with a Central Office Hearing.

Q.      What, if anything, as Longwood High School Principal was done to make sure lesser infractions -- for instance, your

Castro                                    106

example of cutting -- were met uniformly with the same consequence among races?

A.      We were -- the administrative team would discuss and look over the attendance, and make sure that we are, you know, enforcing some type of consequence that would be equal among all.

Q.      To be clear:  As Longwood High School Principal, did you conduct any review to keep with your example of the infraction and the consequence being uniform among races for any given school year?

A.      I didn't look at that.

I looked at -- because the academic standing was of importance and making sure that students were successful.

Q.      Is there a database or anything, to your knowledge, as Longwood High School Principal that would be accessible to those given consequences to students?

MS. LINEEN:  Note my objection to form.

You can answer.

A.      I'm not sure what you mean.

Castro                                107

Q.       Let me rephrase.

As Longwood High School Principal, did you maintain any sort of database so teachers or discipliners would know that the infraction and consequence were uniform among students?

MS. LINEEN:  Note my objection to form.

You can answer.

A.       When you say a "database" -- whatever infractions we have or any discipline that is rendered is in what -- our student management system.

Q.       So, for instance, if a student cut, is there any preset consequence for that violation?

A.       It's a warning if it's one.

Q.       Is that in writing anywhere?

A.       No.

Q.       How do teachers know that it's a warning?

A.       Well, you know what, the teacher may decide it's a warning.  It doesn't always come to an administrative office.

Castro                          108

Q.      And, Doctor, I want to be clear: So, as Longwood High School Principal teachers ultimately had the discretion of the consequence for infractions amongst Longwood High School students in that instance, lower level infractions; is that right?

MS. LINEEN:  Objection.

You can answer.

A.      Can I hear that question again, please?

Q.      Let me rephrase.

Doctor, as Principal of Longwood High School, did teachers maintain discretion in the consequences given to certain students?

MS. LINEEN:  Objection to form.

You can answer.

A.      When it comes to consequences they have their own set of classroom rules. They have their expectations.  They build their relationships with their students.

If they write a referral, that's when it comes to an administrative office.

Q.      When teachers write a referral, as Longwood High School Principal, and it

Castro                                          109

comes to you, is there any guideline as to what infraction should be met with what consequence?

A.    In the referral there are three levels of infractions; a first level, a second level, and a third.

Q.    And, Doctor, as Longwood High School Principal who determines that level of referral?

MS. LINEEN:  Objection to form.

You can answer.

A.    The form has a definition of what the Level 1s, Level 2 and Level 3 are.

Q.    Does a teacher within Longwood High School maintain discretion as to the referrals, and what he or she designates on that referral?

A.    No.

Q.    Explain to me why not.

A.    Because once it comes to an administrative office it is up to the building to decide what the consequence is.

Q.    As Longwood High School Principal, has anyone done an audit of the

Castro                                    110

amount of referrals based on race within Longwood High School?

A.      No.

MS. LINEEN:  Objection to form.

Q.      Has anyone done an audit on the amount of referrals based on color at Longwood High School?

A.      No.

Q.      Doctor, as Longwood High School Principal, have you or anyone else conducted an audit of referrals that might differentiate on the basis of national origin at Longwood High School?

MS. LINEEN:  Objection to form. You can answer.

A.      No.

Q.      So, who were the decisionmakers, if you could name them, please, at Longwood High School to decide what discipline a student gets?

A.      It depends on -- the infraction will determine the consequence.

Q.      Let's start with infractions lesser than five days out of school

Castro                                           111

suspension.

Can we do that?

A.        We can do that.

Q.        Doctor, as Longwood High School Principal, who would be the set of decisionmakers for consequences, disciplinary consequences, for less than five days?

A.        It would have to depend on the infraction.  It would be an administrative decision.

Q.        Who would be responsible for that decision?

A.        Ultimately the Principal.

Q.        And who was that?

A.        That was me at the time.

Right now there's a new Principal.

Q.        So, during your tenure at Longwood High School as the Longwood High School Principal, ultimately you were responsible for the consequence of discipline that a student would receive?

MS. LINEEN:  Objection.

You can answer.

Castro                                    112

A.      I am responsible for determining what the consequences are.

I do not deliver those consequences.

Q.      All right, and that's what I'm asking.

You're responsible for the consequence, not the delivery?

A.      The delivery, no.

But as an administrative team it is a discussion.

Q.      Who was part of that administrative team?

A.      The five Assistant Principals.

Q.      And when you were Longwood High School Principal -- let's narrow it even further -- when you were Longwood High School Principal in June of '15, who was part of that administrative team?

A.      You want me to name those Assistant Principals?

I have Miss Conlon, Miss Merkle, Mr. Crenshaw, Mr. Reese.  I'm missing someone.

I believe it was Miss Smith.

Castro                                113

Q.    To be clear, that administrative team would gather for consequences less than five days; is that right?

MS. LINEEN:  Objection to form.

You can answer.

A.    Sometimes, yes.

Q.    Well, tell me --

A.    It depends on the infraction.

Q.    What guides that infraction, what guides the consequence?

A.    The severity, and how it is stated in the Code of Conduct.

Q.    And who determines whether this teams meets?  Who determines these things?

A.    If there are -- certain infractions we will meet as a team.

Q.    Which infractions?

A.    Any infraction that would have to do with the Code of Conduct.

Q.    So, every infraction in the Code of Conduct, in other words --

A.    Yup.

Q.    -- as Longwood High School Principal, you would meet as a team; is that

Castro                                    114

right?

     A.     You're saying five or less? Right?  Five days out of school suspension, yes, because out of school suspension we would meet to assure that we were discussing, and making sure that we were being equitable according to the infraction.

     Q.     What did you do in an effort to be equitable regarding the infraction?

     A.     You read all the facts.  You gather your information before you make a decision.

     Q.     Would you look at other instances of consequence?

     A.     I look at the infraction in front of me at this time.

     Q.     Do you look at other's consequences in the past?

     A.     I don't understand where the "others" comes in.

     Q.     So, for instance, to make sure that a white student receives the same consequence as a black student, would you look at other students -- that being of different

Castro                                                          115

race, color, national origin's discipline in giving somebody else discipline?

A.      I look at the infraction that has occurred regardless of race, color, gender, weight, religious beliefs.  We look at the infraction, first and foremost, and gather the information to address it appropriately.

Q.      So, who were the decisionmakers, to your knowledge, as Longwood High School Principal regarding whether a student is referred for more than a five-day suspension?

A.      Five is the limit.

MS. LINEEN:  It's 2:36, by the way.

Do you have another question you want to finish up with?

MR. MORRIS:  Well, I guess let's get the answer to that, and I guess we'll break for the day.

(Record read.)

MR. MORRIS:  Oh, okay.

Can I get the question read back again?

(Record read.)

Castro                                    116

Q.    Do you understand that question?

A.    So, are you saying -- let me rephrase it in my mind -- if a student were to be suspended for over five days, where would that decision come to?

Q.    Come from.

A.    Come from.

So, in order for a student to be suspended beyond the five days it would have to go to a Central Office Hearing.

Q.    Who would refer it to a Central Office Hearing?

A.    The building Principal.

Q.    And during June of 2015, who was that?

A.    It was I.

MR. MORRIS:  That's a good place to end.

MS. LINEEN:  Let's note on the record that it is --

MR. MORRIS:  2:35.

MS. LINEEN:  I have 2:37.

MR. MORRIS:  2:37.

We're closing for the day, but,

Castro                                    117

again, we respectively reserve the right

to recall this witness pursuant to our

discussion on the record earlier.

     MS. LINEEN:  Okay.

     And I'm going to request a copy

of today's transcript for the witness to

review and sign, and a copy of the video

that was taken today, and note that we

are not conceding the admissibility of

any videotape taken.

     (Time noted:  2:37 p.m.)

118

A C K N O W L E D G M E N T

STATE OF NEW YORK    )
                     :ss
COUNTY OF            )


        I, MARIA ISABEL CASTRO, hereby

certify that I have read the transcript of my

testimony taken under oath in my deposition of

October 19, 2017; that the transcript is a

true, complete and correct record of my

testimony, and that the answers on the record

as given by me are true and correct.



                    _____

                    MARIA ISABEL CASTRO



Signed and subscribed to before
me, this              day
of                    , 2017.

_____
Notary Public, State of New York

119

----------------I N D E X--------------------

WITNESS                    EXAMINATION BY          PAGE

MARIA ISABEL CASTRO    MR. MORRIS                4

---------------DOCUMENT REQUEST----------------

PAGE: 23    Production of application,
            questionnaire and everything else
            associated with witness' employment
            as Assistant Principal

      26    Production of documentation
            associated with witness' employment
            as Principal

      27    Production of minutes, application,
            any notes or anything regarding the
            interview process as was
            delineated in Plaintiff's 14, the
            Notice of Deposition

      47    Production of DASA training
            materials

      70    Production of the administrative
            contract, all calendars and
            everything denoting the
            administrative workshops

      74    Production of collective bargaining
            unit documentation

120

--------DOCUMENT REQUEST (Continued)--------

74    Production of contractual agreements of teachers or CSEA which refer to disciplining a teacher

84    Production of documentation regarding the School Resource Officers, regulations, everything describing the program

--------------------EXHIBITS--------------------

PLAINTIFFS'                                FOR I.D.

14    Copy of document entitled Notice of Deposition                              9

            (Counsel retained exhibits.)

132

C E R T I F I C A T E

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

I, DEBORAH ROZEA, a Notary Public within and for the State of New York, do hereby certify:

That MARIA ISABEL CASTRO, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of October, 2017.

_____
DEBORAH ROZEA

**'**

'01 [1] - 13:5
'05 [1] - 13:5
'14/'15 [1] - 12:4
'15 [2] - 11:24, 112:19
'92 [1] - 13:21

**1**

1 [9] - 33:13, 33:24, 34:2, 38:21, 38:23, 44:23, 63:21, 95:20, 102:2
1-10 [3] - 1:9, 1:13, 1:14
10601 [1] - 3:12
1102 [1] - 3:11
11702 [1] - 1:24
11746 [1] - 3:6
11953 [1] - 5:13
124 [1] - 1:23
12:30 [2] - 1:20, 5:14
14 [7] - 9:12, 9:18, 9:23, 28:4, 30:5, 119:16, 120:13
15 [1] - 17:10
19 [2] - 1:19, 118:10
1985 [1] - 13:19
1:15 [1] - 49:23
1:24 [1] - 50:4
1s [1] - 109:14

**2**

2 [2] - 9:22, 109:14
2001 [1] - 14:3
2005 [1] - 12:16
2010 [1] - 12:17
2012 [1] - 41:7
2013 [1] - 41:5
2014 [4] - 34:15, 47:12, 72:6, 72:25
2015 [10] - 9:25, 11:22, 28:16, 34:15, 47:12, 72:6, 90:16, 91:4, 91:11, 116:15
2017 [4] - 1:19, 118:10, 118:21, 121:21
202 [1] - 1:23
23 [1] - 119:6
24 [1] - 13:12
25th [1] - 121:20
26 [1] - 119:10
27 [1] - 119:13
2:03 [1] - 86:23
2:05 [1] - 87:2
2:16-CV-2871 [1] -

1:16
2:35 [1] - 116:22
2:36 [1] - 115:14
2:37 [3] - 116:23, 116:24, 117:12

**3**

3 [2] - 61:4, 109:14
3,000 [2] - 65:20, 65:24
310 [1] - 3:5
32 [1] - 13:17
33 [2] - 1:18, 3:5
35 [1] - 5:12
3:00 [1] - 50:6

**4**

4 [1] - 119:4
445 [1] - 3:11
47 [1] - 119:18
4th [2] - 9:25, 28:16

**5**

516-938-4000 [1] - 1:24

**7**

70 [1] - 119:20
74 [2] - 119:24, 120:3

**8**

84 [1] - 120:7

**9**

9 [1] - 120:14

**A**

abide [1] - 38:17
abiding [1] - 105:6
able [3] - 6:11, 8:15, 71:18
absolutely [1] - 37:5
academic [4] - 40:19, 44:7, 44:19, 106:16
access [2] - 83:3, 83:9
accessible [1] - 106:20
according [1] - 114:8
accountable [1] - 38:13
accurate [3] - 8:12,

