# Exhibit "I"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

--------------------------------------------x

DAVID EDMOND, CAROL EDMOND and TOM EDMOND,

           Plaintiffs,

    -against-

LONGWOOD CENTRAL SCHOOL DISTRICT, SUFFOLK COUNTY, SUFFOLK COUNTY POLICE DEPARTMENT, SUFFOLK COUNTY POLICE OFFICER EDWARD ZIMMERMAN, in his individual and official capacities, SUFFOLK COUNTY POLICE OFFICERS "JOHN AND JANE DOES 1-10," In their individual and official capacities, LONGWOOD SUPERINTENDANT MICHAEL R. LONERGAN in his individual and official capacity, PRINCIPAL MARIA CASTRO in her individual and official capacity, LONGWOOD ASSISTANT PRINCIPAL SCOTT REESE, in his individual and official capacity, LONGWOOD SECURITY GUARD SCOTT, in his individual and official capacity, LONGWOOD SECURITY GUARDS "JOHN AND JANE DOES 1-10," in their individual and official capacity, and JOHN AND JANE DOE #1-10, in their individual and official capacities,

           Defendants.

Docket No. 2:16-cv-2871

--------------------------------------------x

        33 Walt Whitman Road, Suite 310
        Dix Hills, New York 11746

        February 18, 2018
        9:45 a.m.

    (CASTRO - CONTINUED ON NEXT PAGE)

*Rich Moffett Court Reporting*

---

Examination Before Trial of the Defendant, MARIA CASTRO, pursuant to Court Order, before Rich Moffett, a Notary Public of the State of New York.

Rich Moffett Court Reporting, Inc.
114 Old Country Road, Suite 630
Mineola, New York 11501
516-280-4664

*Rich Moffett Court Reporting*

---

APPEARANCES:

LAW OFFICES OF CORY H. MORRIS, P.C.
Attorneys for Plaintiffs
   33 Walt Whitman Road, Suite 310
   Dix Hills, New York 11746
BY:  CORY H. MORRIS, ESQ.

SILVERMAN & ASSOCIATES
Attorneys for Defendants
   445 Hamilton Avenue, Suite 1102
   White Plains, New York 10601
BY:  CAROLINE LINEEN, ESQ.

*Rich Moffett Court Reporting*

---

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

    IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

    IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

    - oOo -

*Rich Moffett Court Reporting*

**5**

MARIA CASTRO, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

\*        \*        \*

EXAMINATION BY
MR. MORRIS:

Q        Please state your full name for the record.

A        **Maria Castro.**

Q        What is your address?

A        **35 Yaphank Middle Island Road, Middle Island, New York.**

Q        Good morning, Dr. Castro.

It's about 9:43.

My name is Cory Morris.  You may remember me from the last deposition.

A        **Good morning.**

Q        Good morning.

So, you're still under oath from that last deposition.

Have you spoken to anyone regarding your testimony from that last deposition?

*Rich Moffett Court Reporting*

**6**

A        **No.**

Q        Before, you gave your full name and business address.

Could I please have your business phone number?

A        **631-345-2791.**

Q        Do you maintain a Facebook or social media account?

A        **Personal.**

Q        I ask for those user names, please.

A        **Marisa Castro, M-A-R-I-S-A, C-A-S-T-R-O.**

Q        Anything else?

A        **That's it.**

Q        Do you have a business e-mail address?

A        **Marisa.castro@longwoodcsd.org.**

Q        Do you use any other electronic mail address for --

A        **My personal.**

Q        Have you used that personal e-mail address to conduct any business as pertains to your duties as principal of

*Rich Moffett Court Reporting*

**7**

Longwood High School from 2010 to 2015?

A        **No.**

Q        Ms. Castro, as principal of Longwood High School from 2010 to 2015; is that right -- you were a principal from 2010 to 2015?

A        **Yes.**

Q        Were you aware of the Longwood High School Code of Conduct?

A        **Yes.**

Q        When did you first become aware of it?

A        **When I was a teacher there at the Longwood High School, starting in 2001.**

Q        Under what circumstances did you first become aware of it?

A        **It is part of the packet they give teachers every year.**

Q        When was the last time you actually had occasion to look it up or use that Code of Conduct?

A        **Recently.  A few weeks ago, maybe.**

Q        Are you aware that in that Code

*Rich Moffett Court Reporting*

**8**

of Conduct there's a section dealing with racial discrimination?

MS. LINEEN:  Note my objection to form.

A        **I'm not sure what you mean.**

Q        Are you aware that in that Code of Conduct there are provisions dealing with racial discrimination?

A        **You mean the DASA piece in there?**

Q        In the Code of Conduct.

A        **Uh-hah.**

Q        Are you aware that that exists?

A        **Yes.**

Q        As principal of Longwood High School from 2011 to 2015, did you report to someone regarding your regular activities as principal?

A        **What does that mean?**

Q        Did you report to anybody?

A        **My superintendent.**

Q        Anybody else?

A        **The central office.**

Q        Who was in the central office?

*Rich Moffett Court Reporting*

A    We have assistant superintendents for instruction and learning, for business, for pupil personnel or community outreach, and our HR, Human Resource.

Q    Who, if anyone, did you report to in that central administration office?

A    Whenever I have a question depending on the, you know, situation, I would report to the person whose -- whose responsibility is defined by their title.

Q    So, for instance, was someone within the central administration office responsible for giving you duties or requirements?

MS. LINEEN:  Objection to form.

A    I don't know what that -- what exactly -- so, yeah.  I don't understand your question.

Q    Did you regularly report to somebody, whether e-mail, mail, reports, anything written -- anyone within the central administration office or the superintendent?

MS. LINEEN:  Objection to form.

A    When you say "regularly," I'm not understanding that.

Q    Let's say -- did you have a boss?

A    The superintendent is the boss.

Q    Anyone else?

A    Not really.  He is the boss.  Or he or she is the boss.

Q    Is the superintendent the boss of that administrative office that you mentioned earlier?

A    Yes.

Q    To be clear, the superintendent is the boss of -- who else was in that administrative office?

A    Certain assistant superintendents, like I am right now, an assistant superintendent.

Q    I'd like to direct your attention to the time that you were principal at Longwood High School from 2010 to 2015.

Who were the superintendents at

that time -- the assistant superintendents?

A    There was a transition for the instruction and learning assistant supe (sic).  It was Dr. Gerseraro (phonetic) who was intro (sic) at the time.

We have Ms. Brian for business.

We have Ms. W███ for the community outreach pupil personnel.

For Human Resource it was also a transition.  Could have been Mr. -- I think Mr. McCarthy was retired by then.  So, I can't remember who was in there.

Q    Did you name all of the assistant superintendents at the time; that being 2010 to 2015?

A    Well, no.  We had Ms. -- Dr. Stern, who was before Dr. Gerseraro.  So, there was a few transitions there.

Q    Let's talk about the academic school year of 2014 and 2015.

As principal of Longwood High School at that time, who are the assistant superintendents?

MS. LINEEN:  Objection to form.

A    The ones I just named.

And like I said, we were in transition.  Dr. Stern was retiring.  Dr. Gerseraro came in as the interim.

And I can't remember Human Resources.

Q    Understand.  Okay.

So, just to be clear, you didn't report to the assistant superintendent; is that right?

MS. LINEEN:  Objection to form.

A    Yeah, because I don't understand what that means, "to report to."

Q    Let me withdraw that question.

You said Dr. Lonigan was your boss; is that right?

A    Yes.

Q    Would you consider any of the assistant superintendents that you just mentioned your boss during your ten years --

A    They are part of the hierarchy, so, they could be, yes.

Q    That's what I'm trying to -- the hierarchy?

Anything like written that would describe that hierarchy; that chain of command during the 2014-2015 school year?

A    When you say "describe," I'm still a little confused.

So, you have the superintendent. You have the assistant superintendents. And then you have your principals.

Q    Just as you sort of drawing -- it's almost like a tree diagram.

A    Yes.

Q    Does anything exist like that to describe the chain of command during the 2014-2015 at Longwood High School?

A    There may be.

Q    Had you had occasion to use something like that? Have you ever seen something like that?

A    I have it for myself, right now, with my position as assistant superintendent.

Q    So, it's fair to say that all the assistant superintendents were underneath Dr. Lonigan during the 2014-2015

*Rich Moffett Court Reporting*

school year; in the right?

A    Yes.

Q    Is it fair to say that you were underneath the assistant superintendents during the 2014-2015 school year at Longwood High School?

A    Yes.

Q    Is there anyone else besides the individuals that you mentioned that are in that chain of command that we haven't discussed; that being between you and Dr. Lonigan?

A    No. Just like I said, Human Resources. I can't remember if Mr. McCarthy had retired by then. And then I don't remember who may have been the interim at the time.

Q    I'd like to ask -- who are you responsible for, or who would report to you, as the principal of Longwood High School from 2010 to 2015?

A    Who would report to me as the principal?

Q    Yes.

*Rich Moffett Court Reporting*

A    My assistant principals and my teachers and my clerical, and at times, the head custodian.

Q    Anyone else?

A    No. I think that's about it.

Q    What about the school nurse?

A    Well, she's part of the teaching staff. So, the faculty -- I would include the nurse in there, the librarian, teachers, aides, teacher assistants.

So, as principal of Longwood High School I'd say I'd have a number of individuals that would be under my care and responsibility.

Q    So, you mentioned a lot of -- looks like a lot of professional staff.

Is there anyone else aside from those individuals that you mentioned -- or categories, I should say?

A    I said, school monitors, custodial staff, to some extent. I'm not their direct boss, but I am -- I manage the building.

Q    I want to start with the --

*Rich Moffett Court Reporting*

let's say the persons directly under you.

You said the assistant principals. You were responsible for overseeing the assistant principals, as principal of Longwood High School from 2010 to 2015?

A    Uh-hah.

MS. LINEEN:  Just say yes or no.

THE WITNESS:  Yes.

Q    I apologize. You might know the answers to my questions -- and certainly we know uh-hah means yes. But, please just try and verbalize so our expert court reporter can take it down.

Let me ask that question again.

As principal of Longwood High School from 2010 to 2015, who were your assistant principals under you at the time?

A    Ms. Conlon, Mr. Scott Reef, Ms. Barbara Merkel, Ms. Alicia Smith, Mr. James Crenshaw.

Q    Any other assistant principals you are responsible for?

A    I'm trying to go through my head

*Rich Moffett Court Reporting*

17

who was there.

I think there was only five at the time.

Q    Underneath those assistant principals during your tenure as principal of Longwood High School from 2010 to 2015, I guess who, if anything, were directly under those assistant principals, in terms of hierarchy?

A    I don't know if you could call it hierarchy, because each assistant principal is -- has certain responsibilities under their -- for their -- you know, to do their job.

Q    That makes sense.

But, in that case, you said there was Smith, Crenshaw, Reese, and two others, Merkel.  Who was the last one?

A    Melissa Conlon.

Q    Let's talk about Smith, first.

What was Smith's official title?

A    She's an assistant principal of Longwood High School.  Some of her responsibilities -- which sometimes would

18

change, depending on their strengths and expertise -- she was overseeing Special Education.

Q    Did you have any other duties during your tenure as principal at Longwood High School from 2010 to 2015, aside from overseeing Special Education?

MS. LINEEN:  Note my objection to form.

A    Can you repeat that, please?

Q    Sure.

Smith -- aside from overseeing Special Education, were any of the job duties or description of her job that you could tell us that they were responsible for?

A    I don't remember.

I know there's a list under each assistant principal, because there are multitudes of things that are part of our -- in terms of managing the building, supervising instruction, that would be part.

So, to -- I can only remember the large pieces.  So, whether she oversaw

19

the nurses or was it Mr. Crenshaw; that, I cannot remember.

Q    You said there was a list.

Something written?

A    For myself, yes.  I would have -- that would be something that -- before the school year began each year.  We would review our responsibilities as administrators.

Q    What about Crenshaw; what was Crenshaw's full name?

A    James.

Q    James Crenshaw.  What were James Crenshaw's duties and responsibilities as an assistant principal of Longwood?

A    I want to say -- and I don't remember.  I don't remember.

Q    Did you have a list for Crenshaw's --

A    They were all under the same -- in the same document.  Everybody had specifics.

Q    I want to be clear.  That was when you were principal of Longwood High

20

School from 2010 to 2015?

A    Yes.

Q    I want to ask the same question.

Would you be able to recall Reese's -- Scott Reese's regular job duties?

A    For the most part, the department he would oversee would be science and physical education and health.

Maybe cafeteria duty was another one.  But, other than that, I don't remember.

Q    So, using Mr. Reese's example, during your tenure as principal of Longwood High School from 2010 to 2015, Mr. Reese was responsible for the physical education department; is that right?

A    He oversaw; he wasn't responsible.

So, I guess there should be a definition, because there are directors that oversee the instructional aspect of the departments.

But, in the building, he oversaw, which means he does observations

and assures that classes are running smoothly.

Q  So, in terms of the physical education department -- just to keep with that as the example.

As principal of Longwood High School from 2010 to 2015, it would be Scott Reese's responsibility to make sure that the physical education department ran smoothly; is that right?

MS. LINEEN:  Objection to form.

A  It's a little more complicated than that, because we have a director of athletics, physical education and health. That individual is stationed in the high school, but oversees K-12.

Then we have a department chair, who would -- if -- who is a liaison between the director and the assistant principal.

So, it's not Mr. Reese's responsibility -- sole responsibility, I guess that's what I would like to say -- sole responsibility for physical education and health classes.

Q  Would he be responsible to enforce certain rules as it relates to the physical education department, or was anybody else responsible for that?

A  When you say "rules," what kind of rules are we talking about?

Q  Let's use as an example, Code of Conduct violation.

Say that there was a problem with the physical education department during your tenure at Longwood High School from 2010 to 2015.

Would Scott Reese, in his capacity as assistant principal, handle something like that?

MS. LINEEN:  Objection to form.

A  Ultimately, it's the principal and the director of physical education and health and athletics.

Q  What were his job duties, just to use that example, again, of assistant principal Scott Reese, in terms of the physical education department during your tenure as principal of Longwood High School

from 2010 to 2015?

A  Basically, it probably was observations, making sure that instruction is happening in those classes -- in support with the departmental chair and the director of athletics, Pete -- physical education and health.

Q  So, to make sure they were doing their jobs, in other words?

MS. LINEEN:  Objection to form.

A  I'm not sure that that's exactly it.

It's more about instruction, the best practices being implemented in the classes.

Q  That's what I'm looking for.

But, he was there to ensure that best practices were being implemented, for instance?

A  In collaboration with the department chair and the director of athletics and PE.

Q  Thank you.

Ms. Merkel, what was her job

duties during your tenure as principal at Longwood High School from 2010 to 2015?

A  I remember she's the one who oversees the social studies department and some student activities.

There's a list.  But, I don't remember the rest.  Those would the two that are most.

Q  What about -- there was Ms. Conlon?

A  Ms. Conlon is our grade reporting assistant principal.  She oversees the master schedule.  She also looks at the grading, making sure teachers put in their grades, report cards are sent out, and the counseling department.

Q  Do each of these assistant principals have secretaries, clerk typists, anything like that?

A  They do have secretaries.

Q  Do each one of them, during your tenure as principal of Longwood High School --

A  Yes.

25

Q       -- from 2010 to 2015, had legal secretaries?

A       Secretaries.

Q       Anything else beside secretaries?

MS. LINEEN:  Objection.

A       I don't know.

Q       Any other staff or clerical staff?

A       In the school, there are various individuals that will work in different offices in different capacities.

But, they would not be solely responsible to that individual or that assistant principal, so, I'm not sure what your question is.

Q       Let's back up for a second.

The titles of those five individuals was assistant principal, that you mentioned earlier?

A       Yes.

Q       How long have each of them worked there?  Let start with Ms. Conlon.

How long has Ms. Castro worked

26

at Longwood High School for?

A       Ms. Conlon started as a teacher at Longwood High School in 2001.

Q       Is she still employed there presently?

A       Yes.

Q       About how Ms. Merkel?

A       Ms. Merkel, I think -- I don't remember -- she also was a teacher at Longwood High School prior to becoming an assistant principal.

But, Ms. Castro, Ms. Merkel, Mr. Reese, were assistant principals before I became assistant principal as well.

Q       Do you know when Ms. Merkel started with the school district?

A       No.

Q       Do you know when Mr. Reese start with Longwood School District?

A       No.

Q       Do you know when Mr. Crenshaw started with Longwood School District?

A       No.  He was a social worker before becoming an assistant principal at

27

Longwood High School.  I do not know the year when he started.

Q       What about, was it Mrs. Smith?

A       Ms. Smith was a physical education teacher before becoming an assistant principal.  And I don't remember what year.

Q       Did those assistant principals compose what's called an administrative team for discipline?

MS. LINEEN:  Note my objection to form.

A       I don't understand what you mean, for discipline.

Q       Did those assistant principals report to you, as the principal of Longwood High School from 2010 to 2015?

A       Yes.

Q       How did you regularly communicate with these individuals?

A       Face to face, phone calls.

Q       Any other method?

A       Maybe an e-mail.  But that would have been more of a general e-mail.

28

Q       Anything else?

A       No.

Q       Were those five individuals -- that being Smith, Crenshaw, Reese, Merkel and Conlon, were those had five individuals in the role of assistant principal when you were principal of Longwood High School from 2010 to 2015?

A       Can you repeat that again.

Q       Those five individuals you mentioned earlier:  Smith, Crenshaw, Reese, Merkel, Conlon -- were those all assistant principals throughout your tenure as principal of Longwood High School from 2010 to 2015?

A       No.  Ms. Smith was only there the last year I was principal.  And before her, I can't remember.

How's that?  It's one of those things.

It may come to me.  I don't remember.

Q       If there's anything you think that might refresh your recollection, we

29

have plenty of documentation. If there's anything that might refresh your recollection, please let us know.

A    I do remember who it was. Mr. Adam DeWitt. He was the -- because he become principal of the junior high school at Longwood, and thereof, Ms. Smith replaced Mr. DeWitt.

Mr. DeWitt was under my -- you know, part of my administration during my time as principal.

Q    So it's fair to say that from about 2010 to 2014, Mr. DeWitt was the assistant principal when you were the principal of Longwood High School?

A    Yes.

Q    So, looking at hierarchy, you have the assistant principals underneath the principal at Longwood High School.

Anyone who was, let's say, directly underneath the assistant principals, during your tenure at Longwood High School from 2010 to 2015?

A    When you say directly, other

*Rich Moffett Court Reporting*

30

than their secretaries, no.

Q    You mentioned before that you were responsible for the custodians, as principal of Longwood High School?

A    For managing the building.

Q    Who was the head custodian, if anyone, at that time?

A    Larry Falco.

Q    How many people was Larry Falco responsible for?

A    I do not know.

Q    Was he responsible for the entire custodial staff?

A    To manage their responsibilities in the building, yes.

Q    Did Larry Falco report to anyone directly?

A    To the director of operations and maintenance.

Q    Who was that?

A    Steve Harding.

Q    Who did Steve Harding report to?

A    The assistant superintendent, Janet Bryan, B-R-Y-A-N.

*Rich Moffett Court Reporting*

31

Q    Fair to say the custodians were underneath Falco and reported directly to Mr. Falco during your tenure at Longwood from 2010 to 2015?

MS. LINEEN: Objection to form.

A    I'd say yes, for the building.

Q    Is there anyone else, aside from custodians, that you were responsible for at the time; for instance, grounds manager? Was that something that --

A    No.

Q    What about the teaching staff? You were responsible for the teaching staff as principal of Longwood High School from 2010 to 2015?

A    The teaching staff at Longwood High School.

Q    Who made up that teaching staff? In other words, who are those people? Were they all teachers, were they teacher's aides, or something else?

A    We have teachers, we have teachers' assistants, librarians, nurses. I'm trying to think of whose under that

*Rich Moffett Court Reporting*

32

collective bargaining unit.

Q    In other words, is there some sort of document that designates who's part of that collective bargaining unit?

A    If it's in their contract, yes.

Q    As part of the teaching staff, you were responsible for the teaching assistants, as principal of Longwood High School from 2010 to 2015?

MS. LINEEN: Objection to form.

A    As a principal, I oversaw the building.

I was not solely responsible, because we have directors of Special Education, who the teacher assistants are part of the Special Education Department and work with those directors; so it was in collaboration between the principal and the directors of Special Education.

Q    How many approximately how many teachers were in Longwood High School when you were the principal of Longwood High School from 2010?

A    I could take a guess, but I

*Rich Moffett Court Reporting*

don't have a specific number.

I could say 250.

Q    How many teacher's assistants were there when you were the principal of Longwood High School?

A    I can't remember.

That fluctuates. Teacher's assistants are only hired depending on students' needs; so that will fluctuate.

So one year you may have 12, another year you may have 32. So, I cannot give you a specific number.

Q    When you say students, you mean like an individual --

A    Special Education.

It's part of the student's individualized education plan, IEP.

Q    About how many custodians were within Longwood High School during your tenure?

A    I don't know.

Q    What about librarians? How many librarians were there?

A    Two-and-a-half, because it goes

according to the number of students within the building. There's a ratio.

So I say two-and-a-half, but it may be -- it goes by FTE, full-time employees; so, it could have been 2.6.

Q    Do you know the names of the 2.6 people who were the librarians at the time that you were principal of Longwood?

A    There was change in that as well.

I'd say the constant was Danielle Meilla, M-E-I-L-L-A. I believe that's how you spell her name.

Then the others were again, transition.

Q    As principal of Longwood High School from 2010 to 2015, you were responsible for all the teachers within Longwood High School?

MS. LINEEN: Objection.

A    Yes, in terms of -- I guess my question would be, in terms of what, are you looking for?

Q    So, in other words, if there was

an issue with a teacher within the physical education, department, would that teacher go to the assistant principal who was responsible for the physical education department, or would that be directly your responsibility?

MS. LINEEN: Objection.

A    I need a little more specific information.

Q    Say there was a problem with a physical education teacher during your tenure as principal of Long Island from 2010. Who, if anyone, would be responsible for correcting that problem?

MS. LINEEN: Objection.

A    So, in terms of how we would handle a situation -- it would be the department chair, the assistant principal, the director of athletics, physical education and health, and myself.

It would not shall one person to deal with it.

Q    Understood.

A    Depending on, again, the

situation.

When you say, there's a problem, that's where you would have a collaboration.

Q    So who were the department chairs when you were principal of Longwood High School from 2010 to 2015?

A    For physical education and health, Shawn Dillon, S-H-A-W-N, Dillon.

Q    What other department chairs were there?

A    Mr. Daniel Tapia, for social studies; Paulette Renna, for English. For CTE, which is business and, technology is Diane McClellan. Math was Jason Kian, and still is. Science, there was a -- different people who were chairs. They either took a year or two years. It could have been Ivan Suarez, one year, and Anthony Grasso another. And I think Andrew DeDonato is now -- was also a department chair for science.

I'm trying to remember the breakdown.

Did I get all cores -- math,

37

science, English, social studies, phys ed, CTE -- Special Education, Karen Horn.

I might be missing someone. I don't remember.

Q    And you were saying before that the department chair would come together with the assistant principal, and who else?

A    And the principal.

Q    Fair to say that in terms of hierarchy, the department chair would be underneath the assistant principal, or in tandem?

MS. LINEEN:  Objection to form.

A    I don't know.

You can't say that they're under them.

Q    Who, if anyone, is responsible for the department chairs at Longwood High School?

A    The principal, with -- if there is a director involved, such as there's a director for athletics PE and health; there's a director of Special Education, and then there's directors of curriculum.

*Rich Moffett Court Reporting*

38

For secondary at the time was Dr. Tracy Poulton, who was for curriculum.

Q    Could you please give me the name and title of the directors when you were principal of Longwood High School from 2010 to 2015?

A    The director of Special Education was, and still is, Jennifer McCarthy.

The director of curriculum at the time for secondary education was Dr. Tracy Poulton, P-O-U-L-T-O-N.

And the director for athletics, PE and health is Ms. Gina Curiale, C-U-R-I-A-L-E, I believe.

Q    Any directors that you didn't just name, in 2010 to 2015?

A    There are elementary directors. There's directors of technology. There was a director of technology. There was Dr. Ellen Petrelli for part of my tenure as principal. And I think that the last year I had Mr. Pierre Gay, who is currently the director of technology.

*Rich Moffett Court Reporting*

39

Q    Any other directors that you didn't name?

A    I'm trying to go through my head with this. I can't remember if there was.

I'm trying to go through my head now, because we have changed the -- we have more directors now than we did then.

Q    Most of my questions will be geared towards 2010 to 2015, when you were principal of Longwood High School.

A    Right.  So I can't remember.

Q    You stated before, there was a list that you knew some of the job duties and functions of the assistant principals.

Did something like that exist for the directors, for instance?

A    Yes.

Q    Did you have opportunity to read that document at some point throughout your tenure as Longwood principal?

MS. LINEEN:  Objection to form.

A    I don't remember.

Q    So, in general, there are certain job duties that are common to all

*Rich Moffett Court Reporting*

40

the directors within Longwood High School that you recall when you were at Longwood High School as principal from 2010 to 2015?

A    You mean their -- they had responsibilities of their expertise and their certification.

Q    So, what were the job duties and functions of the technology director, when you were tenure of Longwood High School, as you were Longwood High School principal from 2010 to 2015?

A    The director of technology, his responsibility was the CTE, which was business and technology courses, 7-12.  They also oversaw the hardware, software, infrastructure, student management system, K-12.

Q    There was a few other directors.

What about the director for Special Education?  What was that person's job duties?

A    That person's job duty is secondary, 6-12, reviewing students' IEPs, making sure that we are compliant with the

*Rich Moffett Court Reporting*

**41**

the students' special needs, regulations.

That one probably has a longer list in terms of -- because of Special Ed: Hiring of teachers, teachers assistants, one-to-one aides, making sure that the students are receiving whatever services are required to make sure that child is successful.

Q What about the director of, I think you said, physical education?

A Athletics. She oversees all the teams in the district, which is probably 7-12 -- JV, varsity.

She also oversees the physical education courses, K-12, and health courses, as well, making sure health is implemented in the lower grades. And then we have teachers who do teach health from 7-12.

Q There was a few other directors that we discussed.

Was it a director of mathematics; is that right?

A No. We did not -- that was curriculum.

*Rich Moffett Court Reporting*

**42**

Dr. Poulton was to assure that curriculum was aligned, 7-12. And all areas of curriculum: English, social studies, science, English, I might have mentioned. So that's where she is.

Q Any other director that we've discuss as to job duties and function?

A There was elementary directors who oversaw K-6 or 5.

Q Were those individuals who worked within Longwood High School?

A No.

Q Now, just the individuals that you might have interacted with as principal of Longwood High School from 2010 to 2015?

A There was the elementary director who oversaw social workers and possibly -- and the librarians.

Q Who was that person?

A Her name was Ms. Susan Connolly C-O-N-N-O-L-L-Y.

And she oversaw the social workers, K-12 and the librarians, K-12.

Q Any other directors that we

*Rich Moffett Court Reporting*

**43**

didn't discuss their job duties and functions?

A Not that I can remember, other than those that were elementary.

Q As a principal of Longwood High School from 2010 to 2015, can you direct Longwood security guards in case of emergency?

A So, the guards are under, at the time, Mr. Perada, James Perada, who oversaw the security staff, K-12.

I do not give directives to guards, as principal.

Q Even in the case of emergency, as principal of Longwood High School through 2010 to 2015?

A I don't give directives.

Q You would need James Perada to do something like that?

A I would work with James Perada to determine what is in the -- you know, when it comes to safety.

Q So, as an example, as principal of Longwood High School from 2010 to 2015,

*Rich Moffett Court Reporting*

**44**

were you able to direct a security guard to maintain a post or perform some function?

MS. LINEEN: Objection.

A I did not direct.

I would talk to Mr. Perada and lead guard to make sure that certain areas were covered.

Q So you would speak to Mr. Perada or lead guard to have something done with the Longwood High School security guards?

A If I had a concern, I would go to Mr. Perada and lead guard.

Q What about the school resource officer? As principal of Longwood High School from 2010 to 2015, were you able to request anything from the school resource officer?

MS. LINEEN: Objection.

A I don't understand the question, the word --

Q I'll rephrase it.

As principal of Longwood High School from 2010 to 2015, were you able to instruct the school resource officer?

*Rich Moffett Court Reporting*

45

A        He is not under my -- to give directives.

Q        In the case of emergency, were you able to give directives, as the principal of Longwood High School, to security or the school resource officer?

MS. LINEEN:  Objection.

A        I do not direct them.

Q        So, in the case of an emergency, the Longwood High School security force, they're able to act independently, without your supervision and direction?

MS. LINEEN:  Objection to form.

A        Independently, there is always a lead guard and there is Mr. Perada, that we value very much his input and support, since he understands safety and security.  That's his expertise.

Q        As principal of Longwood High School from 2010 to 2015, the Longwood High School security guards acted independently?

MS. LINEEN:  Objection.

A        No one acts independently of anybody.

46

There is a certain people that will provide the direction and support to meet any needs.

Q        As principal of Longwood High School from 2010 to 2015, did you ever receive instruction of policy as to security within the school?

MS. LINEEN:  Objection.

A        I don't understand your question.

Q        As principal of Longwood High School from 2010 to 2015, did you ever receive any written instruction as to the security guards within your school?

A        I don't recall.

Q        Do you recall if, as principal of Longwood High School from 2010 to 2015, you received any written policy concerning the Longwood High School security guards?

A        Policy is only -- the Board of education is the only one that rules policy and implements policy.

We have practices in the building.

47

Q        Did you receive any written practices, as Longwood High School principal from 2010 to 2015?

A        Not that I remember.

MS. LINEEN:  Make sure you give me a second to put any objection on the record, before you answer.

Q        In the course of being principal of Longwood High School from 2010 to 2015, you never received any memorandum or written documentation regarding security within the building?

MS. LINEEN:  Objection.

A        Not that I remember.
I don't recall.

Q        Did you ever receive a policy manual as to Longwood high School security as your tenure as principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection.

A        Policy, as I said, is governed by the Board of education.  It is -- there is a hard copy and there is an electronic copy.

48

Everyone is provided with that information.

Q        You said that that was made by the department of education?

A        Board of Education of Longwood Central School District.

Q        When did you first become aware of, and under what circumstances did you become aware of that policy?

A        Policy is public, and it is on our web site.

And I become aware of it when I first became an assistant principal.

Q        Did you read it?

A        I read it when I need to look up where we stand, as a district, in terms of the governing body of that policy.

Q        Do you know who has physical custody of it at this time?

A        It is electronic.  It is on our web site.

And at this time, I chair the -- with the president of the Board of Education, that committee.  The committee is

49

made of up of community members, teachers, administrators, and actually right now, we have students also, involved in that policy committee.

Q    So the electronic version of that document, do you know what the format of that document is, that electronic document?

MS. LINEEN: Note my objection to form.

A    I don't understand.

Q    Is it like an acrobat, PDF document, web page, or something else.

A    It's board docs.

Q    Board docs.
Is that a program?

A    Yes.
Many of our schools on Long Island utilize board docs to house their policies, and also, meeting agendas for the Board of Education. Those are made all public.

Q    Do you know who the current custodian of those electronic documents is?

*Rich Moffett Court Reporting*

50

A    I don't understand.
Custodian?

Q    Who possesses those electronic documents?

A    It's public. It's on board docs. It's on the website. It's a link.

Q    On which web site?

A    Longwood Central School District website.

Q    How often do you refer to this policy?

MS. LINEEN: Objection.

A    Policies.

Q    Policies.

A    There's many.
So when you reference it, it's according to the situation in which you need to understand the district's position.

Q    Do you reference it every week, every month, or something else?

MS. LINEEN: Objection.

A    In my position, today.

Q    I'm going to ask you to, as principal of Longwood High School from 2010

*Rich Moffett Court Reporting*

51

to 2015?

A    Only when needed.

Q    Would you say that that occurs -- how frequently, from 2010 to 2015, did you refer to those had policies?

MS. LINEEN: Objection.

A    I don't remember.

Q    Was it once a week, once an hour, never?

MS. LINEEN: Objection.

A    Again, I don't remember.
It depends on the case. If it was about grading, I would go to the policy, if a question came up about grading.

Q    As you sit here today, you can't recall the frequency with which you reviewed those policies?

MS. LINEEN: Objection.

A    Uh-hah.

Q    We've spoken a lot about the directors of the assistant principals.
Teachers themselves, did they report to any particular person, for instance, Special Education teachers, did

*Rich Moffett Court Reporting*

52

they have a specific person designated as they were responsible for those individuals, throughout your tenure as Longwood High School high principal?

MS. LINEEN: Objection to form.

A    I don't understand what you mean by responsible.

Q    In conjunction with the director of physical education, Scott Reese, who would oversee the physical education department, would you agree with that?

A    I'm not sure what you mean.

Q    Let me back up.
There are people responsible for the conduct of the teachers within Longwood High School; is that right?

MS. LINEEN: Objection.

A    Conduct. If you can be more specific in terms of conduct.

Q    Teacher doesn't show up for six days, consecutively.
Who, if anyone, would be responsible for that teacher?

A    The principal.

*Rich Moffett Court Reporting*

53

Q    Anyone else?

A    **No.**

Q    How many teachers were you responsible for, as principal of Longwood High School from 2010 to 2015?

A    **I think I answered just before, I can't remember.**

**I would say about 250, but, I'm not sure.**

Q    How many different departments were there, of teachers?

A    **So, we have a math department, a social studies department, science, English, PE and health, business and technology, Special Education. And I don't remember if I'm leaving anyone out.**

Q    Approximately how many teachers were in the math department?

A    **I would say 22.**

Q    Approximately how many teachers were in the social studies department?

A    **25.**

Q    Again, throughout your tenure as principal of Longwood High School from 2010

54

to 2015, approximately how many teachers were in the physical education department?

A    **I don't remember. I don't remember.**

**Between physical education and health, maybe 15. I don't remember.**

Q    How many teachers, throughout your tenure as Longwood High School principal from 2010 to 2015, were in the business department?

A    **Business?**

Q    Yes?

A    **Maybe nine.**

Q    How many in the technology department during that time?

A    **Four or five.**

Q    How many in the Special Education department at that time?

A    **That one is big. That one is big. That could be between 32, 36.**

**We're speaking to teachers. I'm not adding teacher assistants in there.**

Q    I've got about, around a hundred, probably a little more than that,

55

teachers.

Any other departments that we missed?

A    **Science, about 32 to 33.**

Q    Any other departments, during tenure as Longwood High School principal, we missed?

A    **English, you have 25.**

Q    Anything else?

A    **The librarians.**

Q    2.6.

A    **You have the nurses; that's about three.**

**You have teachers who -- I don't know. I can't remember.**

Q    You had three nurses at the time?

A    **Yes.**

Q    As principal of Longwood High School from 2010 to 2015, what were the nurse's names under your tenure?

A    **Virginia Golden is one. Laura -- no. Colleen Ladera, is one. The other one was -- I can't remember. It will come**

56

**to me.**

**Christine Beechel, B-E-E-C-H-E-L.**

Q    Throughout will your tenure as principal of Longwood High School from 2010 to 2015, was there any intermediary nurses that reported directly to you, for instance, or did they report to somebody else?

A    **There is a lead nurse in the district, Donna Aura, A-U-R-A. She oversees the nurses K-12 in the building. If.**

**They needed someone to speak to directly, they would go to through one of the assistant principals, I want to say it was Mr. James Crenshaw at this time. But then ultimately it's the principal, myself.**

Q    Just as you have described it, that situation, does it exist, for instance, with the library?

You said the nurses would speak to the principal, Mr. Crenshaw. And then there was a lead nurse that was responsible for all the nursing.

Was there an assistant principal

57

responsible for all intermediary, for librarians, for instance?

A        Mr. James Crenshaw.

Q        What about for English, when you were principal of Longwood High School from 2010 to 2015?

A        I believe it was Mr. Crenshaw at the time.

Q        What about science, when you were principal of Longwood High School?

A        Mr. Reese.

Q        What about math, when you were principal of Longwood High School?

A        Again, I want to say it was Mr. Crenshaw at the time.

He had both departments, I believe.

But then, I can't remember, because every year we try to reassess the needs of each department and who best will meets meet those needs, as administrators, for support.

Q        When you say reassess, what did that consist of?

*Rich Moffett Court Reporting*

58

A        Which departments were either in need of, whether new standards were coming -- instruction leaders. That's what I'm speaking to.

When I speak to needs, we are a school, so our focus is curriculum.

Q        Is that like a meeting, or a memo, or something else?

MS. LINEEN:  Objection to form.

A        No memo.  It was a conversation. And as our year went through, conversation with the department chair.

Q        That conversation, that was a verbal conversation?

A        Yes.

Q        Was anything memorialized as what needs to be done, or who's overseeing what, or anything along those lines?

MS. LINEEN:  Objection to form.

A        No.

Q        You said Mr. Crenshaw was responsible for math; is that right?

A        I believe that was during my tenure.

*Rich Moffett Court Reporting*

59

Q        During your tenure, who was responsible --

A        Well, I take that back.

There wasn't the full tenure. Again, because there is changes.

Mr. Adam DeWitt was can also an assistant principal during my tenure, and he had English and mathematics as well, probably shared with Mr. Crenshaw.

So, again, that's where it's not delineated specific, because it --

Q        Changes?

A        -- It changes.

Q        Was there anything that memorized this change, or who was responsible for what?  Is that the list that you referring to earlier?

MS. LINEEN:  Objection to form.

A        As a principal, I would, every August, sit down with my administrative team and have that discussion, as to who would be responsible in terms of the management of the building.

Q        In that discussion, who was

*Rich Moffett Court Reporting*

60

present?

A        The assistant principals and myself.

Q        Anybody else?

A        No.

Q        Did anything formulate it -- a document, a memo, anything to memorialize that discussion?

A        Not the discussion; just a list of the responsibilities under each assistant principal.

Q        You did that every August?

A        Yes.

Q        You had the opportunity to review that after it was created?

A        Yes.

Q        Who regularly maintained that document?

MS. LINEEN:  Objection to form.

A        As a principal, I would have the copy, then an a copy would be given to the assistant principals.

Q        How often did you refer to that document?

*Rich Moffett Court Reporting*

61

A   It would be it posted on my board, or my secretary would have it also on her board, so that we could reference it.

Q   It was maintained in the regular course of business during your tenure as Longwood High School principal from 2010 to 2015?

MS. LINEEN:  Objection to form.

A   When you say, course of business, it is something that I did every year.

Q   So, every year, you had to do one?

A   Yes.

Q   Going back, the social studies department, understanding that it changed from time to time, which assistant principal would be responsible for that, during your tenure as principal of Longwood High School from 2010 to 2015?

A   Barbara Merkel.

Q   What about physical education and health?

A   Mr. Reese.

*Rich Moffett Court Reporting*

62

Q   What about business?

A   At the time that I was there, Diane McClellan.

Q   And what about technology?

A   Diane McClellan, because it was under her -- considered CTE.

Q   What about Special Education?

A   CTE stands for Career Technical Education.

Q   What about Special Education? Which assistant principal was --

A   So, we had Mr. Adam DeWitt, we had Mr. Crenshaw, and at the end, Ms. Smith.

Q   And that was during your tenure as Longwood High School principal, from 2010 to 2015?

A   Yes.

Q   What about the teachers' assistants?  You mentioned there were teachers' assistants.

A   Those would be under whoever oversaw Special Education.

Q   Which changed a few times during your tenure?

*Rich Moffett Court Reporting*

63

A   Yes.

Q   So is it fair to say that the assistant principal who oversaw Special Education also oversaw the teachers' assistants, during your tenure as Longwood High School principal from 2010 to 2015?

A   Oversaw?

I guess so.

Q   Probably don't want you to guess.

Is that a fair statement?

A   I'm not sure if it's a fair statement.

MS. LINEEN:  Objection.

A   Because I'm not sure what you mean by oversaw.

Q   So, for instance, if you are using the example you provided before, with the nurses, as they would -- if there was a problem, or there was a situation, or they needed to speak to someone, they wouldn't speak to you directly; is that right?  They would speak to an assistant principal?

A   Depending on the situation.

*Rich Moffett Court Reporting*

64

Q   Understood.

So, depending on the situation, as Longwood High School principal, from 2010 to 2015, needless to say, there were few different ones, but they would report -- that being Special Education teachers' assistants -- to a specific superintendent?

MS. LINEEN:  Objection.

A   So you have the department chair, Ms. Karen Horn, who would make sure that the teacher assistants were where they needed to be at the time.

There was an a situation, she may speak to the assistant principal, and then ultimately myself and the director of Special Education.

Q   We discussed a number of categories.

Any other categories of teacher we didn't discuss, at Longwood High School?

A   Not that I can remember.

Q   You said before, school monitors.

Ultimately, you were responsible

*Rich Moffett Court Reporting*

**65**

for the school monitors, during your tenure as Longwood High School principal from 2010 to 2015?

MS. LINEEN: Objection.

A    As principal, I oversaw the whole building.

Q    Who were those school monitors? How many were there, from 2010 to 2015, at Longwood High School?

A    I can't remember.

Q    10, 20?

A    More.

MS. LINEEN: Objection.

A    To be honest, I can't remember.

Q    Was it more than 100?

MS. LINEEN: Objection.

A    No.

Q    Is was it more than 50?

MS. LINEEN: Objection.

A    I can't remember. To guess, I'm not going to guess.

MS. LINEEN: Don't guess.

THE WITNESS: That's it.

Rich Moffett Court Reporting

**66**

Q    I think everyone, we don't want you to guess. Could you tell me if there was more than two?

MS. LINEEN: Objection.

A    I'm not going to guess. I can't be specific on that one.

Q    So, as principal at Longwood High School from 2010 to 2015, as you sit here today, you don't know how many school monitors were within Longwood High School; is that right?

MS. LINEEN: Objection.

A    I do not remember.

Q    What about operation and maintenance? Were there specific employees of operation and maintenance throughout your tenure as Longwood High School principal?

A    Our custodial staff; but I can't tell you how many there are, either.

Q    What about the security staff? Can you tell me how many security staff there were within Longwood High School?

A    I don't remember.

Rich Moffett Court Reporting

**67**

Q    Any other employee or person within Longwood High School that we have not discussed throughout your tenure, that being 2010 to 2015?

MS. LINEEN: Objection to form.

A    Not that I remember.

Q    In developing a hierarchy, is there anyone that we have not had discussed that was present within the building, Longwood High School, throughout your tenure of 2010 to 2015?

MS. LINEEN: Objection to form.

A    When you say present, I don't understand. Physically present?

Q    Yes. So for instance, there was a school resource officer, but it appears that he was independent of your --

A    Yes.

Q    -- oversight?

A    Yes.

Q    Anyone else, like that school resource officer, that was within Longwood

Rich Moffett Court Reporting

**68**

High School at the time that you were there, that was independent of your oversight?

MS. LINEEN: Objection to form.

A    When you say independent -- the school resource officer is under the Suffolk County Police Department. So, I wouldn't -- I don't know -- I guess I don't understand your question.

Q    So, for example, the school resource officer, was it the same person, when you were principal of Longwood High School, from 2010 to 2015?

A    There was a transition, but I say yes, he is the same person.

Q    Hughes?

A    Hughes.

Q    So, did Mr. Hughes provide instruction to students throughout your tenure at Longwood High School as principal from 2010 to 2015?

A    He did presentations for our ninth-graders on Internet safety.

Q    Did he do anything else other than that presentation?

Rich Moffett Court Reporting

A    Not that I remember.

Q    Did he do that independent of your oversight as Longwood High School principal from 2010 to 2015?

A    It was in collaboration.

Q    In collaboration with whom?

A    Myself, in terms of -- it was a way of introducing himself to the students, and we scheduled it with the teachers, in terms of his presentation for the ninth-graders.

Q    How did you schedule it?  How did you schedule the presentation?

MS. LINEEN:  Note my objection.

A    What do you mean by schedule?  I have to look at how many classes.

I have 27 ninth grade classes. I have to make sure that I can -- how many days, how many times I would put three classes in a particular area.  Is that what you --

Q    Yes.  Did you do it by e-mail? Did you do it by a blackboard?  How did you schedule it?

MS. LINEEN:  Objection.

A    It was on paper.

We talked to the teachers.  We scheduled which classes.  So if I have 27 sections of a ninth grade -- of ninth grade class, right; so we would have to see how many classes per period are being run.  So maybe we have three ninth-graders.  So you have 90 students that go into what we call the large group instruction room.

And that's where he would do his presentation per period.  So it was a 39-minute presentation.

Q    You spoke to each of these 27 classes, the teachers themselves.

How did you organize it?

A    I worked with the department chair on that, and probably an assistant principal was there as well.

Q    Did you communicate by mail, e-mail, something else?

A    No.

Communication was verbal.

Q    All verbal, for all those

classes?

A    It was verbal in terms of organizing it.

Q    What about the police officer? How did you know Mr. Hughes would be willing to do this?

A    He initiated that.

Q    Did he call?  Did he write?

A    It was face to face.

Q    And the Suffolk County Police Department had no involvement aside from Mr. Hughes?

A    Correct.

MS. LINEEN:  Objection to form.

A    Just Mr. Hughes.

Q    As principal of Longwood High School from 2010 to 2015, did anyone explain to you, or were you told, to have this instruction?

A    No.

Q    You chose to have this instruction by a Suffolk County Police Department within Longwood High School?

A    We always look to be proactive

and teach our students.  So this was a reasonable, and I thought well worth presentation, to be given by the school resource officer.

Q    In that regard, did the school resource officer work with anyone else within Longwood High School?

MS. LINEEN:  Objection.

A    I don't understand what you mean by that.

Q    Aside from the presentation which you mentioned earlier, were there any other things that the school resource officer did with persons employed at Longwood High School during your tenure?

A    The resource officer would come into my office, and we would discuss what's happening in our building, and offer his services in turn, to teach.

But he was shared.  School officers are shared with a number of districts.  So we are not solely for that school officer.  So, that's pretty much it.

Q    How did you come to learn that?

73

Was that verbal communication, or something else?

A     When I took on the position as principal, we had a school resource officer for Mr. Hughes, Officer Hughes, and Officer Hughes was the resource officer during my tenure.

Q     When you become a principal of Longwood High School, did you receive any policy guidelines, rules, procedures, anything like that, as becoming principal of Longwood High School?

MS. LINEEN:  Objection to form.

A     I don't understand what you're asking.

Q     So, when you became the principal of Longwood High School from -- it was in 2010, right?

A     Yes.

Q     Did you receive any sort of policy, guidelines, rules, procedures, as part of that employment?

MS. LINEEN:  Objection to form.

A     I don't really understand the

*Rich Moffett Court Reporting*

74

meaning of receiving policies and forms, and all this.

Q     Were you provided an instruction booklet?

A     I was an assistant principal in the building at the time, and worked closely with that principal before me.

But, again, as a educational leader, it was really about curriculum, managing the building.  There are certain systems within there that you tweak along as year to year.

Q     So it is fair to say that as Longwood High School principal from 2010 to 2015, you didn't receive any written documentation regarding the school resource officer?

MS. LINEEN:  Note my objection to form.

A     I don't recall.

Q     You said there was a chief custodian at Longwood High School through your tenure from 2010 to 2015?

A     I didn't say chief; head.

*Rich Moffett Court Reporting*

75

Q     Head.  Sorry.

Who was that person?

MS. LINEEN:  Head custodian.

Q     Who was that person?

A     Larry Falco.

Q     He was responsible, Mr. Falco, for cleaning up the school?

A     Mr. Falco is responsible, making sure the school is clean and that the heat is working properly and water is running.

Q     Who does Mr. Falco report to?

A     Mr. Steve Harding, Director of Operation and Maintenance.

Q     Who does Steve Harding report to?

A     The assistant superintendent, Janet Bryan.

Q     That was during your tenure that your principal of Longwood High School, from 2010 to 2015?

A     Yes.

Q     It is fair to say, we spoke earlier about teachers' aides.

Are those individuals treated as

*Rich Moffett Court Reporting*

76

professionals, or are those individuals treated as independent contractors, contract employees, something else?

MS. LINEEN:  Objection to form.

A     Teacher assistants are part of the collective bargaining unit for teachers.

Q     Are there any persons that worked within Longwood High School during your tenure from 2010 to 2015 that were not part of the collective bargaining agreement?

MS. LINEEN:  Objection to form.

A     So, we have our teacher unit, and we have our civil service unit and our admin unit.

Q     Sounds like there's three units; is that right?

A     Yes.

Q     I'd like to go back for a second.

As principal of Longwood High School from 2010 to 2015, of which collective bargaining unit were you a part?

A     The administrative.

Q     What about the assistant

*Rich Moffett Court Reporting*

77

principals of Longwood High School from 2010 to 2015? What bargaining unit were they part of?

A    The administrative.

Q    What about the directors, the directors of which we just mentioned earlier? What collective bargaining unit are those individuals part of, during your tenure as principal of Longwood High School?

A    The administrative.

Q    And seems obvious -- what about the teachers, teachers during your tenure as principal of Longwood High School from 2010 to 2015?

A    The teachers' unit.

Q    They were part of the teachers' collective bargaining unit?

A    Yes.

Q    The teachers' assistants or teachers' aides, what collective bargaining unit were they part of when you were principal of Longwood High School?

A    The teachers' collective bargaining unit.

*Rich Moffett Court Reporting*

78

Q    Who were the individuals were part of the civil service units that worked within Longwood High School during your tenure of 2010 to 2015?

A    Your secretaries, your custodial staff, any position that's under the civil service.

Q    Anyone else besides the secretaries and custodial staff?

A    Not that -- when you say clerical, there are various levels of secretary. You have senior secretaries, senior clerical, clerk typist, attendance.

Q    A lot.

A    Yes.

Q    Let back up for a second.

How many clerical staff did you have at Longwood High School during your tenure as principal of Longwood High School from 2010 to 2015?

A    I do not remember.

Q    More or less than 100?

MS. LINEEN: Objection.

A    Not going to guess.

*Rich Moffett Court Reporting*

79

Same thing. It is very difficult to remember how many.

Q    Understood.

What about as Longwood High School principal from 2010 to 2015? Did you have more than two?

MS. LINEEN: Objection.

A    Again, I'm going to tell you that in clerical, depending on the level. But every administrator has a secretary, or two. We have clerical in an attendance office. You have clerical everywhere. It is a huge building.

Q    Understand.

A    I can't give you a number.

Q    Okay. Let's start with you.

How many clerical staff did you have you under you, when you were principal of Longwood High School, from 2010 to 2015?

MS. LINEEN: Note my objection to form.

A    Yes, because -- when you say -- so the principal oversees all of them. So they're really -- you know, I'm responsible

*Rich Moffett Court Reporting*

80

for everybody, as principal.

Who works with me directly?

Q    Yes?

A    Four, five.

Q    What were the names of those four or five clerical staff?

A    Leslie McCormick would be my main secretary. Sandra DeVincenzo. Gail Smith, at the time, was Myra Vixler, who has since retired. And there was Margaret Bilotto, whose responsibility was -- Margaret Bilotto. She was also shared with an assistant principal.

Q    Let's start with, I believe you mentioned Sondra as principal of Longwood High School from 2010 to 2015.

What did that employee, Sondra, do for you?

MS. LINEEN: Objection to form.

A    A number of things.

But, she would -- one specific thing I can tell you, she took care of our use facilities documents, who would be using the building, when the building was used,

*Rich Moffett Court Reporting*

81

because the buildings at Longwood Central School District were used 24/7.

So, in order to keep tabs, as to not overbook, she would be taking care of the high school, from our gym, our athletic field, in collaboration with the director of athletics, physical education and health, as well as any testing that may happen: ACTs, SATs, or any events.

Q    What about Myra?  What did she do?

A    Myra -- her position was to take care of our absentee teachers absences, or knowing when a teacher was going to be out; so mostly faculty attendance.

Q    Anything else, aside from faculty attendance?

A    There is always something else; but that would be the major responsibility.

Q    Fair to say, throughout your tenure of principal of Longwood High School from 2010 to 2015, Myra working for you, her major responsibility was attendance?

MS. LINEEN:  Objection to form.

82

A    Was one of the major.

Q    Was there anything that you referred to that were the job functions of these four individuals, leaving aside Margaret for a second?

A    Can you rephrase that.

Q    Sure.

Anything that you could refer to in writing, that would tell you what the job functions are of, for instance, Sondra?

A    No.

MS. LINEEN:  Objection to form.

Q    These employees being, that you mentioned earlier, they were assigned specifically to you, during your tenure as Longwood High School principal from 2010 to 2015?

A    They were there already.

Q    When you were there, from 2010 to 2015, were they assigned specifically to you, as principal of Longwood High School?

A    In terms of assigned specifically, they had their positions. Those positions were stated there by civil

83

service and were the direction of the district.

Q    So, for instance, there was a position that was designated by civil service, for instance, Sondra; is that right?

A    Yes.

Q    That would exist in writing, correct?

MS. LINEEN:  Objection to form.

A    These individuals are interviewed, and the positions are -- they are given this position.  They're appointed by the Board of Education to have this position.

So, as a principal, I have not really very much to say.

Q    You said before that Margaret, for instance, was shared; is that right?

A    The duties of her responsibilities were shared with my office, as principal, and the assistant principal.

Q    Which assistant principal, at the time?

84

A    James Crenshaw.

Q    And each of the assistant principals had a particular clerical staff assigned to him or her?

A    Yes.

Q    Let's start with Smith.

During your tenure as principal of Longwood High School from 2010 to 2015, who did Smith have assigned to her?

A    That particular office, which was also Mr. DeWitt's, last name is Ms. Shannon.

Q    Anyone else?

A    That was it.

Q    What about Mr. Crenshaw?

A    Mr. Crenshaw had Roberta Chavin, C-H-A-V-I-N, I believe, and Ms. Bilotto.

Q    Anyone else?

A    That's it.

Q    What about Mr. Reese?

A    During my tenure?

So during my tenure -- so -- in -- I'm getting a little mixed up between my AP time and my tenure as principal.

85

By the end of my tenure, Mr. Reese had Rene Lopez.

Q   Do you know, at the beginning of your tenure?

A   Was Christine Urbanowitz.

So, if we have to -- I'm going to correct Ms. Bilotto. Ms. Bilotto -- before Ms. Bilotto was shared with Mr. Crenshaw and myself. We had Ms. Rene Lopez, who worked before Ms. Bilotto.

So these -- these positions are -- people are constantly moving, so.

Q   What about for Merkel? As principal of Longwood High School from 2010 to 2015, do you know who she had for clerical staff?

A   By the end of my tenure, it's Ann Marie Knight, K-N-I-G-H-T.

That was -- and she's retired. It will come to me.

Q   What about for Conlon?

A   Ms. Conlon -- Ms. Conlon has three -- she has three individuals in her office.

*Rich Moffett Court Reporting*

86

At the beginning of my tenure, we had Roseanne Caso, who was the senior clerk typist. You had two clerk typists in there, Victoria Morganstein and Dorothy Lenz, L-E-N-Z.

At the end of my tenure though, she had application -- office application specialists, which are also under that CSE -- a collective bargaining, you have -- we had -- then there was another person in between that, Cindy Simpson, took over Roseanne Caso's spot.

And then now we have Sharon LaFon. We have Regina Sty, something; I don't remember her last name; Florence Ra.

Q   That was throughout your tenure of principal from 2010 to 2015?

A   Yes. And you could tell there has been changes.

Q   One thing I forgot to mention before, were there hall monitors employed by Longwood High School?

A   Hall monitors are school monitors. They're one and the same.

*Rich Moffett Court Reporting*

87

Q   Explain that to me. Are they part of security? Are they part of the -- for instance, the admin unit, civil service, or something else?

A   I'm not sure what unit they're in.

They're certainly not teacher and they're certainly not admin. I'm not certain about CSEA.

But they work -- they're employed by Longwood Central School District. They're given classes. They have to take a two-day class to be even considered for that position.

Q   As principal of Longwood High School from 2010 too 2015, were you responsible for these individuals?

A   Again, as principal, I'm responsible for everyone in the building.

Q   Other than security?

A   Security, in terms of making sure the building is safe, but not direct -- again, I have -- like even the Special Education director; you have someone there

*Rich Moffett Court Reporting*

88

as well.

But on a day-to-day basis, in terms of attendance, making sure people are safe, it is the principal's place.

Q   For those individuals, they weren't hall monitors; what were they called?

A   School monitors.

Q   Aside from the day-to-day, you know, the entire building, was there an assistant principal or somebody else who was responsible for the school monitors, perhaps a director, throughout your tenure as principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection to form.

A   There is no director for them.

It would be human resource, the assistant principal for Human Resource.

And the assistant principal at the time who would schedule these individuals as to where they were in the building was Barbara Merkel.

Q   So school monitors.

*Rich Moffett Court Reporting*

**89**

Is there any other employee that we haven't discussed, like for instance, school monitors not being discussed for the first time -- any other employees we haven't discussed within Longwood High School when you were principal, from 2010 to 2015?

MS. LINEEN: Objection.

A    **I don't remember.**

Q    So as you sit here today, do you recall, as principal of Longwood High School from 2010 to 2015, whether the school monitors were under any particular director?

MS. LINEEN: Objection.

A    **No director.**

**I said assistant superintendent for human resource.**

Q    I understand that.

For instance, there is a director that assists with physical education in some capacity.

Did that exist for the school monitors?

MS. LINEEN: Objection.

A    **No.**

*Rich Moffett Court Reporting*

**90**

Q    Did they report in part or whole to James Perada?

A    **No.**

Q    As you sit here today, do you know who they reported to throughout 2010 to 2015; that being the school monitors?

MS. LINEEN: Objection.

A    **It would be one of the assistant principals.**

Q    As principal of Longwood High School from 2010 to 2015, who was the assistant principal to which the school monitors reported?

MS. LINEEN: Objection.

A    **I know Ms. Merkel was for some time. Mr. Crenshaw was another.**

**And I don't remember if any of the other -- it was -- I would just say those two, at the time.**

Q    As principal of Longwood High School from 2010 to 2015, have you ever had occasion to call upon the school monitor?

A    **I don't understand.**

Q    As principal of Longwood High

*Rich Moffett Court Reporting*

**91**

School from 2010 to 2015, have you ever had occasion to ask the school monitor to perform a function or duty?

A    **Not that I recall.**

Q    As principal of Longwood High School from 2010 to 2015, have you ever had occasion to call upon the security to perform a function or duty?

A    **Not that I recall.**

Q    I apologize. Mr. -- was it Crenshaw?

A    **Crenshaw, C-R-E-N-S-H-A-W.**

Q    What was the first name?

A    **James.**

Q    And you were responsible for Mr. Crenshaw when you were principal of Longwood High School from 2010 to 2015?

A    **Mr. Crenshaw was one of the assistant principals.**

Q    I'm sorry. I'm asking you if you were responsible for him in some capacity, as principal of Longwood High School from 2010 to 2015?

MS. LINEEN: Objection.

*Rich Moffett Court Reporting*

**92**

A    **Again, responsible. I'm responsible for the whole building.**

Q    He was part of the whole building; is that right?

A    **Correct.**

Q    I don't want to beat a dead horse.

You were responsible for Mr. Crenshaw from 2010 to 2015, as principal of Longwood High School; is that right?

MS. LINEEN: Objection.

A    **Again, he was part of my administrative team. We worked together. And we are, you know, I am responsible for everyone there.**

Q    Let's talk about the assistant principals.

As principal of Longwood High School from 2010 to 2015, how often do you work with those assistant principals during the course of a regular school day?

A    **How often?**

Q    Yes?

A    **What do you mean by how often?**

*Rich Moffett Court Reporting*

93

Q   Every five minutes, ten minutes, 25?  Once a day?  Once a week?

A   I will tell you, you have no idea what goes on in a building.

So, I'm going to take that a little -- quite interesting.

I do work with them continuously throughout the day.  But, to say that I have direct contact with them every minute, every five minutes, that is hard to say.

Q   I'm asking -- so for instance, when you say contact, how did you have contact with them, the assistant principals, when you were the principal of Longwood High School from 2010 to 2015?

A   It would face-to-face, on the phone, depending on what was happening through the day.

Q   Did you have regular meetings with them, for instance, regular scheduled meetings?

A   Yes.  Thursday afternoon, every week.

Q   Is that before or after school?

94

A   After.

Q   Anything else beside those Thursday meetings that you just mentioned, in terms of regular meetings with the assistant principals?

A   That was a scheduled meeting, so everyone was there.

However, that doesn't mean -- that does not preclude that there was meetings before school starts, during the school day, and then -- because things happen.

During -- I mean, there was another scheduled meeting which we're -- the leadership of the school was together.  I forget what day of the week it was.  You had your department chairs, your assistant principals and myself, meeting weekly -- bi-weekly.

Q   How did you schedule those regular meetings, the bi-weekly --

A   In August.

Q   When you say, in August, was it a calendar?

95

A   It was a calendar.

Q   You had an opportunity to review that calendar, as principal of Longwood High School in 2010 to 2015?

A   Yes.

MS. LINEEN:  Objection.

Q   How was it maintained?

A   My secretary would maintain it. And it would be part of our administrative responsibilities, as well as the schedule for our administrative meetings, and then our leadership meetings to meet with the department chairs.

Q   Was it written down, electronic, or something else?

A   It was -- my secretary had these -- it was a hard copy.

Q   Anything aside from that calendar that guided those meetings in terms of time and duration and location?

A   Such as?

Q   For instance it, was there a postcard sent that would explain to the assistant principals that they needed to be

96

in a certain place, certain location, certain times, as dictated by the principal of Longwood High School, is that you, from 2010 to 2015?

A   The document -- the calendar was set.  It was given to everyone at the beginning of the school year, and it would be handed out most likely at a first leadership meeting in August, before teachers even came to school, and students.

Q   So, aside from those Thursday and the bi-weekly meetings, were there anything else scheduled on that regular rotation on the calendar?

A   Regularly scheduled, no.

Q   So, I asked you before how often you worked with them during the course of the regular school day.

Let me return to that.

As principal of Longwood High School from 2010 to 2015, did you regularly schedule day-to-day meetings based on what was going on in the everyday happening of the school?

**97**

MS. LINEEN: Objection to form.

A   We don't schedule meetings. You meet, when needed, depending on the severity of situations and need for some type of response.

Q   In that regard, how would you schedule that meeting conversation?

A   It would not be a schedule.

It's like, they knock on the door, and you talk. And you address whatever the needs are. Sometimes you have to interrupt what's regularly scheduled.

Q   Did you use, for instance, electronic mail, to do that with your assistant principals throughout your tenure as principal of Longwood High School from 2010 to 2015?

A   I don't understand.

MS. LINEEN: Objection to form.

A   I don't understand.

Q   If you needed to meet with all four principals, assistant principals, would you utilize electronic mail to do that?

A   No.

*Rich Moffett Court Reporting*

**98**

I'd have to do phone calls, because it needed right away.

Q   Understood.

Did you ever use social media to communicate with your assistant principals?

A   No.

Q   Fair to say, you didn't use electronic mail either; is that right?

A   No.

MS. LINEEN: Objection.

A   Not when I needed to meet with them immediately.

Q   Let's talk about when you didn't have to meet with them.

As principal of Longwood High School from 2010 to 2015, did you have occasion to use electronic mail to schedule meetings with your assistant principals?

A   No. I don't remember.

Q   As principal of Longwood High School from 2010 to 2015, did you have opportunities to use social media to schedule meetings with assistant principals?

A   No.

*Rich Moffett Court Reporting*

**99**

Q   So, aside from voice communication, were there any other communication that you regularly utilized, as a principal of Longwood High School from 2010 to 2015, to speak with your assistant principals?

MS. LINEEN: Objection to form.

A   It would be most likely phone calls and face to face.

Q   Has there been any sort of manual or set policy in regard to communication between assistant principals and principals throughout your tenure as principal of Longwood High School from 2010 to 2015?

A   Can you state that again.

Q   Sure.

Were there any manuals, set policies, that dictate communication between assistant principals and principals of Longwood High School during 2010 to 2015?

MS. LINEEN: Objection.

A   Policy, again, is made by the Board of Education.

*Rich Moffett Court Reporting*

**100**

From my knowledge, there is no policy that speaks to how we are to communicate. And I don't know of anything that speaks to -- anything in writing that says how we should communicate.

Q   That's what I'm asking.

How much independence do the assistant principals have under your tenure as principal of Longwood High School from 2010 to 2015?

A   What does that mean? I don't understand.

Q   How much independence, in terms of decision making and exercise of discretion do they have when, you were principal?

A   In what context?

Q   In context of disseminating memorandum, in context of explaining job function, in context of disciplining, in context of referrals, in context of superintendent meetings, in context of their day-to-day functions?

MS. LINEEN: Objection.

*Rich Moffett Court Reporting*

101

A    Any memos that come out of the office, I review first.  So they do not have that independence.

Q    Just like those memos that you just mentioned, as principal of Longwood High School from 2010 to 2015, is there anything else in which they do not have independence, such as those memorandums?

MS. LINEEN:  Objection.

A    I don't understand.

Q    So you said any memorandum that was disseminated by an assistant principal has to be reviewed by you, the principal of Longwood High School from 2010 to 2015; is that right?

A    Memos, yes.

Q    Anything else besides memorandums, that had to be reviewed by you before they went out from an assistant principal, from 2010 to 2015?

A    I'm trying to think of the situation, to be honest.

For the most part, nothing goes out from an office without conversation with

*Rich Moffett Court Reporting*

102

the principal.

Q    So, it's fair to say, as we sit here today, as principal of Longwood High School from 2010 to 2015, you reviewed all communications before they left the building, from your assistance principals; is that right?

MS. LINEEN:  Objection.

A    I don't understand your question in terms of communication.

Q    So, no memorandums left the building from your assistant principals without you reviewing it first, as principal of Longwood High School from 2010 to 2015?

A    Memorandums, such as?

Q    Let's back up for a second.

I asked you how much independence do your assistant principals have at Longwood High School.  You asked for an example.  I gave you the example of the memorandum.

Can an assistant principal disseminate a memorandum publicly without your reviewing it?  Yes or no?

*Rich Moffett Court Reporting*

103

A    No.

MS. LINEEN:  Objection.

Q    Fair to say, then, any assistant principal under you were tenure as principal of Longwood High School from 2010 to 2015 must review memorandum before disseminating it publicly with you, the principal at the time, correct?

MS. LINEEN:  Objection.

A    Anything that's going to go out, whether it's to staff or parents, has to be reviewed by me.

Q    What about, for instance, discipline?  I'm looking for any other instance that would have to be reviewed by you before an assistant principal could act.

Are there any other instances, aside from, as you have indicated, memorandum, throughout your tenure as principal of Longwood High School from 2010 to 2015, that had to be reviewed by you before it could be released by assistant principals?

MS. LINEEN:  Objection to form.

*Rich Moffett Court Reporting*

104

A    Can you state that again.

Q    Sure.

Aside from the memorandum which we discussed earlier, is there anything that had to be reviewed by you before it's released by your assistant principals, when you were principal of Longwood High School?

A    So when you say memorandum, what exactly are you looking to, because if it's a letter, I'm a little --

So a memorandum, in my definition, is something that is either to schedule, say, SATs, any kind of testing that goes on in the building, any information that teachers need to know, parents need to know, students need to know.

So I guess I'm trying to understand what you mean by memorandum.

Q    I don't want to get hung up on that.

Let me ask you this.  As principal of Longwood High School from 2010 to 2015, how much independence do the assistant principals have?

*Rich Moffett Court Reporting*

105

A   In what terms? I guess that's my question.

Q   Do they make independent decisions, or do they clear them with you, as principal of Longwood High School from 2010 to 2015?

MS. LINEEN: Note my objection to form.

A   Decisions made upon what? Because decisions in terms of curriculum, they may have some independence, because it depends on their expertise.

For instance, Ms. Merkel was a social studies teacher. Her contact knowledge is stronger than maybe mine, when it comes to making determinations about curriculum.

So, there would be their independence.

Q   Like curriculum, like that example, is there anything else that they could make independent decisions to without running them by you, as principal of Longwood High School from 2010 to 2015?

*Rich Moffett Court Reporting*

106

A   I don't know that there would be anything else that would be as independent.

Q   So, for instance, aside from the curriculum, as the example, is there any other examples where the assistant superintendents can make independent decisions throughout your tenure as Longwood High School principal?

A   Assistant principals.

MS. LINEEN: Objection.

A   Any independent?

MS. LINEEN: Objection to form.

A   I can't think of any.

Q   Could an assistant Longwood principal, while you were principal of Longwood High School from 2010 to 2015, make a referral for suspension for five days or more without your discretion?

A   No.

Q   Any other event like that that the assistant principal would have to clear with you before such a decision was made?

MS. LINEEN: Objection to form.

A   Anything that is egregious would

*Rich Moffett Court Reporting*

107

have to come through the principal.

Q   I don't want to put words in your mouth. You said egregious. I mentioned school suspension.

What else besides a school suspension would you considered egregious?

A   Thanks egregious. Or any, say, teacher discipline of any sort. All that has to come through the principal.

Q   It's fair to say that most decision making by assistant principals, when you were principal of Longwood High School from 2010 to 2015, had to go through you?

MS. LINEEN: Objection to form.

A   It was a discussion that had to be consulted.

Q   You bore the ultimate responsibility for that decision; is that right.

MS. LINEEN: Objection to form.

A   When it comes to something egregious, something that needed it, yes.

MR. MORRIS: Time now is 11:26.

*Rich Moffett Court Reporting*

108

(Whereupon, a break was taken at this time.)

MR. MORRIS: Back on the record. It's 11:40, February 8th.

Q   Ms. Castro, did you speak to anyone about your testimony during the break?

A   No.

Q   Before, we were talking about the discretion of the assistant principals that were employed at Longwood High School during your tenure as principal of Longwood High School from 2010 to 2015.

Could you describe any other egregious event that would require your oversight for those assistant principals to act?

MS. LINEEN: Objection to form.

A   You mentioned the five-day suspension, that I would call egregious. Any personnel issues that need -- they would all come to my attention.

Q   Could you give me some examples, aside from the five-day suspension, for

*Rich Moffett Court Reporting*

instance, personnel?

A    In terms of a parent's complaint about a teacher, that would come to me.

Q    Anything else?

A    Everything came to me.

Q    In the example of a parent complaint, is it fair to say that as principal of Longwood High School from 2010 to 2015, you were in receipt of all parent complaints that were made during those years?

MS. LINEEN: Objection to form.

A    In receipt? Or when I think of receipt, I think of paper. But it may have been a verbal.

Q    So, let me -- just to clarify.

So you were aware of all the parent complaints, as principal of Longwood High School from 2010 to 2015; is that fair to say?

MS. LINEEN: Objection to form.

A    The word all is a superlative. I can't say that all.

Q    How about this.

*Rich Moffett Court Reporting*

As principal of Longwood High School from 2010 to 2015, what parent complaints were you aware of, if any?

MS. LINEEN: Objection.

A    It could do with grading; you know, they're unhappy with certain grades. So it could start there.

Q    Were the assistant principals, during your tenure as principal of Longwood High School from 2010 to 2015, allowed to withhold parent complaints from you, in any regard, as principal of Longwood High School?

A    Withhold?

Q    Yes?

A    Can you rephrase that.

Q    Sure. I'll give you an example actually.

A complaint is made to an assistant principal of Longwood High School when you are the principal of Longwood High School. Okay.

Does that assistant principal have the authority to handle that parent

*Rich Moffett Court Reporting*

complaint without running it by you, the principal of Longwood High School?

A    I think it depends on what the situation is.

Q    Is there such an example that the assistant principal would not have to explain that parent complaint to you, as principal of Longwood High School from 2010 to 2015?

MS. LINEEN: Objection to form.

A    They may make me aware.

But, say, a detention for lateness, I don't need to -- always need to hear about that.

Q    So if a parent complained about a detention for lateness, to an assistant principal, while you were principal of Longwood High School from 2010 to 2015, the assistant principal would be able to exercise discretion as to whether or not they would inform you of such a complaint?

MS. LINEEN: Objection.

A    In terms of detentions, I would say yes.

*Rich Moffett Court Reporting*

Q    What about a physical complaint?

To be clear, if a complaint was made to or against an assistant principal during your tenure as principal of Longwood High School from 2010 to 2015, could such principal withhold that information from you?

MS. LINEEN: Objection to form.

A    Any assistant principal would withhold that? No.

Q    Any other instance like the one I just described, where they could not withhold information from you?

MS. LINEEN: Objection to form.

A    Chances are, the parent would have called me.

But no one would withhold information.

Q    You mentioned a number of professionals within the Longwood High School before the break.

Any other professionals of which we did not discuss before the break?

MS. LINEEN: Objection to form.

*Rich Moffett Court Reporting*

113

A    Such as.

Q    For example, there a substance abuse counselor within Longwood High School?

A    Our social workers -- some are certified substance abuse individuals, but they may take clients on their own.  I don't know, in terms of specific to their job title in the building.  I would say no.

Q    So we discussed nurses, before.
Is this something separate from nurses, the social workers?

A    Social workers are under the teachers collective bargaining unit.  They are employees of Longwood Central School District.

Q    How many social workers were present within the Longwood High School when you were principal of Longwood High School from 2010 to 2015?

A    Two.

Q    What were their names?

A    Dawn Disteffano, and I want to say it's Maureen Beatrice.  I can't remember when the transition was there.  But, because

114

-- I want to say it was Maureen Beatrice, is the second.

Q    So there were two; is that right?

A    Yes.

Q    What were their job title and functions?

A    They're social workers.  They're part of the mental health team.

Q    Who else was part of the mental health tem?

A    Your psychologists.

Q    So, for instance, we haven't discussed the psychologists and social workers.
Before I ask about the psychologists and social workers, as principal of Longwood High School from 2010 to 2015, any other individual that we didn't discuss before, like for instance, those --

A    School counselors, probably.  Because I forgot.

Q    That's fine.
If you remember something

115

throughout this deposition, maybe two hours from now, please feel free to let us know.
So for instance, the school counselors, the social workers, the psychologists anything else?

MS. LINEEN:  Objection to form.

A    Not that I can remember at this time.

Q    You mentioned the names of the two social workers.
Who, if anyone, was responsible for those two social workers during your tenure as principal of Longwood High School high from 2010 to 2015?

A    So when you say responsible, are we looking at the director?
I think I mentioned Susan Connolly, director of elementary education.  The social workers were under her responsibilities, K-12.

Q    Anybody else besides the director that you just mentioned, responsible for the social workers throughout your tenure as principal of

116

Longwood High School from 2010 to 2015?

A    Such as the librarians went to Mr. Crenshaw for some time.  The social workers may have been also part of Mr. Crenshaw's responsibilities, since he was a social worker himself in the past, therefore, had the expertise there.

Q    That's like Dr. Lonergan -- he is a doctor of social work; is that right?

A    I believe so.

Q    What about the psychologists?  Who, if anyone, was responsible for those school psychologists during your tenure as principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection to form.

A    So you had the director of Special Education, because they work closely with that director in terms of student testing.
And also, maybe Mr. Crenshaw.  Since he oversaw social workers, he may have also had the psychologists.

Q    What was the psychologist's

name, when you were principal of Longwood High School from 2010 to 2015?

A    You had Mr. Richard Lafasso, Danielle Dobson, Gary Joseph. I believe that's it.

Q    So, you have now recalled social workers, psychologists.

Is there counselor; is that another --

A    School counselor is a different group as well. They work closely with Ms. Connolly because of grading, scheduling.

Q    How many school counselors were there within Longwood High School during 2010 to 2015, when you were the principal of Longwood High School?

A    I want to say 13.

Q    Was there a director responsible for those 13, or some equivalent thereof?

A    I believe not.

So now that -- I remember that the department I forgot. The department chair was Maris Paolini, P-A-O-L-I-N-I, I believe. She was the department chair for

school counselors.

Q    Was there an assistant principal?

A    Melissa Conlon.

Q    You spoke about counselors, social workers, psychologists.

Anyone else that fits into that category that worked within the Longwood High School -- any other person at all, actually, that worked with Longwood High School throughout your tenure as principal from 2010 to 2015, that we did not discuss?

MS. LINEEN:  Objection to form.

A    I can't remember.

Q    For instance, what about a Dignity For All Students Act coordinator? Did the school have one of those?

A    That would be Dawn Disteffano, our social worker, and Maureen Beatrice, our social workers.

Q    Is it fair to say that during your tenure as principal of Longwood High School from 2010 to 2015, these social workers also assumed the Dignity For All

Students Act coordination position?

A    Within the building.

Q    When you say within the building, was anyone without the building?

MS. LINEEN:  Objection to form.

A    Our assistant superintendent for pupil community outreach -- I'm not sure of the title -- Deb Winter, was the district DASA coordinator.

Q    Deb Winter was the district coordinator?

A    Yes.

Q    There's a lot of hierarchal, I could imagine, discussions.

Was there any sort of a map, a district map, a Longwood High School map, or any other sort of tree, or any document to which you could refer to easily access this information?

MS. LINEEN:  Note my objection to form.

A    I don't recall.

Q    Going back here.

So we've spoken about a few more

professionals that were within the building.

Anyone that you could designate as a paraprofessional that worked within Longwood High School from 2010 to 2015?

A    A paraprofessional?

We don't have that title or position in our district.

Q    You had about -- looks like we discussed, just from the assistant superintendents and you as -- excuse me, the assistant principals, and you as the principal of Longwood High School, it looks like there was at lease five or six clerical staff members; is that right?

MS. LINEEN:  Objection.

A    I think we went through how many clericals were in those administrative offices.

Q    What about the teachers? Do the teachers have clerical staff at Longwood High School when you were the Longwood High School principal from 2010 to 2015?

A    There is one clerical for faculty.

121

Q Who was that clerical for faculty?

A Laura Sorentino.

Q During your tenure as principal of Longwood High School from 2010 to 2015, what was her role and duties?

A She would type up assessments for teachers, departments, run off any paperwork that the department chairs or teachers needed for their classes.

Q Any other clerical staff available to the teachers when you were principal of Longwood High School for 2010 to 2015?

A There was a second clerical in there; and right now, I can't remember her name.

Q What were her job functions and duties when you were principal?

A They worked collaboratively, together. One worked more -- worked closer with the department chairs, and the other one was for faculty. But for the most part, they worked collaboratively.

*Rich Moffett Court Reporting*

122

Q Any other clerical staff assigned, or teachers could access, within Longwood High School that we have not discussed?

A Other than the Xerox lady. There's a Xerox person who runs copies.

Q Is that Xerox person, is she part of the teachers?

A She is, CSEA, with the clerical.

Q The clerical.

So there was the teacher unit, civil service, administrative unit?

A So the civil service would be the Xerox lady, part of that.

Q Who else worked at Longwood High School would be part of the civil service, like a Xerox lady, during your tenure of Longwood High School from 2010 to 2015?

MS. LINEEN: Objection to form.

A Anyone who has a civil service title.

There's a lot of different people in there.

Q More or less than ten?

*Rich Moffett Court Reporting*

123

MS. LINEEN: Objection.

A I don't know.

Q As you sit here today, you don't recall how many clerical staff were assigned to that civil service unit from 2010 to 2015?

MS. LINEEN: Objection.

A No.

Q Any sort of document you can think of that would refresh your recollection as to how many clerical staff worked at Longwood High School from 2010 too 2015?

A Probably have to go to Human Resource and get a list of who was there at that time, because I do not remember.

Q And speaking of Human Resources, because we mentioned a number of individuals, going back now again -- we just spoke about counselors, social workers, psychologists -- in addition to the numerous teachers at Longwood High School, is there an HR department which you oversaw as principal of Longwood High School from 2010

*Rich Moffett Court Reporting*

124

to 2015?

A No.

Q There was no HR, no human resources, in other words, within Longwood High School?

A No.

It's a district function.

Q Just to be clear, the school monitors before; they were part of Longwood High School; is that right?

MS. LINEEN: Objection.

A They were employees of Longwood Central School District.

Q As employees of Longwood Central School District, they were stationed in Longwood High School from time to time?

MS. LINEEN: Objection.

A There are a variety of school monitors, K-12.

Q Was there any sort of consistently of who would show up every day at Longwood High School when you were principal from 2010 to 2015?

A There is, yes.

*Rich Moffett Court Reporting*

125

Q   Did you have occasion to call upon them to perform certain duties or functions, as principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Note my objection to form.

A   There were individuals that would do certain mailings during the primer, prior to the opening of school, that were asked to work.

Q   Were you the one, as principal of Longwood High School from 2010 to 2015, to ask them to do that work?

A   It would be requesting -- so -- an AOV would be probably asked who would like to work the summer.

Sometimes you would tap certain people; but other than that.

Q   You used the term before -- what was that term?

A   AOV.

Q   What is AOV?

A   A vacancy.  A stands for an announcement of vacancy, announcement of

*Rich Moffett Court Reporting*

126

vacancy.

You want to make sure everyone has equal opportunity; so therefore, you will ask who is interested.

Q   How is that done?

A   It would be through human resource.

Q   Do they send out an e-mail, a letter, a postcard, just announce it?  How do they do that?

A   Since going paperless, it would be an e-mail.

Q   When you were principal of Longwood High School from 2010 to 2015, was it an e-mail that they would do?

A   AOV, it was in transition. Sometimes it would have been papered, because the school monitors at that time did not have e-mail addresses; so, it would have been a posting of hard copy.

Q   What about the security guards? Did they have e-mail at that time, throughout your tenure of Longwood High School?

*Rich Moffett Court Reporting*

127

A   I believe not.

Q   Do they now have e-mail?

A   I don't know.

Q   Who did have e-mail, when you were principal of Longwood High School from 2010 to 2015?

A   The teachers, teachers' assistants, counselors, the instructional staff, I would say, the instructional staff and clerical.

Q   What, if any, regular e-mails were submitted when you were principal of Longwood High School, from 2010 to 2015, to those staff members who had e-mail?

MS. LINEEN:  Objection to form.

A   What do you mean?

Q   So what e-mails were sent to them?  Why did they have e-mail addresses?

MS. LINEEN:  Objection to form.

A   It would have to do with their responsibilities, their function of their position.

Q   As part of their function of their position, they would regularly use

*Rich Moffett Court Reporting*

128

e-mail, as employees of Longwood High School?

A   The clericals, the teachers, the TAs, the instructional staff.

Q   But not, for instance, the security or the school monitors.

A   No.

Q   As principal of Longwood High School from 2010 to 2015, what kind of support services were within the Longwood High School building?

MS. LINEEN:  Objection to form.

A   What does that mean?

Q   Support services.

You mentioned clerical.

Anything else along those lines?

A   You're looking for individuals whose roles were support, such as the school monitors?

Q   Yes?

A   One-to-one aides for students with disabilities?

Q   Yes?

A   TAs would be considered support

*Rich Moffett Court Reporting*

129

staff.  Your mental health would be support staff.

Q   Who else would be support staff?

A   I don't know, at the moment, what else -- because I don't know -- those would be supports that I am thinking of.

Q   I think we asked about the nurses, the psychologists.

How many teachers' aides were within Longwood High School when you were the Longwood High School principal, from 2010 to 2015?

A   I do not know.

Q   Was it --

A   We're not going to guess.  I do not know.

Again, it fluctuates with the needs -- Special Ed needs.

Q   You mentioned before there might be a social worker with an addiction credential.

Do you have substance abuse education within Longwood High School when you were principal, from 2010 to 2015?

*Rich Moffett Court Reporting*

130

MS. LINEEN:  Note my objection to form.

A   What do you mean by that?

Q   Substance abuse, I guess, programs.

So for instance, maybe DARE or MADD might have a program such as that.

Did Longwood High School have any substance abuse education programs when you were principal of Longwood High School, from 2010 to 2015?

A   Due to cuts, all those have gone out, because they were supported outside of the district, through outside -- outreach services.

We have a club called SADD, Students Against Drunk Driving.

Other than that, no.

Q   You said, you know, due to cuts.

Who runs these programs?

A   I believe they were from the County, Town.

Q   It's fair to say -- I don't want to put words in your mouth -- it's fair to

*Rich Moffett Court Reporting*

131

say that as principal of Longwood High School from 2010 to 2015, Longwood High School did not have any such substance abuse programs, as made and created and run by the school itself?

MS. LINEEN:  Objection to form.

A   Not a course.  No.

Q   So is it fair to say that the substance abuse education program was run by outsiders, at Longwood High School?

MS. LINEEN:  Objection.

A   Those were services provided to Suffolk County schools in the past.

And in the building, we support students, we give students referrals outside the school.

Again, we are an educational institution, so --

Q   The social workers that you mentioned before; are they available full time?

A   Yes.

Q   Were they responsible for running such programs, in whole or in part,

*Rich Moffett Court Reporting*

132

substance abuse programs?

MS. LINEEN:  Objection.

A   They're responsible to meet the needs of the students within our building.

If a student is believe to have an addiction of some sort, there will be part of that student's -- in terms of conferencing with the parent and with them, and providing outside services.

Q   And to follow up with that, so that the duties of a social worker within the Longwood High School when you were principal of Longwood High School from 2010 too 2015 -- aside from substance abuse issues, what were their duties and function?

A   The social, emotional support for our students in the building.

Q   Anything else?

A   Anything that had to do with the wellness of the child, the whole child.

Q   That includes, for instance, Dignity For All Students Act complaints?

A   Yes.

Q   Anything else because, for

*Rich Moffett Court Reporting*

133

instance, the complaints are different.

Anything else that we didn't discuss for the social workers?

MS. LINEEN:  Objection to form.

A        I do not believe.

Q        So as principal of Longwood High School from 2010 to 2015, the social workers within Longwood High School were responsible for taking Dignity For All Students Act complaints; is that right?

MS. LINEEN:  Objection.

A        Yes.

Q        Anyone else responsible for that job function?

A        So, if there is a complaint, it would go to them -- to the Dignity Act Coordinator of the building.  The two social workers have been identified at the high school as those had individuals.

Q        Would the complaint go to anyone else?

MS. LINEEN:  Objection to form.

A        I don't know what you mean by anyone else.

*Rich Moffett Court Reporting*

134

Q        So for instance, would the social worker act independently of the principal or administrative staff in handling such a complaint?

A        So they are -- they receive the recording of such a complaint, and also worked with central office -- Ms. W████ who is the district coordinator of DAC -- or the DAC coordinator.  And depending on the situation, the principal would be aware.  Then also the assistant principal.  I mean, it depends on the situation.

Q        So, in other words, these social workers were responsible for recording the Dignity For All Students Act complaints; is that right?

A        Yes.

Q        What was the process that you oversaw, as principal of Longwood High School from 2010 to 2015, in regard to recording those complaints?

A        So, this is a yearly expectation, and it is presented to the staff through the DAC coordinators as well

*Rich Moffett Court Reporting*

135

as the principal of the high school.

Any complaint received by a teacher from a student who said they've been -- we're going to bullying -- would go to the counselor of record.  The counselor of record would have this conversation with the DAC coordinator, to determine -- because you have to determine whether it is or is not, look at all -- look at the facts.

Depending on the severity, then it would probably be -- if it reaches to the point where it's truly an issue, then the assistant principal or the principal would be part of conversations.

Q        Just for our court reporter, you said DAC.  What is that, DAC?

A        D-A-C.

Q        What is it?

A        Dignity Act Coordinator.

Q        You said counselor of record.

Could you clarify what you meant by that?

A        So each counselor at the high school has a certain caseload.  At the time

*Rich Moffett Court Reporting*

136

when I was there as principal, it was by alpha.  So, from A to C, school counselor one would have is that caseload.

Q        And when you were principal of Longwood High School from 2010 to 2015, approximately how many students were within the school?

A        Over 2700.

Q        How many counselors were there for each student?

A        The ratio?  I don't remember, but we have 13 school counselors, where it was not only the responsibility -- for most of the counselors, the responsibility was within those students within the building.

Some counselors had students that were placed outside of district, that would also be responsible for those students.  Students on home tutoring.  I mean, there's a gamut of things that happen.

Q        And so, I went to law school.  I apologize.

13, about 2700, is it fair to say that as you sit here today, that as

*Rich Moffett Court Reporting*

137

principal of Longwood High School from 2010 to 2015, each counselor had about 200 students or more in their caseload?

MS. LINEEN: Objection to form.

A   **They're close to 300.**

Q   Close to 300 for each counselor?

A   **Yes, depending on the counselor's responsibilities.**
**Some had out of district students they were dealing with.**

Q   Was there a difference between the counselors that dealt with out of school students and the counselors that dealt with in school students, did all of them have that responsibility, or something else?

MS. LINEEN: Objection to form.

A   **There was -- for consistency purposes, for students outside of district, we had one counselor who oversaw that process and those students.**

Q   Who was the counselor who oversaw the out of district students?

A   **So there was -- the department chair at one point. There was someone by**

*Rich Moffett Court Reporting*

138

**the name of Patricia Velo, and now we have Susan Schoen, S-C-H-O-E-N, something like that, or E-O-N, who came at the end of my tenure.**

Q   I want to clarify.
Do those counselors also have other job functions?

A   **They had students as well, from the building.**

Q   As counselors, or as something else, like for instance a director who was also a counselor?

A   **Counselors.**

Q   Just counselors, right?

A   **School counselors dealt with school counseling responsibilities.**

Q   So I want to be clear, as principal of Longwood High School from 2010 to 2015, you had 13 counselors within Longwood High School; is that right?

A   **I believe so.**

Q   Each of those counselors were each responsible for approximately how many students?

*Rich Moffett Court Reporting*

139

MS. LINEEN: Objection.

A   **Close to 300.**

Q   I want to go back.
You indicated that the DASA coordinators would be responsible for just the taking of these complaints, Dignity For All Students Act complaints; is that right?

MS. LINEEN: Objection.

A   **Those are the two social workers in the building.**

Q   Would anyone else be responsible for recording the complaints made pursuant to the Dignity For All Students Act when you were the principal of Longwood High School from 2010 to 2015?

A   **Those were the individuals identified to receive and record.**

Q   Were those two social workers responsible for the entire student body, when you were principal of Longwood High School from 2010 to 2015, in terms of recording those complaint?

A   **They were the two that were identified, yes.**

*Rich Moffett Court Reporting*

140

Q   Anyone else responsible for recording those complaints when you were principal from 2010 to 2015?

A   **Our processors were all responsible to --**

MS. LINEEN: Objection.

A   **-- ultimately the recording of those complaints would go to the -- those DASA coordinators in the building.**

Q   Are you aware of a DASA policy made by Longwood Central School District?

A   **The policy is a law from the New York State Education Department. We, as a District, support the law.**

Q   I want to go back.
After the recording of the complaints, what, if any, are the social workers' responsibility within Longwood High School when you were the principal of Longwood High School from 2010 to 2015?

A   **Say that again.**

Q   After the recording of the complaint by the social worker of a Dignity For All Students Act, what, if anything,

*Rich Moffett Court Reporting*

141

would be the duty and responsibility of those social workers when you were the principal of Longwood High School from 2010 to 2015?

MS. LINEEN: Objection.

A   **They would speak to the individual involved in that case, so, the victim and the bully for -- call him or her, anything else.**

**They would talk to both the individuals involved in the situation.**

Q   So for instance --

A   **Separately.**

Q   Was there a procedure on how to have that conversation? Was the conversation recorded, for instance, was it written down, or something else?

MS. LINEEN: Objection to form.

A   **I believe that if it was in the student management system, a log entry, probably a statement that spoke to -- met with so-and-so.**

Q   Aside from that statement, were any reports made in response to a Dignity

*Rich Moffett Court Reporting*

142

For All Students Act complaint, when you were principal of Longwood High School, from 2010 to 2015?

A   **The forms would have some type of recording, you know.**

**But, I guess what -- I don't remember exactly their personal notes, the social worker's personal notes, their notes.**

**The only thing that I recall is the number of incidents were collected monthly.**

Q   How were they collected?

A   **It was a form for the -- so that central office would know how many, if any, concerns there were, or reports there were.**

Q   So you're aware of these formal reports that were made by the social workers in regard to Dignity For All Students Act complaints?

MS. LINEEN: Note my objection to the form.

A   **Again, the one that I am speaking to only had a number.**

Q   You said the one that you're

*Rich Moffett Court Reporting*

143

speaking to.

Do you mean the report itself?

A   **It's a form, with a number stating how many incidents may have occurred in a given month.**

Q   When did you first become aware of this? Under what circumstances did you become aware of this form that you mentioned?

A   **It's part of our process, as a district.**

Q   So it's regularly maintained within the district?

MS. LINEEN: Objection to form.

A   **I can't say. I can't speak to that at this time, because I'm not sure.**

Q   Was it?

A   **It was not in my -- I guess -- I'm trying to remember. I just remember -- because sometimes there were months that you had nothing. So for the most part, it was -- may have seen that report once a year.**

Q   When you say seen that report,

*Rich Moffett Court Reporting*

144

was it on a computer?

A   **No, it was paper. Hard copy.**

Q   You said you might have received it once a year or once a month. It changed?

A   **I would get a copy, because it would go directly to the assistant superintendent, Deb Winter.**

**So central office kept just trying to assess the prevalence of the -- you know, the DASA.**

Q   You said before, depending on the severity of the complaint, you or an assistant principal might be informed of that complaint; is that right?

A   **Yes.**

Q   Could you explain what you mean by that?

A   **If it is a situation that required administrative intervention, then we would have a meeting with the parents, separately, to assist in supporting the victim and the perpetrator.**

Q   How would that happen? Would it be a phone call, something else?

*Rich Moffett Court Reporting*

145

A       Schedule with the parent would probably be a phone call.

Q       At the end of that meeting, or whatever occurred, would there be some sort of written resolution or some sort of written confirmation as to the end or suggestion or resolve of this Dignity For All Students Act complaint?

MS. LINEEN:  Objection to form.

A       There would probably be an understanding and an agreement among the parties; but, not necessarily written.

Q       As principal of Longwood High School from 2010 to 2015, was there ever anything written in regard to those Dignity For All Students Act resolutions?

MS. LINEEN:  Objection to form.

A       The only thing I could tell you would be written would be a behavior plan. Depending on the student, if it was something that happened more than once with this particular student, there would be an agreement in terms of staying away or, you know, it was an in-house agreement.

*Rich Moffett Court Reporting*

146

Q       And I want to make sure, you said behavior plan, not behavior intervention plan, right?

A       No.  Just an agreement that we would make sure that we all knew what our place was.

Q       Would the parent sign that, or the student sign that, or anyone sign is that?

A       We would have the student sign that, in terms of agreement, and the parent would be with that student.

Q       Was there any policy, practice, procedure, rule, guideline, anything that governed that process, to make those Dignity For All Students Act agreements, when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection to form.

A       It was a practice.

Q       Nothing written?

A       No.

Q       Had there ever come occasion where you had to call the police in regard

*Rich Moffett Court Reporting*

147

to a Dignity For All Students Act complaint?

A       No.

Q       Has there ever come an occasion where, as principal of Longwood High School from 2010 to 2015, you had to make a suspension or referral as a result of a Dignity For All Students Act complaint?

A       I don't remember.

Q       If you did, would there be a record of such suspension?

A       If a suspension occurred, there would be a record.

Q       What kind of record would be made?

A       It's a letter to the parents regarding the infraction, why the student is being suspended, according to the Code of Conduct.

Q       Anything besides that letter?

A       Such as?

Q       Note to personnel file, note to educational file, a demerit, anything else that would occur, aside from just that letter to home?

*Rich Moffett Court Reporting*

148

A       The letter, it would be the document we have to speak to a suspension or any type of disciplinary action.

Q       So for example, as principal of Longwood High School from 2010 to 2015, anything that demarcated the referrals that occurred from Dignity For All Students Act as opposed to an independent referral, say, for Mr. Crenshaw?

A       Say that again.

Q       Sure. Anything that differentiated the refers received as a result of being a disciplinary referral of a Dignity For All Students Act complaint, as opposed to just the observation of a Longwood High School employee?

A       I don't understand your question.

Q       Sure. Can a disciplinary referral occur without a Dignity For All Students Act complaint?

A       Can a what?

*Rich Moffett Court Reporting*

149

MR. MORRIS: Ask you to repeat that one, please.

(Whereupon, the last question was read back by the reporter.)

A    A complaint.

I guess I'm confused between disciplinary and DAC.

Q    So --

A    Because not necessarily are they the same.

Q    That's what I am trying to get at.

If one makes a Dignity For All Students Act complaint that resulted in a suspension, is there any notation made anywhere that it was as a result of a Dignity For All Student Act complaint?

A    If such a situation where it was a DASA concern, it would be part of the Code of Conduct.

Therefore, the assistant superintendent -- assistant principal would have written a referral toward discipline, as well as having it reported with the DAC.

*Rich Moffett Court Reporting*

150

But, I just want to make clear that nothing works in isolation. So that social worker is also a part of this conversation.

Q    Understood.

Would the social worker be part of the conversation -- if, for example, an assistant principal, when you were principal of Longwood High School from 2010 to 2015, observed conduct independent of a Dignity For All Students Act violation that is a result of a suspension, would the social worker be involved?

A    So, as a school that wants to do the best for students, if a social worker is part of that child's -- I guess, knows that child, and knows something about -- has worked with them, they would probably be part of the conversation.

Q    So, it would be one of two people that would be part of the conversation, when you were principal?

A    There could be more than one or two people, depending on the situation,

*Rich Moffett Court Reporting*

151

depending on the student, depending on, you know -- it's not just a one person deal sometimes.

Q    So, just bear with me. I promise I'll try to make this question as quick as possible.

So there would be one or two social workers there present, when you were principal of Longwood High School, from 2010 to 2015, if such a referral was made?

MS. LINEEN: Objection.

A    It would be the social worker who has either a relationship with that student, or someone we've -- if that student works with that social worker, then that social worker would be asked to be part of this conversation.

Q    And just to be clear, there were two social workers, when you were principal of Longwood High School, from 2010 to 2015, at Longwood High School; is that right?

A    Yes.

Q    So, those two social workers were responsible for a student body of

*Rich Moffett Court Reporting*

152

approximately 2700 or more; is that right?

A    They're there to support, the best they can, yes. The ratio is not ideal.

But we had a mental health team. That's why you have student counselors, psychologists, social workers, who work together to support the needs of our students.

Q    I understand that.

I imagine there's a number of difficulties I'm not privy to, which is why I'm asking.

So to be clear, those one or two social workers would be involved if any one of those disciplinary referrals occurred with any number of the 2700 or so students?

MS. LINEEN: Objection to form.

A    Depends on the situation again, and the child.

Q    Would a social worker not be involved if there was a disciplinary referral resulting in a suspension for one of the Longwood High School students when you were principal of Longwood High School

*Rich Moffett Court Reporting*

**153**

from 2010 to 2015?

MS. LINEEN: Objection to form.

A   **It's a variety of things that happen.**

Q   Would there ever be an instance that a social worker would not be involved when there was a disciplinary referral or suspension when you were principal of Longwood High School from 2010 to 2015?

A   **Yes.**

Q   We spoke about a number of employees before.

Of all the people we discussed, is there anyone who maintains the security cameras, that we've not mentioned?

A   **No.**

**We mentioned everyone.**

**Mr. Perada oversees those.**

Q   To be clear, Mr. Perada, what are his job duties and functions?

A   **He oversees security throughout the district.**

Q   Is his office located in the district office or is it located in Longwood

*Rich Moffett Court Reporting*

**154**

High School, or somewhere else, when you were principal from 2010 to 2015?

A   **Longwood High School.**

Q   So, it would be the person responsible for overseeing the entire district was located within Longwood High School when you were principal at Longwood High School?

A   **Yes.**

Q   Has he since moved?

A   **Not to my knowledge.**

Q   What was his job title, that being James Perada, when you were principal of Longwood High School from 2010 to 2015?

A   **I don't know his true title.**

Q   What were his job duties and functions, when you were --

A   **Security, district wide.**

Q   As you sit here today, when you were principal of Longwood High School from 2010 to 2015, he was responsible for the maintenance of the school security cameras?

MS. LINEEN: Objection to form.

A   **I don't know that that's true.**

*Rich Moffett Court Reporting*

**155**

Q   Do you know who was responsible for the school security cameras from 2010 to 2015 at Longwood High School?

A   **Security is under operation and maintenance, Mr. Steve Harding.**

Q   Anyone else responsible for that function, aside from Mr. Steve Harding?

MS. LINEEN: Note my objection to form.

A   **Not that I know of.**

Q   Do you know, for instance, if anyone else, aside from security and maintenance, were responsible for the oversight or had access to the Longwood High School security cameras?

A   **No.**

Q   For instance, do you know if Suffolk County Police Department had access to the Longwood High School security cameras, when you were principal of Longwood High School from 2010 to 2015?

A   **I do not know.**

Q   Let's go back to Mr. Harding for a second.

*Rich Moffett Court Reporting*

**156**

Who was Mr. Hardy?

A   **Harding.**

Q   It is Harding?

A   **I-N-G.**

Q   Who was Mr. Harding responsible for at Longwood High School when you were principal at Longwood High School from 2010 to 2015?

MS. LINEEN: Objection.

A   **Specific to the high school, no. He is district wide. He oversees all of the custodial staff, grounds, security -- I don't know what else.**

Q   Was there anyone specific to Longwood High School in that position?

A   **Such an as?**

Q   Was there a director of Longwood High School security when you were principal?

A   **No.**

Q   Mr. Harding -- he was responsible not just for the security, he was responsible for what else?

A   **Operation and maintenance. Our**

*Rich Moffett Court Reporting*

157

plumbing, our heating, our grounds, our -- you know, anything that has to do with the facilities. Athletic field.

Q      In that regard, when you were principal of Longwood High School from 2010 to 2015, was Mr. Harding responsible, for instance, lawn maintenance?

A      Everything was under him, yes.

Q      Do you know if he employed certain individual or the district employed certain individuals that were specific to lawn maintenance?

A      I do not know that.

Q      What about specific to, you mentioned plumbing?

A      I do not know.

Q      What about specific to electrical matters?

A      I do not know.

Q      What about specific to infrastructure?

A      I do not know.

Q      Do you know if Mr. Harding was responsible, when you were principal for

*Rich Moffett Court Reporting*

158

Longwood High School from 2010 to 2015, for the security cameras?

A      It's under his responsibility, but I cannot speak to that.

Q      Do you know of who, if anyone, he assigned to run those security cameras when you were principal of Longwood High School from 2010 to 2015?

A      Mr. Perada.

Q      Anyone beside Mr. Perada?

A      Not that I know of.

Q      Did Mr. Harding have any clerical staff, when you were principal of Longwood High School from 2010 to 2015?

A      Even in a building outside of Longwood High School, I would say that there is some type of clerical there, but I do not know.

Q      What about Mr. Perada? Did he have any clerical staff when you were principal of Longwood High School from 2010 to 2015?

A      No.

Q      What about any of the security

*Rich Moffett Court Reporting*

159

guards? Did they have any access to clerical staff when you were principal of Longwood High School from 2010 to 2015?

A      No.

Q      We mentioned teachers having clerical staff.

Did the librarians at Longwood High School have access to clerical staff when you were principal of Longwood High School from 2010 to 2015?

A      There is a clerical in the library who -- her responsibilities is to place orders, you know, to buy books, and manage the books, I guess.

Q      Did the social workers have access to any clerical staff within Longwood High School, when you were principal of Longwood High School from 2010 to 2015?

A      No.

Q      Did the psychologist have access to any clerical staff when you were principal?

A      No.

Q      Did the counselors have access

*Rich Moffett Court Reporting*

160

to any clerical staff when you were principal of Longwood High School from 2010 to 2015?

A      Yes. They do have clerical.

Q      Who was their clerical staff, when you were principal of Longwood High School from 2010 to 2015?

A      I don't remember everybody's name.

Q      Was there one person, two people?

A      The department chair had a senior clerk typist and a clerk typist; so that individual had two.

The counselors shared clerical.

Q      They share one of those two folks?

A      No. They shared other clerical.

So, it was like two to one; two counselors to one clerical.

So, you might have -- I'm thinking -- five clerical in addition to the two that belonged to the department chair.

Q      So, along with the department

*Rich Moffett Court Reporting*

161

chair, there was 13 counselors when you were principal of Longwood High School?

A    Yes.

Q    For those 13, along with the chair, there were seven clerical staff; is that right?

MS. LINEEN:  Objection.

A    Yes.

Q    What about the teacher assistants?  Did they have clerical staff?

A    No.

Q    What about the Special Ed teachers?  Did they have clerical staff?

A    It's the same; one person for everybody.

Q    So just to be clear, when you were principal of Longwood High School from 2010 to 2015, there was one clerical person for all the professional teachers?

A    Yes.

Q    You mentioned before the administrative unit of the collective bargaining agreement consisted of the principal, the assistant principals.

*Rich Moffett Court Reporting*

162

Anyone else within Longwood High School under that administrative unit of the collective bargaining agreement, when you were principal of Longwood High School?

A    No.

Q    You said the civil service -- the clerical bargaining agreement that existed for secretaries, custodial staff, was there anyone else that was within that collective bargaining unit that we have not discussed today?

MS. LINEEN:  Objection.

A    Not that I can think of.

Q    Aside from the teachers of which we discussed, is there anyone else, part of that teacher unit, collective bargaining agreement, that we have not discussed?

A    I don't recall.

Q    There anything that would refresh your recollection?

A    We'd have to get a -- from human resource, a listing of people.  That's about it.

Q    Had you have the opportunity to

*Rich Moffett Court Reporting*

163

take a look at that list of people?

MS. LINEEN:  Objection.

A    During that time that I was there?

Q    Yes?

A    No.

Not in its entirety, no.

Q    Perhaps a partial view?

A    Teachers.  Because it came to staff and budgeting.  It would be teachers, I would have a list of.

And teachers, meaning counselors, social workers, whoever is in that collective bargaining unit, in terms of my staff and instructionally.

Q    When did you first become aware of this list, and under what circumstances did you?

A    It's called staff and budgeting. Once a year.

Q    Once a year.

So, you read through this every year?

MS. LINEEN:  Objection.

*Rich Moffett Court Reporting*

164

A    It is a list that comes out to identify who is positioned -- where this teacher position is.

Q    Do you know who regularly maintained that?  Was it --

A    Human Resource.

Q    Human resources at Longwood Central School District?

A    Yes.

Q    Do you know if it was kept electronically or physically or something else?

A    I can't really speak to that.  I don't know.

Q    Do you know who has custody of it now?

A    Human resource, district.

Q    Does Longwood Central School District maintain a policy as it relates to Dignity For All Students Act?

MS. LINEEN:  Objection.

A    It is the law; so is part of a Code of Conduct; therefore, it is part of the governing body of the Longwood Central

*Rich Moffett Court Reporting*

165

School District, which you will find in the policy manual, which is electronic, found under board docs under our web site.

Q    You have picked up a number of questions I'm going to ask.

So you're aware of such a policy; is that right?

A    It is the law.

Q    When did you first become aware of it, and under what circumstances did you become aware of it the first time?

A    Whenever it become law.

And it was -- it's presented every year, at faculty meetings.

Q    Did you read it and review it, when it was presented?

A    Yes.

Q    Do you know who has physical custody of these policies or rules or law?

A    Again, it's public.  And it's on our board docs, which can be found on our school web site, our district website.

Q    I want to talk about that a little bit.

*Rich Moffett Court Reporting*

166

And so just to be clear, it's maintained in an electronic format?

A    Yes.

Q    And I assume the custodian has the website itself, at Longwood Central School District?

A    The Board of Education.

Q    To be clear, the Board of Education for Longwood Central School District?

A    Yes.

Q    When you say board docs --

A    It is the software.

Q    If you can, explain to someone who doesn't know about the software, what is this board doc software?  What is it, exactly?  What does it do?  What does it allow you to do, as principal of Longwood High School?

MS. LINEEN:  Objection.

A    As principal of Longwood High School, nothing.  It allows me to do nothing but to view.

Q    So for instance, I you could

*Rich Moffett Court Reporting*

167

view things, what could you view?

A    Policies; the policies.

Q    Is it public access; anyone could access that?

A    Yes.

Q    When you were principal of Longwood High School from 2010 to 2015, did you disseminate any information that the teacher, parents, anyone could access, such as board docs?

MS. LINEEN:  Objection to form.

A    As principal, that is not my place.

It's central office.

Q    So central office disseminated something when you were principal of Longwood High School from 2010 to 2015, so that parents or anyone could view these board docs?

A    I don't recall.

Q    Do you recall, when you were principal of Longwood High School from 2010 to 2015, what was exactly on and accessible from these board docs?

*Rich Moffett Court Reporting*

168

A    Well, while I was principal of Longwood High School, we were in transition from hard copy to electronic.

Q    Do you recall the years that you were in that transition?

A    I do not.

Q    The school year of 2014 and 2015, were you, as principal of Longwood High School, utilizing an electronic policy or was it a paper policy?

A    I believe it was still both.

Q    How was the paper policy distributed when you were principal of Longwood High School from 2010 to 2015?

A    The office has a manual.

Q    What kind of manual?

A    Hard copy.  Paper.

Q    When you say manual, is that something that consists of all the policies, or something else?

A    It only consists of policies.

Q    This manual is disseminated to all your staff, as a principal of Longwood High School from 2010 to 2015?

*Rich Moffett Court Reporting*

169

A    All administrators would have a copy.

Q    What about the teachers?

A    I do not know.

Q    When you say administrators, who would have a copy of the administrative manual that you just discussed?

MS. LINEEN:  Objection.

A    The assistant principal and the principal.

Q    How did you first become aware of such a manual, and under what circumstances did you become aware of it?

A    When you become an administrator, it's on your desk.

Q    Did you read it?

A    I read selectively, what is needed to be known and what's -- to assure that I'm abiding by the governing body.

Q    Do you know who has custody of these documents now; the policy that you received?  Do you still have it?

MS. LINEEN:  Objection.

A    Manuals are obsolete.

*Rich Moffett Court Reporting*

170

Since policies are revised, some are revised, and therefore, if you want the most current and relevant information, you must go onto board docs on our web site, on Longwood Central School District's web site, to access the policies.

Q    So for instance, the policies that existed in the 2014 and 2015 school year at Longwood High School as it relates to Dignity For All Students Act of Longwood High School in 2014, 2015, did you review that policy?

A    Which one?

Q    The one for Dignity For All Students Act for the 2014 and 2015 school year can?

A    I don't recall.

Q    Are you aware if such a policy exists?

A    Yes.  It's the law.

Q    When did you become aware of the 2014-2015 Longwood High School policy, and under what circumstances did you become aware of that policy?

*Rich Moffett Court Reporting*

171

MS. LINEEN:  Objection to form.

A    It is part of the law.

Every year we go over it in a faculty meeting to discuss.  And it is part of the Code of Conduct, which is also revised yearly, or reviewed yearly.

Q    I'm going to hand you what's been previously marked Plaintiff's Deposition Exhibit 15.  It bears on it Bates stamp LCSD 233 to LCSD 235.

A    (Looking at document)

Q    Does that policy look familiar to you?

A    Yes.

Q    When did you first become aware of that policy, and under what circumstances did you become aware of Plaintiff's Exhibit 15?

A    2014, since that was when it was adopted.

Q    Did you read it?

A    During the time that I was principal?

Q    Yes?

*Rich Moffett Court Reporting*

172

A    Yes.

Q    Who has actual physical custody of that document at this time?

A    It is electronic.  It's part of the Board of Education of Longwood Central School District's governing body.

Q    So it's kept and maintained in the regular course of business at Longwood Central School District?

MS. LINEEN:  Objection to form.

A    It is part of the governing body for the Board of Education.

Q    As principal of Longwood High School from 2010 to 2015, were you expected to rely on this document in performing your job functions?

MS. LINEEN:  Objection.

A    I don't know what you mean by rely on this document.

Q    That document there, did it guide your conduct when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection.

A    All the policies guide our

*Rich Moffett Court Reporting*

173

decision making.

Q   That's a policy, correct?

A   Yes.

Q   Did it guide your decision making as principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection.

A   This policy -- on these issues.

Q   I'm going to take that back from you.  Thank you.

The policy that you just reviewed, were all members of your staff, as principal of Longwood High School from 2010 to 2015, were they expected to follow that policy?

MS. LINEEN:  Objection.

A   There is every year, during faculty meeting, a refresher about the DASA policy.

Q   What was the purpose of that refresher?

A   It is actually a requirement by the State as well as district, Longwood Central School District.

*Rich Moffett Court Reporting*

174

Q   And that refresher, what exactly was that refresher, as you stated here today?

A   It's a presentation by the -- both social workers, to speak to the process that we have in the building to adhere to the Code of Conduct and the policy on Dignity For All Students Act.

Q   So was it one or was it both of the social workers within Longwood High School when you were principal of Longwood High School?

A   They both presented to the faculty.

Q   Was that all the faculty or some of the faculty?  How many people did the social workers present to every year?

MS. LINEEN:  Objection.

A   I don't have a -- it was the instructional staff.

Q   For instance, did they present to the custodial staff?

A   Not during the faculty meeting.

Q   Did they do it outside of the

*Rich Moffett Court Reporting*

175

faculty meeting?

A   They may have worked with Mr. Perada to present for a meeting for all guards.

Q   As you sit here today, as principal of Longwood High School for 2010 to 2015, do you know if the social workers presented to the security guards at Longwood High School?

A   I believe one year, because they take turns.

Social workers are all DAC coordinators for the buildings; so therefore, Ms. Disteffano may have presented one summer and someone else may have done it another summer.

Q   So, they've done it consistently since Dignity For All Students Act has been promulgated; is that correct?

A   I believe so.

Q   Has this refresher occurred to all the clerical staff at Longwood High School when you were principal of Longwood High School from 2010 to 2015?

*Rich Moffett Court Reporting*

176

A   I don't recall.

Q   Has the refresher occurred to all of the custodial staff when you were --

A   I do not know.

Q   Do you know if the refresher course that you mentioned earlier was given to the nursing staff?

A   The nursing are part of the instructional staff; so therefore, they're expected to be at the faculty meeting.

Q   So the nursing staff received this refresher course when you were principal of Longwood High School from 2010 to 2015?

A   Yes.

Q   Was it the same refresher course or different each year?

A   I don't remember.

Q   Did you ever have an opportunity to review the refresher course prior to its presentation?

A   Trying to remember.

I don't remember.

Q   As principal of Longwood High

*Rich Moffett Court Reporting*

177

School from 2010 to 2015, did you take part in the creation can of the Dignity For All Students Act materials?

A    No.

Q    Whose responsibility was the creation of Dignity For All Students Act materials when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection to form.

A    It initiated with the assistant superintendent, Deb Winter.

Q    Who, if anyone, took over those responsibilities for Longwood High School when you were principal from 2010 to 2015?

A    Ms. Deb Winter was there.

Q    These refresher courses, were they also given to the students of Longwood High School when you were the principal, from 2010 to 2015, of that school?

A    I'm trying to remember.
We did -- the social worker did go into classrooms and provide a presentation.

Q    When you say the social workers,

*Rich Moffett Court Reporting*

178

remind you we discussed earlier about the fact that there was two social workers, and there were 2700 student within the school.

As you sit here today, do you know if the social workers at Longwood High School taught every student a refresher of the Dignity For All Students Act in 2014, 2015?

MS. LINEEN:  Note my objection to form.

A    I don't remember.

Q    Was there any materials provided to students for compliance with the Dignity For All Students Act when you were principal of Longwood High School from 2010 to 2015?

A    That's part of the Code of Conduct, so every student receives a copy of the Code of Conduct.

Q    So you're aware of the Code of Conduct, that it contains a Dignity For All Students Act clause; is that right?

A    Yes.

Q    When did you first become aware of that?

*Rich Moffett Court Reporting*

179

A    Every year.
Every year, as an administrator, as a teacher, you are given a copy of the Code of Conduct.

Q    Did you read it?

A    Yes.

Q    Is it fair to say that occurred for the 2014 to 2015 school year; is that right?

A    Yes.

Q    It occurred for the 2013 to 2014 school year; is that right?

A    Yes.

Q    Is it occurred for the 2012 to 2013 school year?

A    Yes.

Q    It occurred for the 2011 to 2012 school year?

MS. LINEEN:  Just to clarify, reading the Code of Conduct?

Q    Those items that I mentioned to you, the fact that you received it and you become aware of it because of its dissemination.

*Rich Moffett Court Reporting*

180

When you reviewed it, did you review it, and you were aware of its contents?

MS. LINEEN:  We're talking about the Code of Conduct.

MR. MORRIS:  Code of Conduct, including but not limited to the policy of Dignity For All Students Act.

THE WITNESS:  No.  Code of Conduct, we're talking about.

MS. LINEEN:  Objection to form.

A    Code of Conduct, we're talking about.

Q    So, it's --

A    The Code of Conduct is provided every year.

Q    Was the Dignity For All Students Act, in whole or in part, provided every year to students at Longwood High School when you were principal of Longwood High School from 2010 to 2015?

A    I can't remember.

MS. LINEEN:  Objection.

*Rich Moffett Court Reporting*

181

Q     As principal of Longwood High School from 2010 to 2015, what, if anything, did you do to secure that students understood their rights under the Dignity For All Students Act?

A     I don't remember.

Q     As principal of Longwood High School from 2010 to 2015, did you disseminate any memorandum or writings to students or parents concerning respecting the Dignity For All Students Act?

A     Not that I recall.

Q     As principal of Longwood High School from 2010 to 2015, did you, yourself, conduct any presentations regarding students' rights under the Dignity For All Students Act?

A     No.

Q     As principal of Longwood High School from 2010 to 2015, did you ensure that every student was provided a presentation for the Dignity For All Students Act every year?

MS. LINEEN:  Objection.

*Rich Moffett Court Reporting*

182

A     I don't remember.

Q     As principal of Longwood High School from 2010 to 2015, did you, yourself, have occasion to receive a Dignity For All Students Act complaint?

MS. LINEEN:  Objection.

A     I don't remember.

Q     If you had received such a complaint, would you put it in writing to memorize such a complaint?

A     **When you speak to writing, a log entry may be in the student management system regarding within that student, maybe.**

Q     Were you required to make a log entry if there was a Dignity For All Students Act complaint, so you could record and maintain such complaint?

A     **I would, in the log entry.**

Q     As you sit here today, as principal of Longwood High School from 2010 to 2015, do you recall ever making such a log entry?

A     **No.**

MS. LINEEN:  Objection.

*Rich Moffett Court Reporting*

183

A     I do not.

Q     These refresher courses, did they change from year to year?

A     I don't remember.

Q     I'm going to hand you what has been marked Plaintiff's Deposition Exhibit 17.  It bears Bates stamp LCSD 710, it spans to LCSD 770.

A     (Witness perusing document.)

Q     Ms. Castro, are you familiar with what's been marked Plaintiff's 17?

A     Yes.

Q     What is Plaintiff's 17?

A     **This would be the presentation given at a faculty meeting.**

Q     Do you know which year that faculty presentation was given?

A     **Excuse me?**

Q     Do you know what which year that faculty presentation was given?

A     **Every year, the presentation is given.  Whether it's exactly this one, I cannot say.**

**But yes, there is a refresher at**

*Rich Moffett Court Reporting*

184

**faculty meetings every year.**

Q     As principal of Longwood High School from 2010 to 2015, do you recall if the refresher changed from, let's say, academic year 2013 to 2014 to academic year 2014 to 2015?

MS. LINEEN:  Objection.

A     **Say that again.**

Q     From academic year 2014 to 2015, was the refresher different in academic year 2014 to 2013?

A     **I do not know.**

Q     As principal of Longwood High School from 2010 to 2015, do you know if the refresher was changed at all?

A     **I do not know.**

Q     Did you have opportunity to review changes in the law as it related to Dignity For All Students Act when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection.

A     **Changes in the law?**

**No.  I don't recall.**

*Rich Moffett Court Reporting*

185

Q    As you sit here today, as principal of Longwood High School from 2010 to 2015, do you know if that document that is Plaintiff's 17 is maintained in the regular course of business at Longwood High School?

A    **I know that every year this is provided to faculty meeting.**

Q    Is that a true and accurate presentation of that document as you received it and reviewed it at a faculty meeting during your tenure as principal of Longwood High School from 2010 to 2015?

A    **Do I recall this being exactly the same?**

Q    Yes?

A    **I cannot recall.**

**I know that the presentation happened. I know there was a -- you know, I could tell you some pages I recall. Others, I can't.**

Q    Do you recall who made Plaintiff's Exhibit 17?

A    **That was initiated with the**

186

**assistant superintendent Deb Winter.**

Q    Who did the presentation, from what you recall, at the faculty refresher that you recall when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection.

A    **Social workers.**

Q    Anyone beside the social workers?

A    **Not that I recall.**

Q    As principal of Longwood High School from 2010 to 2015, do you recall a policy regarding Badir B-A-D-I-R?

A    **No.**

Q    Do you know what V-A-D-I-R is?

A    **Yes.**

Q    What is VADIR?

A    **It is a report that the State asks all districts to complete. And it has to do with weapons, alcohol, drugs.**

MR. MORRIS:  Going off the record for a second.

(Whereupon, there was a discussion held off the record.)

187

MR. MORRIS:  Back on the record. It's 12:58.

Q    So we're going to ask about VADIR.

What, if any, responsibilities did you have, as principal of Longwood High School from 2010 to 2015, in regard to VADIR reporting?

A    **Responsibilities?**

**Just to review the report before it was submitted to the Longwood Central School District central office.**

Q    If there were any inaccuracies in that report, as principal of Longwood High School from 2010 to 2015, what, if anything, were your expectations to do in that regard?

MS. LINEEN:  Note my objection.

A    **None.**

Q    Aside from review of VADIR, is there anything else you did, as principal of Longwood High School from 2010 to 2015, with VADIR reports?

A    **No.**

188

Q    Were you responsible for, in whole or in part, reporting VADIR incidents, as principal of Longwood High School from 2010 to 2015?

A    **State that again.**

MR. MORRIS:  Can you read it back, please.

(Whereupon, the last question was read back by the court reporter.)

A    **The VADIR report is -- the information gathered for that report comes from our student management system. Therefore, I do not -- I just reviewed the final product.**

Q    When you say student management system, what is that?

A    **Power School.**

**It is our student management system that holds our students' schedules, grades, log entries.**

Q    And as principal of Longwood High School from 2010 to 2015, who was responsible for maintaining Power school, if anyone?

MS. LINEEN: Objection.

A       It was a central office position. Her name is Alice Sloscher -- under the direction of the director of technology at the time, Ellen Petrelli.

At the end of my tenure would be Pierre Gay, Mr. Pierre Gay.

Q       When you say Power School, who was responsible for the entry of a VADIR incident at Longwood High School, if anyone, when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN: Objection to form.

A       The responsibility of reporting a VADIR incident would be generated from a referral, which states that either there was a gun or alcohol, drug -- that would come from whichever assistant principal, either myself, principal, would have been dealing with that situation.

Q       So just so I understand, can you explain, when you say it would come from a referral, what are you referring to?

A       So, we document an incident. So

if we find a student who has a gun in their backpack --

Well, I will say, as a principal, I probably would just put it in the log entries, call my superintendent for advice, in terms of this is the right direction, because a gun is a severe and egregious discipline action, and would be suspended beyond the five days.

Q       So you would call the superintendent, in such an incident?

A       Yes.

Q       But not law enforcement, for instance?

MS. LINEEN: Objection.

A       No.

Q       Just to continue what you were saying, using that example, for instance -- what, if any, discretion does the assistant principal have in regard to writing a referral in that particular circumstance, when you were principal of Longwood High School from 2010 to 2015?

A       Regarding a gun?

Q       Yes?

A       Thank God, we never had that.

But the referral would be written.

But it was just to document.

There would be conversation with me, as the principal, in terms of what would occur.

Q       For instance, there's no discretion of your assistant principal in that instance; is that correct?

A       Right.

MS. LINEEN: Objection.

A       As principal, it is conversation, consultation, and at times it will go to the superintendent and district attorneys.

Q       So in that regard, VADIR is something that is separate from the referrals, when you were principal at Longwood High School from 2010 to 2015?

A       Yes.

Q       VADIR would not be compiled or conducted or anything by you or Longwood

High School administrative staff; is that right?

MS. LINEEN: Objection.

A       When you say compiled, what exactly do you mean?

Q       For instance, you wouldn't say, this is a VADIR incident, because a gun was brought into school, correct?

MS. LINEEN: Objection.

A       I would never think of it that way.

Q       Would you ever report an incident as a VADIR incident, when you were principal of Longwood High School from 2010 to 2015?

A       VADIR incidents are in our student management system according to what the New York State Education Department considers a VADIR incident. And through an export of our student management system is that information taken from, If that makes sense.

Q       I'm going to hand you Plaintiff's Deposition Exhibit 47. It bears

193

Bates number LCSD 24 and it continues on to LCSD 25.

Q       Are you familiar with Plaintiff's Exhibit 47?

A       I may have seen it, but I'm not well versed in it.

Q       When did you first become aware of this, and under what circumstances did you become aware of Plaintiff's Exhibit 47?

A       It is not a document that I am extremely familiar with.

Q       Did you read it prior to today?

A       I don't recall.

Q       Were you expected to comply with Plaintiff's Exhibit 47, as principal of Longwood High School from 2010 to 2015?

A       So where it says, each building principal shall be responsible, I personally am responsible, as principal.

However, I do not compile the information.

Q       I understand.

A       I review the document regarding VADIR in terms of the report.

*Rich Moffett Court Reporting*

194

Other than that, that's where my responsibility is, or was.

Q       And on Plaintiff's 47, is that a document produced by Longwood Central School District?

A       This is through the Board of Education.  This is part of the policy and the governing body.

Q       When you say the Board of Education, I want to be clear for the record, is it --

A       Longwood Central School District Board of Education.

Q       Along with Longwood Central School District policy, it's directed to the building principal of Longwood High School; is that correct?

MS. LINEEN:  Objection to form.

A       It states that in that policy.

Q       And you were the Longwood High School principal from 2010 to 2015, at the time that this was in force; is that right?

MS. LINEEN:  Objection.

A       I believe so.

*Rich Moffett Court Reporting*

195

Q       Do you have any reason to doubt that this is a true and accurate document as it existed at the time of its adoption, "December 18, 2014"?

A       Do I believe it's a real document?

Q       Yes?

A       Yes, I do.

Q       Plaintiff's Exhibit 47, is a similar document now online because of board document?

A       Which document is this? The one I just looked at?

Q       Yes?

A       Yes.  It should be.

Q       When you were principal of Longwood High School from 2010 to 2015, you indicated that there was a transition of how personnel would receive these document; is that right?

MS. LINEEN:  Objection to form.

A       Personnel?

Q       Yes.  For instance, teachers, receiving policy?

*Rich Moffett Court Reporting*

196

MS. LINEEN:  Objection.

A       Teachers did not receive policy.

Q       What did teachers receive?

A       Code of Conduct.

Q       Aside from the Code of Conduct, did the teachers employed at Longwood High School when you were the Longwood High School principal from 2010 to 2015 receive anything other than the Code of Conduct?

MS. LINEEN:  Objection to form.

A       Not that I recall.

Q       For instance, Longwood teachers did not receive the VADIR policy, when you were the Longwood High School principal from --

A       They would not.

Q       Aside from the Dignity For All Students Act portion of the Code of Conduct, would they receive policy -- that being Longwood High School teachers -- for the Dignity For All Students Act, exclusive of the code of conduct, when you were the principal of Longwood High School from 2010 to 2015?

*Rich Moffett Court Reporting*

197

MS. LINEEN:  Objection.

A    They do not receive policy.

Q    As we sit here now, we've had a lot of time to go through this.

Are there any staff that we've not discussed that operate within Longwood High School when you were principal of Longwood High School from 2010 to 2015, that you recall now?

A    I can't recall.

MS. LINEEN:  Objection.

Q    Is there any other policy manual that was regularly distributed to Longwood High School teachers when you were principal of Longwood High School from 2010 to 2015?

A    Policy is not distributed to teachers.

Q    Anything else that would govern the conduct of teachers that was distributed, when you were principal of Longwood High School from 2010 to 2015?

A    The only thing that was provided to teachers is the faculty handbook.

Q    And when you say the faculty

*Rich Moffett Court Reporting*

198

handbook, when did you have opportunity to, if ever, review the faculty handbook?

A    I tried to revise it through the summer.

Q    When you say tried to reside it, as principal of Longwood High School from 2010 to 2015, did your duties, in whole or in part, have to do with the revision of the faculty handbook for Longwood High School teachers?

A    It was the responsibility of the principal.

Q    Could you describe what was in that faculty handbook?

A    Grading policy -- grading practices.

Policy is only -- Longwood Central School District Board of Education provides policy.  What we have in the building is practice.

So, it was a grading practice, expectations, in terms of field trips, procedures, for attendance purposes, what to do when students -- you know, contacts in

*Rich Moffett Court Reporting*

199

the building where the people could go to.

Q    Was this revised yearly, monthly, something else?

A    I want to say while I was there, it was probably revised twice.

Q    When you say twice, do you recall the years in which it was revised?

A    No.

Q    Do you know if it was revised prior to 2014 to 2015, when you were principal of Longwood High School?

A    No, I don't recall.

Q    Do you recall if it was revised after 2010, when you were principal of Longwood High School?

A    After my first year, it was revised.

Q    So, you indicated faculty handbook, the Code of Conduct.

Would anything be regularly disseminated to the faculty at Longwood High School, when you were principal of Longwood High School from 2010 to 2015?

A    No, not that I recall.

*Rich Moffett Court Reporting*

200

MS. LINEEN:  Objection.

Q    That handbook -- you mentioned certain practices and policies.

Would there be, for instance, a policy on cellular phone use, in that faculty handbook?

MS. LINEEN:  Objection.

A    No.

Q    Would there be policy about or guideline --

A    Practice.

Q    I apologize.  Withdrawn.

As principal of Longwood High School from 2010 to 2015, would there be a practice about for instance, teacher/student relationships, or the -- the prohibition therein?

A    I don't recall.

Q    Would there be a practice regarding social media use within the faculty handbook, when you were principal of Longwood High School from 2010 to 2015?

A    Most likely not.

Q    Let me ask you another question.

*Rich Moffett Court Reporting*

201

Without --

A    Because I just want to put on record, the faculty handbook was really about processes and procedures within the building, what was expected of teachers in terms of -- for attendance purposes, what to do with student attendance, grades. Those were the things in our faculty handbook.

Q    Like for instance, if a Longwood High School teacher was having a problem, whether it's a personal, drug use, or whatever, was there a practice listed in the faculty handbook?

A    No.

MS. LINEEN:  Objection to form.

Q    Was there anything like that that would describe what to do if such a problem exists, disseminated to the Longwood teachers, when you were principal of Longwood High School from 2010 to 2015?

A    Not that I recall.

Certainly not from the principals.

That would be a central office

202

assistant superintendent of Human Resource.

Q    Are you aware of any such document, something along those lines, being disseminated to the teachers of Longwood High School when you were principal from --

A    No, I do not.

MS. LINEEN:  Note my objection.

Q    Without getting into the conversation, have you ever provided a copy of that faculty handbook to counsel?

A    I don't recall.

Whatever was requested, was provided.

Q    You mentioned referrals and egregious referrals, earlier.

Was there anything that guided whether a referral was egregious or not?

Let me explain.  As principal of Longwood High School from 2010 to 2015, did you ever explain to your assistant principals what egregious was?

MS. LINEEN:  Note my objection.

A    In my opinion, the egregious would be a suspension of five days, and

203

anything that would have to go to a central office hearing.

Q    Was that every communicated to your assistant principals, when you were principal of Longwood High School from 2010 to 2015?

A    That was actually a practice prior to me becoming a principal.

Q    Was that memorialized anywhere, for instance in a faculty handbook, or anything else?

A    Not that I know of.

Q    Was anything memorized in regard to disciplinary referrals for assistant principals or principals during your tenure as principal of Longwood High School from 2010 to 2015?

A    No. Not that I know of, no.

Q    Anything written at all in regard to referrals and how to make referrals, when you were principal of Longwood High School from 2010 to 2015, for you or your assistant principals?

MS. LINEEN:  Objection to form.

204

A    You're requesting knowledge of anything in writing?

Q    Anything in writing that was given to you, or provided to your assistant principals to assist them in making referrals, when you were principal of Longwood High School from 2010 to 2015?

A    No.  I don't recall.

MR. MORRIS:  Now is a good time for break for lunch.

Time is 1:17.  We're going off the record.

(Whereupon, a lunch recess was taken at this time.)

MR. MORRIS:  It is now 1:51.  We are back on the record.

Q    Ms. Castro, as principal of Longwood High School from 2010 to 2015, have you maintained filed on the Longwood High School Longwood High School high students?

MS. LINEEN:  Objection to form.

A    What do you mean by files?

Q    A record for each student.

A    The district's practice is to

205

have a cumulative folder for every student, and our Power School's student management system also has information about students.

Personal records, no. I do not hold personal records on students.

Q What did you hold, for students, as principal of Longwood High School from 2010 to 2015?

MS. LINEEN: Note my objection.

A I just spoke to the cumulative record, which is a practice of districts, school district have, as well as our student management system.

Q So, it sounds like a student management system, Power School.

Is there something else?

A No.

Q Is the student management system part of Power School?

A It is -- the Power School is the name of our student management system.

Q Okay. I just want to get that on the record.

So, for instance, did you, as

*Rich Moffett Court Reporting*

206

principal of Longwood High School from 2010 to 2015, maintain a Power School record of David Edmond?

MS. LINEEN: Note my objection.

A Power School, our student management system, contains information of all students in district K-12.

As principal of Longwood High School, I did have access to Power School's student management system for all students at Longwood High School through that.

Q Who is the custodian of the Power School system?

MS. LINEEN: Note my objection.

A I don't understand the word custodian.

It is a system that is K-12; so therefore, central office oversees this system.

Q Let me rephrase.

As principal of Longwood High School from 2010 to 2015, do you know who maintained the Power School record?

A It would be under the director

*Rich Moffett Court Reporting*

207

of technology.

The person who would be our, say, Power School guru, Alice Sloscher, at the time, would be the individual who would make sure the system was maintained or updated as needed.

Q When was the last time you examined the Power School's records at all?

A Currently?

Probably yesterday.

Q Fair to say that you did this as a regular practice, when you were principal of Longwood High School from 2010 to 2015?

A Yes.

MS. LINEEN: Objection to form.

Q How often did you review the Power School records of a student, on a weekly basis, when you were principal of Longwood High School, from 2010 to 2015?

A So as principal of Longwood High School, with 2700 students, the only time I would review it is if a student -- there was a question about a student, whether it's a grade, a parent conversation; so I can't

*Rich Moffett Court Reporting*

208

tell you that there was any defined time.

Q Any other incidents, as you described, that you would look at a Power School record, when you were principal of Longwood High School from 2010 of 2015?

A Any time a student -- a concern would come up. That would be the only time I would be looking or checking on a schedule.

Q When you were the principal of Longwood High School from 2010 to 2015, could you approximate how many times a week you would visit Power School?

A I cannot tell you that. I have no idea.

Q Maybe there was a log of access, if such a thing exists?

A Not that I know of.

Q You have to enter like a password, a login, when you have to go to Power School?

A That doesn't mean I necessarily looked at a student record.

Q This I understand.

*Rich Moffett Court Reporting*

209

I'm just asking.

A    I would probably log on every day; but that doesn't mean I searched for anything in particular.

Q    For instance, when you logged in, you had to enter a user name, correct?

A    Yes.

Q    You had to enter a password, correct?

A    Yes.

Q    Did it identify you as the user of that Power School system, when you were principal of Longwood High School from 2010 to 2015?

A    Yes.

Q    When you identified your self as principal of Longwood High School, from 2010 to 2015, in Power School, was there any other prompt, for instance, another password that would be required to obtain or review student records?

A    No.

Q    So, is it fair to say that anyone who accessed Power School during your

*Rich Moffett Court Reporting*

210

tenure as principal of Longwood High School from 2010 to 2015 had access to student records?

A    No, it's not fair.

Q    Explain to me why?

A    Because there are certain rights individuals will have to access records.

Q    And who, if anyone, maintains those rights?

MS. LINEEN:  Objection.

A    That goes back to the director of technology at the time, Ellen Petrelli, at the end of my tenure was Pierre -- Mr. Pierre Gay.  And it was under Alice Sloscher.

Q    Who besides you, as principal of Longwood High School from 2010 to 2015, had access to student records within Longwood High School?

A    So when you say is that again, there is a division of, you know, what you have access to.  There are rights to access. So, who had access -- I have the max access, as well as Ms. Conlon.

*Rich Moffett Court Reporting*

211

Q    Anyone else?

A    The other assistant principals had records -- had access to the student schedules and student information, grades and log entries.

Q    With the exception of you and Ms. Conlon, during -- when you were principal of Longwood High School from 2010 to 2015, what, if anything, were the assistant principals restricted in terms of access?

A    Making changes to schedules. They had viewing rights.

Q    Is it fair to say that all the assistant principals, when you were principal of Longwood High School from 2010 to 2015, had the same viewing rights as you did for Power School records?

MS. LINEEN:  Objection.

A    No.

Q    What could you view, that the other assistant principals could not, when you were principal of Longwood High School from 2010 to 2015, in Power School?

*Rich Moffett Court Reporting*

212

A    I know that I had additional access -- actually I had access to students outside of Longwood High School.

Q    Did the assistant principals, to your knowledge, have a login and password for Power School?

A    Yes.  We all do.

Q    Who, if anyone, maintained the user names and passwords for access to Power School when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection.

A    That would be Alice Sloscher, who was the Power School person, under the direction of the director of technology, Dr. Ellen Petrelli, and at the end of my tenure, Mr. Pierre Gay.

Q    Were personnel files -- to be clear, on Longwood High School employee personnel files -- maintained in the same manner as the student files, when you were principal of Longwood High School, from 2010 to 2015?

A    No.

*Rich Moffett Court Reporting*

213

Q    How were employee files managed when you were principal of Longwood High School from 2010 to 2015?

A    They have a file at the principals's office that is under lock and key.

Q    You were principal at the time; is that right?

A    Yes.

Q    And you had access to this file under lock and key?

A    Yes.

Q    Was anyone responsible for the maintenance of personnel files, when you were Longwood High School principal, from 2010 to 2015?

MS. LINEEN:  Objection.

A    Can you rephrase that, in terms of responsible for personnel records, because whatever is in the building, that's what we have in the building.

That doesn't mean that that personnel may have other documents in a file in the Human Resource office.

*Rich Moffett Court Reporting*

214

Q    What personnel files did you have under lock and key, as principal?

A    Observations of teachers in the building.

Q    Anything else?

A    Any letters of recommendation, awards, for those teachers in the building.

Q    What about reprimands?

A    There might be.  I don't know.

Q    What about if a teacher was arrested?

A    No.

Q    Who would have that?

A    Human Resource.  Central office.

MS. LINEEN:  Objection to form.

Q    Central office of Longwood Central School District; is that right?

A    Yes.  Human resource.

Q    So is it fair to say that the personnel files that you maintained under lock and key, as principal of Longwood High School from 2010 to 2015, are incomplete, insofar as there are other documents related to personnel, maintained by the Longwood

*Rich Moffett Court Reporting*

215

Central School District?

MS. LINEEN:  Objection.

A    I'm not sure.

Q    So for instance, if a teacher was arrested, you would not maintain that in the personnel file that you keep under lock and key as principal of Longwood High School; is that right?

MS. LINEEN:  Objection to form.

A    I would not.

Q    Who would?

A    Central office.  The Human Resource office.

Q    So is it fair to say that those records would complete a personnel file; that being the records that you hold and the records that they hold, that being the central records office?

MS. LINEEN:  Objection to form.

A    I don't know.

Q    Who is responsible for the maintenance of those records at the central office in Longwood Central School District?

A    Assistant superintendent for

*Rich Moffett Court Reporting*

216

human resource.

Q    Who is that?

A    Currently?

During that time, again, there was a transition.  Mr. Kevin McCarthy was the assistant superintendent at the time, but I don't recall who was at the end of my tenure.

Q    What about the 2014-2015 school year?

A    That was the year I'm calling as a transition.

Because after that, I went -- I became assistant superintendent.

Q    Do you know who worked underneath that assistant superintendent of human resources when you were principal of Longwood High School from 2010 to 2015?

A    I don't understand the question.

Q    Was there a director, or was there anyone that the assistant superintendent of human resources oversaw when you were principal of Longwood High School from 2010 to 2015?

*Rich Moffett Court Reporting*

217

A    I don't remember.

Q    Directing your attention to June 4th, 2015, at what to did the incident did David Edmond occur?

A    I don't remember.

Q    Do you know what time the students are due in the school?

A    In the morning?

Q    Uh-hah.

A    Busses, the first bus releases the students at 6:50 a.m.

Q    What time are they due inside the school?

A    They come in immediately from the busses.

Class, during my tenure, began at 7:10 a.m. in the morning, classes start.

Q    What time do each of the staff report to Longwood High School when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection.

A    7 o'clock in the morning.

Q    Is it fair to say that some

218

students might be in the school prior to the staff reporting at Longwood High School?

MS. LINEEN:  Objection.

A    The teachers' school day officially begins at 7:00.

Q    So let's do this.

Is it all right if I separate the professional staff, the teachers and the emergency support staff?  Do they report at different times?

A    Yes.  There's some, yes.

Q    What time do the support staff report, when you were principal of Longwood High School?

A    Different times, because we stagger time just to have personnel in the building.

Q    Let's start with the persons who first arrived.  Who are they, and what time would they arrive, when you were principal of Longwood High School from 2010 to 2015?

A    We have clerical.  We have some guards.  You a might have a school monitor or two.  Administration.

219

Q    At what time do those individuals report to Longwood High School, when you were principal of Longwood High School?

A    I couldn't give you an exact time.

Q    Was it before or after 6:30 in the morning?

A    I couldn't tell you.

Q    Was it before or after 7:00 in the morning?

MS. LINEEN:  Can objection.

A    Again, everybody comes in -- there is certain people that will be there at 6:30 in the morning, and then there are others that come a little after.

We are a big building.  We have non stop, in the building, in terms of events and functions.

Q    Let's do that.  As principal of Longwood High School from 2010 to 2015, do you know when the guards would report to Longwood High School in the morning?

A    What time?

220

Q    That's my question.

A    Some come at 6:30.  Some may be there already, from overnight.  You know, it was a big staff.

I do not have direct responsibility in terms of what time they get in.

Q    Who does?

A    At that time, Mr. James Perada.

Q    What about the clerical staff? Do you have direct responsibility for what time the clerical staff came in when you were principal of Longwood High School from 2010 to 2015?

A    Clerical staff, yes.

Q    What time do they come in the morning?

A    Some will start at 6:00 in the morning, especially, the clerical that oversees teacher attendance; she starts very early.

And then after that, it staggers.  My personal secretary, Ms. McCormick, would probably be there at

221

6:30. Ms. DeVincenzo would come in probably at 7:00, because she would stay later.

Q   Who was the teacher attendant when you were principal of Longwood High School from 2010 to 2015?

A   Say that again.

Q   Who was the teacher attendance person?

A   The clerical that took care of teacher absences or school business, her name was Myra Vixler, V-I-X-L-E-R.  Since retired.

Q   For instance, did the clerical staff use a punch card, or some sort of a equivalent, like a fingerprint reader?  How did they punch in, so to say; or did they punch in?

MS. LINEEN:  Objection.

A   There is no punch in.  That was way back when.

They sign in.

Q   Did the teachers at Longwood High School when you were principal of Longwood High School from 2010 to 2015, did

*Rich Moffett Court Reporting*

222

they sign in?

A   Yes.

Q   Did the guards sign in, when you were principal of Longwood High School from 2010 to 2015?

A   I cannot speak to that, because that was a separate from a high school.

Q   What about the monitors?  Did they sign in?

A   Yes.

Q   Did the support staff sign in; for instance, some of the teachers' aides and things like that?

A   They would sign in just like the teachers.

Q   Teachers reported at 7:00; is that right?

A   That is the official time of their day, start time of their day.

Q   Where do they meet, if anywhere?

A   Main office.

Q   Is there a common coffee room for non students?

A   There's no coffee room.

*Rich Moffett Court Reporting*

223

It's a counter, which they walk in and sign in the book.

We don't do coffee klatch.

Q   There's no coffee room for like, for instance, a non professional security guard, something like that, at Longwood High School when you were principal there, right?

MS. LINEEN:  Objection.

A   The guards have a space where Mr. Perada has his office, that they have an area for them to have lunch.  It's just a table and chairs.

Upstairs in the second floor of the Longwood High School there is a cafeteria for staff.

Q   So there's a staff cafeteria where they could check in and then get coffee in the morning; is that right?

MS. LINEEN:  Objection.

A   They check in at the main office.  And this is the instructional staff.

School monitors go to whoever the administrator is that's overseeing their

*Rich Moffett Court Reporting*

224

schedule.  And after that, chances are there's no time for coffee.

Q   The non professionals like the guards, during your tenure as principal of Longwood High School from 2010 to 2015, they have a coffee in the back, a little shop that opens up in the back; is that right?

A   No.

MS. LINEEN:  Objection.

Q   What is it that occurs in the back, and where is that inh relation --

A   I don't know what back you're talking about.

Q   So the location that you mentioned earlier, with James Perada?

A   It's in the center of the building.

Q   Where is that?

A   Near the school library.

Q   Does the room have a certain designation?

A   No one would know, in the building, where it is, because it would be the security office.  And then within the

*Rich Moffett Court Reporting*

225

security office there is a section -- it's not a room; it's a section where there were tables and chairs.

Q    Is there any teacher lounge?

A    On the second floor is the teacher -- it's the staff cafeteria; there are no lounge.

Q    Aside from that staff cafeteria, is there anywhere else that staff could eat that is not --

A    There a professional room up on the second floor. The teachers -- the majority of the teachers have what they call pods; they're desks, and there a conference room there, that they can run meetings, for teachers.

Q    Could professionals leave the premises after they clock in to Longwood High School, when you were a principal of Longwood High School from 2010 to 2015?

A    Clock in?

Q    Could they leave, after they sign in?

MS. LINEEN:  Note my objection.

226

A    Would they leave?

Q    So, I'll ask the question again. But I'll give you an example.

Say there was an ability to have lunch by a pond.

Would a teacher, when you were principal of Longwood High School from 2010 to 2015, be able to leave the premises and have lunch at a pond, after they signed in?

A    If they were to leave the building at any time, they would have to advise, and sign out, and then sign back in.

Q    Did the teachers regularly do that, when you were principal of Longwood High School from 2010 to 2015, if they desired to leave in the middle of the day?

A    Yeah.  Yes.

Q    Who's responsible for that, overseeing that process?

A    Ms. Vixler, who was in that area.

Q    What about the non professionals, the non teachers?  Can they leave after the workday has begun, after

227

they've signed in, when you were principal of Longwood High School from 2010 to 2015?

A    Everybody has a job.  If you're not where you belong, there will be questions.

Q    So how do you keep track of people in that manner?  Is there a tracking system?

A    When you say tracking system, it's about personnel looking out to making sure people are where they belong.

Q    When you say personnel, who is responsible for that, if anybody?

A    We all are:  The administration, myself.

Q    I asked you if there was a tracking system.

Aside from verbally saying so, or observing it and reporting it, any system in place:  Rule, guideline, policy, procedure, handbook?

A    During my tenure, no.

It started now that there is a punch in -- fingerprint thing; but that was

228

not during my tenure.

Q    When did the fingerprint thing start at Longwood High School?

A    So, for your school monitors, probably started my last year there, '14-'15, but late.

That was it.  That was the only group.

And probably kitchen workers.

Q    So, prior to this fingerprint system, can you describe, please, the system that was in place when you were principal of Longwood High School from 2010 to, let's say, 2014.

A    Individuals would come in, sign in the book.

If they had to leave, they would advise the main office.  They would have to sign out and sign back in.

Q    During your tenure, with the exception of monitors, of course, did everyone sign in, when you were principal of Longwood High School from 2010 to 2015?

A    You say everyone; I would say

229

yes.

Q   To be clear, every staff member, everyone who worked within the building?

MS. LINEEN:  Objection.

A   So, are you defining -- so the guards, I can't speak to.

Q   So let me -- I'm glad you said that.  Let me clarify that.

As principal of Longwood High School from 2010 to 2015, did everyone, with the exception of the guards and monitors, who worked at Longwood High School sign in?

A   You have your kitchen workers also, I can't speak to.

Q   Who's responsible for the kitchen workers?

A   Director of food and nutrition, Mr. Tom Murphy.

Q   We didn't talk about them.

A   No, because I don't think about these things.

I am an instructional leader.  I think of curriculum.

Q   I want to make sure about, you

*Rich Moffett Court Reporting*

230

were responsible for the entire Longwood High School; is that right?

MS. LINEEN:  Objection.

A   To a certain level.

Q   Tom Murphy, what was his position?

A   He is a director of food and nutrition.

He works under the assistant superintendent, Janet Mein.

Q   Has anyone worked under him within Longwood High School when you were principal of Longwood High School from 2010 to 2015?

A   The cafeteria workers.

That's the food handlers.

Q   How many cafeteria workers were there?

A   I don't know.

Q   More or less than ten?

A   No, I don't I don't know.  I can't tell you.

Because were three cafeterias, and they serve over 2700 students, from -- I

*Rich Moffett Court Reporting*

231

will tell you, for most of the day.

Q   Needless to say, there's probably more than three; is that right?

A   Yes.

MS. LINEEN:  Objection.

A   You have three cafeterias.  I'm telling you, you should see what they look like.

I'm not going to give you a number, because I don't know.

Q   Only because we've run through this a few times, aside from Tom Murphy and the cafeteria staff, anyone else that we've discussed that is unaccounted for that works within Longwood High School when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection.

A   The custodials also do not sign in upstairs.  So that, I don't know, in terms of attendance.

Q   I'm going to get back to attendance, but we spoke earlier about teachers, teachers' assistants, social

*Rich Moffett Court Reporting*

232

workers, counselors, psychologists, school monitors.  Now we've just spoken about the director of food and cafeteria staff.

Is there any other staff that worked within Longwood High School when you were principal of Longwood High School from 2010 to 2015 that we have not spoken about?

A   Not that I can remember.

Q   How were students signaled that the class period is ending, when you were principal of Longwood High School from 2010 to 2015?

A   My last year there, there were no bell system.

So, it was up to the -- it was every 39 minutes, teachers would end class; students would move to the next period within four minutes.

Q   So to be clear, the teacher would verbally instruct students that the class had ended?

A   Yes.

Q   Do you know why, if anything, the bell was discontinued when you were

*Rich Moffett Court Reporting*

233

principal of Longwood High School during the 2014-'15 school year?

A    **Our system wouldn't work.  And that's about it.**

Q    When did you become aware that the system would not work, when you were principal of Longwood High School?

A    **When it stopped working.**

**I can't remember.  The date, time, I can't remember.**

**It just doesn't work.**

Q    Was it in 2014 that the --

A    **I don't remember.**

Q    What about June 4, 2015?  Did the bell system work, when you were principal of Longwood High School on June 4, 2015?

A    **I want to say that we did not use the bell system.**

Q    How many students are moving in between classes when the period ends?

A    **Over 2700.**

Q    You said before -- I don't want to misquote you -- when you were principal

*Rich Moffett Court Reporting*

234

of Longwood High School from 2010 to 2015, was there four minutes between the classes?

A    **Yes.**

Q    With the exception of 2014 to 2015, there was a bell that signaled the end of classes, when you were a principal of Longwood High School?

A    **Yes.**

Q    2700 students -- how many students are in the hall when there was a change of class at Longwood High School between 2010 and 2015?

MS. LINEEN:  Objection.

A    **Which hallway?  Because the building is huge.  They're all over the place.  So, I don't know that I could tell you what number in any given hallway.**

Q    Let me clarify.

As principal of Longwood High School from 2010 to 2015, when there was a change of classes, was every student within the building then expected to go out into the hallway for the next class?

A    **If that class ended then, they**

*Rich Moffett Court Reporting*

235

would go to the next class, yes.

Q    So, it's fair to say that, as principal of Longwood High School from 2010 to 2015, in between classes, all students would be in the halls to get to the next class?

MS. LINEEN:  Objection.

A    **I don't know about all.**

Q    So, let's go back to this.

How many linear feet of hall have to be traversed from class to class?

A    **Excuse me.**

Q    How many linear feet of hall have to be traversed from class to class?

A    **I can't even tell you.  I have no idea.  I am not -- that's not my responsibility.**

**I'm not going -- I have other things to think about.**

Q    The safety was a concern to you, as principal of Longwood High School from 2010 to 2015, correct?

A    **Yes.**

Q    And the safety of students in

*Rich Moffett Court Reporting*

236

the hallway was a concern to you as principal of Longwood High School from 2010 to 2015?

A    **Yes.**

Q    Any discussion, any evaluation, any report written, procedure, anything at all that governs the conduct of students in the hallway, when you were principal of lodge from 2010 to 2015?

MS. LINEEN:  Objection to form.

A    **The only governing body is the Code of Conduct.**

Q    Anything in that Code of Conduct about hallway etiquette?

A    **I don't believe so.**

Q    I asked you about linear feet of hall.

Do you know how typically far a student would have to travel between class to class, when you were principal of Longwood High School from 2010 to 2015?

A    **No.**

MS. LINEEN:  Let him get his question out.

*Rich Moffett Court Reporting*

THE WITNESS: Okay.

Are you done?

MR. MORRIS: I'm done.

MS. LINEEN: Note my objection to that question.

You can answer.

A     **With all due respect, that's not where I come from. I have no idea. Because you could be at one end of the building to go to another. I have no idea.**

Q     How about this. How many floors would students have to traverse, if they had to get from the top floor to the bottom floor, when you were Longwood High School high principal?

A     **Two.**

Q     It's fair to say the building only has two floors which the student could traverse when you were principal of Longwood high School from 2010 to 2015?

A     **Yes.**

Q     Do you know how long the building is, how wide the building is?

A     **No.**

Q     Have any studies at all been done in terms of what, if any, safety for students, that being 2700 Longwood High School students, all being in the hall at the same time when you were principal of Longwood High School?

A     **I don't know.**

MS. LINEEN: Note my objection.

A     **I know of no study.**

Q     I'd like to talk about referrals for suspension.

Before, you mentioned that.

Any guidelines, as principal of Longwood High School from 2010 to 2015, given to your assistant principals for referrals?

A     **No.**

MS. LINEEN: Objection.

Q     Any rules, policies, anything in writing, given to assistant principals on how to make referrals, when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN: Objection.

A     **No.**

Q     Any rules, guidelines, procedures, or anything at all, given to you in terms of instruction, how to write referrals for suspension, as principal of Longwood High School from 2010 to 2015?

A     **No.**

Q     In the course of your professional activity as principal of Longwood High School from 2010 to 2015, did you ever instruct any of your subordinates on how to write referrals?

A     **No.**

Q     Do you recall the incident that occurred with David Edmond on June 4, 2015?

A     **I know the situation.**

Q     Do you know which hallway that that incident occurred on June 4, 2015, when you were principal of Longwood High School?

A     **It was by the gym.**

Q     What that hallway called?

A     **The gym hallway.**

Q     Is there like a number associated with that hallway?

A     **1600.**

Q     How crowded is this 1600 during the day, when the students would come out from their classes?

MS. LINEEN: Objection.

A     **I could not tell you.**

Q     Roughly, do you know how many students are there in that hallway on a regular basis, that being the 1600, when you were principal of Longwood High School?

MS. LINEEN: Objection.

A     **No.**

Q     Was anything ever done to establish whether or not it was a hazardous or dangerous condition, having these students within the 1600 when you were principal of Longwood High School from 2010 to 2015?

MS. LINEEN: Note my objection.

A     **No.**

Q     In the course of your professional activities as principal of Longwood High School from 2011 to 2015, have you ever had occasion to use the term,

senior prank?

A To use the term? In what context?

Q Ever?

A Just the word -- two words, senior prank?

Q Yes. Under what circumstances have you had the opportunity to use that phrase?

MS. LINEEN: Note my objection. You can answer.

A Every year that I was principal or assistant principal.

Q Under what context would you use that term?

MS. LINEEN: Objection.

A Tradition. That there's always some possibility of a senior prank.

Q Could you complain what you mean buy tradition, something that occurred every year? I don't want to put words in your mouth.

What do you mean by tradition?

A Seniors would most likely want

*Rich Moffett Court Reporting*

to do a prank.

Q Did these pranks occur in the springtime?

MS. LINEEN: Objection.

A I want to say, for the four years I was there, it was during the spring.

Q Let's focus on the last year that you were there, the 2014 to 2015 year.

That was the last you were principal of Longwood High School; is that right?

A Yes.

Q In what context did you use the term that year?

A In the same context I used it any year.

It was -- there's conversation and anticipation of a senior prank.

Q What, if any, senior prank did you anticipate, as principal of Longwood High School in the 2014 to 2015 school year?

A The only thing I remember is a rumbling of a senior prank.

Q When you say rumbling, can you

*Rich Moffett Court Reporting*

explain what you mean by that?

A Hearsay.

Q How did you hear about that?

A I don't remember.

Q Was it an in-person conversation, a memorandum, a writing of some sort, electronic mail, social media, or something else?

A No. Hearsay.

MS. LINEEN: Objection.

Q Who were the persons involved with that hearsay?

A I don't remember.

Q Do you recall any conversation about a senior prank from the 2014-2015 school year, as you sit here today?

A No.

Q As you sit here today, do you recall any senior prank, as principal of Longwood High School, from 2010 to 2015?

A I remember one year, and I can't remember which -- the senior class president wanted to do something safe, and therefore, had a meeting with the administration and

*Rich Moffett Court Reporting*

some of the students from that class to discuss what they wanted to do, and how could they do it safely.

Q When you say something safe, do you recall what it was?

A I think it was dancing in the courtyard.

Q Dancing in the courtyard. Explain to me, what is the courtyard?

A So, in the center of the high school, there is a courtyard that you can get through from -- to get to the other side of the building. You can walk through it.

Q I asked you before about staff. Are students allowed to go in the courtyard, either in between periods or at some point during the day?

A They may walk across, as long as weather permits.

Q Are they allowed to go in the courtyard freely, in other words?

A To get to the other side --

MS. LINEEN: Objection.

*Rich Moffett Court Reporting*

**245**

A    -- of the building.

Q    They can't loiter there, for instance?

MS. LINEEN: Objection.

A    Correct.

Q    Was the courtyard around, in 2014 and 2015, at Longwood High School?

A    Yes.

Q    When you say safe, aside from that dancing in the courtyard, that safe incident, any other senior prank that you recall?

A    Nothing that stands out, no.

Q    Do you recall the prank that occurred in the 2014 and 2015 school year?

A    If it's the one with the Edmond case, I didn't really consider it a senior prank, but it was rumblings of a senior prank, if that makes sense.

Q    I guess when you say rumblings, did you have any conception what was to occur?

A    The only thing I remember hearing is that students were going to walk

**246**

out the building. But that was -- that was about it.

Q    When you say, walk out the building, similar to the one when students walked out of the building into the courtyard, or something else?

A    Something else.

MS. LINEEN: Objection.

Q    Do you recall, as you sit here today, what that something else was?

A    So they walked out of the building as -- like a mob, say. That's what I was hearing.

Q    When you say you were hearing, I assume that you felt that this had occurred; is that right?

A    It had not occurred.

Q    Prior to that, it had not occurred.

As you sit here today, are you aware of some occurrence on June 4, 2015 that might be characterized as a senior prank, that occurred when you were principal of Longwood High School?

**247**

A    So, this incident with Mr. Edmond was, at the time, considered a senior prank.

Q    Tell me what your understanding of the incident was, with David Edmond, on June 4, 2015, as principal of Longwood High School?

A    My understanding is that students were going to walk out and then come back in.

And someone -- and I don't remember who -- asked, what should we do? I said, well, let them out, and then let them back in.

Q    Do you recall speaking to anyone from security in regard to that conversation?

A    I don't recall who exactly was in that conversation.

Q    Was it any of your assistant principals?

A    May have been.

MS. LINEEN: Objection.

Q    As you sit here today, do you

**248**

recall if the person among who you spoke was a man or a woman?

A    It wasn't just one individual; so therefore, a few people. So I don't know. 50/50. You had both.

Q    Was it a verbal conversation? Was it an e-mail? Was it something else?

A    Verbal.

Q    When did you first learn of the incident involving David Edmond?

A    Once it happened.

Q    When you say, once it happened --

A    Well, I heard the students were going out of the building.

When they were coming back in, I went down to the hallway to have a presence, to set the tone of being respectful and just going back to their classrooms.

Q    What did you observe, and when did you observe it, on June 4, 2015?

MS. LINEEN: Objection.

A    I don't remember very much, other than they were -- it was a crowd.

There was a crowd, almost a mentality.  And it was in a particular -- in the hallway, in the 1600.

Q   We spoke a little bit about the 1600 before.

Have you ever had an opportunity to watch students as they went from class to class in 1600 in the course of your professional activity as principal of Longwood High School from 2010 to 2015?

A   Yes.

Q   You said there was a mob, on June 4, 2015; is that right?

A   During that particular incident?

Q   Yes?

A   Yes.

Q   Was there more or less students in the hallway than normally that you would observe in the 1600 when you were principal at Longwood High School?

A   More.

Q   What forms the basis of that belief?

A   My observation.

And they were gathered, and they were chanting, and they were creating a very chaotic and unsafe environment.

Q   So when you say gathered, what did you observe?

A   They were chanting.  They were stopped in a particular area.  People were asking them to move.  And they continued to chant and yell, and whatever.

Q   Where were they stopped?

A   In the 1600.

I don't recall exactly what area of the 1600.

Q   I just want to back up for a second.

You said you never had occasion to learn how many students traversed the hallways of the 1600; is that right, on a day-to-day basis?

A   I did not sit there and count them, no.

Q   But your observation was that there were more people on June 4, 2015, in the 1600 hallway than there normally were in

the course of your professional activity as principal of Longwood High School from 2010 to 2015, right?

A   I will say this, that it was a mob mentality, acting very chaotic and unsafe.  And in that environment, whether there were more or less, it was also the behavior that was occurring at that time.

Q   So, there were more students than normally were in the hallway; is that right?

MS. LINEEN:  Objection.

A   Again, I didn't sit there and count them.

But I will tell you that the mob mentality was there, creating a very unsafe environment for anybody.

Q   We'll talk about the mob mentality.

The 1600 normally don't have a mob mentality, in other words, correct?

A   Correct.

Q   The 1600 has less students than June 4, 2015; is that right?

A   Again, I didn't count them, I didn't sit there and count them that day, or the day before, or any period in between.

Q   So as you sit here today, you don't know if there were more or less students in the hallway, in the 1600, on June 4, 2015, than any other day through your tenure as principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Note my objection to form.

A   Again, I will say to you, I can't say that there was or there wasn't.

I will tell you, it was an unsafe and chaotic event happening, because I did not sit there before to count, or otherwise.

Q   What time did that unsafe event occur?

A   I don't remember.

Q   You do recall the date, though, it occurred, correct?

A   You're telling me that date.

Q   I'm just looking for what you

253

can recall.

Do you remember at what time there was an unsafe event on June 4, 2015 at Longwood High School?

MS. LINEEN: Objection.

A  I just stated, no, I don't remember.

Q  Do you recall the class period which it occurred?

A  No.

Q  Do you recall if there were classes currently held at that time?

A  No.

Q  Do you recall if it was the end of the period?

A  No.

Q  Do you recall if it was the interim between one period ending and another period starting?

A  No.

Q  Do you recall if it was at the beginning of another period?

A  No.

Q  Tell me, where did you walk from

*Rich Moffett Court Reporting*

254

to get to the hallway in the 1600 on June 4, 2015?

A  From my office, which is -- I walked along -- I guess that would be the northern to the south part of the building.

Q  What, if anything, prompted you to walk from the northern to the south part of the building?

A  I was told that students walked out of the building.

Q  Who told you that.

A  I don't know if it was my secretary, or somebody must have told me.

Q  Did they call you? Did they speak to you? Was it something --

A  It's always face to face.

Q  Always face to face.

A  In that respect, if there's a situation, it will be a face to face.

They will come and knock at the door. They will come and tell me secretary, I have to be interrupted, because they know I would be hands-on, trying to make sure that students understood that my presence

*Rich Moffett Court Reporting*

255

means that there's a need for respect.

Q  Who did you speak with face to face on June 4, 2015?

A  I can't remember.

MS. LINEEN: Objection.

Q  As you sit here today, as principal of Longwood High School from 2010 to 2015, this incident with David Edmond, you can't recall whom, if anyone, you had a face-to-face conversation with that day?

A  No.

MS. LINEEN: Objection.

Q  Can you describe what made this crowd mob-like, on June 4th of 2015?

A  They were coming in, chanting, screaming, yelling, and kind of pushing each other.

Q  When you say they?

A  Students. I saw mostly students.

I saw some adults, the PE teachers, trying to -- I'm saying PE teachers, but there were others, I'm sure, and they were trying to manage the mob.

*Rich Moffett Court Reporting*

256

Q  When you say manage, what did you observe?

A  Trying to tell them to go to class.

Q  Any physical interactions?

A  No.

Q  Do you remember the faces of any of the students involved on that day?

A  No.

Q  How many students were there, approximately, that were acting mob-like?

A  I just told you, I have no idea.

MS. LINEEN: Objection.

Q  More or less than 100?

A  I don't know.

Q  Was all 2700 in the 1600 on June 4, 2015, when you saw this?

MS. LINEEN: Objection.

A  No.

Q  Tell me what you observed after the screaming, chanting cursing, and just bring me through those events what you witnessed on June 4, 2015. Longwood High School?

*Rich Moffett Court Reporting*

257

A    I know there was a commotion going on with some adults in an area in the 1600.  But, with my height and the height of the high school students, it was difficult for me to see within.

And at one point there was a management in terms of moving students away.  Certain students were taken to different administrative offices to assess the situation and recall their side of the stories.

Q    When you say management, can you explain that you mean by that?

A    Students eventually stopped and started moving back to where they belonged, To classes.

Q    I want to go back.

There's an observation, and then sort of a conclusion.  I'd just like to see and know what you saw that day, as it occurred.

Can you please tell what you saw on June 4, 2015, after you saw this mob?

MS. LINEEN:  Objection.

*Rich Moffett Court Reporting*

258

A    So, there's commotion, right.  And I'm in there, in the middle of this mob.

And I will say the students are extremely respectful, because once they saw me, and I asked them to please start going back to class, and other assistant principals as well.

Any teachers that were there, available to assist, asked them to go to class.  Many did go back to class.

Q    So commotion, sort of a conclusion.

When you say commotion, what exactly did you see happen?

MS. LINEEN:  Objection.

A    Again, I said, the chanting, I heard screaming, pushing, shoving, yelling, students with the cell phones out.

Q    So, you saw management -- after the student were managed, and they started to go back to the halls, what, if anything, did you observe?

A    There were some students that were taken to administrative offices so they

*Rich Moffett Court Reporting*

259

can recount and give their side of the story as to what happened.

I went back to my office and waited for all the facts.

Q    When you say waited for all the facts?

A    Information from the assistant principals as to who was involved, what was happening.

Q    Did you speak to anyone when you were in the 1600?

A    To the students, telling them to please go back.

Q    Did you speak to any of your staff?

A    Not that I recall.

Q    Anything that would help you refresh your recollection?

A    Probably not.

Q    Did you witness any physical interactions?

Let me be clear.

Did you witness any physical touching of a student or faculty member on

*Rich Moffett Court Reporting*

260

June 4, 2015?

A    Student to student, pushing each other; that, I did.

Q    As principal of Longwood High School on June 4, 2015, did you witness any physical touching between a student and faculty member?

A    I did not.

Q    Aside from the dispersing of students, and the mob that you discussed earlier, is there anything else that you witnessed on June 4, 2015 that occurred in the 1600 hallway?

A    Nothing that I can recall.

Q    Did you see David Edmond that day in the 1600 hallway?

A    I did not see David Edmond in the 1600.

Q    Tell me what happened when you -- you said you were waiting for your assistant principals in your office; is that correct?

A    Yes.

Q    Tell me what happened when you

*Rich Moffett Court Reporting*

261

left the 1600.

Q   Did you walk directly back to your office, something else?

A   I can't recall.

Q   How long were you in the 1600 hallway on June 4, 2015?

A   I can't give any definite time.

Q   How long did you wait in your office before someone came to speak with you after this June 4, 2015 incident?

MS. LINEEN:  Objection to form.

A   I do not know.

Q   At some point, I assume you stopped waiting for an assistant principal on June 4th of 2015?

MS. LINEEN:  Objection.

A   I don't know about waiting.

Q   Tell me what you did when you got in your office on June 4th, 2015, after this 1600 event?

A   I don't remember.

Q   What, if anything else, do you recall about that day?

A   The only thing I could tell you

*Rich Moffett Court Reporting*

262

about that day that's -- that I can say that I remember is meeting with Mr. Edmond, his parents and Ms. Conlon to discuss Mr. Edmond's part in this situation.

And I do remember how Mr. Edmond was extremely disrespectful to his parents, did not want his parent to ask questions.

That, I do remember, his behavior in the office, and on his cell phone, did not want to discuss anything about the situation.

Q   Was there ever an investigation as to what occurred on that day, being June 4, 2015?

A   After that day's incident, after speaking with the superintendent, coming to the premise that Mr. Edmond would be suspended, as others were, for five days.

And his interaction in the situation, the investigation, I believe, went to a different level at that time.

Q   Who conducted that investigation?

A   I believe at that time, very

*Rich Moffett Court Reporting*

263

shortly after, there were attorneys involved, and then the attorneys took over.

Q   Do you know who started the investigation?

A   In what way are you looking to say what started --

What started the investigation?

Q   No.

You said an investigation was started.

Do you know who conducted -- who started that investigation regarding the incident involving David Edmond?

A   So, when I say, started the investigation, the student is suspended. A conversation occurs about what the situation, who's been involved.

I don't recall all the details in between, but I know that the Central School District's -- along with the Central School District's attorney, did become involved, and at that point, took on the investigation.

Q   That's not the attorney to your

*Rich Moffett Court Reporting*

264

left of you; is that right?

A   No.

Q   Which attorney was that?

A   Mr. Christopher Powers, from Ingerman, Smith.

Q   Have you ever had the opportunity to see the investigation that he completed?

MS. LINEEN:  Objection to form.

A   No.

Q   Do you know if anything was done with the investigation?

A   No.

What I, as principal, have received, is what the agreement was.

Q   Do you know if anyone investigated the allegations of David Edmond as to what occurred on June 4, 2015?

MS. LINEEN:  Note my objection.

A   I don't know what you mean.

Q   Did anyone investigate David Edmond's statement that he "got choked out by a security guard" on June 4, 2015?

MS. LINEEN:  Objection.

*Rich Moffett Court Reporting*

265

A       I don't recall that.

Q       As you sit here today, in the course of your professional activity as principal of Longwood High School from 2010 to 2015, do you know if anything was done with regard to the allegations that David Edmond was choked by a security guard?

A       I don't recall hearing that, either.

Q       Let me ask you that another way.
As principal of Longwood High School from 2010 to 2015, did you first learn that an allegation was made that David said he was choked by a security guard on June 4, 2015 today?

MS. LINEEN:  Objection.

A       I don't recall.

Q       I'm going to ask you another question.
As principal of Longwood High School from 2010 to 2015, have you ever had an opportunity to hear that one of your students was choked by a security guard?

MS. LINEEN:  Note my objection

*Rich Moffett Court Reporting*

266

to form.

A       No.

Q       I'm not going to ask you for any conversations with Mr. Powers or your present attorney.
Any discussion had in regard to the investigation involving David Edmond?

A       No.
And to tell you -- to clarify something, were something, as a principal, once attorneys get involved, that's it.  I do not get involved.
Again, I'm an educational leader, I am not an investigator, police, or otherwise.

Q       In that case, that makes it clear.
Do you know when you -- again, without getting into the conversations, do you know when an attorney got involved in regard to the June 4, 2015 incident at Longwood High School?

A       I want to believe it was very soon.

*Rich Moffett Court Reporting*

267

It wasn't even a day passed.

Q       To be clear, in that time period, within a day, once the attorney got involved, as Longwood High School principal, you did not pursue any further investigation regarding David Edmond and the incident on June 4, 2015?

A       Correct.

Q       You indicated that disciplinary proceedings occurred as a result of the June 4th, 2015 incident; is that right?

MS. LINEEN:  Objection to form.

A       What do you mean?

Q       There was discipline to students that occurred out of the events on June 4th, 2015 at Longwood High School; is that right?

A       Yes.

Q       You've had the occasion to discipline students in the past, as Longwood High School principal, correct?

A       Yes.

Q       Did you initiate the proceedings that were brought on June 4th, 2015 in regard to David Edmond, or was it somebody

*Rich Moffett Court Reporting*

268

else?

MS. LINEEN:  Objection to form.

A       What do you mean by initiate?

Q       Who referred David Edmond for discipline on June 4th, 2015?

A       So, David Edmond admits to be there.  He is the one who actually initiates.  It becomes relevant to the assistant principal, Melissa Conlon, who was with him.  She asked him to write his statement.
Once he admits it, then we have a conversation, but we don't -- we call the parent.
The parents came down immediately.

Q       Are you aware of a statement made by David Edmond?

A       I don't recall seeing it.

Q       I want to back up before.
You said David Edmond made a statement; is that right?

A       To Ms. Conlon.  Whether it was in writing or verbal, I don't remember.

*Rich Moffett Court Reporting*

269

Q   Ultimately David Edmond was suspended for five days or more; is that right?

A   Yes.

Q   Did you review the referral that was made for that five or more day suspension of David Edmond, as principal of Longwood High School on June 4th, twin?

A   **As principal of Longwood High School, that determination about the five-day suspension was with Mr. Edmond, in my office, his parents, and Ms. Conlon.  We discussed it together.**

**And because of the unsafe environment that was created, he was suspended for five days.**

**And because there was more involved, it was moved to a central office hearing.**

Q   Could Melissa Conlon, without your authority, refer David Edmond for a five or more days suspension?

A   **No.**

Q   Is it fair to say that you were

270

the one who ultimately suspended David Edmond for more than five days because of the events that occurred on June 4, 2015?

MS. LINEEN:  Objection to form.

A   **As principal, any suspension of five days, it must come through me.**

Q   David Edmond was suspended for more than five days, right?

A   **I can only suspend for five days, as principal.**

**Anything beyond the five days is through the superintendent.**

Q   Do you know, for instance, if David Edmond was suspended for five days, with that referral, for more suspension?

MS. LINEEN:  Objection to form.

A   **David Edmond was suspended for five days with a central office hearing.**

And just so -- for the record knows, that central office hearings usually -- must occur within that five-day suspension.

Therefore, it happened within the five days.

271

Anything that's determined after the central office hearing to be more than five days is on the central office hearing.

Q   Who ultimately bears responsibility for suspending for five days at Longwood High School, when you were principal of Longwood High School from 2010 to 2015?

A   **Five days is a principal.**

Q   Does the assistant principal have discretion as to whether or not a five-day suspension can occur at Longwood High School?

A   **No.**

Q   Is there ever an occasion where the discipline is brought directly to you; in other words, an assistant principal is not involved, for a five-day suspension at Longwood High School, when you were principal of Longwood High School from 2010 to 2015?

A   **I've had my share of students in any office who we've tried to --**

272

**Yes.  I would -- I didn't have an assistant are principal at that time.**

Q   I'm going to get back to this meeting, but I want to be clear about one thing:

After you left the hallway 1600 on June 4, 2015, to whom was the first person you spoke with?

A   **I can't remember.**

Q   Do you recall speaking to Ms. Conlon after the incident occurred on June 4, 2015?

A   **I only spoke to Ms. Conlon with Mr. Edmond and his parents in my office.**

Q   Before that conversation happened, do you recall speaking to anyone?

What, if anything, were you doing?

A   **I don't remember.**

Q   Between the incident in the hallway on June 4th, 2015 and the conversation with Ms. Conlon and the Edmonds, do you recall anything that occurred?

273

A    No.

Q    Fair to say that the only thing you recall is the meeting with Mr. Edmond and Ms. Conlon, after the hallway incident in June 4, 2015?

MS. LINEEN:  Objection to form.

A    I remember that, only because I remember Mr. Edmond's behavior.

Q    Just to be clear, Tom Edmond, who is also a plaintiff in this lawsuit, and then there's David Edmond, who is the former student of Longwood, and is also a plaintiff in this lawsuit.

When you say Mr. Edmond, I assume your talking about David Edmond?

A    David Edmond.

Q    That was the first opportunity you had to observe David Edmond, throughout his tenure at Longwood High School, and throughout your tenure as principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Objection to form.

A    It's the only recollection I have of ever meeting David Edmond.

*Rich Moffett Court Reporting*

274

Q    You ever have an opportunity to review his student file, prior to that day?

A    I don't recall.  I don't recall. I don't recall.

Q    I'm going to refer to incidents on that day.

Can we agree that June 4, 2015 is what I'm talking about, just for brevity?

A    The date?  Yes.

Q    So, prior to the incident, do you recall speaking to David Edmond's parents?

A    Prior to the incident?  No.

Q    Is it fair to say that on June 4th, 2015, that was the first day that you met Tom and Carol Edmond?

MS. LINEEN:  Objection to form.

A    I don't know their first names; Mr. & Mrs. Edmond.

Q    Can you tell me about the initial meeting with Mr. & Mrs. Edmond on the date of the incidents?

A    I can't recall, you know, the conversation.

*Rich Moffett Court Reporting*

275

I know they came in with David and Ms. Conlon, so that we can discuss what had happened that day, and the -- David's involvement in the incident.

Q    As you sit here today, what is your understanding of David's involvement in the incident?

A    You know, it's been a while. All I remember is that there was an incident.  I really don't remember.

Q    Is there anything that would help refresh your recollection?

A    Maybe seeing the video.  I don't know.

I haven't seen that either.  I don't recall.

Q    Just to be clear, when you say video, what is the video?

A    The cameras; whatever was able to be recorded, if anything.

Q    Did you review video or statement or anything prior to the meeting?

A    I did not.

Q    Did you have the opportunity to

*Rich Moffett Court Reporting*

276

ask David Edmond what his version of the events were on that day?

A    He was very rude, I remember. He would not talk.  He wanted to get out of there.

And he would tell his parents, I don't want you asking questions.  We've got to get out of here.

Q    Did you have opportunity to observe David Edmond at that time?

A    In my office, he was looking at his phone.  He was very preoccupied with his phone, and being rude to his parents.

Q    Did you have opportunity to observe whether he was injured?

A    I don't remember seeing anything.

Q    Did anything come to your attention to indicate that he might have been injured on June 4, 2015?

A    No.

Q    Did you come to learn that David Edmond suffered any injury on June 4, 2015?

A    No.

*Rich Moffett Court Reporting*

277

Q    When you met with Ms. Conlon, did you have a discussion with anyone else other than David Edmond, Ms. Conlon, as regards to the events that occurred on June 4th, 2015?

A    No.

Q    Did you speak to any students on June 4th, 2015, prior to that meeting?

A    No.

Q    Did you come to learn afterwards a different account as to what Ms. Conlon told you on June 4, 2015?

A    I don't remember what Ms. Conlon said.

I don't remember too many conversations; I just remember there were other students involved.

Q    Do you know the race of the other students who were involved in the June 4, 2015 incident?

A    It was mixed.  There were white and there were black.

Q    Do you recall the names of any of the other student who were involved in

Rich Moffett Court Reporting

278

the June 4th, 2015 incident?

A    No.

Q    Do you know the race of David Edmond?

A    I believe he is African American.

Q    Was B██████ W████ involved on that day?

A    The name sounds familiar.

Q    Do you know B██████ W████ race?

A    No.

Q    Do you know anyone else who was suspended on June 4, 2015?

A    I don't remember.

MR. MORRIS:  Off the record at 3:01.

(Whereupon, a break was taken at this time.)

MR. MORRIS:  Back on the record. It's 3:08.  Could you just repeat the last question and answer.

(Whereupon, the last question and answer were read back by the court

Rich Moffett Court Reporting

279

reporter.)

Q    Dr. Castro, as principal of Longwood High School from 2010 to 2015, do you keep track of the suspensions in Longwood High School?

A    Personally track?

No.

Q    Is there a system in place that tracks the suspensions at Longwood High School?

A    We had a data -- an Excel spreadsheet.

Q    Who is this Excel spreadsheet made by?

A    It's an Excel spreadsheet that was made before I became principal.  We revised it every year, just to keep track approximate of the suspensions.

Q    When did you first become aware of it, and under what circumstances did you become aware of that?

A    As an assistant principal, and being part of creating the Excel spreadsheet.

Rich Moffett Court Reporting

280

Q    Did you review the spreadsheet?

A    Not regularly, no.

Q    Did you make the entries yourself?

A    No.

Q    Why who made those entries?

A    Clerical.

Q    Who from clerical?

A    Gail Smith.

Q    Was Gail Smith the person who maintained the Excel spreadsheet?

A    Yes.

Q    Where did Gail Smith maintain the Excel sheet?

A    On her computer.

Q    So, just to be clear, the format of that one, MicroSoft Excel; is that right?

A    Yes.

Q    Was this regularly maintained throughout the course of your professional activities as principal of Longwood High School from 2010 to 2015?

MS. LINEEN:  Note my objection to form.

Rich Moffett Court Reporting

281

A I believe so.

Q Who else had access to the Excel sheet, aside from Gail Smith?

A I don't remember.

It's not like a Google doc, where you could share it, or Google sheet. It was in one place, and that was pretty much it.

Q So is it fair to say, throughout the tenure of your career as principal of Longwood High School from 2010 to 2015, that Gail Smith was the one who maintained such Excel sheet?

A Yes.

Q Do you know if David Edmond's suspension was entered into that Excel sheet?

A No.

Q Do you know if B███████ W██████ suspension was entered into that Excel sheet?

A No.

Q Who would be responsible for entering, for instance, David Edmond's

282

suspension on that Excel sheet?

A It is not an Excel spreadsheet that would be of record.

Anything that would be of record would be in our Power School's student management system.

Q Did anyone else have access to this Excel sheet?

A No.

Q What purpose was the Excel sheet for?

A Just keeping a count.

Q Have you had an opportunity to review that count before coming here today?

A No.

Q Did you ever discuss the Excel sheet with any of your staff or the superintendent or anyone else with the Longwood Central School District?

A My assistant principals would know, because it existed; but I don't believe any of us actually reviewed it.

Q Did Dr. Lonigan know about the Excel sheet you had?

283

A No. I don't know if he does.

Q Have you ever provided the Excel sheet to anyone?

A No.

Q In the course of learning about this incident with David Edmond on June 4, 2015, had you discovered any of the events that preceded this incident?

A Such as?

Q Anything?

MS. LINEEN: Note my objection to form.

A I would say no.

I don't know what you're talking about.

Q Let me give you have an example.

In the course of learning about this incident involving David Edmond, have you discovered that David Edmond was physically touched by a security guard on June 4th, 2015?

A No.

Q Prior to your meeting with the Edmonds and Ms. Conlon, had you discovered

284

any event such as the one I described to you before, that preceded the incident on June 4, 2015?

MS. LINEEN: Objection to form.

A No.

I don't really understand the question, in terms of --

Say that again.

Q Had you learned what, if anything, occurred on June 4th, 2015, prior to you seeing that mob of students?

A No. I don't know.

Q At the time of the incident on June 4th, 2015, do you know the status of David Edmond with respect to his schoolwork?

A No.

Q Do you know if David Edmond was going to trade school after Longwood High School?

A No.

Q Do you know what member of class he was in? For instance, was he a sophomore, on June 4, 2015?

A When I was meeting with David

**285**

Edmond and his parents and Ms. Conlon, I was told to me that he was a senior.

Q   Who told you that?

A   I believe, Ms. Conlon, but I don't remember.

Q   Do you know of any prior incidents involving the use of force by Longwood employees against Longwood students?

MS. LINEEN:  Note my objection to form.

A   No.

Q   In the course of your professional activity as principal of Longwood High School from 2010 to 2015, have you ever learned of the use of force against Longwood students by Longwood High School police?

MS. LINEEN:  Note my objection to form.

A   No.

Q   Have you had any opportunity to observe any previous incidents involving Scott Reese, throughout your tenure as

*Rich Moffett Court Reporting*

**286**

principal of Longwood High School High School from 2010 to 2015?

A   What does that mean?

Q   For instance, any allegations against Scott Reese?

A   During my tenure?

Q   Yes?

A   No.

Q   What about prior to your tenure?

A   I don't know what that has any bearings to do here.

MS. LINEEN:  Well, just so I know, what's the question?  Did she observe any allegations before?

MR. MORRIS:  What did we ask?

(Whereupon, the last question was read back by the court reporter.)

Q   Did you know of any allegations against Scott Reese involving his conduct, throughout your life?

MS. LINEEN:  Note my objection.

You can answer.

A   I guess my question is, during his employment with us, within the building

*Rich Moffett Court Reporting*

**287**

itself?  No.

Q   Have you learned of any incidents involving Scott Reese outside of the building?

A   He has his own personal piece.

Q   Do you know if Scott Reese is a convicted felon?

A   No.

MS. LINEEN:  That's no, you don't know?

THE WITNESS:  No, I don't know.

MS. LINEEN:  Just to clarify.

Q   Do students regularly use cell phones in the hallway at Longwood High School?

A   Say that again.

Q   Do students, Longwood High School students, regularly use cell phones within the halls of Longwood High School?

A   You want to define regularly?

I'm not being smart.  But, you know, we're in a school, and you have teenagers.

They are going to use them

*Rich Moffett Court Reporting*

**288**

regularly in the hallway to listen to music, and what have you.

Q   So, it's known that Longwood High School students use their cell phones during school at some point?

MS. LINEEN:  Objection.

A   To be honest with you, they should not.  It's not -- it's directed to students not to use their cell phones.

Q   Is that in a policy, in a handbook, or something else?

A   Actually, I believe it is in a policy.

Cell phones are not permitted in the building.

Q   So, you're aware of a policy that cell phones are not permitted in the building?

A   There is something, yes.

Q   As principal of Longwood High School from 2010 to 2015 --

A   Yes.

Q   -- when did you first become aware, and under what circumstances did you

*Rich Moffett Court Reporting*

289

become aware of that policy?

A    So when I become principal, I was looking to be a little more lenient with students in terms of being able to use their cell phones as an instructional tool, to see where their schedule is, if they needed to take a picture of a homework, or to do their, you know, depending on the teacher.

Therefore, I was made aware that there is a something that speaks to no cell phones permitted in the building.

Q    Did you read that policy?

A    It's -- yes.  And it's a form that goes home, I believe, with the students as well.

Q    Do you know who has physical custody of that document at this time?

A    It's in the policy manual.  I believe it's in the --

Actually, it has just been revised; so, therefore, you would have to go to the archives for it.

Q    Would you say archives, does that mean there's an electronic copy?

*Rich Moffett Court Reporting*

290

A    Policy, yes.

Q    Do you know what the format is?

A    It's in board docs, an electronic.

Q    So it's on the Longwood Central School District web site?

A    Yes.

Q    Did you ever create any guidelines or rules or policy in regard to how this cellular phone policy is to be enforced by your subordinates, as principal of Longwood High School from 2010 to 2015?

A    There is nothing in writing, I believe.

Q    Is there a policy about hallway use of cellular phones at Longwood High School when you were principal of Longwood High School from 2010 to 2015?

A    The policy just speaks to cell phones in general.

Q    Have you ever monitored the hallways directly?

Aside from June 4, 2015, have you ever personally reviewed the hallways at

*Rich Moffett Court Reporting*

291

Longwood High School?

A    Yes.

Q    Have you enforced the cellular phone policy within those hallways of Longwood High School, as principal of Longwood High School from 2010 to 2015?

A    Yes.

Q    What was that policy?

What was the result?

MS. LINEEN:  Note my objection.

A    I don't know.

The result is to remind the student, please put your cell phone away.

Q    Would you ever physically stop a student if they had their cell phone out?

A    I would probably stop and have a conversation; that kind of stop.

Q    If the student kept going, would you physically stop the student if they had their cell phone out?

A    To be honest with you, believe it or not, the 2700 pretty much are respectful, and they would listen.

Q    Would a teacher be allowed -- a

*Rich Moffett Court Reporting*

292

Longwood High School teacher -- to physically stop a student who was on the cellular phone within Longwood High School, during your tenure as principal of Longwood High School from 2010 to 2015?

A    No one physically would touch a student, or stop them.

Q    David Edmond was a senior, you said that before, at the time this occurred, correct?

A    Yes.

Q    Was he expected to graduate?

A    I believe so.

Q    Do you know his class rank?

A    No.

Q    Did you ever learn what his grades were like?

A    No.

Q    Do you know if he was going to higher education after school?

A    No.

Q    What about the military?

A    No.

Q    What about trade school?

*Rich Moffett Court Reporting*

293

A   No.

Q   Was he a BOCES student?

A   No.

I don't know.

No, I don't know. That is, is he a BOCES student.

Q   Are BOCES records separate from Longwood High School?

A   It would be on his schedule, or that student's schedule.

But I don't know what his schedule was like, so I don't want to say -- I don't know if he was attending BOCES, if that's the --

Q   So, 2700 students within Longwood High School, approximately, if they are in BOCES, that being one of the students, would their records still be within Power School?

A   Their schedule is in Power School, with BOCES; so BOCES would show up as a class.

Q   So, it's something that would be in addition, not something that has a

*Rich Moffett Court Reporting*

294

separate system altogether, correct?

A   Correct.

Q   As you sit here today, you ever look at David Edmond's record as it relates to the items I just asked you about: His graduation class rank?

A   No.

Q   Just for the record?

A   No.

Q   In the course of your professional activities as principal of Longwood High School from 2010 to 2015, do you know how many disciplinary actions involving suspension came to your attention during this period?

A   No.

Q   Do you know if any of those disciplinary proceedings were investigated, like the one here?

A   No.

MS. LINEEN: Note my objection.

A   I'm not exactly sure what you're asking.

Q   In the course of your

*Rich Moffett Court Reporting*

295

professional activities as principal of Longwood High School from 2010 to 2015, was an investigation associated which each of the suspension disciplines that were given to Longwood High School students?

MS. LINEEN: Note my objection.

A   There is always an investigation in terms of finding out what happened, getting the student's side of the story and whoever else was involved is. That's the type of investigation.

Q   If an attorney was involved, the investigation would cease?

A   It would -- the attorney takes over.

Q   If the attorney did not take over, what would occur?

MS. LINEEN: Note my objection.

A   I just said that we would talk to the students involved, whoever was involved in the situation.

Q   Well, who is we?

A   The administrators, teachers, whoever. The student; therefore, their

*Rich Moffett Court Reporting*

296

parents.

Q   In particular, what staff at Longwood High School, in the course of your professional activity as principal of Longwood High School from 2010 to 2015, would conduct such an investigation?

MS. LINEEN: Objection.

A   The investigations are really through administration.

Q   So that would be the principal, correct?

MS. LINEEN: Objection.

A   And the assistant principals.

Q   Anyone beside the principal and assistant principals, in terms of investigations?

A   Not that I know of, no.

Because if it's going to come from the principal's office, it has to come through the principal.

Q   Understood.

For instance, would a social worker be involved in the investigation?

A   No.

*Rich Moffett Court Reporting*

**297**

Q    Would a counselor be involved in an investigation?

A    **The only time any other staff would be involved is if they had pertinent information to provide towards that situation.**

Q    So to clarify, pertinent information?

A    **They don't do the investigation. My understanding, you're asking who's doing the investigation.**

Q    Yes?

A    **So therefore, they do not do the investigation.**

Q    Understood.  And that's exactly what I'm asking.

So, as principal of Longwood High School from 2010 to 2015, investigations regarding suspension would be only done by assistant principals and the principal?

A    **Yes.**

MS. LINEEN:  Objection.

Q    Is there a central depository

**298**

for disciplinary proceedings?

A    **No.**

MS. LINEEN:  Objection to form.

Q    Something that has all the records relating to discipline within Longwood High School?

A    **Not that I know of.**

Q    Who else beside you, as principal of Longwood High School from 2010 to 2015, might know how many disciplinary proceedings, that being suspensions, occurred during the time that you were principal of the school.

MS. LINEEN:  Objection to form.

A    **I don't know.**

Q    Are you aware of any investigations conducted by outside agencies with respect to discrimination at your school, that being Longwood High School, from 2010 to 2015?

A    **No.**

Q    What about any investigations conducted by outside agencies at Longwood High School throughout your tenure as a

**299**

Longwood Central School District employee?

MS. LINEEN:  Objection to form.

You can answer.

A    **No.**

Q    Are you aware of a report made by technical assistance on disproportionality?

A    **Is that the Special Ed piece? That's a State report.**

Q    Okay.

Are you aware of a report made by what is called TAC-D, T-A-C dash D, Technical Assistance on Disproportionality?

A    **No, I don't know.**

Q    Are you aware of a Quality Improvement Process, a QIP report?

A    **I've heard of it. Not of the high school.**

Q    When you say you've heard of it, what have you heard?

A    **These are terms that are used by Special Education State employees that would investigate services for students with disabilities.**

**300**

Q    Do you know where such a report would be filed?

MS. LINEEN:  Objection.

A    **No.**

Q    Are you aware that Longwood High School, at some point, was cited for disproportionate treatment of African Americans in discipline?

MS. LINEEN:  Note my objection to form.

A    **I've heard of the disproportionality for many years.**

Q    What have you heard?

A    **That an student who's African American would have a higher probability of being suspended, in terms of classified students.**

Q    And you say a higher rate of being suspended?

A    **I said a higher probability.**

Q    I apologize.

A higher probability in what school, exactly?

A    **Actually, to be honest, all of**

301

New York State.

Q    When we say cited -- the report that I'm talking about specifically, has such a finding been made in regard to Longwood Central School District?

A    I don't know what you mean by a finding.

Q    Finding of disproportionate discipline among races, specifically African Americans?

MS. LINEEN:  Note my objection to the form.

You can answer.

A    Students with disabilities.

Q    Were students with disabilities who are African Americans disproportionately suspended at 5789 Longwood High School at some point?

A    I don't know if it was specific to the high school.

Q    Do you know if it was specific to the district?

A    I believe the information comes as district.

Rich Moffett Court Reporting

302

Q    Have you ever reviewed a report or some sort of written finding to that effect?

A    No.

Q    How did you come to learn of such a finding?

A    Our Special Ed directors would be informed of such information, and they would share it at a meeting.

And we talk about being proactive and what systems we can do -- put in place in order to support our students.

Q    In the course of your professional activities as principal of Longwood High School from 2010 to 2015, what, if anything, did you do to reduce that disproportionality of African Americans being disciplined within Longwood High School?

MS. LINEEN:  Note my objection to form.

A    So, in terms of Special Education, we follow the law, the regulations, that requires us to observe a

Rich Moffett Court Reporting

303

student to see what is the behavior and what triggers their behaviors in class, and when they're not in structured environments. Then we come up with a behavior intervention plan -- a BIP, for those students.

Q    Have you ever had the opportunity to review the prior reports and recommendations on disproportionality as it relates to Longwood Central School District in formulating those goals?

MS. LINEEN:  Note my objection to form.

A    No, because that's a -- the directors of Special Education would take the lead on that.

Q    Who are the directors of Special Education who took the lead on that?

A    So, the secondary level is director Jennifer McCarthy.  That's the person I would have the most contact with.

Q    Did Jennifer McCarthy ever explain to you that recommends were made from prior reports, as principal of Longwood High School from 2010 to 2015?

Rich Moffett Court Reporting

304

A    That was made on a general, not to me specifically.

Q    What, if anything, did you do to ensure that there was uniform treatment; in other words, not disproportionate treatment, on the basis of races among students?

A    Among -- this report is about students with disabilities.  So therefore, I supported the second -- the director of Secondary Ed in Special Education, to provide the supports with our mental health, which is our social workers, psychologists, counselors, our Special Ed teachers, our teachers with assistants, to work together to develop a system to support these students, to keep them engaged in instruction.

Q    What system did you help develop?

A    It's the one that is regulated by the State, which requires a function behavior assessment and then a behavior intervention plan -- individualized plan, for that student.

Rich Moffett Court Reporting

305

Q    Is that something written, that process that helps normalize the disproportionality, or is it something else?

A    **It is a system.**

Q    Is it a written system, a verbal?

A    **It's part of the student's IEP, and it's an IEP direct.**

Q    Is there any outside agency assisting the Longwood Central School District in ensuring that there is no disproportionate treatment among races at the --

A    **We always work with BOCES, Eastern Suffolk BOCES, who has their Special Ed department, which works with schools -- with all schools, throughout the district, I'll say.**

Q    Has any such finding, that being the disproportionality of discipline among races, conducted outside of the disabled student s at Longwood High School throughout your tenure there?

A    **Not that I know of.**

306

Q    Was Eastern BOCES assisting, when you were principal at Longwood High School from 2010 to 2015, in ensuring uniformity in discipline among races?

MS. LINEEN:  Eastern Suffolk BOCES?

A    **Eastern Suffolk BOCES Special Ed group has been working with the Longwood Central School District and other -- and probably every other district that's as big as we are, with supports in the Special Ed to assure that we are supporting our students.**

Q    In the course of your professional activities as principal of Longwood High School from 2010 to 2015, what, if any, progress has been made in ensuring uniformity in discipline among races?

MS. LINEEN:  Note my objection to form.

A    **We're talking about Special Education?**

Q    Yes?

307

A    **So, in Special Education, the system has become stronger, to decrease the number of students both classified and suspended, suspending classified students.**

Q    How did you learn of that?

A    **Through the director of Special Education who keeps records of that information.**

Q    Have you ever had an opportunity to review those records?

A    **No.**

Q    Just to be clear, who maintains these record?

A    **The Director of Secondary Special Education, Mrs. Jennifer McCarthy.**

Q    We've mentioned a lot of people before.

Does Jennifer McCarthy work within Longwood High School?

A    **I said she was the Director of the Secondary Special Education.**

Q    Does anyone report to Ms. McCarthy, or did they report to Ms. McCarthy, when you were principal of

308

Longwood High School from 2010 to 2015?

A    **I don't understand your word about report to.**

**Who reports to whom?**

Q    So, for instance, did she have any subordinates?

A    **See, our -- I guess our tree -- it's really not a subordinate.  So we're clear, there are no real subordinates.**

**She reports to the superintendent, as do all administrators.**

**She -- the teachers are part of the building, yet she oversees also the regulations and implementation of the State requirements of the law for students with disabilities.**

Q    You said Ms. McCarthy, when you were principal of Longwood High School from 2010 to 2015, she reported to superintendent Dr. Michael Lonigan; is that right?

A    **Yes.**

Q    Do you know if any report was made as to her progress, if any, in terms of disproportionality in treatment at the

309

Longwood Central School District?

MS. LINEEN: Objection to form.

A   During that time?

I can say no, I don't know.

Q   Do you know how many times Longwood Central School District was cited for disproportionate treatment among races?

MS. LINEEN: Objection.

A   For Special Education?

I don't know.

Q   Was it more than once?

MS. LINEEN: Objection.

A   So, if you know anything about the State, the way they report or identified districts, you may be a district that is identified every year, forever, because of the disproportionality or your ratio is off.

So, I don't know how many years.

Q   As principal of Longwood High School from 2010 to 2015, do you know if, when you were the principal, the high school was cited for disproportionate treatment among races?

MS. LINEEN: Objection.

*Rich Moffett Court Reporting*

310

A   Any time you are cited, it's always two years behind. The data is two years behind the actual time that you find out.

So, whether it happened during my four years, I can't tell you. It was probably before I was the principal.

If you understand how the numbers are communicated, the data is behind; it's two years behind.

Q   I understand that.

It's like the problems that Trump is dealing with now could allegedly be because of Obama.

I don't want to get into politics. So I understand.

When you were principal of Longwood High School from 2010 to 2015, were there citations issued during your tenure because of disproportionate treatment on the basis of race?

MS. LINEEN: Note my objection to form.

You can answer.

*Rich Moffett Court Reporting*

311

A   It was a report about students with disabilities, and the ratio as to the African American students, male and female. It doesn't --

Q   How did you become aware of that report? Under what circumstances did you become aware of it?

A   It is informational.

And it was at an administrative meeting.

Q   Did you read it?

A   It's a chart. That was all about -- I was able to view.

Q   When you say all that you were able to -- is there more of it?

A   I don't know if there's more. That's all I saw was a chart.

Q   A presentation?

A   No. Just a chart.

Q   Under what circumstances did you view that chart?

A   Again, it was an administrative meeting, and it was a general meeting to talk about students with disabilities in

*Rich Moffett Court Reporting*

312

general, and making sure that we were attending to their needs and supporting them and engaging them in instruction, so they wouldn't behave in these certain ways that would cause them to be suspended.

Q   Do you recall what year of your tenure as principal that was?

A   No.

Q   Do you recall any other such report, meeting, chart, throughout your tenure as a principal at Longwood High School?

A   No.

MS. LINEEN: Objection to form.

Q   Does the head of security have access to student record?

A   No.

Q   Were students using phones in the hallway on June 4th, 2015?

A   During that commotion -- that mob mentality, they were recording something, because they had their phones up and record.

Q   When you say they?

*Rich Moffett Court Reporting*

313

A    Students.

Q    Who did you observe, if anyone?

A    I couldn't tell you who they were.

Q    Were they guys, girls?

A    All.  All those kids, there was a bunch of them.  I can't tell you all, but there were many.

Q    So, did you observe males with phones out on June 4th, 2015?

MS. LINEEN:  Objection.

A    Males and females.

Q    Did you observe students of different races using phones on June 4, 2015?

A    Sure.  There must have been -- we have a diverse population; so there were all types.

Q    How many times were you involved in the discipline of David Edmond throughout your tenure as principal of Longwood High School from 2010 to 2015?

A    That was only time I ever met David Edmond.

314

Q    I'd like to go back to the meeting with the Edmonds and Ms. Conlon.

Do you know how long that meeting lasted for?

A    No.

Q    On June 4, 2015, do you know what time of day that meeting occurred?

A    No.

Q    Do you know if anyone else, aside from you, Ms. Conlon, David Edmond, Tom Edmond and Carol Edmond, participated in that meeting?

A    Only people that participated were Mr. & Mrs. Edmond -- I don't know if Carol and Tom -- David Edmond and Ms. Conlon and myself.

Q    What, if anything, occurred at the end of that meeting?

A    All I remember was collegial and very respectful, and that we would be in communication.

Q    Was Dr. Lonigan at all involved in that meeting?

A    No.

315

Q    What, if anything, do you remember about the duration of the day, the remainder of the day, on June 4th, 2015?

A    Nothing out of the ordinary; just busy.

Q    Do you recall any other conversations, any other discussions, any social media, news, anything else, on June 4th, 2015?

A    No.  Only when I got home, and it was on Channel 12.

Q    I want to -- between that meeting and you getting home --

What time did you get home?

A    I don't remember.

Q    Was it night?

A    I don't remember.

Q    Do you remember anything else between the end of that meeting with Ms. Conlon and the Edmonds to your getting home on June 4th, 2015?

A    Nothing of significance, that I can remember.

Q    Do you recall any conversations

316

regarding David Edmond?

A    No.

Q    Do you recall any conversations regarding choking?

A    No.

Q    Do you recall any conversations regarding pushing?

A    No.

Q    Do you recall any conversations regarding body slamming?

A    No.

Q    Do you recall any conversations regarding school video?

A    No.

Q    When you got home that evening, what, if anything, did you observe?

MS. LINEEN:  Objection.

A    I saw David Edmond on Channel 12, telling about his story.

Q    What did you see?

A    That's all I remember.

MS. LINEEN:  Objection.

Q    Do you recall what he said?

A    No.

317

Q    Did you have an occasion to see anything else on June 4th, 2015?

MS. LINEEN:  Objection.

A    **No.  Not related to that, no.**

Q    Anything related to your employees within Longwood High School on June 4th, 2015, aside from what we discussed here today, in between the incident and your viewing David Edmond?

MS. LINEEN:  Objection.

A    **I don't remember can anything.**

Q    Did you ever have an opportunity to review a video depicting a choking incident regarding the events of June 4, 2015?

A    **No.**

MS. LINEEN:  Objection.

Q    You ever have an opportunity to view a school security video regarding David Edmond on June 4, 2015?

A    **No.**

MR. MORRIS:  Can we take ten minutes?

I might be done.

*Rich Moffett Court Reporting*

318

MS. LINEEN:  Yes.

You're over seven hours, so I'm trying to be cooperative and give you a little grace period here.

I'm not going to let it go on too much longer.

MR. MORRIS:  The time is --

What time do you have?

MS. LINEEN:  I have 3:45.

If we go beyond 4:00, I'm going to have to object.

MR. MORRIS:  3:45.

Just give me a few minutes; I'm going to finish up.  Okay?

MS. LINEEN:  How much time are you going to take to finish up?

MR. MORRIS:  Off the record.

(Whereupon, there was a discussion held off the record.)

MR. MORRIS:  3:51.  We're back on the record.

Q    Dr. Castro, as principal of Longwood High School from 2010 to 2015, you've had the opportunity to discipline

*Rich Moffett Court Reporting*

319

several individuals; is that right?

A    **To impose discipline.**

Q    Yes.

A    **Yes.**

Q    Imposing discipline on David Edmond on June 4th, 2015, what, if any, criteria did you consider?

A    **His involvement, and how it affected the safety and well-being of the building.**

Q    As principal of Longwood High School at the time, what did you understand David Edmond's involvement to be, on June 4th, 2015 incident?

A    **I don't remember clearly.**

Q    As principal of Longwood High School on June 4th, 2015, what, if any, hazard do you remember that David Edmond caused to the safety of the students?

A    **The only thing I can remember is that he was one of the individuals who started the group from chanting and --**

**He was involved.  I'm going to say that he was involved.**

*Rich Moffett Court Reporting*

320

**I can't say he started.  He was involved.  That's really it.  That's all I know; and created an unsafe environment.**

Q    So, for his involvement in the chanting, he was disciplined; is that fair to say?

A    **More than that.**

MS. LINEEN:  Note my objection.

Q    Could you please explain what you mean by that.

A    **So, it wasn't just chanting; it was also, I guess, creating that atmosphere of a mob mentality.**

Q    Anything else, aside from chanting and creating that atmosphere of a mob mentality, that David Edmond received discipline for on June 4, 2015?

MS. LINEEN:  Objection to form.

A    **Other than his involvement in that incident -- I don't have of the details.  I don't remember any of details.**

Q    That was based on what Ms. Conlon had conveyed to you; is that right?

*Rich Moffett Court Reporting*

321

A    And I believe David Edmond had also spoken to Ms. Conlon regarding that situation.

Q    On that basis, that's where the discipline was initiated?

A    That's where it began.

Q    I guess, just for finality, where did it end?

A    It ended with the attorneys.

And that's when it ends.

I do not revisit that. As a principal, I have other, you know, responsibilities; not to say that he is less of a responsibility.

But once I have the experts within their field to investigate and make recommendations, I leave it to them.

Q    Understood.

As principal of Longwood High School from 2010 to 2015, you had the well-being of all students, as the foremost concern; is that right?

A    Yes.

Q    But, fair to say, once an

322

attorney got involved, you stepped back?

A    Yes.

Q    Before the attorney got involved, or the attorneys got involved, in the David Edmond June 4, 2015 incident, what, if anything, did you do in regard to his discipline?

Specifically, I'm looking for what discipline was recommended?

A    So I have a discussion with the superintendent regarding the Code of Conduct.

David would not be the first to be suspended for five days whether a central office hearing regarding creating an unsafe environment in the building.

Q    When did that discussion occur in regard to David Edmond?

A    With the superintendent, most likely after I met with the parents, David and Ms. Conlon.

Q    That was before the attorney got involved; is that right?

A    Yes.

323

Q    Could you tell me what was the conversation between you and Dr. Lonigan on June 4, 2015?

MS. LINEEN:  Objection.

A    I can't remember, other than that it wasn't about, say, David specific, because I wanted to say there were more students that were suspended for five dates, and possibly with a central office hearing.

It was regarding the situation.

And we looked for -- we consulted with the attorneys, in terms of moving forward.

Q    Did you have any discussion specific to David Edmond with Dr. Lonigan?

A    Not that I remember.

Q    Before that discussion with Dr. Lonigan, what, if any, discussion do you remember between David Edmond's parents and you and Ms. Conlon?

A    I don't recall having a conversation.

Q    Did they make any complaint to you on June 4, 2015, that being the David

324

Edmond's parents?

A    No.

Actually, they were looking -- asking questions; they were very respectful.

Like I said, David's behavior to his parents was extremely disrespectful. And asking them not to ask the questions.

He wanted to get out of there, and he was preoccupied with his cell phone.

Q    Did Ms. Conlon ever inform you that David had requested medical assistance on that day?

A    I don't recall.

Q    Did Ms. Conlon, on June 4, 2015, ever indicate that David Edmond wanted to speak to the police?

A    No.

Q    Did Ms. Conlon, on June 4, 2015, ever indicate to you that David Edmond wanted to call an attorney?

A    No.

Q    Did Ms. Conlon state to you that David Edmond was injured on June 4, 2015?

A    Not that I recall.

325

Q   As you sit here today, do you know if David Edmond went and visited the nurse, on June 4, 2015?

A   I don't recall.

Q   We discussed a lot.

Is there any documents, anything that would refresh your recollection of something that you perhaps don't recall, that we said earlier today?

A   Nothing that I could think of.

Q   Is there anything that would help you recall any information in regard to the discipline that was recommended for David Edmond on June 4th, give?

A   Say that again.

Q   Is there any document or anything at all that would help you refresh your recollection as to what helped you formulate the referral for discipline for David Edmond on June 4th, 2015?

A   Unless we go back to his file of central office hearing, where all his document would be; that would be only thing to refresh my memory.

*Rich Moffett Court Reporting*

326

It's been a while, so I don't -- that would be it.

And I would only be repeating what I've said, in those document.

Q   Anything you'd like to add that we might have not remembered before, now remember?

MS. LINEEN:  Over my objection.

A   No.

Q   Is there any documentation -- any record that we discussed here that you've not provided to your attorney in regard to this matter?

A   Anything that was requested from my attorney was, you know, forwarded to her.

Q   As you sit here today, do you know the allegations that were made against you by David Edmond and Tom Edmond and Carol Edmond?

A   No.  Not really.

MS. LINEEN:  I don't have any questions.

I'm going to reserve the witness's right to review and sign the

*Rich Moffett Court Reporting*

327

transcript, pursuant to the federal rules, and request a copy of the video of today's deposition.

MR. MORRIS:  Since we're on the record, please note, I'm handing the original deposition transcript of Scott Reese for signature to defense counsel.

Q   I'm also handing the original deposition transcript of Mr. Partlow for signature.

I will note that we've sent a number of transcripts --

MS. LINEEN:  I wouldn't say it's been a number.

MR. MORRIS:  -- that are outstanding.

We just respectfully request that the deponents review that, sign where applicable.

And we will be glad to provide you with a video, as we discussed today.

MS. LINEEN:  Okay.

*Rich Moffett Court Reporting*

328

And the other videos of the other depositions that we previously requested.

(Time noted:  4:00 p.m.)

*Rich Moffett Court Reporting*

329

ACKNOWLEDGEMENT

STATE OF NEW YORK )
                   :ss
COUNTY OF          )


        I, MARIA CASTRO, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of February 18, 2018; that the transcript is a true, complete and correct record of my testimony, and that the answers on the record as given by me are true and correct.


_____

MARIA CASTRO


Signed and subscribed to before me, this          day
of                 , 2018.


_____

Notary Public, State of New York


*Rich Moffett Court Reporting*

---

330

------------------I N D E X-------------------

WITNESS              EXAMINATION BY       PAGE
MARIA CASTRO         MR. MORRIS           4



DIRECTIONS:  None
RULINGS:  None
MOTIONS:  None

---------------DOCUMENT REQUEST---------------
None

---------INFORMATION TO BE FURNISHED--------
None

------------------EXHIBITS------------------
PLAINTIFF'S FOR I.D.              PAGE
None


DEFENDANT'S FOR I.D.             PAGE
None

---

331

CERTIFICATE

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NASSAU   )


        I, RICH MOFFETT, a Notary Public within and for the State of New York, do hereby certify:
        That MARIA CASTRO, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.
        I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.
        IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of February, 2018.


-------------------------

RICH MOFFETT

| # | | | | |
|---|---|---|---|---|
| **#1-10** [1] - 1:17 | 7:6, 10:23, 11:16, 14:22, 16:6, 16:18, 17:7, 18:7, 20:2, 20:15, 21:8, 22:13, 23:2, 24:3, 25:2, 27:18, 28:9, 28:15, 29:14, 29:24, 31:5, 31:16, 32:10, 32:24, 34:18, 35:14, 36:7, 38:7, 38:18, 39:10, 40:4, 40:12, 42:16, 43:7, 43:17, 43:25, 44:16, 44:24, 45:21, 46:6, 46:13, 46:18, 47:4, 47:10, 47:20, 50:25, 51:5, 53:6, 53:25, 54:10, 55:21, 56:6, 57:7, 61:7, 61:21, 62:16, 63:7, 64:4, 65:3, 65:9, 66:10, 67:5, 67:12, 68:13, 68:21, 69:5, 71:18, 73:19, 74:15, 74:24, 75:21, 76:10, 76:22, 77:2, 77:14, 78:5, 78:21, 79:6, 79:20, 80:17, 81:23, 82:17, 82:20, 84:9, 85:15, 86:18, 87:17, 88:15, 89:7, 89:12, 90:6, 90:12, 90:22, 91:2, 91:7, 91:18, 91:24, 92:10, 92:20, 93:16, 95:5, 96:5, 96:22, 97:18, 98:17, 98:22, 99:6, 99:15, 99:22, 100:11, 101:7, 101:15, 101:21, 102:5, 102:15, 103:6, 103:21, 104:23, 105:7, 105:25, 106:17, 107:14, 108:14, 109:9, 109:20, 110:3, 110:11, 111:9, 111:19, 112:6, 113:20, 114:19, 115:15, 116:2, 116:15, 117:3, 117:16, 118:13, 118:24, 120:5, 120:23, 121:6, 121:14, 122:19, 123:6, 123:13, 123:25, 124:24, 125:5, 125:13, 126:15, 127:7, 127:14, 128:10, 129:13, 129:25, 130:12, 131:3, | 132:14, 133:8, 134:21, 136:6, 137:2, 138:19, 139:16, 139:22, 140:4, 140:21, 141:4, 142:4, 145:15, 146:19, 147:6, 148:6, 150:10, 151:10, 151:21, 153:2, 153:10, 154:3, 154:15, 154:22, 155:3, 155:22, 156:8, 157:6, 158:2, 158:9, 158:15, 158:22, 159:4, 159:11, 159:19, 160:3, 160:8, 161:19, 167:8, 167:18, 167:23, 168:15, 168:25, 172:15, 172:23, 173:7, 173:14, 175:7, 175:25, 176:14, 177:2, 177:9, 177:15, 177:20, 178:16, 180:23, 181:3, 181:9, 181:15, 181:21, 182:4, 182:21, 184:4, 184:15, 184:21, 185:3, 185:14, 186:6, 186:13, 187:8, 187:16, 187:23, 188:5, 188:23, 189:13, 190:24, 191:22, 192:15, 193:17, 194:22, 195:18, 196:9, 196:24, 197:9, 197:16, 197:22, 198:8, 199:15, 199:24, 200:15, 200:23, 201:21, 202:20, 203:6, 203:18, 203:23, 204:8, 204:19, 205:9, 206:2, 206:23, 207:14, 207:20, 208:6, 208:12, 209:14, 209:18, 210:3, 210:18, 211:9, 211:17, 211:25, 212:12, 212:23, 213:4, 213:17, 214:23, 216:19, 216:25, 217:21, 218:22, 219:22, 220:15, | 221:6, 221:25, 222:6, 224:6, 225:21, 226:8, 226:16, 227:3, 228:14, 228:24, 229:11, 230:14, 231:17, 232:8, 232:12, 234:2, 234:13, 234:21, 235:4, 235:23, 236:3, 236:10, 236:22, 237:21, 238:15, 238:23, 239:7, 239:11, 240:18, 243:21, 249:11, 251:3, 252:10, 255:8, 265:5, 265:13, 265:22, 271:9, 271:22, 273:22, 279:4, 280:23, 281:12, 285:16, 286:3, 288:22, 290:13, 290:19, 291:7, 292:6, 294:13, 295:3, 296:6, 297:19, 298:10, 298:21, 302:16, 303:25, 306:4, 306:17, 308:2, 308:20, 309:21, 310:19, 313:23, 318:24, 321:21 | 11:16, 11:21, 14:22, 16:7, 16:18, 17:7, 18:7, 20:2, 20:15, 21:8, 22:13, 23:2, 24:3, 25:2, 27:18, 28:9, 28:16, 29:24, 31:5, 31:16, 32:10, 34:18, 36:7, 38:7, 38:18, 39:10, 40:4, 40:12, 42:16, 43:7, 43:17, 43:25, 44:16, 44:24, 45:21, 46:6, 46:13, 46:18, 47:4, 47:10, 47:20, 51:2, 51:5, 53:6, 54:2, 54:10, 55:21, 56:7, 57:7, 61:8, 61:21, 62:17, 63:7, 64:5, 65:4, 65:9, 66:10, 67:5, 67:12, 68:13, 68:21, 69:5, 71:18, 74:16, 74:24, 75:21, 76:10, 76:22, 77:3, 77:15, 78:5, 78:21, 79:6, 79:20, 80:17, 81:23, 82:18, 82:21, 84:9, 85:16, 86:18, 87:17, 88:16, 89:7, 89:12, 90:7, 90:12, 90:22, 91:2, 91:7, 91:18, 91:24, 92:10, 92:20, 93:16, 95:5, 96:5, 96:22, 97:18, 98:17, 98:22, 99:6, 99:16, 99:22, 100:11, 101:7, 101:15, 101:21, 102:5, 102:15, 103:6, 103:22, 104:24, 105:7, 105:25, 106:17, 107:14, 108:14, 109:10, 109:20, 110:3, 110:11, 111:10, 111:19, 112:6, 113:20, 114:20, 115:15, 116:2, 116:16, 117:3, 117:16, 118:13, 118:24, 120:5, 120:23, 121:6, 121:15, 122:19, 123:7, 123:14, 124:2, 124:24, 125:5, 125:13, 126:15, 127:7, 127:14, 128:10, 129:13, 129:25, 130:12, 131:3, 132:15, 133:8, 134:21, |

| 1 | | | | |
|---|---|---|---|---|
| **1-10** [2] - 1:11, 1:16 | | | | |
| **10** [1] - 65:12 | | | | |
| **100** [3] - 65:16, 78:23, 256:15 | | | | |
| **10601** [1] - 3:12 | | | | |
| **1102** [1] - 3:11 | | | | |
| **114** [1] - 2:22 | | | | |
| **11501** [1] - 2:23 | | | | |
| **11746** [2] - 1:21, 3:6 | | | | |
| **11:26** [1] - 107:25 | | | | |
| **11:40** [1] - 108:5 | | | | |
| **12** [3] - 33:11, 315:12, 316:20 | | | | |
| **12:58** [1] - 187:3 | | | | |
| **13** [7] - 117:18, 117:20, 136:13, 136:24, 138:20, 161:2, 161:5 | | | | |
| **15** [3] - 54:7, 171:10, 171:19 | | | | |
| **1600** [26] - 240:2, 240:3, 240:10, 240:17, 249:4, 249:6, 249:9, 249:20, 250:12, 250:14, 250:19, 250:25, 251:21, 251:24, 252:7, 254:2, 256:17, 257:4, 259:12, 260:14, 260:17, 260:19, 261:2, 261:6, 261:21, 272:7 | | | | |
| **17** [5] - 183:8, 183:12, 183:14, 185:5, 185:24 | | | | |
| **18** [3] - 1:22, 195:5, 329:11 | | | | |
| **18th** [1] - 331:21 | | | | |
| **1:17** [1] - 204:12 | | | | |
| **1:51** [1] - 204:16 | | | | |

The following entries appear in the fourth column:

**2011** [3] - 8:17, 179:18, 240:24
**2012** [2] - 179:15, 179:18
**2013** [4] - 179:12, 179:16, 184:6, 184:12
**2014** [23] - 11:21, 29:14, 168:8, 170:9, 170:12, 170:16, 171:20, 178:9, 179:9, 179:12, 184:6, 184:7, 184:10, 184:12, 195:5, 199:11, 228:15, 233:13, 234:5, 242:9, 242:22, 245:8, 245:16
**2014-'15** [1] - 233:3
**2014-2015** [7] - 13:4, 13:15, 13:25, 14:6, 170:23, 216:10, 243:16
**2015** [442] - 7:2, 7:5, 7:7, 8:17, 10:24,

| 2 | | | | |
|---|---|---|---|---|
| **2.6** [3] - 34:6, 34:7, 55:12 | | | | |
| **20** [1] - 65:12 | | | | |
| **200** [1] - 137:3 | | | | |
| **2001** [2] - 7:15, 26:4 | | | | |
| **2010** [350] - 7:2, 7:5, | | | | |

333

| | | | 4 | 6 |
|---|---|---|---|---|
| 136:6, 137:3, 138:20, 139:16, 139:22, 140:4, 140:21, 141:5, 142:4, 145:15, 146:19, 147:6, 148:6, 150:10, 151:11, 151:21, 153:2, 153:10, 154:3, 154:15, 154:22, 155:4, 155:22, 156:9, 157:7, 158:2, 158:9, 158:15, 158:23, 159:4, 159:11, 159:19, 160:4, 160:8, 161:19, 167:8, 167:18, 167:24, 168:9, 168:15, 168:25, 170:9, 170:12, 170:16, 172:15, 172:23, 173:7, 173:15, 175:8, 175:25, 176:15, 177:2, 177:9, 177:15, 177:20, 178:9, 178:16, 179:9, 180:23, 181:3, 181:9, 181:15, 181:21, 182:4, 182:22, 184:4, 184:7, 184:10, 184:15, 184:22, 185:4, 185:14, 186:6, 186:13, 187:8, 187:16, 187:23, 188:5, 188:23, 189:13, 190:24, 191:22, 192:16, 193:17, 194:22, 195:18, 196:9, 196:25, 197:9, 197:16, 197:22, 198:8, 199:11, 199:24, 200:15, 200:23, 201:21, 202:20, 203:7, 203:18, 203:23, 204:8, 204:19, 205:9, 206:3, 206:23, 207:14, 207:20, 208:6, 208:12, 209:15, 209:19, 210:3, 210:18, 211:10, 211:18, 211:25, 212:12, 212:24, 213:4, 213:17, 214:23, 216:19, | 216:25, 217:4, 217:22, 218:22, 219:22, 220:15, 221:6, 221:25, 222:6, 224:6, 225:21, 226:9, 226:16, 227:3, 228:24, 229:11, 230:15, 231:18, 232:8, 232:13, 233:15, 233:18, 234:2, 234:6, 234:13, 234:21, 235:5, 235:23, 236:4, 236:10, 236:22, 237:21, 238:15, 238:24, 239:7, 239:11, 239:16, 239:19, 240:19, 240:24, 242:9, 242:22, 243:21, 245:8, 245:16, 246:22, 247:7, 248:22, 249:11, 249:14, 250:24, 251:4, 251:25, 252:8, 252:10, 253:4, 254:3, 255:4, 255:9, 255:15, 256:18, 256:24, 257:24, 260:2, 260:6, 260:13, 261:7, 261:11, 261:16, 261:20, 262:15, 264:19, 264:24, 265:6, 265:13, 265:16, 265:22, 266:22, 267:8, 267:12, 267:17, 267:24, 268:6, 270:4, 271:10, 271:23, 272:8, 272:13, 272:22, 273:6, 273:22, 274:8, 274:16, 276:21, 276:24, 277:6, 277:9, 277:13, 277:21, 278:2, 278:15, 279:4, 280:23, 281:12, 283:8, 283:22, 284:4, 284:11, 284:15, 284:24, 285:16, 286:3, 288:22, 290:13, 290:19, 290:24, 291:7, 292:6, 294:13, 295:3, 296:6, 297:19, 298:11, | 298:21, 302:16, 303:25, 306:4, 306:17, 308:2, 308:20, 309:21, 310:19, 312:20, 313:11, 313:16, 313:23, 314:7, 315:4, 315:10, 315:22, 317:3, 317:8, 317:16, 317:21, 318:24, 319:7, 319:15, 319:18, 320:18, 321:21, 322:6, 323:4, 323:25, 324:15, 324:19, 324:24, 325:4, 325:21<br>**2018** [4] - 1:22, 329:11, 329:22, 331:22<br>**22** [1] - 53:20<br>**233** [1] - 171:11<br>**235** [1] - 171:11<br>**24** [1] - 193:2<br>**24/7** [1] - 81:3<br>**25** [4] - 53:23, 55:9, 93:3, 193:3<br>**250** [2] - 33:3, 53:9<br>**27** [3] - 69:18, 70:5, 70:15<br>**2700** [13] - 136:9, 136:24, 152:2, 152:17, 178:4, 207:22, 230:25, 233:23, 234:10, 238:4, 256:17, 291:23, 293:16<br>**2:16-cv-2871** [1] - 1:6<br><br>**3**<br><br>**300** [3] - 137:6, 137:7, 139:3<br>**310** [2] - 1:21, 3:5<br>**32** [3] - 33:12, 54:21, 55:5<br>**33** [3] - 1:21, 3:5, 55:5<br>**35** [1] - 5:13<br>**36** [1] - 54:21<br>**39** [1] - 232:17<br>**39-minute** [1] - 70:14<br>**3:01** [1] - 278:18<br>**3:08** [1] - 278:22<br>**3:45** [2] - 318:10, 318:13<br>**3:51** [1] - 318:21 | **4** [55] - 233:15, 233:17, 239:16, 239:19, 246:22, 247:7, 248:22, 249:14, 250:24, 251:25, 252:8, 253:4, 254:2, 255:4, 256:18, 256:24, 257:24, 260:2, 260:6, 260:13, 261:7, 261:11, 262:15, 264:19, 264:24, 265:16, 266:22, 267:8, 270:4, 272:8, 272:13, 273:6, 274:8, 276:21, 276:24, 277:13, 277:21, 278:15, 283:7, 284:4, 284:24, 290:24, 313:15, 314:7, 317:15, 317:21, 320:18, 322:6, 323:4, 323:25, 324:15, 324:19, 324:24, 325:4, 330:4<br>**445** [1] - 3:11<br>**47** [6] - 192:25, 193:5, 193:10, 193:16, 194:4, 195:10<br>**4:00** [2] - 318:11, 328:5<br>**4th** [29] - 217:4, 255:15, 261:16, 261:20, 267:12, 267:16, 267:24, 268:6, 269:9, 272:22, 274:16, 277:6, 277:9, 278:2, 283:22, 284:11, 284:15, 312:20, 313:11, 315:4, 315:10, 315:22, 317:3, 317:8, 319:7, 319:15, 319:18, 325:15, 325:21<br><br>**5**<br><br>**5** [1] - 42:10<br>**50** [1] - 65:19<br>**50/50** [1] - 248:6<br>**516-280-4664** [1] - 2:23<br>**5789** [1] - 301:18 | **6-12** [1] - 40:24<br>**630** [1] - 2:22<br>**631-345-2791** [1] - 6:7<br>**6:00** [1] - 220:19<br>**6:30** [4] - 219:8, 219:16, 220:3, 221:2<br>**6:50** [1] - 217:12<br><br>**7**<br><br>**7** [1] - 217:24<br>**7-12** [4] - 40:15, 41:14, 41:19, 42:3<br>**710** [1] - 183:8<br>**770** [1] - 183:9<br>**7:00** [4] - 218:6, 219:11, 221:3, 222:17<br>**7:10** [1] - 217:18<br><br>**8**<br><br>**8th** [1] - 108:5<br><br>**9**<br><br>**90** [1] - 70:10<br>**9:43** [1] - 5:16<br>**9:45** [1] - 1:23<br><br>**A**<br><br>**A-U-R-A** [1] - 56:11<br>**a.m** [3] - 1:23, 217:12, 217:18<br>**abiding** [1] - 169:20<br>**ability** [1] - 226:5<br>**able** [12] - 20:5, 44:2, 44:16, 44:24, 45:5, 45:12, 111:20, 226:9, 275:20, 289:5, 311:14, 311:16<br>**absences** [2] - 81:14, 221:11<br>**absentee** [1] - 81:14<br>**abuse** [9] - 113:4, 113:6, 129:23, 130:5, 130:10, 131:4, 131:10, 132:2, 132:15<br>**academic** [5] - 11:20, 184:6, 184:10, 184:11<br>**access** [31] - 119:19, 122:3, 155:15, 155:19, 159:2, 159:9, 159:17, |

334

159:21, 159:25, 167:4, 167:5, 167:10, 170:7, 206:10, 208:17, 210:3, 210:8, 210:19, 210:23, 210:24, 210:25, 211:4, 211:12, 212:3, 212:10, 213:11, 281:3, 282:8, 312:17
accessed [1] - 209:25
accessible [1] - 167:24
according [4] - 34:2, 50:18, 147:18, 192:18
account [2] - 6:9, 277:12
accurate [2] - 185:10, 195:3
acrobat [1] - 49:13
act [4] - 45:12, 103:17, 108:18, 134:3
Act [44] - 118:17, 119:2, 132:23, 133:10, 133:17, 134:16, 135:20, 139:8, 139:14, 140:25, 142:2, 142:19, 145:9, 145:17, 146:17, 147:2, 147:8, 148:8, 148:16, 148:23, 149:15, 149:18, 150:12, 164:21, 170:11, 170:16, 174:9, 175:19, 177:4, 177:7, 178:8, 178:15, 178:22, 180:10, 180:20, 181:6, 181:12, 181:18, 181:24, 182:6, 182:17, 184:20, 196:19, 196:22
acted [1] - 45:22
acting [2] - 251:6, 256:12
action [3] - 148:4, 190:9, 331:17
actions [1] - 294:14
activities [8] - 8:18, 24:6, 240:23, 280:22, 294:12, 295:2, 302:15, 306:16
activity [6] - 239:10, 249:10, 251:2, 265:4, 285:15, 296:5

ACTs [1] - 81:10
acts [1] - 45:24
actual [2] - 172:3, 310:4
Adam [3] - 29:6, 59:7, 62:13
add [1] - 326:6
addiction [2] - 129:21, 132:7
adding [1] - 54:23
addition [3] - 123:22, 160:23, 293:25
additional [1] - 212:2
address [6] - 5:12, 6:4, 6:18, 6:21, 6:24, 97:11
addresses [2] - 126:20, 127:19
adhere [1] - 174:7
admin [3] - 76:15, 87:4, 87:9
administer [1] - 4:16
administration [8] - 9:8, 9:14, 9:24, 29:11, 218:25, 227:15, 243:25, 296:10
administrative [22] - 10:12, 10:17, 27:10, 59:21, 76:24, 77:5, 77:11, 92:14, 95:10, 95:12, 120:18, 122:13, 134:4, 144:20, 161:23, 162:3, 169:7, 192:2, 257:10, 258:25, 311:10, 311:23
administrator [4] - 79:11, 169:16, 179:3, 223:25
administrators [7] - 19:10, 49:3, 57:22, 169:2, 169:6, 295:24, 308:12
admits [2] - 268:7, 268:13
adopted [1] - 171:21
adoption [1] - 195:4
adults [2] - 255:22, 257:3
advice [1] - 190:7
advise [2] - 226:13, 228:19
affected [1] - 319:10
African [7] - 278:6, 300:8, 300:15, 301:10, 301:17, 302:18, 311:4
afternoon [1] - 93:23
afterwards [1] -

277:11
agencies [2] - 298:18, 298:24
agency [1] - 305:10
agendas [1] - 49:21
ago [1] - 7:23
agree [2] - 52:12, 274:8
AGREED [3] - 4:3, 4:9, 4:14
agreement [11] - 76:11, 145:12, 145:24, 145:25, 146:5, 146:12, 161:24, 162:4, 162:8, 162:18, 264:16
agreements [1] - 146:17
aides [8] - 15:11, 31:22, 41:6, 75:24, 77:21, 128:22, 129:10, 222:13
alcohol [2] - 186:21, 189:18
Alice [4] - 189:4, 207:4, 210:15, 212:14
Alicia [1] - 16:21
aligned [1] - 42:3
allegation [1] - 265:14
allegations [6] - 264:18, 265:7, 286:5, 286:15, 286:19, 326:18
allegedly [1] - 310:14
allow [1] - 166:19
allowed [4] - 110:11, 244:17, 244:22, 291:25
allows [1] - 166:23
almost [2] - 13:11, 249:2
alpha [1] - 136:3
altogether [1] - 294:2
American [3] - 278:7, 300:16, 311:4
Americans [4] - 300:9, 301:11, 301:17, 302:18
AND [6] - 1:11, 1:16, 1:16, 4:2, 4:8, 4:13
Andrew [1] - 36:20
Ann [1] - 85:19
announce [1] - 126:10
announcement [2] - 125:25
answer [9] - 47:8, 237:7, 241:12, 278:23, 278:25,

286:23, 299:4, 301:14, 310:25
answered [1] - 53:7
answers [2] - 16:12, 329:13
Anthony [1] - 36:19
anticipate [1] - 242:21
anticipation [1] - 242:19
AOV [4] - 125:16, 125:22, 125:23, 126:17
AP [1] - 84:25
apologize [5] - 16:11, 91:11, 136:23, 200:13, 300:22
applicable [1] - 327:21
application [2] - 86:8
appointed [1] - 83:14
approximate [2] - 208:13, 279:19
archives [2] - 289:23, 289:24
area [6] - 69:21, 223:12, 226:22, 250:8, 250:13, 257:3
areas [2] - 42:3, 44:7
arrested [2] - 214:12, 215:6
arrive [1] - 218:21
arrived [1] - 218:20
aside [35] - 15:18, 18:7, 18:13, 31:8, 71:12, 72:12, 81:17, 82:5, 88:10, 95:19, 96:12, 99:2, 103:19, 104:4, 106:4, 108:25, 132:15, 141:24, 147:24, 155:8, 155:13, 162:15, 187:21, 196:6, 196:18, 225:9, 227:19, 231:13, 245:10, 260:10, 281:4, 290:24, 314:11, 317:8, 320:15
aspect [1] - 20:22
assess [2] - 144:10, 257:10
assessment [1] - 304:23
assessments [1] - 121:8
assigned [8] - 82:15, 82:21, 82:23, 84:5, 84:10, 122:3, 123:5, 158:7
assist [3] - 144:22,

204:6, 258:10
assistance [3] - 102:7, 299:7, 324:12
Assistance [1] - 299:14
ASSISTANT [1] - 1:13
assistant [169] - 9:2, 10:18, 10:20, 11:2, 11:4, 11:15, 11:23, 12:10, 12:20, 13:8, 13:21, 13:24, 14:5, 15:2, 16:3, 16:5, 16:19, 16:23, 17:5, 17:9, 17:12, 17:23, 18:20, 19:16, 21:20, 22:15, 22:22, 24:13, 24:18, 25:16, 25:20, 26:12, 26:14, 26:15, 26:25, 27:7, 27:9, 27:16, 28:7, 28:13, 29:15, 29:19, 29:22, 30:24, 35:4, 35:19, 37:8, 37:12, 39:15, 48:14, 51:22, 56:15, 56:25, 59:8, 60:3, 60:11, 60:23, 61:18, 62:12, 63:4, 63:24, 64:15, 70:19, 74:6, 75:17, 76:25, 80:14, 83:23, 83:24, 84:3, 88:12, 88:20, 88:21, 89:16, 90:9, 90:13, 91:20, 92:17, 92:21, 93:14, 94:6, 94:18, 95:25, 97:16, 97:23, 98:6, 98:19, 98:24, 99:6, 99:13, 99:21, 100:9, 101:13, 101:20, 102:13, 102:19, 102:23, 103:4, 103:17, 103:23, 104:7, 104:25, 106:6, 106:10, 106:15, 106:22, 107:12, 108:11, 108:17, 110:9, 110:21, 110:24, 111:7, 111:17, 111:20, 112:4, 112:10, 118:3, 119:7, 120:10, 120:12, 134:12, 135:14, 144:7, 144:14, 149:22, 149:23, 150:9, 161:25, 169:10, 177:11, 186:2, 189:19, 190:20, 191:11, 202:2, 202:21, 203:5, 203:15,

335

203:24, 204:5, 211:3, 211:11, 211:16, 211:23, 212:5, 215:25, 216:7, 216:15, 216:17, 216:22, 230:10, 238:16, 238:21, 241:14, 247:21, 258:7, 259:8, 260:22, 261:15, 268:10, 271:12, 271:19, 272:3, 279:23, 282:21, 296:14, 296:16, 297:21

**assistants** [19] - 15:11, 31:24, 32:9, 32:16, 33:4, 33:9, 41:5, 54:23, 62:20, 62:21, 63:6, 64:8, 64:12, 76:6, 77:20, 127:9, 161:11, 231:25, 304:15

**assisting** [2] - 305:11, 306:2

**assists** [1] - 89:20

**associated** [2] - 239:25, 295:4

**ASSOCIATES** [1] - 3:9

**assume** [4] - 166:5, 246:16, 261:14, 273:16

**assumed** [1] - 118:25

**assure** [3] - 42:2, 169:19, 306:13

**assures** [1] - 21:2

**athletic** [2] - 81:6, 157:4

**athletics** [9] - 21:15, 22:20, 23:7, 23:23, 35:20, 37:23, 38:14, 41:12, 81:8

**atmosphere** [2] - 320:13, 320:16

**attendance** [13] - 78:14, 79:12, 81:16, 81:18, 81:24, 88:4, 198:24, 201:7, 201:8, 220:21, 221:8, 231:22, 231:24

**attendant** [1] - 221:4

**attending** [2] - 293:14, 312:3

**attention** [5] - 10:22, 108:23, 217:3, 276:20, 294:15

**attorney** [15] - 263:22, 263:25, 264:4, 266:6, 266:21,

267:4, 295:13, 295:15, 295:17, 322:2, 322:4, 322:23, 324:21, 326:13, 326:16

**Attorneys** [2] - 3:4, 3:10

**attorneys** [8] - 4:3, 191:18, 263:2, 263:3, 266:12, 321:10, 322:5, 323:13

**August** [5] - 59:21, 60:13, 94:23, 94:24, 96:10

**Aura** [1] - 56:11

**authority** [2] - 110:25, 269:22

**authorized** [1] - 4:16

**available** [3] - 121:13, 131:21, 258:10

**Avenue** [1] - 3:11

**awards** [1] - 214:8

**aware** [51] - 7:9, 7:12, 7:17, 7:25, 8:7, 8:14, 48:8, 48:10, 48:13, 109:18, 110:4, 111:12, 134:11, 140:11, 142:17, 143:7, 143:9, 163:17, 165:7, 165:10, 165:12, 169:12, 169:14, 170:19, 170:22, 170:25, 171:16, 171:18, 178:20, 178:24, 179:24, 180:3, 193:8, 193:10, 202:3, 233:6, 246:22, 268:18, 279:20, 279:22, 288:17, 288:25, 289:2, 289:10, 298:17, 299:6, 299:12, 299:16, 300:6, 311:6, 311:8

## B

**B-E-E-C-H-E-L** [1] - 56:4

**B-R-Y-A-N** [1] - 30:25

**backpack** [1] - 190:3

**Badir** [1] - 186:14

**BADIR** [1] - 186:14

**Barbara** [3] - 16:21, 61:22, 88:24

**bargaining** [18] - 32:2, 32:5, 76:7, 76:11,

76:23, 77:3, 77:8, 77:18, 77:21, 77:25, 86:10, 113:14, 161:24, 162:4, 162:8, 162:11, 162:17, 163:15

**based** [2] - 96:23, 320:23

**basis** [8] - 88:3, 207:19, 240:10, 249:23, 250:20, 304:7, 310:22, 321:5

**Bates** [3] - 171:10, 183:8, 193:2

**BE** [1] - 330:14

**bear** [1] - 151:5

**bearings** [1] - 286:12

**bears** [4] - 171:10, 183:8, 192:25, 271:6

**beat** [1] - 92:7

**Beatrice** [3] - 113:24, 114:2, 118:20

**became** [5] - 26:15, 48:14, 73:17, 216:15, 279:17

**become** [34] - 7:12, 7:17, 29:7, 48:8, 48:10, 48:13, 73:9, 143:7, 143:9, 163:17, 165:10, 165:12, 165:13, 169:12, 169:14, 169:15, 170:22, 170:24, 171:16, 171:18, 178:24, 179:24, 193:8, 193:10, 233:6, 263:22, 279:20, 279:22, 288:24, 289:2, 289:3, 307:3, 311:6, 311:8

**becomes** [1] - 268:9

**becoming** [5] - 26:11, 26:25, 27:6, 73:12, 203:9

**Beechel** [1] - 56:3

**began** [3] - 19:8, 217:17, 321:7

**beginning** [4] - 85:4, 86:2, 96:8, 253:23

**begins** [1] - 218:6

**begun** [1] - 226:25

**behave** [1] - 312:5

**behavior** [11] - 145:20, 146:3, 251:9, 262:10, 273:9, 303:2, 303:5, 304:23, 324:6

**behaviors** [1] - 303:3

**behind** [4] - 310:3,

310:4, 310:11

**belief** [1] - 249:24

**bell** [5] - 232:15, 232:25, 233:16, 233:20, 234:6

**belong** [2] - 227:5, 227:12

**belonged** [2] - 160:24, 257:16

**beside** [6] - 25:5, 94:3, 158:11, 186:9, 296:15, 298:9

**best** [5] - 23:15, 23:19, 57:21, 150:16, 152:4

**between** [28] - 4:3, 14:12, 21:19, 32:19, 54:6, 54:21, 84:24, 86:12, 99:13, 99:20, 137:12, 149:7, 233:22, 234:3, 234:13, 235:5, 236:20, 244:18, 252:4, 253:19, 260:7, 263:20, 272:21, 315:13, 315:20, 317:9, 323:3, 323:20

**beyond** [3] - 190:10, 270:12, 318:11

**bi** [3] - 94:20, 94:22, 96:13

**bi-weekly** [3] - 94:20, 94:22, 96:13

**big** [5] - 54:20, 54:21, 219:18, 220:5, 306:11

**Bilotto** [7] - 80:12, 80:13, 84:18, 85:8, 85:9, 85:11

**BIP** [1] - 303:6

**bit** [2] - 165:25, 249:5

**black** [1] - 277:23

**blackboard** [1] - 69:24

**blood** [1] - 331:17

**board** [16] - 49:15, 49:16, 49:20, 50:6, 61:3, 61:4, 165:4, 165:22, 166:13, 166:17, 167:11, 167:20, 167:25, 170:5, 195:11, 290:4

**Board** [15] - 46:21, 47:23, 48:6, 48:24, 49:22, 83:15, 99:25, 166:8, 166:9, 172:6, 172:13, 194:7, 194:10, 194:14, 198:19

**BOCES** [12] - 293:3, 293:7, 293:8,

293:14, 293:18, 293:22, 305:15, 305:16, 306:2, 306:7, 306:8

**body** [10] - 48:18, 139:20, 151:25, 164:25, 169:20, 172:7, 172:12, 194:9, 236:12, 316:11

**book** [2] - 223:3, 228:17

**booklet** [1] - 74:5

**books** [2] - 159:14, 159:15

**bore** [1] - 107:19

**boss** [9] - 10:6, 10:7, 10:9, 10:10, 10:11, 10:16, 12:17, 12:21, 15:23

**bottom** [1] - 237:14

**Brandon** [3] - 278:8, 278:11, 281:20

**break** [6] - 108:2, 108:8, 112:22, 112:24, 204:11, 278:19

**breakdown** [1] - 36:24

**brevity** [1] - 274:9

**Brian** [1] - 11:7

**bring** [1] - 256:23

**brought** [3] - 192:9, 267:24, 271:18

**Bryan** [2] - 30:25, 75:18

**budgeting** [2] - 163:11, 163:20

**building** [86] - 15:24, 18:22, 20:24, 30:6, 30:16, 31:7, 32:13, 34:3, 46:25, 47:13, 56:12, 59:24, 65:7, 67:10, 72:19, 74:7, 74:11, 79:14, 80:25, 87:20, 87:23, 88:11, 88:24, 92:3, 92:5, 93:5, 102:7, 102:13, 104:15, 113:9, 119:3, 119:5, 120:2, 128:12, 131:15, 132:5, 132:18, 133:18, 136:16, 138:10, 139:11, 140:10, 158:16, 174:7, 193:18, 194:17, 198:21, 199:2, 201:6, 213:21, 213:22, 214:5, 214:8, 218:18, 219:18,

336

219:19, 224:18, 224:24, 226:12, 229:4, 234:16, 234:23, 237:10, 237:18, 237:24, 244:15, 245:2, 246:2, 246:5, 246:6, 246:13, 248:16, 254:6, 254:9, 254:11, 286:25, 287:5, 288:16, 288:19, 289:12, 308:14, 319:11, 322:17
**buildings** [2] - 81:2, 175:14
**bully** [1] - 141:9
**bullying** [1] - 135:5
**bunch** [1] - 313:8
**bus** [1] - 217:11
**business** [17] - 6:4, 6:6, 6:17, 6:24, 9:4, 11:7, 36:14, 40:15, 53:15, 54:11, 54:12, 61:6, 61:11, 62:2, 172:9, 185:6, 221:11
**busses** [2] - 217:11, 217:16
**busy** [1] - 315:6
**buy** [2] - 159:14, 241:21
**BY** [4] - 3:7, 3:13, 5:7, 330:3

## C

**C-A-S-T-R-O** [1] - 6:14
**C-O-N-N-O-L-L-Y** [1] - 42:22
**C-R-E-N-S-H-A-W** [1] - 91:13
**cafeteria** [9] - 20:10, 223:16, 223:17, 225:7, 225:9, 230:16, 230:18, 231:14, 232:4
**cafeterias** [2] - 230:24, 231:7
**calendar** [6] - 94:25, 95:2, 95:4, 95:20, 96:6, 96:15
**cameras** [8] - 153:16, 154:23, 155:3, 155:16, 155:21, 158:3, 158:7, 275:20
**cannot** [7] - 19:3, 33:12, 158:5, 183:24, 185:18, 208:15, 222:7
**capacities** [4] - 1:10,

1:11, 1:17, 25:13
**capacity** [8] - 1:12, 1:13, 1:14, 1:15, 1:16, 22:15, 89:21, 91:23
**card** [1] - 221:15
**cards** [1] - 24:16
**care** [5] - 15:14, 80:23, 81:5, 81:14, 221:10
**career** [1] - 281:11
**Career** [1] - 62:9
**CAROL** [1] - 1:5
**Carol** [4] - 274:17, 314:12, 314:16, 326:19
**CAROLINE** [1] - 3:13
**case** [9] - 17:17, 43:8, 43:15, 45:4, 45:10, 51:13, 141:8, 245:18, 266:17
**caseload** [3] - 135:25, 136:4, 137:4
**Caso** [1] - 86:3
**Caso's** [1] - 86:13
**Castro** [11] - 5:11, 5:15, 6:13, 7:4, 25:25, 26:13, 108:6, 183:11, 204:18, 279:3, 318:23
**CASTRO** [8] - 1:13, 1:25, 2:4, 5:2, 329:8, 329:18, 330:4, 331:10
**categories** [3] - 15:20, 64:19, 64:20
**category** [1] - 118:9
**caused** [1] - 319:20
**cease** [1] - 295:14
**cell** [15] - 258:19, 262:10, 287:14, 287:19, 288:5, 288:10, 288:15, 288:18, 289:6, 289:11, 290:20, 291:14, 291:16, 291:21, 324:10
**cellular** [5] - 200:6, 290:11, 290:17, 291:4, 292:4
**center** [2] - 224:17, 244:12
**CENTRAL** [1] - 1:8
**Central** [36] - 48:7, 50:9, 81:2, 87:12, 113:15, 124:14, 124:15, 140:12, 164:9, 164:19, 164:25, 166:6, 166:10, 170:6, 172:6, 172:10,

173:25, 187:12, 194:5, 194:13, 194:15, 198:19, 214:18, 215:2, 215:24, 263:20, 263:21, 282:20, 290:6, 299:2, 301:6, 303:10, 305:11, 306:10, 309:2, 309:7
**central** [29] - 8:24, 8:25, 9:8, 9:14, 9:24, 134:8, 142:15, 144:9, 167:15, 167:16, 187:13, 189:3, 201:25, 203:2, 206:19, 214:15, 214:17, 215:13, 215:19, 215:23, 269:19, 270:19, 270:21, 271:3, 271:4, 297:25, 322:15, 323:10, 325:23
**certain** [25] - 10:18, 17:13, 22:3, 39:25, 44:7, 46:2, 74:11, 87:10, 96:2, 96:3, 110:7, 125:3, 125:9, 125:18, 135:25, 157:11, 157:12, 200:4, 210:7, 219:15, 224:21, 230:5, 257:9, 312:5
**certainly** [4] - 16:12, 87:8, 87:9, 201:23
**certification** [2] - 4:6, 40:7
**certified** [1] - 113:6
**certify** [3] - 329:8, 331:9, 331:15
**chain** [3] - 13:3, 13:14, 14:11
**chair** [18] - 21:18, 23:6, 23:22, 35:19, 36:21, 37:7, 37:11, 48:23, 58:13, 64:11, 70:19, 117:24, 117:25, 137:25, 160:13, 160:24, 161:2, 161:6
**chairs** [10] - 36:6, 36:10, 36:17, 37:19, 94:18, 95:14, 121:10, 121:23, 223:13, 225:4
**chances** [2] - 112:16, 224:2
**change** [6] - 18:2, 34:10, 59:16, 183:4, 234:12, 234:22

**changed** [6] - 39:7, 61:17, 62:24, 144:5, 184:5, 184:16
**changes** [7] - 59:6, 59:13, 59:14, 86:20, 184:19, 184:24, 211:13
**Channel** [2] - 315:12, 316:19
**chant** [1] - 250:10
**chanting** [9] - 250:3, 250:7, 255:16, 256:22, 258:17, 319:23, 320:6, 320:12, 320:16
**chaotic** [3] - 250:4, 251:6, 252:16
**characterized** [1] - 246:23
**chart** [5] - 311:13, 311:18, 311:20, 311:22, 312:11
**Chavin** [1] - 84:17
**CHAVIN** [1] - 84:18
**check** [2] - 223:18, 223:21
**checking** [1] - 208:9
**chief** [2] - 74:22, 74:25
**child** [5] - 41:8, 132:21, 150:18, 152:20
**child's** [1] - 150:17
**choked** [4] - 264:23, 265:8, 265:15, 265:24
**choking** [2] - 316:5, 317:14
**chose** [1] - 71:22
**Christine** [2] - 56:3, 85:6
**Christopher** [1] - 264:5
**Cindy** [1] - 86:12
**circumstance** [1] - 190:22
**circumstances** [14] - 7:16, 48:9, 143:8, 163:18, 165:11, 169:14, 170:24, 171:17, 193:9, 241:9, 279:21, 288:25, 311:7, 311:21
**citations** [1] - 310:20
**cited** [5] - 300:7, 301:3, 309:7, 309:23, 310:2
**civil** [12] - 76:14, 78:3, 78:7, 82:25, 83:5, 87:4, 122:13,

122:14, 122:17, 122:21, 123:6, 162:7
**clarify** [9] - 109:17, 135:22, 138:6, 179:20, 229:9, 234:19, 266:10, 287:13, 297:8
**class** [31] - 70:7, 87:14, 217:17, 232:11, 232:17, 232:22, 234:12, 234:24, 234:25, 235:2, 235:7, 235:12, 235:15, 236:20, 236:21, 243:23, 244:2, 249:8, 249:9, 253:9, 256:5, 258:7, 258:11, 284:22, 292:15, 293:23, 294:7, 303:3
**classes** [22] - 21:2, 21:25, 23:5, 23:16, 69:17, 69:18, 69:21, 70:5, 70:8, 70:16, 71:2, 87:13, 121:11, 217:18, 233:22, 234:3, 234:7, 234:22, 235:5, 240:5, 253:13, 257:17
**classified** [3] - 300:17, 307:4, 307:5
**classrooms** [2] - 177:23, 248:20
**clause** [1] - 178:22
**clean** [1] - 75:10
**cleaning** [1] - 75:8
**clear** [28] - 10:15, 12:9, 19:24, 105:5, 106:22, 112:3, 124:9, 138:18, 150:2, 151:19, 152:14, 153:20, 161:17, 166:2, 166:9, 194:11, 212:20, 229:3, 232:20, 259:23, 266:18, 267:3, 272:5, 273:10, 275:18, 280:17, 307:13, 308:10
**clearly** [1] - 319:16
**clerical** [56] - 15:3, 25:9, 78:12, 78:14, 78:18, 79:10, 79:12, 79:13, 79:18, 80:7, 84:4, 85:17, 120:14, 120:21, 120:24, 121:2, 121:12,

121:16, 122:2,
122:10, 122:11,
123:5, 123:12,
127:11, 128:16,
158:14, 158:18,
158:21, 159:3,
159:7, 159:9,
159:12, 159:17,
159:22, 160:2,
160:5, 160:6,
160:16, 160:19,
160:21, 160:23,
161:6, 161:11,
161:14, 161:19,
162:8, 175:23,
218:23, 220:11,
220:13, 220:16,
220:20, 221:10,
221:14, 280:8, 280:9
**clericals** [2] - 120:18,
128:4
**clerk** [6] - 24:19,
78:14, 86:4, 160:14
**clients** [1] - 113:7
**clock** [2] - 225:19,
225:22
**close** [3] - 137:6,
137:7, 139:3
**closely** [3] - 74:7,
116:19, 117:12
**closer** [1] - 121:22
**club** [1] - 130:17
**code** [1] - 196:23
**Code** [29] - 7:10, 7:22,
7:25, 8:7, 8:12, 22:8,
147:18, 149:20,
164:24, 171:6,
174:8, 178:17,
178:19, 178:20,
179:5, 179:21,
180:6, 180:7,
180:11, 180:14,
180:17, 196:5,
196:6, 196:10,
196:19, 199:20,
236:13, 236:14,
322:12
**coffee** [7] - 222:23,
222:25, 223:4,
223:5, 223:19,
224:3, 224:7
**collaboration** [6] -
23:21, 32:19, 36:4,
69:6, 69:7, 81:7
**collaboratively** [2] -
121:21, 121:25
**collected** [2] - 142:11,
142:13
**collective** [16] - 32:2,
32:5, 76:7, 76:11,

76:23, 77:8, 77:18,
77:21, 77:24, 86:10,
113:14, 161:23,
162:4, 162:11,
162:17, 163:15
**Colleen** [1] - 55:24
**collegial** [1] - 314:20
**coming** [5] - 58:4,
248:17, 255:16,
262:17, 282:15
**command** [3] - 13:4,
13:14, 14:11
**committee** [3] - 48:25,
49:5
**common** [2] - 39:25,
222:23
**commotion** [5] -
257:2, 258:2,
258:12, 258:14,
312:21
**communicate** [5] -
27:21, 70:21, 98:6,
100:4, 100:6
**communicated** [2] -
203:4, 310:10
**communication** [8] -
70:24, 73:2, 99:3,
99:4, 99:13, 99:20,
102:11, 314:22
**communications** [1] -
102:6
**community** [4] - 9:5,
11:9, 49:2, 119:8
**compile** [1] - 193:21
**compiled** [2] - 191:24,
192:5
**complain** [1] - 241:20
**complained** [1] -
111:16
**complaint** [32] - 109:3,
109:8, 110:20,
111:2, 111:8,
111:22, 112:2,
112:3, 133:16,
133:21, 134:5,
134:7, 135:3,
139:23, 140:24,
142:2, 144:13,
144:15, 145:9,
147:2, 147:8,
148:16, 148:24,
149:6, 149:15,
149:18, 182:6,
182:10, 182:11,
182:17, 182:18,
323:24
**complaints** [16] -
109:11, 109:19,
110:4, 110:12,
132:23, 133:2,

133:11, 134:16,
134:22, 139:7,
139:8, 139:13,
140:3, 140:9,
140:18, 142:20
**complete** [3] - 186:20,
215:16, 329:12
**completed** [1] - 264:9
**compliance** [1] -
178:14
**compliant** [1] - 40:25
**complicated** [1] -
21:13
**comply** [1] - 193:15
**compose** [1] - 27:10
**computer** [2] - 144:2,
280:16
**conception** [1] -
245:22
**concern** [6] - 44:12,
149:20, 208:7,
235:21, 236:2,
321:23
**concerning** [2] -
46:19, 181:11
**concerns** [1] - 142:16
**conclusion** [2] -
257:20, 258:13
**condition** [1] - 240:16
**conduct** [12] - 6:24,
52:16, 52:19, 52:20,
150:11, 172:22,
181:16, 196:23,
197:20, 236:8,
286:20, 296:7
**Conduct** [29] - 7:10,
7:22, 8:2, 8:8, 8:12,
22:9, 147:19,
149:21, 164:24,
171:6, 174:8,
178:18, 178:19,
178:21, 179:5,
179:21, 180:6,
180:7, 180:12,
180:14, 180:17,
196:5, 196:6,
196:10, 196:19,
199:20, 236:13,
236:14, 322:13
**conducted** [6] -
191:25, 262:23,
263:12, 298:18,
298:24, 305:22
**conference** [1] -
225:15
**conferencing** [1] -
132:9
**confirmation** [1] -
145:7
**confused** [2] - 13:6,

149:7
**conjunction** [1] - 52:9
**Conlon** [43] - 16:20,
17:20, 24:11, 24:12,
25:24, 26:3, 28:6,
28:13, 85:22, 85:23,
118:5, 210:25,
211:8, 262:4,
268:10, 268:24,
269:13, 269:21,
272:12, 272:14,
272:23, 273:5,
275:3, 277:2, 277:4,
277:12, 277:14,
283:25, 285:2,
285:5, 314:3,
314:11, 314:16,
315:21, 320:24,
321:3, 322:22,
323:21, 324:11,
324:15, 324:19,
324:23
**Connolly** [3] - 42:21,
115:19, 117:13
**consecutively** [1] -
52:22
**consider** [3] - 12:19,
245:18, 319:8
**considered** [5] - 62:7,
87:15, 107:7,
128:25, 247:3
**considers** [1] - 192:20
**consist** [1] - 57:25
**consisted** [1] - 161:24
**consistency** [1] -
137:18
**consistently** [2] -
124:22, 175:18
**consists** [2] - 168:20,
168:22
**constant** [1] - 34:12
**constantly** [1] - 85:13
**consultation** [1] -
191:16
**consulted** [2] -
107:18, 323:13
**contact** [5] - 93:10,
93:13, 93:14,
105:15, 303:21
**contacts** [1] - 198:25
**contains** [2] - 178:21,
206:7
**contents** [1] - 180:4
**context** [11] - 100:18,
100:19, 100:20,
100:21, 100:22,
100:23, 241:4,
241:15, 242:14,
242:16
**continue** [1] - 190:18

**CONTINUED** [1] - 1:25
**continued** [1] - 250:9
**continues** [1] - 193:2
**continuously** [1] -
93:8
**contract** [2] - 32:6,
76:3
**contractors** [1] - 76:3
**conversation** [33] -
58:11, 58:12, 58:14,
58:15, 97:8, 101:25,
135:7, 141:16,
141:17, 150:5,
150:8, 150:20,
150:23, 151:18,
191:7, 191:16,
202:10, 207:25,
242:18, 243:7,
243:15, 247:18,
247:20, 248:7,
255:11, 263:17,
268:14, 272:16,
272:23, 274:25,
291:18, 323:3,
323:23
**conversations** [10] -
135:15, 266:5,
266:20, 277:17,
315:8, 315:25,
316:4, 316:7,
316:10, 316:13
**conveyed** [1] - 320:24
**convicted** [1] - 287:8
**cooperative** [1] -
318:4
**coordination** [1] -
119:2
**Coordinator** [2] -
133:18, 135:20
**coordinator** [6] -
118:17, 119:10,
119:12, 134:9,
134:10, 135:8
**coordinators** [4] -
134:25, 139:6,
140:10, 175:14
**copies** [1] - 122:7
**copy** [17] - 47:24,
47:25, 60:22, 95:18,
126:21, 144:3,
144:6, 168:4,
168:18, 169:3,
169:7, 178:18,
179:4, 202:10,
289:25, 327:3
**cores** [1] - 36:25
**correct** [26] - 71:14,
83:10, 85:8, 92:6,
103:9, 173:3,
175:20, 191:12,

338

192:9, 194:18, 209:7, 209:10, 235:23, 245:6, 251:22, 251:23, 252:23, 260:23, 267:9, 267:21, 292:11, 294:2, 294:3, 296:12, 329:12, 329:14

**correcting** [1] - 35:15

**CORY** [2] - 3:3, 3:7

**Cory** [1] - 5:17

**counsel** [2] - 202:11, 327:9

**counseling** [2] - 24:17, 138:17

**counselor** [14] - 113:4, 117:9, 117:11, 135:6, 135:21, 135:24, 136:3, 137:3, 137:7, 137:20, 137:22, 138:13, 297:2

**counselor's** [1] - 137:9

**counselors** [28] - 114:22, 115:5, 117:14, 118:2, 118:6, 123:21, 127:9, 136:10, 136:13, 136:15, 136:17, 137:13, 137:14, 138:7, 138:11, 138:14, 138:15, 138:16, 138:20, 138:23, 152:6, 159:25, 160:16, 160:21, 161:2, 163:14, 232:2, 304:14

**count** [7] - 250:21, 251:15, 252:2, 252:3, 252:17, 282:13, 282:15

**counter** [1] - 223:2

**Country** [1] - 2:22

**COUNTY** [6] - 1:9, 1:9, 1:10, 329:5, 331:5

**County** [6] - 68:7, 71:11, 71:23, 130:23, 131:14, 155:19

**course** [27] - 47:9, 61:6, 61:10, 92:22, 96:18, 131:8, 172:9, 176:7, 176:13, 176:17, 176:21, 185:6, 228:22, 239:9, 240:22, 249:9, 251:2, 265:4,

280:21, 283:6, 283:18, 285:14, 294:11, 294:25, 296:4, 302:14, 306:15

**courses** [5] - 40:15, 41:16, 177:17, 183:3

**court** [5] - 16:14, 135:16, 188:10, 278:25, 286:18

**Court** [3] - 2:5, 2:22, 4:19

**COURT** [1] - 1:2

**courtyard** [9] - 244:8, 244:9, 244:11, 244:13, 244:18, 244:23, 245:7, 245:11, 246:7

**covered** [1] - 44:8

**create** [1] - 290:9

**created** [4] - 60:16, 131:5, 269:16, 320:4

**creating** [6] - 250:3, 251:17, 279:24, 320:13, 320:16, 322:16

**creation** [2] - 177:3, 177:7

**credential** [1] - 129:22

**Crenshaw** [29] - 16:22, 17:18, 19:2, 19:11, 19:14, 26:22, 28:5, 28:12, 56:16, 56:22, 57:4, 57:8, 57:16, 58:22, 59:10, 62:14, 84:2, 84:16, 84:17, 85:10, 90:17, 91:12, 91:13, 91:17, 91:19, 92:10, 116:4, 116:22, 148:10

**Crenshaw's** [4] - 19:12, 19:15, 19:20, 116:6

**criteria** [1] - 319:8

**crowd** [3] - 248:25, 249:2, 255:15

**crowded** [1] - 240:3

**CSE** [1] - 86:10

**CSEA** [2] - 87:10, 122:10

**CTE** [5] - 36:14, 37:3, 40:14, 62:7, 62:9

**cumulative** [2] - 205:2, 205:11

**Curiale** [1] - 38:15

**CURIALE** [1] - 38:16

**current** [2] - 49:24, 170:4

**curriculum** [13] - 37:25, 38:3, 38:11,

41:25, 42:3, 42:4, 58:7, 74:10, 105:12, 105:18, 105:21, 106:5, 229:24

**cursing** [1] - 256:22

**custodial** [9] - 15:22, 30:14, 66:20, 78:6, 78:10, 156:13, 162:9, 174:23, 176:4

**custodials** [1] - 231:20

**custodian** [9] - 15:4, 30:7, 49:25, 50:3, 74:23, 75:4, 166:5, 206:13, 206:17

**custodians** [4] - 30:4, 31:2, 31:9, 33:19

**custody** [6] - 48:20, 164:16, 165:20, 169:21, 172:3, 289:18

**cuts** [2] - 130:13, 130:20

## D

**D-A-C** [1] - 135:18

**DAC** [9] - 134:9, 134:10, 134:25, 135:8, 135:17, 149:8, 149:25, 175:13

**dancing** [3] - 244:7, 244:9, 245:11

**dangerous** [1] - 240:16

**Daniel** [1] - 36:12

**Danielle** [2] - 34:13, 117:5

**DARE** [1] - 130:7

**DASA** [8] - 8:10, 119:10, 139:5, 140:10, 140:11, 144:11, 149:20, 173:19

**dash** [1] - 299:13

**data** [3] - 279:12, 310:3, 310:10

**date** [5] - 233:10, 252:22, 252:24, 274:10, 274:23

**dates** [1] - 323:9

**DAVID** [1] - 1:5

**David** [78] - 206:4, 217:5, 239:16, 247:6, 248:11, 255:9, 260:16, 260:18, 263:14, 264:18, 264:22, 265:7, 265:14,

266:8, 267:7, 267:25, 268:5, 268:7, 268:19, 268:22, 269:2, 269:8, 269:22, 270:2, 270:8, 270:15, 270:18, 273:12, 273:16, 273:17, 273:19, 273:25, 274:12, 275:2, 276:2, 276:11, 276:23, 277:4, 278:4, 281:16, 281:25, 283:7, 283:19, 283:20, 284:16, 284:18, 284:25, 292:9, 294:5, 313:21, 313:25, 314:11, 314:16, 316:2, 316:19, 317:10, 317:20, 319:6, 319:14, 319:19, 320:17, 321:2, 322:6, 322:14, 322:19, 322:21, 323:7, 323:16, 323:20, 323:25, 324:12, 324:16, 324:20, 324:24, 325:3, 325:15, 325:21, 326:19

**David's** [3] - 275:4, 275:7, 324:6

**Dawn** [2] - 113:23, 118:19

**day's** [1] - 262:16

**day-to-day** [5] - 88:3, 88:10, 96:23, 100:24, 250:20

**days** [21] - 52:22, 69:20, 106:18, 190:10, 202:25, 262:19, 269:3, 269:17, 269:23, 270:3, 270:7, 270:9, 270:11, 270:12, 270:15, 270:19, 270:25, 271:4, 271:7, 271:11, 322:15

**dead** [1] - 92:7

**deal** [2] - 35:23, 151:3

**dealing** [5] - 8:2, 8:8, 137:11, 189:20, 310:14

**dealt** [3] - 137:13, 137:14, 138:16

**Deb** [6] - 119:9,

119:11, 144:8, 177:12, 177:16, 186:2

**December** [1] - 195:5

**decision** [6] - 100:15, 106:23, 107:12, 107:20, 173:2, 173:5

**decisions** [5] - 105:5, 105:10, 105:11, 105:23, 106:8

**decrease** [1] - 307:3

**DeDonato** [1] - 36:20

**Defendant** [1] - 2:4

**DEFENDANT'S** [1] - 330:21

**Defendants** [2] - 1:18, 3:10

**defense** [1] - 327:8

**define** [1] - 287:21

**defined** [2] - 9:12, 208:2

**defining** [1] - 229:6

**definite** [1] - 261:8

**definition** [2] - 20:21, 104:13

**delineated** [1] - 59:12

**demarcated** [1] - 148:7

**demerit** [1] - 147:23

**DEPARTMENT** [1] - 1:9

**department** [48] - 20:8, 20:17, 21:5, 21:10, 21:18, 22:4, 22:11, 22:24, 23:22, 24:5, 24:17, 35:3, 35:6, 35:19, 36:5, 36:10, 36:21, 37:7, 37:11, 37:19, 48:5, 52:12, 53:13, 53:14, 53:19, 53:22, 54:3, 54:11, 54:16, 54:19, 57:21, 58:13, 61:17, 64:10, 70:18, 94:18, 95:14, 117:23, 117:25, 121:10, 121:23, 123:24, 137:24, 160:13, 160:24, 160:25, 305:17

**Department** [7] - 32:17, 68:7, 71:12, 71:24, 140:14, 155:19, 192:19

**departmental** [1] - 23:6

**departments** [7] - 20:23, 53:11, 55:3, 55:6, 57:17, 58:2, 121:9

depicting [1] - 317:14
deponents [1] - 327:20
Deposition [3] - 171:10, 183:7, 192:25
deposition [12] - 4:6, 4:14, 5:18, 5:22, 5:25, 115:2, 327:4, 327:7, 327:11, 329:10, 331:11, 331:13
depositions [1] - 328:3
depository [1] - 297:25
describe [8] - 13:3, 13:5, 13:14, 108:15, 198:14, 201:18, 228:12, 255:14
described [4] - 56:18, 112:13, 208:4, 284:2
description [1] - 18:15
designate [1] - 120:3
designated [2] - 52:2, 83:5
designates [1] - 32:4
designation [1] - 224:22
desired [1] - 226:17
desk [1] - 169:16
desks [1] - 225:15
details [3] - 263:19, 320:22
detention [2] - 111:13, 111:17
detentions [1] - 111:24
determination [1] - 269:11
determinations [1] - 105:17
determine [3] - 43:22, 135:8, 135:9
determined [1] - 271:2
develop [2] - 304:16, 304:20
developing [1] - 67:8
DeVincenzo [2] - 80:9, 221:2
DeWitt [6] - 29:6, 29:9, 29:10, 29:14, 59:7, 62:13
DeWitt's [1] - 84:12
diagram [1] - 13:11
Diane [3] - 36:15, 62:4, 62:6
dictate [1] - 99:20
dictated [1] - 96:3
difference [1] - 137:12

different [16] - 25:12, 25:13, 36:16, 53:11, 64:6, 117:11, 122:23, 133:2, 176:18, 184:11, 218:11, 218:16, 257:9, 262:22, 277:12, 313:15
differentiated [1] - 148:13
difficult [2] - 79:3, 257:5
difficulties [1] - 152:12
Dignity [44] - 118:17, 118:25, 132:23, 133:10, 133:17, 134:16, 135:20, 139:7, 139:14, 140:24, 141:25, 142:19, 145:8, 145:16, 146:16, 147:2, 147:8, 148:8, 148:15, 148:23, 149:14, 149:18, 150:11, 164:21, 170:11, 170:15, 174:9, 175:19, 177:3, 177:7, 178:8, 178:14, 178:21, 180:9, 180:19, 181:5, 181:12, 181:17, 181:23, 182:5, 182:16, 184:20, 196:18, 196:22
Dillon [2] - 36:9
direct [11] - 10:21, 15:23, 43:7, 44:2, 44:5, 45:9, 87:23, 93:10, 220:6, 220:12, 305:9
directed [2] - 194:16, 288:9
directing [1] - 217:3
direction [6] - 45:13, 46:3, 83:2, 189:5, 190:8, 212:16
DIRECTIONS [1] - 330:7
directives [4] - 43:13, 43:18, 45:3, 45:5
directly [15] - 16:2, 17:8, 29:22, 29:25, 30:18, 31:3, 35:6, 56:8, 56:14, 63:23, 80:3, 144:7, 261:3, 271:18, 290:23
Director [3] - 75:13, 307:15, 307:21

director [50] - 21:14, 21:20, 22:19, 23:6, 23:22, 30:19, 35:20, 37:22, 37:23, 37:24, 38:8, 38:11, 38:14, 38:21, 38:25, 40:9, 40:13, 40:20, 41:10, 41:22, 42:7, 42:18, 52:9, 64:16, 81:7, 87:25, 88:14, 88:18, 89:13, 89:15, 89:20, 115:17, 115:19, 115:23, 116:18, 116:20, 117:19, 138:12, 156:18, 189:5, 206:25, 210:12, 212:16, 216:21, 229:18, 230:8, 232:4, 303:20, 304:10, 307:7
directors [23] - 20:21, 32:15, 32:18, 32:20, 37:25, 38:5, 38:17, 38:19, 38:20, 39:2, 39:8, 39:17, 40:2, 40:19, 41:20, 42:9, 42:25, 51:22, 77:6, 77:7, 302:8, 303:15, 303:17
disabilities [8] - 128:23, 299:25, 301:15, 301:16, 304:9, 308:17, 311:3, 311:25
disabled [1] - 305:22
disciplinary [13] - 148:4, 148:15, 148:22, 149:8, 152:16, 152:22, 153:8, 203:15, 267:10, 294:14, 294:19, 298:2, 298:11
discipline [26] - 27:11, 27:15, 103:15, 107:9, 149:24, 190:9, 267:15, 267:20, 268:6, 271:18, 298:6, 300:9, 301:10, 305:21, 306:5, 306:19, 313:21, 318:25, 319:3, 319:6, 320:18, 321:6, 322:8, 322:10, 325:14, 325:20
disciplined [2] - 302:19, 320:6

disciplines [1] - 295:5
disciplining [1] - 100:21
discontinued [1] - 232:25
discovered [3] - 283:8, 283:20, 283:25
discretion [7] - 100:16, 106:19, 108:11, 111:21, 190:20, 191:11, 271:13
discrimination [3] - 8:3, 8:9, 298:19
discuss [14] - 42:8, 43:2, 64:21, 72:18, 112:24, 114:21, 118:13, 133:4, 171:5, 244:3, 262:4, 262:11, 275:3, 282:17
discussed [27] - 14:12, 41:21, 64:18, 67:4, 67:9, 89:3, 89:4, 89:6, 104:5, 113:10, 114:15, 120:10, 122:5, 153:14, 162:12, 162:16, 162:18, 169:8, 178:2, 197:7, 231:15, 260:11, 269:14, 317:8, 325:6, 326:12, 327:23
discussion [15] - 59:22, 59:25, 60:9, 60:10, 107:17, 186:25, 236:6, 266:7, 277:3, 318:20, 322:11, 322:18, 323:15, 323:18, 323:19
discussions [2] - 119:15, 315:8
dispersing [1] - 260:10
disproportionality [8] - 299:8, 300:13, 302:18, 303:9, 305:4, 305:21, 308:25, 309:18
Disproportionality [1] - 299:14
disproportionate [7] - 300:8, 301:9, 304:6, 305:13, 309:8, 309:23, 310:21
disproportionately [1] - 301:17

disrespectful [2] - 262:7, 324:7
disseminate [3] - 102:24, 167:9, 181:10
disseminated [6] - 101:13, 167:16, 168:23, 199:22, 201:19, 202:5
disseminating [2] - 100:19, 103:7
dissemination [1] - 179:25
Disteffano [3] - 113:23, 118:19, 175:15
distributed [4] - 168:14, 197:14, 197:17, 197:21
DISTRICT [3] - 1:2, 1:3, 1:8
district [35] - 26:17, 41:13, 48:17, 56:11, 83:3, 119:9, 119:11, 119:17, 120:8, 124:8, 130:15, 134:9, 136:18, 137:10, 137:19, 137:23, 143:12, 143:14, 153:23, 153:25, 154:7, 154:19, 156:12, 157:11, 164:18, 165:23, 173:24, 191:17, 205:13, 206:8, 301:23, 301:25, 305:18, 306:11, 309:16
District [35] - 26:20, 26:23, 48:7, 50:9, 81:3, 87:13, 113:16, 124:14, 124:16, 140:12, 140:15, 164:9, 164:20, 165:2, 166:7, 166:11, 172:10, 173:25, 187:13, 194:6, 194:13, 194:16, 198:19, 214:18, 215:2, 215:24, 282:20, 290:7, 299:2, 301:6, 303:10, 305:12, 306:10, 309:2, 309:7
district's [2] - 50:19, 204:25
District's [4] - 170:6, 172:7, 263:21, 263:22
districts [4] - 72:23,

340

186:20, 205:12, 309:16
diverse [1] - 313:18
division [1] - 210:22
Dix [2] - 1:21, 3:6
Dobson [1] - 117:5
doc [2] - 166:17, 281:6
Docket [1] - 1:5
docs [12] - 49:15, 49:16, 49:20, 50:7, 165:4, 165:22, 166:13, 167:11, 167:20, 167:25, 170:5, 290:4
doctor [1] - 116:10
DOCUMENT [1] - 330:11
document [38] - 19:22, 32:4, 39:20, 49:7, 49:8, 49:9, 49:14, 60:8, 60:19, 60:25, 96:6, 119:18, 123:10, 148:3, 171:12, 172:4, 172:16, 172:20, 172:21, 183:10, 185:4, 185:11, 189:25, 191:6, 193:11, 193:24, 194:5, 195:3, 195:7, 195:11, 195:12, 195:13, 195:20, 202:4, 289:18, 325:17, 325:24, 326:5
documentation [4] - 29:2, 47:12, 74:17, 326:11
documents [7] - 49:25, 50:5, 80:24, 169:22, 213:24, 214:24, 325:7
DOE [1] - 1:17
DOES [2] - 1:11, 1:16
done [13] - 44:10, 58:18, 126:6, 175:16, 175:18, 237:3, 237:4, 238:3, 240:14, 264:12, 265:6, 297:21, 317:25
Donna [1] - 56:11
door [2] - 97:11, 254:22
Dorothy [1] - 86:5
doubt [1] - 195:2
down [6] - 16:15, 59:21, 95:15, 141:18, 248:18, 268:16

Dr [23] - 5:15, 11:5, 11:18, 12:4, 12:5, 12:16, 13:25, 14:13, 38:3, 38:13, 38:22, 42:2, 116:9, 212:17, 279:3, 282:24, 308:21, 314:23, 318:23, 323:3, 323:16, 323:19
drawing [1] - 13:10
Driving [1] - 130:18
drug [2] - 189:18, 201:12
drugs [1] - 186:21
Drunk [1] - 130:18
due [5] - 130:13, 130:20, 217:8, 217:13, 237:8
duly [2] - 5:3, 331:12
duration [2] - 95:21, 315:3
during [86] - 12:21, 13:4, 13:14, 13:25, 14:6, 17:6, 18:6, 20:14, 22:12, 22:24, 24:2, 24:22, 29:11, 29:23, 31:4, 33:20, 35:12, 54:16, 55:6, 58:24, 59:2, 59:8, 61:6, 61:19, 62:15, 62:24, 63:6, 65:2, 72:16, 73:7, 75:19, 76:9, 77:9, 77:13, 78:4, 78:19, 82:16, 84:8, 84:22, 84:23, 92:21, 94:11, 94:14, 96:18, 99:22, 108:7, 108:13, 109:11, 110:10, 112:5, 115:13, 116:14, 117:15, 118:22, 121:5, 122:18, 125:9, 163:4, 171:23, 173:18, 174:24, 185:13, 203:16, 209:25, 211:8, 216:5, 217:17, 224:5, 227:23, 228:2, 228:21, 233:2, 240:3, 242:7, 244:19, 249:15, 286:7, 286:24, 288:6, 292:5, 294:16, 298:13, 309:4, 310:6, 310:20, 312:21
duties [23] - 6:25, 9:15, 18:5, 18:15, 19:15, 20:6, 22:21,

24:2, 39:14, 39:25, 40:8, 40:22, 42:8, 43:2, 83:21, 121:7, 121:20, 125:3, 132:12, 132:16, 153:21, 154:17, 198:8
duty [5] - 20:10, 40:23, 91:4, 91:9, 141:2

## E

e-mail [18] - 6:17, 6:24, 9:22, 27:24, 27:25, 69:23, 70:22, 126:9, 126:13, 126:16, 126:20, 126:23, 127:3, 127:5, 127:15, 127:19, 128:2, 248:8
e-mails [2] - 127:12, 127:18
early [1] - 220:22
easily [1] - 119:19
Eastern [4] - 305:16, 306:2, 306:6, 306:8
EASTERN [1] - 1:3
eat [1] - 225:10
ed [1] - 37:2
Ed [10] - 41:4, 129:19, 161:13, 299:9, 302:8, 304:11, 304:14, 305:17, 306:8, 306:12
EDMOND [3] - 1:5, 1:5
Edmond [82] - 206:4, 217:5, 239:16, 245:17, 247:3, 247:6, 248:11, 255:9, 260:16, 260:18, 262:3, 262:6, 262:18, 263:14, 264:18, 265:8, 266:8, 267:7, 267:25, 268:5, 268:7, 268:19, 268:22, 269:2, 269:8, 269:12, 269:22, 270:3, 270:8, 270:15, 270:18, 272:15, 273:4, 273:10, 273:12, 273:15, 273:16, 273:17, 273:19, 273:25, 274:17, 274:20, 274:22, 276:2, 276:11, 276:24, 277:4, 278:5, 283:7, 283:19, 283:20,

284:16, 284:18, 285:2, 292:9, 313:21, 313:25, 314:11, 314:12, 314:15, 314:16, 316:2, 316:19, 317:10, 317:21, 319:7, 319:19, 320:17, 321:2, 322:6, 322:19, 323:16, 324:16, 324:20, 324:24, 325:3, 325:15, 325:21, 326:19, 326:20
Edmond's [10] - 262:5, 264:23, 273:9, 274:12, 281:16, 281:25, 294:5, 319:14, 323:20, 324:2
Edmonds [4] - 272:24, 283:25, 314:3, 315:21
Education [49] - 18:4, 18:8, 18:14, 32:16, 32:17, 32:20, 33:16, 37:3, 37:24, 38:9, 40:21, 48:6, 48:25, 49:22, 51:25, 53:16, 54:19, 62:8, 62:10, 62:11, 62:23, 63:5, 64:7, 64:17, 83:15, 87:25, 99:25, 116:19, 140:14, 166:8, 166:10, 172:6, 172:13, 192:19, 194:8, 194:11, 194:14, 198:19, 299:23, 302:24, 303:15, 303:18, 304:11, 306:24, 307:2, 307:8, 307:16, 307:22, 309:10
education [36] - 20:9, 20:16, 21:5, 21:10, 21:15, 21:24, 22:4, 22:11, 22:19, 22:24, 23:7, 27:6, 33:18, 35:3, 35:5, 35:12, 35:21, 36:8, 38:12, 41:11, 41:16, 46:22, 47:23, 48:5, 52:10, 52:11, 54:3, 54:6, 61:23, 81:8, 89:21, 115:19, 129:24, 130:10, 131:10, 292:21
educational [4] - 74:9,

131:18, 147:23, 266:14
EDWARD [1] - 1:10
effect [2] - 4:17, 302:4
egregious [12] - 106:25, 107:4, 107:7, 107:8, 107:24, 108:16, 108:21, 190:9, 202:16, 202:18, 202:22, 202:24
either [11] - 36:17, 58:2, 66:21, 98:9, 104:13, 151:14, 189:17, 189:19, 244:18, 265:10, 275:16
electrical [1] - 157:19
electronic [20] - 6:20, 47:24, 48:21, 49:6, 49:8, 49:25, 50:4, 95:15, 97:15, 97:24, 98:9, 98:18, 165:3, 166:3, 168:4, 168:10, 172:5, 243:8, 289:25, 290:5
electronically [1] - 164:12
elementary [5] - 38:19, 42:9, 42:17, 43:5, 115:19
Ellen [4] - 38:22, 189:6, 210:13, 212:17
emergency [5] - 43:9, 43:15, 45:4, 45:10, 218:10
emotional [1] - 132:17
employed [8] - 26:5, 72:15, 86:22, 87:12, 108:12, 157:10, 157:11, 196:7
employee [7] - 67:2, 80:18, 89:2, 148:18, 212:20, 213:2, 299:2
employees [13] - 34:6, 66:17, 76:4, 82:14, 89:5, 113:15, 124:13, 124:15, 128:2, 153:13, 285:9, 299:23, 317:7
employment [2] - 73:23, 286:25
end [18] - 62:14, 85:2, 85:18, 86:7, 138:4, 145:4, 145:7, 189:7, 210:14, 212:17, 216:8, 232:17, 234:7, 237:10, 253:15, 314:19,

341

315:20, 321:9
**ended** [3] - 232:22, 234:25, 321:10
**ending** [2] - 232:11, 253:19
**ends** [2] - 233:22, 321:11
**enforce** [1] - 22:3
**enforced** [2] - 290:12, 291:4
**enforcement** [1] - 190:14
**engaged** [1] - 304:17
**engaging** [1] - 312:4
**English** [8] - 36:13, 37:2, 42:4, 42:5, 53:14, 55:9, 57:5, 59:9
**ensure** [3] - 23:18, 181:21, 304:5
**ensuring** [3] - 305:12, 306:4, 306:19
**enter** [3] - 208:20, 209:7, 209:9
**entered** [2] - 281:17, 281:21
**entering** [1] - 281:25
**entire** [5] - 30:14, 88:11, 139:20, 154:6, 230:2
**entirety** [1] - 163:8
**entries** [5] - 188:21, 190:6, 211:6, 280:4, 280:7
**entry** [6] - 141:21, 182:13, 182:16, 182:19, 182:23, 189:10
**environment** [6] - 250:4, 251:7, 251:18, 269:16, 320:4, 322:17
**environments** [1] - 303:4
**EON** [1] - 138:4
**equal** [1] - 126:4
**equivalent** [2] - 117:20, 221:16
**especially** [1] - 220:20
**ESQ** [2] - 3:7, 3:13
**establish** [1] - 240:15
**etiquette** [1] - 236:15
**evaluation** [1] - 236:6
**evening** [1] - 316:16
**event** [7] - 106:21, 108:16, 252:16, 252:19, 253:4, 261:21, 284:2
**events** [9] - 81:10, 219:20, 256:23,

267:16, 270:4, 276:3, 277:5, 283:8, 317:15
**eventually** [1] - 257:15
**everyday** [1] - 96:24
**everywhere** [1] - 79:13
**exact** [1] - 219:6
**exactly** [16] - 9:19, 23:12, 104:10, 142:8, 166:18, 167:24, 174:2, 183:23, 185:15, 192:6, 247:19, 250:13, 258:15, 294:23, 297:16, 300:24
**Examination** [1] - 2:3
**EXAMINATION** [2] - 5:7, 330:3
**examined** [2] - 5:4, 207:9
**example** [20] - 20:13, 21:6, 22:8, 22:22, 43:24, 63:19, 68:10, 102:21, 105:22, 106:5, 109:7, 110:18, 111:6, 113:3, 148:5, 150:8, 190:19, 226:4, 283:17
**examples** [2] - 106:6, 108:24
**Excel** [18] - 279:12, 279:14, 279:16, 279:24, 280:12, 280:15, 280:18, 281:3, 281:14, 281:17, 281:21, 282:2, 282:3, 282:9, 282:11, 282:17, 282:25, 283:3
**except** [1] - 4:9
**exception** [4] - 211:7, 228:22, 229:12, 234:5
**exclusive** [1] - 196:22
**excuse** [3] - 120:11, 183:19, 235:13
**exercise** [2] - 100:15, 111:21
**Exhibit** [9] - 171:10, 171:19, 183:8, 185:24, 192:25, 193:5, 193:10, 193:16, 195:10
**EXHIBITS** [1] - 330:17
**exist** [5] - 13:13, 39:16, 56:19, 83:9, 89:22

**existed** [4] - 162:9, 170:9, 195:4, 282:22
**exists** [4] - 8:14, 170:20, 201:19, 208:18
**expectation** [1] - 134:24
**expectations** [2] - 187:17, 198:23
**expected** [7] - 172:15, 173:15, 176:11, 193:15, 201:6, 234:23, 292:13
**expert** [1] - 16:14
**expertise** [5] - 18:3, 40:6, 45:19, 105:13, 116:8
**experts** [1] - 321:16
**explain** [15] - 71:18, 87:2, 95:24, 111:8, 144:17, 166:15, 189:23, 202:19, 202:21, 210:6, 243:2, 244:10, 257:14, 303:23, 320:10
**explaining** [1] - 100:20
**export** [1] - 192:21
**extent** [1] - 15:22
**extremely** [4] - 193:12, 258:5, 262:7, 324:7

## F

**face** [18] - 27:22, 71:10, 93:17, 99:10, 254:17, 254:18, 254:20, 255:3, 255:4, 255:11
**face-to-face** [2] - 93:17, 255:11
**Facebook** [1] - 6:8
**faces** [1] - 256:8
**facilities** [2] - 80:24, 157:4
**fact** [2] - 178:3, 179:23
**facts** [3] - 135:10, 259:5, 259:7
**faculty** [38] - 15:9, 81:16, 81:18, 120:25, 121:3, 121:24, 165:15, 171:5, 173:19, 174:15, 174:16, 174:17, 174:24, 175:2, 176:11, 183:16, 183:18, 183:21, 184:2,

185:9, 185:12, 186:4, 197:24, 197:25, 198:3, 198:10, 198:15, 199:19, 199:22, 200:7, 200:22, 201:4, 201:9, 201:14, 202:11, 203:11, 259:25, 260:8
**fair** [38] - 13:23, 14:4, 29:13, 31:2, 37:10, 63:3, 63:12, 63:13, 74:14, 75:23, 81:21, 98:8, 102:3, 103:4, 107:11, 109:8, 109:20, 118:22, 130:24, 130:25, 131:9, 136:24, 179:8, 207:12, 209:24, 210:5, 211:15, 214:20, 215:15, 217:25, 235:3, 237:18, 269:25, 273:3, 274:15, 281:10, 320:6, 321:25
**Falco** [9] - 30:9, 30:10, 30:17, 31:3, 31:4, 75:6, 75:7, 75:9, 75:12
**familiar** [5] - 171:13, 183:11, 193:4, 193:12, 278:10
**far** [1] - 236:19
**February** [4] - 1:22, 108:5, 329:11, 331:22
**federal** [1] - 327:2
**feet** [3] - 235:11, 235:14, 236:17
**felon** [1] - 287:8
**felt** [1] - 246:16
**female** [1] - 311:4
**females** [1] - 313:13
**few** [10] - 7:23, 11:19, 40:19, 41:20, 62:24, 64:5, 119:25, 231:13, 248:5, 318:14
**field** [4] - 81:7, 157:4, 198:23, 321:17
**file** [9] - 147:22, 147:23, 213:5, 213:11, 213:24, 215:7, 215:16, 274:3, 325:22
**filed** [2] - 204:20, 300:3
**files** [8] - 204:23,

212:19, 212:21, 212:22, 213:2, 213:15, 214:2, 214:21
**filing** [1] - 4:5
**final** [1] - 188:15
**finality** [1] - 321:8
**fine** [1] - 114:24
**fingerprint** [4] - 221:16, 227:25, 228:3, 228:11
**finish** [2] - 318:15, 318:17
**first** [30] - 7:12, 7:17, 17:21, 48:8, 48:14, 89:5, 91:14, 96:9, 101:3, 102:14, 143:7, 163:17, 165:10, 165:12, 169:12, 171:16, 178:24, 193:8, 199:17, 217:11, 218:20, 248:10, 265:13, 272:8, 273:18, 274:16, 274:19, 279:20, 288:24, 322:14
**fits** [1] - 118:8
**five** [39] - 17:3, 25:19, 28:4, 28:6, 28:11, 54:17, 80:5, 80:7, 93:2, 93:11, 106:18, 108:20, 108:25, 120:14, 160:23, 190:10, 202:25, 262:19, 269:3, 269:7, 269:12, 269:17, 269:23, 270:3, 270:7, 270:9, 270:10, 270:12, 270:15, 270:19, 270:23, 270:25, 271:4, 271:7, 271:11, 271:14, 271:20, 322:15, 323:9
**five-day** [6] - 108:20, 108:25, 269:12, 270:23, 271:14, 271:20
**floor** [5] - 223:14, 225:6, 225:13, 237:14, 237:15
**floors** [2] - 237:12, 237:19
**Florence** [1] - 86:16
**fluctuate** [1] - 33:10
**fluctuates** [2] - 33:8, 129:18
**focus** [2] - 58:7, 242:8

folder [1] - 205:2
folks [1] - 160:18
follow [3] - 132:11, 173:15, 302:24
follows [1] - 5:5
food [4] - 229:18, 230:8, 230:17, 232:4
FOR [2] - 330:18, 330:21
force [5] - 4:17, 45:11, 194:23, 285:8, 285:17
foremost [1] - 321:22
forever [1] - 309:17
forget [1] - 94:17
forgot [3] - 86:21, 114:23, 117:23
form [130] - 4:10, 8:5, 9:17, 10:2, 11:25, 12:12, 18:10, 21:12, 22:17, 23:11, 27:13, 31:6, 32:11, 37:14, 39:22, 45:14, 49:11, 52:6, 58:10, 58:20, 59:19, 60:20, 61:9, 67:6, 67:13, 68:4, 71:15, 73:14, 73:24, 74:20, 76:5, 76:12, 79:22, 80:20, 81:25, 82:13, 83:11, 88:17, 97:2, 97:20, 99:8, 103:25, 105:9, 106:13, 106:24, 107:16, 107:22, 108:19, 109:13, 109:22, 111:11, 112:9, 112:15, 112:25, 115:7, 116:17, 118:14, 119:6, 119:22, 122:20, 125:7, 127:16, 127:20, 128:13, 130:3, 131:7, 133:5, 133:23, 137:5, 137:17, 141:19, 142:14, 142:22, 143:4, 143:9, 143:15, 145:10, 145:18, 146:20, 152:18, 153:3, 154:24, 155:10, 167:12, 171:2, 172:11, 177:10, 178:11, 180:13, 189:14, 194:19, 195:22, 196:11, 201:16, 203:25, 204:22, 207:16, 214:16, 215:10,

215:20, 236:11, 252:12, 261:12, 264:10, 266:2, 267:13, 268:3, 270:5, 270:17, 273:7, 273:23, 274:18, 280:25, 283:13, 284:5, 285:12, 285:21, 289:14, 298:4, 298:15, 299:3, 300:11, 301:13, 302:22, 303:13, 306:22, 309:3, 310:24, 312:15, 320:19
formal [1] - 142:17
format [4] - 49:7, 166:3, 280:17, 290:3
former [1] - 273:12
forms [3] - 74:2, 142:5, 249:23
formulate [2] - 60:7, 325:20
formulating [1] - 303:11
forth [1] - 331:12
forward [1] - 323:14
forwarded [1] - 326:16
four [9] - 54:17, 80:5, 80:7, 82:5, 97:23, 232:19, 234:3, 242:6, 310:7
free [1] - 115:3
freely [1] - 244:23
frequency [1] - 51:17
frequently [1] - 51:5
FTE [1] - 34:5
full [6] - 5:9, 6:3, 19:12, 34:5, 59:5, 131:21
full-time [1] - 34:5
function [12] - 42:8, 44:3, 91:4, 91:9, 100:21, 124:8, 127:22, 127:24, 132:16, 133:15, 155:8, 304:22
functions [14] - 39:15, 40:9, 43:3, 82:4, 82:11, 100:24, 114:8, 121:19, 125:4, 138:8, 153:21, 154:18, 172:17, 219:20
FURNISHED [1] - 330:14
FURTHER [2] - 4:8, 4:13

## G

Gail [6] - 80:9, 280:10, 280:11, 280:14, 281:4, 281:13
gamut [1] - 136:21
Gary [1] - 117:5
gathered [3] - 188:12, 250:2, 250:5
Gay [5] - 38:24, 189:8, 210:15, 212:18
geared [1] - 39:10
general [6] - 27:25, 39:24, 290:21, 304:2, 311:24, 312:2
generated [1] - 189:16
Gerseraro [3] - 11:5, 11:18, 12:5
Gina [1] - 38:15
girls [1] - 313:6
given [21] - 60:22, 72:4, 83:14, 87:13, 96:7, 143:6, 176:7, 177:18, 179:4, 183:16, 183:18, 183:21, 183:23, 204:5, 234:18, 238:16, 238:21, 239:4, 295:5, 329:14, 331:14
glad [2] - 229:8, 327:22
goals [1] - 303:11
God [1] - 191:3
Golden [1] - 55:23
Google [2] - 281:6, 281:7
govern [1] - 197:19
governed [2] - 47:22, 146:16
governing [7] - 48:18, 164:25, 169:20, 172:7, 172:12, 194:9, 236:12
governs [1] - 236:8
grace [1] - 318:5
grade [5] - 24:12, 69:18, 70:6, 207:25
graders [3] - 68:23, 69:12, 70:9
grades [7] - 24:16, 41:18, 110:7, 188:21, 201:8, 211:5, 292:18
grading [8] - 24:15, 51:14, 51:15, 110:6, 117:13, 198:16, 198:22
graduate [1] - 292:13
graduation [1] - 294:7

Grasso [1] - 36:19
grounds [3] - 31:10, 156:13, 157:2
group [5] - 70:11, 117:12, 228:9, 306:9, 319:23
guard [11] - 44:2, 44:7, 44:10, 44:13, 45:16, 223:7, 264:24, 265:8, 265:15, 265:24, 283:21
GUARD [1] - 1:15
guards [18] - 43:8, 43:10, 43:14, 44:11, 45:22, 46:15, 46:20, 126:22, 159:2, 175:5, 175:9, 218:24, 219:23, 222:4, 223:10, 224:5, 229:7, 229:12
GUARDS [1] - 1:15
guess [29] - 17:8, 20:20, 21:23, 32:25, 34:22, 63:9, 63:11, 65:22, 65:23, 65:24, 66:3, 66:7, 68:8, 78:25, 104:18, 105:2, 129:16, 130:5, 142:7, 143:19, 149:7, 150:17, 159:15, 245:21, 254:5, 286:24, 308:8, 320:13, 321:8
guide [3] - 172:22, 172:25, 173:5
guided [2] - 95:20, 202:17
guideline [3] - 146:15, 200:11, 227:21
guidelines [5] - 73:11, 73:22, 238:14, 239:3, 290:10
gun [5] - 189:18, 190:2, 190:8, 190:25, 192:8
guru [1] - 207:4
guys [1] - 313:6
gym [3] - 81:6, 239:21, 239:23

## H

hah [5] - 8:13, 16:8, 16:13, 51:20, 217:10
half [2] - 33:25, 34:4
hall [8] - 86:22, 86:24, 88:7, 234:11, 235:11, 235:14, 236:18, 238:5

halls [3] - 235:6, 258:22, 287:20
hallway [28] - 234:15, 234:18, 234:24, 236:2, 236:9, 236:15, 239:18, 239:22, 239:23, 239:25, 240:9, 248:18, 249:3, 249:19, 250:25, 251:11, 252:7, 254:2, 260:14, 260:17, 261:7, 272:7, 272:22, 273:5, 287:15, 288:2, 290:16, 312:20
hallways [4] - 250:19, 290:23, 290:25, 291:5
Hamilton [1] - 3:11
hand [4] - 171:8, 183:6, 192:24, 331:21
handbook [16] - 197:24, 198:2, 198:3, 198:10, 198:15, 199:20, 200:3, 200:7, 200:22, 201:4, 201:9, 201:14, 202:11, 203:11, 227:22, 288:12
handed [1] - 96:9
handing [2] - 327:6, 327:10
handle [3] - 22:15, 35:18, 110:25
handlers [1] - 230:17
handling [1] - 134:5
hands [1] - 254:24
hands-on [1] - 254:24
hard [7] - 47:24, 93:11, 95:18, 126:21, 144:3, 168:4, 168:18
harding [1] - 155:24
Harding [13] - 30:22, 30:23, 75:13, 75:15, 155:6, 155:8, 156:3, 156:4, 156:6, 156:22, 157:7, 157:24, 158:13
hardware [1] - 40:16
hardy [1] - 156:2
hazard [1] - 319:19
hazardous [1] - 240:15
head [9] - 15:4, 16:25, 30:7, 39:4, 39:6,

343

74:25, 75:2, 75:4, 312:16
**health** [21] - 20:9, 21:15, 21:25, 22:20, 23:8, 35:21, 36:9, 37:23, 38:15, 41:16, 41:17, 41:19, 53:15, 54:7, 61:24, 81:8, 114:10, 114:12, 129:2, 152:5, 304:12
**hear** [3] - 111:15, 243:4, 265:23
**heard** [7] - 248:15, 258:18, 299:18, 299:20, 299:21, 300:12, 300:14
**hearing** [12] - 203:3, 245:25, 246:14, 246:15, 265:9, 269:20, 270:19, 271:3, 271:5, 322:16, 323:10, 325:23
**hearings** [1] - 270:21
**hearsay** [3] - 243:3, 243:10, 243:13
**heat** [1] - 75:10
**heating** [1] - 157:2
**height** [2] - 257:4
**held** [3] - 186:25, 253:13, 318:20
**help** [5] - 259:18, 275:13, 304:19, 325:13, 325:18
**helped** [1] - 325:19
**helps** [1] - 305:3
**hereby** [2] - 329:8, 331:9
**HEREBY** [1] - 4:2
**herein** [1] - 4:4
**hereinbefore** [1] - 331:11
**hereunto** [1] - 331:21
**hierarchal** [1] - 119:14
**hierarchy** [8] - 12:22, 12:25, 13:3, 17:10, 17:12, 29:18, 37:11, 67:8
**High** [544] - 7:2, 7:5, 7:10, 7:15, 8:16, 10:23, 11:22, 13:15, 14:7, 14:21, 15:13, 16:6, 16:17, 17:7, 17:24, 18:7, 19:25, 20:15, 21:7, 22:12, 22:25, 24:3, 24:23, 26:2, 26:4, 26:11, 27:2, 27:18, 28:8, 28:15, 29:16, 29:20, 29:24, 30:5, 31:15,

31:18, 32:9, 32:22, 32:23, 33:6, 33:20, 34:17, 34:20, 36:7, 37:19, 38:6, 39:11, 40:2, 40:4, 40:10, 40:11, 42:12, 42:16, 43:6, 43:16, 43:25, 44:11, 44:15, 44:23, 45:6, 45:11, 45:20, 45:21, 46:5, 46:12, 46:18, 46:20, 47:3, 47:10, 47:19, 50:25, 52:4, 52:17, 53:6, 53:25, 54:9, 55:7, 55:20, 56:6, 57:6, 57:11, 57:14, 61:7, 61:20, 62:16, 63:7, 64:4, 64:21, 65:3, 65:10, 66:10, 66:12, 66:19, 66:24, 67:3, 67:11, 68:2, 68:12, 68:20, 69:4, 71:17, 71:24, 72:8, 72:16, 73:10, 73:13, 73:18, 74:15, 74:23, 75:20, 76:9, 76:21, 77:2, 77:10, 77:14, 77:23, 78:4, 78:19, 78:20, 79:5, 79:20, 80:17, 81:22, 82:17, 82:22, 84:9, 85:15, 86:23, 87:16, 88:15, 89:6, 89:11, 90:11, 90:21, 90:25, 91:6, 91:18, 91:23, 92:11, 92:19, 93:15, 95:4, 96:4, 96:21, 97:17, 98:16, 98:21, 99:5, 99:15, 99:22, 100:10, 101:7, 101:15, 102:4, 102:15, 102:20, 103:6, 103:21, 104:8, 104:23, 105:6, 105:25, 106:9, 106:17, 107:13, 108:12, 108:14, 109:9, 109:20, 110:2, 110:11, 110:13, 110:21, 110:22, 111:3, 111:9, 111:19, 112:6, 112:21, 113:4, 113:18, 113:19, 114:19, 115:14, 116:2, 116:15, 117:3, 117:15, 117:17, 118:10, 118:11, 118:23, 119:17, 120:5, 120:13,

120:22, 121:6, 121:14, 122:4, 122:16, 122:19, 123:13, 123:23, 123:25, 124:6, 124:11, 124:17, 124:23, 125:4, 125:13, 126:15, 126:24, 127:6, 127:14, 128:2, 128:9, 128:12, 129:11, 129:12, 129:24, 130:9, 130:11, 131:2, 131:3, 131:11, 132:13, 132:14, 133:7, 133:9, 134:20, 136:6, 137:2, 138:19, 138:21, 139:15, 139:21, 140:19, 140:21, 141:4, 142:3, 145:14, 146:18, 147:5, 148:6, 148:17, 150:10, 151:10, 151:21, 151:22, 152:24, 152:25, 153:10, 154:2, 154:4, 154:7, 154:9, 154:15, 154:21, 155:4, 155:15, 155:20, 155:22, 156:7, 156:8, 156:16, 156:19, 157:6, 158:2, 158:8, 158:15, 158:17, 158:22, 159:4, 159:9, 159:10, 159:18, 159:19, 160:3, 160:7, 161:3, 161:18, 162:2, 162:5, 166:20, 166:22, 167:8, 167:18, 167:23, 168:3, 168:10, 168:15, 168:25, 170:10, 170:12, 170:23, 172:14, 172:23, 173:6, 173:14, 174:11, 174:13, 175:7, 175:10, 175:23, 175:25, 176:14, 176:25, 177:9, 177:14, 177:19, 178:6, 178:16, 180:21, 180:22, 181:2, 181:8, 181:14, 181:20, 182:3, 182:21,

184:3, 184:14, 184:21, 185:3, 185:6, 185:14, 186:6, 186:12, 187:7, 187:16, 187:23, 188:4, 188:23, 189:11, 189:12, 190:23, 191:22, 192:2, 192:15, 193:17, 194:17, 194:21, 195:18, 196:7, 196:8, 196:15, 196:21, 196:24, 197:8, 197:9, 197:15, 197:16, 197:22, 198:7, 198:10, 199:12, 199:16, 199:22, 199:24, 200:14, 200:23, 201:11, 201:21, 202:6, 202:20, 203:6, 203:17, 203:23, 204:8, 204:19, 204:20, 204:21, 205:8, 206:2, 206:9, 206:12, 206:22, 207:14, 207:20, 207:21, 208:6, 208:12, 209:14, 209:18, 210:2, 210:18, 210:20, 211:9, 211:17, 211:24, 212:4, 212:12, 212:20, 212:23, 213:3, 213:16, 214:22, 215:8, 216:19, 216:24, 217:20, 217:21, 218:3, 218:15, 218:22, 219:3, 219:4, 219:22, 219:24, 220:14, 221:5, 221:24, 221:25, 222:5, 223:7, 223:15, 224:6, 225:20, 225:21, 226:8, 226:16, 227:3, 228:4, 228:14, 228:24, 229:10, 229:13, 230:3, 230:13, 230:14, 231:16, 231:17, 232:6, 232:7, 232:12, 233:2, 233:8, 233:17, 234:2, 234:8, 234:12, 234:20, 235:4,

235:22, 236:3, 236:22, 237:15, 238:4, 238:7, 238:15, 238:23, 239:7, 239:11, 239:20, 240:11, 240:18, 240:24, 242:11, 242:22, 243:21, 245:8, 246:25, 247:7, 249:11, 249:21, 251:3, 252:9, 253:5, 255:8, 256:24, 260:5, 265:5, 265:12, 265:21, 266:23, 267:5, 267:17, 267:21, 269:9, 269:10, 271:8, 271:9, 271:15, 271:21, 271:22, 273:20, 273:22, 279:4, 279:6, 279:10, 280:22, 281:12, 284:19, 285:16, 285:18, 286:2, 287:15, 287:18, 287:20, 288:5, 288:21, 290:13, 290:17, 290:19, 291:2, 291:6, 291:7, 292:2, 292:4, 292:6, 293:9, 293:17, 294:13, 295:3, 295:6, 296:4, 296:6, 297:19, 298:7, 298:10, 298:20, 298:25, 300:6, 301:18, 302:16, 302:19, 303:25, 305:23, 306:3, 306:17, 307:20, 308:2, 308:19, 309:20, 310:19, 312:12, 313:22, 317:7, 318:24, 319:12, 319:17, 321:20
**high** [19] - 21:16, 29:7, 47:18, 52:5, 81:6, 115:15, 133:19, 135:2, 135:24, 156:11, 204:21, 222:8, 237:16, 237:21, 244:12, 257:5, 299:19, 301:21, 309:22
**higher** [5] - 292:21, 300:16, 300:19, 300:21, 300:23
**Hills** [2] - 1:21, 3:6

344

himself [2] - 69:9, 116:7
hired [1] - 33:9
hiring [1] - 41:5
hold [4] - 205:6, 205:7, 215:17, 215:18
holds [1] - 188:20
home [8] - 136:20, 147:25, 289:15, 315:11, 315:14, 315:15, 315:22, 316:16
homework [1] - 289:8
honest [5] - 65:15, 101:23, 288:8, 291:22, 300:25
Horn [2] - 37:3, 64:11
horse [1] - 92:8
hour [1] - 51:10
hours [2] - 115:2, 318:3
house [2] - 49:20, 145:25
HR [3] - 9:5, 123:24, 124:4
huge [2] - 79:14, 234:16
Hughes [9] - 68:16, 68:17, 68:18, 71:6, 71:13, 71:16, 73:6, 73:7
human [11] - 88:19, 89:17, 124:4, 126:7, 162:22, 164:8, 164:18, 214:19, 216:2, 216:18, 216:23
Human [12] - 9:5, 11:10, 12:6, 14:14, 88:20, 123:15, 123:18, 164:7, 202:2, 213:25, 214:15, 215:13
hundred [1] - 54:25
hung [1] - 104:20

**I**

I-N-G [1] - 156:5
I.D [2] - 330:18, 330:21
idea [6] - 93:5, 208:16, 235:17, 237:9, 237:11, 256:13
ideal [1] - 152:4
identified [6] - 133:19, 139:18, 139:25, 209:17, 309:15, 309:17

identify [2] - 164:3, 209:12
IEP [3] - 33:18, 305:8, 305:9
IEPs [1] - 40:24
imagine [2] - 119:15, 152:11
immediately [3] - 98:13, 217:15, 268:17
implementation [1] - 308:15
implemented [3] - 23:15, 23:19, 41:17
implements [1] - 46:23
impose [1] - 319:3
imposing [1] - 319:6
Improvement [1] - 299:17
IN [1] - 331:20
in-house [1] - 145:25
in-person [1] - 243:6
inaccuracies [1] - 187:14
Inc [1] - 2:22
incident [43] - 189:11, 189:16, 189:25, 190:12, 192:8, 192:14, 192:20, 217:4, 239:15, 239:19, 245:12, 247:2, 247:6, 248:11, 249:15, 255:9, 261:11, 262:16, 263:14, 266:22, 267:7, 267:12, 272:12, 272:21, 273:5, 274:11, 274:14, 275:5, 275:8, 275:11, 277:21, 278:2, 283:7, 283:9, 283:19, 284:3, 284:14, 317:9, 317:15, 319:15, 320:21, 322:6
incidents [10] - 142:11, 143:5, 188:3, 192:17, 208:3, 274:6, 274:23, 285:8, 285:24, 287:4
include [1] - 15:9
includes [1] - 132:22
including [1] - 180:8
incomplete [1] - 214:23
independence [8] - 100:8, 100:14,

101:4, 101:9, 102:19, 104:24, 105:12, 105:20
independent [12] - 67:20, 68:3, 68:5, 69:3, 76:3, 105:4, 105:23, 106:3, 106:7, 106:12, 148:9, 150:11
independently [5] - 45:12, 45:15, 45:22, 45:24, 134:3
indicate [3] - 276:20, 324:16, 324:20
indicated [5] - 103:19, 139:5, 195:19, 199:19, 267:10
individual [17] - 1:10, 1:11, 1:12, 1:13, 1:14, 1:15, 1:16, 1:17, 21:16, 25:15, 33:15, 114:20, 141:8, 157:11, 160:15, 207:5, 248:4
individualized [2] - 33:18, 304:24
individuals [35] - 14:10, 15:14, 15:19, 25:12, 25:20, 27:21, 28:4, 28:6, 28:11, 42:11, 42:14, 52:3, 75:25, 76:2, 77:9, 78:2, 82:5, 83:12, 85:24, 87:18, 88:6, 88:23, 113:6, 123:20, 125:8, 128:18, 133:20, 139:17, 141:12, 157:12, 210:8, 219:3, 228:16, 319:2, 319:22
inform [2] - 111:22, 324:11
information [22] - 35:10, 48:3, 104:16, 112:7, 112:14, 112:19, 119:20, 167:9, 170:4, 188:12, 192:22, 193:22, 205:4, 206:7, 211:5, 259:8, 297:6, 297:9, 301:24, 302:9, 307:9, 325:13
INFORMATION [1] - 330:14
informational [1] - 311:9
informed [2] - 144:14, 302:9

infraction [1] - 147:17
infrastructure [2] - 40:17, 157:22
Ingerman [1] - 264:6
inh [1] - 224:12
initial [1] - 274:22
initiate [2] - 267:23, 268:4
initiated [4] - 71:8, 177:11, 185:25, 321:6
initiates [1] - 268:9
injured [3] - 276:16, 276:21, 324:24
injury [1] - 276:24
input [1] - 45:17
inside [1] - 217:13
insofar [1] - 214:24
instance [71] - 9:13, 23:20, 31:10, 39:17, 51:25, 56:8, 56:19, 57:3, 63:18, 67:18, 82:11, 83:4, 83:6, 83:20, 87:4, 89:3, 89:19, 93:12, 93:21, 95:23, 97:14, 103:14, 103:16, 105:14, 106:4, 109:2, 112:12, 114:14, 114:21, 115:4, 118:16, 128:6, 130:7, 132:22, 133:2, 134:2, 138:12, 141:13, 141:17, 153:6, 155:12, 155:18, 157:8, 166:25, 170:8, 174:22, 190:15, 190:19, 191:10, 191:12, 192:7, 195:24, 196:13, 200:5, 200:16, 201:10, 203:11, 205:25, 209:6, 209:20, 215:5, 221:14, 222:13, 223:6, 245:4, 270:14, 281:25, 284:23, 286:5, 296:23, 308:6
instances [1] - 103:18
institution [1] - 131:19
instruct [3] - 44:25, 232:21, 239:12
instruction [16] - 9:3, 11:4, 18:23, 23:4, 23:14, 46:7, 46:14, 58:4, 68:19, 70:11, 71:20, 71:23, 74:4,

239:5, 304:18, 312:4
instructional [9] - 20:22, 127:9, 127:10, 128:5, 174:21, 176:10, 223:22, 229:23, 289:6
instructionally [1] - 163:16
interacted [1] - 42:15
interaction [1] - 262:20
interactions [2] - 256:6, 259:22
interested [2] - 126:5, 331:18
interesting [1] - 93:7
interim [3] - 12:5, 14:17, 253:19
intermediary [2] - 56:7, 57:2
Internet [1] - 68:23
interrupt [1] - 97:13
interrupted [1] - 254:23
intervention [4] - 144:20, 146:4, 303:5, 304:24
interviewed [1] - 83:13
intro [1] - 11:6
introducing [1] - 69:9
investigate [3] - 264:22, 299:24, 321:17
investigated [2] - 264:18, 294:19
investigation [23] - 262:13, 262:21, 262:24, 263:5, 263:8, 263:10, 263:13, 263:16, 263:24, 264:8, 264:13, 266:8, 267:6, 295:4, 295:8, 295:12, 295:14, 296:7, 296:24, 297:3, 297:10, 297:12, 297:15
investigations [5] - 296:9, 296:17, 297:20, 298:18, 298:23
investigator [1] - 266:15
involved [40] - 37:22, 49:4, 141:8, 141:12, 150:14, 152:15, 152:22, 153:7, 243:12, 256:9,

345

259:9, 263:3, 263:18, 263:23, 266:12, 266:13, 266:21, 267:5, 269:19, 271:20, 277:18, 277:20, 277:25, 278:8, 295:11, 295:13, 295:21, 295:22, 296:24, 297:2, 297:5, 313:20, 314:23, 319:24, 319:25, 320:3, 322:2, 322:5, 322:24

**involvement** [7] - 71:12, 275:5, 275:7, 319:9, 319:14, 320:5, 320:20

**involving** [9] - 248:11, 263:14, 266:8, 283:19, 285:8, 285:24, 286:20, 287:4, 294:15

**IS** [3] - 4:2, 4:8, 4:13

**Island** [3] - 5:13, 35:13, 49:20

**island** [1] - 5:14

**isolation** [1] - 150:3

**issue** [2] - 35:2, 135:13

**issued** [1] - 310:20

**issues** [3] - 108:22, 132:16, 173:9

**IT** [3] - 4:2, 4:8, 4:13

**items** [2] - 179:22, 294:6

**itself** [4] - 131:6, 143:3, 166:6, 287:2

**Ivan** [1] - 36:18

## J

**James** [15] - 16:22, 19:13, 19:14, 43:11, 43:19, 43:21, 56:16, 57:4, 84:2, 90:3, 91:15, 154:14, 220:10, 224:16

**JANE** [3] - 1:11, 1:16, 1:16

**Janet** [3] - 30:25, 75:18, 230:11

**Jason** [1] - 36:15

**Jennifer** [5] - 38:9, 303:20, 303:22, 307:16, 307:19

**job** [26] - 17:15, 18:14, 18:15, 20:6, 22:21, 23:25, 39:14, 39:25, 40:8, 40:22, 40:23,

42:8, 43:2, 82:4, 82:10, 100:20, 113:8, 114:7, 121:19, 133:15, 138:8, 153:21, 154:13, 154:17, 172:17, 227:4

**jobs** [1] - 23:10

**JOHN** [3] - 1:11, 1:15, 1:16

**Joseph** [1] - 117:5

**June** [83] - 217:4, 233:15, 233:17, 239:16, 239:19, 246:22, 247:7, 248:22, 249:14, 250:24, 251:25, 252:8, 253:4, 254:2, 255:4, 255:15, 256:18, 256:24, 257:24, 260:2, 260:6, 260:13, 261:7, 261:11, 261:16, 261:20, 262:15, 264:19, 264:24, 265:16, 266:22, 267:8, 267:12, 267:16, 267:24, 268:6, 269:9, 270:4, 272:8, 272:13, 272:22, 273:6, 274:8, 274:16, 276:21, 276:24, 277:6, 277:9, 277:13, 277:21, 278:2, 278:15, 283:7, 283:22, 284:4, 284:11, 284:15, 284:24, 290:24, 312:20, 313:11, 313:15, 314:7, 315:4, 315:10, 315:22, 317:3, 317:8, 317:15, 317:21, 319:7, 319:15, 319:18, 320:18, 322:6, 323:4, 323:25, 324:15, 324:19, 324:24, 325:4, 325:15, 325:21

**junior** [1] - 29:7

**JV** [1] - 41:14

## K

**K-12** [11] - 21:17, 40:18, 41:16, 42:24, 43:12, 56:12, 115:21, 124:20,

206:8, 206:18

**K-6** [1] - 42:10

**K-N-I-G-H-T** [1] - 85:19

**Karen** [2] - 37:3, 64:11

**keep** [7] - 21:5, 81:4, 215:7, 227:7, 279:5, 279:18, 304:17

**keeping** [1] - 282:13

**keeps** [1] - 307:8

**kept** [4] - 144:9, 164:11, 172:8, 291:19

**Kevin** [1] - 216:6

**key** [5] - 213:7, 213:12, 214:3, 214:22, 215:8

**Kian** [1] - 36:15

**kids** [1] - 313:7

**kind** [7] - 22:6, 104:14, 128:10, 147:14, 168:17, 255:17, 291:18

**kitchen** [3] - 228:10, 229:14, 229:17

**klatch** [1] - 223:4

**Knight** [1] - 85:19

**knock** [2] - 97:10, 254:21

**knowing** [1] - 81:15

**knowledge** [5] - 100:2, 105:16, 154:12, 204:2, 212:6

**known** [2] - 169:19, 288:4

**knows** [3] - 150:17, 150:18, 270:21

## L

**L-E-N-Z** [1] - 86:6

**Ladera** [1] - 55:24

**lady** [3] - 122:6, 122:15, 122:18

**Lafasso** [1] - 117:4

**LaFon** [1] - 86:15

**large** [2] - 18:25, 70:11

**Larry** [4] - 30:9, 30:10, 30:17, 75:6

**last** [19] - 5:18, 5:22, 5:24, 7:20, 17:19, 28:18, 38:23, 84:12, 86:16, 149:4, 188:9, 207:8, 228:6, 232:14, 242:8, 242:10, 278:23, 278:24, 286:17

**lasted** [1] - 314:5

**late** [1] - 228:7

**lateness** [2] - 111:14, 111:17

**Laura** [2] - 55:23, 121:4

**law** [14] - 136:22, 140:13, 140:15, 164:23, 165:9, 165:13, 165:20, 170:21, 171:3, 184:19, 184:24, 190:14, 302:24, 308:16

**LAW** [1] - 3:3

**lawn** [2] - 157:8, 157:13

**lawsuit** [2] - 273:11, 273:14

**LCSD** [6] - 171:11, 183:8, 183:9, 193:2, 193:3

**lead** [8] - 44:7, 44:10, 44:13, 45:16, 56:10, 56:23, 303:16, 303:18

**leader** [3] - 74:10, 229:23, 266:15

**leaders** [1] - 58:4

**leadership** [3] - 94:16, 95:13, 96:10

**learn** [9] - 72:25, 248:10, 250:18, 265:14, 276:23, 277:11, 292:17, 302:6, 307:6

**learned** [3] - 284:10, 285:17, 287:3

**learning** [4] - 9:4, 11:4, 283:6, 283:18

**lease** [1] - 120:14

**leave** [9] - 225:18, 225:23, 226:2, 226:9, 226:11, 226:17, 226:25, 228:18, 321:18

**leaving** [2] - 53:17, 82:5

**left** [5] - 102:6, 102:12, 261:2, 264:2, 272:7

**legal** [1] - 25:2

**lenient** [1] - 289:4

**Lenz** [1] - 86:6

**Leslie** [1] - 80:8

**less** [9] - 78:23, 122:25, 230:21, 249:18, 251:8, 251:24, 252:6, 256:15, 321:14

**letter** [6] - 104:11, 126:10, 147:16, 147:20, 147:25,

148:2

**letters** [1] - 214:7

**level** [4] - 79:10, 230:5, 262:22, 303:19

**levels** [1] - 78:12

**liaison** [1] - 21:19

**librarian** [1] - 15:10

**librarians** [10] - 31:24, 33:23, 33:24, 34:8, 42:19, 42:24, 55:11, 57:3, 116:3, 159:8

**library** [3] - 56:20, 159:13, 224:20

**life** [1] - 286:21

**likely** [5] - 96:9, 99:9, 200:24, 241:25, 322:21

**limited** [1] - 180:8

**linear** [3] - 235:11, 235:14, 236:17

**LINEEN** [311] - 3:13, 8:4, 9:17, 10:2, 11:25, 12:12, 16:9, 18:9, 21:12, 22:17, 23:11, 25:7, 27:12, 31:6, 32:11, 34:21, 35:8, 35:16, 37:14, 39:22, 44:4, 44:19, 45:8, 45:14, 45:23, 46:9, 47:6, 47:14, 47:21, 49:10, 50:13, 50:22, 51:7, 51:11, 51:19, 52:6, 52:18, 58:10, 58:20, 59:19, 60:20, 61:9, 63:15, 64:9, 65:5, 65:14, 65:17, 65:20, 65:24, 66:6, 66:14, 67:6, 67:13, 68:4, 69:15, 70:2, 71:15, 72:9, 73:14, 73:24, 74:19, 75:4, 76:5, 76:12, 78:24, 79:8, 79:21, 80:20, 81:25, 82:13, 83:11, 88:17, 89:8, 89:14, 89:24, 90:8, 90:15, 91:25, 92:12, 95:7, 97:2, 97:20, 98:11, 99:8, 99:23, 100:25, 101:10, 102:9, 103:3, 103:10, 103:25, 105:8, 106:11, 106:13, 106:24, 107:16, 107:22, 108:19, 109:13, 109:22, 110:5, 111:11, 111:23, 112:9, 112:15,

346

112:25, 115:7, 116:17, 118:14, 119:6, 119:21, 120:16, 122:20, 123:2, 123:8, 124:12, 124:18, 125:6, 127:16, 127:20, 128:13, 130:2, 131:7, 131:12, 132:3, 133:5, 133:12, 133:23, 137:5, 137:17, 139:2, 139:9, 140:7, 141:6, 141:19, 142:21, 143:15, 145:10, 145:18, 146:20, 151:12, 152:18, 153:3, 154:24, 155:9, 156:10, 161:8, 162:13, 163:3, 163:25, 164:22, 166:21, 167:12, 169:9, 169:24, 171:2, 172:11, 172:18, 172:24, 173:8, 173:17, 174:19, 177:10, 178:10, 179:20, 180:5, 180:13, 180:25, 181:25, 182:7, 182:25, 184:8, 184:23, 186:7, 187:19, 189:2, 189:14, 190:16, 191:14, 192:4, 192:10, 194:19, 194:24, 195:22, 196:2, 196:11, 197:2, 197:12, 200:2, 200:8, 201:16, 202:8, 202:23, 203:25, 204:22, 205:10, 206:5, 206:15, 207:16, 210:11, 211:20, 212:13, 213:18, 214:16, 215:3, 215:10, 215:20, 217:23, 218:4, 219:13, 221:19, 223:9, 223:20, 224:10, 225:25, 229:5, 230:4, 231:6, 231:19, 234:14, 235:8, 236:11, 236:24, 237:5, 238:9, 238:19, 238:25, 240:6,

240:12, 240:20, 241:11, 241:17, 242:5, 243:11, 244:25, 245:5, 246:9, 247:24, 248:23, 251:13, 252:11, 253:6, 255:6, 255:13, 256:14, 256:19, 257:25, 258:16, 261:12, 261:17, 264:10, 264:20, 264:25, 265:17, 265:25, 267:13, 268:3, 270:5, 270:17, 273:7, 273:23, 274:18, 280:24, 283:12, 284:5, 285:11, 285:20, 286:13, 286:22, 287:10, 287:13, 288:7, 291:11, 294:22, 295:7, 295:19, 296:8, 296:13, 297:24, 298:4, 298:15, 299:3, 300:4, 300:10, 301:12, 302:21, 303:12, 306:6, 306:21, 309:3, 309:9, 309:13, 309:25, 310:23, 312:15, 313:12, 316:18, 316:23, 317:4, 317:11, 317:18, 318:2, 318:10, 318:16, 320:9, 320:19, 323:5, 326:9, 326:22, 327:15, 327:25

**lines** [3] - 58:19, 128:17, 202:4
**link** [1] - 50:7
**list** [13] - 18:19, 19:4, 19:19, 24:7, 39:14, 41:4, 59:17, 60:10, 123:16, 163:2, 163:12, 163:18, 164:2
**listed** [1] - 201:13
**listen** [2] - 288:2, 291:24
**listing** [1] - 162:23
**located** [3] - 153:24, 153:25, 154:7
**location** [3] - 95:21, 96:2, 224:15
**lock** [5] - 213:6,

213:12, 214:3, 214:22, 215:7
**lodge** [1] - 236:10
**log** [10] - 141:21, 182:12, 182:15, 182:19, 182:23, 188:21, 190:6, 208:17, 209:3, 211:6
**logged** [1] - 209:6
**login** [2] - 208:21, 212:6
**loiter** [1] - 245:3
**LONERGAN** [1] - 1:12
**Lonergan** [1] - 116:9
**Longwood** [594] - 7:2, 7:5, 7:9, 7:15, 8:16, 10:23, 11:22, 13:15, 14:6, 14:21, 15:12, 16:6, 16:17, 17:7, 17:24, 18:6, 19:16, 19:25, 20:14, 21:7, 22:12, 22:25, 24:3, 24:23, 26:2, 26:4, 26:11, 26:20, 26:23, 27:2, 27:17, 28:8, 28:15, 29:8, 29:16, 29:20, 29:23, 30:5, 31:4, 31:15, 31:17, 32:9, 32:22, 32:23, 33:6, 33:20, 34:9, 34:17, 34:20, 36:6, 37:19, 38:6, 39:11, 39:21, 40:2, 40:3, 40:10, 40:11, 42:12, 42:16, 43:6, 43:8, 43:16, 43:25, 44:11, 44:15, 44:23, 45:6, 45:11, 45:20, 45:21, 46:5, 46:12, 46:18, 46:20, 47:3, 47:10, 47:18, 47:19, 48:6, 50:9, 50:25, 52:4, 52:16, 53:5, 53:25, 54:9, 55:7, 55:20, 56:6, 57:6, 57:11, 57:14, 61:7, 61:20, 62:16, 63:6, 64:4, 64:21, 65:3, 65:10, 66:9, 66:12, 66:19, 66:24, 67:3, 67:11, 67:25, 68:12, 68:20, 69:4, 71:17, 71:24, 72:8, 72:16, 73:10, 73:13, 73:18, 74:15, 74:23, 75:20, 76:9, 76:21, 77:2, 77:10, 77:14, 77:23, 78:4, 78:19, 78:20, 79:5, 79:20, 80:16, 81:2, 81:22, 82:17, 82:22,

84:9, 85:15, 86:23, 87:12, 87:16, 88:15, 89:6, 89:11, 90:11, 90:21, 90:25, 91:6, 91:18, 91:23, 92:11, 92:19, 93:15, 95:4, 96:4, 96:21, 97:17, 98:16, 98:21, 99:5, 99:15, 99:22, 100:10, 101:6, 101:15, 102:4, 102:15, 102:20, 103:6, 103:21, 104:8, 104:23, 105:6, 105:25, 106:8, 106:15, 106:17, 107:13, 108:12, 108:13, 109:9, 109:19, 110:2, 110:10, 110:13, 110:21, 110:22, 111:3, 111:9, 111:19, 112:5, 112:21, 113:4, 113:15, 113:18, 113:19, 114:19, 115:14, 116:2, 116:15, 117:2, 117:15, 117:17, 118:9, 118:11, 118:23, 119:17, 120:5, 120:13, 120:21, 120:22, 121:6, 121:14, 122:4, 122:16, 122:19, 123:13, 123:23, 123:25, 124:5, 124:10, 124:13, 124:15, 124:17, 124:23, 125:4, 125:13, 126:15, 126:24, 127:6, 127:14, 128:2, 128:9, 128:11, 129:11, 129:12, 129:24, 130:9, 130:11, 131:2, 131:3, 131:11, 132:13, 132:14, 133:7, 133:9, 134:20, 136:6, 137:2, 138:19, 138:21, 139:15, 139:21, 140:12, 140:19, 140:21, 141:4, 142:3, 145:14, 146:18, 147:5, 148:6, 148:17, 150:10, 151:10, 151:21,

151:22, 152:24, 152:25, 153:10, 153:25, 154:4, 154:7, 154:8, 154:15, 154:21, 155:4, 155:15, 155:20, 155:21, 156:7, 156:8, 156:16, 156:18, 157:6, 158:2, 158:8, 158:15, 158:17, 158:22, 159:4, 159:8, 159:10, 159:17, 159:19, 160:3, 160:7, 161:3, 161:18, 162:2, 162:5, 164:8, 164:19, 164:25, 166:6, 166:10, 166:19, 166:22, 167:8, 167:18, 167:23, 168:3, 168:9, 168:15, 168:24, 170:6, 170:10, 170:11, 170:23, 172:6, 172:9, 172:14, 172:23, 173:6, 173:14, 173:24, 174:11, 174:12, 175:7, 175:9, 175:23, 175:24, 176:14, 176:25, 177:9, 177:14, 177:18, 178:6, 178:16, 180:21, 180:22, 181:2, 181:8, 181:14, 181:20, 182:3, 182:21, 184:3, 184:14, 184:21, 185:3, 185:6, 185:14, 186:6, 186:12, 187:7, 187:12, 187:15, 187:23, 188:4, 188:22, 189:11, 189:12, 190:23, 191:22, 191:25, 192:15, 193:17, 194:5, 194:13, 194:15, 194:17, 194:21, 195:18, 196:7, 196:8, 196:13, 196:15, 196:21, 196:24, 197:7, 197:9, 197:14, 197:16, 197:22, 198:7, 198:10, 198:18, 199:12, 199:16,

199:22, 199:23, 200:14, 200:23, 201:10, 201:19, 201:21, 202:5, 202:20, 203:6, 203:17, 203:23, 204:8, 204:19, 204:20, 204:21, 205:8, 206:2, 206:9, 206:12, 206:22, 207:14, 207:20, 207:21, 208:6, 208:12, 209:14, 209:18, 210:2, 210:18, 210:19, 211:9, 211:17, 211:24, 212:4, 212:11, 212:20, 212:23, 213:3, 213:16, 214:17, 214:22, 214:25, 215:8, 215:24, 216:19, 216:24, 217:20, 217:21, 218:3, 218:14, 218:22, 219:3, 219:4, 219:22, 219:24, 220:14, 221:5, 221:23, 221:25, 222:5, 223:7, 223:15, 224:6, 225:19, 225:21, 226:8, 226:15, 227:3, 228:4, 228:14, 228:24, 229:10, 229:13, 230:2, 230:13, 230:14, 231:16, 231:17, 232:6, 232:7, 232:12, 233:2, 233:8, 233:17, 234:2, 234:8, 234:12, 234:20, 235:4, 235:22, 236:3, 236:22, 237:15, 237:20, 238:4, 238:7, 238:15, 238:23, 239:7, 239:11, 239:20, 240:11, 240:18, 240:24, 242:11, 242:21, 243:21, 245:8, 246:25, 247:7, 249:11, 249:21, 251:3, 252:9, 253:5, 255:8, 256:24, 260:5, 265:5, 265:12, 265:21, 266:23, 267:5,

267:17, 267:20, 269:9, 269:10, 271:8, 271:9, 271:14, 271:21, 271:22, 273:13, 273:20, 273:22, 279:4, 279:6, 279:10, 280:22, 281:12, 282:20, 284:19, 285:9, 285:16, 285:18, 286:2, 287:15, 287:18, 287:20, 288:4, 288:21, 290:6, 290:13, 290:17, 290:18, 291:2, 291:6, 291:7, 292:2, 292:4, 292:5, 293:9, 293:17, 294:13, 295:3, 295:6, 296:4, 296:6, 297:18, 298:7, 298:10, 298:20, 298:24, 299:2, 300:6, 301:6, 301:18, 302:16, 302:19, 303:10, 303:24, 305:11, 305:23, 306:3, 306:9, 306:17, 307:20, 308:2, 308:19, 309:2, 309:7, 309:20, 310:19, 312:12, 313:22, 317:7, 318:24, 319:12, 319:17, 321:20
**LONGWOOD** [5] - 1:8, 1:12, 1:13, 1:14, 1:15
**Lonigan** [9] - 12:16, 13:25, 14:13, 282:24, 308:21, 314:23, 323:3, 323:16, 323:19
**look** [11] - 7:21, 48:16, 69:17, 71:25, 135:10, 163:2, 171:13, 208:4, 231:8, 294:5
**looked** [3] - 195:14, 208:24, 323:12
**looking** [16] - 23:17, 29:18, 34:24, 103:15, 104:10, 115:17, 128:18, 171:12, 208:9, 227:11, 252:25, 263:6, 276:12, 289:4, 322:9, 324:4

**looks** [4] - 15:17, 24:14, 120:9, 120:13
**Lopez** [2] - 85:3, 85:11
**lounge** [2] - 225:5, 225:8
**lower** [1] - 41:18
**lunch** [5] - 204:11, 204:14, 223:12, 226:6, 226:10

## M

**M-E-I-L-L-A** [1] - 34:13
**MADD** [1] - 130:8
**mail** [26] - 6:17, 6:21, 6:24, 9:22, 27:24, 27:25, 69:23, 70:21, 70:22, 97:15, 97:24, 98:9, 98:18, 126:9, 126:13, 126:16, 126:20, 126:23, 127:3, 127:5, 127:15, 127:19, 128:2, 243:8, 248:8
**mailings** [1] - 125:9
**mails** [2] - 127:12, 127:18
**main** [4] - 80:9, 222:22, 223:21, 228:19
**maintain** [8] - 6:8, 44:3, 95:9, 164:20, 182:18, 206:3, 215:6, 280:14
**maintained** [18] - 60:18, 61:5, 95:8, 143:13, 164:6, 166:3, 172:8, 185:5, 204:20, 206:24, 207:6, 212:9, 212:21, 214:21, 214:25, 280:12, 280:20, 281:13
**maintaining** [1] - 188:24
**maintains** [3] - 153:15, 210:9, 307:13
**Maintenance** [1] - 75:14
**maintenance** [11] - 30:20, 66:17, 66:18, 154:23, 155:6, 155:14, 156:25, 157:8, 157:13, 213:15, 215:23
**major** [3] - 81:20, 81:24, 82:2
**majority** [1] - 225:14
**male** [1] - 311:4

**males** [2] - 313:10, 313:13
**man** [1] - 248:3
**manage** [5] - 15:23, 30:15, 159:15, 255:25, 256:2
**managed** [2] - 213:2, 258:21
**management** [20] - 40:17, 59:23, 141:21, 182:13, 188:13, 188:16, 188:19, 192:18, 192:21, 205:3, 205:14, 205:16, 205:19, 205:22, 206:7, 206:11, 257:8, 257:13, 258:20, 282:7
**manager** [1] - 31:10
**managing** [3] - 18:22, 30:6, 74:11
**manner** [2] - 212:22, 227:8
**manual** [11] - 47:18, 99:12, 165:3, 168:16, 168:17, 168:19, 168:23, 169:8, 169:13, 197:13, 289:19
**manuals** [2] - 99:19, 169:25
**map** [3] - 119:16, 119:17
**Margaret** [4] - 80:11, 80:13, 82:6, 83:19
**MARIA** [7] - 1:13, 2:4, 5:2, 329:8, 329:18, 330:4, 331:10
**Maria** [1] - 5:11
**Marie** [1] - 85:19
**Maris** [1] - 117:24
**marisa** [1] - 6:13
**MARISA** [1] - 6:13
**Marisa.castro@ longwoodcsd.org** [1] - 6:19
**marked** [3] - 171:9, 183:7, 183:12
**marriage** [1] - 331:17
**master** [1] - 24:14
**materials** [3] - 177:4, 177:8, 178:13
**math** [6] - 36:15, 36:25, 53:13, 53:19, 57:13, 58:23
**mathematics** [2] - 41:23, 59:9
**matter** [2] - 326:14, 331:19

**matters** [1] - 157:19
**Maureen** [3] - 113:24, 114:2, 118:20
**max** [1] - 210:25
**McCarthy** [11] - 11:12, 14:15, 38:10, 216:6, 303:20, 303:22, 307:16, 307:19, 307:24, 307:25, 308:18
**McClellan** [3] - 36:15, 62:4, 62:6
**McCormick** [2] - 80:8, 220:25
**mean** [41] - 8:6, 8:10, 8:20, 27:15, 33:14, 40:5, 52:7, 52:13, 63:17, 69:16, 72:10, 92:25, 94:9, 94:14, 100:12, 104:19, 127:17, 128:14, 130:4, 133:24, 134:12, 136:21, 143:3, 144:17, 172:19, 192:6, 204:23, 208:23, 209:4, 213:23, 241:20, 241:24, 243:2, 257:14, 264:21, 267:14, 268:4, 286:4, 289:25, 301:7, 320:11
**meaning** [2] - 74:2, 163:13
**means** [4] - 12:14, 16:13, 20:25, 255:2
**meant** [1] - 135:22
**media** [6] - 6:9, 98:5, 98:23, 200:21, 243:8, 315:9
**medical** [1] - 324:12
**meet** [9] - 46:4, 57:22, 95:13, 97:4, 97:22, 98:12, 98:15, 132:4, 222:21
**meeting** [41] - 49:21, 58:8, 94:7, 94:15, 94:19, 96:10, 97:8, 144:21, 145:4, 171:5, 173:19, 174:24, 175:2, 175:4, 176:11, 183:16, 185:9, 185:13, 243:25, 262:3, 272:5, 273:4, 273:25, 274:22, 275:23, 277:9, 283:24, 284:25, 302:10, 311:11,

348

311:24, 312:11, 314:3, 314:5, 314:8, 314:13, 314:19, 314:24, 315:14, 315:20

**meetings** [18] - 93:20, 93:22, 94:4, 94:5, 94:11, 94:22, 95:12, 95:13, 95:20, 96:13, 96:23, 97:3, 98:19, 98:24, 100:23, 165:15, 184:2, 225:16

**meets** [1] - 57:22

**Meilla** [1] - 34:13

**Mein** [1] - 230:11

**Melissa** [4] - 17:20, 118:5, 268:10, 269:21

**member** [4] - 229:3, 259:25, 260:8, 284:22

**members** [4] - 49:2, 120:15, 127:15, 173:13

**memo** [3] - 58:9, 58:11, 60:8

**memorandum** [13] - 47:11, 100:20, 101:12, 102:22, 102:24, 103:7, 103:20, 104:4, 104:9, 104:12, 104:19, 181:10, 243:7

**memorandums** [4] - 101:9, 101:19, 102:12, 102:16

**memorialize** [1] - 60:8

**memorialized** [2] - 58:17, 203:10

**memorize** [1] - 182:11

**memorized** [2] - 59:16, 203:14

**memory** [1] - 325:25

**memos** [3] - 101:2, 101:5, 101:17

**mental** [5] - 114:10, 114:11, 129:2, 152:5, 304:12

**mentality** [8] - 249:2, 251:6, 251:17, 251:20, 251:22, 312:22, 320:14, 320:17

**mention** [1] - 86:21

**mentioned** [39] - 10:13, 12:21, 14:10, 15:16, 15:19, 25:21, 28:12, 30:3, 42:5,

62:20, 72:13, 77:7, 80:16, 82:15, 94:4, 101:6, 107:5, 108:20, 112:20, 115:10, 115:18, 115:23, 123:19, 128:16, 129:20, 131:21, 143:10, 153:16, 153:18, 157:16, 159:6, 161:22, 176:7, 179:22, 200:3, 202:15, 224:16, 238:13, 307:17

**Merkel** [14] - 16:21, 17:19, 23:25, 26:8, 26:9, 26:13, 26:16, 28:5, 28:13, 61:22, 85:14, 88:24, 90:16, 105:14

**met** [5] - 141:22, 274:17, 277:2, 313:24, 322:21

**method** [1] - 27:23

**Michael** [1] - 308:21

**MICHAEL** [1] - 1:12

**MicroSoft** [1] - 280:18

**Middle** [1] - 5:13

**middle** [3] - 5:14, 226:17, 258:3

**might** [19] - 16:11, 28:25, 29:3, 37:4, 42:5, 42:15, 129:20, 130:8, 144:4, 144:14, 160:22, 214:10, 218:2, 218:24, 246:23, 276:20, 298:11, 317:25, 326:7

**military** [1] - 292:23

**mine** [1] - 105:16

**Mineola** [1] - 2:23

**minute** [1] - 93:10

**minutes** [8] - 93:2, 93:11, 232:17, 232:19, 234:3, 317:24, 318:14

**misquote** [1] - 233:25

**missed** [2] - 55:4, 55:8

**missing** [1] - 37:4

**mixed** [2] - 84:24, 277:22

**mob** [16] - 246:13, 249:13, 251:6, 251:16, 251:19, 251:22, 255:15, 255:25, 256:12, 257:24, 258:3, 260:11, 284:12, 312:22, 320:14,

320:17

**mob-like** [2] - 255:15, 256:12

**Moffett** [2] - 2:5, 2:22

**MOFFETT** [2] - 331:7, 331:24

**moment** [1] - 129:5

**monitor** [3] - 90:23, 91:3, 218:24

**monitored** [1] - 290:22

**monitors** [28] - 15:21, 64:24, 65:2, 65:8, 66:12, 86:22, 86:24, 86:25, 88:7, 88:9, 88:13, 88:25, 89:4, 89:13, 89:23, 90:7, 90:14, 124:10, 124:20, 126:19, 128:7, 128:20, 222:9, 223:24, 228:5, 228:22, 229:12, 232:3

**month** [3] - 50:21, 143:6, 144:5

**monthly** [2] - 142:12, 199:4

**months** [1] - 143:21

**Morganstein** [1] - 86:5

**morning** [13] - 5:15, 5:19, 5:20, 217:9, 217:18, 217:24, 219:9, 219:12, 219:16, 219:24, 220:18, 220:20, 223:19

**MORRIS** [24] - 3:3, 3:7, 5:8, 107:25, 108:4, 149:2, 180:7, 186:22, 187:2, 188:7, 204:10, 204:16, 237:4, 278:17, 278:21, 286:16, 317:23, 318:8, 318:13, 318:18, 318:21, 327:5, 327:17, 330:4

**Morris** [1] - 5:17

**most** [16] - 20:7, 24:9, 39:9, 96:9, 99:9, 101:24, 107:11, 121:24, 136:14, 143:22, 170:4, 200:24, 231:2, 241:25, 303:21, 322:20

**mostly** [2] - 81:16, 255:20

**MOTIONS** [1] - 330:9

**mouth** [3] - 107:4,

130:25, 241:23

**move** [2] - 232:18, 250:9

**moved** [2] - 154:11, 269:19

**moving** [5] - 85:13, 233:21, 257:8, 257:16, 323:14

**MR** [22] - 5:8, 107:25, 108:4, 149:2, 180:7, 186:22, 187:2, 188:7, 204:10, 204:16, 237:4, 278:17, 278:21, 286:16, 317:23, 318:8, 318:13, 318:18, 318:21, 327:5, 327:17, 330:4

**MS** [310] - 8:4, 9:17, 10:2, 11:25, 12:12, 16:9, 18:9, 21:12, 22:17, 23:11, 25:7, 27:12, 31:6, 32:11, 34:21, 35:8, 35:16, 37:14, 39:22, 44:4, 44:19, 45:8, 45:14, 45:23, 46:9, 47:6, 47:14, 47:21, 49:10, 50:13, 50:22, 51:7, 51:11, 51:19, 52:6, 52:18, 58:10, 58:20, 59:19, 60:20, 61:9, 63:15, 64:9, 65:5, 65:14, 65:17, 65:20, 65:24, 66:6, 66:14, 67:6, 67:13, 68:4, 69:15, 70:2, 71:15, 72:9, 73:14, 73:24, 74:19, 75:4, 76:5, 76:12, 78:24, 79:8, 79:21, 80:20, 81:25, 82:13, 83:11, 88:17, 89:8, 89:14, 89:24, 90:8, 90:15, 91:25, 92:12, 95:7, 97:2, 97:20, 98:11, 99:8, 99:23, 100:25, 101:10, 102:9, 103:3, 103:10, 103:25, 105:8, 106:11, 106:13, 106:24, 107:16, 107:22, 108:19, 109:13, 109:22, 110:5, 111:11, 111:23, 112:9, 112:15, 112:25, 115:7, 116:17, 118:14, 119:6, 119:21, 120:16,

122:20, 123:2, 123:8, 124:12, 124:18, 125:6, 127:16, 127:20, 128:13, 130:2, 131:7, 131:12, 132:3, 133:5, 133:12, 133:23, 137:5, 137:17, 139:2, 139:9, 140:7, 141:6, 141:19, 142:21, 143:15, 145:10, 145:18, 146:20, 151:12, 152:18, 153:3, 154:24, 155:9, 156:10, 161:8, 162:13, 163:3, 163:25, 164:22, 166:21, 167:12, 169:9, 169:24, 171:2, 172:11, 172:18, 172:24, 173:8, 173:17, 174:19, 177:10, 178:10, 179:20, 180:5, 180:13, 180:25, 181:25, 182:7, 182:25, 184:8, 184:23, 186:7, 187:19, 189:2, 189:14, 190:16, 191:14, 192:4, 192:10, 194:19, 194:24, 195:22, 196:2, 196:11, 197:2, 197:12, 200:2, 200:8, 201:16, 202:8, 202:23, 203:25, 204:22, 205:10, 206:5, 206:15, 207:16, 210:11, 211:20, 212:13, 213:18, 214:16, 215:3, 215:10, 215:20, 217:23, 218:4, 219:13, 221:19, 223:9, 223:20, 224:10, 225:25, 229:5, 230:4, 231:6, 231:19, 234:14, 235:8, 236:11, 236:24, 237:5, 238:9, 238:19, 238:25, 240:6, 240:12, 240:20, 241:11, 241:17, 242:5, 243:11, 244:25, 245:5,

349

246:9, 247:24, 248:23, 251:13, 252:11, 253:6, 255:6, 255:13, 256:14, 256:19, 257:25, 258:16, 261:12, 261:17, 264:10, 264:20, 264:25, 265:17, 265:25, 267:13, 268:3, 270:5, 270:17, 273:7, 273:23, 274:18, 280:24, 283:12, 284:5, 285:11, 285:20, 286:13, 286:22, 287:10, 287:13, 288:7, 291:11, 294:22, 295:7, 295:19, 296:8, 296:13, 297:24, 298:4, 298:15, 299:3, 300:4, 300:10, 301:12, 302:21, 303:12, 306:6, 306:21, 309:3, 309:9, 309:13, 309:25, 310:23, 312:15, 313:12, 316:18, 316:23, 317:4, 317:11, 317:18, 318:2, 318:10, 318:16, 320:9, 320:19, 323:5, 326:9, 326:22, 327:15, 327:25

**multitudes** [1] - 18:21
**Murphy** [3] - 229:19, 230:6, 231:13
**music** [1] - 288:2
**must** [6] - 103:7, 170:5, 254:14, 270:7, 270:22, 313:17
**Myra** [5] - 80:10, 81:11, 81:13, 81:23, 221:12

## N

**name** [22] - 5:9, 5:17, 6:3, 11:14, 19:12, 34:14, 38:5, 38:18, 39:3, 42:21, 84:12, 86:16, 91:14, 117:2, 121:18, 138:2, 160:10, 189:4, 205:22, 209:7, 221:12, 278:10

**named** [1] - 12:2
**names** [9] - 6:11, 34:7, 55:22, 80:6, 113:22, 115:10, 212:10, 274:19, 277:24
**NASSAU** [1] - 331:5
**near** [1] - 224:20
**necessarily** [3] - 145:13, 149:10, 208:23
**need** [13] - 35:9, 43:19, 48:16, 50:18, 58:3, 97:5, 104:16, 104:17, 108:22, 111:14, 255:2
**needed** [14] - 51:3, 56:13, 63:22, 64:13, 95:25, 97:4, 97:22, 98:3, 98:12, 107:24, 121:11, 169:19, 207:7, 289:7
**needless** [2] - 64:5, 231:3
**needs** [13] - 33:10, 41:2, 46:4, 57:21, 57:22, 58:6, 58:18, 97:12, 129:19, 132:5, 152:8, 312:3
**never** [5] - 47:11, 51:10, 191:3, 192:11, 250:17
**NEW** [3] - 1:3, 329:4, 331:3
**new** [1] - 58:3
**New** [11] - 1:21, 2:6, 2:23, 3:6, 3:12, 5:14, 140:13, 192:19, 301:2, 329:23, 331:8
**news** [1] - 315:9
**next** [4] - 232:18, 234:24, 235:2, 235:6
**NEXT** [1] - 1:25
**night** [1] - 315:17
**nine** [1] - 54:14
**ninth** [6] - 68:23, 69:12, 69:18, 70:6, 70:9
**ninth-graders** [3] - 68:23, 69:12, 70:9
**non** [6] - 219:19, 222:24, 223:6, 224:4, 226:23, 226:24
**None** [7] - 330:7, 330:8, 330:9, 330:12, 330:15, 330:19, 330:22
**none** [1] - 187:20
**normalize** [1] - 305:3
**normally** [4] - 249:19,

250:25, 251:11, 251:21
**northern** [2] - 254:6, 254:8
**Notary** [4] - 2:6, 5:4, 329:23, 331:7
**notation** [1] - 149:16
**note** [47] - 8:4, 18:9, 49:10, 69:15, 74:19, 79:21, 105:8, 119:21, 125:6, 130:2, 142:21, 147:22, 155:9, 178:10, 187:19, 202:8, 202:23, 205:10, 206:5, 206:15, 225:25, 237:5, 238:9, 240:20, 241:11, 252:11, 264:20, 265:25, 280:24, 283:12, 285:11, 285:20, 286:22, 291:11, 294:22, 295:7, 295:19, 300:10, 301:12, 302:21, 303:12, 306:21, 310:23, 320:9, 327:6, 327:13
**Note** [1] - 27:12
**noted** [1] - 328:5
**notes** [3] - 142:8, 142:9
**nothing** [12] - 101:24, 143:22, 146:22, 150:3, 166:23, 245:14, 260:15, 290:14, 315:5, 315:23, 325:11
**number** [25] - 6:6, 15:13, 33:2, 33:13, 34:2, 64:18, 72:22, 79:16, 80:21, 112:20, 123:19, 142:11, 142:24, 143:4, 152:11, 152:17, 153:12, 165:5, 193:2, 231:11, 234:18, 239:24, 307:4, 327:14, 327:16
**numbers** [1] - 310:10
**numerous** [1] - 123:22
**nurse** [5] - 15:7, 15:10, 56:10, 56:23, 325:4
**nurse's** [1] - 55:22
**nurses** [11] - 19:2, 31:24, 55:13, 55:17, 56:7, 56:12, 56:21,

63:20, 113:10, 113:12, 129:9
**nursing** [4] - 56:24, 176:8, 176:9, 176:12
**nutrition** [2] - 229:18, 230:9

## O

**o'clock** [1] - 217:24
**oath** [3] - 4:17, 5:21, 329:10
**Obama** [1] - 310:15
**object** [1] - 318:12
**objection** [292] - 8:4, 9:17, 10:2, 11:25, 12:12, 18:9, 21:12, 22:17, 23:11, 25:7, 27:12, 31:6, 32:11, 34:21, 35:8, 35:16, 37:14, 39:22, 44:4, 44:19, 45:8, 45:14, 45:23, 46:9, 47:7, 47:14, 47:21, 49:10, 50:13, 50:22, 51:7, 51:11, 51:19, 52:6, 52:18, 58:10, 58:20, 59:19, 60:20, 61:9, 63:15, 64:9, 65:5, 65:14, 65:17, 65:20, 66:6, 66:14, 67:6, 67:13, 68:4, 69:15, 70:2, 71:15, 72:9, 73:14, 73:24, 74:19, 76:5, 76:12, 78:24, 79:8, 79:21, 80:20, 81:25, 82:13, 83:11, 88:17, 89:8, 89:14, 89:24, 90:8, 90:15, 91:25, 92:12, 95:7, 97:2, 97:20, 98:11, 99:8, 99:23, 100:25, 101:10, 102:9, 103:3, 103:10, 103:25, 105:8, 106:11, 106:13, 106:24, 107:16, 107:22, 108:19, 109:13, 109:22, 110:5, 111:11, 111:23, 112:9, 112:15, 112:25, 115:7, 116:17, 118:14, 119:6, 119:21, 120:16, 122:20, 123:2, 123:8, 124:12, 124:18, 125:6, 127:16, 127:20, 128:13, 130:2, 131:7, 131:12,

132:3, 133:5, 133:12, 133:23, 137:5, 137:17, 139:2, 139:9, 140:7, 141:6, 141:19, 142:21, 143:15, 145:10, 145:18, 146:20, 151:12, 152:18, 153:3, 154:24, 155:9, 156:10, 161:8, 162:13, 163:3, 163:25, 164:22, 166:21, 167:12, 169:9, 169:24, 171:2, 172:11, 172:18, 172:24, 173:8, 173:17, 174:19, 177:10, 178:10, 180:13, 180:25, 181:25, 182:7, 182:25, 184:8, 184:23, 186:7, 187:19, 189:2, 189:14, 190:16, 191:14, 192:4, 192:10, 194:19, 194:24, 195:22, 196:2, 196:11, 197:2, 197:12, 200:2, 200:8, 201:16, 202:8, 202:23, 203:25, 204:22, 205:10, 206:5, 206:15, 207:16, 210:11, 211:20, 212:13, 214:16, 215:3, 215:10, 215:20, 217:23, 218:4, 219:13, 223:9, 223:20, 224:10, 225:25, 229:5, 230:4, 231:6, 231:19, 234:14, 235:8, 236:11, 237:5, 238:9, 238:19, 238:25, 240:6, 240:12, 240:20, 241:11, 241:17, 242:5, 243:11, 244:25, 245:5, 246:9, 247:24, 248:23, 251:13, 252:11, 253:6, 255:6, 255:13, 256:14, 256:19, 257:25, 258:16, 261:12, 261:17, 264:10, 264:20, 264:25,

350

265:17, 265:25, 267:13, 268:3, 270:5, 270:17, 273:7, 273:23, 274:18, 280:24, 283:12, 284:5, 285:11, 285:20, 286:22, 288:7, 291:11, 294:22, 295:7, 295:19, 296:8, 296:13, 297:24, 298:4, 298:15, 299:3, 300:4, 300:10, 301:12, 302:21, 303:12, 306:21, 309:3, 309:9, 309:13, 309:25, 310:23, 312:15, 313:12, 316:18, 316:23, 317:4, 317:11, 317:18, 320:9, 320:19, 323:5, 326:9

**Objection** [2] - 213:18, 221:19

**objections** [1] - 4:9

**observation** [4] - 148:17, 249:25, 250:23, 257:19

**observations** [3] - 20:25, 23:4, 214:4

**observe** [16] - 248:21, 248:22, 249:20, 250:6, 256:3, 258:23, 273:19, 276:11, 276:16, 285:24, 286:15, 302:25, 313:3, 313:10, 313:14, 316:17

**observed** [2] - 150:11, 256:21

**observing** [1] - 227:20

**obsolete** [1] - 169:25

**obtain** [1] - 209:21

**obvious** [1] - 77:12

**occasion** [15] - 7:21, 13:17, 90:23, 91:3, 91:8, 98:18, 125:2, 146:24, 147:4, 182:5, 240:25, 250:17, 267:19, 271:17, 317:2

**occur** [11] - 147:24, 148:23, 191:9, 217:5, 242:3, 245:23, 252:20, 270:22, 271:14, 295:18, 322:18

**occurred** [36] - 143:5, 145:5, 147:12, 148:8, 152:16, 175:22, 176:3, 179:8, 179:12, 179:15, 179:18, 239:16, 239:19, 241:21, 245:16, 246:16, 246:18, 246:20, 246:24, 252:23, 253:10, 257:22, 260:13, 262:14, 264:19, 267:11, 267:16, 270:4, 272:12, 272:25, 277:5, 284:11, 292:10, 298:13, 314:8, 314:18

**occurrence** [1] - 246:22

**occurring** [1] - 251:9

**occurs** [3] - 51:5, 224:11, 263:17

**OF** [6] - 1:3, 3:3, 329:4, 329:5, 331:3, 331:5

**offer** [1] - 72:19

**office** [62] - 8:24, 8:25, 9:8, 9:14, 9:24, 10:12, 10:17, 72:18, 79:13, 83:22, 84:11, 85:25, 86:8, 101:3, 101:25, 134:8, 142:15, 144:9, 153:24, 153:25, 167:15, 167:16, 168:16, 187:13, 189:3, 201:25, 203:3, 206:19, 213:6, 213:25, 214:15, 214:17, 215:13, 215:14, 215:19, 215:24, 222:22, 223:11, 223:22, 224:25, 225:2, 228:19, 254:4, 259:4, 260:22, 261:4, 261:10, 261:20, 262:10, 269:13, 269:19, 270:19, 270:21, 271:3, 271:5, 271:25, 272:15, 276:12, 296:20, 322:16, 323:10, 325:23

**officer** [18] - 4:16, 44:15, 44:18, 44:25, 45:7, 67:19, 67:25,

68:6, 68:11, 71:5, 72:5, 72:7, 72:15, 72:17, 72:24, 73:5, 73:7, 74:18

**OFFICER** [1] - 1:10

**Officer** [2] - 73:6

**OFFICERS** [1] - 1:11

**officers** [1] - 72:22

**OFFICES** [1] - 3:3

**offices** [4] - 25:13, 120:19, 257:10, 258:25

**official** [10] - 1:10, 1:11, 1:12, 1:13, 1:14, 1:15, 1:16, 1:17, 17:22, 222:19

**officially** [1] - 218:6

**often** [7] - 50:11, 60:24, 92:20, 92:23, 92:25, 96:17, 207:17

**Old** [1] - 2:22

**ON** [1] - 1:25

**once** [19] - 51:9, 93:3, 143:23, 144:5, 145:22, 163:21, 163:22, 248:12, 248:13, 258:5, 266:12, 267:4, 268:13, 309:12, 321:16, 321:25

**one** [84] - 17:19, 20:11, 24:4, 24:22, 28:20, 33:11, 35:22, 36:19, 41:3, 41:6, 45:24, 46:22, 54:20, 55:23, 55:24, 55:25, 56:14, 61:14, 66:8, 80:22, 82:2, 86:21, 86:25, 90:9, 91:19, 112:12, 112:18, 118:18, 120:24, 121:22, 121:24, 125:12, 128:22, 136:4, 137:20, 137:25, 142:23, 142:25, 149:3, 149:14, 150:21, 150:24, 151:3, 151:8, 152:14, 152:15, 152:23, 160:11, 160:17, 160:20, 160:21, 161:15, 161:19, 170:14, 170:15, 174:10, 175:11, 175:16, 183:23, 195:14, 224:23, 237:10, 243:22, 245:17, 246:5, 248:4, 253:19,

257:7, 265:23, 268:8, 270:2, 272:5, 280:18, 281:8, 281:13, 284:2, 292:7, 293:18, 294:20, 304:21, 319:22

**one-to-one** [2] - 41:6, 128:22

**ones** [2] - 12:2, 64:6

**online** [1] - 195:11

**oOo** [1] - 4:21

**opening** [1] - 125:10

**opens** [1] - 224:8

**operate** [1] - 197:7

**operation** [4] - 66:16, 66:18, 155:5, 156:25

**Operation** [1] - 75:14

**operations** [1] - 30:19

**opinion** [1] - 202:24

**opportunities** [1] - 98:23

**opportunity** [24] - 39:19, 60:15, 95:3, 126:4, 162:25, 176:20, 184:18, 198:2, 241:10, 249:7, 264:8, 265:23, 273:18, 274:2, 275:25, 276:10, 276:15, 282:14, 285:23, 303:8, 307:10, 317:13, 317:19, 318:25

**opposed** [2] - 148:9, 148:16

**order** [2] - 81:4, 302:13

**Order** [1] - 2:5

**orders** [1] - 159:14

**ordinary** [1] - 315:5

**organize** [1] - 70:17

**organizing** [1] - 71:4

**original** [2] - 327:7, 327:10

**otherwise** [2] - 252:18, 266:16

**outcome** [1] - 331:18

**outreach** [4] - 9:5, 11:9, 119:8, 130:15

**outside** [14] - 130:14, 130:15, 131:16, 132:10, 136:18, 137:19, 158:16, 174:25, 212:4, 287:4, 298:18, 298:24, 305:10, 305:22

**outsiders** [1] - 131:11

**outstanding** [1] - 327:18

**overbook** [1] - 81:5

**overnight** [1] - 220:4

**oversaw** [21] - 18:25, 20:18, 20:25, 32:12, 40:16, 42:10, 42:18, 42:23, 43:11, 62:23, 63:4, 63:5, 63:8, 63:17, 65:6, 116:23, 123:24, 134:20, 137:20, 137:23, 216:23

**oversee** [3] - 20:8, 20:22, 52:11

**overseeing** [8] - 16:5, 18:3, 18:8, 18:13, 58:18, 154:6, 223:25, 226:20

**oversees** [13] - 21:17, 24:5, 24:13, 41:12, 41:15, 56:11, 79:24, 153:19, 153:22, 156:12, 206:19, 220:21, 308:14

**oversight** [5] - 67:22, 68:3, 69:4, 108:17, 155:15

**own** [2] - 113:7, 287:6

## P

**P-O-U-L-T-O-N** [1] - 38:13

**P.C** [1] - 3:3

**p.m** [1] - 328:5

**packet** [1] - 7:18

**page** [1] - 49:14

**PAGE** [4] - 1:25, 330:3, 330:18, 330:21

**pages** [1] - 185:21

**Paolini** [1] - 117:24

**PAOLINI** [1] - 117:24

**paper** [6] - 70:3, 109:15, 144:3, 168:11, 168:13, 168:18

**papered** [1] - 126:18

**paperless** [1] - 126:12

**paperwork** [1] - 121:10

**paraprofessional** [2] - 120:4, 120:6

**parent** [16] - 109:7, 109:10, 109:19, 110:3, 110:12, 110:25, 111:8, 111:16, 112:16, 132:9, 145:2, 146:8,

351

146:12, 207:25, 262:8, 268:15

**parent's** [1] - 109:3

**parents** [21] - 103:12, 104:17, 144:21, 147:16, 167:10, 167:19, 181:11, 262:4, 262:7, 268:16, 269:13, 272:15, 274:13, 276:7, 276:14, 285:2, 296:2, 322:21, 323:20, 324:2, 324:7

**part** [70] - 7:18, 12:22, 15:8, 18:21, 18:23, 20:7, 29:11, 32:4, 32:7, 32:17, 33:17, 38:22, 73:23, 76:6, 76:11, 76:23, 77:4, 77:9, 77:17, 77:22, 78:3, 87:3, 90:2, 92:4, 92:13, 95:10, 101:24, 114:10, 114:11, 116:5, 121:24, 122:9, 122:15, 122:17, 124:10, 127:24, 131:25, 132:8, 135:15, 143:11, 143:22, 149:20, 150:4, 150:7, 150:17, 150:20, 150:22, 151:17, 162:16, 164:23, 164:24, 171:3, 171:5, 172:5, 172:12, 176:9, 177:2, 178:17, 180:20, 188:3, 194:8, 198:9, 205:20, 254:6, 254:8, 262:5, 279:24, 305:8, 308:13

**partial** [1] - 163:9

**participated** [2] - 314:12, 314:14

**particular** [12] - 51:24, 69:21, 84:4, 84:11, 89:13, 145:23, 190:22, 209:5, 249:3, 249:15, 250:8, 296:3

**parties** [3] - 4:4, 145:13, 331:16

**Partlow** [1] - 327:11

**passed** [1] - 267:2

**password** [4] - 208:21, 209:9,

209:20, 212:6

**passwords** [1] - 212:10

**past** [3] - 116:7, 131:14, 267:20

**Patricia** [1] - 138:2

**Paulette** [1] - 36:13

**PDF** [1] - 49:13

**PE** [6] - 23:23, 37:23, 38:15, 53:15, 255:22, 255:23

**people** [26] - 30:10, 31:21, 34:8, 36:17, 46:2, 52:15, 85:13, 88:4, 122:24, 125:19, 150:22, 150:25, 153:14, 160:12, 162:23, 163:2, 174:17, 199:2, 219:15, 227:8, 227:12, 248:5, 250:8, 250:24, 307:17, 314:14

**per** [2] - 70:8, 70:13

**Perada** [19] - 43:11, 43:19, 43:21, 44:6, 44:9, 44:13, 45:16, 90:3, 153:19, 153:20, 154:14, 158:10, 158:11, 158:20, 175:4, 220:10, 223:11, 224:16

**perform** [4] - 44:3, 91:4, 91:9, 125:3

**performing** [1] - 172:16

**perhaps** [3] - 88:13, 163:9, 325:9

**period** [14] - 70:8, 70:13, 232:11, 232:18, 233:22, 252:4, 253:9, 253:16, 253:19, 253:20, 253:23, 267:4, 294:16, 318:5

**periods** [1] - 244:18

**permits** [1] - 244:21

**permitted** [3] - 288:15, 288:18, 289:12

**perpetrator** [1] - 144:23

**person** [27] - 9:11, 35:22, 42:20, 51:24, 52:2, 67:2, 68:11, 68:15, 75:3, 75:5, 86:11, 118:10, 122:7, 122:8, 151:3, 154:5, 160:11,

161:15, 161:19, 207:3, 212:15, 221:9, 243:6, 248:2, 272:9, 280:11, 303:21

**person's** [2] - 40:21, 40:23

**personal** [10] - 6:10, 6:22, 6:23, 142:8, 142:9, 201:12, 205:5, 205:6, 220:24, 287:6

**personally** [3] - 193:19, 279:7, 290:25

**personnel** [20] - 9:4, 11:9, 108:22, 109:2, 147:22, 195:20, 195:23, 212:19, 212:21, 213:15, 213:20, 213:24, 214:2, 214:21, 214:25, 215:7, 215:16, 218:17, 227:11, 227:13

**persons** [5] - 16:2, 72:15, 76:8, 218:19, 243:12

**pertains** [1] - 6:25

**pertinent** [2] - 297:5, 297:8

**perusing** [1] - 183:10

**Pete** [1] - 23:7

**Petrelli** [4] - 38:22, 189:6, 210:13, 212:17

**phone** [18] - 6:6, 27:22, 93:18, 98:2, 99:9, 144:25, 145:3, 200:6, 262:11, 276:13, 276:14, 290:11, 291:5, 291:14, 291:16, 291:21, 292:4, 324:10

**phones** [15] - 258:19, 287:15, 287:19, 288:5, 288:10, 288:15, 288:18, 289:6, 289:12, 290:17, 290:21, 312:19, 312:23, 313:11, 313:15

**phonetic** [1] - 11:5

**phrase** [1] - 241:10

**phys** [1] - 37:2

**physical** [35] - 20:9, 20:16, 21:4, 21:10, 21:15, 21:24, 22:4, 22:11, 22:19, 22:24,

23:7, 27:5, 35:2, 35:5, 35:12, 35:20, 36:8, 41:11, 41:15, 48:19, 52:10, 52:11, 54:3, 54:6, 61:23, 81:8, 89:20, 112:2, 165:19, 172:3, 256:6, 259:21, 259:24, 260:7, 289:17

**physically** [7] - 67:16, 164:12, 283:21, 291:15, 291:20, 292:3, 292:7

**picked** [1] - 165:5

**picture** [1] - 289:8

**piece** [3] - 8:10, 287:6, 299:9

**pieces** [1] - 18:25

**Pierre** [6] - 38:24, 189:8, 210:14, 210:15, 212:18

**place** [11] - 88:5, 96:2, 146:7, 159:14, 167:14, 227:21, 228:13, 234:17, 279:9, 281:8, 302:13

**placed** [1] - 136:18

**Plains** [1] - 3:12

**plaintiff** [2] - 273:11, 273:13

**Plaintiff's** [13] - 171:9, 171:18, 183:7, 183:12, 183:14, 185:5, 185:24, 192:25, 193:5, 193:10, 193:16, 194:4, 195:10

**PLAINTIFF'S** [1] - 330:18

**Plaintiffs** [2] - 1:6, 3:4

**plan** [7] - 33:18, 145:20, 146:3, 146:4, 303:6, 304:24

**plenty** [1] - 29:2

**plumbing** [2] - 157:2, 157:16

**pods** [1] - 225:15

**point** [10] - 39:20, 135:13, 137:25, 244:19, 257:7, 261:14, 263:23, 288:6, 300:7, 301:19

**POLICE** [3] - 1:9, 1:9, 1:11

**Police** [4] - 68:7, 71:11, 71:23, 155:19

**police** [5] - 71:5, 146:25, 266:15, 285:19, 324:17

**policies** [18] - 49:21, 50:14, 50:15, 51:6, 51:18, 74:2, 99:20, 165:20, 167:3, 168:20, 168:22, 170:2, 170:7, 170:8, 172:25, 200:4, 238:20

**policy** [71] - 46:7, 46:19, 46:21, 46:22, 46:23, 47:17, 47:22, 48:10, 48:11, 48:18, 49:4, 50:12, 51:14, 73:11, 73:22, 99:12, 99:24, 100:3, 140:11, 140:13, 146:14, 164:20, 165:3, 165:8, 168:10, 168:11, 168:13, 169:22, 170:13, 170:19, 170:23, 170:25, 171:13, 171:17, 173:3, 173:9, 173:12, 173:16, 173:20, 174:8, 180:9, 186:14, 194:8, 194:16, 194:20, 195:25, 196:3, 196:14, 196:20, 197:3, 197:13, 197:17, 198:16, 198:18, 198:20, 200:6, 200:10, 227:21, 288:11, 288:14, 288:17, 289:2, 289:13, 289:19, 290:2, 290:10, 290:11, 290:16, 290:20, 291:5, 291:9

**politics** [1] - 310:17

**pond** [2] - 226:6, 226:10

**population** [1] - 313:18

**portion** [1] - 196:19

**position** [18] - 13:21, 50:19, 50:23, 73:4, 78:7, 81:13, 83:5, 83:14, 83:16, 87:15, 119:2, 120:8, 127:23, 127:25, 156:16, 164:4, 189:4, 230:7

**positioned** [1] - 164:3

**positions** [4] - 82:24, 82:25, 83:13, 85:12

**possesses** [1] - 50:4

**possibility** [1] -

352

241:19
**possible** [1] - 151:7
**possibly** [2] - 42:19, 323:10
**post** [1] - 44:3
**postcard** [2] - 95:24, 126:10
**posted** [1] - 61:2
**posting** [1] - 126:21
**Poulton** [3] - 38:3, 38:13, 42:2
**Power** [29] - 188:18, 188:24, 189:9, 205:3, 205:16, 205:20, 205:21, 206:3, 206:6, 206:10, 206:14, 206:24, 207:4, 207:9, 207:18, 208:4, 208:14, 208:22, 209:13, 209:19, 209:25, 211:19, 211:25, 212:7, 212:10, 212:15, 282:6, 293:20, 293:21
**Powers** [1] - 264:5
**powers** [1] - 266:5
**practice** [12] - 146:14, 146:21, 198:21, 198:22, 200:12, 200:16, 200:20, 201:13, 203:8, 204:25, 205:12, 207:13
**practices** [6] - 23:15, 23:19, 46:24, 47:3, 198:17, 200:4
**prank** [15] - 241:2, 241:7, 241:19, 242:2, 242:19, 242:20, 242:24, 243:16, 243:20, 245:12, 245:15, 245:19, 245:20, 246:24, 247:4
**pranks** [1] - 242:3
**preceded** [2] - 283:9, 284:3
**preclude** [1] - 94:10
**premise** [1] - 262:18
**premises** [2] - 225:19, 226:9
**preoccupied** [2] - 276:13, 324:10
**presence** [2] - 248:18, 254:25
**present** [10] - 60:2, 67:10, 67:14, 67:16, 113:18, 151:9,

174:18, 174:22, 175:4, 266:6
**presentation** [19] - 68:25, 69:11, 69:14, 70:13, 70:14, 72:4, 72:12, 174:5, 176:22, 177:24, 181:23, 183:15, 183:18, 183:21, 183:22, 185:11, 185:19, 186:3, 311:19
**presentations** [2] - 68:22, 181:16
**presented** [6] - 134:24, 165:14, 165:17, 174:14, 175:9, 175:15
**presently** [1] - 26:6
**president** [2] - 48:24, 243:23
**pretty** [3] - 72:24, 281:9, 291:23
**prevalence** [1] - 144:10
**previous** [1] - 285:24
**previously** [2] - 171:9, 328:3
**primer** [1] - 125:9
**PRINCIPAL** [2] - 1:13, 1:14
**principal** [532] - 6:25, 7:4, 7:6, 8:16, 8:19, 10:23, 11:22, 14:21, 14:24, 15:12, 16:6, 16:17, 17:6, 17:13, 17:23, 18:6, 18:20, 19:16, 19:25, 20:14, 21:7, 21:20, 22:15, 22:18, 22:23, 22:25, 24:2, 24:13, 24:23, 25:16, 25:20, 26:12, 26:15, 26:25, 27:7, 27:17, 28:7, 28:8, 28:15, 28:18, 29:7, 29:12, 29:15, 29:16, 29:20, 30:5, 31:15, 32:9, 32:12, 32:19, 32:23, 33:5, 34:9, 34:17, 35:4, 35:13, 35:19, 36:6, 37:8, 37:9, 37:12, 37:21, 38:6, 38:23, 39:11, 39:21, 40:4, 40:11, 42:15, 43:6, 43:14, 43:16, 43:24, 44:15, 44:23, 45:6, 45:20, 46:5, 46:12, 46:17, 47:3, 47:9, 47:19, 48:14, 50:25, 52:5,

52:25, 53:5, 53:25, 54:10, 55:7, 55:20, 56:6, 56:17, 56:22, 56:25, 57:6, 57:11, 57:14, 59:8, 59:20, 60:12, 60:21, 61:7, 61:18, 61:20, 62:12, 62:16, 63:4, 63:7, 63:24, 64:4, 64:15, 65:3, 65:6, 66:9, 66:19, 68:12, 68:20, 69:5, 70:20, 71:17, 73:5, 73:9, 73:12, 73:18, 74:6, 74:8, 74:15, 75:20, 76:21, 77:10, 77:14, 77:23, 78:20, 79:6, 79:19, 79:24, 80:2, 80:14, 80:16, 81:22, 82:17, 82:22, 83:17, 83:23, 83:24, 84:8, 84:25, 85:15, 86:18, 87:16, 87:19, 88:12, 88:15, 88:20, 88:21, 89:7, 89:11, 90:11, 90:13, 90:21, 90:25, 91:6, 91:17, 91:23, 92:10, 92:19, 93:15, 95:4, 96:3, 96:21, 97:17, 98:16, 98:21, 99:5, 99:15, 100:10, 100:17, 101:6, 101:13, 101:14, 101:21, 102:2, 102:4, 102:14, 102:23, 103:5, 103:8, 103:17, 103:21, 104:8, 104:23, 105:6, 105:24, 106:9, 106:16, 106:22, 107:2, 107:10, 107:13, 108:13, 109:9, 109:19, 110:2, 110:10, 110:13, 110:21, 110:22, 110:24, 111:3, 111:7, 111:9, 111:18, 111:20, 112:4, 112:5, 112:7, 112:10, 113:19, 114:19, 115:14, 115:25, 116:15, 117:2, 117:16, 118:4, 118:12, 118:23, 120:13, 120:23, 121:5, 121:14, 121:20, 123:25, 124:24, 125:4, 125:12, 126:14, 127:6,

127:13, 128:9, 129:12, 129:25, 130:11, 131:2, 132:14, 133:7, 134:4, 134:11, 134:12, 134:20, 135:2, 135:14, 136:2, 136:5, 137:2, 138:19, 139:15, 139:21, 140:4, 140:20, 141:4, 142:3, 144:14, 145:14, 146:18, 147:5, 148:5, 149:23, 150:9, 150:23, 151:10, 151:20, 152:25, 153:9, 154:3, 154:8, 154:14, 154:21, 155:21, 156:8, 156:20, 157:6, 157:25, 158:8, 158:14, 158:22, 159:3, 159:10, 159:18, 159:23, 160:3, 160:7, 161:3, 161:18, 161:25, 162:5, 166:19, 166:22, 167:7, 167:13, 167:17, 167:23, 168:2, 168:9, 168:14, 168:24, 169:10, 169:11, 171:24, 172:14, 172:22, 173:6, 173:14, 174:12, 175:7, 175:24, 176:14, 176:25, 177:8, 177:15, 177:19, 178:15, 180:22, 181:2, 181:8, 181:14, 181:20, 182:3, 182:21, 184:3, 184:14, 184:21, 185:3, 185:13, 186:5, 186:12, 187:7, 187:15, 187:22, 188:4, 188:22, 189:12, 189:19, 189:20, 190:5, 190:21, 190:23, 191:8, 191:11, 191:15, 191:21, 192:15, 193:16, 193:19, 193:20, 194:17, 194:22, 195:17, 196:9, 196:15, 196:24, 197:8, 197:15,

197:21, 198:7, 198:13, 199:12, 199:15, 199:23, 200:14, 200:22, 201:20, 202:6, 202:19, 203:6, 203:9, 203:17, 203:22, 204:7, 204:18, 205:8, 206:2, 206:9, 206:22, 207:13, 207:19, 207:21, 208:5, 208:11, 209:14, 209:18, 210:2, 210:17, 211:9, 211:17, 211:24, 212:11, 212:23, 213:3, 213:8, 213:16, 214:3, 214:22, 215:8, 216:18, 216:24, 217:21, 218:14, 218:21, 219:4, 219:21, 220:14, 221:5, 221:24, 222:5, 223:8, 224:5, 225:20, 226:8, 226:15, 227:2, 228:13, 228:23, 229:10, 230:14, 231:17, 232:7, 232:12, 233:2, 233:8, 233:17, 233:25, 234:7, 234:20, 235:4, 235:22, 236:3, 236:9, 236:21, 237:16, 237:20, 238:6, 238:14, 238:23, 239:6, 239:10, 239:20, 240:11, 240:18, 240:23, 241:13, 241:14, 242:11, 242:21, 243:20, 246:24, 247:7, 249:10, 249:20, 251:3, 252:9, 255:8, 260:5, 261:15, 264:15, 265:5, 265:12, 265:21, 266:11, 267:5, 267:21, 268:10, 269:8, 269:10, 270:6, 270:11, 271:9, 271:11, 271:12, 271:19, 271:22, 272:3, 273:21, 279:3, 279:17, 279:23,

353

280:22, 281:11, 285:15, 286:2, 288:21, 289:3, 290:12, 290:18, 291:6, 292:5, 294:12, 295:2, 296:5, 296:11, 296:15, 296:21, 297:18, 297:22, 298:10, 298:14, 302:15, 303:24, 306:3, 306:16, 307:25, 308:19, 309:20, 309:22, 310:8, 310:18, 312:8, 312:12, 313:22, 318:23, 319:12, 319:17, 321:13, 321:20

**principal's** [2] - 88:5, 296:20

**principals** [77] - 13:9, 15:2, 16:4, 16:5, 16:19, 16:23, 17:6, 17:9, 24:19, 26:14, 27:9, 27:16, 28:14, 29:19, 29:23, 39:15, 51:22, 56:15, 60:3, 60:23, 77:2, 84:4, 90:10, 91:20, 92:18, 92:21, 93:14, 94:6, 94:19, 95:25, 97:16, 97:23, 98:6, 98:19, 98:24, 99:7, 99:13, 99:14, 99:21, 100:9, 102:7, 102:13, 102:19, 103:24, 104:7, 104:25, 106:10, 107:12, 108:11, 108:17, 110:9, 120:12, 161:25, 201:24, 202:22, 203:5, 203:16, 203:24, 204:6, 211:3, 211:11, 211:16, 211:23, 212:5, 238:16, 238:21, 247:22, 258:8, 259:9, 260:22, 282:21, 296:14, 296:16, 297:21

**principals's** [1] - 213:6

**privy** [1] - 152:12

**proactive** [2] - 71:25, 302:12

**probability** [3] - 300:16, 300:21, 300:23

**problem** [7] - 22:10, 35:11, 35:15, 36:3, 63:21, 201:11, 201:19

**problems** [1] - 310:13

**procedure** [4] - 141:15, 146:15, 227:22, 236:7

**procedures** [5] - 73:11, 73:22, 198:24, 201:5, 239:4

**proceedings** [5] - 267:11, 267:23, 294:19, 298:2, 298:12

**process** [7] - 134:19, 137:21, 143:11, 146:16, 174:6, 226:20, 305:3

**Process** [1] - 299:17

**processes** [1] - 201:5

**processors** [1] - 140:5

**produced** [1] - 194:5

**product** [1] - 188:15

**professional** [17] - 15:17, 161:20, 218:9, 223:6, 225:12, 239:10, 240:23, 249:10, 251:2, 265:4, 280:21, 285:15, 294:12, 295:2, 296:5, 302:15, 306:16

**professionals** [7] - 76:2, 112:21, 112:23, 120:2, 224:4, 225:18, 226:24

**program** [3] - 49:17, 130:8, 131:10

**programs** [6] - 130:6, 130:10, 130:21, 131:5, 131:25, 132:2

**progress** [2] - 306:18, 308:24

**prohibition** [1] - 200:17

**promise** [1] - 151:6

**prompt** [1] - 209:20

**prompted** [1] - 254:7

**promulgated** [1] - 175:20

**properly** [1] - 75:11

**provide** [6] - 46:3, 68:18, 177:23, 297:6, 304:12, 327:22

**provided** [15] - 48:2, 63:19, 74:4, 131:13,

178:13, 180:17, 180:20, 181:22, 185:9, 197:23, 202:10, 202:14, 204:5, 283:3, 326:13

**provides** [1] - 198:20

**providing** [1] - 132:10

**provisions** [1] - 8:8

**psychologist** [1] - 159:21

**psychologist's** [1] - 116:25

**psychologists** [14] - 114:13, 114:15, 114:18, 115:6, 116:12, 116:14, 116:24, 117:8, 118:7, 123:22, 129:9, 152:7, 232:2, 304:13

**Public** [4] - 2:6, 5:4, 329:23, 331:7

**public** [5] - 48:11, 49:23, 50:6, 165:21, 167:4

**publicly** [2] - 102:24, 103:8

**punch** [5] - 221:15, 221:17, 221:18, 221:20, 227:25

**pupil** [3] - 9:4, 11:9, 119:8

**purpose** [2] - 173:21, 282:11

**purposes** [3] - 137:19, 198:24, 201:7

**pursuant** [3] - 2:4, 139:13, 327:2

**pursue** [1] - 267:6

**pushing** [4] - 255:17, 258:18, 260:3, 316:8

**put** [11] - 24:15, 47:7, 69:20, 107:3, 130:25, 182:10, 190:5, 201:3, 241:22, 291:14, 302:12

### Q

**QIP** [1] - 299:17

**Quality** [1] - 299:16

**questions** [9] - 16:12, 39:9, 165:6, 227:6, 262:8, 276:8, 324:5, 324:8, 326:23

**quick** [1] - 151:7

**quite** [1] - 93:7

### R

**Ra** [1] - 86:16

**race** [4] - 277:19, 278:4, 278:12, 310:22

**races** [9] - 301:10, 304:7, 305:13, 305:22, 306:5, 306:20, 309:8, 309:24, 313:15

**racial** [2] - 8:3, 8:9

**ran** [1] - 21:10

**rank** [2] - 292:15, 294:7

**rate** [1] - 300:19

**ratio** [5] - 34:3, 136:12, 152:4, 309:18, 311:3

**reaches** [1] - 135:12

**read** [18] - 39:19, 48:15, 48:16, 149:5, 163:23, 165:16, 169:17, 169:18, 171:22, 179:6, 188:7, 188:10, 193:13, 278:25, 286:18, 289:13, 311:12, 329:9

**reader** [1] - 221:16

**reading** [1] - 179:21

**real** [2] - 195:6, 308:10

**really** [14] - 10:9, 73:25, 74:10, 79:25, 83:18, 164:14, 201:4, 245:18, 275:11, 284:7, 296:9, 308:9, 320:3, 326:21

**reason** [1] - 195:2

**reasonable** [1] - 72:3

**reassess** [2] - 57:20, 57:24

**recalled** [1] - 117:7

**receipt** [3] - 109:10, 109:14, 109:15

**receive** [17] - 46:7, 46:14, 47:2, 47:17, 73:10, 73:21, 74:16, 134:6, 139:18, 182:5, 195:20, 196:3, 196:4, 196:9, 196:14, 196:20, 197:3

**received** [12] - 46:19, 47:11, 135:3, 144:4, 148:14, 169:23, 176:12, 179:23, 182:9, 185:12, 264:16, 320:17

**receives** [1] - 178:18

**receiving** [3] - 41:7, 74:2, 195:25

**recently** [1] - 7:23

**recess** [1] - 204:14

**recollection** [9] - 28:25, 29:4, 123:12, 162:21, 259:19, 273:24, 275:13, 325:8, 325:19

**recommendation** [1] - 214:7

**recommendations** [2] - 303:9, 321:18

**recommended** [2] - 322:10, 325:14

**recommends** [1] - 303:23

**record** [43] - 5:10, 47:8, 108:4, 135:6, 135:7, 135:21, 139:18, 147:11, 147:13, 147:14, 182:17, 186:23, 186:25, 187:2, 194:12, 201:4, 204:13, 204:17, 204:24, 205:12, 205:24, 206:3, 206:24, 208:5, 208:24, 270:20, 278:17, 278:21, 282:4, 282:5, 294:5, 294:9, 307:14, 312:17, 312:24, 318:18, 318:20, 318:22, 326:12, 327:6, 329:12, 329:14, 331:13

**recorded** [2] - 141:17, 275:21

**recording** [11] - 134:7, 134:15, 134:22, 139:13, 139:23, 140:3, 140:8, 140:17, 140:23, 142:6, 312:22

**records** [21] - 205:5, 205:6, 207:9, 207:18, 209:22, 210:4, 210:8, 210:19, 211:4, 211:19, 213:20, 215:16, 215:17, 215:18, 215:19, 215:23, 293:8, 293:19, 298:6, 307:8, 307:11

**recount** [1] - 259:2

**reduce** [1] - 302:17

Reef [1] - 16:20
REESE [1] - 1:14
Reese [19] - 17:18, 20:15, 22:14, 22:23, 26:14, 26:19, 28:5, 28:12, 52:10, 57:12, 61:25, 84:21, 85:3, 285:25, 286:6, 286:20, 287:4, 287:7, 327:8
Reese's [5] - 20:6, 20:13, 21:9, 21:21
refer [7] - 50:11, 51:6, 60:24, 82:9, 119:19, 269:22, 274:6
reference [3] - 50:17, 50:20, 61:4
referral [17] - 106:18, 147:7, 148:9, 148:15, 148:22, 149:24, 151:11, 152:23, 153:8, 189:17, 189:24, 190:22, 191:4, 202:18, 269:6, 270:16, 325:20
referrals [16] - 100:22, 131:16, 148:7, 152:16, 191:21, 202:15, 202:16, 203:15, 203:21, 203:22, 204:7, 238:11, 238:17, 238:22, 239:6, 239:13
referred [2] - 82:4, 268:5
referring [2] - 59:18, 189:24
refers [1] - 148:14
refresh [9] - 28:25, 29:3, 123:11, 162:21, 259:19, 275:13, 325:8, 325:18, 325:25
refresher [18] - 173:19, 173:22, 174:2, 174:3, 175:22, 176:3, 176:6, 176:13, 176:17, 176:21, 177:17, 178:7, 183:3, 183:25, 184:5, 184:11, 184:16, 186:4
regard [26] - 72:6, 97:7, 99:12, 110:13, 134:21, 142:19, 145:16, 146:25, 157:5, 187:8,

187:18, 190:21, 191:19, 203:14, 203:21, 247:17, 265:7, 266:7, 266:22, 267:25, 290:10, 301:5, 322:7, 322:19, 325:13, 326:14
regarding [25] - 5:24, 8:18, 47:12, 74:17, 147:17, 181:16, 182:14, 186:14, 190:25, 193:24, 200:21, 263:13, 267:7, 297:20, 316:2, 316:5, 316:8, 316:11, 316:14, 317:15, 317:20, 321:3, 322:12, 322:16, 323:11
regards [1] - 277:5
Regina [1] - 86:15
regular [15] - 8:18, 20:6, 61:5, 92:22, 93:20, 93:21, 94:5, 94:22, 96:14, 96:19, 127:12, 172:9, 185:6, 207:13, 240:10
regularly [20] - 9:21, 10:3, 27:20, 60:18, 96:16, 96:22, 97:13, 99:4, 127:25, 143:13, 164:5, 197:14, 199:21, 226:14, 280:3, 280:20, 287:14, 287:19, 287:21, 288:2
regulated [1] - 304:21
regulations [3] - 41:2, 302:25, 308:15
related [5] - 184:19, 214:24, 317:5, 317:6, 331:16
relates [5] - 22:3, 164:20, 170:10, 294:5, 303:10
relating [1] - 298:6
relation [1] - 224:12
relationship [1] - 151:14
relationships [1] - 200:17
released [2] - 103:23, 104:7
releases [1] - 217:11
relevant [2] - 170:4, 268:9
rely [2] - 172:16,

172:20
remainder [1] - 315:4
remember [128] - 5:18, 11:13, 12:6, 14:15, 14:17, 18:18, 18:24, 19:3, 19:18, 20:12, 24:4, 24:8, 26:10, 27:7, 28:19, 28:23, 29:5, 33:7, 36:23, 37:5, 39:5, 39:12, 39:23, 43:4, 47:5, 47:15, 51:8, 51:12, 53:8, 53:16, 54:4, 54:5, 54:7, 55:16, 55:25, 57:19, 64:22, 65:11, 65:15, 65:21, 66:15, 66:25, 67:7, 69:2, 78:22, 79:3, 86:16, 89:9, 90:18, 98:20, 113:24, 114:25, 115:8, 117:22, 118:15, 121:17, 123:17, 136:12, 142:8, 143:20, 147:9, 160:9, 176:19, 176:23, 176:24, 177:21, 178:12, 180:24, 181:7, 182:2, 182:8, 183:5, 217:2, 217:6, 232:9, 233:10, 233:11, 233:14, 242:23, 243:5, 243:14, 243:22, 243:23, 245:24, 247:13, 248:24, 252:21, 253:3, 253:8, 255:5, 256:8, 261:22, 262:3, 262:6, 262:9, 268:25, 272:10, 272:20, 273:8, 273:9, 275:10, 275:11, 276:4, 276:17, 277:14, 277:16, 277:17, 278:16, 281:5, 285:6, 314:20, 315:3, 315:16, 315:18, 315:19, 315:24, 316:22, 317:12, 319:16, 319:19, 319:21, 320:22, 323:6, 323:17, 323:20, 326:8
remembered [1] - 326:7
remind [2] - 178:2, 291:13

Rene [2] - 85:3, 85:10
Renna [1] - 36:13
repeat [4] - 18:11, 28:10, 149:2, 278:22
repeating [1] - 326:4
rephrase [5] - 44:22, 82:7, 110:17, 206:21, 213:19
replaced [1] - 29:8
report [51] - 8:17, 8:21, 9:7, 9:11, 9:21, 12:10, 12:14, 14:20, 14:23, 24:16, 27:17, 30:17, 30:23, 51:24, 56:9, 64:6, 75:12, 75:15, 90:2, 143:3, 143:23, 143:25, 186:19, 187:11, 187:15, 188:11, 188:12, 192:13, 193:25, 217:20, 218:10, 218:14, 219:3, 219:23, 236:7, 299:6, 299:10, 299:12, 299:17, 300:2, 301:3, 302:2, 304:8, 307:23, 307:24, 308:4, 308:23, 309:15, 311:2, 311:7, 312:11
reported [7] - 31:3, 56:8, 90:6, 90:14, 149:25, 222:17, 308:20
reporter [6] - 16:14, 135:16, 149:5, 188:10, 279:2, 286:18
reporting [6] - 24:13, 187:9, 188:3, 189:15, 218:3, 227:20
Reporting [1] - 2:22
reports [9] - 9:22, 141:25, 142:16, 142:18, 187:24, 303:8, 303:24, 308:5, 308:11
reprimands [1] - 214:9
REQUEST [1] - 330:11
request [3] - 44:17, 327:3, 327:19
requested [4] - 202:13, 324:12, 326:15, 328:4
requesting [2] - 125:15, 204:2
require [1] - 108:16
required [4] - 41:8,

144:20, 182:15, 209:21
requirement [1] - 173:23
requirements [2] - 9:16, 308:16
requires [2] - 302:25, 304:22
reserve [1] - 326:24
reserved [1] - 4:11
reside [1] - 198:6
resolution [1] - 145:6
resolutions [1] - 145:17
resolve [1] - 145:8
resource [22] - 44:14, 44:17, 44:25, 45:7, 67:19, 67:25, 68:6, 68:11, 72:5, 72:7, 72:14, 72:17, 73:5, 73:7, 74:17, 88:19, 89:17, 126:8, 162:23, 164:18, 214:19, 216:2
Resource [9] - 9:6, 11:10, 88:20, 123:16, 164:7, 202:2, 213:25, 214:15, 215:14
Resources [3] - 12:7, 14:15, 123:18
resources [4] - 124:5, 164:8, 216:18, 216:23
respect [5] - 237:8, 254:19, 255:2, 284:16, 298:19
respectful [5] - 248:19, 258:5, 291:24, 314:21, 324:5
respectfully [1] - 327:19
respecting [1] - 181:11
respective [1] - 4:4
response [2] - 97:6, 141:25
responsibilities [19] - 17:13, 17:25, 19:9, 19:15, 30:15, 40:6, 60:11, 83:22, 95:11, 115:21, 116:6, 127:22, 137:9, 138:17, 159:13, 177:14, 187:6, 187:10, 321:14
responsibility [27] - 9:12, 15:15, 21:9, 21:22, 21:24, 35:7,

40:14, 80:12, 81:20, 81:24, 107:20, 136:14, 136:15, 137:16, 140:19, 141:2, 158:4, 177:6, 189:15, 194:3, 198:12, 220:7, 220:12, 235:18, 271:7, 321:15

**responsible** [87] - 9:15, 14:20, 16:4, 16:24, 18:16, 20:16, 20:19, 22:2, 22:5, 25:15, 30:4, 30:11, 30:13, 31:9, 31:14, 32:8, 32:14, 34:19, 35:5, 35:14, 37:18, 52:3, 52:8, 52:15, 52:24, 53:5, 56:23, 57:2, 58:23, 59:3, 59:17, 59:23, 61:19, 64:25, 75:7, 75:9, 79:25, 87:18, 87:20, 88:13, 91:16, 91:22, 92:2, 92:3, 92:9, 92:15, 115:12, 115:16, 115:24, 116:13, 117:19, 131:24, 132:4, 133:9, 133:14, 134:15, 136:19, 138:24, 139:6, 139:12, 139:20, 140:2, 140:6, 151:25, 154:6, 154:22, 155:2, 155:7, 155:14, 156:6, 156:23, 156:24, 157:7, 157:25, 188:2, 188:24, 189:10, 193:19, 193:20, 213:14, 213:20, 215:22, 226:19, 227:14, 229:16, 230:2, 281:24

**rest** [1] - 24:8
**restricted** [1] - 211:11
**result** [7] - 147:7, 148:14, 149:17, 150:13, 267:11, 291:10, 291:13
**resulted** [1] - 149:15
**resulting** [1] - 152:23
**retired** [5] - 11:12, 14:16, 80:11, 85:20, 221:13
**retiring** [1] - 12:4
**return** [1] - 96:20
**review** [27] - 19:9,

60:16, 95:3, 101:3, 103:7, 165:16, 170:12, 176:21, 180:3, 184:19, 187:11, 187:21, 193:24, 198:3, 207:17, 207:23, 209:21, 269:6, 274:3, 275:22, 280:2, 282:15, 303:8, 307:11, 317:14, 326:25, 327:20

**reviewed** [16] - 51:17, 101:14, 101:19, 102:5, 103:13, 103:16, 103:22, 104:6, 171:7, 173:13, 180:2, 185:12, 188:14, 282:23, 290:25, 302:2

**reviewing** [3] - 40:24, 102:14, 102:25
**revise** [1] - 198:4
**revised** [11] - 170:2, 170:3, 171:7, 199:3, 199:6, 199:8, 199:10, 199:14, 199:18, 279:18, 289:22
**revision** [1] - 198:9
**revisit** [1] - 321:12
**RICH** [2] - 331:7, 331:24
**Rich** [2] - 2:5, 2:22
**Richard** [1] - 117:4
**rights** [7] - 181:5, 181:17, 210:7, 210:10, 210:23, 211:14, 211:18
**Road** [4] - 1:21, 2:22, 3:5, 5:13
**Roberta** [1] - 84:17
**role** [2] - 28:7, 121:7
**roles** [1] - 128:19
**room** [8] - 70:11, 222:23, 222:25, 223:5, 224:21, 225:3, 225:12, 225:16
**Roseanne** [2] - 86:3, 86:13
**rotation** [1] - 96:15
**roughly** [1] - 240:8
**rude** [2] - 276:4, 276:14
**rule** [2] - 146:15, 227:21
**rules** [11] - 22:3, 22:6,

22:7, 46:22, 73:11, 73:22, 165:20, 238:20, 239:3, 290:10, 327:3
**RULINGS** [1] - 330:8
**rumbling** [2] - 242:24, 242:25
**rumblings** [2] - 245:19, 245:21
**run** [7] - 70:8, 121:9, 131:5, 131:10, 158:7, 225:16, 231:12
**running** [5] - 21:2, 75:11, 105:24, 111:2, 131:25
**runs** [2] - 122:7, 130:21

# S

**SADD** [1] - 130:17
**safe** [6] - 87:23, 88:5, 243:24, 244:5, 245:10, 245:11
**safely** [1] - 244:4
**safety** [8] - 43:23, 45:18, 68:23, 235:21, 235:25, 238:3, 319:10, 319:20
**Sandra** [1] - 80:9
**SATs** [2] - 81:10, 104:14
**saw** [10] - 255:20, 255:22, 256:18, 257:21, 257:23, 257:24, 258:5, 258:20, 311:18, 316:19
**schedule** [23] - 24:14, 69:13, 69:14, 69:16, 69:25, 88:22, 94:21, 95:11, 96:23, 97:3, 97:8, 97:9, 98:18, 98:24, 104:14, 145:2, 208:10, 224:2, 289:7, 293:10, 293:11, 293:13, 293:21
**scheduled** [8] - 69:10, 70:5, 93:21, 94:7, 94:15, 96:14, 96:16, 97:13
**schedules** [3] - 188:20, 211:5, 211:13
**scheduling** [1] - 117:13
**Schoen** [1] - 138:3

**SCHOEN** [1] - 138:3
**school** [132] - 11:21, 13:4, 14:2, 14:6, 15:7, 15:21, 19:8, 21:17, 25:11, 26:17, 29:7, 44:14, 44:17, 44:25, 45:7, 46:8, 46:15, 58:7, 64:23, 65:2, 65:8, 66:11, 67:19, 67:24, 68:6, 68:10, 72:4, 72:6, 72:14, 72:21, 72:24, 73:5, 74:17, 75:8, 75:10, 81:6, 86:24, 88:9, 88:13, 88:25, 89:4, 89:12, 89:22, 90:7, 90:13, 90:23, 91:3, 92:22, 93:25, 94:11, 94:12, 94:16, 96:8, 96:11, 96:19, 96:25, 107:5, 107:6, 114:22, 115:4, 116:14, 117:11, 117:14, 118:2, 118:18, 124:9, 124:19, 125:10, 126:19, 128:7, 128:19, 131:6, 131:17, 133:20, 135:2, 135:25, 136:3, 136:8, 136:13, 136:22, 137:13, 137:15, 138:16, 138:17, 150:15, 154:23, 155:3, 156:11, 165:23, 168:8, 170:9, 170:16, 177:20, 178:4, 179:9, 179:13, 179:16, 179:19, 188:24, 192:9, 205:13, 216:10, 217:8, 217:14, 218:2, 218:5, 218:24, 221:11, 222:8, 223:24, 224:20, 228:5, 232:2, 233:3, 242:22, 243:17, 244:13, 245:16, 257:5, 284:19, 287:23, 288:6, 292:21, 292:25, 298:14, 298:20, 299:19, 300:24, 301:21, 309:22, 316:14, 317:20
**School** [608] - 7:2, 7:5, 7:10, 7:15, 8:17, 10:23, 11:23, 13:15,

14:7, 14:21, 15:13, 16:6, 16:18, 17:7, 17:24, 18:7, 20:2, 20:15, 21:8, 22:12, 22:25, 24:3, 24:24, 26:2, 26:4, 26:11, 26:20, 26:23, 27:2, 27:18, 28:8, 28:15, 29:16, 29:20, 29:24, 30:5, 31:15, 31:18, 32:10, 32:22, 32:24, 33:6, 33:20, 34:18, 34:20, 36:7, 37:20, 38:6, 39:11, 40:2, 40:4, 40:10, 40:11, 42:12, 42:16, 43:7, 43:16, 43:25, 44:11, 44:16, 44:24, 45:6, 45:11, 45:21, 45:22, 46:6, 46:13, 46:18, 46:20, 47:3, 47:10, 47:18, 47:20, 48:7, 50:9, 50:25, 52:5, 52:17, 53:6, 53:25, 54:9, 55:7, 55:21, 56:6, 57:6, 57:11, 57:14, 61:7, 61:20, 62:16, 63:7, 64:4, 64:21, 65:3, 65:10, 66:10, 66:12, 66:19, 66:24, 67:3, 67:11, 68:2, 68:13, 68:20, 69:4, 71:18, 71:24, 72:8, 72:16, 73:10, 73:13, 73:18, 74:15, 74:23, 75:20, 76:9, 76:22, 77:2, 77:10, 77:14, 77:23, 78:4, 78:19, 78:20, 79:6, 79:20, 80:17, 81:3, 81:22, 82:17, 82:22, 84:9, 85:15, 86:23, 87:12, 87:17, 88:15, 89:6, 89:11, 90:12, 90:22, 91:2, 91:7, 91:18, 91:24, 92:11, 92:20, 93:16, 95:5, 96:4, 96:22, 97:17, 98:17, 98:22, 99:5, 99:15, 99:22, 100:10, 101:7, 101:15, 102:5, 102:15, 102:20, 103:6, 103:21, 104:8, 104:23, 105:6, 105:25, 106:9, 106:17, 107:14, 108:12, 108:14, 109:9, 109:20, 110:3, 110:11, 110:14,

110:21, 110:23, 111:3, 111:9, 111:19, 112:6, 112:22, 113:4, 113:15, 113:18, 113:19, 114:19, 115:14, 116:2, 116:15, 117:3, 117:15, 117:17, 118:10, 118:12, 118:24, 119:17, 120:5, 120:13, 120:22, 120:23, 121:6, 121:14, 122:4, 122:17, 122:19, 123:13, 123:23, 123:25, 124:6, 124:11, 124:14, 124:16, 124:17, 124:23, 125:5, 125:13, 126:15, 126:25, 127:6, 127:14, 128:3, 128:10, 128:12, 129:11, 129:12, 129:24, 130:9, 130:11, 131:3, 131:4, 131:11, 132:13, 132:14, 133:8, 133:9, 134:21, 136:6, 137:2, 138:19, 138:21, 139:15, 139:22, 140:12, 140:20, 140:21, 141:4, 142:3, 145:15, 146:18, 147:5, 148:6, 148:17, 150:10, 151:10, 151:21, 151:22, 152:24, 152:25, 153:10, 154:2, 154:4, 154:8, 154:9, 154:15, 154:21, 155:4, 155:16, 155:20, 155:22, 156:7, 156:8, 156:16, 156:19, 157:6, 158:2, 158:9, 158:15, 158:17, 158:22, 159:4, 159:9, 159:11, 159:18, 159:19, 160:3, 160:8, 161:3, 161:18, 162:3, 162:5, 164:9, 164:19, 165:2, 166:7, 166:10, 166:20, 166:23, 167:8, 167:18,

167:23, 168:3, 168:10, 168:15, 168:25, 170:6, 170:10, 170:12, 170:23, 172:7, 172:10, 172:15, 172:23, 173:6, 173:14, 173:25, 174:12, 174:13, 175:7, 175:10, 175:24, 175:25, 176:14, 177:2, 177:9, 177:14, 177:19, 178:7, 178:16, 180:21, 180:23, 181:3, 181:9, 181:15, 181:21, 182:4, 182:21, 184:4, 184:15, 184:21, 185:3, 185:7, 185:14, 186:6, 186:13, 187:8, 187:13, 187:16, 187:23, 188:4, 188:18, 188:23, 189:9, 189:11, 189:13, 190:24, 191:22, 192:2, 192:15, 193:17, 194:5, 194:13, 194:16, 194:17, 194:22, 195:18, 196:8, 196:9, 196:15, 196:21, 196:24, 197:8, 197:9, 197:15, 197:16, 197:22, 198:7, 198:10, 198:19, 199:12, 199:16, 199:23, 199:24, 200:15, 200:23, 201:11, 201:21, 202:6, 202:20, 203:6, 203:17, 203:23, 204:8, 204:19, 204:21, 205:8, 205:16, 205:20, 205:21, 206:2, 206:3, 206:6, 206:10, 206:12, 206:14, 206:23, 206:24, 207:4, 207:14, 207:18, 207:20, 207:22, 208:5, 208:6, 208:12, 208:14, 208:22, 209:13, 209:14, 209:18, 209:19, 209:25,

210:2, 210:18, 210:20, 211:9, 211:17, 211:19, 211:24, 211:25, 212:4, 212:7, 212:11, 212:12, 212:15, 212:20, 212:23, 213:4, 213:16, 214:18, 214:23, 215:2, 215:9, 215:24, 216:19, 216:25, 217:20, 217:21, 218:3, 218:15, 218:22, 219:3, 219:5, 219:22, 219:24, 220:14, 221:6, 221:24, 221:25, 222:5, 223:8, 223:15, 224:6, 225:20, 225:21, 226:8, 226:16, 227:3, 228:4, 228:14, 228:24, 229:11, 229:13, 230:3, 230:13, 230:14, 231:16, 231:17, 232:6, 232:7, 232:12, 233:2, 233:8, 233:17, 234:2, 234:8, 234:12, 234:21, 235:4, 235:22, 236:3, 236:22, 237:15, 237:21, 238:5, 238:7, 238:15, 238:23, 239:7, 239:11, 239:20, 240:11, 240:18, 240:24, 242:11, 242:22, 243:21, 245:8, 246:25, 247:8, 249:11, 249:21, 251:3, 252:10, 253:5, 255:8, 256:25, 260:6, 263:21, 263:22, 265:5, 265:13, 265:22, 266:23, 267:5, 267:17, 267:21, 269:9, 269:11, 271:8, 271:9, 271:15, 271:21, 271:22, 273:20, 273:22, 279:4, 279:6, 279:11, 280:23, 281:12, 282:20, 284:20, 285:16,

285:18, 286:2, 286:3, 287:16, 287:19, 287:20, 288:5, 288:22, 290:7, 290:13, 290:18, 290:19, 291:2, 291:6, 291:7, 292:2, 292:4, 292:6, 293:9, 293:17, 293:20, 293:22, 294:13, 295:3, 295:6, 296:4, 296:6, 297:19, 298:7, 298:10, 298:20, 298:25, 299:2, 300:7, 301:6, 301:18, 302:16, 302:20, 303:10, 303:25, 305:11, 305:23, 306:4, 306:10, 306:17, 307:20, 308:2, 308:19, 309:2, 309:7, 309:21, 310:19, 312:13, 313:23, 317:7, 318:24, 319:13, 319:18, 321:21

**SCHOOL** [1] - 1:8
**School's** [4] - 205:3, 206:10, 207:9, 282:6
**schools** [4] - 49:19, 131:14, 305:17, 305:18
**schoolwork** [1] - 284:16
**science** [8] - 20:8, 36:16, 36:22, 37:2, 42:5, 53:14, 55:5, 57:10
**Scott** [12] - 16:20, 20:6, 21:8, 22:14, 22:23, 52:10, 285:25, 286:6, 286:20, 287:4, 287:7, 327:8
**SCOTT** [2] - 1:14, 1:15
**screaming** [3] - 255:17, 256:22, 258:18
**sealing** [1] - 4:5
**searched** [1] - 209:4
**second** [15] - 25:18, 47:7, 76:20, 78:17, 82:6, 102:17, 114:3, 121:16, 155:25, 186:23, 223:14, 225:6, 225:13, 250:16, 304:10
**secondary** [4] - 38:2,

38:12, 40:24, 303:19
**Secondary** [3] - 304:11, 307:15, 307:22
**secretaries** [10] - 24:19, 24:21, 25:3, 25:4, 25:6, 30:2, 78:6, 78:10, 78:13, 162:9
**secretary** [9] - 61:3, 78:13, 79:11, 80:9, 95:9, 95:17, 220:24, 254:14, 254:22
**section** [3] - 8:2, 225:2, 225:3
**sections** [1] - 70:6
**secure** [1] - 181:4
**SECURITY** [2] - 1:14, 1:15
**security** [48] - 43:8, 43:12, 44:2, 44:11, 45:7, 45:11, 45:18, 45:22, 46:7, 46:15, 46:20, 47:12, 47:18, 66:22, 66:23, 87:3, 87:21, 87:22, 91:8, 126:22, 128:7, 153:15, 153:22, 154:19, 154:23, 155:3, 155:5, 155:13, 155:16, 155:20, 156:13, 156:19, 156:23, 158:3, 158:7, 158:25, 175:9, 223:6, 224:25, 225:2, 247:17, 264:24, 265:8, 265:15, 265:24, 283:21, 312:16, 317:20
**see** [13] - 70:7, 231:8, 257:6, 257:20, 258:15, 260:16, 260:18, 264:8, 289:6, 303:2, 308:8, 316:21, 317:2
**seeing** [4] - 268:20, 275:14, 276:17, 284:12
**selectively** [1] - 169:18
**self** [1] - 209:17
**send** [1] - 126:9
**senior** [20] - 78:13, 78:14, 86:3, 160:14, 241:2, 241:7, 241:19, 242:19, 242:20, 242:24, 243:16, 243:20,

357

243:23, 245:12, 245:18, 245:19, 246:23, 247:4, 285:3, 292:9
**seniors** [1] - 241:25
**sense** [3] - 17:16, 192:23, 245:20
**sent** [4] - 24:16, 95:24, 127:18, 327:13
**separate** [6] - 113:11, 191:20, 218:8, 222:8, 293:8, 294:2
**separately** [2] - 141:14, 144:22
**serve** [1] - 230:25
**service** [12] - 76:14, 78:3, 78:8, 83:2, 83:6, 87:4, 122:13, 122:14, 122:17, 122:21, 123:6, 162:7
**services** [8] - 41:7, 72:20, 128:11, 128:15, 130:16, 131:13, 132:10, 299:24
**set** [6] - 96:7, 99:12, 99:19, 248:19, 331:11, 331:21
**seven** [2] - 161:6, 318:3
**several** [1] - 319:2
**severe** [1] - 190:8
**severity** [3] - 97:4, 135:11, 144:13
**shall** [3] - 4:11, 35:22, 193:19
**Shannon** [1] - 84:13
**share** [4] - 160:17, 271:24, 281:7, 302:10
**shared** [9] - 59:10, 72:21, 72:22, 80:13, 83:20, 83:22, 85:9, 160:16, 160:19
**Sharon** [1] - 86:14
**Shawn** [1] - 36:9
**SHAWN** [1] - 36:9
**sheet** [12] - 280:15, 281:4, 281:7, 281:14, 281:18, 281:22, 282:2, 282:9, 282:11, 282:18, 282:25, 283:4
**shop** [1] - 224:7
**shortly** [1] - 263:2
**shoving** [1] - 258:18
**show** [3] - 52:21, 124:22, 293:22
**sic** [1] - 11:6

**sic)** [1] - 11:5
**side** [5] - 244:14, 244:24, 257:11, 259:2, 295:10
**sign** [22] - 146:8, 146:9, 146:11, 221:22, 222:2, 222:4, 222:10, 222:12, 222:15, 223:3, 225:24, 226:13, 228:16, 228:20, 228:23, 229:13, 231:20, 326:25, 327:20
**signaled** [2] - 232:10, 234:6
**signature** [2] - 327:8, 327:12
**signed** [4] - 4:15, 4:18, 226:10, 227:2
**Signed** [1] - 329:21
**significance** [1] - 315:23
**SILVERMAN** [1] - 3:9
**similar** [2] - 195:11, 246:5
**Simpson** [1] - 86:12
**sit** [30] - 51:16, 59:21, 66:10, 89:10, 90:5, 102:3, 123:4, 136:25, 154:20, 175:6, 178:5, 182:20, 185:2, 197:4, 243:17, 243:19, 246:10, 246:21, 247:25, 250:21, 251:14, 252:3, 252:5, 252:17, 255:7, 265:3, 275:6, 294:4, 325:2, 326:17
**site** [8] - 48:12, 48:22, 50:8, 165:4, 165:23, 170:5, 170:6, 290:7
**situation** [30] - 9:10, 35:18, 36:2, 50:18, 56:19, 63:21, 63:25, 64:3, 64:14, 101:23, 111:5, 134:11, 134:13, 141:12, 144:19, 149:19, 150:25, 152:19, 189:21, 239:17, 254:20, 257:11, 262:5, 262:12, 262:21, 263:18, 295:22, 297:7, 321:4, 323:11
**situations** [1] - 97:5
**six** [2] - 52:21, 120:14

**slamming** [1] - 316:11
**Sloscher** [4] - 189:4, 207:4, 210:16, 212:14
**smart** [1] - 287:22
**Smith** [20] - 16:21, 17:18, 17:21, 18:13, 27:4, 27:5, 28:5, 28:12, 28:17, 29:8, 62:14, 80:10, 84:7, 84:10, 264:6, 280:10, 280:11, 280:14, 281:4, 281:13
**Smith's** [1] - 17:22
**smoothly** [2] - 21:3, 21:10
**so-and-so** [1] - 141:23
**social** [85] - 6:9, 24:5, 26:24, 36:12, 37:2, 42:4, 42:18, 42:23, 53:14, 53:22, 61:16, 98:5, 98:23, 105:15, 113:5, 113:12, 113:13, 113:17, 114:9, 114:15, 114:18, 115:5, 115:11, 115:13, 115:20, 115:24, 116:4, 116:7, 116:10, 116:23, 117:7, 118:7, 118:20, 118:21, 118:24, 123:21, 129:21, 131:20, 132:12, 132:17, 133:4, 133:8, 133:18, 134:3, 134:14, 139:10, 139:19, 140:18, 140:24, 141:3, 142:9, 142:18, 150:4, 150:7, 150:13, 150:16, 151:9, 151:13, 151:16, 151:17, 151:20, 151:24, 152:7, 152:15, 152:21, 153:7, 159:16, 163:14, 174:6, 174:11, 174:18, 175:8, 175:13, 177:22, 177:25, 178:3, 178:6, 186:8, 186:9, 200:21, 231:25, 243:8, 296:23, 304:13, 315:9
**software** [4] - 40:16, 166:14, 166:16,

166:17
**sole** [2] - 21:22, 21:24
**solely** [3] - 25:14, 32:14, 72:23
**someone** [12] - 8:18, 9:13, 37:4, 56:13, 63:22, 87:25, 137:25, 151:15, 166:15, 175:16, 247:12, 261:10
**sometimes** [6] - 17:25, 97:12, 125:18, 126:18, 143:21, 151:4
**somewhere** [1] - 154:2
**Sondra** [4] - 80:16, 80:18, 82:11, 83:6
**soon** [1] - 266:25
**sophomore** [1] - 284:24
**Sorentino** [1] - 121:4
**sorry** [2] - 75:2, 91:21
**sort** [17] - 13:10, 32:4, 73:21, 99:11, 107:9, 119:16, 119:18, 123:10, 124:21, 132:7, 145:5, 145:6, 221:15, 243:8, 257:20, 258:12, 302:3
**sounds** [3] - 76:16, 205:15, 278:10
**south** [2] - 254:6, 254:8
**space** [1] - 223:10
**spans** [1] - 183:9
**speaking** [10] - 54:22, 58:5, 123:18, 142:24, 143:2, 247:16, 262:17, 272:11, 272:17, 274:12
**speaks** [4] - 100:3, 100:5, 289:11, 290:20
**special** [1] - 41:2
**Special** [42] - 18:3, 18:8, 18:14, 32:15, 32:17, 32:20, 33:16, 37:3, 37:24, 38:8, 40:21, 41:4, 51:25, 53:16, 54:18, 62:8, 62:11, 62:23, 63:4, 64:7, 64:17, 87:24, 116:19, 129:19, 161:13, 299:9, 299:23, 302:8, 302:23, 303:15, 303:17, 304:11,

304:14, 305:16, 306:8, 306:12, 306:23, 307:2, 307:7, 307:16, 307:22, 309:10
**specialists** [1] - 86:9
**specific** [21] - 33:2, 33:13, 35:9, 52:2, 52:20, 59:12, 64:8, 66:8, 66:17, 80:22, 113:8, 156:11, 156:15, 157:12, 157:15, 157:18, 157:21, 301:20, 301:22, 323:7, 323:16
**specifically** [7] - 82:16, 82:21, 82:24, 301:4, 301:10, 304:3, 322:9
**specifics** [1] - 19:23
**spell** [1] - 34:14
**spoken** [6] - 5:23, 51:21, 119:25, 232:3, 232:8, 321:3
**spot** [1] - 86:13
**spreadsheet** [7] - 279:13, 279:14, 279:16, 279:25, 280:2, 280:12, 282:3
**spring** [1] - 242:7
**springtime** [1] - 242:4
**ss** [2] - 329:4, 331:4
**staff** [92] - 15:9, 15:17, 15:22, 25:9, 25:10, 30:14, 31:13, 31:14, 31:17, 31:19, 32:7, 43:12, 66:20, 66:22, 66:23, 78:7, 78:10, 78:18, 79:18, 80:7, 84:4, 85:17, 103:12, 120:15, 120:21, 121:12, 122:2, 123:5, 123:12, 127:10, 127:15, 128:5, 129:2, 129:3, 129:4, 134:4, 134:25, 156:13, 158:14, 158:21, 159:3, 159:7, 159:9, 159:17, 159:22, 160:2, 160:6, 161:6, 161:11, 161:14, 162:9, 163:11, 163:16, 163:20, 168:24, 173:13, 174:21, 174:23, 175:23, 176:4, 176:8, 176:10, 176:12, 192:2,

358

197:6, 217:19, 218:3, 218:9, 218:10, 218:13, 220:5, 220:11, 220:13, 220:16, 221:15, 222:12, 223:16, 223:17, 223:23, 225:7, 225:9, 225:10, 229:3, 231:14, 232:4, 232:5, 244:16, 259:16, 282:18, 296:3, 297:4

**stagger** [1] - 218:17

**staggers** [1] - 220:24

**stamp** [2] - 171:11, 183:8

**stand** [1] - 48:17

**standards** [1] - 58:3

**stands** [3] - 62:9, 125:24, 245:14

**start** [13] - 15:25, 25:24, 26:19, 79:17, 80:15, 84:7, 110:8, 217:18, 218:19, 220:19, 222:20, 228:4, 258:6

**started** [16] - 26:3, 26:17, 26:23, 27:3, 227:24, 228:6, 257:16, 258:21, 263:4, 263:7, 263:8, 263:11, 263:13, 263:15, 319:23, 320:2

**starting** [2] - 7:15, 253:20

**starts** [2] - 94:11, 220:21

**state** [5] - 5:9, 99:17, 104:2, 188:6, 324:23

**State** [13] - 2:6, 140:14, 173:24, 186:19, 192:19, 299:10, 299:23, 301:2, 304:22, 308:15, 309:15, 329:23, 331:8

**STATE** [2] - 329:4, 331:3

**statement** [9] - 63:12, 63:14, 141:22, 141:24, 264:23, 268:12, 268:18, 268:23, 275:23

**states** [2] - 189:17, 194:20

**STATES** [1] - 1:2

**stating** [1] - 143:5

**stationed** [2] - 21:16,

124:16

**status** [1] - 284:15

**stay** [1] - 221:3

**staying** [1] - 145:24

**stepped** [1] - 322:2

**stern** [1] - 11:18

**Stern** [1] - 12:4

**Steve** [6] - 30:22, 30:23, 75:13, 75:15, 155:6, 155:8

**still** [8] - 5:21, 13:6, 26:5, 36:16, 38:9, 168:12, 169:23, 293:19

**STIPULATED** [3] - 4:2, 4:8, 4:13

**stop** [7] - 219:19, 291:15, 291:17, 291:18, 291:20, 292:3, 292:8

**stopped** [5] - 233:9, 250:8, 250:11, 257:15, 261:15

**stories** [1] - 257:12

**story** [3] - 259:2, 295:10, 316:20

**strengths** [1] - 18:2

**stronger** [2] - 105:16, 307:3

**structured** [1] - 303:4

**student** [79] - 24:6, 40:17, 116:20, 132:6, 135:4, 136:11, 139:20, 141:21, 145:21, 145:23, 146:9, 146:11, 146:13, 147:17, 151:2, 151:15, 151:25, 152:6, 178:4, 178:7, 178:18, 181:22, 182:13, 182:14, 188:13, 188:16, 188:19, 190:2, 192:18, 192:21, 201:8, 204:24, 205:2, 205:3, 205:13, 205:15, 205:19, 205:22, 206:6, 206:11, 207:18, 207:23, 207:24, 208:7, 208:24, 209:22, 210:3, 210:19, 211:4, 211:5, 212:22, 234:22, 236:20, 237:19, 258:21, 259:25, 260:3, 260:7, 263:16, 273:13,

274:3, 277:25, 282:6, 291:14, 291:16, 291:19, 291:20, 292:3, 292:8, 293:3, 293:7, 295:25, 300:15, 303:2, 304:25, 305:23, 312:17

**Student** [1] - 149:18

**student's** [5] - 33:17, 132:8, 293:11, 295:10, 305:8

**Students** [42] - 118:17, 119:2, 130:18, 132:23, 133:10, 134:16, 139:8, 139:14, 140:25, 142:2, 142:19, 145:9, 145:17, 146:17, 147:2, 147:8, 148:8, 148:16, 148:23, 149:15, 150:12, 164:21, 170:11, 170:16, 174:9, 175:19, 177:4, 177:7, 178:8, 178:15, 178:22, 180:9, 180:19, 181:6, 181:12, 181:18, 181:24, 182:6, 182:17, 184:20, 196:19, 196:22

**students** [137] - 33:14, 34:2, 41:7, 49:4, 68:19, 69:9, 70:10, 72:2, 96:11, 104:17, 128:22, 131:16, 132:5, 132:18, 136:7, 136:16, 136:17, 136:20, 137:4, 137:11, 137:14, 137:15, 137:19, 137:21, 137:23, 138:9, 138:25, 150:16, 152:9, 152:17, 152:24, 177:18, 178:14, 180:21, 181:4, 181:11, 198:25, 204:21, 205:4, 205:6, 205:7, 206:8, 206:11, 207:22, 212:3, 217:8, 217:12, 218:2, 222:24, 230:25, 232:10, 232:18, 232:21, 233:21, 234:10, 234:11, 235:5,

235:25, 236:8, 237:13, 238:4, 238:5, 240:4, 240:9, 240:17, 244:2, 244:17, 245:25, 246:5, 247:10, 248:15, 249:8, 249:18, 250:18, 251:10, 251:24, 252:7, 254:10, 254:25, 255:20, 255:21, 256:9, 256:11, 257:5, 257:8, 257:9, 257:15, 258:4, 258:19, 258:24, 259:13, 260:11, 265:24, 267:15, 267:20, 271:24, 277:8, 277:18, 277:20, 284:12, 285:10, 285:18, 287:14, 287:18, 287:19, 288:5, 288:10, 289:5, 289:15, 293:16, 293:19, 295:6, 295:21, 299:24, 300:18, 301:15, 301:16, 302:13, 303:6, 304:7, 304:9, 304:17, 306:14, 307:4, 307:5, 308:16, 311:2, 311:4, 311:25, 312:19, 313:2, 313:14, 319:20, 321:22, 323:9

**students'** [5] - 33:10, 40:24, 41:2, 181:17, 188:20

**studies** [9] - 24:5, 36:13, 37:2, 42:4, 53:14, 53:22, 61:16, 105:15, 238:2

**study** [1] - 238:10

**Sty** [1] - 86:15

**Suarez** [1] - 36:19

**submitted** [2] - 127:13, 187:12

**subordinate** [1] - 308:9

**subordinates** [4] - 239:12, 290:12, 308:7, 308:10

**subscribed** [1] - 329:21

**substance** [9] - 113:3, 113:6, 129:23, 130:5, 130:10,

131:4, 131:10, 132:2, 132:15

**successful** [1] - 41:9

**suffered** [1] - 276:24

**Suffolk** [8] - 68:6, 71:11, 71:23, 131:14, 155:19, 305:16, 306:6, 306:8

**SUFFOLK** [4] - 1:9, 1:9, 1:10

**suggestion** [1] - 145:8

**Suite** [4] - 1:21, 2:22, 3:5, 3:11

**summer** [4] - 125:17, 175:16, 175:17, 198:5

**supe** [1] - 11:4

**SUPERINTENDANT** [1] - 1:12

**superintendent** [36] - 8:22, 9:25, 10:7, 10:11, 10:15, 10:20, 12:10, 13:7, 13:22, 30:24, 64:8, 75:17, 89:16, 100:23, 119:7, 144:8, 149:23, 177:12, 186:2, 190:6, 190:12, 191:17, 202:2, 215:25, 216:7, 216:15, 216:17, 216:23, 230:11, 262:17, 270:13, 282:19, 308:12, 308:20, 322:12, 322:20

**superintendents** [12] - 9:3, 10:19, 10:25, 11:2, 11:15, 11:24, 12:20, 13:8, 13:24, 14:5, 106:7, 120:11

**superlative** [1] - 109:23

**supervising** [1] - 18:23

**supervision** [1] - 45:13

**support** [20] - 23:5, 45:17, 46:3, 57:23, 128:11, 128:15, 128:19, 128:25, 129:2, 129:4, 131:15, 132:17, 140:15, 152:3, 152:8, 218:10, 218:13, 222:12, 302:13, 304:16

**supported** [2] - 130:14, 304:10

**supporting** [3] -

144:22, 306:13, 312:3
**supports** [3] - 129:7, 304:12, 306:12
**Susan** [3] - 42:21, 115:18, 138:3
**suspend** [1] - 270:10
**suspended** [18] - 147:18, 190:10, 262:19, 263:16, 269:3, 269:17, 270:2, 270:8, 270:15, 270:18, 278:15, 300:17, 300:20, 301:18, 307:5, 312:6, 322:15, 323:9
**suspending** [2] - 271:7, 307:5
**suspension** [30] - 106:18, 107:5, 107:7, 108:21, 108:25, 147:7, 147:11, 147:12, 148:3, 149:16, 150:13, 152:23, 153:9, 202:25, 238:12, 239:6, 269:8, 269:12, 269:23, 270:6, 270:16, 270:23, 271:14, 271:20, 281:17, 281:21, 282:2, 294:15, 295:5, 297:20
**suspensions** [4] - 279:5, 279:10, 279:19, 298:12
**sworn** [4] - 4:15, 4:18, 5:3, 331:12
**system** [39] - 40:17, 141:21, 182:14, 188:13, 188:17, 188:20, 192:18, 192:21, 205:4, 205:14, 205:16, 205:19, 205:22, 206:7, 206:11, 206:14, 206:18, 206:20, 207:6, 209:13, 227:9, 227:10, 227:18, 227:20, 228:12, 232:15, 233:4, 233:7, 233:16, 233:20, 279:9, 282:7, 294:2, 304:16, 304:19, 305:5, 305:6, 307:3
**systems** [2] - 74:12,

302:12

## T

**table** [1] - 223:13
**tables** [1] - 225:4
**tabs** [1] - 81:4
**TAC** [2] - 299:13
**TAC-D** [1] - 299:13
**tandem** [1] - 37:13
**tap** [1] - 125:18
**Tapia** [1] - 36:12
**TAs** [2] - 128:5, 128:25
**taught** [1] - 178:7
**teach** [3] - 41:19, 72:2, 72:20
**teacher** [42] - 7:14, 15:11, 26:3, 26:10, 27:6, 32:16, 35:2, 35:3, 35:12, 52:21, 52:24, 54:23, 64:12, 64:20, 76:6, 76:13, 81:15, 87:8, 105:15, 107:9, 109:4, 122:12, 135:4, 161:10, 162:17, 164:4, 167:10, 179:4, 201:11, 214:11, 215:5, 220:21, 221:4, 221:8, 221:11, 225:5, 225:7, 226:7, 232:20, 289:9, 291:25, 292:2
**teacher's** [3] - 31:22, 33:4, 33:8
**teacher/student** [1] - 200:16
**teachers** [86] - 7:19, 15:3, 15:10, 24:15, 31:21, 31:23, 32:22, 34:19, 41:5, 41:19, 49:2, 51:23, 51:25, 52:16, 53:4, 53:12, 53:18, 53:21, 54:2, 54:8, 54:22, 55:2, 55:15, 69:10, 70:4, 70:16, 76:7, 77:13, 81:14, 96:11, 104:16, 113:14, 120:20, 120:21, 121:9, 121:11, 121:13, 122:3, 122:9, 123:23, 127:8, 128:4, 159:6, 161:14, 161:20, 162:15, 163:10, 163:11, 163:13, 169:4, 195:24,

196:3, 196:4, 196:7, 196:13, 196:21, 197:15, 197:18, 197:20, 197:24, 198:11, 201:6, 201:20, 202:5, 214:4, 214:8, 218:9, 221:23, 222:16, 222:17, 225:13, 225:14, 225:17, 226:14, 226:24, 231:25, 232:17, 255:23, 255:24, 258:9, 295:24, 304:14, 304:15, 308:13
**teachers'** [16] - 31:24, 62:19, 62:21, 63:5, 64:7, 75:24, 77:16, 77:17, 77:20, 77:21, 77:24, 127:8, 129:10, 218:5, 222:13, 231:25
**teaching** [7] - 15:8, 31:13, 31:14, 31:17, 31:19, 32:7, 32:8
**team** [5] - 27:10, 59:21, 92:14, 114:10, 152:5
**teams** [1] - 41:13
**technical** [1] - 299:7
**Technical** [2] - 62:9, 299:14
**technology** [14] - 36:14, 38:20, 38:21, 38:25, 40:9, 40:13, 40:15, 53:15, 54:15, 62:5, 189:6, 207:2, 210:13, 212:16
**teenagers** [1] - 287:24
**tem** [1] - 114:12
**ten** [5] - 12:21, 93:2, 122:25, 230:21, 317:23
**tenure** [102] - 17:6, 18:6, 20:14, 22:12, 22:25, 24:2, 24:23, 28:14, 29:23, 31:4, 33:21, 35:13, 38:22, 39:21, 40:10, 47:19, 52:4, 53:24, 54:9, 55:7, 55:22, 56:5, 58:25, 59:2, 59:5, 59:8, 61:6, 61:20, 62:15, 62:25, 63:6, 65:2, 66:19, 67:4, 67:11, 68:20, 72:16, 73:8, 74:24, 75:19, 76:10, 77:10, 77:13, 78:5, 78:20, 81:22,

82:16, 84:8, 84:22, 84:23, 84:25, 85:2, 85:5, 85:18, 86:2, 86:7, 86:17, 88:14, 97:16, 99:14, 100:9, 103:5, 103:20, 106:8, 108:13, 110:10, 112:5, 115:14, 115:25, 116:14, 118:12, 118:23, 121:5, 122:18, 126:24, 138:5, 185:13, 189:7, 203:16, 210:2, 210:14, 212:18, 216:9, 217:17, 224:5, 227:23, 228:2, 228:21, 252:9, 273:20, 273:21, 281:11, 285:25, 286:7, 286:10, 292:5, 298:25, 305:24, 310:20, 312:8, 312:12, 313:22
**term** [6] - 125:20, 125:21, 240:25, 241:3, 241:16, 242:15
**terms** [55] - 17:9, 18:22, 21:4, 22:23, 34:22, 34:23, 35:17, 37:10, 41:4, 48:17, 52:20, 59:23, 69:8, 69:11, 71:3, 82:23, 87:22, 88:4, 94:5, 95:20, 100:14, 102:11, 105:2, 105:11, 109:3, 111:24, 113:8, 116:20, 132:8, 139:22, 145:24, 146:12, 163:15, 190:7, 191:8, 193:25, 198:23, 201:7, 211:11, 213:19, 219:19, 220:7, 231:22, 238:3, 239:5, 257:8, 284:8, 289:5, 295:9, 296:16, 299:22, 300:17, 302:23, 308:24, 323:13
**testified** [1] - 5:5
**testimony** [5] - 5:24, 108:7, 329:10, 329:13, 331:14
**testing** [3] - 81:9, 104:14, 116:21

**THE** [5] - 16:10, 65:25, 180:11, 237:2, 287:12
**themselves** [2] - 51:23, 70:16
**therefore** [17] - 116:8, 126:4, 149:22, 164:24, 170:3, 175:15, 176:10, 188:14, 206:19, 243:24, 248:5, 270:24, 289:10, 289:22, 295:25, 297:14, 304:9
**therein** [1] - 200:18
**thereof** [2] - 29:8, 117:20
**they've** [3] - 135:4, 175:18, 227:2
**thinking** [2] - 129:7, 160:23
**three** [10] - 55:14, 55:17, 69:20, 70:9, 76:16, 85:24, 230:24, 231:4, 231:7
**throughout** [35] - 28:14, 39:20, 52:4, 53:24, 54:8, 56:5, 66:18, 67:4, 67:11, 68:19, 81:21, 86:17, 88:14, 90:6, 93:9, 97:16, 99:14, 103:20, 106:8, 115:2, 115:25, 118:12, 126:24, 153:22, 273:19, 273:21, 280:21, 281:10, 285:25, 286:21, 298:25, 305:18, 305:23, 312:11, 313:21
**Thursday** [3] - 93:23, 94:4, 96:12
**title** [10] - 9:12, 17:22, 38:5, 113:9, 114:7, 119:9, 120:7, 122:22, 154:13, 154:16
**titles** [1] - 25:19
**TO** [1] - 330:14
**today** [33] - 50:23, 51:16, 66:11, 89:10, 90:5, 102:4, 123:4, 136:25, 154:20, 162:12, 174:4, 175:6, 178:5, 182:20, 185:2, 193:13, 243:17, 243:19, 246:11, 246:21, 247:25,

252:5, 255:7, 265:3, 265:16, 275:6, 282:15, 294:4, 317:9, 325:2, 325:10, 326:17, 327:24
**today's** [1] - 327:4
**together** [7] - 37:7, 92:14, 94:16, 121:22, 152:8, 269:14, 304:15
**TOM** [1] - 1:5
**Tom** [8] - 229:19, 230:6, 231:13, 273:10, 274:17, 314:12, 314:16, 326:19
**tone** [1] - 248:19
**took** [9] - 36:17, 73:4, 80:23, 86:12, 177:13, 221:10, 263:3, 263:23, 303:18
**tool** [1] - 289:6
**top** [1] - 237:14
**touch** [1] - 292:7
**touched** [1] - 283:21
**touching** [2] - 259:25, 260:7
**toward** [1] - 149:24
**towards** [2] - 39:10, 297:6
**Town** [1] - 130:23
**track** [4] - 227:7, 279:5, 279:7, 279:18
**tracking** [3] - 227:8, 227:10, 227:18
**tracks** [1] - 279:10
**Tracy** [2] - 38:3, 38:13
**trade** [2] - 284:19, 292:25
**tradition** [3] - 241:18, 241:21, 241:24
**transcript** [5] - 327:2, 327:7, 327:11, 329:9, 329:11
**transcripts** [1] - 327:14
**transition** [12] - 11:3, 11:11, 12:4, 34:16, 68:14, 113:25, 126:17, 168:3, 168:6, 195:19, 216:6, 216:13
**transitions** [1] - 11:19
**travel** [1] - 236:20
**traverse** [2] - 237:13, 237:20
**traversed** [3] - 235:12, 235:15, 250:18

**treated** [2] - 75:25, 76:3
**treatment** [8] - 300:8, 304:5, 304:6, 305:13, 308:25, 309:8, 309:23, 310:21
**tree** [3] - 13:11, 119:18, 308:8
**trial** [1] - 4:12
**Trial** [1] - 2:3
**tried** [3] - 198:4, 198:6, 271:25
**triggers** [1] - 303:3
**trips** [1] - 198:23
**true** [7] - 154:16, 154:25, 185:10, 195:3, 329:12, 329:14, 331:13
**truly** [1] - 135:13
**Trump** [1] - 310:14
**try** [3] - 16:13, 57:20, 151:6
**trying** [18] - 12:24, 16:25, 31:25, 36:23, 39:4, 39:6, 101:22, 104:18, 143:20, 144:10, 149:12, 176:23, 177:21, 254:24, 255:23, 255:25, 256:4, 318:4
**turn** [1] - 72:20
**turns** [1] - 175:12
**tutoring** [1] - 136:20
**tweak** [1] - 74:12
**twice** [2] - 199:6, 199:7
**twin** [1] - 269:9
**two** [40] - 17:18, 24:8, 33:25, 34:4, 36:18, 66:5, 79:7, 79:12, 86:4, 87:14, 90:20, 113:21, 114:4, 115:2, 115:11, 115:13, 133:18, 139:10, 139:19, 139:24, 150:21, 150:25, 151:8, 151:20, 151:24, 152:14, 160:11, 160:15, 160:17, 160:20, 160:24, 178:3, 218:25, 237:17, 237:19, 241:6, 310:3, 310:11
**two-and-a-half** [2] - 33:25, 34:4
**two-day** [1] - 87:14
**type** [6] - 97:5, 121:8, 142:5, 148:4,

158:18, 295:12
**types** [1] - 313:19
**typically** [1] - 236:19
**typist** [4] - 78:14, 86:4, 160:14
**typists** [2] - 24:19, 86:4

## U

**uh-hah** [5] - 8:13, 16:8, 16:13, 51:20, 217:10
**ultimate** [1] - 107:19
**ultimately** [8] - 22:18, 56:17, 64:16, 64:25, 140:8, 269:2, 270:2, 271:6
**unaccounted** [1] - 231:15
**under** [61] - 5:21, 7:16, 15:14, 16:2, 16:19, 17:8, 17:14, 18:19, 19:21, 29:10, 31:25, 37:16, 43:10, 45:2, 48:9, 55:22, 60:11, 62:7, 62:22, 68:6, 78:7, 79:19, 86:9, 89:13, 100:9, 103:5, 113:13, 115:20, 143:8, 155:5, 157:9, 158:4, 162:3, 163:18, 165:4, 165:11, 169:13, 170:24, 171:17, 181:5, 181:17, 189:5, 193:9, 206:25, 210:15, 212:15, 213:6, 213:12, 214:3, 214:21, 215:7, 230:10, 230:12, 241:9, 241:15, 279:21, 288:25, 311:7, 311:21, 329:10
**underneath** [8] - 13:25, 14:5, 17:5, 29:19, 29:22, 31:3, 37:12, 216:17
**Understood** [1] - 64:2
**understood** [9] - 35:24, 79:4, 98:4, 150:6, 181:5, 254:25, 296:22, 297:16, 321:19
**unhappy** [1] - 110:7
**uniform** [1] - 304:5
**uniformity** [2] - 306:5, 306:19

**unit** [24] - 32:2, 32:5, 76:7, 76:13, 76:14, 76:15, 76:23, 77:3, 77:8, 77:16, 77:18, 77:22, 77:25, 87:4, 87:6, 113:14, 122:12, 122:13, 123:6, 161:23, 162:3, 162:11, 162:17, 163:15
**UNITED** [1] - 1:2
**units** [2] - 76:16, 78:3
**unless** [1] - 325:22
**unsafe** [9] - 250:4, 251:7, 251:17, 252:16, 252:19, 253:4, 269:15, 320:4, 322:16
**up** [28] - 7:21, 25:18, 31:19, 48:16, 49:2, 51:15, 52:14, 52:21, 75:8, 78:17, 84:24, 102:17, 104:20, 121:8, 124:22, 132:11, 165:5, 208:8, 224:8, 225:12, 232:16, 250:15, 268:21, 293:22, 303:5, 312:23, 318:15, 318:17
**updated** [1] - 207:7
**upstairs** [2] - 223:14, 231:21
**Urbanowitz** [1] - 85:6
**user** [4] - 6:11, 209:7, 209:12, 212:10
**utilize** [2] - 49:20, 97:24
**utilized** [1] - 99:4
**utilizing** [1] - 168:10

## V

**V-I-X-L-E-R** [1] - 221:12
**vacancy** [3] - 125:24, 125:25, 126:2
**VADIR** [18] - 186:16, 186:18, 187:5, 187:8, 187:21, 187:24, 188:3, 188:11, 189:10, 189:16, 191:19, 191:24, 192:8, 192:14, 192:17, 192:20, 193:25, 196:14
**value** [1] - 45:17
**variety** [2] - 124:19,

153:4
**various** [2] - 25:11, 78:12
**varsity** [1] - 41:14
**Velo** [1] - 138:2
**verbal** [10] - 58:15, 70:24, 70:25, 71:3, 73:2, 109:16, 248:7, 248:9, 268:25, 305:7
**verbalize** [1] - 16:14
**verbally** [2] - 227:19, 232:21
**versed** [1] - 193:7
**version** [2] - 49:6, 276:2
**victim** [2] - 141:9, 144:23
**Victoria** [1] - 86:5
**video** [9] - 275:14, 275:19, 275:22, 316:14, 317:14, 317:20, 327:3, 327:23
**videos** [1] - 328:2
**view** [9] - 163:9, 166:24, 167:2, 167:19, 211:22, 311:14, 311:22, 317:20
**viewing** [3] - 211:14, 211:18, 317:10
**violation** [2] - 22:9, 150:12
**Virginia** [1] - 55:23
**visit** [1] - 208:14
**visited** [1] - 325:3
**Vixler** [3] - 80:10, 221:12, 226:21
**voice** [1] - 99:2

## W

**wait** [1] - 261:9
**waited** [2] - 259:5, 259:6
**waiting** [3] - 260:21, 261:15, 261:18
**waived** [1] - 4:7
**walk** [9] - 223:2, 244:15, 244:20, 245:25, 246:4, 247:10, 253:25, 254:8, 261:3
**walked** [4] - 246:6, 246:12, 254:5, 254:10
**Walt** [2] - 1:21, 3:5
**wants** [1] - 150:15
**watch** [1] - 249:8
**water** [1] - 75:11

ways [1] - 312:5
weapons [1] - 186:21
weather [1] - 244:21
web [9] - 48:12, 48:22, 49:14, 50:8, 165:4, 165:23, 170:5, 170:6, 290:7
website [4] - 50:7, 50:10, 165:23, 166:6
week [6] - 50:20, 51:9, 93:3, 93:24, 94:17, 208:13
weekly [5] - 94:19, 94:20, 94:22, 96:13, 207:19
weeks [1] - 7:23
well-being [2] - 319:10, 321:22
wellness [1] - 132:21
WHEREOF [1] - 331:20
whichever [1] - 189:19
white [1] - 277:22
White [1] - 3:12
Whitman [2] - 1:21, 3:5
whole [9] - 65:7, 90:2, 92:3, 92:4, 131:25, 132:21, 180:20, 188:3, 198:8
wide [3] - 154:19, 156:12, 237:24
willing [1] - 71:6
Winter [8] - 11:8, 119:9, 119:11, 144:8, 177:12, 177:16, 186:2, 278:8
winter [1] - 134:8
Winter's [1] - 278:11
Winters' [1] - 281:20
withdraw [1] - 12:15
withdrawn [1] - 200:13
withhold [6] - 110:12, 110:15, 112:7, 112:11, 112:14, 112:18
witness [6] - 5:3, 259:21, 259:24, 260:6, 331:10, 331:14
WITNESS [7] - 16:10, 65:25, 180:11, 237:2, 287:12, 330:3, 331:20
Witness [1] - 183:10
witness's [1] - 326:25
witnessed [2] - 256:24, 260:13
woman [1] - 248:3

word [5] - 44:21, 109:23, 206:16, 241:6, 308:3
words [14] - 23:10, 31:20, 32:3, 34:25, 107:3, 124:5, 130:25, 134:14, 241:6, 241:22, 244:23, 251:22, 271:19, 304:6
workday [1] - 226:25
worker [18] - 26:24, 116:7, 118:20, 129:21, 132:12, 134:3, 140:24, 150:4, 150:7, 150:14, 150:16, 151:13, 151:16, 151:17, 152:21, 153:7, 177:22, 296:24
worker's [1] - 142:9
workers [54] - 42:18, 42:24, 113:5, 113:12, 113:13, 113:17, 114:9, 114:16, 114:18, 115:5, 115:11, 115:13, 115:20, 115:24, 116:5, 116:23, 117:8, 118:7, 118:21, 118:25, 123:21, 131:20, 133:4, 133:8, 133:19, 134:15, 139:10, 139:19, 141:3, 142:18, 151:9, 151:20, 151:24, 152:7, 152:15, 159:16, 163:14, 174:6, 174:11, 174:18, 175:8, 175:13, 177:25, 178:3, 178:6, 186:8, 186:10, 228:10, 229:14, 229:17, 230:16, 230:18, 232:2, 304:13
workers' [1] - 140:19
works [6] - 80:3, 150:3, 151:16, 230:10, 231:15, 305:17
worth [1] - 72:3
write [4] - 71:9, 239:5, 239:13, 268:11
writing [12] - 82:10, 83:9, 100:5, 182:10, 182:12, 190:21,

204:3, 204:4, 238:21, 243:7, 268:25, 290:14
writings [1] - 181:10
written [23] - 9:23, 13:2, 19:5, 46:14, 46:19, 47:2, 47:11, 74:16, 95:15, 141:18, 145:6, 145:7, 145:13, 145:16, 145:20, 146:22, 149:24, 191:5, 203:20, 236:7, 302:3, 305:2, 305:6

**X**

Xerox [5] - 122:6, 122:7, 122:8, 122:15, 122:18

**Y**

Yaphank [1] - 5:13
year [75] - 7:19, 11:21, 13:4, 14:2, 14:6, 19:8, 27:3, 27:8, 28:18, 33:11, 33:12, 36:18, 36:19, 38:23, 57:20, 58:12, 61:12, 61:13, 74:13, 96:8, 143:24, 144:5, 163:21, 163:22, 163:24, 165:15, 168:8, 170:10, 170:17, 171:4, 173:18, 174:18, 175:11, 176:18, 179:2, 179:3, 179:9, 179:13, 179:16, 179:19, 180:18, 180:21, 181:24, 183:4, 183:17, 183:20, 183:22, 184:2, 184:6, 184:10, 184:12, 185:8, 199:17, 216:11, 216:12, 228:6, 232:14, 233:3, 241:13, 241:22, 242:8, 242:9, 242:15, 242:17, 242:22, 243:17, 243:22, 245:16, 279:18, 309:17, 312:7
yearly [4] - 134:23, 171:7, 199:3
years [12] - 12:21, 36:18, 109:12,

168:5, 199:8, 242:7, 300:13, 309:19, 310:3, 310:4, 310:7, 310:11
yell [1] - 250:10
yelling [2] - 255:17, 258:18
yesterday [1] - 207:11
YORK [3] - 1:3, 329:4, 331:3
York [11] - 1:21, 2:7, 2:23, 3:6, 3:12, 5:14, 140:14, 192:19, 301:2, 329:23, 331:8
yourself [3] - 181:15, 182:4, 280:5

**Z**

ZIMMERMAN [1] - 1:10