9:4, 34:13
accurately [1] - 8:16
accuse [1] - 20:4
achieve [1] - 57:20
Act [2] - 15:11, 45:22
action [2] - 15:3, 121:16
actions [4] - 32:15, 32:19, 37:18, 64:9
active [6] - 51:15, 52:8, 52:17, 53:14, 55:9, 64:3
activities [7] - 39:3, 39:24, 44:3, 44:5, 44:12, 44:17, 58:5
actual [12] - 39:4, 39:25, 44:4, 45:5, 51:16, 52:9, 52:18, 53:15, 55:10, 58:6, 59:15, 64:4
add [1] - 55:20
addition [1] - 39:20
address [2] - 5:11, 115:8
administer [1] - 4:16
Administration [2] - 10:25, 11:2
administration [6] - 71:14, 80:2, 95:22, 96:2, 96:19, 102:19
administrative [29] - 68:12, 68:16, 68:25, 69:17, 69:23, 70:11, 70:13, 70:15, 70:22, 72:23, 73:2, 73:5, 73:8, 75:13, 75:14, 104:12, 104:17, 105:4, 106:4, 107:25, 108:23, 109:22, 111:10, 112:11, 112:14, 112:20, 113:2, 119:20, 119:23
administrator [2] - 17:9, 18:17
administrators [2] - 65:16, 69:2
admissibility [1] - 117:10
adult [1] - 88:7
advice [2] - 55:22, 56:8
advise [1] - 72:17
advisement [9] - 23:15, 26:13, 28:10, 47:7, 47:17, 70:19, 75:6, 82:22, 84:24
agree [1] - 50:11
AGREED [3] - 4:3, 4:9, 4:14
agreed [1] - 50:7
agreements [3] -

74:20, 74:25, 120:4
alcoholic [1] - 8:21
allegation [1] - 77:3
allegations [1] - 77:12
alleging [2] - 19:23, 20:2
allow [1] - 36:25
allowed [1] - 84:2
alternative [1] - 87:6
amount [2] - 110:2, 110:7
AND [3] - 4:2, 4:8, 4:13
announcements [1] - 40:16
answer [111] - 6:7, 7:9, 7:18, 8:3, 8:4, 8:11, 8:12, 8:15, 8:23, 14:10, 14:23, 15:7, 15:22, 17:3, 18:9, 21:2, 21:7, 22:22, 23:25, 26:6, 27:20, 29:9, 29:14, 29:18, 31:14, 32:23, 33:10, 35:6, 35:13, 36:14, 36:20, 37:14, 40:25, 41:15, 42:17, 43:11, 43:19, 44:16, 45:9, 45:21, 46:3, 46:14, 47:24, 49:21, 51:7, 52:14, 52:22, 53:19, 55:16, 56:23, 57:3, 57:16, 58:15, 58:22, 60:16, 60:24, 61:16, 62:7, 62:20, 63:5, 64:20, 65:5, 66:7, 67:21, 69:12, 71:21, 71:25, 72:10, 72:20, 73:15, 76:11, 77:8, 77:21, 78:25, 79:11, 81:8, 82:8, 83:5, 85:13, 88:25, 89:12, 89:21, 90:9, 90:22, 91:15, 92:3, 92:9, 93:7, 94:10, 95:5, 95:16, 97:13, 97:23, 98:14, 99:2, 99:10, 99:18, 101:8, 103:13, 104:11, 105:3, 106:24, 107:10, 108:9, 108:17, 109:12, 110:16, 111:25, 113:6, 115:19
answering [3] - 6:17, 8:9, 77:10
answers [5] - 6:5, 6:8, 65:21, 93:12, 118:12
anticipate [1] - 37:11
apologize [2] - 66:25, 90:24

application [11] - 22:18, 22:21, 23:9, 25:14, 25:17, 25:25, 26:22, 27:6, 27:25, 119:6, 119:13
applied [1] - 24:24
apply [5] - 20:21, 22:9, 22:13, 24:2, 67:13
appropriately [1] - 115:8
arrested [1] - 28:11
aside [15] - 10:7, 11:8, 15:9, 19:3, 19:4, 22:21, 22:23, 25:17, 25:25, 31:9, 33:2, 45:14, 63:13, 65:24, 82:19
assigned [1] - 21:22
Assistant [25] - 10:10, 11:20, 12:12, 12:19, 19:19, 21:19, 22:6, 23:18, 24:6, 24:12, 24:15, 25:5, 61:22, 61:25, 62:3, 62:12, 62:18, 62:23, 90:10, 96:11, 96:15, 102:20, 112:15, 112:22, 119:9
ASSISTANT [1] - 1:11
associate [1] - 102:6
associated [6] - 23:11, 101:17, 102:11, 105:15, 119:8, 119:11
ASSOCIATES [1] - 3:9
assume [2] - 5:22, 15:9
assure [3] - 100:20, 104:14, 114:6
assuring [1] - 66:10
attend [3] - 68:22, 70:22, 73:2
attendance [1] - 106:6
attended [2] - 10:13, 75:24
attending [1] - 75:20
attention [2] - 38:20, 95:19
attorney [4] - 5:22, 7:17, 7:25, 31:20
Attorneys [2] - 3:4, 3:10
attorneys [1] - 4:3
audit [6] - 97:21, 100:7, 100:12, 109:25, 110:6, 110:12
audit" [1] - 100:9

1 2 1

**audits** [13] - 96:23, 96:24, 96:25, 97:3, 97:4, 97:8, 97:17, 97:25, 98:3, 98:10, 98:21, 99:5, 99:11

**authority** [1] - 57:9

**authorized** [1] - 4:16

**automatic** [1] - 105:20

**available** [1] - 38:12

**Avenue** [1] - 3:11

**aware** [2] - 32:18, 33:6

---

**B**

**Babylon** [1] - 1:24

**background** [1] - 23:5

**bargaining** [4] - 68:6, 74:13, 75:15, 119:24

**based** [2] - 110:2, 110:7

**basis** [10] - 39:3, 39:25, 44:3, 44:13, 47:21, 58:5, 59:15, 66:3, 103:8, 110:13

**Bates** [5] - 35:18, 38:21, 58:11, 61:19, 63:18

**bear** [1] - 62:15

**bearing** [2] - 38:21, 61:19

**became** [4] - 12:16, 13:21, 24:14, 25:7

**become** [2] - 22:6, 67:16

**becoming** [1] - 102:20

**begin** [1] - 6:16

**beginning** [1] - 59:23

**behaves** [1] - 40:16

**behavior** [2] - 44:8, 44:19

**behavioral** [1] - 40:19

**behaviors** [2] - 88:7

**beliefs** [5] - 48:17, 49:9, 51:22, 53:9, 115:6

**better** [1] - 7:12

**between** [2] - 4:3, 50:19

**beyond** [1] - 116:10

**black** [1] - 114:24

**blend** [1] - 13:16

**blood** [1] - 121:16

**Board** [2] - 27:14, 27:23

**body** [2] - 104:8,

---

104:24

**bottom** [1] - 95:21

**brain** [1] - 11:25

**break** [5] - 7:15, 7:19, 7:23, 49:24, 115:20

**bring** [1] - 50:11

**bringing** [1] - 105:19

**brought** [3] - 76:22, 77:4, 77:14

**build** [2] - 54:8, 108:20

**building** [20] - 45:13, 48:4, 49:6, 49:10, 50:23, 50:25, 51:10, 51:19, 53:5, 66:8, 71:13, 77:25, 78:6, 78:12, 79:24, 81:5, 82:6, 92:15, 109:22, 116:14

**buildings** [4] - 43:14, 79:23, 82:20, 84:8

**business** [1] - 37:21

**BY** [4] - 3:7, 3:13, 5:6, 119:3

---

**C**

**cabinet** [1] - 27:15

**calendar** [2] - 70:2, 70:4

**calendars** [3] - 69:24, 70:14, 119:21

**cannot** [3] - 9:4, 73:4, 87:7

**capacities** [3] - 1:9, 1:14, 1:15

**capacity** [6] - 1:7, 1:8, 1:10, 1:11, 1:12, 1:13

**carefully** [1] - 36:7

**CAROL** [1] - 1:3

**CAROLINE** [1] - 3:13

**carry** [2] - 79:5, 104:2

**case** [3] - 5:23, 73:17, 95:8

**CASTRO** [8] - 1:11, 1:19, 2:3, 118:7, 118:17, 119:4, 121:9

**Castro** [11] - 5:10, 5:15, 5:16, 9:16, 47:18, 48:10, 59:4, 76:19, 77:23, 83:24, 96:21

**Central** [16] - 11:17, 14:20, 17:17, 18:10, 21:22, 22:5, 22:7, 32:11, 32:15, 32:20, 63:10, 63:14, 105:20, 105:22, 116:11,

---

116:12

**CENTRAL** [1] - 1:6

**certain** [8] - 55:7, 87:11, 94:15, 101:16, 104:2, 108:15, 113:16

**certification** [2] - 4:6, 21:25

**certify** [3] - 118:8, 121:8, 121:14

**chair** [1] - 48:22

**chairs** [1] - 71:12

**change** [1] - 49:25

**changes** [1] - 72:3

**characterization** [1] - 100:23

**check** [1] - 23:5

**City** [1] - 13:13

**civil** [1] - 39:22

**Civil** [1] - 96:8

**clarification** [2] - 56:4, 71:13

**clarify** [1] - 28:8

**clarifying** [2] - 70:17, 84:22

**class** [2] - 102:22, 103:6

**classroom** [1] - 108:19

**clear** [14] - 37:6, 38:16, 43:7, 56:14, 62:2, 74:8, 75:7, 92:17, 92:25, 98:18, 105:12, 106:9, 108:2, 113:2

**clearer** [1] - 94:20

**climate** [1] - 45:4

**close** [1] - 65:20

**closely** [1] - 64:10

**closing** [1] - 116:25

**clubs** [1] - 44:5

**Code** [60] - 34:3, 34:5, 34:13, 35:15, 35:17, 36:5, 36:10, 37:8, 37:12, 37:17, 37:19, 38:2, 38:8, 38:14, 38:17, 39:13, 42:11, 54:2, 54:19, 54:20, 55:3, 57:18, 57:23, 58:19, 59:6, 59:13, 60:7, 60:12, 60:20, 61:6, 62:8, 62:11, 62:17, 62:24, 63:3, 64:17, 65:13, 66:14, 67:5, 67:9, 67:18, 67:23, 73:24, 86:12, 86:14, 89:16, 91:24, 92:7, 92:16, 92:19, 92:20, 93:2, 93:16, 101:14, 101:20, 101:24, 102:4, 113:13,

---

113:20, 113:21

**code** [1] - 95:24

**collective** [4] - 68:6, 74:13, 75:15, 119:24

**College** [1] - 10:20

**color** [11] - 55:11, 58:7, 59:16, 60:21, 64:5, 66:4, 103:9, 104:8, 110:7, 115:2, 115:5

**commits** [1] - 101:15

**committed** [2] - 39:18, 102:12

**committee** [5] - 54:23, 55:6, 55:18, 55:19, 57:17

**committees** [3] - 25:24, 26:2, 27:11

**complaint** [5] - 16:23, 17:14, 32:19, 33:7, 44:9

**Complaint** [4] - 30:3, 30:7, 30:9, 30:14

**complaints** [7] - 16:7, 16:9, 16:12, 16:17, 16:19, 17:17, 33:4

**complete** [5] - 9:4, 27:5, 50:9, 58:13, 118:11

**completely** [2] - 8:16, 82:16

**completion** [1] - 69:20

**compliance** [2] - 64:16, 65:2

**complies** [1] - 44:25

**composed** [1] - 46:11

**conceding** [1] - 117:10

**concerning** [2] - 34:19, 35:4

**conduct** [16] - 42:5, 53:12, 53:23, 54:3, 61:13, 62:3, 63:2, 64:15, 72:15, 79:9, 79:12, 81:4, 82:12, 94:25, 95:23, 106:10

**Conduct** [60] - 34:3, 34:5, 34:13, 35:15, 35:17, 36:5, 36:10, 37:9, 37:12, 37:17, 37:19, 38:2, 38:9, 38:14, 38:17, 39:13, 42:11, 54:2, 54:19, 54:21, 55:3, 57:18, 57:23, 58:19, 59:7, 59:13, 60:7, 60:13, 60:20, 61:6, 62:9, 62:11, 62:17, 62:24,

---

63:3, 64:17, 65:13, 66:14, 67:5, 67:9, 67:18, 67:23, 73:24, 86:12, 86:14, 89:16, 91:24, 92:7, 92:16, 92:19, 92:21, 93:3, 93:16, 101:14, 101:20, 101:25, 102:4, 113:13, 113:20, 113:22

**conducted** [6] - 42:2, 47:20, 69:6, 97:7, 99:6, 110:11

**conducting** [2] - 42:7, 68:15

**confused** [2] - 18:21, 74:12

**congratulations** [1] - 24:22

**Conlon** [1] - 112:23

**consequence** [20] - 101:12, 101:17, 102:7, 102:11, 104:2, 104:22, 106:3, 106:7, 106:12, 107:6, 107:16, 108:5, 109:4, 109:23, 110:23, 111:22, 112:9, 113:11, 114:15, 114:24

**consequences** [15] - 38:3, 98:22, 104:6, 105:7, 105:9, 105:15, 106:21, 108:15, 108:18, 111:7, 111:8, 112:3, 112:5, 113:3, 114:19

**constitute** [1] - 52:24

**consumed** [1] - 8:20

**continued** [1] - 50:12

**Continued** [1] - 120:2

**contract** [6] - 70:11, 70:14, 75:15, 96:9, 119:21

**contracts** [1] - 96:8

**contractual** [7] - 70:8, 73:20, 74:6, 74:9, 74:20, 74:24, 120:3

**control** [2] - 90:13, 91:12

**controls** [1] - 95:3

**convenient** [1] - 50:16

**conversation** [4] - 24:21, 28:18, 30:25, 31:9

**convicted** [1] - 16:2

**coordinator** [6] - 42:9, 42:22, 42:25,

43:3, 43:9, 53:25
**coordinators** [2] - 42:10, 43:13
**Copy** [1] - 120:13
**copy** [4] - 9:12, 34:13, 117:6, 117:8
**corporal** [23] - 34:19, 34:24, 34:25, 35:4, 35:11, 35:25, 36:6, 36:12, 36:17, 36:22, 37:2, 37:3, 37:24, 38:6, 85:4, 85:9, 85:16, 86:2, 86:16, 86:18, 87:3, 87:20, 89:16
**Corporal** [1] - 85:22
**corporal"** [1] - 35:8
**correct** [10] - 82:18, 85:21, 91:16, 91:20, 91:21, 93:25, 94:4, 102:3, 118:11, 118:13
**correctly** [1] - 69:8
**correspondence** [1] - 9:24
**Cory** [1] - 5:16
**CORY** [2] - 3:3, 3:7
**cough** [1] - 8:21
**Counsel** [15] - 10:5, 16:6, 28:19, 31:2, 31:25, 32:7, 33:17, 54:23, 55:22, 56:4, 56:8, 56:11, 57:10, 77:9, 120:16
**counsel** [1] - 50:7
**COUNTY** [7] - 1:6, 1:6, 1:7, 1:8, 118:5, 121:4
**County** [2] - 81:10, 82:15
**COURT** [1] - 1:2
**Court** [2] - 4:19, 7:4
**court** [5] - 6:4, 6:13, 48:19, 88:14
**covered** [1] - 73:9
**created** [2] - 34:10, 54:21
**crenshaw** [1] - 112:24
**crime** [1] - 16:3
**CSEA** [3] - 74:21, 74:25, 120:4
**curriculum** [1] - 13:12
**cut** [1] - 107:16
**cutting** [1] - 106:2

**D**

**DASA** [31] - 15:8, 15:9, 15:10, 41:2, 41:3, 41:8, 41:9,

41:10, 41:11, 42:9, 42:10, 42:18, 42:22, 42:25, 43:2, 43:8, 43:13, 45:10, 45:14, 45:17, 46:9, 46:22, 47:10, 47:15, 51:19, 52:23, 53:21, 53:25, 65:24, 119:18
**database** [3] - 106:18, 107:5, 107:11
**date** [1] - 50:15
**dates** [1] - 70:7
**DAVID** [1] - 1:3
**David** [3] - 10:2, 10:13, 28:14
**days** [7] - 73:8, 110:25, 111:8, 113:4, 114:4, 116:5, 116:10
**dealing** [1] - 41:18
**Deborah** [1] - 2:4
**DEBORAH** [2] - 121:6, 121:24
**decide** [3] - 107:24, 109:23, 110:20
**decision** [5] - 102:17, 111:11, 111:13, 114:13, 116:6
**decisionmaker** [1] - 97:20
**decisionmakers** [3] - 110:18, 111:7, 115:9
**Defendant** [2] - 2:2, 50:5
**Defendant's** [1] - 23:11
**Defendants** [2] - 1:15, 3:10
**definition** [2] - 36:21, 109:13
**Definitions"** [1] - 35:23
**delineated** [2] - 28:3, 119:16
**deliver** [1] - 112:4
**delivery** [2] - 112:9, 112:10
**denoting** [2] - 70:15, 119:22
**department** [4] - 21:23, 22:4, 71:11, 83:11
**DEPARTMENT** [1] - 1:6
**Department** [2] - 22:2, 22:3
**deponent** [1] - 84:20
**deposed** [2] - 5:19, 17:21
**Deposition** [6] - 2:2, 9:13, 9:17, 28:5, 119:17, 120:14

**deposition** [14] - 4:6, 4:14, 5:15, 5:17, 9:8, 28:19, 30:21, 30:24, 31:17, 50:9, 50:12, 118:9, 121:10, 121:12
**depositions** [1] - 30:18
**describe** [4] - 80:24, 81:18, 83:25, 101:21
**describes** [1] - 81:24
**describing** [2] - 84:19, 120:10
**designated** [2] - 94:13, 94:17
**designates** [1] - 109:17
**designation** [1] - 24:12
**detention** [2] - 102:23, 103:7
**determine** [3] - 99:14, 102:10, 110:23
**determines** [4] - 101:11, 109:9, 113:14, 113:15
**determining** [1] - 112:2
**develop** [1] - 13:20
**developer** [1] - 13:10
**diagrams** [1] - 30:19
**dictate** [1] - 91:17
**different** [6] - 46:25, 52:4, 69:14, 76:24, 79:18, 114:25
**differentiate** [1] - 110:12
**differently** [1] - 103:8
**difficult** [2] - 8:22, 100:8
**difficulty** [1] - 35:7
**Dignity** [1] - 15:11
**dignity** [3] - 45:5, 45:20, 45:22
**direct** [1] - 95:18
**direction** [1] - 35:16
**Director** [7] - 90:4, 90:6, 90:14, 90:18, 91:5, 91:8, 93:11
**Directors** [2] - 96:14, 96:16
**disability** [2] - 58:9, 64:7
**disciplinary** [3] - 32:15, 83:22, 111:7
**discipline** [19] - 73:3, 93:23, 94:7, 96:23, 97:2, 97:8, 97:21, 98:6, 98:11, 98:22, 99:7, 99:14, 100:19, 101:12, 107:12,

110:20, 111:22, 115:2, 115:3
**discipliners** [1] - 107:5
**disciplining** [4] - 75:3, 93:20, 101:5, 120:5
**discretion** [3] - 108:4, 108:14, 109:16
**discrimination** [6] - 16:7, 16:10, 19:23, 20:2, 20:5, 44:10
**discuss** [3] - 50:18, 104:19, 106:5
**discussed** [1] - 65:25
**discussing** [2] - 50:22, 114:6
**discussion** [4] - 102:18, 104:13, 112:12, 117:4
**Discussion** [2] - 50:2, 86:24
**discussions** [2] - 54:10, 65:16
**disparate** [1] - 15:4
**disseminate** [1] - 37:8
**distributed** [2] - 99:15, 100:20
**DISTRICT** [3] - 1:2, 1:2, 1:6
**District** [12] - 11:17, 13:12, 14:21, 17:17, 21:22, 22:5, 32:12, 32:16, 32:20, 63:10, 63:14, 74:14
**district** [19] - 21:18, 38:25, 39:2, 39:18, 39:20, 39:23, 39:24, 43:12, 43:25, 44:2, 44:12, 54:22, 57:9, 58:3, 58:5, 85:23, 95:22, 95:25, 96:18
**diversity** [1] - 15:3
**Dix** [2] - 1:18, 3:6
**Docket** [1] - 1:16
**Doctor** [8] - 10:8, 10:17, 89:14, 101:15, 102:5, 104:3, 108:2, 109:8
**doctor** [15] - 11:16, 48:21, 50:18, 84:25, 85:7, 85:21, 86:9, 87:3, 88:11, 88:21, 99:12, 101:10, 108:13, 110:10, 111:5
**doctorate** [2] - 10:25, 11:5
**document** [22] - 9:13, 9:19, 33:22,

34:5, 34:6, 34:8, 34:9, 36:23, 37:23, 38:20, 39:12, 39:17, 42:11, 54:24, 55:3, 55:21, 58:11, 85:2, 95:19, 96:2, 96:18, 120:13
**DOCUMENT** [2] - 119:5, 120:2
**documentation** [4] - 84:17, 119:10, 119:25, 120:7
**documents** [13] - 8:10, 8:14, 9:7, 10:5, 21:4, 21:8, 21:9, 28:6, 31:12, 65:11, 74:18, 74:24, 80:23
**DOES** [3] - 1:9, 1:13, 1:14
**dolled** [1] - 97:9
**done** [14] - 19:3, 33:15, 42:9, 51:9, 72:4, 89:9, 99:13, 100:24, 103:5, 103:23, 104:5, 105:24, 109:25, 110:6
**down** [1] - 35:19
**downs** [1] - 82:23
**Dr** [13] - 5:15, 21:20, 24:19, 47:18, 48:10, 59:4, 76:19, 77:23, 83:24, 91:3, 91:4, 93:15, 96:21
**dr** [1] - 9:16
**drills** [1] - 82:23
**driver's** [2] - 11:8, 11:10
**drove** [1] - 48:24
**drugs** [3] - 8:20, 105:19
**duly** [2] - 5:3, 121:11
**during** [19] - 14:5, 14:20, 16:6, 16:22, 17:8, 17:16, 33:7, 34:14, 38:4, 62:12, 72:4, 72:5, 73:5, 77:14, 78:13, 88:5, 90:16, 111:19, 116:15
**duties** [2] - 56:25, 57:11
**duty** [7] - 66:13, 66:15, 66:21, 66:22, 67:4, 67:10, 67:23

**E**

**East** [1] - 1:23
**EASTERN** [1] - 1:2
**Ed** [1] - 27:23
**Edmond** [3] - 10:2, 10:13, 28:14
**EDMOND** [3] - 1:3

123

124

**education** [2] - 10:18, 10:19
**Education** [3] - 10:21, 11:3, 27:14
**EDWARD** [1] - 1:7
**effect** [1] - 4:17
**effort** [1] - 114:9
**egregious** [1] - 105:18
**either** [1] - 8:3
**elaborate** [1] - 96:5
**elementary** [1] - 84:10
**Elementary** [1] - 10:20
**embedded** [1] - 46:18
**employed** [1] - 24:11
**employee** [4] - 32:21, 33:6, 80:3, 85:23
**employees** [6] - 36:25, 37:11, 85:25, 86:15, 87:18, 87:23
**employment** [10] - 20:19, 20:24, 21:5, 22:15, 23:12, 24:11, 25:9, 26:3, 119:8, 119:11
**end** [1] - 116:19
**enforce** [7] - 58:19, 59:6, 60:5, 60:12, 62:11, 65:12, 85:19
**enforceable** [1] - 62:17
**Enforcement** [2] - 81:10, 82:15
**enforcement** [1] - 87:14
**enforcing** [6] - 61:6, 63:2, 89:15, 92:20, 95:23, 106:7
**engaged** [2] - 76:8, 95:12
**English** [1] - 10:23
**ensure** [14] - 38:25, 40:11, 43:25, 44:12, 49:15, 57:22, 63:24, 64:16, 64:24, 66:2, 87:17, 87:22, 104:17, 104:22
**entitled** [3] - 9:13, 35:25, 120:13
**environment** [3] - 39:22, 64:3, 64:13
**equal** [9] - 39:3, 39:25, 44:3, 44:13, 47:21, 47:25, 58:5, 59:15, 106:8
**equally** [3] - 49:16, 66:3, 67:14

**equitable** [3] - 105:7, 114:7, 114:10
**equity** [2] - 104:15, 104:17
**ESL** [4] - 12:21, 13:8, 22:2, 22:3
**ESQ** [2] - 3:7, 3:13
**ethnic** [2] - 58:7, 64:6
**ethnicity** [5] - 48:3, 48:16, 49:8, 51:21, 53:8
**evenly** [3] - 97:9, 99:14, 100:20
**event** [2] - 83:14, 92:16
**events** [1] - 29:24
**exactly** [4] - 14:25, 39:10, 47:2, 62:21
**EXAMINATION** [2] - 5:6, 119:3
**examined** [1] - 5:4
**example** [5] - 103:3, 103:6, 104:20, 106:2, 106:11
**examples** [1] - 46:18
**exceed** [1] - 50:13
**except** [1] - 4:9
**excessive** [5] - 14:7, 17:18, 89:18, 95:12, 95:14
**excluded** [1] - 44:6
**excuse** [1] - 19:24
**Exhibit** [5] - 9:12, 33:13, 33:24, 34:2, 101:25
**EXHIBITS** [1] - 120:11
**exhibits** [1] - 120:16
**existed** [1] - 34:14
**existence** [1] - 81:21
**expect** [3] - 36:4, 36:9, 37:16
**expectations** [6] - 40:19, 40:20, 44:7, 44:19, 45:12, 108:20
**expected** [1] - 57:22
**experienced** [2] - 76:17, 76:21
**expert** [2] - 6:4, 88:14
**experts** [1] - 43:6
**explain** [6] - 55:6, 55:23, 87:10, 88:22, 91:23, 109:20
**explained** [2] - 89:3, 89:17
**explains** [1] - 94:23

**F**

**fact** [1] - 91:22
**facts** [1] - 114:11
**faculty** [7] - 41:25, 42:2, 42:5, 42:7, 54:9, 72:4, 88:6
**fair** [2] - 47:21, 100:22
**fall** [1] - 85:18
**familiar** [1] - 34:8
**families** [1] - 38:11
**far** [1] - 88:9
**fast** [1] - 84:25
**Federal** [4] - 30:7, 39:20, 50:8, 50:14
**female** [1] - 32:6
**field** [1] - 48:2
**fifteenth** [1] - 11:18
**fight** [1] - 76:23
**file** [1] - 69:19
**filing** [1] - 4:5
**fill** [2] - 25:14, 68:3
**final** [2] - 27:13
**financial** [1] - 98:4
**fine** [2] - 7:25, 50:10
**finish** [7] - 6:16, 7:17, 8:4, 27:3, 47:9, 65:22, 115:17
**finished** [1] - 102:25
**fire** [1] - 82:23
**first** [8] - 13:24, 20:15, 35:17, 78:17, 81:16, 88:7, 109:6, 115:7
**fishing** [1] - 11:13
**five** [19] - 13:25, 19:17, 19:20, 23:20, 23:21, 28:24, 29:12, 47:13, 110:25, 111:8, 112:15, 113:4, 114:3, 114:4, 115:12, 115:13, 116:5, 116:10
**five-day** [1] - 115:12
**follow** [10] - 23:13, 25:15, 26:11, 28:7, 47:5, 47:16, 61:10, 70:16, 75:4, 84:21
**followed** [1] - 22:14
**following** [1] - 63:18
**follows** [1] - 5:5
**FOR** [1] - 120:12
**forbidden** [1] - 85:23
**force** [14] - 4:17, 14:7, 17:18, 87:7, 87:8, 87:24, 88:23, 89:4, 89:18, 89:19, 91:18, 95:12, 95:14
**foremost** [2] - 88:8, 115:7
**form** [88] - 4:10,

14:9, 14:22, 15:6, 15:21, 16:15, 17:2, 18:8, 20:13, 20:25, 21:6, 23:24, 26:5, 27:19, 32:22, 33:9, 35:6, 35:12, 37:13, 39:5, 40:24, 41:14, 42:16, 44:15, 45:8, 45:19, 46:2, 49:20, 51:7, 52:13, 52:21, 53:18, 55:15, 56:22, 57:2, 58:14, 60:9, 60:15, 60:23, 61:15, 62:6, 62:19, 63:4, 64:19, 65:4, 66:6, 67:20, 68:23, 69:11, 71:8, 71:20, 72:3, 72:9, 72:19, 73:14, 76:10, 77:7, 78:8, 78:24, 79:10, 81:7, 83:4, 85:12, 89:11, 89:20, 90:8, 90:21, 92:2, 94:9, 95:4, 97:12, 97:22, 98:13, 98:25, 99:9, 99:17, 101:7, 103:12, 104:10, 105:2, 106:23, 107:9, 108:16, 109:11, 109:13, 110:5, 110:15, 113:5
**formal** [3] - 71:22, 88:20, 97:17
**former** [7] - 35:9, 36:3, 36:10, 36:16, 36:24, 37:7, 71:16
**forth** [1] - 121:11
**forward** [2] - 44:21, 84:25
**four** [3] - 12:9, 13:5, 19:20
**frequency** [1] - 83:13
**front** [3] - 85:2, 95:19, 114:16
**full** [2] - 5:8, 9:4
**FURTHER** [2] - 4:8, 4:13

**G**

**gather** [3] - 113:3, 114:12, 115:7
**gender** [8] - 48:3, 48:16, 49:8, 51:21, 53:8, 58:8, 64:8, 115:5
**Gerstenlauer** [2] - 21:20, 24:19
**given** [12] - 18:2, 18:18, 19:6, 39:19, 46:21, 58:18, 72:7, 106:13, 106:21,

108:15, 118:13, 121:13
**goals** [3] - 57:20, 57:23, 58:2
**govern** [1] - 81:4
**governed** [1] - 79:8
**governing** [1] - 82:5
**grade** [1] - 13:24
**group** [2] - 58:7, 64:6
**groups** [3] - 25:21, 25:22, 25:23
**grunt** [1] - 6:12
**GUARD** [1] - 1:12
**guard** [1] - 92:18
**GUARDS** [1] - 1:13
**guards** [4] - 89:24, 94:22, 95:2, 95:11
**guess** [4] - 18:21, 95:6, 115:18, 115:19
**guidance** [2] - 58:18, 59:6
**guide** [2] - 101:14, 101:21
**guideline** [1] - 109:2
**guidelines** [6] - 51:14, 52:17, 54:13, 57:19, 82:4, 105:14
**guides** [3] - 102:16, 113:10, 113:11
**gun** [2] - 11:14, 79:5

**H**

**hall** [1] - 49:13
**Hamilton** [1] - 3:11
**hand** [4] - 18:24, 105:11, 105:16, 121:20
**handed** [1] - 30:6
**Handing** [2] - 9:15, 33:14
**handing** [1] - 9:16
**hands** [1] - 86:5
**harassment** [5] - 16:12, 16:16, 16:24, 20:7, 20:9
**hard** [2] - 11:24, 13:17
**head** [1] - 6:12
**healthy** [1] - 39:21
**hear** [5] - 6:8, 17:13, 83:13, 100:3, 108:10
**hearing** [3] - 18:6, 18:10, 18:16
**Hearing** [8] - 18:11, 19:4, 19:7, 19:18, 105:21, 105:22, 116:11, 116:13
**held** [1] - 38:13
**help** [5] - 8:10, 8:11, 8:15, 17:6, 52:7

**hereby** [2] - 118:7, 121:8

**HEREBY** [1] - 4:2

**herein** [1] - 4:4

**hereinbefore** [1] - 121:10

**hereunto** [1] - 121:20

**high** [6] - 12:21, 12:23, 61:13, 61:23, 71:12, 84:9

**High** [193] - 10:13, 10:15, 12:6, 12:11, 12:13, 12:20, 12:25, 13:2, 13:8, 16:6, 16:10, 16:13, 16:23, 20:19, 22:8, 23:18, 26:4, 33:21, 34:14, 34:17, 35:3, 35:10, 36:4, 36:11, 36:17, 36:25, 37:8, 38:5, 38:9, 40:11, 40:14, 40:23, 45:2, 46:8, 47:19, 47:22, 49:17, 49:18, 52:20, 53:13, 54:4, 54:15, 54:25, 56:15, 56:18, 56:20, 57:6, 57:12, 57:13, 57:24, 59:5, 60:4, 60:11, 60:19, 61:3, 61:11, 61:20, 62:4, 62:13, 62:25, 63:7, 63:23, 64:14, 64:23, 65:13, 66:12, 67:3, 67:9, 68:14, 68:20, 70:2, 70:21, 71:4, 71:16, 72:6, 72:16, 72:18, 72:24, 73:11, 74:3, 75:8, 75:24, 76:7, 77:4, 77:5, 77:13, 77:18, 77:24, 78:5, 78:10, 78:14, 78:20, 78:22, 79:7, 79:13, 79:16, 80:4, 80:6, 80:12, 80:20, 81:2, 81:5, 81:25, 82:6, 82:10, 82:12, 82:17, 82:25, 83:7, 83:17, 83:20, 83:25, 84:3, 84:13, 85:7, 85:17, 85:18, 86:2, 86:16, 87:12, 87:16, 87:21, 88:22, 89:5, 89:14, 89:24, 89:25, 90:12, 90:14, 90:17, 91:12, 91:19, 91:22, 92:6, 92:18, 93:4, 93:18, 94:2, 94:6, 94:13, 94:17, 94:18, 94:25, 95:11, 96:22, 97:2, 97:6, 97:10, 97:19, 98:9, 98:12,

98:20, 98:23, 99:4, 99:7, 99:12, 99:15, 100:19, 101:3, 101:10, 101:12, 102:5, 102:9, 102:12, 103:4, 104:4, 104:7, 104:21, 104:24, 105:12, 105:24, 106:9, 106:19, 107:3, 108:3, 108:6, 108:14, 108:25, 109:8, 109:16, 109:24, 110:3, 110:8, 110:10, 110:14, 110:20, 111:5, 111:20, 112:16, 112:18, 113:24, 115:10

**higher** [1] - 26:15

**Hills** [2] - 1:18, 3:6

**hire** [1] - 21:9

**hired** [5] - 21:10, 21:12, 21:15, 21:16, 21:21

**hiring** [6] - 20:20, 21:8, 22:16, 25:10, 25:16, 26:21

**hold** [10] - 11:7, 11:11, 11:23, 12:15, 12:19, 13:3, 13:7, 13:14, 48:19, 55:14

**hope** [1] - 37:20

**hour** [2] - 29:5, 29:7

**Hughes** [14] - 78:16, 79:2, 79:9, 79:22, 80:8, 80:13, 80:19, 81:4, 82:5, 82:20, 83:2, 83:8, 83:21, 84:9

**Hughes'** [2] - 78:17, 82:12

**hybrid** [1] - 46:4

---
**I**

**I.D** [1] - 120:12

**identification** [1] - 9:14

**identify** [1] - 50:15

**II** [1] - 35:20

**imbedded** [1] - 46:7

**immediate** [1] - 63:16

**importance** [1] - 106:16

**important** [1] - 6:15

**IN** [1] - 121:19

**INC** [1] - 1:23

**incident** [2] - 10:2, 28:16

**include** [1] - 96:10

**including** [2] - 55:8,

63:25

**independent** [1] - 82:16

**indicating** [1] - 101:21

**indicating)** [1] - 55:4

**indifference** [1] - 20:11

**individual** [9] - 1:7, 1:8, 1:9, 1:10, 1:11, 1:12, 1:12, 1:13, 1:14

**individuals** [1] - 94:15

**inform** [1] - 86:14

**information** [2] - 114:12, 115:8

**infraction** [24] - 101:16, 101:17, 102:6, 102:12, 102:15, 103:24, 103:25, 104:23, 105:10, 105:18, 106:11, 107:6, 109:3, 110:22, 111:10, 113:9, 113:10, 113:19, 113:21, 114:8, 114:10, 114:16, 115:4, 115:7

**infractions** [13] - 101:22, 104:6, 104:13, 104:19, 105:15, 105:25, 107:12, 108:5, 108:7, 109:6, 110:24, 113:17, 113:18

**initiation** [1] - 98:11

**input** [1] - 55:2

**instance** [10] - 11:13, 15:2, 19:3, 58:3, 76:21, 93:13, 105:25, 107:15, 108:6, 114:22

**instances** [1] - 114:14

**instruct** [1] - 43:8

**Instruction** [1] - 10:11

**instruction** [1] - 13:11

**instructions** [1] - 5:23

**integration** [1] - 13:11

**interact** [1] - 40:17

**interactions** [1] - 66:10

**interested** [1] - 121:17

**internet** [2] - 79:24, 80:9

**intervene** [1] - 83:22

**interview** [8] - 24:7,

25:20, 26:2, 27:9, 27:10, 27:14, 28:3, 119:15

**interviews** [1] - 25:19

**introduced** [1] - 81:10

**involve** [1] - 87:7

**irrespective** [1] - 104:8

**IS** [3] - 4:2, 4:8, 4:13

**ISABEL** [6] - 1:19, 2:3, 118:7, 118:17, 119:4, 121:9

**Isabel** [1] - 5:10

**Island** [2] - 5:12, 5:13

**ISNARDI** [1] - 1:8

**isolate** [1] - 48:12

**issues** [1] - 32:11

**IT** [3] - 4:2, 4:8, 4:13

---
**J**

**James** [7] - 91:10, 91:13, 91:18, 91:24, 92:5, 92:25, 93:18

**JANE** [3] - 1:9, 1:13, 1:14

**job** [2] - 7:9, 68:21

**JOHN** [3] - 1:9, 1:13, 1:14

**John's** [1] - 11:6

**June** [10] - 9:25, 11:22, 11:24, 28:16, 72:25, 90:16, 91:4, 91:11, 112:19, 116:15

---
**K**

**keep** [1] - 106:11

**kept** [2] - 47:21, 69:19

**kind** [1] - 8:20

**knowledge** [3] - 71:16, 106:19, 115:10

---
**L**

**lack** [1] - 85:10

**Language** [1] - 10:23

**last** [1] - 58:22

**late** [2] - 102:22, 103:6

**LAW** [1] - 3:3

**Law** [3] - 39:20, 81:10, 82:15

**lawsuit** [9] - 19:23, 20:2, 28:14, 29:25, 30:4, 30:12, 30:15, 33:2, 44:11

**lawyer** [2] - 8:5, 32:8

**LCSD1** [1] - 35:18

**LCSD20** [2] - 85:2, 87:4

**LCSD21** [1] - 95:19

**LCSD3** [2] - 38:21, 58:11

**LCSD4** [1] - 44:22

**LCSD5** [3] - 61:19, 63:19, 64:25

**leadership** [2] - 96:4, 96:6

**learn** [8] - 24:14, 69:7, 70:23, 71:2, 71:6, 71:9, 73:10, 81:13

**learning** [7] - 51:15, 52:8, 52:18, 53:14, 55:9, 64:4, 64:13

**Learning** [1] - 10:11

**lecture** [2] - 46:7, 46:16

**legal** [1] - 16:5

**less** [6] - 29:12, 29:15, 29:16, 111:8, 113:3, 114:3

**lesser** [2] - 105:25, 110:25

**level** [5] - 71:12, 108:7, 109:6, 109:7, 109:9

**Level** [3] - 109:14

**levels** [1] - 109:6

**license** [6] - 11:7, 11:8, 11:9, 11:10, 11:12, 11:13

**likely** [1] - 56:3

**limit** [1] - 115:13

**limited** [1] - 55:8

**line** [1] - 7:17

**LINEEN** [138] - 3:13, 14:8, 14:12, 14:15, 14:22, 15:5, 15:14, 15:17, 15:20, 16:14, 16:25, 18:7, 20:13, 20:25, 21:6, 23:13, 23:24, 26:5, 26:11, 27:19, 28:7, 29:8, 29:13, 29:17, 31:3, 31:6, 31:13, 32:22, 33:9, 33:15, 35:5, 35:12, 36:13, 36:19, 37:13, 39:5, 40:6, 40:24, 41:13, 42:15, 42:21, 43:5, 43:10, 43:18, 44:15, 45:7, 45:19, 45:21, 46:2, 46:13, 47:5, 47:14, 47:23, 49:20, 50:10, 51:6, 52:10, 52:12, 52:21, 53:17, 55:12,

125

126

55:14, 56:22, 57:2, 57:15, 58:12, 60:9, 60:15, 60:22, 61:4, 61:14, 62:6, 62:19, 63:4, 64:18, 65:3, 66:5, 66:22, 67:19, 68:23, 69:10, 70:16, 71:19, 71:24, 72:9, 72:19, 73:13, 74:11, 75:4, 76:10, 77:7, 77:16, 77:20, 78:8, 78:24, 79:10, 81:6, 82:7, 83:4, 84:21, 85:11, 89:8, 89:11, 89:20, 90:7, 90:20, 91:14, 92:2, 92:8, 93:6, 94:9, 95:4, 95:15, 97:11, 97:22, 98:13, 98:24, 99:8, 99:17, 99:24, 100:3, 101:7, 103:11, 104:10, 105:2, 106:22, 107:8, 108:8, 108:16, 109:11, 110:5, 110:15, 111:24, 113:5, 115:14, 116:20, 116:23, 117:5

**listed** [3] - 42:10, 54:2, 73:21

**listen** [1] - 30:18

**lock** [1] - 82:23

**LONERGAN** [1] - 1:10

**Lonergan** [4] - 91:3, 91:5, 93:13, 93:15

**longstanding** [1] - 81:15

**Longwood** [218] - 10:13, 10:15, 11:17, 12:6, 12:11, 12:12, 12:20, 12:25, 13:2, 13:8, 14:2, 14:5, 14:20, 16:6, 16:10, 16:13, 16:23, 17:16, 20:16, 20:19, 21:5, 21:14, 21:21, 22:5, 22:7, 23:18, 26:4, 26:15, 32:11, 32:15, 32:20, 33:8, 33:21, 34:14, 34:17, 35:3, 35:10, 36:3, 36:11, 36:16, 36:24, 37:7, 38:5, 38:9, 40:11, 40:14, 40:23, 44:22, 45:2, 46:8, 47:19, 47:22, 49:17, 49:18, 52:19, 53:13, 54:4, 54:15, 54:25, 56:15, 56:18, 56:20, 57:6, 57:12, 57:13, 57:24, 58:11, 59:5, 60:4,

60:11, 60:19, 61:3, 61:11, 61:20, 62:4, 62:13, 62:24, 63:7, 63:10, 63:13, 63:23, 64:14, 64:23, 65:13, 65:19, 66:12, 67:3, 67:9, 68:14, 68:20, 70:2, 70:21, 71:3, 71:16, 72:6, 72:16, 72:18, 72:24, 73:11, 74:3, 75:8, 75:24, 76:7, 76:20, 77:3, 77:5, 77:13, 77:18, 77:24, 78:5, 78:10, 78:14, 78:20, 78:22, 79:7, 79:13, 79:15, 80:3, 80:6, 80:12, 80:20, 81:2, 81:5, 81:22, 81:25, 82:6, 82:10, 82:12, 82:17, 82:25, 83:7, 83:17, 83:20, 83:25, 84:3, 84:13, 85:7, 85:17, 85:18, 86:2, 86:16, 87:12, 87:16, 87:21, 88:21, 89:4, 89:14, 89:24, 89:25, 90:12, 90:14, 90:17, 91:11, 91:19, 91:22, 92:6, 92:18, 93:4, 93:18, 94:2, 94:6, 94:13, 94:17, 94:18, 94:25, 95:11, 96:22, 97:2, 97:6, 97:10, 97:19, 98:9, 98:11, 98:20, 98:22, 99:4, 99:7, 99:12, 99:15, 100:19, 101:3, 101:10, 101:12, 102:5, 102:9, 102:12, 103:4, 104:4, 104:7, 104:21, 104:24, 105:12, 105:23, 106:9, 106:19, 107:3, 108:3, 108:5, 108:13, 108:25, 109:8, 109:15, 109:24, 110:3, 110:7, 110:10, 110:13, 110:19, 111:5, 111:20, 112:16, 112:18, 113:24, 115:10

**LONGWOOD** [4] - 1:6, 1:10, 1:12, 1:13

**look** [14] - 30:19, 44:22, 74:15, 74:19, 105:8, 105:10, 106:5, 106:14, 114:14, 114:16, 114:18, 114:24, 115:4, 115:6

**looked** [1] - 106:15

**looking** [5] - 9:22,

33:16, 53:21, 61:9, 103:15

**low** [1] - 67:2

**lower** [1] - 108:6

## M

**Main** [1] - 1:23

**maintain** [6] - 12:7, 45:4, 69:25, 107:4, 108:14, 109:16

**man** [1] - 32:5

**management** [1] - 107:14

**Maria** [2] - 5:10, 5:15

**MARIA** [8] - 1:10, 1:19, 2:2, 2:3, 118:7, 118:17, 119:4, 121:9

**marked** [6] - 9:11, 9:14, 9:17, 33:13, 33:23, 101:25

**marriage** [1] - 121:16

**Master's** [2] - 10:22, 10:25

**materials** [3] - 26:9, 47:10, 119:19

**matter** [2] - 8:6, 121:18

**mean** [13] - 11:9, 12:24, 18:22, 34:25, 55:23, 57:4, 58:2, 62:22, 79:12, 81:18, 96:6, 97:4, 106:25

**meaning** [1] - 55:21

**means** [3] - 35:11, 36:18, 66:20

**meant** [4] - 36:6, 36:12, 55:7, 87:18

**medication** [1] - 8:19

**medicine** [1] - 8:21

**meet** [8] - 28:19, 31:16, 55:19, 68:7, 104:18, 113:17, 113:25, 114:6

**meeting** [9] - 27:16, 27:23, 41:25, 42:3, 72:4, 75:14, 75:17, 75:21, 88:6

**meetings** [7] - 29:2, 29:6, 29:12, 29:16, 42:5, 42:8, 54:10

**meets** [1] - 113:15

**member** [3] - 73:23, 77:3, 77:13

**members** [1] - 38:12

**memorandum** [1] - 27:17

**memories** [1] - 37:22

**mentioned** [3] - 46:10, 57:10, 73:18

**Merkle** [1] - 112:23

**met** [4] - 31:20, 57:23, 106:2, 109:3

**methods** [1] - 87:6

**MICHAEL** [1] - 1:10

**Michael** [4] - 91:3, 91:4, 93:13, 93:15

**Middle** [2] - 5:12, 5:13

**middle** [1] - 8:3

**might** [7] - 6:13, 8:10, 8:11, 8:22, 26:25, 65:21, 110:12

**mind** [1] - 116:4

**minutes** [4] - 27:16, 27:23, 27:25, 119:13

**Miss** [3] - 112:23, 112:25

**missing** [1] - 112:24

**model** [3] - 50:22, 50:24, 54:9

**modeled** [2] - 49:6, 49:10

**modeling** [3] - 64:10, 65:15, 66:9

**moment** [1] - 86:22

**morning** [1] - 40:15

**MORRIS** [49] - 3:3, 3:7, 5:7, 5:14, 9:10, 23:8, 26:8, 27:24, 34:21, 47:3, 47:8, 48:6, 48:9, 48:18, 49:2, 49:22, 50:3, 50:17, 51:23, 52:2, 52:25, 58:21, 58:25, 59:19, 65:7, 66:17, 66:23, 70:12, 74:16, 74:23, 76:14, 84:16, 86:6, 86:21, 86:25, 88:2, 88:13, 89:10, 92:11, 99:21, 100:5, 100:10, 103:16, 115:18, 115:22, 116:18, 116:22, 116:24, 119:4

**Morris** [1] - 5:17

**most** [1] - 56:3

**move** [1] - 44:20

**moving** [1] - 61:18

**MR** [47] - 5:7, 5:14, 9:10, 23:8, 26:8, 27:24, 34:21, 47:3, 47:8, 48:6, 48:9, 48:18, 49:2, 49:22, 50:3, 50:17, 51:23, 52:2, 52:25, 58:21, 58:25, 59:19, 65:7, 66:17, 66:23, 70:12, 74:16, 74:23, 76:14, 84:16, 86:6, 86:21, 86:25, 88:2, 88:13, 89:10, 92:11, 99:21,

100:5, 100:10, 103:16, 115:18, 115:22, 116:18, 116:22, 116:24, 119:4

**MS** [137] - 14:8, 14:12, 14:15, 14:22, 15:5, 15:14, 15:17, 15:20, 16:14, 16:25, 18:7, 20:13, 20:25, 21:6, 23:13, 23:24, 26:5, 26:11, 27:19, 28:7, 29:8, 29:13, 29:17, 31:3, 31:6, 31:13, 32:22, 33:9, 33:15, 35:5, 35:12, 36:13, 36:19, 37:13, 39:5, 40:6, 40:24, 41:13, 42:15, 42:21, 43:5, 43:10, 43:18, 44:15, 45:7, 45:19, 45:21, 46:2, 46:13, 47:5, 47:14, 47:23, 49:20, 50:10, 51:6, 52:10, 52:12, 52:21, 53:17, 55:12, 55:14, 56:22, 57:2, 57:15, 58:12, 60:9, 60:15, 60:22, 61:4, 61:14, 62:6, 62:19, 63:4, 64:18, 65:3, 66:5, 66:22, 67:19, 68:23, 69:10, 70:16, 71:19, 71:24, 72:9, 72:19, 73:13, 74:11, 75:4, 76:10, 77:7, 77:16, 77:20, 78:8, 78:24, 79:10, 81:6, 82:7, 83:4, 84:21, 85:11, 89:8, 89:11, 89:20, 90:7, 90:20, 91:14, 92:2, 92:8, 93:6, 94:9, 95:4, 95:15, 97:11, 97:22, 98:13, 98:24, 99:8, 99:17, 99:24, 100:3, 101:7, 103:11, 104:10, 105:2, 106:22, 107:8, 108:8, 108:16, 109:11, 110:5, 110:15, 111:24, 113:5, 115:14, 116:20, 116:23, 117:5

**must** [1] - 38:16

**mutual** [2] - 45:4, 45:11

## N

**name** [8] - 5:8, 5:16, 32:4, 78:18, 78:21, 84:13, 110:19, 112:21

**named** [1] - 30:11

127

names [1] - 30:15
narrow [1] - 112:17
NASSAU [1] - 121:4
national [9] - 58:7, 60:13, 60:17, 64:5, 66:4, 103:9, 104:8, 110:13, 115:2
nature [4] - 28:8, 70:17, 84:22, 102:24
need [4] - 6:6, 7:15, 7:23, 8:5
negotiations [2] - 70:8, 73:21
never [5] - 60:5, 60:11, 89:3, 89:17, 91:23
new [1] - 111:17
NEW [3] - 1:2, 118:4, 121:3
New [9] - 1:18, 1:24, 2:5, 3:6, 3:12, 5:13, 13:13, 118:23, 121:7
next [5] - 9:22, 22:4, 44:23, 61:9, 61:18
none [2] - 32:25, 33:3
Notary [4] - 2:4, 5:4, 118:23, 121:6
note [29] - 14:8, 15:5, 15:20, 16:25, 18:7, 41:13, 42:15, 45:7, 47:14, 51:6, 53:17, 61:14, 64:18, 65:3, 67:19, 70:5, 71:19, 73:13, 81:6, 85:11, 90:7, 90:20, 97:11, 98:24, 103:11, 106:22, 107:8, 116:20, 117:9
noted [2] - 86:23, 117:12
notes [4] - 9:24, 27:17, 28:2, 119:14
nothing [3] - 6:23, 45:16, 103:14
notice [1] - 69:22
Notice [6] - 2:4, 9:13, 9:17, 28:4, 119:17, 120:14
nowhere [1] - 102:8
number [1] - 25:21
Number [1] - 30:5
numeral [1] - 38:22
Numeral [2] - 35:20, 85:3

**O**

oath [4] - 4:17, 6:21, 7:2, 118:9
object [5] - 35:5,

58:14, 60:22, 66:5, 99:8
objection [104] - 14:8, 14:22, 15:5, 15:20, 16:14, 16:25, 18:7, 20:13, 20:25, 21:6, 23:24, 26:5, 27:19, 29:8, 29:13, 29:17, 31:13, 32:22, 33:9, 35:12, 36:13, 36:19, 37:13, 39:5, 40:24, 41:13, 42:15, 42:21, 43:5, 43:10, 43:18, 44:15, 45:7, 45:19, 46:2, 46:13, 47:23, 49:20, 51:6, 52:13, 52:21, 53:17, 55:12, 55:15, 56:22, 57:2, 57:15, 60:9, 60:15, 61:14, 62:6, 62:19, 63:4, 64:18, 65:3, 67:19, 68:23, 69:10, 71:19, 71:24, 72:9, 72:19, 73:13, 74:11, 76:10, 77:7, 77:16, 77:20, 78:8, 78:24, 79:10, 81:6, 82:7, 83:4, 85:11, 89:11, 89:20, 90:7, 90:20, 91:14, 92:2, 92:8, 93:6, 94:9, 95:4, 95:15, 97:11, 97:22, 98:13, 98:24, 99:17, 101:7, 103:11, 104:10, 105:2, 106:22, 107:8, 108:8, 108:16, 109:11, 110:5, 110:15, 111:24, 113:5
objections [1] - 4:9
obligations [3] - 5:24, 74:6, 74:9
obtain [5] - 11:4, 20:18, 25:8, 26:3, 26:18
obtained [1] - 26:14
occasion [3] - 60:5, 67:16, 77:2
occur [4] - 23:23, 41:3, 41:5, 41:7
occurred [3] - 40:13, 76:5, 115:5
occurs [1] - 41:4
October [3] - 1:19, 118:10, 121:21
OF [5] - 1:2, 118:4, 118:5, 121:3, 121:4
Office [5] - 18:11, 105:20, 105:22, 116:11, 116:13
office [5] - 80:14, 80:17, 107:25,

108:23, 109:22
officer [7] - 4:16, 77:25, 78:6, 78:22, 81:17, 84:2, 84:9
OFFICER [2] - 1:7, 1:8
Officer [18] - 78:10, 78:11, 78:15, 78:16, 78:17, 79:2, 79:9, 79:21, 80:8, 80:13, 80:19, 81:4, 82:5, 82:11, 82:20, 83:2, 83:8, 83:21
Officers [3] - 84:15, 84:18, 120:9
officers [2] - 84:7, 84:10
OFFICERS [1] - 1:9
OFFICES [1] - 3:3
official [11] - 1:7, 1:8, 1:9, 1:10, 1:11, 1:12, 1:13, 1:14, 1:14, 10:9, 10:12
once [6] - 19:9, 19:21, 28:22, 31:22, 33:15, 109:21
one [30] - 26:14, 32:25, 39:23, 40:16, 40:17, 41:19, 42:7, 43:22, 44:6, 45:11, 45:23, 49:3, 52:5, 55:4, 59:23, 62:10, 64:25, 71:9, 71:17, 83:9, 86:4, 88:8, 88:15, 88:19, 95:10, 100:11, 101:15, 103:8, 107:18
oOo [1] - 4:21
open [2] - 44:6, 44:18
opportunity [2] - 60:12, 91:23
order [1] - 116:9
orderly [2] - 39:21, 64:2
orientation [2] - 58:9, 64:7
origin [8] - 58:7, 60:13, 60:17, 64:6, 66:4, 103:10, 104:9, 110:13
origin's [1] - 115:2
otherwise [1] - 99:6
outcome [1] - 121:17
overarching [1] - 57:9
own [1] - 108:19

**P**

p.m [3] - 1:20, 86:23,

117:12
page [9] - 9:22, 35:17, 38:20, 44:23, 61:2, 61:9, 61:18, 63:18, 95:21
PAGE [2] - 119:3, 119:6
Page [1] - 9:22
paper [1] - 101:24
paperwork [4] - 68:3, 69:3, 73:18, 80:23
paraprofessional [1] - 13:20
part [13] - 20:23, 21:5, 21:12, 22:2, 42:18, 51:4, 56:25, 69:4, 70:10, 74:2, 80:21, 112:13, 112:19
participate [6] - 18:5, 39:2, 39:24, 40:18, 44:2, 58:4
participated [1] - 44:13
particular [3] - 21:23, 56:2, 65:17
parties [2] - 4:4, 121:15
partnership [2] - 81:17, 81:19
past [1] - 114:19
pending [1] - 8:2
people [6] - 36:8, 41:18, 42:13, 49:12, 51:11, 66:2
perceived [12] - 39:4, 40:2, 44:4, 45:6, 51:16, 52:9, 52:19, 53:15, 55:10, 58:6, 59:16, 64:5
permit [1] - 11:14
permitted [1] - 50:14
Perrotta [16] - 91:10, 91:13, 91:19, 91:24, 92:6, 93:2, 93:19, 93:20, 93:24, 94:16, 94:22, 95:2, 95:7, 95:8, 95:9, 95:17
perrotta's [1] - 94:5
Perrotta's [3] - 94:8, 94:12, 95:10
person [2] - 21:17, 92:14
person's [1] - 32:3
personal [2] - 16:18
personally [4] - 47:20, 53:4, 53:5, 85:14
personnel [2] - 32:11, 69:19
peruse [1] - 35:19
phonetic) [1] - 78:16

photographs [1] - 30:20
physical [6] - 76:9, 87:7, 87:8, 87:23, 88:23, 89:4
piece [1] - 101:23
place [3] - 22:15, 70:5, 116:18
places [1] - 31:16
Plains [1] - 3:12
Plaintiff [1] - 28:13
Plaintiff's [3] - 9:12, 28:4, 119:16
Plaintiffs [2] - 1:4, 3:4
PLAINTIFFS' [1] - 120:12
Plaintiffs' [8] - 9:18, 9:23, 33:13, 33:23, 34:2, 38:21, 95:20, 101:25
playing [1] - 48:2
Point [5] - 41:21, 45:24, 46:6, 46:16, 46:17
point [2] - 35:16, 38:19
POLICE [4] - 1:6, 1:7, 1:8, 1:9
police [5] - 77:24, 78:5, 83:11, 83:18, 84:2
policy [7] - 34:18, 35:4, 39:20, 54:22, 85:19, 87:18, 101:5
position [20] - 12:8, 12:15, 12:18, 13:4, 13:7, 13:15, 20:15, 21:10, 22:10, 22:13, 24:3, 24:8, 24:25, 25:2, 25:6, 26:15, 26:19, 96:4, 96:6
positions [1] - 26:20
positive [1] - 64:12
Power [5] - 41:21, 45:24, 46:6, 46:16, 46:17
practice [4] - 43:12, 58:8, 68:2, 68:9
practices [1] - 64:7
Precinct [1] - 84:8
preparation [1] - 9:8
present [1] - 31:19
preset [1] - 107:16
previously [3] - 33:13, 33:23, 47:12
Principal [155] - 12:5, 12:11, 12:12, 12:17, 12:20, 19:19, 22:7, 23:18, 24:7, 24:12, 24:15, 25:5, 25:7,

26:3, 26:14, 33:20, 34:17, 35:9, 36:3, 36:10, 36:16, 36:24, 37:7, 38:4, 38:9, 40:11, 40:14, 40:23, 45:2, 46:8, 47:18, 47:25, 48:12, 49:18, 52:19, 53:13, 54:4, 54:15, 54:25, 56:14, 56:18, 59:4, 60:4, 60:11, 60:19, 61:2, 61:11, 61:20, 61:24, 62:13, 62:23, 62:25, 63:7, 63:24, 64:14, 64:23, 65:14, 66:12, 67:3, 67:10, 68:14, 68:20, 70:2, 70:21, 71:3, 71:17, 72:7, 72:16, 72:24, 73:12, 74:3, 75:9, 75:24, 76:7, 76:20, 77:19, 77:23, 78:4, 78:14, 78:20, 79:7, 80:7, 80:12, 81:2, 81:11, 82:2, 82:10, 83:2, 83:8, 83:17, 83:21, 83:24, 84:12, 85:8, 85:18, 86:15, 87:13, 87:17, 87:22, 88:21, 89:15, 89:25, 90:13, 90:17, 91:12, 91:19, 91:23, 92:6, 92:14, 92:17, 93:3, 93:17, 94:3, 94:6, 94:18, 94:25, 95:12, 96:21, 97:7, 97:19, 98:10, 98:21, 99:5, 99:13, 101:4, 101:11, 102:5, 102:10, 102:20, 103:4, 104:4, 104:21, 105:13, 105:24, 106:10, 106:20, 107:4, 108:3, 108:13, 108:25, 109:9, 109:25, 110:11, 111:6, 111:14, 111:18, 111:21, 112:17, 112:19, 113:25, 115:11, 116:14, 119:9, 119:12
**principal** [1] - 10:15
**PRINCIPAL** [2] - 1:10, 1:11
**Principals** [16] - 42:4, 42:6, 61:22, 61:25, 62:4, 62:12, 62:18, 63:21, 63:24, 96:10, 96:11, 96:15, 96:16, 112:15, 112:22
**privilege** [1] - 8:6
**probable** [1] - 19:15
**problems** [1] - 83:22

**procedures** [8] - 5:24, 18:12, 22:15, 54:13, 73:22, 75:16, 82:5, 87:6
**process** [11] - 18:12, 20:20, 22:14, 25:11, 25:15, 26:21, 27:9, 28:3, 73:22, 75:16, 119:15
**processes** [1] - 68:6
**produced** [1] - 47:15
**Production** [8] - 119:6, 119:10, 119:13, 119:18, 119:20, 119:24, 120:3, 120:7
**production** [6] - 23:9, 26:9, 47:4, 70:13, 74:10, 74:17
**professional** [2] - 13:10, 13:20
**program** [17] - 51:4, 51:8, 52:24, 53:22, 54:7, 64:21, 81:9, 81:14, 81:15, 81:20, 81:25, 84:2, 84:4, 84:6, 84:13, 84:19, 120:10
**promote** [2] - 39:21, 63:25
**promoted** [2] - 23:22, 64:12
**promotion** [1] - 23:22
**promulgate** [3] - 51:13, 54:12, 64:22
**promulgated** [3] - 57:18, 95:24, 101:4
**provide** [5] - 9:24, 38:8, 43:13, 52:16, 57:19
**provided** [1] - 10:4
**provides** [1] - 68:13
**provision** [4] - 64:16, 64:24, 65:12, 87:14
**provisions** [4] - 55:8, 59:13, 60:6, 89:18
**PT** [1] - 71:11
**Public** [4] - 2:4, 5:4, 118:23, 121:6
**punishment** [24] - 34:19, 34:24, 34:25, 35:4, 35:11, 35:25, 36:6, 36:12, 36:18, 36:23, 37:2, 37:4, 38:6, 85:4, 85:10, 85:17, 85:22, 86:2, 86:17, 86:19, 87:4, 87:20, 89:17
**punishment"** [1] - 37:24

**purpose** [5] - 79:20, 79:21, 80:22, 80:24, 81:12
**pursuant** [3] - 2:3, 50:8, 117:3
**put** [1] - 10:7
**puts** [1] - 86:4

## Q

**Queens** [1] - 10:20
**questioning** [1] - 7:17
**questionnaire** [4] - 22:22, 22:24, 23:10, 119:7
**questions** [8] - 6:3, 6:5, 7:8, 7:10, 8:23, 33:20, 55:20, 65:22
**quick** [1] - 49:24

## R

**race** [37] - 14:21, 15:4, 15:18, 39:4, 40:2, 40:22, 41:12, 42:14, 43:16, 44:4, 44:14, 45:6, 47:20, 48:3, 48:13, 48:17, 49:8, 50:25, 51:17, 51:21, 52:9, 52:19, 53:8, 53:16, 55:11, 58:6, 59:16, 60:6, 64:5, 66:4, 97:2, 99:6, 103:9, 104:8, 110:2, 115:2, 115:5
**race"** [1] - 43:21
**races** [7] - 49:16, 97:9, 99:15, 100:21, 101:6, 106:3, 106:12
**racial** [2] - 14:24, 41:16
**radios** [2] - 83:9, 83:13
**raise** [1] - 18:23
**random** [1] - 51:5
**re** [1] - 100:23
**re-characterization** [1] - 100:23
**reach** [2] - 56:7, 56:10
**read** [38] - 14:13, 14:15, 14:17, 30:17, 30:20, 34:23, 36:8, 40:4, 44:24, 48:8, 49:4, 51:25, 53:3, 58:21, 58:24, 59:3, 59:21, 59:25, 63:20, 64:25, 65:9, 66:19, 71:11, 76:16, 86:8, 88:4, 88:15, 88:17,

92:13, 99:23, 100:13, 103:19, 103:22, 114:11, 115:21, 115:23, 115:25, 118:8
**reading** [5] - 36:7, 58:10, 86:11, 86:13, 87:4
**ready** [1] - 30:24
**really** [3] - 13:22, 15:23, 103:23
**REALTIME** [1] - 1:23
**reason** [2] - 7:16, 9:3
**reasonable** [6] - 87:8, 87:23, 88:23, 89:4, 89:19, 91:18
**reasonably** [1] - 87:8
**reasons** [1] - 7:8
**receive** [6] - 41:12, 59:5, 69:3, 69:22, 75:8, 111:23
**received** [4] - 14:19, 17:18, 24:12, 103:7
**receives** [1] - 114:23
**recipients** [3] - 36:4, 36:9, 37:17
**recognize** [2] - 33:22, 34:4
**recollection** [5] - 17:7, 59:10, 72:13, 76:4, 97:16
**Record** [18] - 14:17, 48:8, 49:4, 53:3, 58:24, 59:3, 59:21, 59:25, 65:9, 66:19, 86:8, 92:13, 99:23, 100:13, 103:19, 103:22, 115:21, 115:25
**record** [23] - 5:9, 6:4, 6:11, 27:5, 34:23, 47:15, 50:2, 50:4, 50:20, 51:19, 51:25, 76:16, 86:21, 86:24, 86:25, 88:4, 88:17, 98:18, 116:21, 117:4, 118:11, 118:12, 121:12
**recorded** [2] - 29:23, 30:19
**records** [2] - 9:24, 80:24
**REESE** [1] - 1:11
**Reese** [1] - 112:24
**refer** [4] - 73:3, 75:2, 116:12, 120:5
**referral** [7] - 68:5, 71:18, 108:22, 108:24, 109:5, 109:10, 109:18
**referrals** [16] - 69:8, 69:9, 69:13, 70:24,

71:3, 71:5, 72:8, 72:18, 73:11, 73:16, 75:9, 75:11, 109:17, 110:2, 110:7, 110:12
**referred** [1] - 115:12
**referring** [2] - 15:10, 101:24
**refresh** [6] - 17:6, 37:22, 59:10, 72:12, 76:4, 97:16
**regard** [3] - 27:18, 87:3, 100:25
**regarding** [20] - 9:25, 10:2, 17:18, 27:17, 28:2, 32:19, 53:7, 57:11, 79:23, 84:6, 84:17, 88:6, 96:23, 96:25, 100:19, 104:13, 114:10, 115:11, 119:14, 120:8
**regardless** [19] - 39:3, 39:25, 44:3, 44:13, 45:5, 48:3, 48:15, 49:8, 51:16, 51:20, 52:9, 52:18, 53:7, 53:15, 55:10, 58:6, 59:15, 64:4, 115:5
**regards** [7] - 42:13, 43:16, 50:25, 55:2, 69:20, 85:9, 101:5
**regularly** [1] - 69:25
**regulations** [4] - 51:14, 84:18, 98:2, 120:9
**related** [3] - 29:25, 40:22, 121:15
**relates** [6] - 59:14, 60:6, 60:13, 60:20, 61:6, 89:16
**relations** [7] - 14:21, 15:19, 40:22, 41:12, 43:17, 47:21, 51:2
**relationships** [15] - 40:17, 48:4, 49:7, 49:11, 50:23, 50:25, 51:10, 51:19, 53:6, 54:8, 64:10, 65:15, 66:9, 79:25, 108:21
**religion** [2] - 58:8, 64:6
**religious** [7] - 48:16, 49:9, 51:21, 53:8, 58:8, 64:6, 115:6
**remain** [1] - 23:17
**remedy** [1] - 92:23
**remedying** [1] - 95:13
**remember** [25] - 8:11, 21:11, 24:9, 24:23, 28:21, 29:11, 30:16, 32:3, 41:22,

129

45:16, 46:20, 47:2, 58:20, 59:8, 69:5, 72:11, 72:21, 73:7, 78:19, 78:21, 79:6, 80:11, 80:13, 80:16, 98:17

**rendered** [1] - 107:13

**repeat** [14] - 34:21, 48:6, 51:23, 52:25, 59:19, 65:7, 66:17, 76:14, 86:6, 88:2, 92:11, 99:21, 100:10, 103:17

**repercussions** [1] - 37:25

**repetitive** [1] - 27:2

**rephrase** [6] - 58:17, 97:5, 100:16, 107:2, 108:12, 116:4

**report** [9] - 63:8, 63:12, 66:13, 66:22, 67:4, 67:10, 67:17, 67:24, 67:25

**reporter** [6] - 6:4, 6:7, 6:13, 48:19, 88:14, 88:15

**reporters** [1] - 29:24

**reporting** [1] - 68:3

**REPORTING** [1] - 1:23

**reports** [2] - 66:15, 66:21

**request** [6] - 27:25, 28:5, 28:9, 70:18, 84:23, 117:6

**REQUEST** [2] - 119:5, 120:2

**requested** [2] - 47:12, 74:9

**require** [1] - 68:21

**required** [3] - 7:3, 40:21, 72:25

**requires** [1] - 6:22

**reserve** [1] - 117:2

**reserved** [1] - 4:11

**reside** [1] - 78:12

**resided** [1] - 78:6

**Resource** [6] - 78:9, 78:11, 78:15, 84:14, 84:18, 120:8

**respect** [4] - 45:4, 45:11, 45:23, 53:7

**respected** [1] - 48:5

**respectful** [1] - 66:9

**respectfully** [1] - 66:11

**respecting** [1] - 41:19

**respective** [1] - 4:4

**respectively** [1] -

117:2

**respond** [1] - 49:5

**responding** [1] - 48:11

**response** [2] - 27:4, 88:18

**responsibile** [3] - 62:10, 90:5, 95:13

**responsibilities** [2] - 43:16, 61:7

**responsibility** [4] - 62:16, 93:9, 93:10, 94:24

**responsible** [39] - 37:18, 56:15, 56:19, 56:24, 57:5, 61:5, 61:12, 61:21, 62:3, 62:14, 63:2, 63:11, 65:19, 65:23, 68:15, 74:2, 74:4, 82:11, 85:8, 85:14, 87:13, 89:15, 89:23, 90:18, 91:5, 91:7, 92:5, 92:15, 92:20, 93:5, 93:19, 93:23, 94:7, 95:23, 96:17, 111:12, 111:22, 112:2, 112:8

**rest** [1] - 6:18

**restate** [2] - 39:6, 78:2

**retained** [1] - 120:16

**review** [4] - 9:7, 31:12, 106:10, 117:8

**rights** [1] - 39:19

**Road** [3] - 1:18, 3:5, 5:12

**Roman** [3] - 35:20, 38:22, 85:3

**Rozea** [1] - 2:4

**ROZEA** [2] - 121:6, 121:24

**RQ** [1] - 74:23

**Rules** [2] - 50:8, 50:14

**rules** [10] - 51:13, 52:6, 52:15, 54:13, 54:14, 54:17, 82:4, 95:23, 105:14, 108:19

## S

**s/h/a** [1] - 2:3

**safe** [2] - 39:21, 63:25

**safeguarding** [1] - 39:18

**safety** [2] - 79:24, 80:9

**School** [209] - 10:14, 10:16, 11:17, 12:6, 12:11, 12:13, 12:20,

12:25, 13:2, 13:9, 14:20, 16:7, 16:10, 16:13, 16:23, 17:17, 20:19, 21:14, 21:22, 22:5, 22:8, 23:18, 26:4, 32:12, 32:16, 32:20, 33:21, 34:14, 34:18, 35:3, 35:10, 36:4, 36:11, 36:17, 36:25, 37:8, 38:5, 38:10, 40:11, 40:15, 40:23, 45:3, 46:9, 47:19, 47:22, 49:17, 49:18, 52:20, 53:13, 54:5, 54:16, 55:2, 56:15, 56:19, 56:20, 57:6, 57:12, 57:13, 57:24, 59:5, 60:5, 60:11, 60:19, 61:3, 61:12, 61:21, 62:4, 62:13, 62:25, 63:8, 63:10, 63:14, 63:24, 64:15, 64:23, 65:13, 66:13, 67:4, 67:9, 68:15, 68:21, 70:2, 70:22, 71:4, 71:16, 72:6, 72:16, 72:18, 72:24, 73:11, 74:3, 74:14, 75:9, 75:24, 76:8, 77:4, 77:5, 77:13, 77:18, 77:24, 78:5, 78:9, 78:10, 78:14, 78:15, 78:21, 78:23, 79:8, 79:14, 79:16, 80:4, 80:6, 80:13, 80:20, 81:3, 81:5, 82:2, 82:6, 82:11, 82:12, 82:17, 82:25, 83:7, 83:17, 83:20, 83:25, 84:3, 84:13, 84:17, 85:7, 85:17, 85:18, 86:3, 86:16, 87:12, 87:16, 87:21, 88:22, 89:5, 89:15, 89:24, 89:25, 90:12, 90:14, 90:17, 91:12, 91:19, 91:22, 92:6, 92:18, 93:4, 93:18, 94:2, 94:6, 94:13, 94:17, 94:18, 94:25, 95:11, 96:22, 97:2, 97:6, 97:10, 97:19, 98:9, 98:12, 98:20, 98:23, 99:4, 99:7, 99:12, 99:16, 100:19, 101:3, 101:10, 101:13, 102:5, 102:9, 102:12, 103:4, 104:4, 104:7, 104:21, 104:24, 105:13, 105:24, 106:10, 106:19,

107:3, 108:3, 108:6, 108:14, 108:25, 109:9, 109:16, 109:24, 110:3, 110:8, 110:10, 110:14, 110:20, 111:5, 111:20, 111:21, 112:17, 112:18, 113:24, 115:10, 120:8

**school** [24] - 12:4, 12:22, 12:23, 16:24, 18:6, 18:16, 34:15, 39:22, 47:13, 61:13, 61:23, 64:2, 71:12, 80:14, 80:18, 83:3, 83:22, 84:14, 98:22, 105:20, 106:13, 110:25, 114:4, 114:5

**SCHOOL** [1] - 1:6

**school's** [2] - 18:11, 34:18

**schools** [3] - 79:18, 79:20, 84:10

**Schools** [2] - 63:9, 68:19

**SCOTT** [2] - 1:11, 1:12

**sealing** [1] - 4:5

**second** [2] - 24:5, 109:6

**Second** [1] - 10:23

**section** [1] - 35:24

**Section** [3] - 38:23, 44:23, 63:20

**SECURITY** [2] - 1:12, 1:13

**Security** [7] - 90:4, 90:6, 90:14, 90:18, 91:6, 91:9, 93:12

**security** [6] - 83:10, 89:24, 92:18, 94:21, 95:2, 95:10

**see** [6] - 35:24, 36:21, 55:4, 67:17, 76:23, 85:5

**seek** [1] - 23:22

**seem** [1] - 26:25

**sequence** [1] - 25:3

**SERGEANT** [1] - 1:8

**Service** [1] - 96:8

**set** [7] - 25:15, 70:8, 105:13, 108:19, 111:6, 121:11, 121:20

**Seventh** [1] - 84:7

**several** [1] - 46:10

**severity** [2] - 102:14, 113:12

**sex** [2] - 58:8, 64:8

**sexual** [5] - 16:24, 17:14, 20:9, 58:9, 64:7

**shake** [1] - 6:12

**shall** [2] - 4:11, 95:22

**show** [1] - 33:12

**sick** [1] - 8:25

**sign** [3] - 21:4, 69:18, 117:8

**Signed** [1] - 118:20

**signed** [4] - 4:15, 4:18, 21:11, 29:22

**signs** [1] - 21:9

**SILVERMAN** [1] - 3:9

**sit** [1] - 105:5

**sits** [1] - 57:18

**sitting** [1] - 48:21

**situations** [2] - 87:5, 87:11

**six** [1] - 79:17

**Sixth** [1] - 84:7

**Smith** [1] - 112:25

**so-called** [1] - 53:22

**someone** [6] - 31:23, 31:25, 38:2, 53:24, 76:8, 112:24

**sometimes** [4] - 8:9, 37:21, 66:25, 113:7

**sorry** [11] - 11:25, 14:14, 15:16, 52:12, 53:10, 55:17, 66:24, 77:9, 77:17, 89:7, 92:12

**sort** [1] - 107:4

**sounds** [1] - 100:22

**speaking** [4] - 8:5, 40:16, 73:23, 77:9

**speaks** [1] - 75:14

**specific** [7] - 21:17, 28:8, 70:17, 84:22, 87:20, 88:9, 98:6

**specifically** [3] - 38:22, 85:3, 86:18

**spoken** [1] - 29:24

**SROs** [1] - 84:14

**ss** [2] - 118:4, 121:4

**St** [1] - 11:6

**staff** [29] - 38:12, 38:13, 42:13, 45:11, 46:21, 49:7, 49:14, 51:3, 54:4, 54:10, 57:12, 57:25, 59:14, 67:13, 68:21, 73:23, 77:3, 77:13, 79:25, 85:9, 88:23, 89:5, 89:17, 91:25, 93:2, 94:5, 94:8, 94:12, 96:13

**Stamp** [4] - 35:18, 38:21, 61:19, 63:19

**Stamped** [1] - 58:11

**standing** [1] - 106:16

**start** [3] - 70:20, 76:25, 110:24

started [2] - 13:19, 14:2
state [2] - 5:8, 76:12
STATE [2] - 118:4, 121:3
State [7] - 2:5, 39:19, 98:2, 98:3, 99:6, 118:23, 121:7
statement [4] - 40:3, 40:8, 40:12, 56:2
statements [5] - 29:23, 30:18, 30:19, 30:21
STATES [1] - 1:2
states [2] - 62:8, 87:5
still [3] - 35:7, 58:16, 61:4
stimulating [1] - 64:2
STIPULATED [3] - 4:2, 4:8, 4:13
Street [1] - 1:23
strictly [1] - 85:23
student [28] - 37:4, 61:7, 68:4, 70:23, 71:3, 71:5, 71:18, 72:8, 72:17, 76:9, 76:22, 77:5, 77:14, 85:22, 96:23, 102:13, 102:22, 104:24, 105:21, 107:13, 107:15, 110:21, 111:23, 114:23, 114:24, 115:11, 116:4, 116:9
Students [1] - 15:11
students [58] - 38:25, 39:19, 39:23, 40:18, 40:20, 43:25, 44:6, 44:18, 45:5, 45:22, 46:22, 46:25, 47:11, 48:2, 48:13, 49:7, 49:14, 51:3, 51:12, 51:16, 51:20, 52:8, 52:18, 53:6, 53:15, 54:11, 55:10, 56:20, 57:6, 57:11, 57:24, 58:4, 59:14, 64:4, 65:18, 65:24, 67:14, 70:20, 79:22, 79:25, 80:8, 84:3, 84:11, 86:5, 98:7, 98:12, 98:23, 101:5, 101:13, 104:6, 106:17, 106:21, 107:7, 108:6, 108:15, 108:21, 114:25
students' [2] - 88:6, 105:8
subject [3] - 19:22, 19:25, 32:14
submit [3] - 22:17,

22:20, 26:22
submitted [2] - 26:10, 27:6
subscribed [1] - 118:20
Subsection [3] - 38:23, 44:23, 63:21
substance [2] - 24:20, 28:17
successful [1] - 106:17
sued [1] - 17:24
Suffolk [2] - 81:9, 82:15
SUFFOLK [5] - 1:6, 1:6, 1:7, 1:8
Suite [3] - 1:23, 3:5, 3:11
superintendent [1] - 90:23
SUPERINTENDENT [1] - 1:10
Superintendent [18] - 10:10, 11:20, 21:19, 24:17, 27:15, 56:3, 56:6, 56:9, 56:24, 57:5, 57:8, 63:9, 63:13, 68:19, 90:11, 90:25, 93:12, 93:21
Superintendent's [3] - 19:4, 19:7, 19:18
Supervision [1] - 11:2
supervisor [1] - 63:17
support [3] - 51:15, 52:7, 53:14
supporting [3] - 52:17, 55:9, 64:3
supportive [2] - 39:22, 64:2
surveillance [1] - 83:3
suspended [3] - 105:21, 116:5, 116:10
suspension [6] - 18:6, 18:16, 111:2, 114:4, 114:5, 115:12
swear [1] - 18:24
sworn [10] - 4:15, 4:18, 5:4, 18:2, 18:18, 18:22, 18:23, 19:7, 19:16, 121:11
syrup [1] - 8:21
system [3] - 13:17, 23:6, 107:14

**T**

talkies [1] - 83:9
tape [1] - 49:25

teach [4] - 79:22, 80:8, 80:20, 84:2
teacher [16] - 12:21, 13:8, 13:21, 13:24, 20:17, 68:5, 71:6, 71:10, 73:11, 73:16, 73:19, 73:23, 75:3, 107:23, 109:15, 120:6
teacher's [1] - 96:8
teachers [22] - 45:6, 47:11, 52:7, 52:16, 53:6, 53:13, 54:16, 56:16, 57:7, 72:8, 72:17, 72:23, 73:3, 74:21, 74:25, 75:10, 107:5, 107:21, 108:3, 108:14, 108:24, 120:4
teachers' [1] - 61:12
Teaching [1] - 10:23
teaching [7] - 51:15, 52:8, 52:17, 53:14, 55:9, 64:3, 82:19
team [10] - 104:12, 104:17, 105:5, 106:5, 112:11, 112:14, 112:20, 113:3, 113:17, 113:25
teams [1] - 113:15
technology [1] - 13:12
tenure [16] - 14:5, 14:20, 16:6, 16:23, 17:16, 33:8, 38:4, 60:3, 60:10, 60:18, 62:12, 72:5, 77:15, 78:13, 83:16, 111:19
terms [7] - 11:10, 18:10, 47:25, 48:11, 62:16, 73:22, 102:21
TESL [2] - 10:22, 21:25
test [2] - 20:23, 21:3
testified [2] - 5:5, 84:20
testimony [11] - 9:5, 18:3, 18:15, 18:19, 18:22, 19:7, 19:17, 50:19, 118:9, 118:12, 121:13
tests [1] - 23:2
THE [12] - 3:3, 14:11, 14:14, 15:16, 31:5, 55:17, 59:22, 89:7, 100:2, 100:4, 100:6, 103:20
therefore [3] - 6:15, 22:2, 81:16
therefore.. [1] - 81:23
therein [1] - 85:10
third [4] - 11:21,

38:20, 38:22, 109:7
three [4] - 19:13, 29:16, 29:19, 109:5
throughout [5] - 17:10, 60:3, 60:10, 60:18, 83:16
title [3] - 10:9, 10:12, 11:22
today [7] - 5:17, 8:23, 8:25, 18:24, 19:4, 30:21, 117:9
today's [1] - 117:7
together [2] - 104:18, 105:5
TOM [1] - 1:3
topic [1] - 73:5
topics [1] - 73:7
touch [1] - 88:19
touched [1] - 101:23
touches [1] - 88:8
train [1] - 87:17
trained [4] - 14:6, 15:3, 68:8, 68:11
training [35] - 14:19, 15:8, 15:18, 40:22, 41:2, 41:3, 41:12, 41:17, 42:12, 43:13, 45:10, 45:15, 45:17, 46:9, 46:22, 46:24, 47:10, 47:15, 53:23, 64:21, 65:17, 65:25, 68:13, 71:15, 71:23, 72:2, 72:7, 72:16, 75:8, 75:12, 85:9, 87:19, 88:10, 88:12, 119:18
trainings [7] - 42:23, 43:9, 51:14, 53:12, 54:3, 54:6, 64:15
transcript [3] - 117:7, 118:8, 118:10
treated [3] - 49:16, 66:3, 103:8
treating [1] - 59:14
treatment [1] - 15:4
trial [1] - 4:12
trouble [1] - 6:14
true [6] - 34:12, 40:8, 40:12, 118:11, 118:13, 121:12
truth [4] - 6:22, 6:23, 18:25
try [1] - 7:12
trying [2] - 83:12, 94:19
twice [2] - 19:11, 31:22
two [2] - 69:14, 76:24
type [3] - 16:20, 68:24, 106:7

**U**

130

ultimate [1] - 62:16
ultimately [7] - 62:15, 93:4, 93:8, 95:6, 108:4, 111:14, 111:21
under [16] - 23:15, 26:13, 28:10, 39:19, 47:6, 47:17, 50:14, 63:20, 70:19, 75:5, 84:23, 94:16, 94:22, 95:7, 96:7, 118:9
undergo [2] - 23:4, 40:21
undergrad [1] - 10:19
underneath [1] - 42:13
understandable [1] - 7:9
undertakes [1] - 71:17
uniform [5] - 79:3, 104:7, 104:23, 106:12, 107:7
uniformly [1] - 106:2
unit [1] - 119:25
UNITED [1] - 1:2
units [1] - 74:14
University [1] - 11:6
unless [1] - 8:5
unreasonable [1] - 91:18
up [17] - 6:7, 23:13, 24:4, 26:11, 28:7, 32:10, 35:2, 47:5, 47:16, 69:16, 70:16, 73:19, 75:4, 84:21, 104:14, 109:22, 115:17
ups [1] - 75:10
utilize [2] - 37:2, 38:5
utilized [1] - 83:10

**V**

variety [1] - 74:13
various [2] - 27:11, 97:9
video [5] - 41:21, 45:25, 46:18, 46:19, 117:8
videos [1] - 46:7
videotape [1] - 117:11
violated [8] - 37:18, 38:2, 59:12, 60:20, 62:24, 92:7, 92:19, 93:2
violates [3] - 67:23,

131

73:24, 92:16
**violation** [9] - 63:3, 63:6, 67:8, 67:11, 67:18, 92:23, 93:5, 93:17, 107:17
**violations** [3] - 38:14, 66:14, 67:5
**violations"** [1] - 67:7
**violence** [5] - 76:9, 76:22, 76:23, 77:4, 77:14
**visible** [1] - 51:11
**visit** [1] - 31:16
**vocabulary** [1] - 35:14

## W

**wait** [3] - 6:15, 27:2, 33:16
**waived** [1] - 4:7
**walkie** [1] - 83:9
**Walt** [2] - 1:18, 3:5
**warning** [3] - 107:18, 107:22, 107:24
**water** [1] - 7:22
**weapons** [2] - 105:19
**wear** [1] - 79:3
**weight** [8] - 48:3, 48:15, 49:8, 51:21, 53:8, 58:7, 64:5, 115:6
**WHEREOF** [1] - 121:19
**White** [1] - 3:12
**white** [1] - 114:23
**Whitman** [2] - 1:18, 3:5
**whole** [4] - 6:22, 37:16, 56:25, 74:2
**WITNESS** [13] - 14:11, 14:14, 15:16, 31:5, 55:17, 59:22, 89:7, 100:2, 100:4, 100:6, 103:20, 119:3, 121:19
**witness** [7] - 5:3, 30:17, 67:17, 117:3, 117:7, 121:10, 121:13
**Witness** [1] - 44:25
**witness'** [2] - 119:8, 119:11
**witnessed** [1] - 67:8
**witnesses** [1] - 31:17
**woman** [1] - 32:5
**word** [7] - 25:23, 35:8, 35:14, 43:20, 83:12, 100:7, 100:9
**wording** [1] - 86:19
**words** [5] - 42:20,

55:25, 63:12, 93:22, 113:22
**workshop** [11] - 68:24, 69:4, 69:7, 69:23, 70:23, 73:2, 73:5, 73:8, 75:13, 75:21, 75:25
**workshops** [10] - 68:12, 68:16, 68:22, 68:25, 69:17, 70:5, 70:7, 70:15, 72:23, 119:23
**write** [15] - 52:15, 54:14, 54:17, 65:10, 69:7, 70:23, 71:2, 71:6, 71:9, 71:18, 72:8, 73:19, 75:9, 108:22, 108:24
**writing** [13] - 23:14, 26:12, 28:8, 41:20, 47:6, 47:16, 64:23, 70:17, 75:5, 84:22, 103:14, 105:14, 107:19
**written** [5] - 29:22, 32:10, 52:6, 54:12, 54:23
**wrote** [2] - 55:7, 65:10
**www. realtimereporting. com** [1] - 1:25

## X

**XII** [1] - 85:3

## Y

**Yaphank** [1] - 5:12
**year** [12] - 11:18, 12:4, 12:14, 13:23, 19:21, 34:15, 41:4, 47:13, 72:6, 75:23, 106:13
**years** [11] - 12:9, 13:6, 13:16, 13:17, 13:25, 17:10, 19:20, 23:20, 23:21, 47:13
**YORK** [3] - 1:2, 118:4, 121:3
**York** [9] - 1:18, 1:24, 2:5, 3:6, 3:12, 5:13, 13:13, 118:23, 121:7
**yourself** [2] - 44:24, 63:25
**yup** [1] - 113:23

## Z

**ZIMMERMAN** [1] -

1:7