Case 2:16-cv-02871-RJD-VMS    Document 107-14    Filed 10/02/18    Page 1 of 97 PageID #: 4612

# Exhibit "M"

Case 2:16-cv-02871-RJD-VMS    Document 107-14    Filed 10/02/18    Page 1 of 97 PageID #: 4612

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------x

DAVID EDMOND, CAROL EDMOND and TOM EDMOND,

Docket No. 2:16-cv-2871

Plaintiffs,

-against-

LONGWOOD CENTRAL SCHOOL DISTRICT, SUFFOLK COUNTY, SUFFOLK COUNTY POLICE DEPARTMENT, SUFFOLK COUNTY POLICE OFFICER EDWARD ZIMMERMAN, in his individual and official capacities, SUFFOLK COUNTY POLICE OFFICERS "JOHN AND JANE DOES 1-10," In their individual and official capacities, LONGWOOD SUPERINTENDANT MICHAEL R. LONERGAN in his individual and official capacity, PRINCIPAL MARIA CASTRO in her individual and official capacity, LONGWOOD ASSISTANT PRINCIPAL SCOTT REESE, in his individual and official capacity, LONGWOOD SECURITY GUARD SCOTT, in his individual and official capacity, LONGWOOD SECURITY GUARDS "JOHN AND JANE DOES 1-10," in their individual and official capacity, and JOHN AND JANE DOE #1-10, in their individual and official capacities,

Defendants.

----------------------------------------x

33 Yaphank Middle Island Road
Middle Island, New York 11953

February 19, 2018
10:00 a.m.

(LONERGAN - CONTINUED ON NEXT PAGE)

*Rich Moffett Court Reporting*

Examination Before Trial of the Defendant, MICHAEL LONERGAN, pursuant to Court Order, before Rich Moffett, a Notary Public of the State of New York.

Rich Moffett Court Reporting, Inc.

114 Old Country Road, Suite 630

Mineola, New York 11501

516-280-4664

*Rich Moffett Court Reporting*

APPEARANCES:

LAW OFFICES OF CORY H. MORRIS, P.C.

Attorneys for Plaintiffs

33 Walt Whitman Road, Suite 310

Dix Hills, New York 11746

BY:    CORY H. MORRIS, ESQ.

SILVERMAN & ASSOCIATES

Attorneys for Defendants

445 Hamilton Avenue, Suite 1102

White Plains, New York 10601

BY:    CAROLINE LINEEN, ESQ.

*Rich Moffett Court Reporting*

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the filing, sealing and certification of the within deposition be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- oOo -

*Rich Moffett Court Reporting*

MICHAEL LONERGAN, called as a witness, having been duly sworn by a Notary Public, was examined and testified as follows:

\* \* \*

EXAMINATION BY MR. MORRIS:

Q    Please state your full name for the record.

A    Michael Lonergan.

Q    What is your address?

A    35 Yaphank Middle Island Road, Middle Island, New York, 11953.

Q    Doctor, can I just ask you for your business phone number.

A    631-345-2172.

Q    Business e-mail address, please?

A    MICHAEL.LONERGAN@LONGWOODCSD.ORG.

Q    Do you maintain any Facebook or any social media?

A    I do.

Q    What are those user names?

A    MikeLonergan, Facebook only.

Q    Anything else besides Facebook?

A    No.

MR. MORRIS:  Just like to state at the outset, we do reserve the right to recall that witness because there is outstanding document production.

Q    Dr. Lonergan, any reason you can't testify truthfully here today?

A    None at all.

Q    Are you under the influence of any medication -- I don't mean to pry.  But, is there anything that might affect --

A    Nothing at all.

MS. LINEEN:  Make sure you let him get the question out.

Q    That's the next thing I was going to say.

Doctor, to be clear, you are a superintendent of Longwood Central School District; is that right?

A    I am.

Q    How long have you held that position?

A    September 1, 2012 to the present.

Q    Can you tell me the demographics of the Longwood Central School District?

A    Sure.

As last I remember seeing it, we are 60 percent white, 20 percent African Americans, 17 percent Hispanic, 2 percent Asian, give or take a couple of points on that, Counselor.

Q    Doctor, in the course of your professional activities as superintendent of Longwood Central School District, have you conducted a census of the racial and ethnicity of the students?

A    I have not.

Q    Are you aware of such a census?

MS. LINEEN:  Note my objection to form.

A    I'm aware that we do routinely take that information, yes, uh-hah.

Q    Has anyone other than you created such a census?

MS. LINEEN:  Objection to form.

A    I don't know who it would be.

But, yes, it's done on an annual

basis, but not more than annual.

Q    When you say you don't know who --

A    Yes.  I know who.

It's Central registration under the Assistant Superintendent, Dr. Denton.

Q    Dr. Lonergan, who is responsible for the creation of that census?

A    It's supervised by the office of Dr. Glen Denton, Assistant Superintendent for pupil personnel/community services.

Q    Is that created on an annual basis, bi-annual?

A    At least on an annual basis.

Q    Is that published?  Is that disseminated in any way?

A    More than likely through the New York State Education Department's web site and the report card for the Longwood Central School District.

Q    That composes the racial and ethnic mix of the students throughout the entire Longwood Central School District?

A    It does, yes.

9

Q  Dr. Lonergan, do you know if that breaks down by building?  So, for instance, does it break down the racial ethnic mix of the students within Longwood High School?

A  I'm not sure, so I'm going to say "I don't know."

Q  Do you know who would know?

A  If you give me a computer, I can tell you right away.

Right now, yes, it would be more than likely Dr. Denton's office.

Q  Again, is that published on a annual basis?

A  That's published on an annual basis by the State, yes.  That's public information.

Q  Mr. Denton's office is responsible for giving it to the State?

A  Actually, no.  He supervises it.

And it would be Mrs. Lisa Mato, who is our director of special programs and testing.  So, she supplies the State with all the demographics of the student scores,

*Rich Moffett Court Reporting*

10

their backgrounds, anything else that the State Education Department requires on an annual basis from us.

Q  Dr. Lonergan, as Superintendent of Longwood Central School District, is it you that makes sure that she forwards that to the State, or is that Mr. Denton's responsibility?

A  If this would help you, Counselor, anything and everything that happens in this School District comes through me.  So, if that helps you at all.

My job is 24/7.  I'm responsible for everything that lives, breathes and eats in the Central School District.  So, yes.

Q  By your presence here, obviously, I thank you for that.

Do you know if that's disseminated to the New York State Education Department; that being the census, by e-mail, by mail or --

A  I believe it's all electronic.

MS. LINEEN:  Note my objection to the form.

*Rich Moffett Court Reporting*

11

Q  You say electronic.

Is that e-mail or something else?

A  I believe it's a State portal that we upload our information to.

Q  Dr. Lonergan, in the course of your professional duties as Superintendent of Longwood Central School District, do you know how much of the district is disabled -- classified as disabled?

MS. LINEEN:  Objection.

A  Learning disabled?

Q  Yes.

A  Emotionally disabled, other health impairments -- if you have an IEP, I believe we're at about 1550 students.

Outside of that, disabled with a 504 plan, Americans with Disability Act, I don't have that number for you.

Q  Dr. Lonergan, as Superintendent of the Longwood Central School District, have you come to learn how many of the students within your district are receiving financial assistance?

*Rich Moffett Court Reporting*

12

MS. LINEEN:  Objection.

A  We have approximately 50 percent of our population that is on free or reduced lunch, if that would help.

Q  Doctor, do you know the amount of students within Longwood Central School District that come from a single parent home?

A  No, I don't.

Q  What about foster home?

A  I don't.

MS. LINEEN:  Objection.

Q  Doctor, I'd like to ask you the same line of questioning for Longwood High School.

As Superintendent of Longwood Central School District, in the course of your professional duties and responsibilities, have you come to learn how much of the Longwood High School population is considered disabled?

MS. LINEEN:  Objection.

A  I don't know.

Q  Doctor, in the course of your

*Rich Moffett Court Reporting*

professional duties as the Longwood Central School District Superintendent, have you come to learn how many students within Longwood High School are receiving financial assistance?

A      I do not.

MS. LINEEN:  Objection.

Q      Doctor, I know you might have answered this before.

As Superintendent of the Longwood Central School District, do you know how many students from Longwood High School come from single parent homes?

A      I don't.

Q      In the course of your professional duties as the Longwood Central School District Superintendent, have you come to learn how many students enrolled in the Longwood High School come from foster homes?

MS. LINEEN:  Objection.

A      I do not know.

Q      Doctor, you might have answered this before.

*Rich Moffett Court Reporting*

---

As Superintendent of the Longwood Central School District, do you know how much of the student body is considered either black or African American?

A      K-12, I believe African American status, right now, is somewhere between 17 and 20 percent.

Q      In the course of your professional duties as a Longwood Central School District Superintendent, have you come to learn how much of the student body within the school district is white or Caucasian?

MS. LINEEN:  Objection.

A      Hovering around 60 percent, give or take a few points.

Q      Doctor, in the course of your professional duties as Longwood Central School District Superintendent, have you come to learn how many of the students within your district are considered Hispanic?

MS. LINEEN:  Objection.

A      Somewhere in the 15-17 percent.

*Rich Moffett Court Reporting*

---

Q      Doctor, as Superintendent of Longwood Central School District, do you know how many students within the Longwood High School are black or African American?

A      I don't.

Q      As a Superintendent of Longwood Central School District, have you come to learn how many students within the Longwood High School are white?

A      I don't.

Q      As Superintendent of Longwood Central School District, have you come to learn how many students within the Longwood High School are Hispanic?

A      I don't.

Q      Doctor, do you know who would know that information?

A      That would all come through Dr. Denton's office; most likely requested through Mrs. Mato's office.

Q      Is that information disseminated to New York State?

A      It is, yes.

Q      Do you know how?

*Rich Moffett Court Reporting*

---

A      Electronically, once a year, maybe twice a year.

I'm not too sure how the amount of recording gets done.  May be done in stages, depending upon when that information is available, but I'm not sure.

Q      To be clear, there's a report that is created; is that right?

A      There is.

Q      When did you first become aware of that report, under what circumstances?

A      The State Education Department web site and our report card has been public knowledge for about close to 20 years, now, I think.

Q      Do you read each report as it comes out?

A      Yes.

Q      Do you know who has actual physical custody of those reports?

A      That would be the director of special programs, Mrs. Lisa Mato.

Q      You said it was published. Did you say it was published on

*Rich Moffett Court Reporting*

17

a web site?

A    Yes.  The State Education Department of New York State.

Q    Is it published on Longwood Central School District web site or Longwood High School?

A    I don't think so.  They would rely on the portal from the State.

Q    Do you know who the custodian of those reports is now?

A    That would Lisa Mato.

Q    Dr. Lonergan, as Superintendent of Longwood Central School District, your district receives aid under State and Federal programs, does it not?

A    Yes.

Q    Who's responsible for the application of monitoring of that aid?

A    Several folks.

Q    Please explain.

A    One would be our director of math, science, and English.  That would be Mr. Lohmann.

Another director by the name of

*Rich Moffett Court Reporting*

18

Dr. Tracy Poulton.

Definitely all of those folks supervised and accountable to Dr. Maria Castro.

Q    So, those three persons that you mentioned before, those are responsible for the application of the aid, or the monitoring of the aid, or both?

A    Supervision of the aid, yes, monitoring of the aid.

Q    Who is ultimately responsible for the submission of that application for aid?

MS. LINEEN:  Note my objection.

A    I am.

Q    Do you know where the applications are currently for each year of aid, or each quarter?

A    I think they're -- a lot of them are generated through the State Ed portal.

So the federal government for the title funds will pull from that information as well.

There may be some additional

*Rich Moffett Court Reporting*

19

application done.  That would be done by the directors who I just mentioned.

Q    Have you had an opportunity to see the report or the application itself?

MS. LINEEN:  Objection.

A    Not recently, no.

Q    Do you recall the last time you might have seen such an application?

A    Probably sometime last year.

Q    Have you had the opportunity to review that application?

A    Yes.

Q    How did you first become aware of it -- under what service?

MS. LINEEN:  Objection.

A    It's an annual application.

Any time you get money from the Federal government or from the State, it's not just sent to you.  So, demographics and information about your school district are supplied on that application.

Q    For instance, the U.S. application you reviewed, do you know who has physical custody of that application at

*Rich Moffett Court Reporting*

20

this time?

A    I'm going to say Dr. Castro's office would have that.

Q    Is there an electronic version as well, or is it solely electronic, or something else?

A    I don't know.

Q    These applications -- these are renewed every year?

A    They are, yes.

Q    Do you know the name of these applications?

A    I don't.  I can -- they're all title funding from the federal government; Title I, Title II, and Title III.

Q    Do you sign off on these every year?

A    I do not.

Q    Do you know who does?

A    Dr. Castro and/or those directors.

Q    Are these re-written every year or reproduced year to year?

A    They are yearly, annual, yes.

*Rich Moffett Court Reporting*

Q   Do you know if these are re-written, created from scratch, or something else?

MS. LINEEN:  Objection.

A   I don't know if they follow the same portal format as the State.  I'm going to say I don't know.

Q   Dr. Lonergan, in the course of your professional duties as Superintendent of Longwood Central School District, do you personally review these applications before they're submitted?

A   From time to time.  Not all of them.

Q   The same persons who are responsible for the submission of the application, are those the same persons responsible for the monitoring of these applications?

MS. LINEEN:  Objection.

A   Yes.

Remember, though, that this is a very large School District, and an education counselor -- anybody has access to seeing those and giving information to those from classroom teachers to counselors to principals to directors.  It's a conglomerate of the school district's input on those application it's pulled from.  A lot of different people can have input to those applications as those go along.

Social workers, for example, school counselors, school psychologists, for the kids with learning disabilities.  It's a real magilla of a --

Q   I'm trying to understand.

So, it's sort of like the persons you named -- sort of like the managers of lower persons?

A   That is correct, yes.

Q   I'd like to move on.

Longwood Central School District, do you know, as Superintendent of Longwood Central School District, whether it has a web site?

A   Yes, we do.

Q   Who monitors this web site?

MS. LINEEN:  Objection.

A   Monitored through Central office here, primarily by our director of public relations, Mrs. Pam Donovan.

Q   Doctor, you're saying the central office -- Donovan was responsible for the monitoring of the web site?

A   Pamela Donovan's office, yes.

Q   Ms. Donovan's office; are there web site developers, regular bloggers, posters, anything along those lines?

A   Not at Longwood, no.

Q   Ms. Donovan is the manager of that website?

A   Her office.

MS. LINEEN:  Objection.

A   She and her secretary, yes.

Q   Who is her secretary?

A   Ms. Dawn Deal.

Q   Ms. Donovan and Ms. Deal -- if someone was to want to post something on that web site, are those the two folks that they would speak to?

A   Yes.

Q   Doctor, as Superintendent of Longwood Central School District, have you had opportunity to ask either Ms. Donovan or Ms. Deal to post something on the Longwood web site?

A   Yes.

Q   What when is the last time you had occasion to do that?

A   Wednesday evening, after the tragic massacre that occurred in Florida.

Q   Doctor, in the course of your professional duties and responsibilities as Longwood Central School District superintendent, do you know if the school board uses the web site to publish communication with people within the district?

A   They do.

Q   Do you know how those communications occur?

A   The Board has a published e-mail address for anybody in the community who h a question or concern, and they may e-mail that address.

It then goes to generally one of

*Rich Moffett Court Reporting*

25

the Board officers, either the president or the vice-president of the Board, and they generally, nine out of ten times, if not ten out of ten times, will represent to that community member or person that your e-mail has been received, and that you should be receiving in the near future, a response from Central administration.

Generally, that's me.

Q    To be clear, when they say response from general administration, you are the head of the general administration?

MS. LINEEN:  Note my objection to form.

A    Yes.

Q    Have you had an opportunity to respond to such e-mails?

A    Interesting.  We started that last summer, and I believe we only got two or three so far.  So I have, yes.

Q    The Board, all the Longwood Central School District Board of Education have e-mail addresses?

A    They do.

*Rich Moffett Court Reporting*

26

Q    How long has that occurred for?

A    Since e-mail was first part of our communication process; so it has to be just about 20 years or so at this point.

Q    So is it fair to say that the school board of Longwood Central School District uses the web site for public communication for people within the district; is that right?

A    They generally don't respond directly to folks in the community.  They generally say because it's really not their job, that your question or your concern has been noted and has been forwarded to the Superintendent, his staff, for reply. That's generally what they will receive back from a Board member.

Q    Dr. Lonergan, in the course of your professional duties as Superintendent of Longwood Central School District, do you know if the Longwood Central School District school Board uses the web site for public communication with students?

MS. LINEEN:  Note my objection.

*Rich Moffett Court Reporting*

27

A    I'm going to say no.

Q    Is there an e-mail or some equivalent that the students have the ability to communicate directly with the Longwood Central School District Board?

A    They could do it through that e-mail.

Q    So those e-mail addresses that are available to people within the district are also available to students within Longwood Central School District?

A    The one e-mail to the Board of Education is the one that four or five times people have used over the past year since it's been available, rather than to individual Board Members.

Sometimes they'll -- in the community, when there's a question or an issue, somebody will e-mail all seven Board Members, take all seven addresses, send in their question.

And the response is generally the same.

Q    Was there any equivalence of

*Rich Moffett Court Reporting*

28

that general e-mail prior to its instatement, you said a year or two ago?

A    This is the first year we've been doing the -- the Board has been doing it, yes, since the summer.

Q    Is there any equivalent of that prior to the summer?

A    Just their individual e-mails addresses.

Q    Who is responsible for the monitoring of the Board of Education of Longwood Central School District's individual e-mail accounts?

MS. LINEEN:  Objection.

A    That would be their district clerk.

Q    Who is the district clerk?

A    Lillian Pizzollo, P-I-Z-Z-O-L-L-O.

Q    Anyone besides Ms. Pizzollo?

A    I don't think, so.  No.

Q    Dr. Lonergan, is it a fact that all State and federal aid applications require racial census of the student body?

*Rich Moffett Court Reporting*

29

MS. LINEEN:  Objection.

THE WITNESS:  I'm going to say yes.

Q   Before, we noted who conducts that census.

Who conducts that census for the Longwood Central School District?

A   That would be Lisa Mato.

Q   Does anyone assist Ms. Mato in the creation of that?

A   I'm sure there are.  Her office in particular, and then every other administrator in the seven campuses; so I'm sure there is a number of folks.

Each principal would be responsible to Ms. Mato for whatever information that she's looking for that application.

Q   Let's talk about that.

You said there were seven building principals?

A   We have seven campuses here, yes.

Q   Who are the principals for those

Rich Moffett Court Reporting

30

campuses?

A   So in the high school Mr. Scott Schuster, S-C-H-U-S-T-E-R.  In the junior high school it's Mr. Adam Dewitt, D-E-W-I-T-T.  In the middle school it's Dr. Tracy Adams, A-D-A-M-S.

In the four elementary schools after that, the Ridge elementary school, Janine Rozycki, R-O-Z-Y-I-C-K-I.  At Charles -- CEW elementary school, principal there is Ms. Yvette Tilley, T-I-L-L-E-Y.

The principal at West Middle Island elementary school is Ms. Gretchen G-R-E-T-C-H-E-N, Schaentzler, S-C-H-A-E-N-T-Z-L-E-R.  Principal at Coram elementary school, Ms. Susan Connolly, C-O-N-N-O-L-L-Y.

I have seven of the best principals in the United States of America.

If my colleagues hear me say it once, they say, like enough.  We know you have --

It took us a long time, but --

Q   Remarkable.

Rich Moffett Court Reporting

31

And each of them report to Ms. Mato; is that right?

A   For the information on the building level that's necessary for her work, yes.

Q   Dr. Lonergan, in the course of your professional duties and responsibilities as Superintendent of Longwood Central School District, have you had an opportunity to review their submissions to Ms. Mato?

A   Periodically, yes.

Q   How is that done, specifically?

A   It would be done through the portal.  The portal will open to the public every so often, the information that is sent up there.

Generally it starts with the school report card, which has everything that you just asked about this morning, from demographics to test scores, about each one up our schools, and then the community in general.

Q   That information is uploaded by

Rich Moffett Court Reporting

32

each individual person that you named of the seven buildings; is that right?

MS. LINEEN:  Objection.

A   Lisa Mato uploads that into the portal.

She is the lady.  She is the e-mail, the math and the number person for the district, that brings together all the information necessary for all of our applications:  State aid, SED portal, the whole nine yards.

Q   So for instance, when Scott Schuster has to give that information to Ms. Mato, how does he do it -- an e-mail or report?

A   I'm going to say electronically, but I'm not 100 percent positive on that.

Very little done on pencil and paper anymore.  So more than likely she'll forward to him a blank -- a worksheet, something along that nature.  He'll fill it out, or someone in his office will fill it out, then they give it back to Lisa.

Q   In the course of your

Rich Moffett Court Reporting

**33**

professional responsibilities as Longwood Central School District Superintendent, have you had an opportunity to review each of the seven building managers, so to say, their report that is given to Ms. Mato?

MS. LINEEN:  Objection to form.

A      Periodically.

Q      Prior to Ms. Mato's submission, what, if anything, is done to that report before it goes to the New York State?

A      I don't understand your question.

Q      So, the seven building directors --

A      Principals.

Q      -- principals -- so the seven building principals, they give this information to Ms. Mato; is that right?

A      Yes.

Q      Does anyone review Ms. Mato's work prior to its submission to New York State?

A      I don't know.

Q      Doctor, as Superintendent of

*Rich Moffett Court Reporting*

**34**

Longwood Central School District, have you had occasion to review the submission prior to Ms. Mato's sending it to New York State?

A      Periodically.

Q      When you say periodically, is that a monthly or a yearly, something else?

A      Annually.

Q      When you say review, what, if anything, do you do?

A      She will send out to me that the deadline is three weeks from tomorrow.  Our application will be complete before it's submitted on that date.  And, if you -- so it will be open for your review, should you want to take a look at it before she hits the button to send it.

Q      She gives you an e-mail or a correspondent?

A      E-mail, or a phone call.

Q      In that e-mail, you then have e opportunity to review the portal itself?

A      Yes.

That, we can do at any time.

rtal is open to us to look at any

*Rich Moffett Court Reporting*

**35**

time.

Q      And the seven building principals, is there anyone underneath them who contributes to the reporting that is ultimately submitted to Ms. Mato?

A      I would think, very much so, that their assistant principals have a piece in gathering some of that information as well.

Q      Dr. Lonergan, as Superintendent of the Longwood Central School District, have you had occasion to learn who, if any of these building principals sought that information from within their respective buildings?

A      No, I haven't, no.  I would leave that to them.

Q      In other words, that duty is delegated?

A      By the principal, yes.

Q      Have you had occasion, in the course of your professional activities as Longwood Central School District Superintendent, to direct or review any of

*Rich Moffett Court Reporting*

**36**

those individual principals in regard to the racial census?

A      No, I have not.

Q      So if you required such information periodically throughout the year, what, if anything, would you do, as Longwood Central School District Superintendent?

A      If it was to be reviewed, it's generally through a question that Lisa Mato's office would have or one of the assistant Superintendent would have.

Other than that, before is it submitted there is an opportunity for me to take a look at it.

Generally, if there's only a issue or a question that somebody would have.

Q      You mentioned before, there were opportunities that you had to review it.

Does anyone review that work, aside from you, before its submission by Ms. Mato?

MS. LINEEN:  Objection to form.

*Rich Moffett Court Reporting*

37

A   I would say central office. More than likely our directors and/or Dr. Castro would have the opportunity to do it, if they would want to. But I'm not too positive who would do it on an annual basis.

Q   Anyone that you report to, to review that census data before its submission?

A   I'm the Board of Education's only employee. But they generally don't get involved in the submission of test scores, demographics, things of that nature. That pretty well stops with me.

Q   Anyone else besides Ms. Mato and yourself responsible for the ultimate submission to New York State, regarding the census data?

A   No.

Q   Before, we spoke a bit about financial aid.

Dr. Lonergan, in the course of your professional activities as Longwood Central School District Superintendent, do you know how many of your students are

*Rich Moffett Court Reporting*

38

eligible for free or reduced meal costs?

A   Close to 50 percent.

MS. LINEEN:  Objection.

Q   Doctor, do you know, of that 50 percent, how many are black or African American?

A   I don't.

Q   Doctor, do you know, out of that 50 percent, how many are Hispanic?

A   I don't.

Q   Doctor, do you know, out of that 50 percent, how many are white or Caucasian?

A   No, I don't.

Q   Do you know who would know information?

A   I'm going to say either Lisa Mato, Director of Special Programs and Testing, definitely the Assistant Superintendent for Operations, Janet Bryan.

I say that because that number is generated generally through our food service department, which she supervises. So Mr. Tom Murphy, that runs that program -- M-U-R-P-H-Y -- deals with that, probably on

*Rich Moffett Court Reporting*

39

a week-to-week basis, for the children who receive those foods.

And she oversees our entire food service program, Janet Bryan.

Q   You said Janet Bryan, Director of Special Programs, and Ms. Mato?

A   Lisa Mato is Director of Special Programs. Janet Bryan is Assistant Superintendent for Financial Operations.

Q   Have you had the opportunity, in the course of your professional duties as Longwood Central School District Superintendent, to review such a report, who receives free and reduced cost lunch?

A   I don't.

Q   Is such a report made?

A   I don't know.

Q   Do you know who would know?

A   Janet Bryan's office would know, yes.

Q   Dr. Lonergan, in the course of your professional duties and responsibilities as Longwood Central School District Superintendent, have you come to

*Rich Moffett Court Reporting*

40

learn the other half of the demographic that does not receive free and reduced meal cost?

MS. LINEEN:  Objection.

A   No.

Q   Do you know of, for instance, the other 50 percent, if the majority are white or black or something else?

A   I don't.

MS. LINEEN:  Objection.

Q   Dr. Lonergan, in the course of your professional responsibilities and duties as Superintendent of Longwood Central School District, do you know if these numbers are the same for the Longwood High School?

A   I don't.

Q   Do you know who would?

A   More likely, Lisa Mato's office would be able to tell us that.

Q   Do you know if that has to be reported to New York State at any point?

A   All the demographics annually are through the State Ed portal, yes.

Q   Is that the State Ed portal you

*Rich Moffett Court Reporting*

41

discussed earlier?

A   Yes.

Q   Dr. Lonergan, in the course of your professional responsibilities and duties as Superintendent of Longwood Central School District, do you know if there's any correlation between racial and ethnic makeup of your student body and the reduced meal plan?

MS. LINEEN:  Objection.

A   You know, I don't know that.

That would b something that I think somebody with naive evaluation of minority folks would say, but I don't believe that -- no.

So I don't know the answer to that.

I think naive thinking, they say yes, minorities --

But that's not the case in our School District, that's for sure.

Q   Why do you say that?

A   I spent 15 years working for the Jericho School District, and then I came to

*Rich Moffett Court Reporting*

42

Longwood Central School District, where I've been now for 16 years.

And that is a night and day demographic population.  Our community is such a wealth of diversity, from people from all over the world.  I don't know if I -- I couldn't say to you, X amount is African American, X amount would be Hispanic, white, Muslim, Jewish.  We are such a diverse school district.

Q   So Doctor, in the course of your professional duties and responsibilities as Longwood Central School District Superintendent, is it your testimony that those numbers are maintained -- in other words, the number of minority students who received reduced and free meal costs?

MS. LINEEN:  Objection.

A   I don't know how that is reported to the State, but I would venture to think that more than likely, because the State is so particular about how we receive our State aid, broken up along the lines of poverty and freedom and such.

*Rich Moffett Court Reporting*

43

So, I'm going to say more than likely; but I couldn't say it to you that yes, definitely, there is.

Q   Do you know if that is submitted annually, bi-annually or something else?

A   At least annually.

Q   Every year this occurs, Ms. Mato is the one who takes care of that?

MS. LINEEN:  Objection.

A   For which one are we talking about?

Q   For reduced and free meal costs?

A   She probably wouldn't have too much to do with that.  That would come out of Janet Bryan's office, via the lunch and breakfast student lunch program.

Q   Dr. Lonergan, in the course of your professional duties and responsibilities as Superintendent of Longwood Central School District, do you know who, if anyone, Ms. Bryan is responsible to report that information to?

A   They all report to me.

That information generally would

*Rich Moffett Court Reporting*

44

be compiled by her office, and then either given to Lisa Mato for a report, or some of these reports may come out of the business office, but I'm not too sure.

Q   For instance, if you had an occasion to request such information, how would you do that?

A   Through Janet Bryan's office.

Q   Would you do that in writing or something else?

MS. LINEEN:  Objection.

A   Her office is right next to mine, so we meet on a weekly basis.

It would probably happen on our cabinet conversations.

Q   I'd like to return to that.

So let me ask you, Longwood Central School District Superintendent, how do you communicate with your subordinates?

MS. LINEEN:  Objection.

A   In a variety of ways.

As a clinical social worker of 40 years experience, I prefer to do it just the way we are here today.

*Rich Moffett Court Reporting*

Being such a large district, we do rely a lot on phone and e-mail conversations and our monthly and weekly meetings through out the district.

So when possible, face to face, and certainly the phone and e-mail there's a large communication.

Q      When you say e-mails, is that the e-mail that you stated at the beginning of today?

A      Yes.

Q      In the course of your professional responsibilities as Longwood Central School District Superintendent, do you know if each of the staff members with which you communicate has an e-mail?

A      They all do, yes; a Longwood e-mail.

Q      Have you had occasion to utilize the staff for which you are responsible by Longwood e-mail?

MS. LINEEN:  Objection.

A      Tremendously, yes.

Q      Do you have occasion to

communicate with your subordinates at the Longwood Central School District by social media?

A      Never.

Q      Have you ever utilized social media to communicate with any member of Longwood Central School District?

MS. LINEEN:  Objection.

A      Yes.

Q      On what occasion?

A      That would all take place through Pam Donovan's office.  We do have a Facebook account for Longwood, a Twitter and our web site.

MS. LINEEN:  Facebook and Twitter?

THE WITNESS:  Those are the two that I'm aware of.

Q      Dr. Lonergan, in the course of your professional duties and responsibilities as a Longwood Central School District Superintendent, have you had an opportunity to utilize that Facebook of which you just mentioned?

A      I don't.

Public relations office does, often, yes.

Q      Could you explain to me what you meant before, how you would communicate with somebody through social media?

MS. LINEEN:  Objection.

A      The District would do that, through Pam Donovan's office.

I don't communicate with anybody personally through social media at all.

Q      That's what I'm asking.

You would never message someone through social media to communicate with someone within the Longwood Central School District?

A      Me, personally, no.

It's always through the public relations office.

Q      No Twitter, like the CEOs or Donald Trump?

A      No, no, no, no.

Q      So, we can forget about that.

A      No, no.

Q      No communication through that medium?

MS. LINEEN:  Objection.

A      Nothing at all, personally, no.

Q      You said before, Pam Donovan?

A      Yes.

Q      What is Pam Donovan's title?

A      She is our Director of Public Relations.

Q      Dr. Lonergan, as Superintendent of Longwood Central School District, have you had occasion to utilize Ms. Donovan's services?

A      On a minute-by-minute basis.

Q      To whom does Ms. Donovan report?

A      To me.

Q      Anyone else?

A      Also to Dr. Denton.

Q      Anyone else?

A      That's about it.

Q      When you say minute-by-minute basis, could you explain that you mean by that?

A      Yes.  We're a district that

49

communicates very much so with our community in so many different ways; as I indicated to you, as early as Wednesday evening.

So, whenever something happens in the district that we need folks to know, we can do it through robotics, something called a Messenger program, which is a phone call that goes out to all registered users, as we did on Wednesday night, to let people know that we're a safe school to have kids come to, and other ways.

I think that's about it.

Q    So in the course of your professional responsibilities and duties as Longwood Central School District Superintendent, have you utilized Ms. Donovan to send out a message that you saw fit to send out?

A    A lot, very often, yes.

Q    As the Superintendent of Longwood Central School District, have you delegated the ability for Ms. Donovan to send messages on her own?

A    Yes.

50

Q    Has Mr. Denton done something similar?

A    Yes.

Q    So, is it fair to say that if Ms. Donovan sends a message on behalf of Longwood Central School District, she is sending a message on behalf of you, as Superintendent of Longwood Central School District?

A    No.

Pam would never send anything out without having it reviewed by me or a central office administrator.

Q    Understood.

So if she sends something out, it's because you approved it?

A    Yes. We get a copy, this is what I'm thinking, Dr. L, your questions, recommendations.

I say yes, go, no.

Q    She calls you Dr. L?

A    She calls me Dr. L.

Most people do.

Q    You indicated earlier Janet

51

Bryan was the head of the food service department?

A    She supervises, yes.

Q    How many people are made up of that department?

A    Gee, I don't know.

Q    As you sit here today, as Superintendent of the Longwood Central School District, Ms. Bryan is responsible to report to you; is that right?

A    She is.

Q    Do you know how many people are directly under Ms. Bryan?

A    I do not.

Q    Do you know basically what Ms. Bryan is responsible for, with the exception that you mentioned earlier, the census recording?

A    She's got to get me the money to do what I have to do here, which is a quarter of a billion dollars a year. That's her main job.

Q    How does she do that?

MS. LINEEN: Note my objection.

52

A    Her expertise in the creation and the management of the school budget and the supervision of all expenditures within the school, monies that are received, monies that are paid out, and then probably 100 other things, Counselor, she is involved in supervising, as well as the food program within the district as well.

That's a real short list.

Q    Do you know if she has an assistant that helps her?

A    She does; several.

Q    What are her assistants?

A    First assistant would be Nancy Kavanaugh, K-A-V-A-N-A-U-G-H, CPA.

After that, there are at least 14 fantastic women right down the hall from here; I don't if I could articulate all their names to you right now.

Q    Is there a hierarchal chart, or something that like that, like a manager would have at a company, that shows who is over who?

A    We do have a fairly

53

comprehensive supervision for myself all the way down to assistant principals.

Q     Is that a written document?

A     Yes.

Q     Have you had occasion to review that?

A     Updates each year.

Q     Annually, such a document is created; is that right?

A     That is correct.

Q     How did you first become aware of such a document, under what circumstances?

A     I created it when I became Superintendent.

Q     You've updated it every year?

A     That's correct.

Q     Who is the current custodian for that document?

A     Suzanne Iglio, my secretary, I-G-L-I-O.

Q     Is Ms. Iglio currently in possession of such document?

A     She is.

*Rich Moffett Court Reporting*

54

Q     Is it kept electronically as well?

A     It is.

Q     What is the format, and who is the custodian of that document electronically?

A     I'm not have.

Q     Do you know who to ask?

A     Suzanne would be able to tell us that.

Q     Do you know where that document is maintained electronically?

A     Say her computer.

Q     Would that be the same for the 2014-2015 school year?

A     It would.

Q     Does that document have the hierarchy --

Could you explain that again?

A     Sure.  It would start with the Superintendent of Schools, which I lovingly let anybody know that I'm the head custodian.

Then from there would be the

*Rich Moffett Court Reporting*

55

four Assistant Superintendents and the one assistant to the Superintendent that we have.

And then it flows down to the directors within each area, and the responsibilities indicated by each director is on that.

Which then it gets filtered down to the principals and to the assistant principals.

It's a great chart.

I want to give it to you.  I'm pretty proud.

Q     We would like to have it.

You mentioned of head custodian.

What did you mean by that?

A     It's an endearing term that the Board of Education has given me, as a head custodian, in that I take care of everything.

Q     So cleanup?

A     I'm the guy.

Q     So you're the head custodian.  Starts with you, and then the assistant

*Rich Moffett Court Reporting*

56

Superintendent, directors, principals?

A     Assistant principals, yes.

There are 34 administrators in our district, plus five central office administrators, and then the Superintendent.  I think that come to about 39.

Q     You said head custodian was given to you by the Board of Education?

A     Yes.

Q     Ultimately, you're responsible for the Board of Education; is that right?

A     That's correct.

I'm the only employee of the Board of Education, under New York State law.

MR. MORRIS:  Good time to take a break.

MS. LINEEN:  10:44.

(Whereupon, a break was taken at this time.)

MR. MORRIS:  Back on the record.  It's now 10:48.

Q     Doctor, you mentioned a significant hierarchy, starting with the

*Rich Moffett Court Reporting*

57

head custodian.

Can you tell me, directly underneath you, there are four superintendents, four assistants?

MS. LINEEN: Objection to form.

A   **Four assistant superintendents.**

Q   I apologize.

What are the names of those assistant superintendents?

A   **For curriculum and instruction, that is Dr. Maria Castro.**

**For pupil personnel and community services, Dr. Vaughn Denton, D-E-N-T-O-N.**

**Operations and finance, Mrs. Janet Bryan, B-R-Y-A-N.**

**And Assistant Superintendent for Human Resources, Mr. Richard Kollar, K-O-L-L-A-R.**

**Then there's one assistant to the superintendent. She is not a Superintendent, she's an assistant to the Superintendent, Mrs. Mary Richardson, S-O-N.**

Q   So to be clear, Ms. Richardson

*Rich Moffett Court Reporting*

58

is not an Assistant Superintendent?

A   **Correct.**

Q   She is, I guess, your direct subordinate?

MS. LINEEN: Objection.

A   **She is a subordinate to me, but not an assistant superintendent, right.**

Q   What are Ms. Richardson's duties and responsibilities?

A   **Primarily our district grant writer.**

Q   Is that a civil service position?

A   **It is not.**

Q   What, if any, contract or collective bargaining --

A   **She has a memorandum of agreement, as does the Superintendent and the four Assistant Superintendents, not --**

Q   Who hired her?

A   **I did.**

Q   Did you need to seek Board approval to do that?

A   **Of course.**

*Rich Moffett Court Reporting*

59

Q   Back up for a second.

Dr. Lonergan, as Superintendent of Longwood Central School District, you named four assistant superintendents.

Are those the current assistant superintendents?

A   **They are.**

Q   Were they the assistant superintendents during the 2014-2015 school year?

A   **Dr. Castro was not, Mr. Kollar was not, Mr. Denton was not.**

**Mrs. Bryan was.**

Q   Who were the assistant superintendents within the Longwood Central School District for the 2014-2015 school year?

A   **Janet Bryan, '14-'15, I believe I had a leave replacement for the curriculum instruction position; that was Dr. Alan Gerstenlauer, who was a former superintendent here, who was here for half the year, in the spring.**

**In the fall, it was Dr. Phyllis**

*Rich Moffett Court Reporting*

60

**Stern; she retired in January. Mr. Michael Gargiulo was then Assistant Superintendent of Human Resources. Mrs. Debra Winter was the Assistant Superintendent for Pupil Personnel, and then Janet Bryan.**

**And there was no assistant to the superintendent -- I don't remember the year that I hired Mary Richardson. It may have been '15-'16, or she may have been here in '14-'15. I'm not sure about that.**

Q   Dr. Gerstenlauer?

A   **Alan Gerstenlauer, G-E-R-S-T-E-N-L-A-U-E-R.**

Q   Thank you very much.

Do you know, Dr. Lonergan, when he was the Superintendent of Longwood Central School District, from what term to what term?

A   **Yes.**

**He started in September -- I'm not sure of his start date; I'm going to say September of '05.**

**He retired in August of 2012.**

Q   You say he retired.

*Rich Moffett Court Reporting*

61

Did he step down to assistant superintendent?

A   No.  He retired.

Q   At that point, you were hired as Superintendent?

A   That's correct.

He started in September of 2005.

Q   So 2005 to 2012?

A   Yes.  Seven years, yes.

And I replaced him.

Q   Dr. Lonergan, you said before, in the course of your professional duties and responsibilities as Longwood Central School District Superintendent, you had come to learn that there were 34 administrators; is that right?

MS. LINEEN:  Objection to form.

A   We have currently 34 administrators, plus four assistant superintendents, one assistant to the Superintendent and the head custodian, Superintendent.

Q   The 34 administrators, to whom are those administrators responsible?

62

A   To me.

Q   Dr. Lonergan, in the course of your professional activities as Superintendent of Longwood Central School District, have you had an opportunity to call upon those 34 administrators to perform any functions or duties on your behalf?

A   Routinely.

Q   Can you describe what you would call upon those administrators to do for you?

MS. LINEEN:  Objection.

A   You got a week?

Q   Withdrawn.

Let's start with this:

What is the title of the 34 administrators that you mentioned earlier?

MS. LINEEN:  Objection.

A   They start with the building principals, seven of them.  See if my math is good.

And then we have seven directors, district-wide directors.

Then we have -- give me a

63

moment; I'll do the math on the assistant principals.  17 assistant principals.

Am I at 34?

Q   31.

A   Then it would be -- so it would be three more directors to that.

Four assistant superintendents, one assistant to the Superintendent, and me.

Q   You mentioned earlier, the seven building principals?

A   Yes.

Q   Were those the same seven building principals as were the building principals in 2014-'15?

A   You're going to tax me now.

High school, no.

Junior high school, you know, I'm going to have to say, I don't know.  You're there on the cusp of a turnover for a number of the buildings' principals.  But I don't recall if it was '13-'14, '14-'15 -- I'm going to say, I'm not sure.

Q   When you say turnover, to what are you referring?

64

A   Generally, when administrators retire, we replace in kind.

Q   Understood.

There were a number of retirements that year?

A   We've had retirements over the last few years, so it gets a little bit gray for me to say exactly who was there that year that you asked.

MS. LINEEN:  Objection.

Q   Dr. Lonergan, as Superintendent of Longwood Central School District, it seems that you refer to the building principals as administrators; is that right?

A   Yes.

Q   For that matter, the assistant principals are also administrators; is that right?

A   They are.

Q   Three more directors; who are those three more directors to which you referred?

A   Within the Meyer unit -- I can go through all the directors.  Let me do

65

that; that would be a little bit easier.

For the athletics and physical education, that's Gina Curiale, C-U-R-I-A-L-E.

Music and fine arts would be Dr. John Gallagher, G-A-L-L-A-G-H-E-R.

Director of Technology, Mr. Pierre Gay, G-A-Y.

Director of English, Math and Science, Mr. Lance Lohman, L-O-H-M-A-N.

Director of Social Studies, ENL, ELL, Dr. Tracy Poulton, P-O-U-L-T-O-N.

Mrs. Lisa Mato, M-A-T-O, Director of Special Services and Testing.

Then we have Gale Winsper, Director of Transportation. Director of Food Services, Mr. Tom Murphy, M-U-R-P-H-Y. And our Director of Operations and Maintenance, Mr. Steve Harding, H-A-R-D-I-N-G.

I just love every one of those people. Just fantastic.

Q    So Dr. Lonergan, I've got nine directors you mentioned, seven building

66

principals.

Is it fair to say you have 17 assistant principals within the Longwood Central School District?

A    If you're doing the math. Sounds good to me.

MS. LINEEN:  If you're not sure --

THE WITNESS:  I'm not too sure. I'd have to add them up again.

Q    The 17 assistant principals, starting with the high school, who are the assistant principals?

A    Currently?

Q    Aha.

A    Mrs. Barbara Merkel, Mrs. Melissa Conlon, C-O-N-L-O-N; Mr. Scott Reese, R-E-E-S-E; Mr. Sam Ahmed, A-H-M-E-D; Mr. Eric Sorenson, S-O-R-E-N-S-O-N.

I think that's it.

Q    For the junior high school?

A    Mr. Robert Neugebauer, N-E-U-G-E-B-A-U-E-R, and Mr. Kenneth O'Neill.

67

Q    So that covers the high school and junior high school.

For the five other buildings, can you describe the ten remaining assistant principals?

A    Sure.

In the middle school?

Q    Yes?

A    It would be Mrs. Raegan, R-A-E-G-A-N, Hololob, H-O-L-O-L-O-B; Mr. Carlos Falcon, F-A-L-C-O-N. That's the middle school.

Then we'll start with the Ridge elementary school:  Anjany, A-N-J-A-N-Y, Persaud, P-E-R-S-A-U-D; Laura Hopkins, H-O-P-K-I-N-S.

Let's go to CEW, Charles E. Walters elementary school:  Mr. Brian Foster, F-O-S-T-E-R, and Ms. Erin Gibson, G-I-B-S-O-N.

And then we'll move to West Middle Island elementary school. West Middle Island is Ms. Patricia Elizabeth Fink, F-I-N-K, and Denisha, D-E-N-I-S-H-A --

68

come back to that one.

Q    We'll leave a blank in the transcript. Insert:_____

A    Come back to that.

She is looking for a job elsewhere. I'm paranoid about that, to lose her.

Then we'll go to Coram. That is Mr. Thomas Knott, K-N-O-T-T, and Ms. Jennifer, with two Ns -- get ready for this last name -- Mella, M-E-L-L-A, dash, Mollo, M-O-L-L-O.

Denisha Van Liew, V-A-N, L-I-E-W, back at West Middle Island.

Q    That's 17.

Van Liew was the --

A    West Middle Island.

Q    17.

And then I've got, as you mentioned before, the athletic, music, technical. Lance Lohman, social studies, special services, transportation, looks like building maintenance. That's another nine.

69

That gives us 26.  Seven building principals, of which we mentioned earlier.  That gives us --

A    32.

Q    33.

Who was that last director?

A    I wish I had my calendar in front of me.

We have another director of -- Lisa Mato, I said.

It escapes me right now.  But there is one more.

Q    Doctor, do you have that calendar in your building?

A    I do.

Q    During the break we'll ask if you could grab it.  Maybe we'll fill in that blank, please.

A    Okay.

Q    34 administrators.  We said went through seven building principals, seven district-wide directors, 17 assistant principals, three more directors.

Who are underneath those

70

individuals, the directors and the assistant principals?

MS. LINEEN:  Objection.

A    The other 1620 people that work for the district, literally.

Q    To whom --

A    Are you going to ask me their names?

Q    No.

A    I could probably get halfway through it; that would be it.

Q    Wouldn't want to waste your time.

Dr. Lonergan, as the Superintendent of the Longwood Central School District, do you know who those 1620 employees report to?

A    Yes, probably I could do that.

Q    Is it fair to say that those 1620 employees report to the persons whom we just ran through, that being the 34 administrators?

MS. LINEEN:  Note my objection to form.

71

A    There may be other folks in middle management that some of those folks would report to as well.

So yes.

No, no. There would be others as well.

We have a number of layers.

Q    So to whom do these assistant superintendents within the Longwood Central School District regularly report to?

A    To me.

Q    To whom do the -- start with the seven building principals.

To whom do the seven building principals within the Longwood Central School District regularly report to?

A    To me and to the assistant superintendents.

Q    To whom do the seven district-wide directors regularly report in the Longwood Central School District?

A    To the assistant Superintendent and me.

Q    To whom do the 17 assistant

72

principals within Longwood Central School District report?

A    Primarily to the principal of their building.

Q    To whom do those three more directors that we mentioned earlier report?

A    To the various assistant superintendents and myself.

MS. LINEEN:  Objection.

Q    To whom do you report?

A    To the Board of Education.

Q    As Superintendent of Longwood Central School District, how do you regularly report to the Board of Education?

MS. LINEEN:  Objection.

You can answer.

A    Regularly?

Well, we do have about 22 Board of Education meetings per year, another four workshop meetings per year.  I will meet every other Tuesday morning for two hours with the Board president and vice-president, which we set the agenda for the following week, Board of Education agenda for the

**73**

week.

And any other time that the Board of Education requires a conversation with me, I'm at their disposal.

Q Let's talk about that.

Who currently makes up the Board of Education?

A We have seven members: President, Mr. Frank Muraca, M-U-R-A-C-A; vice-president, Mr. Paul Infranco, I-N-F-R-A-N-C-O; and then five trustees after that: Maureen Silvestri, S-I-L-V-E-S-T-R-I; Daniel Thomeziski, T-H-O-M-E-Z-I-S-K-I; Ms. Penelope McGrath, M-C-G-R-A-T-H; Mr. David Pfister, with a P, P-F-I-S-T-E-R; Ms. Victoria Malloy, M-A-L-L-O-Y.

Q Dr. Lonergan, is that the same Board of Education as existed in 2014-2015?

A Some of them are.

Q What was the Board of Education within the Longwood Central School District for the 2014-2015 school year?

A I don't know.

*Rich Moffett Court Reporting*

**74**

I think I could find that out, but I don't know right now.

Q Doctor, to what would you refer to find that information?

A The Board -- the district clerk would have that information of all our Board members going back over the years.

Q Would that be something you mentioned before, a calendar or a chart that you have, something along those lines, in the 2014-2015 --

MS. LINEEN: Note my objection to form.

A I don't know how they-- how Lillian would keep that information, to be honest with you.

Q Lillian, what was her last name?

A Pizzollo.

Q

So, Dr. Lonergan, as Longwood Central School District Superintendent, Ms. Pizzollo would have that were 2014-2015 information?

MS. LINEEN: Objection.

*Rich Moffett Court Reporting*

**75**

A Always.

Q Do you know how she would maintain such information?

A Probably through the Board agenda.

Q What is the Board agenda?

A That highlights the Board members' names and the Board business that every Board of Education conducts twice a month in the district.

Q Are those the 22 Board meetings that you referred to earlier?

A We range from 20 to 22, depending on the school calendar, yes.

Q Before, you said that regularly occurred.

Is there a rule, guideline, procedure, book, or anything that particular date?

A This Board asks to meet twice monthly, depending upon the student calendar. Generally we do.

February, sometimes, because of the break, there is one meeting, as it was

*Rich Moffett Court Reporting*

**76**

this year.

Q Going back to Ms. Pizzollo, so she maintains what you call a board agenda meeting notes?

A She maintains everything that is associated -- she is their secretary, so she maintains all the business of the Board of Education.

Q Let's back up to are a second.

To whom does Ms. Pizzollo report?

A To the Board of Education.

Q Ms. Pizzollo is an employed by the Longwood Central School District?

A She is.

Q Are you responsible for reporting to Ms. Pizzollo, in whole or in part?

A I'm not. No, I'm not.

She actually reports to me, but she's considered the Board's secretary.

In education, there is really nobody who works for the Board except for the Superintendent.

*Rich Moffett Court Reporting*

77

Everybody else works for the school Superintendent.

Q   Can you describe Ms. Pizzollo's job functions and duties, please?

A   She maintains all Board of Education work. She maintains all files associated with the Board of Education. Elections, special elections for the Board of Education.

She maintains anything and everything that has to do with those seven members being prepared to sit twice a month for a board meeting. She is their person.

Q   I want to back up for a second. When you say she maintains.

Is she responsible for maintaining this information for presentation to the Board member year to year, month to month?

A   I would say that's a good description, yes.

MS. LINEEN:  Objection.

Q   So in other words, she maintains these documents in the regular course of

78

business through Longwood Central School District?

A   She does.

Q   She maintains documentation that goes back how many years, to your knowledge?

MS. LINEEN:  Objection.

A   I don't know. Many, many. Long before me, that's for sure.

Q   If a communication was to occur within the Board, would Ms. Pizzollo be responsible, in whole or in part, for communicating that?

MS. LINEEN:  Objection.

A   She would.

Q   So is it fair to say Ms. Pizzollo prepares meeting agendas for each Board of Education meeting within the Longwood Central School District?

A   Superintendent's office prepares the agenda, not Ms. Pizzollo.

Q   When you say the Superintendent's office, to whom are you referring?

A   Suzanne Iglio, I-G-L-I-O, my

79

secretary.

Q   Anyone else besides Ms. Iglio?

A   No.

Q   Once that agenda is prepared, what, if anything, does Ms. Pizzollo do with that?

A   Ms. Pizzollo would be responsible for any guest speakers who are coming in. She would work with my secretary to arrange that on the agenda.

If we have routine counsel who come into advise the Board, both Lillian and Suzanne would be part of what meeting that would take place; with my input, of course.

They work in tandem in a lot of the communication to put that agenda together.

Q   So back to the school Board.

You indicated that there were approximately 22 Board of Education meetings; is that right?

A   Per year, absolutely, yes.

Q   Four workshops?

A   Yes.

80

Q   What are those?

A   Those are evening workshops.

There are also public meetings, as set forth by SED law. They're done not at a regularly scheduled meeting, one of those 22.

So they may take one in the fall, one in the winter, one in the spring, one in the summertime, open to the public. Public can come in and listen to it.

But it's a scaled down version of items that they wish to discuss with me, rather than the weekly business of personnel and such that are on their agenda.

Q   Any private meetings with you and the Board of Education, as Longwood High School Superintendent?

A   Actually, if you have a Board of Education, all members together, that's always a meeting. So, you can -- there's a little bit of flexibility with that. If a Board says, we want to go out for a holiday dinner, and the Superintendent goes with them, somebody will say, that's a Board of

81

Education meeting, then they've been well advised by counsel that if there's no --

MS. LINEEN:  Don't go into what counsel told you.

A   Sure.

-- if there's no business discussed, that's a social event.

But that rarely, rarely happens.

I think once in 16 years that I've been here, that I was.

Q   Let me take this opportunity -- I'll never ask you for conversation --

A   I understand.

Q   -- with your attorney.

For that matter, if you even think, just say syllables.

A   You can ask me anything you want.  I know my counsel will advise me.  You can ask me anything you like.

MS. LINEEN:  You can't talk about privileged communication.

Q   Everything we can agree on, we can definitely agree on that.

A   Sure.

*Rich Moffett Court Reporting*

82

Q   So, to be clear, so any meeting that was to occur between you, as a Longwood Central School District Superintendent and Longwood Central School District Board of Education, who is responsible for the dissemination of public notice?

A   Lillian Pizzollo.

Q   I asked you this before.

Have you ever had an opportunity to meet with the Board of Education privately?

MS. LINEEN:  Notify my objection to form.

A   Outside of executive session or a public meeting, no.

Q   Except in 16 years, one occurrence?

A   I think one dinner, one lunch after graduation, I think.

Q   Obviously that was more for food, as opposed to discussing?

A   Entirely, yes.

Q   As Ms. Pizzollo is responsible for the dissemination of Public Notice,

*Rich Moffett Court Reporting*

83

what, if any, other materials is Ms. Pizzollo responsible for dissemination to the Longwood Central School District?

A   She would communicate with counsel on any and all personnel matters that come up in executive session.  She would handle all the legal papers and dissemination to the Board members in conversation with counsel on a particular evening.  That would be one example.

Q   In using examples, if a Longwood Central School District employee, in some form or fashion, was accused of a crime, would that go to Ms. Pizzollo?

A   Yes.

Q   If a Longwood Central School District employee, in one form or fashion, was accused of a misconduct, would that go to Ms. Pizzollo?

A   It would.

Q   To whom, if anyone, would that sort of information be conveyed to, aside from Ms. Pizzollo?

MS. LINEEN:  Objection to form.

*Rich Moffett Court Reporting*

84

A   To myself, cabinet, and counsel.

Q   How would that occur?

A   In executive session, a Board of Education meeting.

Q   Aside from executive session, any other way that information would be disseminated?

A   Never.

Q   When you say executive session, is that provided to you verbally, in writing, package?

MS. LINEEN:  Objection.

A   Number of ways, yes; all those ways.

Q   Typically, does Ms. Pizzollo prepare a document -- in that instance, you said before, in regard to misconduct, would a packet be prepared?

A   By counsel.

Q   You said four workshop sessions, and then a -- every other Tuesday.

What occurs every other Tuesday?

A   That's an agenda-setting meeting, so the two Board officers and

*Rich Moffett Court Reporting*

85

myself will sit down, and I submit to them a preliminary agenda with very similar business items that they would deal with on a regular basis: Contracts between us and other companies within the district. And we would review that.

And then they want to add something in general discussion on a topic they would want to talk about, for example, school safety, coming up after the massacre in Florida.

So we work together in putting together what is presented to the Board and to the community on that evening.

Q   You said business.

So, is it fair to say, Ms. Pizzollo acts as the coordinator of those business meetings?

MS. LINEEN:  Objection.

A   No, she doesn't; I do.

Q   How do you do that?

A   Regularly scheduled every other Tuesday.

As a matter of fact, that's our

*Rich Moffett Court Reporting*

86

summer workshop topic, is to review the Board of Education meetings each year, workshop dates. The Board officers meet with me. That is generally done in August, before school starts.

Q   Typically, those are meetings between you and two Board members?

A   Tuesday morning meetings, yes.

Q   Any particular Board member?

A   President and vice-president.

Q   Do you recall the vice-president and president in 2014-2015?

A   Dan Thomeziski was the president, and the vice-president was -- I'd be grappling. I'm not sure.

Q   So for instance, would an agenda meeting refresh your recollection as to --

A   Without a doubt, yes.

MS. LINEEN:  Let him get his question out, in case I want to place an objection on the record.

Q   So, going into one of these 22 Board of Education meetings approximately a year, in the course of your professional

*Rich Moffett Court Reporting*

87

duties and responsibilities as Superintendent of Longwood Central School District, how did you receive the notice of what was to be discussed at such a meeting?

A   Through the Board agenda.

Q   Ms. Pizzollo was responsible for disseminating that Board agenda?

A   My secretary is.

Q   Ms. Iglio?

A   Yes.

Q   Did you have a part, in whole or in some form or fashion of editing, or any responsibility as to that Board agenda?

A   Very much so.

Q   Can you explain, please?

A   Yes.

There are yearly happenings within the School District business for Boards to approve contracts with other school districts, Special Education, students attending other school districts, things such as tax abatements. Anything and everything that has to do with it that comes under the auspices of the Board of Education

*Rich Moffett Court Reporting*

88

gets done at those biweekly meetings.

Q   You might have already mentioned this.

Who, if anyone, is responsible for Ms. Iglio?

A   I am.

Q   Do you review these Board agenda meetings before they go out, these notes?

MS. LINEEN:  Note my objection to the form.

A   I review them before the Board officers and I meet on that Tuesday morning, and then prior to the Board receiving the completed agenda the Friday before their Board meeting.

Q   As we sit here today, you've mentioned the Board -- it was a different school Board in June of 2015; is that fair to say?

A   There were different members on the Board, yes.

Q   Do you recall who were the members of the school Board on June 4, 2015?

A   I don't.

*Rich Moffett Court Reporting*

89

Q    Was Dan Thomeziski the president?

A    He was.

Q    Do you recall who the vice-president was on June 4th, 2015 of the Longwood Central School District Board?

A    I don't.

Q    Do you know what, if any, changes occurred that year to the Longwood Central School Board as it exists from then to today?

MS. LINEEN:  Objection.

A    I don't.

Q    Does the school Board have a district clerk?

A    They do.

Q    Who is that?

A    Lillian Pizzollo.

Q    Do you communicate with Ms. Pizzollo?

A    I do.

Q    She works directly for the school Board, right?

A    She is the district clerk, yes.

*Rich Moffett Court Reporting*

90

Q    Is there any other liaison between you and the Longwood Central School District Board?

A    Define liaison.

Q    Aside from Ms. Pizzollo, is there anyone else who regularly communicates between you and the Longwood Central School District Board?

A    No.

Q    Any other equivalents of Ms. Pizzollo in any regard as it relates to her job duties and communicating with you and the Board of Education?

MS. LINEEN:  Objection.

A    We only have one District clerk.

Q    And do you communicate with the district clerk personally, by e-mail, or something else?

A    E-mail, face to face, on the phone.

Q    In the course of a given week, how many times will you communicate with the district clerk?

A    Two to three times a week.

*Rich Moffett Court Reporting*

91

Q    Is the district clerk within the same building as you occupy?

A    No.

Q    Does the -- you're gesturing?

A    She's in the trailer.

Q    They put her in the trailer?

A    Yes.

MS. LINEEN:  Objection.

Q    To be clear, the trailer is an annex to the Longwood Central School District building?

A    Central Office East, as it says on the wall.

Q    To be clear, it looks like a permanent structure, not just something on wheels?

A    No, it's a trailer, unfortunately.

Remember, we're a very poor School District.  We rely on trailers, big time.

Q    You mentioned before that the Longwood Central School District Board meets about 20 times a year; is that right?

*Rich Moffett Court Reporting*

92

A    20, 22, 21.

Q    Other than these meetings, are there any other meetings that you are aware of?

A    Board of Education meetings?

Q    Yes?

A    No.

Q    Other than the four workshops, any other workshops or meetings of that equivalency that you're aware of?

MS. LINEEN:  Objection.

A    No.

Q    Aside from those meetings that you discussed earlier, the every other Tuesday, do you ever meet individually with the members of the Longwood Central School District Board of Education for any reason?

A    I can, yes.  I do.

Q    Why would you do that?

A    They would stop by just to say hello, and that's basically it.  They try to stick -- I have a fantastic relationship with them.  So, if at a school event or something, we may sit together and chat a

*Rich Moffett Court Reporting*

little bit.

I would say at social endeavors, yes.

We are around a lot within the district.

Q     With the exception of every other Tuesday, in the course of your professional duties and responsibilities as Longwood Central School District Superintendent, how often would you meet with individual members of the Board?

MS. LINEEN:  Objection.

A     I would say weekly.  I would say weekly, because we are out and about at a lot of different functions.  When they're there, I'm there; so weekly.

Q     Can you explain what you mean when you say functions?

A     Concerts, school plays, recognitions.  We must hold about 10 or 12 a week, because the school is so large.

Q     To be clear, you're not talking about a rock concert, you're talking about a Longwood Central School concert?

*Rich Moffett Court Reporting*

A     Yes, music concerts, plays. There are so many things we do.

Q     So, I don't want to put words in your mouth.

As Longwood Central School District Superintendent, for what reason would you regularly meet with the school Board members, as you've described?

MS. LINEEN:  Objection.

A     Well, definitely every two weeks for our Board meetings and during our workshop times.  And then after that, it's generally at school functions.

Q     When you say socially, professionally, or something else?

A     Well, socially is meant to be, you know, professionally.  Only professionally.

There's no social contact with the Superintendent.  At least not in this district.  Better not be anywhere.

Q     To be clear, these are -- these are professional interactions?

A     They certainly are, yes.

*Rich Moffett Court Reporting*

Q     Dr. Lonergan, in the course of your professional activity as Superintendent of Longwood High School lost, do you have the occasion to read and review the minutes for the School District meetings?

A     I do.

Q     What is the process of which you normally will do that?

A     That occurs between my secretary, Suzanne Iglio, and myself, prior to the Tuesday morning meetings with the president and the vice-president of the Board.

We then go through the agenda as proposed on that date and make some additions to it, depending on what they would like to see in general discussion.

Otherwise, I present to them what the upcoming business actions need to be at that Board meeting.

Q     For what purpose do you do this?

A     To prepare the agenda for the next Board meeting.

Q     You said business items?

*Rich Moffett Court Reporting*

A     Yes.

Q     So sort of like a conglomeration?

A     An agenda -- all school districts in New York State are broken into different areas, from new business to old business, to general discussion, to executive session.

That follows the same format each meeting, with of course the different information.

Q     Dr. Lonergan, as Superintendent of Longwood Central School District, are you aware if any policy or practice procedure manual for the school district exists?

A     You need to be a little more specific.

Q     Is there book, a guide, a binder of documents, something to which you could refer that shows how the school district and its operation are regularly run?

MS. LINEEN:  Objection.

A     You're going to have to be specific.

*Rich Moffett Court Reporting*

There's a lot of different information disseminated.

Q    Anything that you received when you became Superintendent that explains what your job duties and functions were?

A    Yes. Everything, was the word they used when they hired me. You were the head custodian. You were involved and responsible for everything.

Q    What, if any, documentation did you receive?

A    None.

Q    Any policies or procedures for the Longwood Central School District Board of Education?

A    Sure. They have an extensive policy manual.

Q    When you say an extensive policy manual, have you had occasion to read it?

A    Yes, periodically.

Q    When did you first become aware of that; under what circumstances?

A    When I first was hired here back in 2002, as a central office administrator,

Rich Moffett Court Reporting

the word policy was very well known.

Q    Do you know who the current custodian of that policy is, as you reviewed it?

A    Besides the Board?

MS. LINEEN:  Objection.

A    Lillian Pizzollo.

Q    Is there an electronic version of it?

A    There is.

Q    Do you know who the custodian of that electronic version is?

A    Controlled by us, through a company called board docs.

Q    You said Lillian Pizzollo. Was she responsible for the maintenance of this document as it existed in 2014-2015?

MS. LINEEN:  Note my objection.

A    She was not.

Q    How long has she been employed by the Longwood Central School District Board of Education?

A    This is her second year.

Rich Moffett Court Reporting

Q    Who was the district clerk in 2014-2015?

A    Ms. Judith Rice, R-I-C-E.

Q    How long was Ms. Rice employed by the Longwood Central School District Board of Education?

A    I don't know. A long time.

Q    Did Ms. Rice retire?

A    She did.

Q    Do you know year Ms. Rice retired?

A    I do not.

Q    Was there any lapse of employment between Ms. Rice and Ms. Pizzollo?

A    No.

MS. LINEEN:  Objection.

Q    Fair to say, Ms. Pizzollo replaced Ms. Rice as district clerk?

A    Lillian deposit, yes.

Q    Do you know when the policies and procedures that you mentioned earlier originated?

MS. LINEEN:  Objection.

Rich Moffett Court Reporting

A    They are Board of Education property.

Q    They were created by the Board of Education?

A    Yes.

Board of Education's responsibility is to maintain and create -- abolish and/or create a school district policy and to hire a Superintendent of Schools.

Q    Dr. Lonergan, as Superintendent of the Longwood Central School District, have you ever had an occasion to propose policy and procedure to the school Board of Longwood Central School District?

A    Yes.

Q    Have you ever had the opportunity to propose policy and procedure to the Longwood Central School District Board of Education for inclusion into this document?

MS. LINEEN:  Note my objection.

A    In the policy?

Q    Yes?

Rich Moffett Court Reporting

**101**

A    Yes.

Q    When have you had occasion to do so?

A    Routinely.

Q    Is that at the Board of Education meetings, the weekly meetings, or something else?

A    We try to be inclusive with our community, so the Board of Education holds monthly policy committee meetings, which is a Board of Education created committee with parents, teachers, administrators.

And that's headed up by Dr. Maria Castro as well as several Board members.

And the policy committee is very, very much instrumental in the review and discussion of existing policies and new policies as they flow from my office and then to the Board of Education for their discussion and acceptance and such, at a Board meeting.

Q    How long has this policy committee meeting been around for?

*Rich Moffett Court Reporting*

**102**

A    I don't know, but a long time.

Q    Before you?

A    Way before me.

Q    You said Dr. Castro, now heads that up?

A    She's the liaison, yes.

Q    Who is the head of the policy committee meeting?

A    On the Board of Education?

Q    Yes?

A    Assigned to that is Mr. Frank Muraca.

Q    You said earlier -- I want to be clear -- Dr. Castro would review recommendations from the Superintendent?

A    Yeah.  It's a fairly fluid process, where policy, by law, actually requires the Board of Education to routinely review their policies.  That's really what the committee was set up for, so you'll have certain policies that will say they have to be reviewed annually, biannually, every so often.  So the committee polices that and makes sure that that is -- that is done, and

*Rich Moffett Court Reporting*

**103**

then makes suggestions as to what the new policy will be.

Also on that committee is our counsel as well.  And then anything reviewe or changed for consideration goes to the Board of Education for them to look at.

Q    When you say counsel, is that --

A    Our school counsel.

Q    Is that Ingrid Smith?

A    Ingrid Smith.

Q    You said that it's the Board's responsibility to review the policy?

A    It is.

Q    Could you tell me what your involvement is, as Longwood Central School District Superintendent?

Dr. Lonergan, in the course of your professional activities as Superintendent of Longwood Central School District, you've had opportunity to participate in this policy committee meeting; is that right?

A    I do not.

Q    What, if anything, are you

*Rich Moffett Court Reporting*

**104**

responsibilities in regard to this meeting?

A    Policy.

That information generally comes to me at Board of Education meetings, where collectively the Board and the Superintendent would have input on any changes or adoptions or deletions of policy, generally at the Board of Education public meeting.

Q    To whom does Dr. Castro report after this meeting concludes, if anyone?

MS. LINEEN:  Note my objection.

A    To me.

Q    Then what, if any, involvement do you have in regard to the Board of Education promulgating policy as a result of that policy committee meeting?

A    When policy is completed at that committee meeting, it is placed on the Board of Education agenda, discussed with myself, and with the two Board officers prior to the meeting.

The new policy and the old policy go onto the agenda for the first

*Rich Moffett Court Reporting*

105

meeting to review, so the Board gets an opportunity to review and talk about it during their first reading. And then a month later, the next meeting after that, they can pull it for further conversation or move to adopt, at the next meeting.

Q  You were referring to the Tuesday meeting.

Is that the Tuesday meeting that you have every other Tuesday?

A  The Board officers, yes.

Q  Dr. Lonergan, in the course of your professional duties as Longwood Central School District Superintendent, those Tuesday meetings are part and parcel of the creation of policy; is that right?

MS. LINEEN: Objection.

A  No. They're part and parcel of what work comes out of the policy committee, now due for review by the Board for their agenda.

Q  Could you explain the process that you have in helping the Board review that agenda?

106

A  Yes.

MS. LINEEN: Objection.

A  It's a public agenda. And when it gets to that section of the agenda, policy is discussed, and generally the Board of Education has read whatever the proposals have been in the agenda before the meeting, and they certainly will ask me and/or central office administrators for any clarification or input on how that affects our staff, our students, our community.

And that's the conversation that takes place. And then they decide, as a Board, whether to adopt or not.

Q  Does the Longwood Central School Board take action on the policy and procedure that you review?

MS. LINEEN: Objection.

A  They're the only ones that may.

Q  Could they act upon your recommendations?

A  We put our input in, as Central office administrators; but in the end, it's the Board that will accept, or not, a

107

particular revision or a new policy.

Q  Is the policy kept together as an entire policy?

A  Uh-hah. Yes.

Q  Where is the copy of that policy now?

MS. LINEEN: Note my objection. You said on your desk?

A  On my desk.

MR. MORRIS: We're going to ask for a photostatic copy of that manual produced in this deposition.

MS. LINEEN: You want the entire policy manual?

MR. MORRIS: Yes.

MS. LINEEN: I don't think you're going to get that copy today, for the deposition.

MR. MORRIS: No, no, I understand.

If we could have it at the end of this deposition, we've asked for it.

MS. LINEEN: You haven't asked

108

for the Board policy.

MR. MORRIS: We have.

MS. LINEEN: You have not asked for the Board policy manual.

I can't produce the entire thing today.

It's all online, if you like to get it, or I will have a copy made.

MR. MORRIS: Okay.

Q  Anyone in your office, Dr. Lonergan, read and review the school Board meeting notes?

A  Yes. The entire cabinet.

Q  When you say the cabinet, like the president?

A  Assistant superintendents.

Q  If you could just list -- who is responsible for reading and reviewing school Board minutes?

A  Superintendent, Assistant Superintendent for Curriculum and Instruction, Dr. Castro; Assistant Superintendent for Business and Finance, Janet Bryan; Assistant Superintendent for

**109**

Human Resources, Richard Kollar; Assistant Superintendent of People, Personnel and Community Service, Dr. Denton; and the Assistant to the Superintendent, Mary Richardson.

Q     Anyone else?

A     No.

Q     I think I heard earlier that they were published on the web site.

Just to be clear, Dr. Lonergan, as Superintendent of the Longwood Central School District, do you know if the school Board minutes are published on the Longwood Central School District web site?

A     They are.

Q     Ultimately, who is responsible for that duty?

A     Lillian Pizzollo.

Q     The persons that you mentioned earlier, those are the persons responsible for the review of those minutes before they are posted by Lillian Pizzolla?

MS. LINEEN:  Objection.

A     No.  The Board of Education

*Rich Moffett Court Reporting*

**110**

minutes are reflected by the Board of Education notes taken by the district clerk at each meeting; that's Lillian Pizzollo.

The Superintendent and the assistant superintendents have nothing to do with recording out or creating what those minutes will look like.  That's all done on tape, and she does whatever she does with those there and reports the minutes out to the community.

We have nothing to do with that. We certainly discuss our Board of Education agenda, but not the minutes.

Q     So I want to back up for a second.

Lillian Pizzollo tapes each Board meeting?

A     Yes.

Q     Is that a regular practice of Ms. Pizzollo's?

A     Yes.

Q     Was that a practice under Ms. Rice?

A     Yes.

*Rich Moffett Court Reporting*

**111**

Q     When you say tape, audiotape, videotape?

A     It's all audiotaped.

Q     Who is responsible for the maintenance of those audiotapes?

A     Lillian Pizzollo.

Q     Is she the custodian of those tapes as they exist today?

A     She is.

Q     Do those tapes exist electronically?

A     I'm not sure.

Q     All right.  Going back.

So it sounds like the meetings themselves are maintained by Ms. Pizzollo.

What were your duties, and the assistant superintendents' duties, in regard to the school Board meetings that we mentioned earlier?

A     We facilitate the agenda, answering questions and reporting out to the Board, questions that they may have on contracts, personnel issues and such.

Q     Does anyone record those

*Rich Moffett Court Reporting*

**112**

questions, or how they are addressed, in any form or fashion?

A     Everything in public session is recorded by Lillian Pizzollo.

Q     What, if anything, is done by you, as Superintendent of the Longwood Central School District and the Assistant Superintendent of Longwood Central School District, prior to the public session?

MS. LINEEN:  Objection.

A     In preparation for the agenda?

Q     Yes?

A     Yes.  So, we meet weekly, as a cabinet, sometimes twice, three times a week.  We review the upcoming agenda that's being brought forward to the Board of Education.  And generally the Superintendents take a look at their areas; so business would be for Janet, curriculum and structure would be for Maria.

And we are sure that whatever is there, reach one of those folks, can articulate any information that the Board may question about a certain contract or

*Rich Moffett Court Reporting*

113

policy or something along those lines.

Q    How is that disseminated to you, as Longwood Central School District Superintendent?

A    From my secretary, and then to my cabinet.

Q    Is that Ms. Iglio?

A    Yes.

Q    Ms. Iglio sends an e-mail, letter, or how does that get communicated to you and your cabinet?

A    She hands us the copies of the draft agenda.

Q    Ms. Iglio is responsible for maintaining the draft agendas; is that right?

A    She is.

Q    Is she responsible for disseminating the draft agenda to you; and when you say your cabinet, is that the assistant superintendents?

A    Yes.

Q    Anyone else, aside from you and the assistant superintendents receive that

*Rich Moffett Court Reporting*

114

draft of which Ms. Iglio prepares regularly?

A    The biweekly meeting with the president and vice-president of the Board.

Q    You indicated sometimes it's weekly, sometimes it's two times, three times a week.

Who determines the regularity of such meetings?

A    I do.

Q    So Dr. Lonergan, in the course of your professional duties as Longwood Central School District Superintendent, how do you make that determination?

A    On the agendas?

Q    On the regularity of the meetings?

A    That's been set in the central office long before, and I've copied Tuesday mornings, sometimes all day Tuesday, with cabinet, and then follow up on Friday mornings after Board meeting.

Q    Is that something that the Board of Education regulates?  Is that something that the Board of Education requires you to

*Rich Moffett Court Reporting*

115

do?

A    No, not at all.

Q    How, if by any manner, is it then determined the regularity of such meetings?

MS. LINEEN:  Objection.

A    I determine it, and it works well for us.

Q    So it's in your discretion?

A    It is, yes.

Q    I might have asked you this.

Are the minutes reviewed by the school Board before they're posted anywhere?

A    I don't know.

Q    Just to be clear, are the meetings that we mentioned earlier, are those meeting minutes posted anywhere?

A    Yes.

So what happens, going back to your question.

The minutes for the preceding meeting are given to the Board of Education for their review.  And at the next meeting, that is where the Board accepts them or not.

*Rich Moffett Court Reporting*

116

Q    Understood.

And Ms. Pizzollo is responsible for that?

A    Yes.

Q    Dr. Lonergan, as Superintendent of Longwood Central School District, do you attend every Board of Education meeting held by Longwood Central School District?

A    I do.

Q    Have you ever had an occasion to miss one of those meetings?

A    Once, in 16 years.

MS. LINEEN:  Objection.

Q    You said the meeting minutes of the school Board meetings are prepared by whom?

A    Lillian Pizzollo.

Q    Is there ever a stenographer or a court reporter, like our expert court reporter here, Mr. Moffett, present at such a meeting?

A    I have never seen them.

Q    You said Ms. Iglio is responsible for circulating the agenda to

*Rich Moffett Court Reporting*

117

members of the school Board, or was that someone else, prior to the meeting?

A   Suzanne Iglio regulates the distribution of the agenda to the Board members, yes.

Q   Dr. Lonergan, as Superintendent of Longwood Central School District, what would happen if a school Board member of Longwood Central School District wished to add an item to the agenda?  What's the procedure for that.

A   They would communicate that through Lillian Pizzollo.  Lillian would alert the Board of Education president that Mr. Jones would like to put the following topic on the agenda for discussion, wherever that would be.

The Board president would decide yes or no to that.

Q   So that's the procedure, if a school Board member wanted to add an item to the agenda?

A   It is.

Q   When you say alert the Board,

*Rich Moffett Court Reporting*

118

how would Ms. Pizzollo alert the Board?

A   I would think she would do that either through e-mail or direct conversation.

I prefer to have her speak to the Board directly, rather than e-mails or any type of electronic communication, to work better for people.

Q   For instance, if you had to communicate with the Board, would you go to Ms. Pizzollo, or would you go to the Board directly?

A   There are times when I would go to Lillian to alert her to a car accident, to some other good or bad, so to speak, within the district, so that the Board has a heads up to what maybe happening.

So generally, she's the one who communication with them.

MR. MORRIS:  Let's take a break. It is 11:45.

(Whereupon, a break was taken at this time.)

MR. MORRIS:  It is approximately

*Rich Moffett Court Reporting*

119

12:06.  Back on the record.

Q   Doctor, you may recall, we were talking about Ms. Pizzollo and her reporting to the Board of Education.

Doctor, in the course of your professional responsibilities as Superintendent of Longwood Central School District, how often do you report to the Longwood Central School District Board of Education?

MS. LINEEN:  Note my objection.

A   Whenever they want.

Q   Is that daily, weekly, hourly?

MS. LINEEN:  Net my objection.

A   Generally at Board meetings.

Q   Any other time besides Board meetings that you report to the Longwood Central School District Board of Education?

A   Bi-weekly officers' meeting.

Q   You prepare for these meetings with the Longwood Central School District Board of Education?

A   Their Board meetings?

Q   Yes.

*Rich Moffett Court Reporting*

120

A   With their officer and vice-president.

Q   Doctor, as Superintendent of Longwood Central School District from 2012 to the present, who, if anyone, reports to you directly?

A   In Longwood?

Well, technically, everyone does.

Q   Who are your direct reports, people who directly communicate with you?

MS. LINEEN:  Note my objection.

A   I would start with our cabinet, and then, directors and principals thereafter.

Q   Just to be clear, when you say cabinet, you're talking about the Assistant Superintendents of Longwood Central School District?

A   That's correct.

Q   Does the school Board of Longwood Central School District maintain a manual of practices and procedure manual and policy with respect to employment within the

*Rich Moffett Court Reporting*

Longwood Central School District, particularly hirings?

MS. LINEEN: Objection.

A    **They do have a manual policy manual, yes.**

Q    Who maintains such a manual?

A    **The district clerk.**

Q    Have you had occasion to read it.

A    **Periodically, yes.**

Q    When did you first become aware of it, under what circumstances?

MS. LINEEN: Objection.

A    **When I first was hired as assistant superintendent, 16 years ago.**

Q    Who has physical custody of it right now?

A    **The Board district clerk.**

Q    Is that Ms. Pizzollo?

A    **That is.**

Q    Was that Ms. Rice before Ms. Pizzollo?

A    **It was.**

Q    Is there an electronic version

of this policy manual?

A    **There is.**

Q    Who's the custodian of such a manual?

A    **Board docs program.**

Q    Do you have access to the board docs program?

A    **We do.**

Q    Has there always been board docs, or was there something else utilized before that?

A    **That's the only electronic company we work with, that I know of.**

Q    Dr. Lonergan, as Superintendent of Longwood Central School District, how long has Longwood Central School District utilized board docs?

A    **I'm going to say July of 2006.**

Q    For the better part of a decade?

MS. LINEEN: Objection.

MR. MORRIS: I'll withdraw it.

Q    For longer than a decade, the school district has utilized board docs?

MS. LINEEN: Objection.

A    **Yes.**

Q    Who is responsible for human relations within the Longwood Central School District?

MS. LINEEN: Objection.

A    **Human relations or human resources?**

Q    Human resources, if that's what it's called.

A    **Assistant Superintendent for Human Resources, Richard Kollar, K-O-L-L-A-R.**

Q    Mr. Kollar is part of your cabinet, right?

A    **He is.**

Q    Was is Mr. Kollar back in why 2014-2015?

A    **No.**

Q    Who was it, back in 2014-2015?

A    **Michael Gargulio, G-A-R-G-U-L-I-O.**

Q    Ultimately, you're responsible for your cabinet; is that right?

A    **I am.**

Q    Ultimately, you're responsible for Mr. Gargulio; is that right?

A    **I am.**

Q    Ultimately, you're responsible for -- as Superintendent of Longwood Central School District, for Mr. Kollar; is that right?

A    **I am.**

Q    In terms of school Board relations, if a particular member of the Longwood Central School District was seeking employment, prior to their being employed, would -- ultimately, who would the person be that would make the hiring decision?

MS. LINEEN: Objection to form.

A    **That's a multilayered question.** Ultimately, I make recommendations to the Board of Education for every employee of the District, and the Board acts on that.

Q    How do you do that?

A    **Through their Board agenda, their personnel item.**

Q    In essence, it becomes a written

125

agenda?

A    It is.

Q    Doctor, in the course of your professional duties and responsibilities as Superintendent of Longwood Central School District, have you had occasion to do that, from 2012 to the present, that being recommend personnel to Longwood Central School District Board of Education for hiring?

A    Yes.

Q    Have you had the opportunity to review preexisting staff members for firing, reprimands, modification of job duties or functions, or anything along those lines?

A    Say that again.

Q    Have you had an opportunity, as Superintendent of Longwood Central School District to review current employees for reprimand, modification, suspension, or other things along those lines?

MS. LINEEN:  Objection to form.

A    Yes.

Q    Can you explain how you do that?

126

A    Any of the employees, for discipline or anything of that nature would come to the Assistant Superintendent of Human Resources, who would then report directly to me.

Q    Could the assistant superintendent make a hiring/firing recommendation without you?

A    They forward to me, recommendations to hire or to terminate, based upon a number of folks.

Q    Dr. Lonergan, we said before -- I asked you what members of the professional staff report directly to you.

Anyone aside from the cabinet directors and the principals report directly to you?

A    Everybody does.  Everyone.

Q    Does the Director of Buildings and Grounds report to you?

A    Not directly.

Q    To whom does the Director of Buildings and Grounds report?

A    Janet Bryan, Superintendent of

127

Finance and Operations.

Q    Janet Bryan reports to you?

A    She does.

Q    Who is currently the Director of Buildings and Grounds?

A    Steven Harding, H-A-R-D-I-N-G.

Q    Who was the Director of Buildings and Grounds in 2014 to 2015?

A    Steven Harding.

Q    Who is responsible for groundskeeping at the seven buildings within Longwood Central School District?

A    Steven Harding.

Q    How long has Mr. Harding been employed by Longwood Central School District?

A    A long time.

Less than 16 years.

Q    We discussed about 34 administrators, four assistant superintendents, Ms. Pizzollo sort of being outside of that hierarchy.

Would there be anyone who exists outside of the hierarchy that we discussed

128

between your cabinet directors and principals, that is employed by Longwood Central School District or the Longwood Central School District Board of Education?

MS. LINEEN:  Objection.

A    Lillian is not an administrator. Doesn't run any program at all.

Tom Murphy, we may have discussed, runs the Child Nutrition Center, or our food service.

Transportation, as we talked about, was Gale Winsper.

Steve Harding, for operations and maintenance, and assistants of his, and operations and maintenance.

Director of Security, Mr. James Perrotta, is considered middle management but not a certified school administrator. Certified -- mostly certified civil service title.

So 39 certificated administrators, from myself on down. The rest are either teachers or civil service.

129

Q      We had 34 before, you've named five more; is that right?

A      Not administrators.

Those would be civil service folks.

Q      Let's talk about it.

So for instance, you mentioned the Director of Security, middle management.

Who else is considered middle management?

A      That would be security.  That would be Mr. Harding, his associate or assistant, Mr. Rouse, Gale Winsper for transportation, Mr. Murphy for Child Nutrition, Mr. Perrotta for security. Somebody else in there.

Best I can recall at the moment.

Q      We'll leave a blank in the transcript.

A      Yes.

Q      To you can enter that in. Insert:_____

Q      To whom do middle management report?

*Rich Moffett Court Reporting*

130

A      Again, everybody reports -- I'm responsible for everyone.

They do have direct supervisors; and that would be to the assistant superintendents, for the most part.

Q      Dr. Lonergan, as Superintendent of the Longwood Central School District, do you know to whom Murphy reports, directly?

A      Janet Bryan.

Q      Same question for Mr. Winsper?

A      Janet Bryan.

Q      You said, looks like Harding and Rouse.

As Superintendent of the Longwood Central School District, who does Harding report to?

A      Janet Bryan.

Q      As Superintendent of the Longwood Central School District, who does the head of security, James Perrotta, report to?

A      Mr. Kollar.

Q      Who is Mr. Kollar?

A      Assistant Superintendent for

*Rich Moffett Court Reporting*

131

Human Resources.

Q      You said before, Mr. Kollar reports directly to you?

A      That's correct.

Q      Ultimately, you're responsible for all the middle management?

A      Responsible for every human being that gets a paycheck from this school district.

Q      Do the Longwood Central School District building principals report directly to you?

A      They do.

Q      Is the reporting channel or the reporting channels different for Longwood Central School District elementary school principals rather than Longwood Central School District high school principal?

A      No.

MS. LINEEN:  Objection to form.

A      No.

Q      Typically, what is the reporting channel for all building principals when they report to you?

*Rich Moffett Court Reporting*

132

MS. LINEEN:  Objection.

A      Depending on the subject at hand, they may first start conversation with an assistant superintendent.

Then after that, depending upon what the issue is, I certainly may weigh in on it in conversation with them.

It would be determined by what -- so for example, how much can I have in my building level field trip this year.

They would go to Janet Bryan; she would answer that question.  Probably no need for me to be involved in that conversation after that.

Q      In that regard, Dr. Lonergan, as Superintendent of Longwood Central School District, under what circumstances would you expect a high school principal to report something to your office, directly to you, for instance?

A      We have seasoned administers here know that the answer to that, whenever they feel they need to speak to me, they pick up the phone and do that.

*Rich Moffett Court Reporting*

133

Q    Dr. Lonergan, as Superintendent of the Longwood Central School District, under what circumstances would you expect a high school principal to report something through your assistant superintendent, to your office?

A    **The first thing that comes to my mind is the health and welfare of a child. That would be one of my priorities for anybody coming from the chain of command to me.**

Q    Would you expect one of your reports to directly report an incident like that directly to you?

MS. LINEEN:  Objection.

A    **It depends.**

Q    So, Dr. Lonergan, in the course of your professional duties and responsibilities as Superintendent of the Longwood Central School District, are there circumstances listed in memorandum or documents in which you would expect a principal to directly report to your office?

MS. LINEEN:  Objection.

134

A    **That would depend.**

Q    Any guidance, rules, procedures, policies, any memorandum, anything at all, that would help a Longwood Central School District building principal in determining whether such principal should report directly to you or to an Assistant Superintendent, or anything along those lines?

A    **When in doubt, pick up the phone.**

Q    Is there any documentation as to a rule, regulation or guidance on that?

A    **No.**

Q    So in other words, as the Longwood Central School District Superintendent, no such policy is disseminated in regard to how one directly reports to the Longwood Central School District Superintendent's office?

MS. LINEEN:  Objection to form.

A    **Correct.**

Q    How are these circumstances known to the high school principal?

135

MS. LINEEN:  Objection.

MR. MORRIS:  Withdrawn.

Q    How are these circumstances in which a Longwood Central School District principal would know how to report to you, or use an alternative means?

MS. LINEEN:  Objection.

A    **Through their experience.**

**When you feel you need to speak with the superintendent or the assistant superintendent, pick up the phone and call us.**

Q    Is that conveyed to the building principal through a meeting, an interview, when they're hired or appointed?

A    **Repeatedly, all these instances, yes.**

Q    So face-to-face communication is how that message is conveyed?

MS. LINEEN:  Objection.

A    **It can be, or it can be by telephone.**

Q    So under what circumstances would you expect a written report from one

136

of your subordinates?

MS. LINEEN:  Objection.

A    **A written report, by a subordinate?**

The first thing would be something that is put forward by the State of New York, and that would be child abuse in the educational setting, as a good example.

Q    Under what circumstances would you expect a building principal to directly report to you, as the Longwood Central School District Superintendent?

A    **Whenever they feel the necessity to do so.**

Q    So for instance, if a tree had fallen and damaged part of the Longwood Central School District High School building, would you expect a direct report to you from the Longwood High School building principal?

A    **Eventually it would, yes.**

MS. LINEEN:  Objection.

Q    Let assume the pipes freeze.

137

Would you expect the Longwood High School principal to call you, as Longwood Central School District Superintendent?

MS. LINEEN: Objection.

A  **Eventually, yes.**

Q  Who would you expect the principal to call in such a situation, if the pipes froze?

A  **Steven Harding.**

Q  Say there's an assault at the school, any one of the number of schools.

Would you expect a direct report if an assault occurred in one of the Longwood Central School District buildings?

A  **Eventually.**

MS. LINEEN: Objection.

Q  Whom do you expect the first call to go to?

A  **From who to whom?  What do you mean?**

Q  So, how would you expect to learn about that incident?

MS. LINEEN: Objection to form.

138

A  **From one of our administrators or from our security department.**

Q  When you say one of your administrators, is that one of the assistant superintendents or of the cabinet?

A  **Or any of the 34 building level directors.**

Q  If there's an assault with a weapon in a Longwood Central School District building, to whom would the building principal report that?

A  **That would come to me pretty quickly.**

Q  You'd expect a direct report?

A  **Yes.**

Q  Any other circumstance like that, where you'd expect a direct report from the building principal?

MS. LINEEN: Objection to form.

A  **I think that anything like that would come directly to the Superintendent.**

Q  How would that come to the Superintendent directly?

A  **Generally bring a phone call.**

139

Q  Have you had occasion to receive such phone calls, throughout your tenure as Superintendent of the Longwood Central School District?

A  **Regarding?**

Q  For instance, a situation where you receive a direct call from a building principal?

A  **Regarding?**

Q  Let's use the frozen pipes.

A  **(No response)**

Q  Let's use the one with the assault with weapons.

A  **Okay.**

**I don't know if we've had an assault with a weapon since I've been here. I can't comment on that one.**

Q  Any physical interaction of which you had a direct report from a building principal to you, as Longwood Central School District Superintendent?

A  **From student to student? Teacher to teacher?  Parent to teacher?**

Q  Anything.

140

MS. LINEEN: Note my objection.

A  **That happens in my time here, regularly.  Yes.**

**They know to call me.**

**If not me, it would be an assistant superintendent, If I'm not in the building.**

**But, you know, my phone is on 24/7, so I get it pretty quickly.**

Q  Let's use that example that you used before.

In the course of your regular duties as the Longwood Central School District Superintendent, have you had occasion where a building principal would call you because of a student-to-student altercation?

A  **Yes.**

Q  As the Superintendent of Longwood Central School District, in the course of your professional duties, have you had occasion where a building principal called you because of a student/teacher altercation?

MS. LINEEN: Note my objection to form.

A   Yes.

Q   As the Superintendent of Longwood Central School District, in the course of your professional responsibilities and duties, have you had occasion where a building principal called you because of a staff-member-to-staff-member physical alteration?

A   Yes.

Q   In response to such calls, do you take notes, create documentation; or what, if anything, do you do?

MS. LINEEN: Note my objection.

A   Depends on the situation.

Q   In the situation of a staff-member-to-staff-member altercation, what, if anything would you do?

A   Generally, I would most definitely have Mr. Kollar, Assistant Superintendent for HR, come with me.

Generally, it would either come from a building principal, or possibly to him.

That position is relatively new, in the past maybe ten years. So in the past, everything came to the Superintendent. Now, some things are geared towards HR, when it's employee to employee.

So, many of the times it would be a conversation between him and to me; or me to him, if the principal felt the necessity to call me prior to calling him.

Q   During the course of your professional duties and responsibilities as Longwood Central School District Superintendent, what, if anything, would you do in response to the situation of a staff member and a student altercation?

MS. LINEEN: Objection. Note my objection to form.

A   I would direct Mr. Kollar to begin an investigation with building personnel on that.

Q   When you say direct an investigation, what would that investigation consist of?

A   He would begin the process of having the building level administrator interview folks that may concern around the situation and get as much facts as possible, then back to me with the investigation.

Q   Typically, how long does that investigation take to complete?

A   Depends on the situation.

It can be a couple of days, it can be a week. Usually doesn't go too much beyond.

Q   Situation specific?

A   Yes.

Q   How does that report, that investigation, become delivered to you?

A   Generally, in person.

Q   To whom, if anyone else, does an investigation like that go?

MS. LINEEN: Note my objection.

A   A staff person to a child assault?

Q   Yes?

A   Right to my attorney.

More than likely, the second meeting is with myself, district attorney and HR.

Q   Without talking about the conversations with the attorney, which attorney or groups od attorneys would that go to?

A   Our firm is Ingerman Smith.

Q   So in the situation such investigation is produced directly to you, as Superintendent; is that right?

MS. LINEEN: Note my objection to form.

A   Sometimes even the attorney for the firm conducts the investigation as well, in certain situations.

Q   Understood.

So as you sit here today, has there been occasion where the attorney would conduct an investigation as to what the circumstances of a staff member to student altercation were within Longwood Central School District?

A   Yes.

Q   That firm would be?

**145**

A     Ingerman Smith.

Q     Have they done this on more than one occasion?

A     They've done this on -- staff to student; I'll say, yes, aha.

Q     To whom does -- beside yourself, does that investigation go?

A     Then to the Board of Education, for their update.

Q     Have you had occasion to be carbon copied to receive the update which the Board of Education received in such a circumstance?

A     Yes.

Q     How did that communication come to you?

A     Through counsel.

Q     Was it an e-mail, a letter?

A     Conversation.

Q     So, did this occur in public session or private session?

A     That would only be an executive session, if it was with the Board.

Q     I apologize can.

*Rich Moffett Court Reporting*

**146**

So in such a circumstance, if the Board of Education was involved in receiving such a report, how would that information shall conveyed to the Longwood Central School District Board of Education?

A     Counsel's preparation and briefing.

Q     When you say preparation and briefing, were any recordings or minutes, notes, memorandum, made in regard to what happened in that executive session?

A     No.  That is prohibited by law.

Q     Were any actions taken on such counsel's advice, during such executive sessions?

A     Generally, they would come out of executive session to make any rulings on somebody's termination, or what have you, rather than --

Depends on the situation, generally.  Discussed in executive session, any motions made publicly, they come out and do it.

Q     So the public would be informed?

*Rich Moffett Court Reporting*

**147**

A     Yes.

Q     Not only of the conversation, but the subject matter?

A     Correct.

Q     In this instance, the public would be informed of an altercation between a Longwood Central School District employee and a Longwood Central School District student?

A     Yes.

MS. LINEEN:  Objection to form.

Q     So, for instance --

A     I think it would be under a personal matter, Counsel.  I don't think it would be anything that specific.

It would be something under a personal matter or student privacy matter, something along that line; nothing that extensive or specific.

Q     So, for instance, to continue on this line.  If the roof leaks, would you expect a call from the building principal, as Superintendent of Longwood Central School District?

*Rich Moffett Court Reporting*

**148**

A     My relationship with the Ps; I would say yes.  But, probably not the first phone call.  That probably would be Steven Harding.

Q     And, similarly, like for instance if the grass was too high, Steve Harding first, right?

A     Yes.

Q     Heavy rains -- probably going to give a call to Steve Harding and not a call directly to you, right?

A     It depends.

MS. LINEEN:  Objection to form.

Q     What about -- only because you mentioned it earlier -- unfortunate instance where you have someone with a weapon on school, a gun on school; would you expect a direct call from your building principal as Superintendent of Longwood Central School District?

A     Yes.

It may not be the first.  Police Department would be the first.  Director of security would be the first.  But it would

*Rich Moffett Court Reporting*

149

be to me, at some point.

Q    Let's use that?

Let's go off that.

You indicated that so, for instance, school security would be -- might be one of the first called in such a situation; is that right?

A    Yes.

Q    Ultimately, school security reports to Mr. Kollar?

A    Yes.

Q    Before that, it was Gargulio?

A    That's correct.

Q    Is the building principal responsible, in whole or in part, for directing school security within the principal building?

A    Yes.

Q    What are the duties of the principal as it relates to the monitoring and directing or deployment of school security at Longwood Central School District?

MS. LINEEN:  Objection to the

*Rich Moffett Court Reporting*

150

form.

A    They have a certain amount of security personnel assigned to their building, which they are responsible for.

Q    Let's talk about that.

Seven buildings.

How many security personnel are employed at Longwood Middle School?

MS. LINEEN:  Objection.

A    Two, best guess.

Q    If you could remember.

I won't ask you to guess.

MS. LINEEN:  No one wants you to guess.

A    No, I can't be exact.

Q    Approximately two, at the middle school; is that right?

A    Yes.

Q    If you could list the amount of security in the other schools, please?

A    Approximately?

Q    Yes?

A    15 at the high school, five at the junior high school, and one on each

*Rich Moffett Court Reporting*

151

elementary level.

And we got floaters in there with cars, as well; but they're not assigned to the buildings.  That's the best answer for you.

Q    So, is it fair to say that out of the seven buildings within Longwood Central School District, you've got approximately between, say, 20 and 30 --

A    Approximate.

Q    -- security guards?

A    Yes.

MS. LINEEN:  Objection.

MR. MORRIS:  Counselor might get a little upset.  Give time for me to ask the question --

MS. LINEEN:  Not upset.

MR. MORRIS:  She might want to object.

THE WITNESS:  Got you.

Q    So for instance, in the junior high school you mentioned there are approximately five Longwood Central School District security guards; is that right?

*Rich Moffett Court Reporting*

152

A    Yes.

Q    They're not independent contractors, right?

A    They're not.

Q    Are they civil service employees?

A    They're not.

Q    What kind of employees are they?

A    They're non Section 75 -- no; they are Section 75 employees under civil service, but they don't hold the title of security guard.

Q    What is their title?

A    Guard.

Q    Why is it guard, not security guard?

A    I don't know.  It goes back long before me.

Q    Are they not licensed to be licensed security guards in New York State?

MS. LINEEN:  Objection.

A    I don't know the answer to that.

Q    Doctor, in the course of your professional duties and responsibilities as

*Rich Moffett Court Reporting*

153

Longwood High School Superintendent, do you know who would know the answer to whether the guards carry New York State security licenses?

A   James Perrotta.

Q   Anyone else?

A   Mr. Kollar, Assistant Superintendent for Human Resources.

Q   Are those two individuals responsible for maintaining such records and files?

MS. LINEEN:  Objection.

A   They are.

Q   Back to the school, you said the junior high school has about five security guards; is that right?

A   Approximately.

Q   Is the building principal of that junior high school responsible for those five security guards?

A   Yes.

Q   Is the building principal of that junior high school able to direct the manner in which those security guards

*Rich Moffett Court Reporting*

154

conduct their business at that building?

A   In conjunction with the Director of School Safety.

Q   Who is the Director of School Safety?

A   Mr. James Perrotta.

Q   Is it still Mr. James Perrotta today?

A   Today, yes.

Q   Was that Mr. Perrotta back in 2014-2015?

A   Yes.

Q   Using that same example, the high school has approximately 15 security guards within the Longwood Central School District high school building; is that right?

A   Approximately, yes.

Q   As Superintendent of Longwood Central School District, in the course of your professional duties and responsibilities, do you expect your building principal, that being the Longwood High School principal, to be able to direct

*Rich Moffett Court Reporting*

155

the security guards within that building?

A   Yes, in conjunction with the Director of School Safety.

Q   Who ultimately is responsible for the security guards within the Longwood High School building?

A   The principal, and then the Director of School Safety.

Q   Who's responsible for the building director and the school safety?

A   Say that again.

Q   Withdrawn.

MS. LINEEN:  Objection.

Q   Go back.

Elementarys each have one security guard; is that right?

A   Yes.

Q   As the Superintendent of Longwood Central School District, do you expect those elementary school building principals to exercise instruction over those security guards?

A   Yes.

Q   So if need be, the building

*Rich Moffett Court Reporting*

156

principal could direct a security guard to check out a certain area of the school?

A   Yes.

Q   To continue with that example, a school building could direct a security guard to cease and desist doing a certain activity at that building?

A   Yes.

MS. LINEEN:  Objection.

Q   Are those security guards of which we discussed earlier, are they subject to the same rules, guidelines and principles that the Longwood employees are subject to?

A   Little bit more specific.

Q   Dr. Lonergan, in the course of your professional duties and responsibilities, have you had occasion to review a building Code of Conduct?

A   Oh, yes.

Q   Is that Code of Conduct applicable to all people within the buildings of Longwood Central School District?

A   It is.

*Rich Moffett Court Reporting*

157

Q    So, to continue with my example, if you had the long Longwood Central School District, the Longwood High School building principal, that person would be responsible for enforcing the Code of Conduct, correct?

A    Correct.

Q    All people within Longwood High School are subject to the Longwood code of conduct; is that correct?

A    Yes, they are.

Q    Does that include the guard employees at the Longwood High School?  Are they subject to the Longwood Code of Conduct?

A    Yes.

Q    Doctor, are those guards able to recommend discipline of the Longwood Central School District students?

A    Recommend discipline?  No.

Q    Are those guards allowed to use corporal punishment against Longwood Central School District?

A    No.

Q    Are those guards allowed to

*Rich Moffett Court Reporting*

158

physically touch Longwood Central School District students in certain circumstances?

A    Yes.

Q    What circumstances?

MS. LINEEN:  Note my objection.

A    Generally when it's at the risk, health and safety of that child or others.

Q    Dr. Lonergan, are you responsible, in whole or in part, for determining what would determine what would be a risk to the health and safety of others?

MS. LINEEN:  Objection.

A    You have to be more specific for me on that.

Q    Sure.

In the example we used before, where a Longwood Central School District guard used physical force or touching of a Longwood student, what, if any, guidelines have you promulgated with regard to how a guard could use force?

MS. LINEEN:  Objection to form.

A    I believe that their training as

*Rich Moffett Court Reporting*

159

a guard in our school district is covered re in that training.

Q    When you say training, what training are you referring to?

A    I don't know what Mr. Perrotta training program is called, at this point in time.

Q    Over the course of your professional duties and responsibilities as Longwood Central School District Superintendent, who, if anyone, is responsible for the security guards and training of those security guard within the Longwood Central School District?

A    Mr. Perrotta.

Q    Mr. Perrotta answers to which assistant superintendent?

A    Mr. Kollar.

Q    Mr. Kollar is responsible for Mr. Perrotta, in other words?

MS. LINEEN:  Objection.

A    Yes.

Q    Dr. Lonergan, in the course of your professional responsibilities and

*Rich Moffett Court Reporting*

160

duties as Superintendent of the Longwood Central School District, how is it that you receive suspension referrals of Longwood Central School District students?

A    What type of suspensions?

Q    Let's talk about that.

How many types of suspension are there within Longwood Central School District for a Longwood Central School District student?

A    Within New York State?

Q    Yes.

Within the School District itself?

MS. LINEEN:  Objection.

A    Dictated by New York State?

Q    Yes, assuming we're not doing extra illegal or extra judicial.

A    Got you.

MS. LINEEN:  Objection.

A    Up to five days suspension by a building administrator.

Anything additional must go through a central office hearing --

*Rich Moffett Court Reporting*

161

Superintendent central office hearing.

Q You said up to five days referred by a building administrator.

Is that one of the seven people you referred to earlier, of which you supervise as Longwood Central School District Superintendent?

A Building principals.

Q So there are seven people who could refer a suspension of up to five days of a Longwood Central School District, as it exists right now?

A Yes.

Q Did that change be at all from 2014 to 2015?

A Not to my knowledge, no.

Q Who, if anyone, is responsible for suspension of a Longwood Central School District student for more than five days?

MS. LINEEN: Objection.

A It's a recommendation from the principal to me.

Q If such a student were to be suspended for more than five days in the

*Rich Moffett Court Reporting*

162

Longwood Central School District, how would that occur?

A They would receive notification from my office that the principal has recommended a central office hearing because of whatever the behavior was.

By law, I have to let the parent know when that hearing will take place, within five school days; hearing has to take place. And then a recommendation -- here, anyway, at Longwood from hearing officer to me, on the outcome of that hearing.

Q Who would handle that situation, as you described it, in terms of notice?

A Amy Branca, B-R-A-N-C-A, of my /AOFLS.

Q What is her title?

A Clerk.

Q When you say your office, so in other words, notice would come out from your office?

A The Superintendent's office, yes.

Q Would you sign it, or would you

*Rich Moffett Court Reporting*

163

be responsible for it?

A Yes, I would.

Q How that be disseminated to the parent of that Longwood Central School District student?

A By mail.

Depending upon when the hearing took place, we always want to stay within those five days; it may be hand-delivered by a custodian or a security guard to the family so they would get it in time to know and plan for the hearing.

Q What, if anything, would you do before that letter went out? Would you review it yourself?

A Well, the principals would give me a pretty detailed explanation of what occurred, and their registration for the hearing, based upon the violations within the Code of Conduct.

Q How would you do that?

A By memo.

Q Is this memo sent to you, faxed to you, mailed to you, or something else?

*Rich Moffett Court Reporting*

164

A Yeah. It would be either faxed or sent electronically.

Since I don't receive them directly, I'm not too sure.

Q Who receives them directly?

A Amy Branca.

Q Who else beside Amy Branca would receive such a memorandum?

A Nobody else.

Q Based upon that memorandum, does Amy Branca send out the letter that you discussed, or does she review it by you first?

A It always comes to me first for approval, to hold a central office hearing, and then back to her, to be brought back to the family.

Q So any time such a letter goes out, it is at your direction?

A Only.

Q If there a central office hearing, as you mentioned earlier, as a part of your duties as Superintendent of Longwood Central School District, you bear sole

*Rich Moffett Court Reporting*

responsibility on whether or not such a hearing is held for a Longwood High School student?

MS. LINEEN: Objection.

A    That is correct.

Q    Dr. Lonergan, will you explain difference between a suspension of five days and less than five days suspension?

A    **Principal has the jurisdiction to suspend a student for up to five days.**

**If that principal believes that the behavior is warranted for more than that, they then request from me, to hold a Superintendent's central office hearing, where the hearing would take place within five days, and the superintendent then determines the outcome of that suspension, would it be more than five days or not.**

Q    As Superintendent of the Longwood Central School District, we mentioned before a certain situation wherein you would expect a direct report from the principal; and in other instances, maybe another principal would use his or her

*Rich Moffett Court Reporting*

discretion in reporting to an assistant superintendent or someone else. Do you recall that?

A    Yes.

Q    In a situation where a suspension would occur for more than five days, would you expect a building principal to contact you directly, as Longwood Central School District Superintendent?

MS. LINEEN: Objection.

A    **Eventually, yes.**

Q    When you say eventually, who would you expect that principal to contact first?

A    **They could have a conversation with one of the assistant superintendents, if I'm not readily available. But more than likely, it's to me.**

Q    Any instance where you would expect a building principal to report directly to you, when it's a suspension of a student in certain circumstances?

A    **Only if it's a request for a Superintendent's hearing.**

*Rich Moffett Court Reporting*

**Other than that, they won't consult me for one, two, three or four, up to five days.**

Q    So to be clear, you would expect a direct report from a building principal if it was a suspension of more than five days, as Longwood Central School District Superintendent?

MS. LINEEN: Objection.

A    **By law, it must be, yes.**

Q    Did there come a time when David Edmond was referred to you for suspension?

A    **David Edmond, a few years back?**

Q    Yes.

MS. LINEEN: Note my objection to form.

A    **Yes.**

Q    When did you first become aware of David Edmond and a referral for a suspension to your office?

MS. LINEEN: Objection.

A    **Within a day of whatever occurred, or that day. It must have been, you know, 62-year-old memory, I'm a little**

*Rich Moffett Court Reporting*

**bit shy on this.**

**It's got to be within a day. Got to be within a day.**

Q    When did you first become aware of the referral that David Edmond was going to be suspended for five or more days?

A    **Within a day of the incident, yes.**

Q    When did you first become aware, as Longwood Superintendent, that you were going to conduct a Superintendent's hearing regarding David Edmond?

A    **After I received the information and made the decision to honor the request for the principal to a central office hearing.**

Q    Do you recall when you received in a request from the principal?

A    **Within a day of the incident, if not that day.**

Q    Just to be clear, who is the principal who made the referral for the five-day suspension or more of David Edmond?

A    **That was Dr. Castro, at the**

*Rich Moffett Court Reporting*

169

time, high school principal.

Q    Do you recall how she made that referral?

A    I'm going to say it probably was a phone call.

Q    Did you receive anything in regard to that hearing and referral?

A    She then followed up the paperwork to me in request for a central office hearing.

Q    How did she do that?

A    Through the detailed correspondence that we used throughout the district.

Q    Who, if anyone, was involved in those detailed correspondence?

A    My assumption is Dr. Castro did it and sent it to me.

Q    And did you ultimately send out a letter to David Edmond's parents regarding the suspension?

A    We did.

Q    Did you have occasion to review that letter before it was sent?

*Rich Moffett Court Reporting*

170

A    I did.

Q    Did you have the occasion, as Longwood Central School District Superintendent, to speak to the Edmond family?

A    I believe I spoke to Mrs. Edmond.

Q    Did you make any notes?

A    I did not.

Q    Did you take any messages?

A    No.

Q    Did you write any letters in response to that conversation with Ms. Edmond?

A    No.

Q    What day did you speak to Ms. Edmond?

A    Sometime in those five days, during the suspension.

Q    And did you inquire as to the health and welfare of David Edmond?

A    Yes.

Q    How do you prepare for a Superintendent's hearing?

*Rich Moffett Court Reporting*

171

A    I prepare --

I don't have anything to do with the hearing.  I just make the determination as to whether or not it should be a hearing conducted, based upon what the principal says.

Then our hearing officer takes over from there and hears the evidence, and then makes a recommendation to me.

Q    So the Superintendent's hearing is ultimately held; is that right?

A    That's correct.

Q    But you delegate that hearing to a hearing officer; is that right?

A    Yes.

Q    Is it the same hearing officer, or is it --

A    We have two or three of them on record that may do it, depending upon their availability.

Q    Are they attorneys, or something else?

A    Most of them.

One currently is a retired

*Rich Moffett Court Reporting*

172

central office administrator.

One now is Mr. James Perrotta. He started that work this year.

Q    Do you have any evaluation as to whether there's a conflict of interest in who is the hearing officer?

A    No.

MS. LINEEN:  Objection.

Q    Do you examine the personnel officers of the people involved in the hearing itself?

MS. LINEEN:  Objection.

MR. MORRIS:  I'll withdraw the question.

Q    In the course of your professional activities as Longwood Central School District Superintendent, do you have an opportunity to review the files of either students or the people involved, that come before you for a Superintendent hearing?

A    Always.

Q    How do you do that?

A    I request that the building involved where the student is, sends me

*Rich Moffett Court Reporting*

173

their report card, previous disciplinary measures, which is generated through our Power School program on disciplinary records.

Then, of course, the hearing officer's recommendation and the contents of the hearing itself.

Q    You said you request.

To whom do you address that request?

A    That goes through my office, Amy Branca. And she would -- they all know to do that for a central office hearing. They all know what to send to me so that I can review.

Q    When you say send to you, is it a report prepared, is it written, is it e-mailed to you?

A    It's e-mailed to me from Amy.

Q    When you received the e-mail in this case regarding David Edmond, did you have an opportunity to read it.

MS. LINEEN:  Note my objection.

A    I'm sure I did.

*Rich Moffett Court Reporting*

174

Q    Do you recall when you became aware of that e-mail?

MS. LINEEN:  Objection.

A    When I received that?

That could have been the following day, because it would go from the building administration to Amy's desk. She is authorized to put the material together and then e-mail it to me.

I'd say maybe the next day.

Q    By whom was that report made, or that e-mail made?

MS. LINEEN:  Objection.

A    The building administration would prepare the material that I need, send to Ms. Branca, then she would give it to me. This is after the hearing is over.

Q    So prior to the hearing in that case, as part of your professional responsibilities as Longwood Central School District Superintendent, did you examine the personnel files of the people involved in

*Rich Moffett Court Reporting*

175

the matter that was referred ultimately to a Superintendent's hearing?

A    Now are we talking about David's case, or are we talking about anybody?

Q    Generally?

MS. LINEEN:  Objection.

A    I don't know what you mean by -- what do you mean, personnel?  Student records?

Q    So for instance, I'm going to ask about student records.

So for instance, if there is a Longwood Central School District employee who was involved in some form or fashion in an altercation that resulted in a Superintendent's hearing against a Longwood Central School District student, would you review that person's employee file?

A    I wouldn't, because that would be immediately referred to counsel.

Q    If there was a situation where a Longwood Central School District student had an altercation with another Longwood Central School District student, would you review

*Rich Moffett Court Reporting*

176

that student's file prior to the hearing?

MS. LINEEN:  Objection.

A    No. Always after the hearing.

I don't see can anything prior to the hearing at all.

Q    Why is that?

A    Because we have a hearing process for that.

Q    And the hearing process is delegated to a hearing officer; is that right?

A    Hearing officer, sometimes it's given to an attorney. It depends on the situation.

Q    Let's use that situation with the attorney.

When that responsibility is given to the attorney, does the attorney then step into your shoes, as Superintendent, in running that hearing?

MS. LINEEN:  Objection.

A    As hearing officer, he would, yes.

Q    If it was referred to an

*Rich Moffett Court Reporting*

177

attorney, for instance, in the case of a Longwood Central School District and a Longwood Central School District employee, what, if anything, would you expect to receive from the attorney of which Longwood designated?

MS. LINEEN:  Objection to form.

A     Any time an adult and a child is involved in something, we turn it right over to our counsel, and they conduct the entire investigation.  They'll work with Mr. Kollar, because it's a personnel piece, and the building administration as well.

So I don't see anything --

Once an attorney gets involved, they run the whole show.

When it's all said and done, they come back to me and say, Dr. L, here is where we are, and here's what the recommendations are for you to consider.

Q     In this situation, that being the one with David Edmond, did you receive such recommendation?

A     I did.

*Rich Moffett Court Reporting*

178

Q     How did you have occasion to receive that recommendation?

A     I don't believe that there was ever a hearing for the Edmond case.  I believe it was an attorney-to-attorney negotiation, and then my attorney came back to me and said, in lieu of the central office hearing, hear's the recommendation that we've agreed upon on.

And I accepted it, for the Edmond case.

Q     So, just to be clear, in such an instance where the recommendation is given to your attorney, do you make any inquiry as to the history of that student with the Longwood Central School District of which you're Superintendent, the teachers who have had contact with that student, prior to making a determination?

MS. LINEEN:  Objection to form.

A     My attorney presents all that information to me.

Q     So, the attorney would be able to find that information out for you?

*Rich Moffett Court Reporting*

179

A     Yes.

Q     Has there ever been an occasion where you had to reopen a hearing because you had learned certain information that was conveyed to you through your attorney, in regard to discipline of a Longwood Central School District student?

MS. LINEEN:  Objection.

A     Re-open a hearing after a decision was made?

Q     Yes?

A     No --

Q     Has there ever been an investigation --

A     -- not that I've been involved in.

Q     Has there ever been an investigation of a Longwood Central School District employee that had had opportunity for you to change a decision as it related to the discipline of the student involved with the altercation of a Longwood Central School District employee?

MS. LINEEN:  Objection to form.

*Rich Moffett Court Reporting*

180

A     No.

Q     In the course of your professional activities as Superintendent of Longwood Central School District, have you had the opportunity to explore an investigation -- has it come to your attention, for disciplinary adjudication with resolution in terms of racial or ethnic characteristics?

MS. LINEEN:  Note my objection to form.

A     No.

Q     Have you ever looked at the fact that maybe a certain type of race might be disproportionately disciplined.

MS. LINEEN:  Objection.

A     Have I ever looked for that? No.

Q     Now would be a good time to --

A     You know what's interesting is, I don't even know what the race is.

I can only talk for Superintendents of hearing.  I don't even know what the race of the child is if I'm

*Rich Moffett Court Reporting*

181

making a decision on. I don't know anything about the child, really, other than the infractions.

MR. MORRIS: I think -- let's -- it's 12: 56?

MS. LINEEN: 12:58.

MR. MORRIS: Let's stop for lunch.

THE WITNESS: Whatever you're comfortable with, I'm good.

(Whereupon, a lunch recess was taken at this time.)

MS. LINEEN: 1:39 p.m.

MR. MORRIS: 1:39, we are back on the record.

Q    Dr. Lonergan, did you discuss your testimony with anyone during the break?

A    No.

Q    I'd like to ask you if you know, as Longwood Central School District Superintendent, does the Longwood Central School District have a formal security policy in cooperation with the Suffolk County Police Department?

*Rich Moffett Court Reporting*

182

MS. LINEEN: Objection to form.

A    I don't know of a Board policy in that degree, no.

Q    Is there an informal policy?

MS. LINEEN: Note my objection to form.

A    The only policy, Counselor -- the only time you can use the word policy in public education is if it's a Board-approved policy.

We don't have one.

Q    Nothing Board-approved as it relates to the Longwood Central School District?

A    Not that I know of.

Q    Nothing between the Longwood Central School District Board of Education and the Suffolk County Police Department in terms of a written memorialization of policy?

A    No, nothing that I know of, no.

Q    Any guidance, memorandum of understanding, anything along those lines, that indicates a cooperation of any sort

*Rich Moffett Court Reporting*

183

between Longwood Central School District and the Suffolk County Police Department?

MS. LINEEN: Note my objection to form.

A    No.

Q    Doctor, in the course of your professional activities as Longwood Central School District Superintendent, have you had occasion to review a potential collaboration between the Longwood Central School District and any type of law enforcement?

A    Sure. Yes.

Q    Can you explain when and where and how those --

A    The one that comes to mind most that we routinely work with them is what they call an active shooter drill, within our schools, where on a Saturday morning they would send their staff here, along with some members of our staff, and they will rehearse an entry into the building, if they were ever called for someone with a weapon.

And we routinely, work with them. Our high school, our junior high

*Rich Moffett Court Reporting*

184

school, our middle school have been used. And I believe in the near future will be one of the elementary schools.

Q    Under the "they" in that circumstance is?

A    Suffolk County Police Department.

Q    Anything with the New York State Police Department?

A    We have never done anything with New York State, no.

Q    Does the Suffolk County Police Department, to your knowledge, conduct any public liaison with any school district, such as Longwood Central School District?

A    We have a dedicated SRO to our schools.

Q    When you say SRO, what is that?

A    School Resource Officer.

Q    Who is that, and what does he or she do?

A    It's a she. She is new, and I don't know her name; I'm sorry.

Q    What does she do?

*Rich Moffett Court Reporting*

185

A    She spends time within our high school, as did the previous SROs, and they have become such an outstanding member of our faculty where our students, as they see an SRO in the buildings, are very familiar with them.

They don't see it as, oop, why is the police here. They go into our classrooms, they work in our health curriculum, physical education curriculum at times. Think are a resource to us via the Suffolk County Police Department in many, many ways.

They carry an armed -- they're armed, because they're in unform when they're here.

Q    When you say armed, they're carrying a weapon?

A    Their service weapon, yes.

Q    So, the school resource officer's currently a female.

Who was the school resource officer within Longwood Central School District prior to this young lady?

*Rich Moffett Court Reporting*

186

A    Last name began with an H. I'm going to say Officer Hughes.

Q    Do you know how long Officer Hughes was operating within the Longwood Central School District?

MS. LINEEN: Objection to form.

A    I would say approximately two to three years.

Q    Do you know who was there before School Resource Officer Hughes?

A    Yes. Officer Mike Dunn. He was our first SRO.

Q    When did Mike Dunn start with the Longwood Central School District?

A    Brain is cooking.

I was an Assistant Superintendent.

Best guess on this, 2003-2004.

Q    After School Resource Officer Mike Dunn, after that school resource officer then came Officer Hughes?

A    Yes.

Q    Is there a memorandum, understanding, something along those lines,

*Rich Moffett Court Reporting*

187

that discusses what Officer Hughes or any school resource officer does within the Longwood Central School District?

MS. LINEEN: Objection to form.

A    That's a good question.

But I don't think so. I think they're assigned to our School District, and the Board does not approve their presence or their use as an SRO.

Q    Dr. Lonergan, in the course of your duties and responsibilities as Longwood Central School District Superintendent, are you telling me that the officers operate independent of the Board; in other words, the officers are within the schools, and the Board has nothing to say about it?

A    They are not employees of the School District, correct.

MS. LINEEN: Objection.

Q    What, if anything, guides their presence, their location, their placement, there assistance with the faculty, or anything else, at Longwood Central School District?

*Rich Moffett Court Reporting*

188

A    I believe that is up to the Precinct involved for us at the high school, the Sixth Precinct; couple of elementary schools. It's the Seventh Precinct for the high school; the Sixth Precinct for the other schools. It's determined by the Precinct leadership there.

Q    And how does the building principal know when the school resource officer is going to enter the building?

MS. LINEEN: Objection.

A    I believe they have a schedule of times that they are assigned to each one of our buildings, because we have a -- we have, in the high school, the SRO who's always the same person, assigned to the building couple of days a week. It's not a full time unfortunately.

The elementary schools, depend upon -- now I'm really out on sector cop terminology here -- depending upon their paroles, there may be two or three Suffolk County Police Departments officers assigned to the elementary school; definitely more

*Rich Moffett Court Reporting*

189

than one.

Q As you mentioned, you said before, unfortunately -- what is it that they do, the school resource officers, within the Longwood Central School District?

MS. LINEEN: Objection.

A They are there to provide assistance to our administration and security. God forbid, in the event that we would need an armed police officer in the building.

But primarily they're there for educational purposes. They're in our classrooms. They work with our students. Cafeteria. Common areas. They attempt to develop relationships with our students so that student are not, oh, my God, the police are here, quote, unquote.

Q You said unfortunately. What did you mean by that?

A You know, in some school districts around the world, when a police officer pulls up in front of the school, it's like, why are the police here.

*Rich Moffett Court Reporting*

190

Within Longwood the children know their police officers, because they're a vital part of our curriculum. Co-police, the sheriffs, police, with the DARE program.

If there is a proactive program that they offer us, I jump on it. Like those folks to be here with us.

Q How do you do that? How do you jump on to things like that?

A Through the communication with the Precinct leadership.

Q How does that occur?

A Generally they will call me and say, Dr. Lonergan, we have some extra funding here to send an SRO to your school; we have funding here to release two sheriff officers to conduct a DARE program or, in the past, the COPE, C-O-P-E program.

And then I say, I'll get back to you, and I have that conversation as an update with the Board of Education.

The police -- they're very used to cooperation with the Police Department here. Generally, ten out of ten times, they

*Rich Moffett Court Reporting*

191

welcome those programs.

Q You said, you discuss with the Board?

A Yes.

Q Could you explain what you mean by that?

A Sure. Board of Education, I received a phone call this week from the Seventh Precinct. They're expanding their gang awareness program, and they're looking to come into our schools to update our facility on some of the up and coming gangs on Long Island, and some of the things to look for and be aware of.

And the Board says, what do you think? I said, I think it fits really great with our curriculum, and I would encourage us to do it.

Q So, the Longwood Central School District Board of Education would seek your input, and they would act upon it?

MS. LINEEN: Objection.

A Not their purview to act on it at all; it's a recommendation.

*Rich Moffett Court Reporting*

192

If they said, no, we don't want the police here at all, I certainly would honor that.

But I'm the one who makes that decision.

Q That was my question. Just to be clear, whether Longwood Central School District has police within its buildings is ultimately up to you --

MS. LINEEN: Objection.

Q -- as Longwood Central School District Superintendent?

A That is correct.

MS. LINEEN: Objection.

Q So what is your role as Longwood Central School District Superintendent in dealing with the Suffolk County Police Department?

A My role? That's a very interesting question to react to because, for example, when God forbid, there is an armed intruder in one of our buildings, and it's called by

*Rich Moffett Court Reporting*

193

the building principal, we have nothing to do with it after that.

We stand back, we take all our orders from the policemen and from the team on site.

So, my relationship there, in that situation would be, Oh, no, I don't want you to go into the building, I don't think that --

We stand back. And you let the professionals over on the way it has to be.

So in that case, I wouldn't have any input at all.

Generally, it's is there a program? Is there is a resource officer that you have spare, that you want to have come into our buildings?

And if that's the case, I okay it, and they go from there.

They generally work with the buildings' principals, how that lays out in their buildings and the type of programs that they'll bring in.

Q   I'd like to return to that.

194

A   Yes.

Before I do, any other instance where you would turn over to the professionals, as you call it -- to the Police Department in a certain emergency situation -- any other instance that you can recall in the course of your duties as the Longwood Central School District Superintendent where you've occasion to do that?

MS. LINEEN:  Objection to form.

A   I can't think of it here, or somewhere else, where they come in with a thing called a warrant, and they want to arrest somebody, you get out of their way; they go ahead and do it.

Short of that, they work with us phenomenally on their participation in our buildings.

So generally, warrants, things like that, step aside, and let them do their job.

Q   For the next few questions I'm referring to the Suffolk County Police

195

Department.

A   Yes.

Q   Dr. Lonergan, as a Superintendent of Longwood Central School District, you would allow the police to come in and serve an arrest warrant within the Longwood Central School District?

A   Yes.

Q   You would allow the police to come in and execute a search warrant within the Longwood Central School District?

A   Yes.

Q   You would allow the police to come in and control an active shooter situation?

A   Yes.

Q   What other situations would you allow the police, the Suffolk County Police Department, into the school to maintain order within the school?

MS. LINEEN:  Objection.

A   Give me an example. I can let you know.

Q   So for instance, is there an

196

occasion where the Suffolk County Police Department would enter a Longwood Central School District building to regain control of the building because of unruly students?

A   Unlikely.

MS. LINEEN:  Objection.

Q   Has it occurred?

A   Not that I know of, no.

Q   You participate in any police activity, including but not limited to PBA, PAL, anything like that?

A   Me?

Q   Yes?

A   How do you mean, participate? You mean school district, or me, personally?

Q   You, personally?

A   No.

Q   Does the Longwood Central School District administration participate in any police activity, including but not limited to, PAL or PBA donations, anything like that?

A   I don't think so, no.

Q   You've had occasion where the

197

Suffolk County Police Department had served an arrest warrant within the Longwood Central School District; is that right?

A   Yes.

Q   Have you had occasion where the Suffolk County Police Department neutralized an active shooting within the Longwood Central School District?

A   No.

Q   Have you had an occasion where the Suffolk County Police Department responded to the Longwood Central School District for a crime?

MS. LINEEN:  Objection.

A   For a crime committed on our property, or in investigation of a crime or somewhere else.

Q   Whether it's a crime on the property or crime somewhere else?

MS. LINEEN:  Note my objection.

A   Whenever the police would call or show up at a building, and say to the principal, "we want to speak to Mike Jones about whatever," they would say -- she would

198

say, hold on; they will call me.

I would say, hold on, and I call Ingerman and Smith and take their lead as to whether or not it's appropriate for the police, given what they're asking for, for us to cooperate.  Take my lead from him, or her.

Q   So, for instance, if the police were called to the school, it's not one of the emergency situations, ultimately you would bear responsibility of whether the police could interact with students or staff within the Longwood Central School District?

A   If they were called to come to the school, they probably have that information from counsel as to what extent the police could become involved.

If they just show up, and say, I have this -- usually, because it doesn't happen too often -- I just remember one in our evening program few years ago -- this is what we have, and principal will say, can you just give me two minutes?  They said, no.  We know that the student is in the

199

building, and we are giving you the courtesy that we're here.

So by the time it got to me, that student had been arrested and taken ou' of the building.

It was about two or three years ago, in a late afternoon-evening program.

Q   Was the school resource officer involved in that at all?

A   No, I don't remember.

Q   Is the school resource officer involved in any arrests that might occur within the premises of the Longwood Central School District?

A   I think so.  In the past, they may have.

Q   Can you recall occasions in the past?

A   I can't.

Q   Does the school resource officer disseminate any information from the police directly regarding activities that occur on the Longwood Central School District premises?

200

A   I don't know.

Q   Aside from education, what, if anything, are your duties and responsibilities in regard to the school resource officer that occupies the Longwood High School?

MS. LINEEN:  Objection to form.

A   What, if any, my --

Q   So for instance, the school resource officer has a desk; is that right?

A   Probably works out of Mr. Perrotta's office in the high school.

Q   Who made that determination?

A   The principal and Mr. Perrotta.

Q   When you say the principal and Mr. Perrotta --

A   Of the high school.

Q   So for Officer Hughes, for instance --

A   Yes.

Q   -- who was responsible for determining whether Mr. Hughes would stay within the building with Mr. Perrotta or in the cafeteria?

201

A       I think Mr. Perrotta would have that conversation with the now Principal Schuster.  She would decide if there was a desk to be assigned, where it would be.

Q       Who would decide where the school resource Officer Hughes would be on a certain day?

A       The Police Department.

MS. LINEEN:  Objection.

Q       How would the Police Department communicate what classes, if any, they were to enter within Longwood High School?

MS. LINEEN:  Objection.

A       I don't know.

Q       Would that be the building principal?

A       It would be.

Q       Who else would know?

A       More than likely, Mr. Perrotta, as well.

Q       Is it fair to say that Mr. Perrotta was responsible for guiding the school resource officer within Longwood High School?

*Rich Moffett Court Reporting*

202

A       To a certain degree.

I don't know the specifics on exactly what other information is given by the Precinct commander to the SRO.

That would be a good question for them.

Q       When you say them?

A       The Police Department.

Q       As Superintendent of Longwood Central School District, what, if any, responsibility did you exercise over Mr. Perrotta's control or direction of the Suffolk County Police Department school resource officer?

A       Mr. Perrotta, in any new program or additional Police Department presence, additional time with SRO, which we would love to have, he would go to Mr. Kollar, or to me together, and say he received a phone call from them, and they're offering this; you probably will get that as well, Dr. L, so I'll give you a heads-up.

Pretty much a time approach when anything new is offered to us from the

*Rich Moffett Court Reporting*

203

Precinct.

Q       Who would have ultimate discretion as to whether those police would be placed within the Longwood Central School District?

A       You're looking at him; me.

Q       Doctor, do you regularly communicate with James Perrotta; you said he's the head of security?

A       Director of School Safety.

Q       During the course of your duties and responsibilities as Superintendent of Longwood Central School District, do you regularly communicate whether James Perrotta?

A       I do.

MS. LINEEN:  Objection.

Q       How do you communicate with Mr. Perrotta?

A       James meets with me periodically, maybe once or twice a month, meets with his direct supervisor weekly, or through phone.

Q       Do you have occasion to use

*Rich Moffett Court Reporting*

204

electronic mail with Mr. Perrotta?

A       Yes.

Q       Did you ever have occasion to use regular mail correspondence with Mr. Perrotta?

A       I doubt it, except for his paycheck, maybe.

Q       You said he met weekly with his direct supervisor?

A       He does, yes.

Q       Dr. Lonergan, as Superintendent of Longwood Central School District, do you know what, if any, responsibilities that Mr. Perrotta's supervisor had in exercising direction, control, suggestion, to the school resource officer that operated within Longwood High School?

A       I would say, very limited.

Q       Who, if anyone, shared the bulk of that responsibility?

MS. LINEEN:  Objection.

A       The building principal.

Q       So, aside from Mr. Perrotta, the building principal, that being the building

*Rich Moffett Court Reporting*

205

principal of Longwood High School, shared the responsibility of the school resource officer direction?

MS. LINEEN: Objection to form.

A Yes.

Q Who was that, for the 2014-2015 school?

A Principal of our high school?

Q Yes?

A Dr. Castro.

Q With respect to the incident involving David Edmond, did you ever have occasion to communicate, or were you in contact with the Suffolk County Police Department?

A Me, no. Not that I recall at all.

I don't know if they were involved in this. Maybe so. I don't remember now. I'm sorry.

Q Did you ever report the incident involving David Edmond to the Longwood Central School District Board?

A Yes.

Rich Moffett Court Reporting

206

Q How did you do so?

A In executive session, more than likely at the next scheduled Board meeting, whenever that was that year.

Q You said executive session.

Was that done before or after the public meeting?

A After, always.

Q Was there any discussion about David Edmond?

A No.

Q Was there any discussion at the next meeting in regard to what occurred at the executive session?

MS. LINEEN: Objection to form.

A You mean the second meeting after the first meeting, after the incident occurred?

Q After the incident occurred, there was an executive session meeting?

A If there was a settlement proposed, I would give that information to the Board, if it was within that time.

This was in June, correct?

Rich Moffett Court Reporting

207

Q June 4th.

I'm going to represent to you that June 4, 2015, the incident with David Edmond occurred?

A I'm not sure how many Board meetings we had in June that year. Sometimes we have one, most of the time we have two.

I would assume that both meetings, there were information shared.

Q Understood.

As Superintendent of the Longwood Central School District, did you ever make a written report or written communication with the Board in regard to David Edmond?

A No.

Q As superintendent of Longwood Central School District, had anyone on your behalf communicated, through e-mail or correspondence, regarding the incident involving David Edmond?

MS. LINEEN: Note my objection to form.

Rich Moffett Court Reporting

208

A To whom?

Q To the Board. To anyone?

A E-mails?

Q Yes?

A None that I would know, other than anything that came from -- e-mail from then Dr. Castro to my office, scheduling a central office hearing, as we talked about before lunch. That would be the only communication that would have occurred.

Q To be clear, in the course of your duties and responsibilities as Superintendent of Longwood Central School District, you had no occasion to disseminate or create e-mail or correspondence regarding this incident involving David Edmond?

MS. LINEEN: Note my objection to form.

A I don't know. There might have been something between myself and counsel. I don't know entirely.

I'm not going to say absolutely no, but there may have been.

Q When you say counsel, without

Rich Moffett Court Reporting

209

getting into the sum of it, was that Ingerman and Smith?

A    Yes.

Q    Do you know which attorney?

A    Yes.

Q    What was the name of the attorney?

A    Christopher Powers.

Q    To be clear, Dr. Lonergan, as Superintendent of Longwood Central School District, you have a regular pattern of communicating with the school Board; is that right?

A    Yes.

Q    Could you explain that pattern one more time?

A    Sure.  Most of my updates with the Board of Education occur during Board of Education meetings, especially on agenda, so under new business or anything that entails anything within this District that happens is done publicly in that regard.

The only time that we would discuss anything in executive session would

210

be when it comes to a student file and/or personnel matter, negotiations, things of that nature.

Q    Understood.

In that regard, was anything regarding June 4, 2015 put on a Longwood Central School District Board agenda?

A    I'm going to say, more than likely for executive session update on an incident that took place in the high school on that date.

I think so, yes.

Q    Who was responsible for preparing that?

A    I am.

Q    Did you have the assistance of anyone?

A    Just my secretary, Suzanne Iglio.

Q    When you had occasion to prepare this, how did you disseminate that information?

MS. LINEEN:  Objection to form.

A    Regular format, electronically,

211

to the Board of Education on Friday before their regularly scheduled meeting.

Q    And do you still have a copy of that electronic communication?

A    I'm sure we do, yes.

Q    Who maintains that communication?

A    At this point, that probably would be Lillian Pizzollo.

Q    Ms. Pizzollo is, again, the district clerk?

A    Yes.

But she wasn't in that role at the time.

Q    Ms. Rice was?

A    But the district clerk would have.

Q    Ms. Rice would have that communication which we spoke of earlier?

A    Yes.

Q    That communication regarding the incident on the June 4th, 2015?

A    In executive session.

Q    Who hired James Perrotta?

212

A    I did.

Q    When did you hire him?

A    Okay.  I got here in 2002.  I believe it was either 2003 or 2004.

Q    Going into the security --

A    Let me clarify.

I made the recommendation to then Superintendent Candy Swenson to hire this fellow as lead guard; who then, of course, makes the recommendation to the Board of Education.

Q    We spoke about security guards within Longwood Central School District.

To be clear, there is a security guard within each Longwood Central School District building; at least one, right?

A    School buildings, yes.

We have a number of buildings without them.

Q    We discussed seven buildings before.

Are there additional buildings which we did not discuss?

A    Three here.  Central office.

213

We have a dynamic, on Yaphank Avenue building that we converted into a super program for our students who are severely disabled, in preparation for some career work. We have a kitchen there, hotel suite; you got to see it one of these days. Just absolutely phenomenal. That building is there.

We have buildings downtown at operations and maintenance, where our garages are. There is a technology building down there as well.

No security in any of those buildings.

Hold on. Let me think.

Anyplace else, other than our seven campuses?

I think that's it.

Q    Dr. Lonergan, so it's fair to say that if there are students within a building, there's at least one security guard?

A    Yes.

Q    And the buildings of which you

214

mentioned earlier --

A    Yes.

Q    -- those are buildings that traditionally do not have students, as opposed to the campuses that you mentioned?

A    Other than the Special Ed program that I just described to you, we have students who come in and out of there from our other buildings.

Q    Are there any security guards within the Special Ed building?

A    Next door, yes. Middle school.

But remember, Special Ed is all through the district. Special Ed student offices are next door.

Q    So, Dr. Lonergan, who is responsible for hiring these individuals, as secured guards within the Longwood High School?

A    Mr. Perrotta, in conjunction with the high school principal.

Q    What, if any, involvement do you have in the hiring of these security officers?

215

A    Only to recommend from Mr. Perrotta, who sends it to Mr. Kollar, who sends it to me, from me to the Board.

I do no interview at all.

Q    But ultimately, you're the one who refers --

A    Everybody.

Anybody who gets a paycheck.

Q    To be clear, anybody who gets a paycheck, you are responsible?

A    Yes.

Q    Do you maintain personnel files on these individuals?

A    Yes.

Q    How do you maintain personnel files on each of these individuals?

A    They are all housed in the office next door to us here.

Q    Is it a physical file, electronic file, something else?

A    All physical.

Q    And in that physical file, that being the, again, security officers, what is contained within the physical file for a

216

security officer personnel file within the Longwood Central School District?

MS. LINEEN:  Objection to form.

A    I'll give you a sample. I don't know if it's all in entirety. Certainly their evaluations, their attendance, biographical information, time spent, previous employment, and I'm sure a host of other things in that personnel file.

Separate from a personnel file is a health file; but by law, you can't have those, for privacy reasons, together. So, there is actually two files for each employee in the district.

Q    Does the Longwood Central School District perform background checks on people they hire for security?

A    Every employee of the district has to go through a fingerprinting process through the State of New York, and after their fingerprints are taken, we receive back from the State, any previous arrests -- I don't think anything else -- if their fingerprints were ever used in an arrest and

217

what their convictions are for, so on and so forth.

I think that's as far as we go on a background check.

Q    Does Longwood Central School District, for instance, drug test the security officers, prior to their hire?

A    Not permitted to do that.

Q    Does the Longwood Central School District run a search for child abuse registry, before the hire of the Longwood security force?

A    I would think only if that is determined by their fingerprinting.

Q    Does Longwood Central School District maintain its own bus fleet?

A    No.

Q    Are background checks provided for all those drives that work within Longwood Central School District?

A    I believe they are.

Q    Are the drivers regularly tested for drugs and alcohol?

A    I believe they are.

*Rich Moffett Court Reporting*

218

MS. LINEEN:  Objection.

A    Interesting, we have some -- we do retain certain jurisdiction over our bus drivers, firing them any time we want.

After that, the bus company does all of everything else.

Q    Is that different for the security guards?

A    Security guards are our employees.

Q    So, just to be clear -- it sounds like you could fire the bus folks, whenever?

A    Yes.

And they're not our employees. That's part of our contract with the bus company.

Q    So tell me, if you had to fire a security guard, would it be more difficult than to fire a bus driver?

A    Yes.

MS. LINEEN:  Objection.

Q    Can you tell me what you mean by that?

*Rich Moffett Court Reporting*

219

A    Sure.

Civil service employees are protected by what they call Section 75, which is similar to a teacher 3020A.

And it's a hearing process.  It differs dramatically in some areas.

To make a long story short, it's a process that we must go through before termination of a potential for CSEA civil service person.

Bus drivers are not civil service.

Q    So as a civil service, are the security guards at all subject to drug testing, like the bus drivers?

MS. LINEEN:  Objection.

A    Active employees -- I'm sure I'm correct on this -- cannot be randomly drug tested.

Q    Let me back up for a second.

In the course of your professional duties as Longwood Central School District Superintendent, do you know if the security guards are regularly tested

*Rich Moffett Court Reporting*

220

for drugs and alcohol?

A    I do not.

Q    Who would?

A    Regularly checked by the Longwood Central School District, or by somebody else?

Q    By anyone?

MS. LINEEN:  Objection.

A    Mr. Perrotta would let you know that.

I believe the answer is, we cannot.

Q    When you say, we can't, is that because of what you mentioned earlier, that being the Section 75, the civil service?

A    Section 75 is the process by which the district can move to dismiss a civil service employee.

Drug and alcohol testing, as I believe State law, that it has to be stipulated in an agreement, for that to be able to happen.

You can't randomly go to a teacher and say, pee in the cup, so to

*Rich Moffett Court Reporting*

221

speak, for a civil service employee.

Q   So to be clear, there's some sort of agreement that would regulate the security guards within Longwood Central School District; is that right?

MS. LINEEN:  Objection.

A   An agreement of what?

Q   An agreement that says, you know, we stipulate yes, you can, or no, you cannot?

A   I don't think we can, unless you've been out of work for a month.

You come in and you say to me, I got a problem with alcohol.  I'm being honest with you; I got a problem.

Okay.  So, we're not going to move to dismiss you, but our attorneys would get involved with it.

So you're going to take care of yourself.  However, for us -- this would all be through attorneys -- in order for us not to dismiss you, you would agree in stipulation to be drug tested ten times a year, something like in a.

222

That's the only way that I know that we could ever have an employee drug tested, through stipulation.

Q   Through an agreement?

A   Right.

Q   So, in that regard, the security guards within Longwood Central School District, if there was misconduct or a personnel issue, who ultimately would either be responsible for suspension or firing or termination or anything in between, of those guards?

A   I would.

Q   If a security guard came in and was under the influence of drugs or alcohol, who would be responsible for that security guard?

A   Ultimately, he would first meet with Mr. Perrotta.

And Mr. Perrotta would then, however he can, determine whether that would be true, and then report to Mr. Kollar.

That eventually would come over to me with a phone call, where do we go from

223

here.

Q   To be clear, if a Longwood Central School District security guard was engaging in illegality, misconduct, anything that could result in termination, who would be responsible for that termination?

A   I would.

Actually, ultimately, it would be the Board of Education.

If you went through a Section 75 process, Counselor.  That's the only way you could have a civil service member terminated from their position, is through a Section 75, which the Board of Education, different from a 3020A, were a teacher has the final say on.

Q   So to be clear, it sounds like a process that would first be referred by the Superintendent of Longwood Central School District; is that right?

A   Yes, in conjunction with the civil service union.

Q   Then ultimately the decision would lie within the Board, based upon that,

224

right?

A   Hearing goes through.  There's a hearing, hearing officer, attorneys, whole nine yards.

And then a decision comes out from the hearing officer as to whether he or she believes there should be a termination.

That's presented by our counsel to the Board of Ed, and they can sustain it or change it.

After that, under Section 75, the employee can appeal that, as well.

Q   Ultimately, the Board can disregard those findings and terminate or choose to keep that --

A   They can, under Civil Service Law, yes.

That's why they should not give any information about a situation until counsel presents it to them, when it's all said and done.

Q   Was a security check performed on defendant Scott Partlow?

A   I don't know who that is.

225

Q    Scott Partlow is a defendant named in this action.

In your role as a Superintendent of Longwood Central School District, do you know if all the guards underwent a security check are currently employed with the Longwood Central School District?

A    I don't know what security check means.

Fingerprinted, yes, of course.

Q    Aside from fingerprinting, any sort of background checks for all security guards currently employed within the Longwood Central School District?

A    Not that I know of.

Q    Who would know?

A    Mr. Perrotta and Mr. Kollar.

Q    You're responsible for Mr. Kollar?

A    Yes.

Q    In the course of your activities as Longwood Central School District Superintendent, you have acted as the chief executive officer of the district?

*Rich Moffett Court Reporting*

226

A    Yes, I am, and custodian.

Q    So if we use that corporate analogy, the Board of Directors in this case is the school Board, the Longwood Central School District?

A    Yes.

Similar, yes.

Q    They're the ones that hire you, the school Board of the Longwood Central School District, right?

A    They do.

Q    Is there a job description for your title?

A    By the Board?

When they hired me, they said, welcome to the position. You're in control. And you are responsible for everything that happens here, from the moment everybody wakes up until the moment they get buried, and in between.

Q    Is there a physical or written job title for Superintendent of Longwood Central School District?

A    None that I know of.

*Rich Moffett Court Reporting*

227

It's very well understood.

Q    You've given us a description of what you do. It sounds like everything. And I see from making coffee to opening the doors?

A    I don't do everything. Let me clarify that.

We're certainly a big district, where people have their responsibility.

But ultimately, I accept responsibility for all of them.

Q    Could you tell me just a breakdown of the folks in Longwood Central School District -- how many professional employees are there within Longwood Central School District?

A    So professional, meaning certificated professionals?

Q    Yes?

A    On the teachers' ranks, there are approximately 840, last count.

Administrators, including myself, 39.

Q    Approximately how many number of

*Rich Moffett Court Reporting*

228

paraprofessionals exist within Longwood Central School District?

MS. LINEEN:  Note my objection to form.

A    I'm going to say around 750.

Q    Approximately how many students are within Longwood Central School District?

A    9,467, as of last Thursday.

Q    How many employees would fit the mold of folks that we've not discussed, perhaps like a -- let's not talk about independent contractors like the bus drivers, but how many other employees within Longwood Central School District that you have not mentioned?

A    You have to be either a professionally certified teacher administrator, you have to be either a certified teacher, or you have to be a civil servant, with a title. That's encompassing all formal 1600 of our folks, give or take.

Q    For instance, bus drivers, where do they fall, in that spectrum?

A    They're not our employees.

*Rich Moffett Court Reporting*

229

Q    So independent contractors.

A    **Suffolk County Transportation pays them.**

Q    Anyone else fit within the independent contractor role that's hired or utilized by Longwood Central School District?

A    **We will have, from time to time, independent contractors that will be hired on a per diem basis, usually considered consultants. I would say 99 percent of them are within the Special Ed area.**

Q    Any security ever fall within the independent contractor designation?

A    **No.**

Q    In the course of your duties and professional responsibilities as Superintendent of the Longwood Central School District, have you ever had occasion to hire extra per diem security for an event, a situation, or for instance, a happening, as recently occurred?

A    **No. We don't hire. We ask folks who are weekend guards, that only work**

230

**on weekend guards whether they would like to be paid and come in to cover for example, each one of our schools, starting on Thursday morning, we have guards the front gates.**

**We don't have enough guards to do that, so James, with my permission, called in the weekend folks. We pay them extra to pick up the extra work.**

Q    That's an example, exactly what I'm seeking.

So for instance, the school would not hire additional individuals; the school would already utilize individuals and pay them overtime or some equivalent?

MS. LINEEN:  Objection to form.

A    **That's correct.**

Q    So to be clear, all these employees that are professionals are protected by the civil service system, and others by the New York State sections of the Education Law within Longwood Central School District?

MS. LINEEN:  Objection.

231

A    **That's correct.**

Q    Do many of them participate in collective bargaining agreements with the labor union?

A    **All of them, with the exception of myself --**

**No, with the exception of myself, and the assistant superintendents.**

Q    What labor union?

MS. LINEEN:  Objection.

A    **Teachers -- New York State Teachers Unified Union.**

**And civil service, the AFL-CIO Civil Service.**

Q    Who's responsible for managing these relationships?

A    **Mr. Kollar, Assistant Superintendent for HR.**

Q    Part of your cabinet?

A    **Yes.**

Q    Ultimately, you're responsible for your cabinet?

A    **Correct.**

MR. MORRIS:  Time is 2:20.

232

(Whereupon, a break is taken at this time.)

MR. MORRIS:  Back on the record. It's now 2:25.

Q    Dr. Lonergan, has Longwood Central School District ever come to the attention of the New York State Education Department when it comes to its disciplinary policies?

MS. LINEEN:  Objection to the form.

A    **For our Special Education students, yes.**

Q    Explain what you mean by your Special Education students?

A    **We have had a feedback from the State that more than, I guess, they determine, or maybe the size of our school, of students of color with an IEP that have been suspended.**

Q    Was it that the disabled students that were being suspended disproportionately or students of color?

233

A    I only know --

MS. LINEEN:  Note my objection.

A    I only know of students with IEPs, that we received information from the State, and going through corrective measures.

Q    When you say corrective measures, can you explain that to me?

A    They'll come in.  It's very helpful.

The State will -- talking unfortunately, it's -- tipping point for us, six students a year.

I'm always open to hear from other folks, assistance in working with students with disabilities because, you know, they have so many issues.  Just on top of their learning issues, whether it's emotionally disabled, whether it's learning disabled, other health impairments.

They come in.  They'll do a review with us, make recommendations on how best to work with those student, going forward.

*Rich Moffett Court Reporting*

234

Q    Who is they, again?

A    New York State.

But I'm not too sure which division within the state represents that.

Q    New York State Education Department ever have occasion to prepare and distribute a report with reference to disciplinary practices at Longwood Central School District?

A    For student with disabilities, they do, yes.

Q    When did you first become aware of that report, and under what circumstances?

A    So I have two directors of Special Education.  Elementary Special Education is Jeanine Valez, V-A-L-E-Z, and the secondary education is Jenifer, one N, McCarthy.

I'm very happy to say that we have another director, just for the record.  Her name is Stephanie Columbia, and she is our new Director of Mental Health Services within the district.

*Rich Moffett Court Reporting*

235

That brings me up to 39.

If your number goes over 39 it's because I gave you Winsper, I gave you Tom Murphy and Steve Harding.  They're not part of the administrative staff.  Just came to me now.

Q    Let's go back.

We're going to return to this?

The last person of which you mentioned for a hire, what is the role of that person?

A    Director of Special Education.

Q    I think it was Mental Health services?

A    Stephanie Columbia, certified social worker, and has been here for a number of years.

And I created that position with the Board's endorsement last year because of the rising number of mental health concerns in our district and within the community of our children.

Q    So for instance, that person holds a licensed social work?

*Rich Moffett Court Reporting*

236

A    She's an LCSW.

Q    Is she a CSAC as well, certified addiction counselor?

A    She may be.

My wife is.

I don't know.  Possibly.

Q    What was the purpose of that hire?

A    To supervise the many mental health activities that we have within the district, and primarily to guide us through the last three years of a hefty federal grant that we're one of only two schools in New York State to receive, four years ago, called the PBIS Climate Grant Survey.

And she heads that up by the implementation of the activities throughout the district, and she's also the director of supervising all of our counselors, social workers, psychologists and school nurses.

Q    How many counselors, psychologists and social workers are there within the Longwood Central School District?

A    I'm going to say you're in the

*Rich Moffett Court Reporting*

237

mid 60s range.

Q    Do you know how many counselors work at the Longwood High School?

A    13.

Q    Do you know how many social workers work within the Longwood High School?

A    Two.

Q    Do you know how many social workers, if any, work within the Longwood High School?

A    Two.

Psychologists are what you're going to say next.

Q    That's right.

A    Two of those.

Q    There are two psychologists that work within the Longwood High School?

A    Yes.

Some will float in and out of that, because they primarily work with students with IEPs, so there could be one that is a district psychologist that will float into that building and out, depending

*Rich Moffett Court Reporting*

238

upon the students involved.

Q    Approximately how many students are enrolled in the Longwood Central School District Longwood High School?

A    2,750.

Q    So for that 2,750 students, there are two social workers; is that right?

A    There are two full-time social workers, yes.

Q    For the 2,750 students in Longwood High School, there are about two psychologists; is that right?

A    There are two full-time psychologists.

Q    How many Dignity For All Students Act coordinators are there for Longwood High School?

A    There are -- there's at least one, but there may be more.  At least one; as there is in each building.

I believe it's one of our social workers.  I believe it's Dawn Distefano.  I'm not too sure.

Or Maureen Beatrice; one of

*Rich Moffett Court Reporting*

239

those two young ladies.

Q    As Superintendent of Longwood Central School District, are you aware, as you sit here today, if there's more than one Dignity For All Students Act coordinators within Longwood High School?

A    There may be.

MS. LINEEN:  Objection.

A    I think there's only one.

Q    Just going back.

So, you had occasion to receive a report from the New York State Education Department as it relates to disparity in discipline; is that right?

A    Yes, for students with disabilities, of color.  Minority.

Q    Did you discuss it with any members of your team, your cabinet?

A    Gosh, yes.

Constant conversation with all of our administrators for the last five, six years that I've been Superintendent.  I've been cited just about every year.

Q    When you say cited, can you tell

*Rich Moffett Court Reporting*

240

me what you mean?

A    Because we get to that tipping point of the threshold for the number of students within our School District versus the number of minority students that are suspended with IEPs.

I think our number in excess of four to six a year, something like that.

That's where we get into that recall position.

Q    When you say cited, what do you mean by that, exactly?

A    The State says, listen, given your proportion of minority students in your district, and the size of your district, and each one of the buildings, we say that you have suspended more minority students with disabilities than you should have, quote, unquote.

Q    That citation, what form does that take?

A    It comes to me as a letter, originally saying that you have been recognized in this regard, and to please be

*Rich Moffett Court Reporting*

241

prepared for our representatives from the State to come and work with you to help correct the situation.

Q   Is that like annually, something else?

A   We usually get it in the fall.

Q   You said this has occurred more than once; is that right?

A   It's occurred every year that I've been superintendent, and before.

Q   Just to be clear, now Dr. Lonergan, as Longwood Central School District Superintendent, you've receive the citation every year since --

A   I have, since I've been Superintendent, yes.

Q   That's from 2012 to the present?

A   Correct.

Q   When you say it's a constant conversation, can you explain what you mean by that?

A   Yes.

We understand that no matter what the color is of our kids -- and again,

242

that whole idea behind hiring that new Director of Mental Health is to try to really put as much personnel on the ground that we can with some of our kids who are having great difficulty.

But when a student -- it's generally our students, I believe, and yet our director could tell you a little bit better -- are the students with emotional disabilities, maybe not so much learning disabilities, and just some of the difficulty with their families and the support, that they even have a family.

And quite honestly, you know, when children can't read, when children become frustrated, they act out. And unfortunately, they get suspended.

So, we try so hard every year to come up with more intervention plans, more opportunities to give those kids an out, so that they can be successful.

But we just have not been able to limit that tipping point of those four to six kids in the past few years.

243

A lot of those students become new to us.  They transfer in from other school districts, or other states.  It's so hard for us to be able to grab onto that and help them, when they're coming in with their issues we don't know about.

I think if we looked at those numbers, you would see a drastic difference between the kids who have IEPs that began with us in kindergarten and have been successful through the school year.  I think I would guess at that.

Q   We spoke earlier about some statistics in regard to these students who may have been in a single household or may be eligible for free or reduced lunch.

A   Or homeless.

Q   Has any analysis or census or audit been done at all to see those students with disparate treatment in terms of suspension, if they come from single-family homes or they are eligible for free or reduced lunch or anything like that?

MS. LINEEN:  Objection to form.

244

A   I'm going to say no.  That's so hard to get that information.

Q   So that when you say constant conversation, in terms of trying to remediate that?

A   For sure.

I have two outstanding directors that they just delve into this on a yearly basis and work closely with the principal of the child, to come up with interventions that are going to work for these students.

Q   What are the names of those directors?

A   The elementary Special Ed Director, Jeanine Valez, V-A-L-E-Z, and secondary's director, Jenifer, one N, McCarthy.

Q   How long has Ms. Valez been employed with the Longwood Central School District?

A   This is her third year.

Q   How long has Ms. McCarthy been employed with the Longwood Central School District?

245

A    20 plus years.

Q    Is it fair to say that Ms. McCarthy has been the same person employed throughout the citations when you were Longwood Central School District Superintendent?

A    Yes.

MS. LINEEN:  Objection.

Q    Was Ms. McCarthy the same person involved in attempting to remediate the potential problems as diagnosed by New York State Education Department?

MS. LINEEN:  Objection to form.

A    Her, in connection with all of our other administrators, yes.

But she owns it; so she takes the reins.

Q    To whom does she report?

A    She reports to Dr. Castro.

Q    And to whom does Dr. Castro report?

A    To me.

Q    You said Ms. McCarthy spoke to other supervisors, or worked in conjunction

246

with other supervisors?

A    Yes.

Q    Who are the people to whom she would refer?

A    All of the other administrators that we talked about.

Q    Is that your cabinet, is that the assistant superintendents, or is that all the buildings' principals, or is that the building principals, assistant superintendents and the assistant principals?

A    All of them.

Q    So everybody is aware of --

A    All 39 of us, yes.

Q    Are you aware in the individuals of which you mentioned the 39 of them, read this report that was had created by the New York State Education Department?

MS. LINEEN:  Objection to form.

A    I don't know if they all did.

Certainly every building principal and assistant principals, and our Special Ed folks, and Dr. Castro, myself,

247

anybody else, if it made sense to, maybe shared with pupil personnel, counselors, social workers, psychologists.  I can't tell you definitely.

Q    Dr. Lonergan, in the course of your regular duties and responsibilities as the Longwood Central School District Superintendent, have you ever had occasion to conduct your own audit or census in terms of disparities in treatment amongst individuals with disabilities?

MS. LINEEN:  Objection to form.

A    I have not.

Q    In the course of your regular duties and responsibilities as Longwood Central School District Superintendent, have you conducted an audit in terms of discipline among all Longwood Central School District students?

MS. LINEEN:  Note my objection to form.

A    Yes, I have.

Q    When have you done that?

A    I started that the year I began

248

my employment here, in 2003.

Q    How have you done that?

A    I love to brag about this; so hang in there, okay?

When I got here, the suspension numbers were very high.  What I mean by high -- can I give you a number?  I can't give you a number, but they were very high.

Being hired as an assistant Superintendent with a social work background was unheard of 20 years ago.

The Superintendent at that time realized that maybe it's not a bad idea.  It worked out pretty well.

What I found, by the old guard that used to be here many years ago, when I say I brag about the great principals that I have now -- the suspensions occurred more than they do now.

The ones I can really talk about intelligently are the central office hearings that I pretty much had my hand in all the time, because we switched from, you're out of here, see you in six months,

249

to, you violated the Code of Conduct, you're going to be suspended for a while; but here are some of the things that we're going to recommend to you and your family that you may want to do during that time of suspension, that maybe even if you do it, and you can demonstrate it, you can come in and see the superintendent and ask for an earlier return to school.

We started to get away from this, you're suspended, and good-bye, to you're suspended because you violated the Code of Conduct, and now we're bringing you back in earlier, but we're looking for you to do something with us: Work with our mental health.

We increased our mental health staff during that 16 years as well. And the whole idea was to get an intervention plan set up. And we have decreased suspensions across the board by 72 percent in the past 16 years, all of which I have details on.

Q    When you say details, what did you do to take details?

*Rich Moffett Court Reporting*

250

A    So that would be my write-ups, the central office hearings. We have about 100 of them a year. And each one of those write-ups have detailed intervention strategies put in there, for the students who are suspended, for their parents to follow and to work with building administration on it.

Very proud of that.

So we kind of went away from the hammer, to yes, you can't bring an illegal substance on the school property. Because you did, you will have to be suspended for a while; but I want you to think about getting involved in this, or this, or that, to learn a little bit about why you were suspended.

Q    Is that part of a, you know, breaking the school/prison pipeline? Is that something along those lines?

MS. LINEEN:  Objection to form.

A    You know what; it probably could be.

Q    In regard to a census or an audit, was anything done to track the race

*Rich Moffett Court Reporting*

251

of the individuals or ethnicity or national origin of the individuals suspended?

A    No, because I never know who they are, when they are suspended.

So, it's an interesting idea to look, but I've never looked at it before.

Q    As the Superintendent of Longwood Central School District, have you ever had occasion to review such a census or audit?

A    Just the ones from the Special Education piece, yes.

Q    Have any of them been undertaken by Longwood Central School District, whether it be Special Education or student body, altogether?

MS. LINEEN:  Objection to form.

A    None that I know of, Counselor.

Q    Isn't it a fact that the New York State Education Department exercises some supervision and control over your activities as Superintendent of the Longwood Central School District?

A    Through commissioner

*Rich Moffett Court Reporting*

252

regulations, yes.

Q    They've done so in the case of the students with disabilities being disproportionately suspended; is that right?

A    Yes.

Q    Do you post reports from the State Education Department, such as audits, on the district web site?

A    No.

We do have to post -- I'm sorry. Let me back up on that.

When you are cited the way you are, yes. You have to make public that the State Education Department has called for an audit.

And I don't know the question, I don't know if the results of that audit have to be posted. I don't believe so. Just you have to notify your community that you're under audit, yes.

Q    Who would know that information?

A    Jenifer McCarthy.

Q    As you sit here today, Dr. Lonergan, as Superintendent of Longwood

*Rich Moffett Court Reporting*

253

Central School District, do you know if Jenifer McCarthy had ever conducted such a race audit for a national origin or ethnicity audit as to disparity in suspension among Longwood Central School District students?

MS. LINEEN:  Objection to form.

A    I don't think so.

Q    Whose practice was it to refer to disciplinary hearings, in some instances, to Ingerman and Smith?

A    My decision.

Q    Was that something that occurred prior to you becoming the Superintendent of Longwood Central School District?

A    Yes.

Q    Prior to your employment with the Longwood Central School District, as Superintendent, by whom were you employed?

A    Jericho School District.

Q    How did you come to be employed by the Longwood Central School District?

A    A young lady who was the Director of Pupil Personnel at Jericho,

*Rich Moffett Court Reporting*

254

Debra Winter, received a job here, after getting remarried and living out in Westhampton, as an assistant superintendent for pupil personnel.  That was in June of 2001; July of 2001.

In August of 2001, then Superintendent Candy Swenson announced to the Board that she would like to add an additional Assistant Superintendent to the ranks, with mental health background, because of the emerging needs of students, and their mental health piece.

Deb said, I know a guy who is a certified school counselor, licensed mental health counselor, been an educator for 25 years.  She gave me a call, and she said, look for the announcement.  It's coming through, if you're interested.

I applied and was offered the position in 2002, 2001.

Q    Doctor, what kind of doctorate do you have?

A    Dr. of clinical social work.

Q    Doctor, does that a require a

*Rich Moffett Court Reporting*

255

certain amount of hours in the field, dissertation, certification, all of the above?

A    Master's degree, held in a related subject, which I have two Master's degrees in, and a dissertation, research dissertation, yes.

Q    What was your dissertation on?

A    You really want to say here late?  You know I love to brag about this stuff.

I did research on two things.  I looked at students who stayed at home, rather than going away to college, and students who went away to college, with a learning disability.  I measured their parental attachment and parental separation levels, and made some assumptions, and got some very interesting results in the research.

I showed that students who stay away and who go away really don't venture too much away, as far as being successful, but there was a certain amount of

*Rich Moffett Court Reporting*

256

parental -- different level if parental attachment associated with students who stayed home.

Q    So there was some significant findings?

A    Insignificant, but significant enough for me to say something, where they say, okay, you're a doctor now.

Q    Who are those they?  Which school?

A    Adelphi University, in Garden City.

MR. MORRIS:  Off the record.

(Whereupon, a discussion was held off the record.)

MR. MORRIS:  Back on the record.

Q    Adelphi University.

Where did you obtain your Master's degree?

A    My first Master's was from St. John's University in 1979, in school counseling and rehabilitation.

The second is a Master's, but they call it a professional development,

*Rich Moffett Court Reporting*

257

professional diploma, because it's the second Master's in school and community counseling. Then the third is a certificate program, to become a school district, school building administrator.

Then the doctorate.

MR. MORRIS: Off the record. It's about 3:48.

(Whereupon, a break was taken at this time.)

MR. MORRIS: Back on the record. Time now is 2:51.

Q    We're talking about your Master's degrees.

A    Yes.

Q    Any dissertation or anything required for either of those Master's degrees?

A    No.

Q    Did you choose to do a thesis on either of those Master's degrees?

A    No.

Q    In order to become the Superintendent of Longwood Central School

258

District, what credentials must one have?

A    First and foremost, you have to be a certified school building and school district administrator.

Did you say Assistant Superintendent or Superintendent?

Q    Superintendent.

A    And then it's -- from there, it's up to the Board of Education.

I think most boards of education look for -- although they won't say it's a definite, because of their selectability, I guess -- they prefer central office experience. Generally you'll see a minimum of five years, so that would be as an Assistant Superintendent.

And then generally, most boards are looking for a good fit between that person and that community. That could be very subjective there; but you must have the certification.

Q    You acquired all that before you became the Longwood Central School District Superintendent?

259

A    I did.

Q    You started as an assistant superintendent, and you said in November of 2001; is that right?

A    I had started in January.

I was offered the job in November, and then I began in January -- January 25th, 2002.

Q    How long did you hold that position as an Assistant Superintendent in Longwood Central School District?

A    I believe until 2006.

Q    In 2006, what, if any, position did you obtain?

A    I was offered Deputy Superintendent of Schools.

Q    What is a Deputy Superintendent of Schools?

A    Generally, it's the person that would take up a bulk of the responsibility in the absence of the Superintendent.

Q    Right now, there is no Deputy Superintendent of Schools within the Longwood --

260

A    We do not have one, no.

Q    Why is that?

A    Probably because the cabinet is relatively new. And, you know, that's an opportunity that the Board and I speak about every so often, when we take a look at the cabinet.

One gentleman is really retired and doesn't look to do too much more other than his HR position. One fellow is relatively new. My financial officer is not interested in any more responsibilities.

Dr. Castro's kind of along the same line as I, with maybe three or four years less.

So lack of experience, and not a lot of time for somebody to be appointed.

They're always looking ahead, which is what I advise the Board to do; but it doesn't seem to be a good time right now, with the personnel in hand, for a Deputy Superintendent.

Q    In 2016 you became the Deputy Superintendent of the Longwood Central

261

School District?

A     Yes.

Q     How long did you hold that position for?

A     Until August 31, 2012.

Q     What, if anything, occurred on August 31st, 2012?

A     I became the Superintendent at 12:01 the next morning.

Q     How did you become the Superintendent?

A     I was offered a contract by with the Board of Education, signed the previous spring.

Q     When you say offered a contract by the Longwood Central School District Board of Education; how were you presented that contract?

A     I hired an attorney through the New York State school Superintendent's Association, who negotiated that contract with the Board's counsel.

Q     Was it presented to you along with a Central school Board of Education

*Rich Moffett Court Reporting*

262

meeting, was it a private discussion, correspondence, or something else?

A     It was presented to me by my attorney, the association, after she spoke with me prior, and she negotiating with the Board's attorney.

Q     Doctor, do you personally get in involved in cases where the Longwood Central School District student is being suspended or has been suspended?

MS. LINEEN:  Objection to form.

A     Only do I become involved with it is a request for suspension for more than five days.

Q     Doctor, how does your degree in social work, if at all, help you, as the Superintendent of Longwood Central School District Superintendent, in dealing with students facing suspensions?

A     Without sounding too egotistical, I spent 25 years working with adolescents -- crying with them, laughing with them, burying a number of them.

I don't think there was any

*Rich Moffett Court Reporting*

263

better preparation for me to come into this position other than having 25 years building level experience with adolescents, regardless of my degrees.

That experience alone has proven to be invaluable.

Unless you talked to my own four.

Before I said they would say something a little different, but that's not necessary.

Q     Anything in your training at all, specifically as a Doctor of Social Work, that has helped you in the suspension process at Longwood Central School District?

A     Yeah.  I'm also a licensed mental health counselor in private practice, along with my wife, for now 37 years, on a very limited scale.  Time doesn't permit, as it would be if I wasn't a Superintendent.

But that interaction and that clinical experience has, I think, proven invaluable.

That was the hook that I try to

*Rich Moffett Court Reporting*

264

use to get parents whose kids are having difficult and have been suspended to come in and see me.

And right away, I know -- I know how.  I just know how to make that not a Superintendent talking to parents, but somebody who wants to help their child.

I don't think there's been one parent that's walked into this offices or upstairs, angry, that hasn't left saying thank you, because of the one most important thing; I understand that you care.

And they're okay with the rest of the suspension or with the intervention that collectively we put out there to help our kids.

So yes, I feel really -- I love meeting with kids.  I don't get to do it enough in this position as I had for those first 25 years, so I really, really look forward to it.

Q     Let's talk a little bit about the preceding, like you said, 25 years.

Prior to you being hired in

*Rich Moffett Court Reporting*

265

January of 2001 by Longwood Central School District --

A       2002.

Q       -- where were you employed?

A       Jericho School District.

Q       How long were you at Jericho School District?

A       I began there on July 1st of 1987.

Q       In what position did you start at Jericho School District?

A       School counselor.

Q       How long did you maintain that position?

A       14 and a half years.

Q       After that those 14 and a half years, what, if any, position did you obtain for employment?

A       Assistant Superintendent of Pupil Personnel here at Longwood.

Q       So is it fair to say that you maintained employment as a school counselor at Jericho School District until you were then employed as an Assistant Superintendent

*Rich Moffett Court Reporting*

266

as Longwood Central School District?

A       Yes.

Q       Prior to your work at the Jericho School District, if anywhere, were you employed?

A       I was a school counselor in a private school in Oyster Bay, St. Dominic High School.

Q       How long were you employed at St. Dominic High School?

A       October of 1978 until June 30th of 1987.

Q       Prior to St. Dominic High School, where, if anywhere, were you employed?

A       I had the best job in the world. While I was working on a Master's degree at St. John's, I worked for Bloomingdale's, selling ladies' shoes, in Fresh Meadows. You want to talk about -- I should have stayed there. I could have been a billionaire. I was told that my -- you could sell shoes and God bless -- the

*Rich Moffett Court Reporting*

267

community was 80 Jewish, and the women -- I don't know why -- I'm not married to a Jewish woman. Something happened in that relationship with those women -- they'd buy -- give me every color; every color. I loved working -- I think it honed my skills for communicating with people. That's what I did.

Q       How long did you maintain that sales position?

A       Two years, while I was in graduate school.

Q       And before the sales position at Bloomingdale's, what, if any employment did you have?

A       I worked -- really coincided with that during the summers, with a program out of Rhode Island called the Ocean Tides, where I was a residential counselor for delinquent boys. That was my real first job in cutting my teeth in counseling.

*Rich Moffett Court Reporting*

268

Q       How long did you maintain that employment with them?

A       That was the summer of 1978, the summer of '79, the summer of '80.

Q       What, if any, employment did you have prior to that?

A       I guess my first job that I ever had, and kept while I was in college, was pumping gas for Crown Gas in the Hamptons in the summer.

Q       But the Bloomingdale's job was just --

MR. MORRIS:  I'm just going to take a couple of minutes and see if I might be able to wrap up shortly. It's 3 o'clock now. Off the record.

(Whereupon, there was a discussion held off the record.)

(Whereupon, a break was taken at this time.)

MR. MORRIS:  I'm just about done.  Get back on here. Back on the record.

*Rich Moffett Court Reporting*

269

It is now 3:13.

Q   Dr. Lonergan, we've gone through basically your entire employment history; is that right?

A   Yes.

Q   Dr. Lonergan, were you ever involved in or associated with a school district which is the subject of monitoring by federal or State authorities?

A   I don't think so.

Q   In regard to this new position --

A   Director of Mental Health and Student Attendance?

Q   Yes.

What, if any, responsibilities does this new person have in regard to disparity of treatment amongst Longwood Central School District students by race?

A   Part of the grant that we were given three years ago, that we are now in the fourth year of, had to do with building a community of multicultural students and better understanding of the various cultures

*Rich Moffett Court Reporting*

270

within our district.

We've been pretty much ahead of that for a lot of years, but the grant gave us the opportunity to expand on that.

She supervises that, Stephanie Columbia.

Q   Dr. Lonergan, as you sit here today, in your role and responsibility as Superintendent of Longwood Central School District, are you aware of if this director has created a census or audit on the basis of the race or disparity of treatment among students, based on race, within Longwood Central School District?

A   No.  Probably not.

She's only begun the job a few months ago.  No.

Q   Same question for Ms. McCarthy.

Are you aware of any audit, census or report of tracking disparity of treatment amongst Longwood Central School District students on the basis of race?

A   Other than what's been provided to her by the State over the past few years.

*Rich Moffett Court Reporting*

271

MS. LINEEN:  Is that no?

A   I don't know of any others, other than that.

Q   In regard to the relationship between the Longwood Central School District and the Suffolk County Police Department, are there any documents, any memorandum, that exists that memorialize any such relationship?

A   I have of none.

Q   Do you know of anyone who would know if such documentation exists?

A   First person that comes to my mind would be Lillian Pizzollo, who oversees all of the business contracts that would go from whomever to the Board.  That's first person that comes to my mind.

It may not be appropriate; but that's the first person that comes to mind.

Q   That would be between the Board and the Suffolk County Police Department?

A   Any type of agreements have to go through our Board of Education, yes; with anyone.

*Rich Moffett Court Reporting*

272

Q   So, if an agreement were to exist, it would have to be between the Longwood Central School District Board of Education and, is this case, the Suffolk County Police Department?

A   That's how it works.

So it my signature, a Board signature and the cooperating agency.

Q   You would be involved in that process?

A   Yes.

Q   In regard to the suspension hearing involved with David Edmond, was the suspension hearing ended by a settlement, in the matter of David Edmond?

A   I believe so.

Q   Did you sign that settlement agreement?

A   I believe so.

Q   Mrs. Branca, what is her role again?

A   Amy is a clerk typist in my office.

Q   What are her job duties?

*Rich Moffett Court Reporting*

273

A    She's actually split between myself and Dr. Castro, as clerk typist.

For me, she does much of the central office hearing work that we've discussed here today.

Q    In regard to central office hearing work, aside from the actual notice, what else, if any, does Ms. Branca do for you in your office?

A    She will then take my determination and get that to the building level and to the parents.

Q    So she's responsible for disseminating that information.

Do you know how she does that?

A    Parents, she will do the letter.

We make it also a priority -- parents get a little jittery about what's exactly going to come down, so she calls them and asks if they would like her to recite it to them, then the letter come in the mail.

And then, that goes back to the building administration, to know when the

*Rich Moffett Court Reporting*

274

student is coming back to school and any other intervention services that are required.

She handles that distribution of information.

Q    Do you sign those correspondence that she sends?

A    I do.

Q    Do you read those correspondence before you sign them?

A    I do.

Q    Are those correspondence regularly maintained within the course of business at the Longwood Central School District?

A    They are.

Q    Throughout the course of your tenure as Longwood Central School District Superintendent, has the school firm with which you've worked always been Ingerman and Smith?

A    Yes.

Q    Throughout your tenure, has it been another law firm?

*Rich Moffett Court Reporting*

275

A    Not at Longwood, no.

MR. MORRIS:  That's all I have for now.

MS. LINEEN:  I don't have any questions for you.

I request that the witness be provided with a right to review and sign the transcript, and that we be provided with a copy of the videotape of today's deposition.

MR. MORRIS:  In that same regard, while we're on the record, I'm providing you an original of Dr. Castro's continued deposition transcript for signature.

At this point we have provided you with all of our originals.  We're just requesting the review and signature back.

As per your demand, we will provide you the video of all the depositions.

MS. LINEEN:  I don't know if I got her original, the first one.

*Rich Moffett Court Reporting*

276

MR. MORRIS:  We did send it to you.

MS. LINEEN:  You did?

MR. MORRIS:  Yes.

MS. LINEEN:  I'll double-check. I don't remember getting that.

MR. MORRIS:  We've given you all of them, with the exception of Sears.

MS. LINEEN:  Are you going to be providing that?

MR. MORRIS:  We tried to order them.

Off the record.

(Time noted:  3:20 p.m.)

*Rich Moffett Court Reporting*

277

A C K N O W L E D G E M E N T

STATE OF NEW YORK  )
                   :ss
COUNTY OF          )


    I, MICHAEL LONERGAN, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of February 19, 2018; that the transcript is a true, complete and correct record of my testimony, and that the answers on the record as given by me are true and correct.



_____
MICHAEL LONERGAN


Signed and subscribed to before me, this        day
of            , 2018.

_____
Notary Public, State of New York

*Rich Moffett Court Reporting*

278

------------------I N D E X------------------
WITNESS            EXAMINATION BY      PAGE
MICHAEL LONERGAN   MR. MORRIS           5



DIRECTIONS:  None
RULINGS:  None
MOTIONS:  None


---------------DOCUMENT REQUEST---------------
PAGE 107  Photostatic copy of that manual produced in this deposition.

---------INFORMATION TO BE FURNISHED--------
PAGE 129  Middle management personnel.

------------------EXHIBITS------------------
PLAINTIFF'S FOR I.D.               PAGE
None


DEFENDANT'S FOR I.D.              PAGE
None

279

C E R T I F I C A T E
STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NASSAU   )


    I, RICH MOFFETT, a Notary Public within and for the State of New York, do hereby certify:
    That MICHAEL LONERGAN, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.
    I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.
    IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of February, 2018.


-------------------------
RICH MOFFETT

**#**

**#1-10** [1] - 1:17

**'**

**'05** [1] - 60:23
**'13-'14** [1] - 63:22
**'14-'15** [3] - 59:19, 60:11, 63:22
**'15-'16** [1] - 60:10
**'79** [1] - 268:5
**'80** [1] - 268:5

**/**

**/AOFLS** [1] - 162:17

**1**

**1** [1] - 6:24
**1-10** [2] - 1:11, 1:16
**10** [1] - 93:21
**100** [3] - 32:18, 52:6, 250:4
**10601** [1] - 3:12
**107** [1] - 278:12
**10:44** [1] - 56:19
**10:48** [1] - 56:23
**1102** [1] - 3:11
**114** [1] - 2:22
**11501** [1] - 2:23
**11746** [2] - 1:21, 3:6
**11953** [1] - 5:14
**11:45** [1] - 118:22
**12** [2] - 93:21, 181:6
**129** [1] - 278:16
**12:01** [1] - 261:10
**12:06** [1] - 119:2
**12:58** [1] - 181:7
**13** [1] - 237:5
**14** [3] - 52:18, 265:16, 265:17
**15** [3] - 41:24, 150:24, 154:15
**15-17** [1] - 14:25
**1550** [1] - 11:17
**16** [8] - 42:3, 81:10, 82:17, 116:13, 121:16, 127:19, 249:19, 249:23
**1600** [1] - 228:22
**1620** [3] - 70:5, 70:17, 70:21
**17** [9] - 7:7, 14:7, 63:3, 66:3, 66:12, 68:17, 68:20, 69:23, 71:25
**19** [2] - 1:22, 277:11
**1978** [2] - 266:12, 268:4
**1979** [1] - 256:22
**1987** [2] - 265:10, 266:13
**19th** [1] - 279:22
**1:39** [2] - 181:14, 181:15
**1st** [1] - 265:9

**2**

**2** [1] - 7:7
**2,750** [3] - 238:6, 238:7, 238:11
**20** [10] - 7:6, 14:8, 16:15, 26:5, 75:14, 91:25, 92:2, 151:10, 245:2, 248:12
**2001** [6] - 254:6, 254:7, 254:21, 259:5, 265:2
**2002** [5] - 97:25, 212:4, 254:21, 259:9, 265:4
**2003** [2] - 212:5, 248:2
**2003-2004** [1] - 186:19
**2004** [1] - 212:5
**2005** [2] - 61:8, 61:9
**2006** [3] - 122:19, 259:13, 259:14
**2012** [8] - 6:24, 60:24, 61:9, 120:5, 125:8, 241:18, 261:6, 261:8
**2014** [2] - 127:9, 161:16
**2014-'15** [1] - 63:15
**2014-2015** [14] - 54:16, 59:10, 59:17, 73:20, 73:24, 74:12, 74:23, 86:13, 98:19, 99:3, 123:18, 123:20, 154:12, 205:7
**2015** [8] - 88:19, 88:24, 89:6, 127:9, 161:16, 207:4, 210:7, 211:23
**2016** [1] - 260:24
**2018** [4] - 1:22, 277:11, 277:23, 279:23
**21** [1] - 92:2
**22** [7] - 72:19, 75:12, 75:14, 79:21, 80:7, 86:23, 92:2
**24/7** [2] - 10:14, 140:10
**25** [5] - 254:16, 262:22, 263:3, 264:21, 264:24
**25th** [1] - 259:9

**3**

**3** [1] - 268:17
**30** [1] - 151:10
**3020A** [2] - 219:5, 223:16
**30th** [1] - 266:12
**31** [2] - 63:5, 261:6
**310** [2] - 1:21, 3:5
**31st** [1] - 261:8
**32** [1] - 69:5
**33** [3] - 1:21, 3:5, 69:6
**34** [12] - 56:4, 61:16, 61:19, 61:24, 62:7, 62:17, 63:4, 69:21, 70:22, 127:20, 129:2, 138:7
**35** [1] - 5:13
**37** [1] - 263:19
**39** [7] - 56:7, 128:22, 227:24, 235:2, 235:3, 246:16, 246:18
**3:13** [1] - 269:2
**3:20** [1] - 276:15
**3:48** [1] - 257:9

**4**

**4** [3] - 88:24, 207:4, 210:7
**40** [1] - 44:24
**445** [1] - 3:11
**4th** [3] - 89:6, 207:2, 211:23

**5**

**5** [1] - 278:4
**50** [6] - 12:3, 38:3, 38:5, 38:10, 38:13, 40:7
**504** [1] - 11:19
**516-280-4664** [1] - 2:23
**56** [1] - 181:6

**6**

**60** [2] - 7:6, 14:16
**60s** [1] - 237:2
**62-year-old** [1] - 167:25
**630** [1] - 2:22

**26** [1] - 69:2
**2:16-cv-2871** [1] - 1:6
**2:20** [1] - 231:25
**2:25** [1] - 232:6
**2:51** [1] - 257:13

**631-345-2172** [1] - 5:17

**7**

**72** [1] - 249:22
**75** [8] - 152:10, 152:11, 219:4, 220:16, 220:17, 223:11, 223:15, 224:12
**750** [1] - 228:6

**8**

**80** [1] - 267:2
**840** [1] - 227:22

**9**

**9,467** [1] - 228:9
**99** [1] - 229:12
**9:45** [1] - 1:23

**A**

**A-D-A-M-S** [1] - 30:7
**a.m** [1] - 1:23
**abatements** [1] - 87:23
**ability** [2] - 27:5, 49:23
**able** [10] - 40:20, 54:10, 153:24, 154:25, 157:17, 178:24, 220:23, 242:23, 243:5, 268:16
**abolish** [1] - 100:9
**absence** [1] - 259:22
**absolutely** [3] - 79:23, 208:23, 213:8
**abuse** [2] - 136:9, 217:11
**accept** [2] - 106:25, 227:11
**acceptance** [1] - 101:22
**accepted** [1] - 178:11
**accepts** [1] - 115:25
**access** [2] - 21:25, 122:7
**accident** [1] - 118:15
**account** [1] - 46:14
**accountable** [1] - 18:4
**accounts** [1] - 28:14
**accused** [2] - 83:14, 83:19
**acquired** [1] - 258:23
**Act** [2] - 238:17, 239:6
**act** [5] - 11:19, 106:21,

**191:22, 191:24, 242:17**
**acted** [1] - 225:24
**action** [3] - 106:17, 225:3, 279:18
**actions** [2] - 95:20, 146:14
**active** [4] - 183:18, 195:15, 197:8, 219:18
**activities** [13] - 7:11, 35:23, 37:23, 62:4, 103:19, 172:17, 180:4, 183:8, 199:23, 225:22, 236:11, 236:18, 251:23
**activity** [4] - 95:3, 156:8, 196:11, 196:21
**acts** [2] - 85:18, 124:21
**actual** [2] - 16:20, 273:8
**Adam** [1] - 30:5
**Adams** [1] - 30:7
**add** [5] - 66:11, 85:8, 117:11, 117:22, 254:9
**addiction** [1] - 236:4
**additional** [7] - 18:25, 160:24, 202:17, 202:18, 212:23, 230:14, 254:10
**additions** [1] - 95:17
**address** [5] - 5:12, 5:18, 24:22, 24:24, 173:10
**addressed** [1] - 112:2
**addresses** [4] - 25:24, 27:9, 27:21, 28:10
**Adelphi** [2] - 256:12, 256:18
**adjudication** [1] - 180:8
**administer** [1] - 4:16
**administers** [1] - 132:22
**administration** [10] - 25:9, 25:12, 25:13, 174:8, 174:16, 177:14, 189:9, 196:20, 250:9, 273:25
**administrative** [1] - 235:6
**administrator** [12] - 29:14, 50:14, 97:25, 128:7, 128:19, 143:3, 160:23,

161:4, 172:2, 228:19, 257:6, 258:5

**administrators** [26] - 56:4, 56:6, 61:16, 61:20, 61:24, 61:25, 62:7, 62:11, 62:18, 64:2, 64:15, 64:18, 69:21, 70:23, 101:13, 106:10, 106:24, 127:21, 128:23, 129:4, 138:2, 138:5, 227:23, 239:22, 245:16, 246:6

**adolescents** [2] - 262:23, 263:4

**adopt** [2] - 105:7, 106:15

**adoptions** [1] - 104:8

**adult** [1] - 177:9

**advice** [1] - 146:15

**advise** [3] - 79:13, 81:19, 260:20

**advised** [1] - 81:3

**affect** [1] - 6:12

**affects** [1] - 106:11

**AFL** [1] - 231:14

**AFL-CIO** [1] - 231:14

**African** [6] - 7:6, 14:5, 14:6, 15:5, 38:6, 42:8

**afternoon** [1] - 199:8

**afternoon-evening** [1] - 199:8

**agency** [1] - 272:9

**agenda** [43] - 72:24, 72:25, 75:6, 75:7, 76:4, 78:21, 79:5, 79:11, 79:17, 80:15, 84:24, 85:3, 86:17, 87:6, 87:8, 87:14, 88:8, 88:15, 95:15, 95:23, 96:5, 104:21, 104:25, 105:22, 105:25, 106:4, 106:5, 106:8, 110:14, 111:21, 112:12, 112:16, 113:14, 113:20, 116:25, 117:5, 117:11, 117:17, 117:23, 124:23, 125:2, 209:20, 210:8

**agenda-setting** [1] - 84:24

**agendas** [3] - 78:17, 113:16, 114:15

**ago** [9] - 28:3, 121:16, 198:22, 199:8, 236:15, 248:12,

248:17, 269:22, 270:18

**agree** [3] - 81:23, 81:24, 221:23

**agreed** [1] - 178:10

**AGREED** [3] - 4:3, 4:9, 4:14

**agreement** [8] - 58:19, 220:22, 221:4, 221:8, 221:9, 222:5, 272:2, 272:19

**agreements** [2] - 231:4, 271:23

**aha** [1] - 145:6

**Aha** [1] - 66:16

**ahead** [3] - 194:17, 260:19, 270:3

**Ahmed** [1] - 66:19

**AHMED** [1] - 66:19

**aid** [12] - 17:15, 17:19, 18:8, 18:9, 18:10, 18:11, 18:14, 18:19, 28:24, 32:11, 37:21, 42:24

**Alan** [2] - 59:21, 60:13

**alcohol** [5] - 217:24, 220:2, 220:20, 221:15, 222:16

**alert** [4] - 117:15, 117:25, 118:2, 118:15

**allow** [4] - 195:6, 195:10, 195:14, 195:19

**allowed** [2] - 157:21, 157:25

**alone** [1] - 263:6

**alteration** [1] - 141:11

**altercation** [9] - 140:18, 140:25, 141:19, 142:17, 144:22, 147:7, 175:16, 175:24, 179:23

**alternative** [1] - 135:7

**altogether** [1] - 251:17

**America** [1] - 30:20

**American** [5] - 14:5, 14:6, 15:5, 38:7, 42:9

**Americans** [2] - 7:7, 11:19

**amount** [8] - 12:6, 16:4, 42:8, 42:9, 150:3, 150:20, 255:2, 255:25

**Amy** [7] - 162:16, 164:7, 164:8, 164:12, 173:12, 173:20, 272:23

**Amy's** [1] - 174:9

**analogy** [1] - 226:4

**analysis** [1] - 243:19

**AND** [6] - 1:11, 1:16, 1:16, 4:2, 4:8, 4:13

**angry** [1] - 264:11

**Anjany** [1] - 67:15

**ANJANY** [1] - 67:15

**annex** [1] - 91:11

**announced** [1] - 254:8

**announcement** [1] - 254:18

**annual** [11] - 7:25, 8:2, 8:13, 8:14, 8:15, 9:15, 9:16, 10:4, 19:17, 20:25, 37:6

**annually** [8] - 34:8, 40:23, 43:6, 43:7, 53:9, 102:23, 241:5

**answer** [8] - 41:17, 72:17, 132:13, 132:23, 151:5, 152:23, 153:3, 220:12

**answered** [2] - 13:10, 13:24

**answering** [1] - 111:22

**answers** [2] - 159:17, 277:13

**anyplace** [1] - 213:17

**anyway** [1] - 162:12

**apologize** [2] - 57:8, 145:25

**appeal** [1] - 224:13

**applicable** [1] - 156:22

**application** [15] - 17:19, 18:8, 18:13, 19:2, 19:5, 19:9, 19:12, 19:17, 19:22, 19:24, 19:25, 21:18, 22:6, 29:19, 34:13

**applications** [8] - 18:18, 20:9, 20:13, 21:12, 21:20, 22:8, 28:24, 32:11

**applied** [1] - 254:20

**appointed** [2] - 135:16, 260:18

**approach** [1] - 202:24

**appropriate** [2] - 198:5, 271:19

**approval** [2] - 58:24, 164:16

**approve** [2] - 87:20, 187:9

**approved** [3] - 50:17, 182:10, 182:13

**Approximate** [1] -

151:11

**area** [3] - 55:6, 156:3, 229:13

**areas** [4] - 96:7, 112:19, 189:16, 219:7

**armed** [5] - 185:15, 185:16, 185:18, 189:11, 192:24

**arrange** [1] - 79:11

**arrest** [4] - 194:16, 195:7, 197:3, 216:25

**arrested** [1] - 199:5

**arrests** [2] - 199:13, 216:23

**articulate** [2] - 52:19, 112:24

**arts** [1] - 65:6

**Asian** [1] - 7:8

**aside** [12] - 36:23, 83:23, 84:6, 90:6, 92:14, 113:24, 126:16, 194:22, 200:3, 204:24, 225:12, 273:8

**assault** [6] - 137:12, 137:15, 138:9, 139:14, 139:17, 143:22

**assigned** [8] - 102:12, 150:4, 151:4, 187:8, 188:14, 188:17, 188:24, 201:5

**assist** [1] - 29:10

**assistance** [6] - 11:25, 13:6, 187:23, 189:9, 210:17, 233:16

**ASSISTANT** [1] - 1:13

**assistant** [65] - 35:8, 36:13, 52:12, 52:15, 53:3, 55:3, 55:10, 55:25, 56:3, 57:7, 57:10, 57:21, 57:23, 58:8, 59:5, 59:6, 59:9, 59:15, 60:7, 61:2, 61:20, 61:21, 63:2, 63:3, 63:8, 63:9, 64:17, 66:4, 66:12, 66:14, 67:5, 69:23, 70:2, 71:9, 71:18, 71:23, 71:25, 72:8, 108:17, 110:6, 111:18, 113:22, 113:25, 121:16, 123:11, 126:7, 127:21, 129:14, 130:5, 132:5, 133:6, 135:11, 138:5, 140:7, 159:18, 166:2, 166:17,

231:9, 246:9, 246:11, 246:12, 246:24, 248:10, 254:4, 259:3

**Assistant** [30] - 8:7, 8:11, 38:19, 39:9, 55:2, 57:18, 58:2, 58:20, 60:3, 60:5, 108:21, 108:23, 108:25, 109:2, 109:5, 112:8, 120:18, 126:4, 130:25, 134:8, 141:22, 153:8, 186:17, 231:18, 254:10, 258:6, 258:17, 259:11, 265:20, 265:25

**assistants** [3] - 52:14, 57:5, 128:15

**associate** [1] - 129:13

**associated** [4] - 76:7, 77:8, 256:3, 269:8

**ASSOCIATES** [1] - 3:9

**Association** [1] - 261:22

**association** [1] - 262:5

**assume** [2] - 136:25, 207:10

**assuming** [1] - 160:18

**assumption** [1] - 169:18

**assumptions** [1] - 255:19

**athletic** [1] - 68:22

**athletics** [1] - 65:3

**attachment** [2] - 255:18, 256:3

**attempt** [1] - 189:16

**attempting** [1] - 245:11

**attend** [1] - 116:8

**attendance** [1] - 216:7

**Attendance** [1] - 269:15

**attending** [1] - 87:22

**attention** [2] - 180:8, 232:9

**attorney** [26] - 81:15, 143:24, 144:2, 144:5, 144:6, 144:14, 144:19, 176:14, 176:17, 176:19, 177:2, 177:6, 177:16, 178:6, 178:7, 178:15, 178:22, 178:24, 179:6, 209:5, 209:8,

282

261:20, 262:5, 262:7
**attorney-to-attorney** [1] - 178:6
**Attorneys** [2] - 3:4, 3:10
**attorneys** [6] - 4:3, 144:6, 171:22, 221:18, 221:22, 224:4
**audiotape** [1] - 111:2
**audiotaped** [1] - 111:4
**audiotapes** [1] - 111:6
**audit** [12] - 243:20, 247:10, 247:18, 250:25, 251:11, 252:16, 252:18, 252:21, 253:4, 253:5, 270:12, 270:20
**audits** [1] - 252:8
**August** [5] - 60:24, 86:5, 254:7, 261:6, 261:8
**auspices** [1] - 87:25
**authorities** [1] - 269:10
**authorized** [2] - 4:16, 174:9
**availability** [1] - 171:21
**available** [5] - 16:7, 27:10, 27:11, 27:16, 166:18
**Avenue** [2] - 3:11, 213:3
**aware** [22] - 7:16, 7:19, 16:11, 19:14, 46:19, 53:12, 92:4, 92:11, 96:15, 97:22, 121:12, 167:19, 168:5, 168:10, 174:3, 191:15, 234:13, 239:4, 246:15, 246:17, 270:11, 270:20
**awareness** [1] - 191:11

**B**

**B-R-Y-A-N** [1] - 57:17
**background** [6] - 216:17, 217:5, 217:19, 225:13, 248:11, 254:11
**backgrounds** [1] - 10:2
**bad** [2] - 118:16, 248:14
**Barbara** [1] - 66:17

**bargaining** [2] - 58:17, 231:4
**based** [6] - 126:12, 163:20, 164:11, 171:6, 223:25, 270:14
**basis** [16] - 8:2, 8:14, 8:15, 9:15, 9:17, 10:4, 37:6, 39:2, 44:14, 48:15, 48:23, 85:5, 229:11, 244:10, 270:12, 270:23
**Bay** [1] - 266:8
**BE** [1] - 278:15
**bear** [2] - 164:25, 198:12
**Beatrice** [1] - 238:25
**became** [6] - 53:15, 97:5, 174:2, 258:24, 260:24, 261:9
**become** [18] - 16:11, 19:14, 53:12, 97:22, 121:12, 143:16, 167:19, 168:5, 168:10, 185:4, 198:18, 234:13, 242:17, 243:2, 257:5, 257:24, 261:11, 262:13
**becomes** [1] - 124:25
**becoming** [1] - 253:15
**began** [5] - 186:2, 243:10, 247:25, 259:8, 265:9
**begin** [2] - 142:21, 143:2
**beginning** [1] - 45:10
**begun** [1] - 270:17
**behalf** [4] - 50:6, 50:8, 62:8, 207:21
**behavior** [2] - 162:7, 165:13
**behind** [1] - 242:2
**believes** [2] - 165:12, 224:8
**beside** [2] - 145:7, 164:8
**best** [7] - 30:19, 129:18, 150:11, 151:5, 186:19, 233:24, 266:17
**better** [6] - 94:22, 118:9, 122:20, 242:10, 263:2, 269:25
**between** [27] - 4:3, 14:7, 41:8, 82:3, 85:5, 86:8, 90:3, 90:8, 95:10, 99:15,

128:2, 142:9, 147:7, 151:10, 165:8, 182:17, 183:2, 183:11, 208:21, 222:12, 226:21, 243:10, 258:19, 271:6, 271:21, 272:3, 273:2
**beyond** [1] - 143:12
**bi** [3] - 8:14, 43:6, 119:20
**bi-annual** [1] - 8:14
**bi-annually** [1] - 43:6
**bi-weekly** [1] - 119:20
**biannually** [1] - 102:23
**big** [2] - 91:21, 227:9
**billion** [1] - 51:22
**billionaire** [1] - 266:24
**binder** [1] - 96:19
**biographical** [1] - 216:8
**bit** [10] - 37:20, 64:8, 65:2, 80:22, 93:2, 156:15, 168:2, 242:9, 250:17, 264:23
**biweekly** [2] - 88:2, 114:3
**black** [4] - 14:5, 15:5, 38:6, 40:8
**blank** [4] - 32:21, 68:3, 69:19, 129:19
**bless** [1] - 266:25
**bloggers** [1] - 23:10
**blood** [1] - 279:18
**Bloomingdale's** [3] - 266:20, 267:17, 268:12
**board** [11] - 24:15, 26:7, 76:4, 77:14, 98:15, 122:6, 122:7, 122:10, 122:18, 122:24, 249:22
**Board** [224] - 24:21, 25:2, 25:3, 25:22, 25:23, 26:18, 26:23, 27:6, 27:13, 27:17, 27:20, 28:5, 28:12, 37:10, 55:19, 56:9, 56:12, 56:15, 58:23, 72:12, 72:15, 72:19, 72:23, 72:25, 73:4, 73:7, 73:20, 73:22, 74:6, 74:7, 75:5, 75:7, 75:8, 75:9, 75:10, 75:12, 75:21, 76:8, 76:13, 76:24, 77:6, 77:8, 77:9, 77:19, 78:11, 78:18,

79:13, 79:19, 79:21, 80:17, 80:19, 80:23, 80:25, 82:5, 82:11, 83:9, 84:4, 84:25, 85:14, 86:3, 86:4, 86:8, 86:10, 86:24, 87:6, 87:8, 87:14, 87:25, 88:8, 88:12, 88:14, 88:16, 88:18, 88:19, 88:22, 88:24, 89:7, 89:11, 89:15, 89:24, 90:4, 90:9, 90:14, 91:24, 92:6, 92:18, 93:12, 94:9, 94:12, 95:14, 95:21, 95:24, 97:15, 98:6, 98:24, 99:7, 100:2, 100:4, 100:7, 100:15, 100:21, 101:6, 101:10, 101:12, 101:15, 101:21, 101:23, 102:10, 102:19, 103:7, 104:5, 104:6, 104:9, 104:16, 104:20, 104:22, 105:2, 105:12, 105:21, 105:24, 106:6, 106:15, 106:17, 106:25, 108:2, 108:5, 108:13, 108:20, 109:14, 109:25, 110:2, 110:13, 110:18, 111:19, 111:23, 112:17, 112:24, 114:4, 114:22, 114:23, 114:25, 115:14, 115:23, 115:25, 116:8, 116:16, 117:2, 117:5, 117:9, 117:15, 117:19, 117:22, 117:25, 118:2, 118:7, 118:11, 118:12, 118:17, 119:5, 119:10, 119:16, 119:17, 119:19, 119:23, 119:24, 120:22, 121:19, 124:10, 124:19, 124:21, 124:23, 125:10, 128:5, 145:9, 145:13, 145:24, 146:3, 146:6, 182:3, 182:10, 182:13, 182:18, 187:9, 187:15, 187:17, 190:22, 191:4,

191:8, 191:16, 191:21, 205:24, 206:4, 206:24, 207:6, 207:16, 208:3, 209:13, 209:19, 210:8, 211:2, 212:12, 215:4, 223:10, 223:15, 223:25, 224:10, 224:14, 226:4, 226:5, 226:10, 226:15, 254:9, 258:10, 260:6, 260:20, 261:14, 261:18, 261:25, 271:17, 271:21, 271:24, 272:4, 272:8
**Board's** [5] - 76:22, 103:12, 235:20, 261:23, 262:7
**Board-approved** [2] - 182:10, 182:13
**boards** [2] - 258:11, 258:18
**Boards** [1] - 87:20
**body** [5] - 14:4, 14:12, 28:25, 41:9, 251:16
**book** [2] - 75:19, 96:19
**boys** [1] - 267:23
**brag** [3] - 248:4, 248:18, 255:11
**brain** [1] - 186:16
**Branca** [8] - 162:16, 164:7, 164:8, 164:12, 173:13, 174:18, 272:21, 273:9
**BRANCA** [1] - 162:16
**break** [11] - 9:4, 56:18, 56:20, 69:17, 75:25, 118:21, 118:23, 181:18, 232:2, 257:10, 268:21
**breakdown** [1] - 227:14
**breakfast** [1] - 43:17
**breaking** [1] - 250:19
**breaks** [1] - 9:3
**breathes** [1] - 10:15
**Brian** [1] - 67:19
**briefing** [2] - 146:8, 146:10
**bring** [3] - 138:25, 193:24, 250:12
**bringing** [1] - 249:14
**brings** [2] - 32:9, 235:2
**broken** [2] - 42:24,

283

96:6

**brought** [2] - 112:17, 164:17

**Bryan** [20] - 38:20, 39:5, 39:6, 39:9, 43:22, 51:2, 51:10, 51:14, 51:17, 57:17, 59:14, 59:19, 60:6, 108:25, 126:25, 127:3, 130:10, 130:12, 130:18, 132:12

**Bryan's** [3] - 39:20, 43:16, 44:9

**budget** [1] - 52:3

**building** [107] - 9:3, 29:22, 31:5, 33:5, 33:14, 33:18, 35:3, 35:14, 62:20, 63:11, 63:14, 64:14, 65:25, 68:25, 69:2, 69:15, 69:22, 71:14, 71:15, 72:5, 91:3, 91:12, 131:12, 131:24, 132:11, 134:6, 135:14, 136:12, 136:20, 136:22, 138:7, 138:11, 138:19, 139:8, 139:21, 140:8, 140:16, 140:23, 141:9, 141:25, 142:21, 143:3, 147:23, 148:19, 149:15, 149:18, 150:5, 153:19, 153:23, 154:2, 154:17, 154:24, 155:2, 155:7, 155:11, 155:21, 155:25, 156:6, 156:8, 156:19, 157:4, 160:23, 161:4, 161:9, 166:8, 166:21, 167:6, 172:24, 174:8, 174:16, 177:14, 183:22, 188:9, 188:11, 188:18, 189:12, 193:2, 193:9, 196:4, 196:5, 197:23, 199:2, 199:6, 200:24, 201:16, 204:23, 204:25, 212:17, 213:3, 213:8, 213:12, 213:22, 214:12, 237:25, 238:21, 246:11, 246:23, 250:8,

257:6, 258:4, 263:3, 269:23, 273:12, 273:25

**buildings** [26] - 32:3, 35:16, 67:4, 127:12, 137:16, 150:7, 151:5, 151:8, 156:23, 185:6, 188:15, 192:10, 192:25, 193:18, 193:23, 194:20, 212:18, 212:19, 212:21, 212:23, 213:10, 213:15, 213:25, 214:4, 214:10, 240:17

**Buildings** [4] - 126:20, 126:24, 127:6, 127:9

**buildings'** [3] - 63:21, 193:22, 246:10

**bulk** [2] - 204:20, 259:21

**buried** [1] - 226:20

**burying** [1] - 262:24

**bus** [10] - 217:17, 218:4, 218:6, 218:13, 218:17, 218:21, 219:12, 219:16, 228:13, 228:23

**business** [21] - 5:16, 5:18, 44:4, 75:9, 76:8, 78:2, 80:14, 81:7, 85:4, 85:16, 85:19, 87:19, 95:20, 95:25, 96:7, 96:8, 112:20, 154:2, 209:21, 271:16, 274:15

**Business** [1] - 108:24

**button** [1] - 34:17

**buy** [1] - 267:7

**BY** [4] - 3:7, 3:13, 5:7, 278:3

**bye** [1] - 249:12

## C

**C-O-N-N-O-L-L-Y** [1] - 30:18

**C-U-R-I-A-L-E** [1] - 65:5

**cabinet** [22] - 44:16, 84:2, 108:14, 108:15, 112:15, 113:7, 113:12, 113:21, 114:21, 120:14, 120:18, 123:15, 123:24, 126:16, 128:2,

138:6, 231:20, 231:23, 239:19, 246:8, 260:4, 260:8

**cafeteria** [2] - 189:16, 200:25

**calendar** [5] - 69:8, 69:15, 74:10, 75:15, 75:23

**campuses** [5] - 29:14, 29:23, 30:2, 213:18, 214:6

**Candy** [2] - 212:9, 254:8

**cannot** [3] - 219:19, 220:13, 221:11

**capacities** [3] - 1:10, 1:11, 1:17

**capacity** [5] - 1:12, 1:13, 1:14, 1:15, 1:16

**car** [1] - 118:15

**carbon** [1] - 145:12

**card** [4] - 8:20, 16:14, 31:20, 173:2

**care** [4] - 43:9, 55:20, 221:20, 264:13

**career** [1] - 213:6

**Carlos** [1] - 67:12

**CAROL** [1] - 1:5

**CAROLINE** [1] - 3:13

**carry** [2] - 153:4, 185:15

**carrying** [1] - 185:19

**cars** [1] - 151:4

**case** [13] - 41:21, 86:21, 173:22, 174:22, 175:5, 177:2, 178:5, 178:12, 193:13, 193:19, 226:4, 252:3, 272:5

**cases** [1] - 262:9

**castro** [1] - 104:11

**Castro** [17] - 18:5, 20:21, 37:4, 57:12, 59:12, 101:15, 102:5, 102:15, 108:23, 168:25, 169:18, 205:11, 208:8, 245:20, 245:21, 246:25, 273:3

**CASTRO** [1] - 1:13

**Castro's** [3] - 20:3, 260:14, 275:15

**Caucasian** [2] - 14:14, 38:13

**cease** [1] - 156:7

**census** [18] - 7:13, 7:16, 7:22, 8:9,

10:21, 28:25, 29:6, 29:7, 36:3, 37:8, 37:18, 51:19, 243:19, 247:10, 250:24, 251:10, 270:12, 270:21

**Center** [1] - 128:10

**central** [25] - 23:6, 37:2, 50:14, 56:5, 97:25, 106:10, 114:18, 160:25, 161:2, 162:6, 164:16, 164:22, 165:15, 168:16, 169:10, 172:2, 173:14, 178:8, 208:9, 212:25, 248:22, 250:3, 258:14, 273:5, 273:7

**CENTRAL** [1] - 1:8

**Central** [321] - 6:19, 7:3, 7:12, 8:6, 8:21, 8:24, 10:6, 10:16, 11:9, 11:22, 12:7, 12:18, 13:2, 13:12, 13:17, 14:3, 14:10, 14:19, 15:3, 15:8, 15:13, 17:6, 17:14, 21:11, 22:19, 22:21, 23:2, 24:2, 24:13, 25:9, 25:23, 26:7, 26:21, 26:22, 27:6, 27:12, 28:13, 29:8, 31:10, 33:3, 34:2, 35:12, 35:24, 36:8, 37:24, 39:13, 39:24, 40:13, 41:6, 42:2, 42:14, 43:21, 44:19, 45:15, 46:3, 46:8, 46:22, 47:16, 48:12, 49:16, 49:22, 50:7, 50:9, 51:9, 59:4, 59:16, 60:18, 61:14, 62:5, 64:13, 66:5, 70:16, 71:10, 71:16, 71:22, 72:2, 72:14, 73:23, 74:22, 76:15, 78:2, 78:19, 82:4, 82:5, 83:4, 83:13, 83:17, 87:3, 89:7, 89:11, 90:3, 90:8, 91:11, 91:13, 91:24, 92:17, 93:10, 93:25, 94:6, 96:14, 97:15, 98:23, 99:6, 100:13, 100:16, 100:20, 103:16, 103:20, 105:14, 106:16, 106:23, 109:12, 109:15, 112:8, 112:9, 113:4,

114:13, 116:7, 116:9, 117:8, 117:10, 119:8, 119:10, 119:19, 119:22, 120:5, 120:19, 120:23, 121:2, 122:16, 122:17, 123:4, 124:6, 124:12, 125:6, 125:9, 125:19, 127:13, 127:16, 128:4, 128:5, 130:8, 130:16, 130:20, 131:11, 131:17, 131:18, 132:17, 133:3, 133:21, 134:5, 134:17, 134:20, 135:5, 136:13, 136:19, 137:4, 137:16, 138:10, 139:4, 139:22, 140:14, 140:21, 141:6, 142:14, 144:22, 146:6, 147:8, 147:9, 147:24, 148:20, 149:23, 151:9, 151:24, 154:16, 154:21, 155:20, 156:23, 157:3, 157:18, 157:22, 158:2, 158:19, 159:11, 159:15, 160:3, 160:5, 160:9, 160:10, 161:7, 161:12, 161:19, 162:2, 163:5, 164:25, 165:21, 166:9, 167:8, 170:4, 172:17, 174:23, 175:14, 175:18, 175:23, 175:24, 177:3, 177:4, 178:17, 179:7, 179:19, 179:23, 180:5, 181:21, 181:22, 182:14, 182:18, 183:2, 183:8, 183:11, 184:16, 185:24, 186:6, 186:15, 187:4, 187:13, 187:24, 189:6, 191:20, 192:9, 192:13, 192:18, 194:9, 195:5, 195:8, 195:12, 196:3, 196:19, 197:4, 197:9, 197:13, 198:14, 199:14,

284

199:24, 202:11, 203:5, 203:14, 204:13, 205:24, 207:14, 207:20, 208:14, 209:11, 210:8, 212:14, 212:16, 216:3, 216:16, 217:6, 217:10, 217:16, 217:21, 219:23, 220:6, 221:5, 222:8, 223:4, 223:20, 225:5, 225:8, 225:15, 225:23, 226:5, 226:10, 226:24, 227:14, 227:16, 228:3, 228:8, 228:15, 229:7, 229:19, 230:23, 232:8, 234:9, 236:24, 238:4, 239:4, 241:13, 244:20, 244:24, 245:6, 247:8, 247:17, 247:19, 251:9, 251:15, 251:24, 253:2, 253:6, 253:16, 253:19, 253:23, 257:25, 258:24, 259:12, 260:25, 261:17, 261:25, 262:9, 262:18, 263:16, 265:2, 266:2, 269:20, 270:10, 270:15, 270:22, 271:6, 272:4, 274:15, 274:19
**CEOs** [1] - 47:21
**certain** [17] - 102:22, 112:25, 144:16, 150:3, 156:3, 156:7, 158:3, 165:22, 166:23, 179:5, 180:15, 194:6, 201:8, 202:2, 218:4, 255:2, 255:25
**certainly** [9] - 45:7, 94:25, 106:9, 110:13, 132:7, 192:3, 216:6, 227:9, 246:23
**certificate** [1] - 257:4
**certificated** [2] - 128:22, 227:19
**certification** [3] - 4:6, 255:3, 258:22
**certified** [9] - 128:19, 128:20, 228:18,

228:20, 235:16, 236:3, 254:15, 258:4
**certify** [3] - 277:9, 279:9, 279:16
**CEW** [2] - 30:11, 67:18
**chain** [1] - 133:11
**change** [3] - 161:15, 179:21, 224:11
**changed** [1] - 103:6
**changes** [2] - 89:10, 104:8
**channel** [2] - 131:15, 131:24
**channels** [1] - 131:16
**characteristics** [1] - 180:10
**Charles** [2] - 30:11, 67:18
**chart** [3] - 52:21, 55:12, 74:10
**chat** [1] - 92:25
**check** [6] - 156:3, 217:5, 224:23, 225:7, 225:9, 276:6
**checked** [1] - 220:5
**checks** [3] - 216:17, 217:19, 225:13
**chief** [1] - 225:24
**Child** [2] - 128:10, 129:15
**child** [10] - 133:9, 136:9, 143:21, 158:8, 177:9, 180:25, 181:3, 217:11, 244:11, 264:8
**children** [5] - 39:2, 190:2, 235:23, 242:16
**choose** [2] - 224:16, 257:21
**Christopher** [1] - 209:9
**CIO** [1] - 231:14
**circulating** [1] - 116:25
**circumstance** [4] - 138:17, 145:14, 146:2, 184:6
**circumstances** [16] - 16:12, 53:14, 97:23, 121:13, 132:18, 133:4, 133:22, 134:24, 135:4, 135:24, 136:11, 144:21, 158:3, 158:5, 166:23, 234:15
**citation** [2] - 240:21, 241:15

**citations** [1] - 245:5
**cited** [4] - 239:24, 239:25, 240:12, 252:13
**City** [1] - 256:13
**Civil** [2] - 224:17, 231:15
**civil** [18] - 58:13, 128:20, 128:25, 129:5, 152:6, 152:11, 219:3, 219:10, 219:12, 219:14, 220:16, 220:19, 221:2, 223:13, 223:23, 228:20, 230:21, 231:14
**clarification** [1] - 106:11
**clarify** [2] - 212:7, 227:8
**classes** [1] - 201:12
**classified** [1] - 11:11
**classroom** [1] - 22:3
**classrooms** [2] - 185:10, 189:15
**cleanup** [1] - 55:22
**clear** [27] - 6:18, 16:8, 25:11, 57:25, 82:2, 91:10, 91:15, 93:23, 94:23, 102:15, 109:11, 115:16, 120:17, 167:5, 168:22, 178:13, 192:8, 208:12, 209:10, 212:15, 215:10, 218:12, 221:3, 223:3, 223:18, 230:19, 241:12
**clerk** [19] - 28:17, 28:18, 74:6, 89:16, 89:25, 90:16, 90:18, 90:24, 91:2, 99:2, 99:20, 110:3, 121:8, 121:19, 162:19, 211:12, 211:17, 272:23, 273:3
**Climate** [1] - 236:16
**clinical** [3] - 44:23, 254:24, 263:23
**close** [2] - 16:15, 38:3
**closely** [1] - 244:10
**co** [1] - 190:4
**co-police** [1] - 190:4
**Code** [7] - 156:19, 156:21, 157:6, 157:14, 163:21, 249:2, 249:14
**code** [1] - 157:9

**coffee** [1] - 227:5
**coincided** [1] - 267:19
**collaboration** [1] - 183:10
**colleagues** [1] - 30:21
**collective** [2] - 58:17, 231:4
**collectively** [2] - 104:6, 264:16
**college** [3] - 255:15, 255:16, 268:9
**color** [6] - 232:21, 232:25, 239:17, 241:25, 267:7
**Columbia** [3] - 234:23, 235:16, 270:7
**comfortable** [1] - 181:11
**coming** [7] - 79:10, 85:11, 133:11, 191:13, 243:6, 254:18, 274:2
**command** [1] - 133:11
**commander** [1] - 202:5
**comment** [1] - 139:18
**commissioner** [1] - 251:25
**committed** [1] - 197:16
**committee** [12] - 101:11, 101:12, 101:17, 101:25, 102:9, 102:21, 102:24, 103:4, 103:22, 104:18, 104:20, 105:20
**common** [1] - 189:16
**communicate** [20] - 27:5, 44:20, 45:17, 46:2, 46:7, 47:6, 47:11, 47:15, 83:5, 89:20, 90:17, 90:23, 117:13, 118:11, 120:12, 201:12, 203:9, 203:15, 203:19, 205:14
**communicated** [2] - 113:11, 207:21
**communicates** [2] - 49:2, 90:7
**communicating** [4] - 78:13, 90:13, 209:13, 267:9
**communication** [20] - 24:16, 26:4, 26:9, 26:24, 45:8, 48:2, 78:10, 79:17, 81:22, 118:8, 118:20, 135:19, 145:16,

190:11, 207:16, 208:11, 211:5, 211:8, 211:20, 211:22
**communications** [1] - 24:20
**Community** [1] - 109:4
**community** [18] - 24:22, 25:6, 26:12, 27:19, 31:23, 42:5, 49:2, 57:14, 85:15, 101:10, 106:12, 110:11, 235:22, 252:20, 257:3, 258:20, 267:2, 269:24
**companies** [1] - 85:6
**company** [5] - 52:23, 98:15, 122:14, 218:6, 218:18
**compiled** [1] - 44:2
**complete** [3] - 34:13, 143:8, 277:12
**completed** [2] - 88:15, 104:19
**composes** [1] - 8:22
**comprehensive** [1] - 53:2
**computer** [2] - 9:10, 54:14
**concern** [3] - 24:23, 26:14, 143:4
**concerns** [1] - 235:21
**concert** [2] - 93:24, 93:25
**concerts** [2] - 93:20, 94:2
**concludes** [1] - 104:12
**conduct** [8] - 144:20, 154:2, 157:10, 168:12, 177:11, 184:14, 190:18, 247:10
**Conduct** [7] - 156:19, 156:21, 157:6, 157:15, 163:21, 249:2, 249:14
**conducted** [4] - 7:13, 171:6, 247:18, 253:3
**conducts** [4] - 29:5, 29:7, 75:10, 144:15
**conflict** [1] - 172:6
**conglomerate** [1] - 22:5
**conglomeration** [1] - 96:4
**conjunction** [5] - 154:3, 155:3,

285

214:21, 223:22, 245:25
**Conlon** [1] - 66:18
**CONLON** [1] - 66:18
**connection** [1] - 245:15
**Connolly** [1] - 30:17
**consider** [1] - 177:21
**consideration** [1] - 103:6
**considered** [7] - 12:22, 14:5, 14:22, 76:22, 128:18, 129:10, 229:11
**consist** [1] - 142:25
**constant** [3] - 239:21, 241:20, 244:4
**consult** [1] - 167:3
**consultants** [1] - 229:12
**contact** [5] - 94:20, 166:9, 166:14, 178:19, 205:15
**contained** [1] - 215:25
**contents** [1] - 173:7
**continue** [3] - 147:21, 156:5, 157:2
**CONTINUED** [1] - 1:25
**continued** [1] - 275:15
**contract** [7] - 58:16, 112:25, 218:17, 261:13, 261:16, 261:19, 261:22
**contractor** [2] - 229:6, 229:15
**contractors** [4] - 152:4, 228:13, 229:2, 229:10
**contracts** [4] - 85:5, 87:20, 111:24, 271:16
**contributes** [1] - 35:5
**control** [6] - 195:15, 196:4, 202:13, 204:16, 226:17, 251:22
**controlled** [1] - 98:14
**conversation** [19] - 73:4, 81:13, 83:10, 105:6, 106:13, 118:5, 132:4, 132:8, 132:15, 142:9, 145:20, 147:3, 166:16, 170:14, 190:21, 201:3, 239:21, 241:21, 244:5
**conversations** [3] - 44:16, 45:4, 144:5
**converted** [1] - 213:3

**conveyed** [5] - 83:23, 135:14, 135:20, 146:5, 179:6
**convictions** [1] - 217:2
**cooking** [1] - 186:16
**cooperate** [1] - 198:7
**cooperating** [1] - 272:9
**cooperation** [3] - 181:24, 182:25, 190:24
**coordinator** [1] - 85:18
**coordinators** [2] - 238:17, 239:6
**cop** [1] - 188:21
**COPE** [2] - 190:19
**copied** [2] - 114:19, 145:12
**copies** [1] - 113:13
**copy** [8] - 50:18, 107:6, 107:12, 107:18, 108:9, 211:4, 275:10, 278:12
**Coram** [2] - 30:16, 68:10
**corporal** [1] - 157:22
**corporate** [1] - 226:3
**correct** [27] - 22:17, 53:11, 53:18, 56:13, 58:3, 61:7, 120:21, 131:5, 134:23, 147:5, 149:14, 157:6, 157:7, 157:10, 165:6, 171:13, 187:19, 192:15, 206:25, 219:19, 230:18, 231:2, 231:24, 241:4, 241:19, 277:12, 277:15
**corrective** [2] - 233:6, 233:8
**correlation** [1] - 41:8
**correspondence** [9] - 169:14, 169:17, 204:5, 207:22, 208:16, 262:3, 274:7, 274:10, 274:13
**correspondent** [1] - 34:19
**CORY** [2] - 3:3, 3:7
**cost** [2] - 39:15, 40:3
**costs** [3] - 38:2, 42:18, 43:13
**counsel** [20] - 79:12, 81:3, 81:5, 81:19,

83:6, 83:10, 84:2, 84:20, 103:5, 103:8, 103:9, 145:18, 175:21, 177:11, 198:17, 208:21, 208:25, 224:9, 224:21, 261:23
**Counsel** [1] - 147:15
**counsel's** [2] - 146:7, 146:15
**counseling** [3] - 256:23, 257:4, 267:25
**Counselor** [6] - 7:9, 10:11, 52:7, 182:8, 223:12, 251:19
**counselor** [10] - 21:25, 151:15, 236:4, 254:15, 254:16, 263:18, 265:13, 265:23, 266:7, 267:22
**counselors** [6] - 22:3, 22:10, 236:20, 236:22, 237:3, 247:3
**count** [1] - 227:22
**Country** [1] - 2:22
**County** [20] - 181:25, 182:19, 183:3, 184:7, 184:13, 185:13, 188:24, 192:19, 194:25, 195:19, 196:2, 197:2, 197:7, 197:12, 202:14, 205:15, 229:3, 271:7, 271:22, 272:6
**COUNTY** [6] - 1:9, 1:9, 1:10, 277:5, 279:5
**couple** [5] - 7:8, 143:10, 188:4, 188:18, 268:15
**course** [65] - 7:10, 11:7, 12:18, 12:25, 13:16, 14:9, 14:18, 21:9, 24:11, 26:19, 31:7, 32:25, 35:23, 37:22, 39:12, 39:22, 40:11, 41:4, 42:12, 43:18, 45:13, 46:20, 49:14, 58:25, 61:13, 62:3, 77:25, 79:15, 86:25, 90:22, 93:8, 95:2, 96:11, 103:18, 105:13, 114:11, 119:6, 125:4, 133:18, 140:13, 140:22, 141:7, 142:12, 152:24, 154:21, 156:16,

159:9, 159:24, 172:16, 173:6, 180:3, 183:7, 187:11, 194:8, 203:12, 208:12, 212:11, 219:22, 225:11, 225:22, 229:17, 247:6, 247:15, 274:14, 274:18
**Court** [3] - 2:5, 2:22, 4:19
**COURT** [1] - 1:2
**court** [2] - 116:20
**courtesy** [1] - 199:2
**cover** [1] - 230:3
**covered** [1] - 159:2
**covers** [1] - 67:2
**CPA** [1] - 52:16
**create** [4] - 100:8, 100:9, 141:14, 208:16
**created** [11] - 7:22, 8:13, 16:9, 21:3, 53:10, 53:15, 100:4, 101:12, 235:19, 246:19, 270:12
**creating** [1] - 110:7
**creation** [4] - 8:9, 29:11, 52:2, 105:17
**credentials** [1] - 258:2
**crime** [6] - 83:14, 197:14, 197:16, 197:17, 197:19, 197:20
**Crown** [1] - 268:10
**crying** [1] - 262:23
**CSAC** [1] - 236:3
**CSEA** [1] - 219:10
**cultures** [1] - 269:25
**cup** [1] - 220:25
**Curiale** [1] - 65:4
**current** [4] - 53:19, 59:6, 98:3, 125:20
**Curriculum** [1] - 108:22
**curriculum** [7] - 57:11, 59:20, 112:20, 185:11, 190:4, 191:18
**cusp** [1] - 63:20
**custodian** [17] - 17:10, 53:19, 54:6, 54:24, 55:16, 55:20, 55:24, 56:8, 57:2, 61:22, 97:9, 98:4, 98:12, 111:8, 122:4, 163:11, 226:2
**custody** [3] - 16:21, 19:25, 121:17

**cutting** [1] - 267:25

---

## D

**D-E-N-T-O-N** [1] - 57:15
**D-E-W-I-T-T** [1] - 30:6
**daily** [1] - 119:14
**damaged** [1] - 136:18
**Dan** [2] - 86:14, 89:2
**Daniel** [1] - 73:14
**DARE** [2] - 190:5, 190:18
**dash** [1] - 68:13
**data** [2] - 37:8, 37:18
**date** [5] - 34:14, 60:22, 75:20, 95:16, 210:12
**dates** [1] - 86:4
**David** [20] - 73:16, 167:12, 167:14, 167:20, 168:6, 168:13, 168:24, 169:21, 170:22, 173:22, 177:23, 205:13, 205:23, 206:11, 207:4, 207:17, 207:23, 208:17, 272:14, 272:16
**DAVID** [1] - 1:5
**David's** [1] - 175:4
**Dawn** [1] - 238:23
**dawn** [1] - 23:19
**days** [21] - 143:10, 160:22, 161:3, 161:11, 161:20, 161:25, 162:10, 163:10, 165:8, 165:9, 165:11, 165:17, 165:19, 166:8, 167:4, 167:7, 168:7, 170:19, 188:18, 213:7, 262:15
**deadline** [1] - 34:12
**deal** [1] - 85:4
**Deal** [3] - 23:19, 23:20, 24:4
**dealing** [2] - 192:19, 262:19
**deals** [1] - 38:25
**Deb** [1] - 254:14
**Debra** [2] - 60:4, 254:2
**decade** [2] - 122:20, 122:23
**decide** [4] - 106:14, 117:19, 201:4, 201:6
**decision** [9] - 124:15, 168:15, 179:11, 179:21, 181:2,

286

192:6, 223:24, 224:6, 253:13
**decreased** [1] - 249:21
**dedicated** [1] - 184:17
**Defendant** [1] - 2:4
**defendant** [2] - 224:24, 225:2
**DEFENDANT'S** [1] - 278:22
**Defendants** [2] - 1:18, 3:10
**define** [1] - 90:5
**definite** [1] - 258:13
**definitely** [8] - 18:3, 38:19, 43:4, 81:24, 94:11, 141:22, 188:25, 247:5
**degree** [6] - 182:4, 202:2, 255:5, 256:20, 262:16, 266:19
**degrees** [5] - 255:7, 257:15, 257:19, 257:22, 263:5
**delegate** [1] - 171:14
**delegated** [3] - 35:20, 49:23, 176:11
**deletions** [1] - 104:8
**delinquent** [1] - 267:23
**delivered** [2] - 143:16, 163:10
**delve** [1] - 244:9
**demand** [1] - 275:21
**demographic** [2] - 40:2, 42:5
**demographics** [6] - 7:2, 9:25, 19:20, 31:22, 37:13, 40:23
**demonstrate** [1] - 249:8
**Denisha** [2] - 67:25, 68:15
**DENISHA** [1] - 67:25
**Denton** [7] - 8:7, 8:11, 48:19, 50:2, 57:14, 59:13, 109:4
**Denton's** [4] - 9:13, 9:19, 10:8, 15:20
**DEPARTMENT** [1] - 1:9
**Department** [38] - 10:3, 10:21, 16:13, 17:4, 148:24, 181:25, 182:19, 183:3, 184:8, 184:10, 184:14, 185:13, 190:24, 192:20, 194:6,

195:2, 195:20, 196:3, 197:2, 197:7, 197:12, 201:9, 201:11, 202:9, 202:14, 202:17, 205:16, 232:10, 234:7, 239:14, 245:13, 246:20, 251:21, 252:8, 252:15, 271:7, 271:22, 272:6
**department** [4] - 38:23, 51:3, 51:6, 138:3
**department's** [1] - 8:19
**Departments** [1] - 188:24
**deployment** [1] - 149:22
**deposit** [1] - 99:21
**deposition** [11] - 4:6, 4:14, 107:13, 107:19, 107:23, 275:11, 275:15, 277:11, 278:13, 279:11, 279:13
**depositions** [1] - 275:23
**Deputy** [5] - 259:16, 259:18, 259:23, 260:22, 260:24
**describe** [3] - 62:10, 67:5, 77:4
**described** [3] - 94:9, 162:15, 214:8
**description** [3] - 77:22, 226:13, 227:3
**designated** [1] - 177:7
**designation** [1] - 229:15
**desist** [1] - 156:7
**desk** [5] - 107:9, 107:10, 174:9, 200:11, 201:5
**detailed** [4] - 163:18, 169:13, 169:17, 250:5
**details** [3] - 249:23, 249:24, 249:25
**determination** [5] - 114:14, 171:4, 178:20, 200:14, 273:12
**determine** [4] - 115:8, 158:11, 222:22, 232:20
**determined** [4] - 115:5, 132:9, 188:7, 217:15

**determines** [2] - 114:8, 165:18
**determining** [3] - 134:6, 158:11, 200:23
**develop** [1] - 189:17
**developers** [1] - 23:10
**development** [1] - 256:25
**Dewitt** [1] - 30:5
**diagnosed** [1] - 245:12
**dictated** [1] - 160:17
**diem** [2] - 229:11, 229:21
**difference** [2] - 165:8, 243:9
**different** [13] - 22:7, 49:3, 88:18, 88:21, 93:16, 96:7, 96:11, 97:2, 131:16, 218:8, 223:15, 256:2, 263:11
**differs** [1] - 219:7
**difficult** [2] - 218:20, 264:3
**difficulty** [2] - 242:6, 242:13
**Dignity** [2] - 238:16, 239:6
**dinner** [2] - 80:24, 82:19
**diploma** [1] - 257:2
**direct** [22] - 35:25, 58:4, 118:4, 120:11, 130:4, 136:20, 137:14, 138:15, 138:18, 139:8, 139:20, 142:20, 142:23, 148:19, 153:24, 154:25, 156:2, 156:6, 165:23, 167:6, 203:23, 204:10
**directing** [2] - 149:17, 149:22
**direction** [4] - 164:20, 202:13, 204:16, 205:4
**DIRECTIONS** [1] - 278:7
**directly** [32] - 26:12, 27:5, 51:14, 57:3, 89:23, 118:7, 118:13, 120:7, 120:12, 126:6, 126:15, 126:17, 126:22, 130:9, 131:4, 131:12, 132:20, 133:14,

133:15, 133:24, 134:8, 134:19, 136:12, 138:22, 138:24, 144:10, 148:12, 164:5, 164:6, 166:9, 166:22, 199:23
**director** [18] - 9:23, 16:22, 17:22, 17:25, 23:3, 55:7, 65:10, 65:12, 69:7, 69:10, 128:17, 155:11, 234:22, 235:13, 236:19, 242:9, 244:17, 270:11
**Director** [25] - 38:18, 39:6, 39:8, 48:9, 65:8, 65:15, 65:17, 65:19, 126:20, 126:23, 127:5, 127:8, 129:9, 148:24, 154:3, 154:5, 155:4, 155:9, 203:11, 234:24, 242:3, 244:16, 253:25, 269:14
**Directors** [1] - 226:4
**directors** [26] - 19:3, 20:22, 22:4, 33:15, 37:3, 55:6, 56:2, 62:24, 63:7, 64:21, 64:22, 64:25, 65:25, 69:23, 69:24, 70:2, 71:21, 72:7, 120:15, 126:17, 128:2, 138:8, 234:16, 244:8, 244:14
**disabilities** [9] - 22:11, 233:17, 234:11, 239:17, 240:19, 242:11, 242:12, 247:12, 252:4
**disability** [2] - 11:19, 255:17
**disabled** [10] - 11:10, 11:11, 11:13, 11:15, 11:18, 12:22, 213:5, 232:23, 233:20, 233:21
**disciplinary** [6] - 173:2, 173:4, 180:8, 232:10, 234:9, 253:11
**discipline** [7] - 126:3, 157:18, 157:20, 179:7, 179:22, 239:15, 247:19
**disciplined** [1] - 180:16

**discretion** [3] - 115:10, 166:2, 203:4
**discuss** [7] - 80:13, 110:13, 181:17, 191:3, 209:25, 212:24, 239:18
**discussed** [15] - 41:2, 81:8, 87:5, 92:15, 104:21, 106:6, 127:20, 127:25, 128:10, 146:22, 156:12, 164:13, 212:21, 228:11, 273:6
**discusses** [1] - 187:2
**discussing** [1] - 82:22
**discussion** [11] - 85:9, 95:18, 96:8, 101:19, 101:22, 117:17, 206:10, 206:13, 256:15, 262:2, 268:20
**dismiss** [3] - 220:18, 221:18, 221:23
**disparate** [1] - 243:21
**disparities** [1] - 247:11
**disparity** [5] - 239:14, 253:5, 269:19, 270:13, 270:21
**disposal** [1] - 73:5
**disproportionately** [3] - 180:16, 232:25, 252:5
**disregard** [1] - 224:15
**disseminate** [3] - 199:22, 208:15, 210:22
**disseminated** [8] - 8:17, 10:20, 15:22, 84:8, 97:3, 113:3, 134:19, 163:4
**disseminating** [3] - 87:8, 113:20, 273:15
**dissemination** [4] - 82:7, 82:25, 83:3, 83:9
**dissertation** [5] - 255:3, 255:7, 255:8, 255:9, 257:17
**Distefano** [1] - 238:23
**distribute** [1] - 234:8
**distribution** [2] - 117:5, 274:5
**DISTRICT** [3] - 1:2, 1:3, 1:8
**District** [331] - 6:20, 7:12, 8:21, 8:24, 10:6, 10:12, 10:16, 11:9, 11:22, 12:8,

287

12:18, 13:3, 13:12, 13:18, 14:3, 14:11, 14:20, 15:3, 15:8, 15:13, 17:6, 17:14, 21:11, 21:24, 22:20, 22:21, 24:2, 24:13, 25:23, 26:8, 26:21, 26:22, 27:6, 27:12, 29:8, 31:10, 33:3, 34:2, 35:12, 35:24, 36:8, 37:24, 39:13, 39:25, 40:14, 41:7, 41:22, 41:25, 42:2, 42:14, 43:21, 44:19, 45:15, 46:3, 46:8, 46:23, 47:9, 47:17, 48:12, 49:16, 49:22, 50:7, 50:10, 51:10, 59:4, 59:17, 60:18, 61:15, 62:6, 64:13, 66:5, 70:17, 71:11, 71:17, 71:22, 72:3, 72:14, 73:23, 74:22, 76:15, 78:3, 78:19, 82:4, 82:5, 83:4, 83:13, 83:18, 87:4, 87:19, 89:7, 90:4, 90:9, 90:16, 91:12, 91:21, 91:24, 92:18, 93:10, 94:7, 95:6, 96:14, 97:15, 98:23, 99:6, 100:13, 100:16, 100:20, 103:17, 103:21, 105:15, 109:13, 109:15, 112:8, 112:10, 113:4, 114:13, 116:7, 116:9, 117:8, 117:10, 119:9, 119:10, 119:19, 119:22, 120:5, 120:20, 120:23, 121:2, 122:16, 122:17, 123:5, 124:7, 124:12, 124:21, 125:7, 125:10, 125:20, 127:13, 127:17, 128:4, 128:5, 130:8, 130:16, 130:20, 131:12, 131:17, 131:19, 132:18, 133:3, 133:21, 134:6, 134:17, 134:21, 135:5, 136:14, 136:19, 137:4, 137:16, 138:10, 139:5, 139:22, 140:15, 140:21, 141:6,

142:14, 144:23, 146:6, 147:8, 147:9, 147:25, 148:21, 149:24, 151:9, 151:25, 154:17, 154:21, 155:20, 156:24, 157:4, 157:19, 157:23, 158:3, 158:19, 159:11, 159:15, 160:3, 160:5, 160:10, 160:11, 160:14, 161:8, 161:12, 161:20, 162:2, 163:6, 164:25, 165:21, 166:10, 167:8, 170:4, 172:18, 174:24, 175:14, 175:18, 175:23, 175:25, 177:3, 177:4, 178:17, 179:8, 179:20, 179:24, 180:5, 181:21, 181:23, 182:15, 182:18, 183:2, 183:9, 183:11, 184:16, 185:25, 186:6, 186:15, 187:4, 187:8, 187:13, 187:19, 187:25, 189:6, 191:21, 192:9, 192:14, 192:18, 194:9, 195:6, 195:8, 195:12, 196:4, 196:20, 197:4, 197:9, 197:14, 198:14, 199:15, 199:24, 202:11, 203:6, 203:14, 204:13, 205:24, 207:14, 207:20, 208:15, 209:12, 209:22, 210:8, 212:14, 212:17, 216:3, 216:17, 217:7, 217:11, 217:17, 217:21, 219:24, 220:6, 221:6, 222:9, 223:4, 223:21, 225:5, 225:8, 225:15, 225:23, 226:6, 226:11, 226:24, 227:15, 227:17, 228:3, 228:8, 228:15, 229:8, 229:20, 230:24, 232:8, 234:10,

236:24, 238:5, 239:4, 240:5, 241:14, 244:21, 244:25, 245:6, 247:8, 247:17, 247:20, 251:9, 251:15, 251:24, 253:2, 253:7, 253:16, 253:19, 253:21, 253:23, 258:2, 258:24, 259:12, 261:2, 261:17, 262:10, 262:19, 263:16, 265:3, 265:6, 265:8, 265:12, 265:24, 266:2, 266:5, 269:20, 270:11, 270:15, 270:23, 271:6, 272:4, 274:16, 274:19

**district** [71] - 7:3, 11:10, 11:24, 14:13, 14:22, 17:15, 19:21, 24:17, 26:10, 27:10, 28:16, 28:18, 32:9, 42:11, 45:2, 45:5, 48:25, 49:6, 52:9, 56:5, 58:11, 62:24, 69:23, 70:6, 71:20, 74:6, 75:11, 85:6, 89:16, 89:25, 90:18, 90:24, 91:2, 93:6, 94:22, 96:16, 96:21, 99:2, 99:20, 100:9, 110:3, 118:17, 121:8, 121:19, 122:24, 131:10, 144:2, 159:2, 169:15, 184:15, 196:16, 211:12, 211:17, 214:15, 216:15, 216:19, 220:18, 225:25, 227:9, 234:25, 235:22, 236:12, 236:19, 237:24, 240:16, 252:9, 257:5, 258:5, 269:9, 270:2
**District's** [1] - 28:13
**district's** [1] - 22:5
**district-wide** [2] - 62:24, 69:23
**districts** [5] - 87:21, 87:22, 96:6, 189:23, 243:4
**diverse** [1] - 42:10
**diversity** [1] - 42:6
**division** [1] - 234:5

**Dix** [2] - 1:21, 3:6
**Docket** [1] - 1:5
**docs** [6] - 98:15, 122:6, 122:8, 122:11, 122:18, 122:24
**doctor** [29] - 6:18, 7:10, 12:6, 12:14, 12:25, 13:9, 13:24, 14:18, 15:2, 15:17, 23:5, 23:25, 24:11, 33:25, 38:5, 38:9, 38:12, 56:24, 74:4, 119:3, 119:6, 120:4, 125:4, 152:24, 183:7, 254:22, 256:9, 262:8, 262:16
**Doctor** [7] - 5:15, 42:12, 69:14, 157:17, 203:8, 254:25, 263:14
**doctorate** [2] - 254:22, 257:7
**DOCUMENT** [1] - 278:11
**document** [12] - 6:6, 53:4, 53:9, 53:13, 53:20, 53:24, 54:6, 54:12, 54:18, 84:17, 98:18, 100:22
**documentation** [5] - 78:5, 97:11, 134:13, 141:14, 271:13
**documents** [4] - 77:25, 96:20, 133:23, 271:8
**DOE** [1] - 1:17
**DOES** [2] - 1:11, 1:16
**dollars** [1] - 51:22
**Dominic** [3] - 266:8, 266:11, 266:14
**Donald** [1] - 47:22
**donations** [1] - 196:22
**done** [29] - 7:25, 16:5, 19:2, 31:14, 31:15, 32:19, 33:10, 50:2, 80:5, 86:5, 88:2, 102:25, 110:8, 112:6, 145:3, 145:5, 177:18, 184:11, 206:7, 209:23, 224:22, 243:20, 247:24, 248:3, 250:25, 252:3, 268:24
**Donovan** [10] - 23:4, 23:6, 23:13, 23:20, 24:3, 48:6, 48:16, 49:18, 49:23, 50:6
**Donovan's** [6] - 23:8,

23:9, 46:13, 47:10, 48:8, 48:13
**door** [3] - 214:13, 214:16, 215:19
**doors** [1] - 227:6
**double** [1] - 276:6
**double-check** [1] - 276:6
**doubt** [3] - 86:19, 134:11, 204:7
**down** [12] - 9:3, 9:4, 52:18, 53:3, 55:5, 55:9, 61:2, 80:12, 85:2, 128:23, 213:13, 273:20
**downtown** [1] - 213:10
**Dr** [104] - 6:7, 8:7, 8:8, 8:11, 9:2, 9:13, 10:5, 11:7, 11:21, 15:20, 17:13, 18:2, 18:4, 20:3, 20:21, 21:9, 26:19, 28:23, 30:7, 31:7, 35:11, 37:4, 37:22, 39:22, 40:11, 41:4, 43:18, 46:20, 48:11, 48:19, 50:19, 50:22, 50:23, 57:12, 57:14, 59:3, 59:12, 59:21, 59:25, 60:12, 60:16, 61:12, 62:3, 64:12, 65:7, 65:13, 65:24, 70:15, 73:19, 74:21, 95:2, 96:13, 100:12, 101:15, 102:5, 102:15, 103:18, 104:11, 105:13, 108:12, 108:23, 109:4, 109:11, 114:11, 116:6, 117:7, 122:15, 126:13, 130:7, 132:16, 133:2, 133:18, 156:16, 158:9, 159:24, 165:7, 168:25, 169:18, 177:19, 181:17, 187:11, 190:15, 195:4, 202:22, 204:12, 205:11, 208:8, 209:10, 213:20, 214:17, 232:7, 241:13, 245:20, 245:21, 246:25, 247:6, 252:25, 254:24, 260:14, 269:3, 269:7, 270:8, 273:3, 275:15

288

**draft** [4] - 113:14, 113:16, 113:20, 114:2
**dramatically** [1] - 219:7
**drastic** [1] - 243:9
**drill** [1] - 183:18
**driver** [1] - 218:21
**drivers** [6] - 217:23, 218:5, 219:12, 219:16, 228:14, 228:23
**drives** [1] - 217:20
**drug** [6] - 217:7, 219:15, 219:19, 220:20, 221:24, 222:3
**drugs** [3] - 217:24, 220:2, 222:16
**due** [1] - 105:21
**duly** [2] - 5:3, 279:12
**Dunn** [3] - 186:12, 186:14, 186:21
**during** [13] - 59:10, 69:17, 94:12, 105:4, 142:12, 146:15, 170:20, 181:18, 203:12, 209:19, 249:6, 249:19, 267:20
**duties** [54] - 11:8, 12:19, 13:2, 13:17, 14:10, 14:19, 21:10, 24:12, 26:20, 31:8, 39:12, 39:23, 40:13, 41:6, 42:13, 43:19, 46:21, 49:15, 58:9, 61:13, 62:8, 77:5, 87:2, 90:13, 93:9, 97:6, 105:14, 111:17, 111:18, 114:12, 125:5, 125:15, 133:19, 140:14, 140:22, 141:8, 142:13, 149:20, 152:25, 154:22, 156:17, 159:10, 160:2, 164:24, 187:12, 194:8, 200:4, 203:12, 208:13, 219:23, 229:17, 247:7, 247:16, 272:25
**duty** [2] - 35:19, 109:18
**dynamic** [1] - 213:2

## E

**e-mail** [38] - 5:18, 10:22, 11:3, 24:21, 24:23, 25:6, 25:24, 26:3, 27:3, 27:8, 27:9, 27:13, 27:20, 28:2, 28:14, 32:8, 32:15, 34:18, 34:20, 34:21, 45:3, 45:7, 45:10, 45:17, 45:19, 45:22, 90:18, 90:20, 113:10, 118:4, 145:19, 173:21, 174:3, 174:10, 174:14, 207:21, 208:7, 208:16
**e-mailed** [2] - 173:19, 173:20
**e-mails** [5] - 25:18, 28:9, 45:9, 118:7, 208:4
**early** [1] - 49:4
**easier** [1] - 65:2
**East** [1] - 91:13
**EASTERN** [1] - 1:3
**eats** [1] - 10:15
**Ed** [11] - 18:21, 40:24, 40:25, 214:7, 214:12, 214:14, 214:15, 224:10, 229:13, 244:15, 246:25
**editing** [1] - 87:13
**Edmond** [24] - 167:13, 167:14, 167:20, 168:6, 168:13, 168:24, 170:5, 170:8, 170:15, 170:18, 170:22, 173:22, 177:23, 178:5, 178:12, 205:13, 205:23, 206:11, 207:5, 207:17, 207:23, 208:17, 272:14, 272:16
**EDMOND** [3] - 1:5, 1:5
**Edmond's** [1] - 169:21
**education** [9] - 8:19, 21:24, 65:4, 76:23, 182:10, 185:11, 200:3, 234:19, 258:11
**Education** [110] - 10:3, 10:20, 16:13, 17:3, 25:23, 27:14, 28:12, 55:19, 56:9, 56:12, 56:15, 72:12, 72:15, 72:20, 72:25, 73:4,

73:8, 73:20, 73:22, 75:10, 76:9, 76:13, 77:7, 77:8, 77:10, 78:18, 79:21, 80:17, 80:20, 81:2, 82:6, 82:11, 84:5, 86:3, 86:24, 87:21, 87:25, 90:14, 92:6, 92:18, 97:16, 98:24, 99:7, 100:2, 100:5, 100:21, 101:7, 101:10, 101:12, 101:21, 102:10, 102:19, 103:7, 104:5, 104:9, 104:17, 104:21, 106:7, 109:25, 110:3, 110:13, 112:18, 114:24, 114:25, 115:23, 116:8, 117:15, 119:5, 119:11, 119:19, 119:23, 124:20, 125:10, 128:5, 145:9, 145:13, 146:3, 146:6, 182:18, 190:22, 191:8, 191:21, 209:19, 209:20, 211:2, 212:12, 223:10, 223:15, 230:23, 232:9, 232:14, 232:17, 234:6, 234:17, 234:18, 235:13, 239:13, 245:13, 246:20, 251:13, 251:16, 251:21, 252:8, 252:15, 258:10, 261:14, 261:18, 261:25, 271:24, 272:5
**Education's** [2] - 37:10, 100:7
**educational** [2] - 136:9, 189:14
**educator** [1] - 254:16
**EDWARD** [1] - 1:10
**effect** [1] - 4:17
**egotistical** [1] - 262:22
**either** [16] - 14:5, 24:3, 25:2, 38:17, 44:2, 118:4, 128:24, 141:24, 164:2, 172:19, 212:5, 222:10, 228:17, 228:19, 257:18, 257:22

**elections** [2] - 77:9
**electronic** [12] - 10:23, 11:2, 20:5, 20:6, 98:9, 98:13, 118:8, 121:25, 122:13, 204:2, 211:5, 215:21
**electronically** [8] - 16:2, 32:17, 54:2, 54:7, 54:13, 111:12, 164:3, 210:25
**elementary** [17] - 30:8, 30:9, 30:11, 30:14, 30:17, 67:15, 67:19, 67:23, 131:17, 151:2, 155:21, 184:4, 188:4, 188:20, 188:25, 234:17, 244:15
**elementarys** [1] - 155:16
**eligible** [3] - 38:2, 243:17, 243:23
**Elizabeth** [1] - 67:24
**ELL** [1] - 65:13
**elsewhere** [1] - 68:8
**emergency** [2] - 194:6, 198:11
**emerging** [1] - 254:12
**emotional** [1] - 242:10
**emotionally** [2] - 11:15, 233:20
**employed** [19] - 76:14, 98:22, 99:5, 124:13, 127:16, 128:3, 150:9, 225:7, 225:14, 244:20, 244:24, 245:5, 253:20, 253:22, 265:5, 265:25, 266:6, 266:10, 266:16
**employee** [19] - 37:11, 56:14, 83:13, 83:18, 124:20, 142:7, 147:8, 175:14, 175:19, 177:4, 179:20, 179:24, 216:15, 216:19, 220:19, 221:2, 222:3, 224:13
**employees** [19] - 70:18, 70:21, 125:20, 126:2, 152:7, 152:9, 152:11, 156:14, 157:13, 187:18, 218:11, 218:16, 219:3, 219:18, 227:16, 228:10, 228:14, 228:25,

230:20
**employment** [12] - 99:15, 120:25, 124:13, 216:9, 248:2, 253:18, 265:19, 265:23, 267:17, 268:3, 268:6, 269:4
**encompassing** [1] - 228:21
**encourage** [1] - 191:18
**end** [2] - 106:24, 107:22
**endearing** [1] - 55:18
**endeavors** [1] - 93:3
**ended** [1] - 272:15
**endorsement** [1] - 235:20
**enforcement** [1] - 183:12
**enforcing** [1] - 157:6
**engaging** [1] - 223:5
**English** [2] - 17:23, 65:10
**ENL** [1] - 65:12
**enrolled** [2] - 13:19, 238:4
**entails** [1] - 209:21
**enter** [4] - 129:22, 188:11, 196:3, 201:13
**entire** [8] - 8:24, 39:4, 107:4, 107:14, 108:6, 108:14, 177:11, 269:4
**entirely** [2] - 82:23, 208:22
**entirety** [1] - 216:6
**entry** [1] - 183:22
**equivalence** [1] - 27:25
**equivalency** [1] - 92:11
**equivalent** [3] - 27:4, 28:7, 230:16
**equivalents** [1] - 90:11
**Eric** [1] - 66:20
**Erin** [1] - 67:20
**escapes** [1] - 69:12
**especially** [1] - 209:20
**ESQ** [2] - 3:7, 3:13
**essence** [1] - 124:25
**ethnic** [4] - 8:23, 9:5, 41:8, 180:9
**ethnicity** [3] - 7:14, 251:2, 253:5
**evaluation** [2] - 41:14, 172:5

289

evaluations [1] - 216:7
evening [7] - 24:9, 49:4, 80:3, 83:11, 85:15, 198:22, 199:8
event [4] - 81:8, 92:24, 189:10, 229:22
eventually [6] - 136:23, 137:7, 137:17, 166:12, 166:13, 222:24
evidence [1] - 171:9
exact [1] - 150:16
exactly [5] - 64:9, 202:4, 230:11, 240:13, 273:20
EXAMINATION [2] - 5:7, 278:3
Examination [1] - 2:3
examine [2] - 172:10, 174:24
examined [1] - 5:4
example [14] - 22:9, 83:11, 85:10, 132:10, 136:10, 140:11, 154:14, 156:5, 157:2, 158:18, 192:23, 195:23, 230:3, 230:11
examples [1] - 83:12
except [4] - 4:9, 76:24, 82:17, 204:7
exception [5] - 51:18, 93:7, 231:6, 231:8, 276:9
excess [1] - 240:8
execute [1] - 195:11
executive [19] - 82:15, 83:7, 84:4, 84:6, 84:10, 96:9, 145:23, 146:12, 146:15, 146:18, 146:22, 206:3, 206:6, 206:15, 206:21, 209:25, 210:10, 211:24, 225:25
exercise [2] - 155:22, 202:12
exercises [1] - 251:22
exercising [1] - 204:15
EXHIBITS [1] - 278:18
exist [4] - 111:9, 111:11, 228:2, 272:3
existed [2] - 73:20, 98:18
existing [1] - 101:19
exists [6] - 89:11, 96:16, 127:24,

161:13, 271:9, 271:13
expand [1] - 270:5
expanding [1] - 191:10
expect [24] - 132:19, 133:4, 133:13, 133:23, 135:25, 136:12, 136:20, 137:2, 137:8, 137:14, 137:19, 137:23, 138:15, 138:18, 147:23, 148:18, 154:23, 155:21, 165:23, 166:8, 166:14, 166:21, 167:5, 177:5
expenditures [1] - 52:4
experience [7] - 44:24, 135:9, 258:15, 260:17, 263:4, 263:6, 263:23
expert [1] - 116:20
expertise [1] - 52:2
explain [15] - 17:21, 47:5, 48:23, 54:20, 87:16, 93:18, 105:23, 125:25, 165:7, 183:14, 191:6, 209:16, 232:16, 233:9, 241:21
explains [1] - 97:5
explanation [1] - 163:18
explore [1] - 180:6
extensive [3] - 97:17, 97:19, 147:20
extent [1] - 198:17
extra [6] - 160:19, 190:15, 229:21, 230:10

## F

F-A-L-C-O-N [1] - 67:12
face [6] - 45:6, 90:20, 135:19
face-to-face [1] - 135:19
Facebook [6] - 5:20, 5:24, 5:25, 46:14, 46:16, 46:24
facilitate [1] - 111:21
facility [1] - 191:13
facing [1] - 262:20
fact [4] - 28:23, 85:25, 180:14, 251:20

facts [1] - 143:5
faculty [2] - 185:5, 187:23
fair [13] - 26:6, 50:5, 66:3, 70:20, 78:16, 85:17, 88:19, 99:19, 151:7, 201:22, 213:20, 245:3, 265:22
fairly [2] - 52:25, 102:17
Falcon [1] - 67:12
fall [5] - 59:25, 80:9, 228:24, 229:14, 241:7
fallen [1] - 136:18
familiar [1] - 185:6
families [1] - 242:13
family [6] - 163:12, 164:18, 170:6, 242:14, 243:22, 249:5
fantastic [3] - 52:18, 65:23, 92:23
far [3] - 25:21, 217:4, 255:24
fashion [5] - 83:14, 83:18, 87:13, 112:3, 175:15
faxed [2] - 163:24, 164:2
February [4] - 1:22, 75:24, 277:11, 279:23
federal [5] - 18:22, 20:15, 28:24, 236:13, 269:10
Federal [2] - 17:16, 19:19
feedback [1] - 232:18
fellow [2] - 212:10, 260:11
felt [1] - 142:10
female [1] - 185:22
few [8] - 14:17, 64:8, 167:14, 194:24, 198:22, 242:25, 270:17, 270:25
field [2] - 132:11, 255:2
file [11] - 175:19, 176:2, 210:2, 215:20, 215:21, 215:23, 215:25, 216:2, 216:10, 216:11, 216:12
files [7] - 77:7, 153:12, 172:19, 174:25, 215:13, 215:17, 216:14

filing [1] - 4:5
fill [3] - 32:22, 32:23, 69:18
filtered [1] - 55:9
final [1] - 223:16
Finance [2] - 108:24, 127:2
finance [1] - 57:16
Financial [1] - 39:10
financial [4] - 11:25, 13:5, 37:21, 260:12
findings [2] - 224:15, 256:6
fine [1] - 65:6
fingerprinted [1] - 225:11
fingerprinting [3] - 216:20, 217:15, 225:12
fingerprints [2] - 216:22, 216:25
Fink [1] - 67:25
FINK [1] - 67:25
fire [3] - 218:13, 218:19, 218:21
firing [3] - 125:14, 218:5, 222:11
firm [5] - 144:8, 144:15, 144:25, 274:20, 274:25
first [42] - 16:11, 19:14, 26:3, 28:4, 52:15, 53:12, 97:22, 97:24, 104:25, 105:4, 121:12, 121:15, 132:4, 133:8, 136:6, 137:19, 148:3, 148:8, 148:23, 148:24, 148:25, 149:7, 164:14, 164:15, 166:15, 167:19, 168:5, 168:10, 186:13, 206:18, 222:19, 223:19, 234:13, 256:21, 258:3, 264:21, 267:24, 268:8, 271:14, 271:17, 271:20, 275:25
fit [4] - 49:19, 228:10, 229:5, 258:19
fits [1] - 191:17
five [30] - 27:14, 56:5, 67:4, 73:12, 129:3, 150:24, 151:24, 153:16, 153:21, 160:22, 161:3, 161:11, 161:20,

161:25, 162:10, 163:10, 165:8, 165:9, 165:11, 165:17, 165:19, 166:7, 167:4, 167:7, 168:7, 168:24, 170:19, 239:22, 258:16, 262:15
five-day [1] - 168:24
fleet [1] - 217:17
flexibility [1] - 80:22
float [2] - 237:21, 237:25
floaters [1] - 151:3
Florida [2] - 24:10, 85:12
flow [1] - 101:20
flows [1] - 55:5
fluid [1] - 102:17
folks [22] - 17:20, 18:3, 23:22, 26:12, 29:15, 41:15, 49:6, 71:2, 71:3, 112:23, 126:12, 129:6, 143:4, 190:8, 218:13, 227:14, 228:11, 228:22, 229:25, 230:9, 233:16, 246:25
follow [3] - 21:6, 114:21, 250:8
followed [1] - 169:9
following [3] - 72:24, 117:16, 174:7
follows [2] - 5:5, 96:10
food [6] - 38:22, 39:4, 51:2, 52:8, 82:22, 128:11
Food [1] - 65:18
foods [1] - 39:3
FOR [2] - 278:19, 278:22
forbid [2] - 189:10, 192:24
force [4] - 4:17, 158:20, 158:23, 217:13
foremost [1] - 258:3
forget [1] - 47:24
form [63] - 4:10, 7:18, 7:23, 10:25, 25:15, 33:7, 36:25, 57:6, 61:18, 70:25, 74:14, 82:14, 83:14, 83:18, 83:25, 87:13, 88:11, 112:3, 124:16, 125:23, 131:21, 134:22, 137:25, 138:20, 141:3, 142:19, 144:13,

147:12, 148:14, 150:2, 158:24, 167:17, 175:15, 177:8, 178:21, 179:25, 180:12, 182:2, 182:7, 183:5, 186:7, 187:5, 194:12, 200:8, 205:5, 206:16, 207:25, 208:19, 210:24, 216:4, 228:5, 230:17, 232:13, 240:21, 243:25, 245:14, 246:21, 247:13, 247:22, 250:21, 251:18, 253:8, 262:12
**formal** [2] - 181:23, 228:22
**format** [4] - 21:7, 54:5, 96:10, 210:25
**former** [1] - 59:22
**forth** [3] - 80:5, 217:3, 279:12
**forward** [6] - 32:21, 112:17, 126:10, 136:7, 233:25, 264:22
**forwarded** [1] - 26:15
**forwards** [1] - 10:7
**foster** [2] - 12:11, 13:20
**Foster** [1] - 67:20
**FOSTER** [1] - 67:20
**four** [21] - 27:14, 30:8, 55:2, 57:4, 57:5, 57:7, 58:20, 59:5, 61:20, 63:8, 72:20, 79:24, 84:21, 92:9, 127:21, 167:3, 236:15, 240:9, 242:24, 260:15, 263:9
**fourth** [1] - 269:23
**Frank** [2] - 73:10, 102:12
**free** [8] - 12:4, 38:2, 39:15, 40:3, 42:18, 43:13, 243:17, 243:23
**freedom** [1] - 42:25
**freeze** [1] - 136:25
**Fresh** [1] - 266:21
**Friday** [3] - 88:15, 114:21, 211:2
**front** [3] - 69:9, 189:24, 230:5
**froze** [1] - 137:10
**frozen** [1] - 139:11

**frustrated** [1] - 242:17
**full** [4] - 5:9, 188:19, 238:9, 238:14
**full-time** [2] - 238:9, 238:14
**functions** [7] - 62:8, 77:5, 93:16, 93:19, 94:14, 97:6, 125:16
**funding** [3] - 20:15, 190:16, 190:17
**funds** [1] - 18:23
**FURNISHED** [1] - 278:15
**FURTHER** [2] - 4:8, 4:13
**future** [2] - 25:8, 184:3

## G

G-A-L-L-A-G-H-E-R [1] - 65:7
G-A-R-G-U-L-I-O [1] - 123:22
G-A-Y [1] - 65:9
G-E-R-S-T-E-N-L-A-U-E-R [1] - 60:14
G-I-B-S-O-N [1] - 67:21
**Gale** [3] - 65:16, 128:13, 129:14
**Gallagher** [1] - 65:7
**gang** [1] - 191:11
**gangs** [1] - 191:13
**garages** [1] - 213:12
**Garden** [1] - 256:12
**Gargiulo** [1] - 60:3
**Gargulio** [3] - 123:21, 124:3, 149:13
**gas** [1] - 268:10
**Gas** [1] - 268:10
**gates** [1] - 230:6
**gathering** [1] - 35:9
**Gay** [1] - 65:9
**geared** [1] - 142:6
**gee** [1] - 51:7
**general** [7] - 25:12, 25:13, 28:2, 31:24, 85:9, 95:18, 96:8
**generally** [40] - 24:25, 25:4, 25:10, 26:11, 26:13, 26:17, 27:23, 31:19, 36:11, 36:17, 37:11, 38:22, 43:25, 64:2, 75:23, 86:5, 94:14, 104:4, 104:9, 106:6, 112:18, 118:19, 119:16, 138:25, 141:21, 141:24, 143:17, 146:17, 146:22,

158:7, 175:6, 190:14, 190:25, 193:15, 193:21, 194:21, 242:8, 258:15, 258:18, 259:20
**generated** [3] - 18:21, 38:22, 173:3
**gentleman** [1] - 260:9
**Gerstenlauer** [3] - 59:22, 60:12, 60:13
**gesturing** [1] - 91:5
**Gibson** [1] - 67:20
**Gina** [1] - 65:4
**given** [17] - 33:6, 44:3, 55:19, 56:9, 90:22, 115:23, 176:14, 176:19, 178:14, 198:6, 202:4, 227:3, 240:14, 269:22, 276:8, 277:14, 279:14
**Glen** [1] - 8:11
**god** [1] - 189:10
**God** [3] - 189:18, 192:24, 266:25
**good-bye** [1] - 249:12
**Gosh** [1] - 239:20
**government** [3] - 18:22, 19:19, 20:15
**grab** [2] - 69:18, 243:5
**graduate** [1] - 267:15
**graduation** [1] - 82:20
**grant** [4] - 58:11, 236:14, 269:21, 270:4
**Grant** [1] - 236:16
**grappling** [1] - 86:16
**grass** [1] - 148:7
**gray** [1] - 64:8
**great** [4] - 55:12, 191:17, 242:6, 248:18
**Gretchen** [1] - 30:14
**GRETCHEN** [1] - 30:15
**ground** [1] - 242:4
**Grounds** [4] - 126:21, 126:24, 127:6, 127:9
**groundskeeping** [1] - 127:12
**groups** [1] - 144:6
**GUARD** [1] - 1:15
**guard** [21] - 152:13, 152:15, 152:16, 152:17, 155:17, 156:2, 156:7, 157:12, 158:20, 158:23, 159:2, 159:14, 163:11,

212:10, 212:16, 213:23, 218:20, 222:15, 222:18, 223:4, 248:16
**GUARDS** [1] - 1:15
**guards** [32] - 151:12, 151:25, 152:21, 153:4, 153:17, 153:21, 153:25, 154:16, 155:2, 155:6, 155:23, 156:11, 157:17, 157:21, 157:25, 159:13, 212:13, 214:11, 214:19, 218:9, 218:10, 219:15, 219:25, 221:5, 222:8, 222:13, 225:6, 225:14, 229:25, 230:2, 230:5, 230:7
**guess** [9] - 58:4, 150:11, 150:13, 150:15, 186:19, 232:19, 243:13, 258:14, 268:8
**guest** [1] - 79:9
**guidance** [3] - 134:3, 134:14, 182:23
**guide** [2] - 96:19, 236:12
**guideline** [1] - 75:18
**guidelines** [2] - 156:13, 158:21
**guides** [1] - 187:21
**guiding** [1] - 201:23
**gun** [1] - 148:18
**guy** [2] - 55:23, 254:14

## H

H-A-R-D-I-N-G [2] - 65:21, 127:7
H-O-P-K-I-N-S [1] - 67:17
**hah** [2] - 7:20, 107:5
**half** [4] - 40:2, 59:23, 265:16, 265:17
**halfway** [1] - 70:11
**hall** [1] - 52:18
**Hamilton** [1] - 3:11
**hammer** [1] - 250:12
**Hamptons** [1] - 268:10
**hand** [5] - 132:4, 163:10, 248:23, 260:22, 279:22
**hand-delivered** [1] - 163:10
**handle** [2] - 83:8,

162:14
**handles** [1] - 274:5
**hands** [1] - 113:13
**hang** [1] - 248:5
**happenings** [1] - 87:18
**happy** [1] - 234:21
**hard** [3] - 242:19, 243:5, 244:3
**Harding** [14] - 65:20, 127:7, 127:10, 127:14, 127:15, 128:14, 129:13, 130:13, 130:17, 137:11, 148:5, 148:8, 148:11, 235:5
**head** [13] - 25:13, 51:2, 54:23, 55:16, 55:19, 55:24, 56:8, 57:2, 61:22, 97:9, 102:8, 130:21, 203:10
**headed** [1] - 101:14
**heads** [4] - 102:5, 118:18, 202:23, 236:17
**heads-up** [1] - 202:23
**Health** [4] - 234:24, 235:14, 242:3, 269:14
**health** [16] - 11:16, 133:9, 158:8, 158:12, 170:22, 185:10, 216:12, 233:21, 235:21, 236:11, 249:17, 249:18, 254:11, 254:13, 254:16, 263:18
**hear** [2] - 30:21, 233:15
**hear's** [1] - 178:9
**heard** [1] - 109:9
**hearing** [61] - 160:25, 161:2, 162:6, 162:9, 162:10, 162:12, 162:13, 163:8, 163:13, 163:20, 164:16, 164:23, 165:3, 165:15, 165:16, 166:25, 168:12, 168:17, 169:8, 169:11, 170:25, 171:4, 171:5, 171:8, 171:11, 171:14, 171:15, 171:17, 172:7, 172:12, 172:21, 173:6, 173:8, 173:14,

174:19, 174:21, 175:3, 175:17, 176:2, 176:4, 176:6, 176:8, 176:10, 176:11, 176:21, 176:23, 178:5, 178:9, 179:4, 179:10, 180:24, 208:9, 219:6, 224:3, 224:4, 224:7, 272:14, 272:15, 273:5, 273:8

**Hearing** [1] - 176:13

**hearings** [3] - 248:23, 250:3, 253:11

**hears** [1] - 171:9

**heavy** [1] - 148:10

**hefty** [1] - 236:13

**held** [7] - 6:22, 116:8, 165:3, 171:12, 255:5, 256:16, 268:20

**hello** [1] - 92:22

**help** [8] - 10:10, 12:5, 134:5, 241:3, 243:6, 262:17, 264:8, 264:16

**helped** [1] - 263:15

**helpful** [1] - 233:11

**helping** [1] - 105:24

**helps** [2] - 10:13, 52:12

**HEREBY** [1] - 4:2

**hereby** [2] - 277:8, 279:9

**herein** [1] - 4:4

**hereinbefore** [1] - 279:12

**hereunto** [1] - 279:22

**hierarchal** [1] - 52:21

**hierarchy** [4] - 54:19, 56:25, 127:23, 127:25

**high** [36] - 30:3, 30:5, 63:17, 63:18, 66:13, 66:22, 67:2, 67:3, 131:19, 132:19, 133:5, 134:25, 148:7, 150:24, 150:25, 151:23, 153:16, 153:20, 153:24, 154:15, 154:17, 169:2, 183:25, 185:2, 188:3, 188:6, 188:16, 200:13, 200:18, 205:9, 210:11, 214:22, 248:7, 248:8, 248:9

**High** [40] - 9:6, 12:15,

12:21, 13:5, 13:13, 13:20, 15:5, 15:10, 15:15, 17:7, 40:15, 80:17, 95:4, 136:19, 136:21, 137:3, 153:2, 154:25, 155:7, 157:4, 157:8, 157:13, 165:3, 200:7, 201:13, 201:24, 204:18, 205:2, 214:19, 237:4, 237:7, 237:12, 237:19, 238:5, 238:12, 238:18, 239:7, 266:9, 266:11, 266:14

**highlights** [1] - 75:8

**Hills** [2] - 1:21, 3:6

**hire** [13] - 100:10, 126:11, 212:3, 212:9, 216:18, 217:8, 217:12, 226:9, 229:21, 229:24, 230:14, 235:11, 236:9

**hired** [14] - 58:21, 60:9, 61:5, 97:8, 97:24, 121:15, 135:16, 211:25, 226:16, 229:6, 229:10, 248:10, 261:20, 264:25

**hiring** [5] - 124:15, 125:11, 214:18, 214:24, 242:2

**hiring/firing** [1] - 126:8

**hirings** [1] - 121:3

**Hispanic** [5] - 7:7, 14:23, 15:15, 38:10, 42:9

**history** [2] - 178:16, 269:4

**hits** [1] - 34:16

**hold** [9] - 93:21, 152:12, 164:16, 165:14, 198:2, 198:3, 213:16, 259:10, 261:4

**holds** [2] - 101:10, 235:25

**holiday** [1] - 80:23

**Hololob** [1] - 67:11

**HOLOLOB** [1] - 67:11

**home** [4] - 12:9, 12:11, 255:14, 256:4

**homeless** [1] - 243:18

**homes** [3] - 13:14, 13:21, 243:23

**honed** [1] - 267:9

**honest** [2] - 74:17, 221:16

**honestly** [1] - 242:15

**honor** [2] - 168:15, 192:4

**hook** [1] - 263:25

**Hopkins** [1] - 67:16

**host** [1] - 216:9

**hotel** [1] - 213:6

**hourly** [1] - 119:14

**hours** [2] - 72:22, 255:2

**housed** [1] - 215:18

**household** [1] - 243:16

**hovering** [1] - 14:16

**HR** [5] - 141:23, 142:6, 144:3, 231:19, 260:11

**Hughes** [8] - 186:3, 186:5, 186:11, 186:22, 187:2, 200:19, 200:23, 201:7

**human** [5] - 123:3, 123:7, 123:9, 131:8

**Human** [7] - 57:19, 60:4, 109:2, 123:12, 126:5, 131:2, 153:9

## I

**I-G-L-I-O** [1] - 53:22

**I.D** [2] - 278:19, 278:22

**idea** [4] - 242:2, 248:14, 249:20, 251:6

**IEP** [2] - 11:16, 232:21

**IEPs** [4] - 233:5, 237:23, 240:7, 243:10

**Iglio** [14] - 53:21, 53:23, 78:25, 79:3, 87:10, 88:6, 95:11, 113:8, 113:10, 113:15, 114:2, 116:24, 117:4, 210:20

**IGLIO** [1] - 78:25

**II** [1] - 20:16

**III** [1] - 20:16

**illegal** [2] - 160:19, 250:12

**illegality** [1] - 223:5

**immediately** [1] - 175:21

**impairments** [2] - 11:16, 233:21

**implementation** [1] - 236:18

**important** [1] - 264:12

**IN** [1] - 279:21

**Inc** [1] - 2:22

**incident** [13] - 133:14, 137:24, 168:8, 168:20, 205:12, 205:22, 206:18, 206:20, 207:4, 207:22, 208:17, 210:11, 211:23

**include** [1] - 157:12

**including** [3] - 196:11, 196:21, 227:23

**inclusion** [1] - 100:21

**inclusive** [1] - 101:9

**increased** [1] - 249:18

**independent** [7] - 152:3, 187:15, 228:13, 229:2, 229:6, 229:10, 229:15

**indicated** [6] - 49:3, 50:25, 55:7, 79:20, 114:5, 149:5

**indicates** [1] - 182:25

**individual** [14] - 1:10, 1:11, 1:12, 1:13, 1:14, 1:15, 1:16, 1:17, 27:17, 28:9, 28:14, 32:2, 36:2, 93:12

**individually** [1] - 92:16

**individuals** [11] - 70:2, 153:10, 214:18, 215:14, 215:17, 230:14, 230:15, 246:17, 247:12, 251:2, 251:3

**influence** [2] - 6:10, 222:16

**informal** [1] - 182:5

**information** [53] - 7:20, 9:18, 11:6, 15:18, 15:22, 16:6, 18:24, 19:21, 22:2, 29:18, 31:4, 31:17, 31:25, 32:10, 32:14, 33:19, 35:9, 35:15, 36:6, 38:16, 43:23, 43:25, 44:7, 74:5, 74:7, 74:16, 74:24, 75:4, 77:18, 83:23, 84:7, 96:12, 97:3, 104:4, 112:24, 146:5, 168:14, 178:23, 178:25, 179:5, 198:17,

199:22, 202:4, 206:23, 207:11, 210:23, 216:8, 224:20, 233:5, 244:3, 252:22, 273:15, 274:6

**INFORMATION** [1] - 278:15

**informed** [2] - 146:25, 147:7

**infractions** [1] - 181:4

**Infranco** [1] - 73:11

**INFRANCO** [1] - 73:12

**Ingerman** [6] - 144:8, 145:2, 198:4, 209:3, 253:12, 274:21

**Ingrid** [2] - 103:10, 103:11

**input** [8] - 22:5, 22:7, 79:15, 104:7, 106:11, 106:23, 191:22, 193:14

**inquire** [1] - 170:21

**inquiry** [1] - 178:15

**Insert** [2] - 68:5, 129:23

**insignificant** [1] - 256:7

**instance** [35] - 9:4, 19:23, 32:13, 40:6, 44:6, 84:17, 86:17, 118:10, 129:8, 132:21, 136:17, 139:7, 147:6, 147:13, 147:21, 148:7, 148:16, 149:6, 151:22, 166:20, 175:11, 175:13, 177:2, 178:14, 194:3, 194:7, 195:25, 198:9, 200:10, 200:20, 217:7, 228:23, 229:22, 230:13, 235:24

**instances** [3] - 135:17, 165:24, 253:11

**instatement** [1] - 28:3

**Instruction** [1] - 108:23

**instruction** [3] - 57:11, 59:21, 155:22

**instrumental** [1] - 101:18

**intelligently** [1] - 248:22

**interact** [1] - 198:13

**interaction** [2] - 139:19, 263:22

**interactions** [1] - 94:24

**interest** [1] - 172:6

**interested** [3] - 254:19, 260:13, 279:19

**interesting** [6] - 25:19, 180:21, 192:22, 218:3, 251:6, 255:20

**intervention** [5] - 242:20, 249:20, 250:5, 264:15, 274:3

**interventions** [1] - 244:11

**interview** [3] - 135:15, 143:4, 215:5

**intruder** [1] - 192:24

**invaluable** [2] - 263:7, 263:24

**investigation** [16] - 142:21, 142:24, 143:6, 143:8, 143:16, 143:19, 144:10, 144:15, 144:20, 145:8, 177:12, 179:15, 179:19, 180:7, 197:17

**involved** [29] - 37:12, 52:7, 97:9, 132:14, 146:3, 169:16, 172:11, 172:20, 172:25, 174:25, 175:15, 177:10, 177:16, 179:16, 179:22, 188:3, 198:18, 199:10, 199:13, 205:20, 221:19, 238:2, 245:11, 250:16, 262:9, 262:13, 269:8, 272:10, 272:14

**involvement** [3] - 103:16, 104:15, 214:23

**involving** [4] - 205:13, 205:23, 207:23, 208:17

**IS** [3] - 4:2, 4:8, 4:13

**Island** [9] - 5:13, 5:14, 30:14, 67:23, 67:24, 68:16, 68:19, 191:14, 267:21

**issue** [4] - 27:20, 36:18, 132:7, 222:10

**issues** [4] - 111:24, 233:18, 233:19, 243:7

**IT** [3] - 4:2, 4:8, 4:13

**item** [3] - 117:11, 117:22, 124:24

**items** [3] - 80:13, 85:4, 95:25

**itself** [5] - 19:5, 34:22, 160:15, 172:12, 173:8

## J

**James** [11] - 128:17, 130:21, 153:6, 154:7, 154:8, 172:3, 203:9, 203:15, 203:21, 211:25, 230:8

**JANE** [3] - 1:11, 1:16, 1:16

**Janet** [19] - 38:20, 39:5, 39:6, 39:9, 39:20, 43:16, 44:9, 50:25, 57:17, 59:19, 60:6, 108:25, 112:20, 126:25, 127:3, 130:10, 130:12, 130:18, 132:12

**Janine** [1] - 30:10

**January** [5] - 60:2, 259:6, 259:8, 259:9, 265:2

**Jeanine** [2] - 234:18, 244:16

**Jenifer** [4] - 234:19, 244:17, 252:23, 253:3

**Jennifer** [1] - 68:12

**Jericho** [8] - 41:25, 253:21, 253:25, 265:6, 265:7, 265:12, 265:24, 266:5

**Jewish** [3] - 42:10, 267:2, 267:4

**jittery** [1] - 273:19

**job** [19] - 10:14, 26:14, 51:23, 68:7, 77:5, 90:13, 97:6, 125:15, 194:23, 226:13, 226:23, 254:2, 259:7, 266:17, 267:24, 268:8, 268:12, 270:17, 272:25

**John** [1] - 65:7

**JOHN** [3] - 1:11, 1:15, 1:16

**John's** [2] - 256:22, 266:19

**Jones** [2] - 117:16,

197:24

**judicial** [1] - 160:19

**Judith** [1] - 99:4

**July** [3] - 122:19, 254:6, 265:9

**jump** [2] - 190:7, 190:10

**June** [11] - 88:19, 88:24, 89:6, 206:25, 207:2, 207:4, 207:7, 210:7, 211:23, 254:5, 266:12

**junior** [10] - 30:4, 63:18, 66:22, 67:3, 150:25, 151:22, 153:16, 153:20, 153:24, 183:25

**jurisdiction** [2] - 165:10, 218:4

## K

**K-12** [1] - 14:6

**K-O-L-L-A-R** [2] - 57:20, 123:13

**Kavanaugh** [1] - 52:16

**KAVANAUGH** [1] - 52:16

**keep** [2] - 74:16, 224:16

**Kenneth** [1] - 66:24

**kept** [3] - 54:2, 107:3, 268:9

**kids** [10] - 22:11, 49:11, 241:25, 242:5, 242:21, 242:25, 243:10, 264:2, 264:17, 264:19

**kind** [5] - 64:3, 152:9, 250:11, 254:22, 260:14

**kindergarten** [1] - 243:11

**kitchen** [1] - 213:6

**Knott** [1] - 68:11

**KNOTT** [1] - 68:11

**knowledge** [4] - 16:15, 78:6, 161:17, 184:14

**known** [2] - 98:2, 134:25

**Kollar** [23] - 57:19, 59:12, 109:2, 123:12, 123:14, 123:17, 124:7, 130:23, 130:24, 131:3, 141:22, 142:20, 149:11, 153:8, 159:19,

159:20, 177:13, 202:19, 215:3, 222:23, 225:18, 225:20, 231:18

## L

**L-O-H-M-A-N** [1] - 65:11

**labor** [2] - 231:5, 231:10

**lack** [1] - 260:17

**ladies** [1] - 239:2

**ladies'** [1] - 266:20

**lady** [3] - 32:7, 185:25, 253:24

**lance** [1] - 65:11

**Lance** [1] - 68:23

**lapse** [1] - 99:14

**large** [4] - 21:24, 45:2, 45:8, 93:22

**last** [16] - 7:5, 19:8, 19:10, 24:7, 25:20, 64:8, 68:13, 69:7, 74:18, 186:2, 227:22, 228:9, 235:10, 235:20, 236:13, 239:22

**late** [2] - 199:8, 255:11

**laughing** [1] - 262:23

**Laura** [1] - 67:16

**law** [10] - 56:16, 80:5, 102:18, 146:13, 162:8, 167:11, 183:12, 216:12, 220:21, 274:25

**Law** [2] - 224:18, 230:23

**LAW** [1] - 3:3

**layers** [1] - 71:8

**lays** [1] - 193:22

**LCSW** [1] - 236:2

**lead** [3] - 198:4, 198:7, 212:10

**leadership** [2] - 188:8, 190:12

**leaks** [1] - 147:22

**learn** [13] - 11:23, 12:20, 13:4, 13:19, 14:12, 14:21, 15:9, 15:14, 35:13, 40:2, 61:16, 137:24, 250:16

**learned** [1] - 179:5

**learning** [6] - 11:13, 22:11, 233:19, 233:20, 242:11, 255:17

**least** [8] - 8:15, 43:7, 52:17, 94:21,

212:17, 213:22, 238:19, 238:20

**leave** [4] - 35:18, 59:20, 68:3, 129:19

**left** [1] - 264:11

**legal** [1] - 83:8

**less** [3] - 127:19, 165:9, 260:16

**letter** [10] - 113:11, 145:19, 163:15, 164:12, 164:19, 169:21, 169:25, 240:23, 273:17, 273:22

**letters** [1] - 170:13

**level** [8] - 31:5, 132:11, 138:7, 143:3, 151:2, 256:2, 263:4, 273:13

**levels** [1] - 255:19

**liaison** [4] - 90:2, 90:5, 102:7, 184:15

**licensed** [5] - 152:20, 152:21, 235:25, 254:15, 263:17

**licenses** [1] - 153:5

**lie** [1] - 223:25

**lieu** [1] - 178:8

**Liew** [2] - 68:15, 68:18

**LIEW** [1] - 68:16

**likely** [13] - 8:18, 9:13, 15:20, 32:20, 37:3, 40:19, 42:22, 43:3, 143:25, 166:19, 201:20, 206:4, 210:10

**Lillian** [22] - 28:19, 74:16, 74:18, 79:13, 82:8, 89:19, 98:8, 98:16, 99:21, 109:19, 109:23, 110:4, 110:17, 111:7, 112:5, 116:18, 117:14, 118:15, 128:7, 211:10, 271:15

**limit** [1] - 242:24

**limited** [4] - 196:11, 196:21, 204:19, 263:20

**line** [4] - 12:15, 147:19, 147:22, 260:15

**LINEEN** [216] - 3:13, 6:14, 7:17, 7:23, 10:24, 11:12, 12:2, 12:13, 12:23, 13:8, 13:22, 14:15, 14:24, 18:15, 19:6, 19:16, 21:5, 21:21, 22:25,

23:16, 25:14, 26:25, 28:15, 29:2, 32:4, 33:7, 36:25, 38:4, 40:4, 40:10, 41:11, 42:19, 43:10, 44:12, 44:21, 45:23, 46:9, 46:16, 47:8, 48:4, 51:25, 56:19, 57:6, 58:6, 61:18, 62:13, 62:19, 64:11, 66:8, 70:4, 70:24, 72:10, 72:16, 74:13, 74:25, 77:23, 78:7, 78:14, 81:4, 81:21, 82:13, 83:25, 84:13, 85:20, 86:20, 88:10, 89:13, 90:15, 91:9, 92:12, 93:13, 94:10, 96:23, 98:7, 98:20, 99:18, 99:25, 100:23, 104:13, 105:18, 106:3, 106:19, 107:8, 107:14, 107:17, 107:25, 108:4, 109:24, 112:11, 115:7, 116:14, 119:12, 119:15, 120:13, 121:4, 121:14, 122:21, 122:25, 123:6, 124:16, 125:23, 128:6, 131:21, 132:2, 133:16, 133:25, 134:22, 135:2, 135:8, 135:21, 136:3, 136:24, 137:6, 137:18, 137:25, 138:20, 140:2, 141:2, 141:16, 142:18, 143:20, 144:12, 147:12, 148:14, 149:25, 150:10, 150:14, 151:14, 151:18, 152:22, 153:13, 155:14, 156:10, 158:6, 158:14, 158:24, 159:22, 160:16, 160:21, 161:21, 165:5, 166:11, 167:10, 167:16, 167:22, 172:9, 172:13, 173:24, 174:4, 174:15, 175:7, 176:3, 176:22, 177:8, 178:21, 179:9, 179:25, 180:11, 180:17, 181:7,

181:14, 182:2, 182:6, 183:4, 186:7, 187:5, 187:20, 188:12, 189:7, 191:23, 192:12, 192:16, 194:12, 195:22, 196:7, 197:15, 197:21, 200:8, 201:10, 201:14, 203:18, 204:22, 205:5, 206:16, 207:24, 208:18, 210:24, 216:4, 218:2, 218:23, 219:17, 220:9, 221:7, 228:4, 230:17, 230:25, 231:11, 232:12, 233:3, 239:9, 243:25, 245:9, 245:14, 246:21, 247:13, 247:21, 250:21, 251:18, 253:8, 262:12, 271:2, 275:5, 275:24, 276:4, 276:6, 276:10

**lines** [10] - 23:11, 42:24, 74:11, 113:2, 125:16, 125:22, 134:10, 182:24, 186:25, 250:20

**Lisa** [13] - 9:22, 16:23, 17:12, 29:9, 32:5, 32:24, 36:11, 38:17, 39:8, 40:19, 44:3, 65:14, 69:11

**list** [3] - 52:10, 108:18, 150:20

**listed** [1] - 133:22

**listen** [2] - 80:11, 240:14

**literally** [1] - 70:6

**lives** [1] - 10:15

**living** [1] - 254:3

**location** [1] - 187:22

**Lohman** [2] - 65:11, 68:23

**Lohmann** [1] - 17:24

**LONERGAN** [8] - 1:12, 1:25, 2:4, 5:2, 277:8, 277:19, 278:4, 279:10

**Lonergan** [64] - 5:11, 6:7, 8:8, 9:2, 10:5, 11:7, 11:21, 17:13, 21:9, 26:19, 28:23, 31:7, 35:11, 37:22, 39:22, 40:11, 41:4, 43:18, 46:20, 48:11,

59:3, 60:16, 61:12, 62:3, 64:12, 65:24, 70:15, 73:19, 74:21, 95:2, 96:13, 100:12, 103:18, 105:13, 108:12, 109:11, 114:11, 116:6, 117:7, 122:15, 126:13, 130:7, 132:16, 133:2, 133:18, 156:16, 158:9, 159:24, 165:7, 181:17, 187:11, 190:15, 195:4, 204:12, 209:10, 213:20, 214:17, 232:7, 241:13, 247:6, 252:25, 269:3, 269:7, 270:8

**Longwood** [369] - 6:19, 7:3, 7:12, 8:20, 8:24, 9:5, 10:6, 11:9, 11:22, 12:7, 12:15, 12:17, 12:21, 13:2, 13:5, 13:12, 13:13, 13:17, 13:20, 14:3, 14:10, 14:19, 15:3, 15:4, 15:7, 15:9, 15:12, 15:14, 17:5, 17:6, 17:14, 21:11, 22:19, 22:21, 23:12, 24:2, 24:4, 24:13, 25:22, 26:7, 26:21, 26:22, 27:6, 27:12, 28:13, 29:8, 31:10, 33:2, 34:2, 35:12, 35:24, 36:8, 37:23, 39:13, 39:24, 40:13, 40:15, 41:6, 42:2, 42:14, 43:21, 44:18, 45:14, 45:18, 45:22, 46:3, 46:8, 46:14, 46:22, 47:16, 48:12, 49:16, 49:22, 50:7, 50:9, 51:9, 59:4, 59:16, 60:17, 61:14, 62:5, 64:13, 66:4, 70:16, 71:10, 71:16, 71:22, 72:2, 72:13, 73:23, 74:21, 76:15, 78:2, 78:19, 80:17, 82:3, 82:5, 83:4, 83:12, 83:17, 87:3, 89:7, 89:10, 90:3, 90:8, 91:11, 91:24, 92:17, 93:10, 93:25, 94:6, 95:4, 96:14, 97:15, 98:23, 99:6, 100:13, 100:16, 100:20, 103:16,

103:20, 105:14, 106:16, 109:12, 109:14, 112:7, 112:9, 113:4, 114:12, 116:7, 116:9, 117:8, 117:10, 119:8, 119:10, 119:18, 119:22, 120:5, 120:8, 120:19, 120:23, 121:2, 122:16, 122:17, 123:4, 124:6, 124:12, 125:6, 125:9, 125:19, 127:13, 127:16, 128:3, 128:4, 130:8, 130:16, 130:20, 131:11, 131:16, 131:18, 132:17, 133:3, 133:21, 134:5, 134:17, 134:20, 135:5, 136:13, 136:18, 136:21, 137:2, 137:4, 137:16, 138:10, 139:4, 139:21, 140:14, 140:21, 141:6, 142:14, 144:22, 146:5, 147:8, 147:9, 147:24, 148:20, 149:23, 150:9, 151:8, 151:24, 153:2, 154:16, 154:20, 154:24, 155:6, 155:20, 156:14, 156:23, 157:3, 157:4, 157:8, 157:9, 157:13, 157:14, 157:18, 157:22, 158:2, 158:19, 158:21, 159:11, 159:15, 160:2, 160:4, 160:9, 160:10, 161:7, 161:12, 161:19, 162:2, 162:12, 163:5, 164:24, 165:3, 165:21, 166:9, 167:8, 168:11, 170:4, 172:17, 174:23, 175:14, 175:17, 175:23, 175:24, 177:3, 177:4, 177:6, 178:17, 179:7, 179:19, 179:23, 180:5, 181:21, 181:22, 182:14, 182:17, 183:2,

183:8, 183:11, 184:16, 185:24, 186:5, 186:15, 187:4, 187:12, 187:24, 189:6, 190:2, 191:20, 192:9, 192:13, 192:17, 194:9, 195:5, 195:8, 195:12, 196:3, 196:19, 197:3, 197:8, 197:13, 198:14, 199:14, 199:24, 200:6, 201:13, 201:24, 202:10, 203:5, 203:14, 204:13, 204:18, 205:2, 205:23, 207:14, 207:19, 208:14, 209:11, 210:7, 212:14, 212:16, 214:19, 216:3, 216:16, 217:6, 217:10, 217:12, 217:16, 217:21, 219:23, 220:6, 221:5, 222:8, 223:3, 223:20, 225:5, 225:8, 225:15, 225:23, 226:5, 226:10, 226:23, 227:14, 227:16, 228:2, 228:8, 228:15, 229:7, 229:19, 230:23, 232:7, 234:9, 236:24, 237:4, 237:7, 237:11, 237:19, 238:4, 238:5, 238:12, 238:18, 239:3, 239:7, 241:13, 244:20, 244:24, 245:6, 247:8, 247:16, 247:19, 251:9, 251:15, 251:24, 252:25, 253:6, 253:16, 253:19, 253:23, 257:25, 258:24, 259:12, 259:25, 260:25, 261:17, 262:9, 262:18, 263:16, 265:2, 265:21, 266:2, 269:19, 270:10, 270:14, 270:22, 271:6, 272:4, 274:15, 274:19, 275:2

294

LONGWOOD [5] - 1:8, 1:12, 1:13, 1:14, 1:15
look [13] - 34:16, 34:25, 36:16, 103:7, 110:8, 112:19, 191:15, 251:7, 254:18, 258:12, 260:7, 260:10, 264:21
looked [5] - 180:14, 180:18, 243:8, 251:7, 255:14
looking [7] - 29:18, 68:7, 191:11, 203:7, 249:15, 258:19, 260:19
looks [3] - 68:24, 91:15, 130:13
lose [1] - 68:8
lost [1] - 95:4
love [5] - 65:22, 202:19, 248:4, 255:11, 264:18
loved [1] - 267:8
lovingly [1] - 54:22
lower [1] - 22:16
lunch [10] - 12:5, 39:15, 43:16, 43:17, 82:19, 181:9, 181:12, 208:10, 243:17, 243:24

**M**

M-A-L-L-O-Y [1] - 73:18
M-O-L-L-O [1] - 68:14
M-U-R-P-H-Y [1] - 65:18
magilla [1] - 22:12
mail [43] - 5:18, 10:22, 11:3, 24:21, 24:23, 25:6, 25:24, 26:3, 27:3, 27:8, 27:9, 27:13, 27:20, 28:2, 28:14, 32:8, 32:15, 34:18, 34:20, 34:21, 45:3, 45:7, 45:10, 45:17, 45:19, 45:22, 90:18, 90:20, 113:10, 118:4, 145:19, 163:7, 173:21, 174:3, 174:10, 174:14, 204:2, 204:5, 207:21, 208:7, 208:16, 273:23
mailed [3] - 163:25, 173:19, 173:20

mails [5] - 25:18, 28:9, 45:9, 118:7, 208:4
main [1] - 51:23
maintain [11] - 5:20, 75:4, 100:8, 120:23, 195:20, 215:13, 215:16, 217:17, 265:14, 267:12, 268:2
maintained [5] - 42:16, 54:13, 111:16, 265:23, 274:14
maintaining [3] - 77:18, 113:16, 153:11
maintains [11] - 76:4, 76:6, 76:8, 77:6, 77:7, 77:11, 77:16, 77:24, 78:5, 121:7, 211:7
maintenance [6] - 68:25, 98:18, 111:6, 128:15, 128:16, 213:11
Maintenance [1] - 65:20
majority [1] - 40:7
makeup [1] - 41:8
Malloy [1] - 73:17
management [8] - 52:3, 71:3, 128:18, 129:9, 129:11, 129:24, 131:7, 278:16
manager [2] - 23:13, 52:22
managers [2] - 22:16, 33:5
managing [1] - 231:16
manner [2] - 115:4, 153:25
manual [14] - 96:16, 97:18, 97:20, 107:12, 107:15, 108:5, 120:24, 121:5, 121:6, 121:7, 122:2, 122:5, 278:12
Maria [4] - 18:4, 57:12, 101:15, 112:21
MARIA [1] - 1:13
marriage [1] - 279:18
married [1] - 267:3
Mary [3] - 57:24, 60:9, 109:5
massacre [2] - 24:10, 85:11
Master's [10] - 255:5, 255:6, 256:20, 256:21, 256:24,

257:3, 257:15, 257:18, 257:22, 266:19
material [2] - 174:10, 174:17
materials [1] - 83:2
math [5] - 17:23, 32:8, 62:21, 63:2, 66:6
Math [1] - 65:10
Mato [22] - 9:22, 16:23, 17:12, 29:9, 29:10, 29:17, 31:3, 31:12, 32:5, 32:15, 33:6, 33:19, 35:6, 36:24, 37:15, 38:18, 39:7, 39:8, 43:8, 44:3, 65:14, 69:11
MATO [1] - 65:14
Mato's [6] - 15:21, 33:9, 33:21, 34:4, 36:12, 40:19
matter [12] - 64:17, 81:16, 85:25, 147:4, 147:15, 147:18, 175:2, 210:3, 241:24, 272:16, 279:20
matters [1] - 83:6
Maureen [2] - 73:13, 238:25
McCarthy [9] - 234:20, 244:18, 244:23, 245:4, 245:10, 245:24, 252:23, 253:3, 270:19
McGrath [1] - 73:15
MCGRATH [1] - 73:16
Meadows [1] - 266:21
meal [5] - 38:2, 40:3, 41:9, 42:18, 43:13
mean [18] - 6:11, 48:23, 55:17, 93:18, 137:22, 175:8, 175:9, 189:21, 191:6, 196:15, 196:16, 206:17, 218:24, 232:16, 240:2, 240:13, 241:21, 248:7
meaning [1] - 227:18
means [2] - 135:7, 225:10
meant [2] - 47:6, 94:17
measured [1] - 255:17
measures [3] - 173:3, 233:7, 233:9
media [6] - 5:21, 46:4, 46:7, 47:7, 47:12, 47:15

medication [1] - 6:11
medium [1] - 48:3
meet [11] - 44:14, 72:21, 75:21, 82:11, 86:4, 88:13, 92:16, 93:11, 94:8, 112:14, 222:19
meeting [59] - 75:25, 76:5, 77:14, 78:17, 78:18, 79:14, 80:6, 80:21, 81:2, 82:2, 82:16, 84:5, 84:25, 86:18, 87:5, 88:16, 95:21, 95:24, 96:11, 101:23, 101:25, 102:9, 103:23, 104:2, 104:10, 104:12, 104:18, 104:20, 104:23, 105:2, 105:5, 105:7, 105:9, 105:10, 106:8, 108:13, 110:4, 110:18, 114:3, 114:22, 115:18, 115:23, 115:24, 116:8, 116:15, 116:22, 117:3, 119:20, 135:15, 144:2, 206:4, 206:8, 206:14, 206:17, 206:18, 206:21, 211:3, 262:2, 264:19
meetings [42] - 45:5, 72:20, 72:21, 75:12, 79:22, 80:4, 80:16, 85:19, 86:3, 86:7, 86:9, 86:24, 88:2, 88:9, 92:3, 92:4, 92:6, 92:10, 92:14, 94:12, 95:6, 95:12, 101:7, 101:11, 104:5, 105:16, 111:15, 111:19, 114:9, 114:17, 115:6, 115:17, 116:12, 116:16, 119:16, 119:18, 119:21, 119:24, 207:7, 207:11, 209:20
meets [3] - 91:24, 203:21, 203:23
Melissa [1] - 66:18
Mella [1] - 68:13
MELLA [1] - 68:13
member [16] - 25:6, 26:18, 46:7, 77:19, 86:10, 117:9, 117:22, 124:11,

141:10, 141:19, 142:17, 144:21, 185:4, 223:13
members [19] - 45:16, 73:9, 74:8, 77:13, 80:20, 83:9, 86:8, 88:21, 88:24, 92:17, 93:12, 94:9, 101:16, 117:2, 117:6, 125:14, 126:14, 183:21, 239:19
Members [2] - 27:17, 27:21
members' [1] - 75:9
memo [2] - 163:23, 163:24
memorandum [9] - 58:18, 133:22, 134:4, 146:11, 164:9, 164:11, 182:23, 186:24, 271:8
memorialization [1] - 182:20
memorialize [1] - 271:9
memory [1] - 167:25
Mental [4] - 234:24, 235:14, 242:3, 269:14
mental [8] - 235:21, 236:10, 249:17, 249:18, 254:11, 254:13, 254:15, 263:18
mentioned [33] - 18:7, 19:3, 36:20, 46:25, 51:18, 55:16, 56:24, 62:18, 63:10, 65:25, 68:22, 69:3, 72:7, 74:10, 88:3, 88:18, 91:23, 99:23, 109:20, 111:20, 115:17, 129:8, 148:16, 151:23, 164:23, 165:22, 189:3, 214:2, 214:6, 220:15, 228:16, 235:11, 246:18
Merkel [1] - 66:17
message [5] - 47:14, 49:18, 50:6, 50:8, 135:20
messages [2] - 49:24, 170:11
Messenger [1] - 49:8
met [1] - 204:9
Meyer [1] - 64:24
Michael [3] - 5:11, 60:2, 123:21

295

MICHAEL [7] - 1:12, 2:4, 5:2, 277:8, 277:19, 278:4, 279:10

MICHAEL. LONERGAN@ LONGWOODCSD. ORG [1] - 5:19

mid [1] - 237:2

Middle [9] - 5:13, 5:14, 30:13, 67:23, 67:24, 68:16, 68:19, 150:9, 278:16

middle [12] - 30:6, 67:8, 67:13, 71:3, 128:18, 129:9, 129:10, 129:24, 131:7, 150:17, 184:2, 214:13

might [13] - 6:12, 13:9, 13:24, 19:9, 88:3, 115:12, 149:6, 151:15, 151:19, 180:15, 199:13, 208:20, 268:16

Mike [4] - 186:12, 186:14, 186:21, 197:24

MikeLonergan [1] - 5:24

mind [5] - 133:9, 183:16, 271:15, 271:18, 271:20

mine [1] - 44:14

Mineola [1] - 2:23

minimum [1] - 258:15

minorities [1] - 41:20

minority [6] - 41:15, 42:17, 239:17, 240:6, 240:15, 240:18

minute [4] - 48:15, 48:22

minute-by-minute [2] - 48:15, 48:22

minutes [15] - 95:5, 108:20, 109:14, 109:22, 110:2, 110:8, 110:10, 110:14, 115:13, 115:18, 115:22, 116:15, 146:10, 198:24, 268:15

misconduct [4] - 83:19, 84:18, 222:9, 223:5

miss [1] - 116:12

mix [2] - 8:23, 9:5

modification [2] - 125:15, 125:21

MOFFETT [2] - 279:7, 279:25

Moffett [3] - 2:5, 2:22, 116:21

mold [1] - 228:11

Mollo [1] - 68:14

moment [4] - 63:2, 129:18, 226:19, 226:20

money [2] - 19:18, 51:20

monies [2] - 52:5

monitored [1] - 23:2

monitoring [8] - 17:19, 18:9, 18:11, 21:19, 23:7, 28:12, 149:21, 269:9

monitors [1] - 22:24

month [7] - 75:11, 77:13, 77:20, 105:5, 203:22, 221:13

monthly [4] - 34:7, 45:4, 75:22, 101:11

months [2] - 248:25, 270:18

morning [8] - 31:21, 72:22, 86:9, 88:13, 95:12, 183:19, 230:5, 261:10

mornings [2] - 114:20, 114:22

MORRIS [36] - 3:3, 3:7, 5:8, 6:3, 56:17, 56:22, 107:11, 107:16, 107:20, 108:3, 108:10, 118:21, 118:25, 122:22, 135:3, 151:15, 151:19, 172:14, 181:5, 181:8, 181:15, 231:25, 232:5, 256:14, 256:17, 257:8, 257:12, 268:14, 268:23, 275:3, 275:12, 276:2, 276:5, 276:8, 276:12, 278:4

most [11] - 15:20, 50:24, 130:6, 141:21, 171:24, 183:16, 207:8, 209:18, 258:11, 258:18, 264:12

mostly [1] - 128:20

MOTIONS [1] - 278:9

motions [1] - 146:23

mouth [1] - 94:5

move [5] - 22:18, 67:22, 105:7,

220:18, 221:18

MR [34] - 5:8, 6:3, 56:17, 56:22, 107:11, 107:16, 107:20, 108:3, 108:10, 118:21, 118:25, 122:22, 135:3, 151:15, 151:19, 172:14, 181:5, 181:8, 181:15, 231:25, 232:5, 256:14, 256:17, 257:8, 257:12, 268:14, 268:23, 275:3, 275:12, 276:2, 276:5, 276:8, 276:12, 278:4

MS [215] - 6:14, 7:17, 7:23, 10:24, 11:12, 12:2, 12:13, 12:23, 13:8, 13:22, 14:15, 14:24, 18:15, 19:6, 19:16, 21:5, 21:21, 22:25, 23:16, 25:14, 26:25, 28:15, 29:2, 32:4, 33:7, 36:25, 38:4, 40:4, 40:10, 41:11, 42:19, 43:10, 44:12, 44:21, 45:23, 46:9, 46:16, 47:8, 48:4, 51:25, 56:19, 57:6, 58:6, 61:18, 62:13, 62:19, 64:11, 66:8, 70:4, 70:24, 72:10, 72:16, 74:13, 74:25, 77:23, 78:7, 78:14, 81:4, 81:21, 82:13, 83:25, 84:13, 85:20, 86:20, 88:10, 89:13, 90:15, 91:9, 92:12, 93:13, 94:10, 96:23, 98:7, 98:20, 99:18, 99:25, 100:23, 104:13, 105:18, 106:3, 106:19, 107:8, 107:14, 107:17, 107:25, 108:4, 109:24, 112:11, 115:7, 116:14, 119:12, 119:15, 120:13, 121:4, 121:14, 122:21, 122:25, 123:6, 124:16, 125:23, 128:6, 131:21, 132:2, 133:16, 133:25, 134:22, 135:2, 135:8, 135:21, 136:3,

136:24, 137:6, 137:18, 137:25, 138:20, 140:2, 141:2, 141:16, 142:18, 143:20, 144:12, 147:12, 148:14, 149:25, 150:10, 150:14, 151:14, 151:18, 152:22, 153:13, 155:14, 156:10, 158:6, 158:14, 158:24, 159:22, 160:16, 160:21, 161:21, 165:5, 166:11, 167:10, 167:16, 167:22, 172:9, 172:13, 173:24, 174:4, 174:15, 175:7, 176:3, 176:22, 177:8, 178:21, 179:9, 179:25, 180:11, 180:17, 181:7, 181:14, 182:2, 182:6, 183:4, 186:7, 187:5, 187:20, 188:12, 189:7, 191:23, 192:12, 192:16, 194:12, 195:22, 196:7, 197:15, 197:21, 200:8, 201:10, 201:14, 203:18, 204:22, 205:5, 206:16, 207:24, 208:18, 210:24, 216:4, 218:2, 218:23, 219:17, 220:9, 221:7, 228:4, 230:17, 230:25, 231:11, 232:12, 233:3, 239:9, 243:25, 245:9, 245:14, 246:21, 247:13, 247:21, 250:21, 251:18, 253:8, 262:12, 271:2, 275:5, 275:24, 276:4, 276:6, 276:10

multicultural [1] - 269:24

multilayered [1] - 124:17

Muraca [2] - 73:10, 102:13

MURACA [1] - 73:10

MURPHY [1] - 38:25

Murphy [6] - 38:24, 65:18, 128:9, 129:15, 130:9, 235:5

music [3] - 65:6, 68:22, 94:2

Muslim [1] - 42:10

must [7] - 93:21, 160:24, 167:11, 167:24, 219:9, 258:2, 258:21

## N

naive [2] - 41:14, 41:19

name [9] - 5:9, 17:25, 20:12, 68:13, 74:18, 184:24, 186:2, 209:7, 234:23

named [5] - 22:15, 32:2, 59:5, 129:2, 225:3

names [6] - 5:23, 52:20, 57:9, 70:9, 75:9, 244:13

Nancy [1] - 52:15

NASSAU [1] - 279:5

national [2] - 251:2, 253:4

nature [4] - 32:22, 37:13, 126:3, 210:4

near [2] - 25:8, 184:3

necessary [3] - 31:5, 32:10, 263:12

necessity [2] - 136:15, 142:11

need [10] - 49:6, 58:23, 95:20, 96:17, 132:14, 132:24, 135:10, 155:25, 174:17, 189:11

needs [1] - 254:12

negotiated [1] - 261:22

negotiating [1] - 262:6

negotiation [1] - 178:7

negotiations [1] - 210:3

net [1] - 119:15

Neugebauer [1] - 66:23

NEUGEBAUER [1] - 66:24

neutralized [1] - 197:7

never [9] - 46:5, 47:14, 50:12, 81:13, 84:9, 116:23, 184:11, 251:4, 251:7

NEW [3] - 1:3, 277:4, 279:3

new [17] - 96:7, 101:19, 103:2, 104:24, 107:2, 142:3, 184:23, 202:16, 202:25, 209:21, 234:24, 242:2, 243:3, 260:5, 260:12, 269:12, 269:18

New [38] - 1:21, 2:6, 2:23, 3:6, 3:12, 5:14, 8:19, 10:20, 15:23, 17:4, 33:11, 33:22, 34:4, 37:17, 40:22, 56:15, 96:6, 136:8, 152:21, 153:4, 160:12, 160:17, 184:9, 184:12, 216:21, 230:22, 231:12, 232:9, 234:3, 234:6, 236:15, 239:13, 245:12, 246:20, 251:21, 261:21, 277:24, 279:8

NEXT [1] - 1:25

next [15] - 6:16, 44:13, 95:24, 105:5, 105:7, 115:24, 174:12, 194:24, 206:4, 206:14, 214:13, 214:16, 215:19, 237:15, 261:10

night [2] - 42:4, 49:10

nine [5] - 25:4, 32:12, 65:24, 68:25, 224:5

nobody [2] - 76:24, 164:10

non [1] - 152:10

none [5] - 6:9, 97:13, 208:6, 251:19, 271:11

None [6] - 226:25, 278:7, 278:8, 278:9, 278:20, 278:23

normally [1] - 95:9

Notary [4] - 2:6, 5:4, 277:24, 279:7

note [33] - 7:17, 10:24, 18:15, 25:14, 26:25, 51:25, 70:24, 74:13, 88:10, 98:20, 100:23, 104:13, 107:8, 119:12, 120:13, 140:2, 141:2, 141:16, 142:18, 143:20, 144:12, 158:6, 167:16, 173:24, 180:11, 182:6,

183:4, 197:21, 207:24, 208:18, 228:4, 233:3, 247:21

noted [3] - 26:15, 29:5, 276:15

notes [7] - 76:5, 88:9, 108:13, 110:3, 141:14, 146:11, 170:9

nothing [10] - 6:13, 48:5, 110:6, 110:12, 147:19, 182:13, 182:17, 182:22, 187:17, 193:2

notice [5] - 82:7, 87:4, 162:15, 162:21, 273:8

Notice [1] - 82:25

notification [1] - 162:4

notify [2] - 82:13, 252:20

November [2] - 259:4, 259:8

Ns [1] - 68:12

number [23] - 5:16, 11:20, 29:15, 32:8, 38:21, 42:17, 63:21, 64:5, 71:8, 84:14, 126:12, 137:13, 212:19, 227:25, 235:3, 235:18, 235:21, 240:4, 240:6, 240:8, 248:8, 248:9, 262:24

numbers [4] - 40:15, 42:16, 243:9, 248:7

nurses [1] - 236:21

Nutrition [2] - 128:10, 129:16

## O

o'clock [1] - 268:17

O'Neill [1] - 66:25

oath [2] - 4:17, 277:10

object [1] - 151:20

objection [193] - 7:17, 7:23, 10:24, 11:12, 12:2, 12:13, 12:23, 13:8, 13:22, 14:15, 14:24, 18:15, 19:6, 19:16, 21:5, 21:21, 22:25, 23:16, 25:14, 26:25, 28:15, 29:2, 32:4, 33:7, 36:25, 38:4, 40:4, 40:10, 41:11, 42:19, 43:10, 44:12, 44:21, 45:23, 46:9, 47:8, 48:4, 51:25, 57:6, 58:6,

61:18, 62:13, 62:19, 64:11, 70:4, 70:24, 72:10, 72:16, 74:13, 74:25, 77:23, 78:7, 78:14, 82:13, 83:25, 84:13, 85:20, 86:22, 88:10, 89:13, 90:15, 91:9, 92:12, 93:13, 94:10, 96:23, 98:7, 98:20, 99:18, 99:25, 100:23, 104:13, 105:18, 106:3, 106:19, 107:8, 109:24, 112:11, 115:7, 116:14, 119:12, 119:15, 120:13, 121:4, 121:14, 122:21, 122:25, 123:6, 124:16, 125:23, 128:6, 131:21, 132:2, 133:16, 133:25, 134:22, 135:2, 135:8, 135:21, 136:3, 136:24, 137:6, 137:18, 137:25, 138:20, 140:2, 141:2, 141:16, 142:18, 142:19, 143:20, 144:12, 147:12, 148:14, 151:14, 152:22, 153:13, 155:14, 156:10, 158:6, 158:14, 158:24, 159:22, 160:16, 160:21, 161:21, 165:5, 166:11, 167:10, 167:16, 167:22, 172:9, 172:13, 173:24, 174:4, 174:15, 175:7, 176:3, 176:22, 177:8, 178:21, 179:9, 179:25, 180:11, 180:17, 182:2, 182:6, 183:4, 186:7, 187:5, 187:20, 188:12, 189:7, 191:23, 192:12, 192:16, 194:12, 195:22, 196:7, 197:15, 197:21, 200:8, 201:10, 201:14, 203:18, 204:22, 205:5, 206:16, 207:24, 208:18, 210:24, 216:4, 218:2,

218:23, 219:17, 220:9, 221:7, 228:4, 230:17, 230:25, 231:11, 232:12, 233:3, 239:9, 245:9, 245:14, 246:21, 247:13, 247:21, 250:21, 251:18, 253:8, 262:12

Objection [3] - 149:25, 150:10, 243:25

objections [1] - 4:9

obtain [3] - 256:19, 259:15, 265:18

obviously [2] - 10:18, 82:21

occasion [45] - 24:8, 34:3, 35:13, 35:22, 44:7, 45:20, 45:25, 46:11, 48:13, 53:6, 95:5, 97:20, 100:14, 101:3, 116:11, 121:9, 125:7, 139:2, 140:16, 140:23, 141:8, 144:19, 145:4, 145:11, 156:18, 169:24, 170:3, 178:2, 179:3, 183:10, 194:10, 196:2, 196:25, 197:6, 197:11, 203:25, 204:4, 205:14, 208:15, 210:21, 229:20, 234:7, 239:12, 247:9, 251:10

occasions [1] - 199:18

occupies [1] - 200:6

occupy [1] - 91:3

occur [11] - 24:20, 78:10, 82:3, 84:3, 145:21, 162:3, 166:7, 190:13, 199:13, 199:23, 209:19

occurred [19] - 24:10, 26:2, 75:17, 89:10, 137:15, 163:19, 167:24, 196:8, 206:14, 206:19, 206:20, 207:5, 208:11, 229:23, 241:8, 241:10, 248:19, 253:14, 261:7

occurrence [1] - 82:18

occurs [3] - 43:8, 84:23, 95:10

Ocean [1] - 267:21

October [1] - 266:12

od [1] - 144:6

OF [6] - 1:3, 3:3, 277:4, 277:5, 279:3, 279:5

offer [1] - 190:7

offered [6] - 202:25, 254:20, 259:7, 259:16, 261:13, 261:16

offering [1] - 202:21

office [69] - 8:10, 9:13, 9:19, 15:20, 15:21, 20:4, 23:2, 23:6, 23:8, 23:9, 23:15, 29:12, 32:23, 36:12, 37:2, 39:20, 40:19, 43:16, 44:2, 44:5, 44:9, 44:13, 46:13, 47:3, 47:10, 47:20, 50:14, 56:5, 78:20, 78:23, 97:25, 101:20, 106:10, 106:24, 108:11, 114:19, 132:20, 133:7, 133:24, 134:21, 160:25, 161:2, 162:5, 162:6, 162:20, 162:22, 162:23, 164:16, 164:22, 165:15, 167:21, 168:16, 169:11, 172:2, 173:12, 173:14, 178:9, 200:13, 208:8, 208:9, 212:25, 215:19, 248:22, 250:3, 258:14, 272:24, 273:5, 273:7, 273:10

Office [1] - 91:13

Officer [10] - 184:20, 186:3, 186:4, 186:11, 186:12, 186:20, 186:22, 187:2, 200:19, 201:7

OFFICER [1] - 1:10

officer [31] - 4:16, 120:2, 162:12, 171:8, 171:15, 171:17, 172:7, 176:11, 176:13, 176:23, 185:24, 186:22, 187:3, 188:11, 189:11, 189:24, 193:16, 199:9, 199:12, 199:21, 200:6, 200:11, 201:24,

202:15, 204:17, 205:4, 216:2, 224:4, 224:7, 225:25, 260:12
**officer's** [2] - 173:7, 185:22
**officers** [16] - 25:2, 84:25, 86:4, 88:13, 104:22, 105:12, 172:11, 187:14, 187:16, 188:24, 189:5, 190:3, 190:18, 214:25, 215:24, 217:8
**OFFICERS** [1] - 1:11
**officers'** [1] - 119:20
**offices** [2] - 214:16, 264:10
**OFFICES** [1] - 3:3
**official** [8] - 1:10, 1:11, 1:12, 1:13, 1:14, 1:15, 1:16, 1:17
**often** [8] - 31:17, 47:4, 49:20, 93:11, 102:24, 119:9, 198:21, 260:7
**Old** [1] - 2:22
**old** [3] - 96:7, 104:24, 248:16
**ON** [1] - 1:25
**once** [8] - 16:2, 30:22, 79:5, 81:10, 116:13, 177:16, 203:22, 241:9
**one** [88] - 17:22, 24:25, 27:13, 27:14, 31:22, 36:12, 43:9, 43:11, 55:2, 57:21, 61:21, 63:9, 65:22, 68:2, 69:13, 75:25, 80:6, 80:8, 80:9, 80:10, 82:17, 82:19, 83:11, 83:18, 86:23, 90:16, 112:23, 116:12, 118:19, 133:10, 133:13, 134:19, 135:25, 137:13, 137:15, 138:2, 138:4, 138:5, 139:13, 139:18, 145:4, 149:7, 150:14, 150:25, 155:16, 161:5, 166:17, 167:3, 171:25, 172:3, 177:23, 182:12, 183:16, 184:3, 188:14, 189:2, 192:5, 192:25,

198:10, 198:21, 207:8, 209:17, 212:17, 213:7, 213:22, 215:6, 230:4, 234:19, 236:14, 237:23, 238:20, 238:22, 238:25, 239:5, 239:10, 240:17, 244:17, 250:4, 258:2, 260:2, 260:9, 260:11, 264:9, 264:12, 275:25
**ones** [4] - 106:20, 226:9, 248:21, 251:12
**online** [1] - 108:8
**oOo** [1] - 4:21
**oop** [1] - 185:8
**open** [6] - 31:16, 34:15, 34:25, 80:10, 179:10, 233:15
**opening** [1] - 227:5
**operate** [1] - 187:14
**operated** [1] - 204:17
**operating** [1] - 186:5
**operation** [1] - 96:22
**Operations** [4] - 38:20, 39:10, 65:19, 127:2
**operations** [4] - 57:16, 128:14, 128:16, 213:11
**opportunities** [2] - 36:21, 242:21
**opportunity** [25] - 19:4, 19:11, 24:3, 25:17, 31:11, 33:4, 34:22, 36:15, 37:4, 39:11, 46:24, 62:6, 81:12, 82:10, 100:19, 103:21, 105:3, 125:13, 125:18, 172:19, 173:23, 179:20, 180:6, 260:6, 270:5
**opposed** [2] - 82:22, 214:6
**Order** [1] - 2:5
**order** [4] - 195:21, 221:22, 257:24, 276:12
**orders** [1] - 193:5
**origin** [2] - 251:3, 253:4
**original** [2] - 275:14, 275:25
**originally** [1] - 240:24
**originals** [1] - 275:18
**originated** [1] - 99:24

**otherwise** [1] - 95:19
**outcome** [3] - 162:13, 165:18, 279:19
**outset** [1] - 6:4
**outside** [4] - 11:18, 82:15, 127:23, 127:25
**outstanding** [3] - 6:6, 185:4, 244:8
**oversees** [2] - 39:4, 271:15
**overtime** [1] - 230:16
**own** [4] - 49:24, 217:17, 247:10, 263:8
**owns** [1] - 245:17
**Oyster** [1] - 266:8

## P

**P-I-Z-Z-O-L-L-O** [1] - 28:20
**P-O-U-L-T-O-N** [1] - 65:13
**P.C** [1] - 3:3
**p.m** [2] - 181:14, 276:15
**package** [1] - 84:12
**packet** [1] - 84:19
**PAGE** [6] - 1:25, 278:3, 278:12, 278:16, 278:19, 278:22
**paid** [2] - 52:6, 230:3
**PAL** [2] - 196:12, 196:22
**Pam** [6] - 23:4, 46:13, 47:10, 48:6, 48:8, 50:12
**Pamela** [1] - 23:8
**paper** [1] - 32:20
**papers** [1] - 83:8
**paperwork** [1] - 169:10
**paranoid** [1] - 68:8
**paraprofessionals** [1] - 228:2
**parcel** [2] - 105:16, 105:19
**parent** [6] - 12:8, 13:14, 139:24, 162:8, 163:5, 264:10
**parental** [4] - 255:18, 256:2
**parents** [8] - 101:13, 169:21, 250:7, 264:2, 264:7, 273:13, 273:17, 273:19
**paroles** [1] - 188:23

**part** [21] - 26:3, 76:19, 78:12, 79:14, 87:12, 105:16, 105:19, 122:20, 123:14, 130:6, 136:18, 149:16, 158:10, 164:23, 174:22, 190:4, 218:17, 231:20, 235:5, 250:18, 269:21
**participate** [5] - 103:22, 196:10, 196:15, 196:20, 231:3
**participation** [1] - 194:19
**particular** [7] - 29:13, 42:23, 75:19, 83:10, 86:10, 107:2, 124:11
**particularly** [1] - 121:3
**parties** [2] - 4:4, 279:17
**Partlow** [2] - 224:24, 225:2
**past** [9] - 27:15, 142:4, 142:5, 190:19, 199:16, 199:19, 242:25, 249:22, 270:25
**Patricia** [1] - 67:24
**pattern** [2] - 209:12, 209:16
**Paul** [1] - 73:11
**pay** [2] - 230:9, 230:16
**paycheck** [4] - 131:9, 204:8, 215:9, 215:11
**pays** [1] - 229:4
**PBA** [2] - 196:11, 196:22
**PBIS** [1] - 236:16
**pee** [1] - 220:25
**pencil** [1] - 32:19
**Penelope** [1] - 73:15
**People** [1] - 109:3
**people** [25] - 22:7, 24:16, 26:9, 27:10, 27:15, 42:6, 49:10, 50:24, 51:5, 51:13, 65:23, 70:5, 118:9, 120:12, 156:22, 157:8, 161:5, 161:10, 172:11, 172:20, 174:25, 216:17, 227:10, 246:4, 267:10
**per** [6] - 72:20, 72:21, 79:23, 229:11, 229:21, 275:21
**percent** [16] - 7:6, 7:7, 12:3, 14:8, 14:16,

14:25, 32:18, 38:3, 38:6, 38:10, 38:13, 40:7, 229:12, 249:22
**perform** [2] - 62:7, 216:17
**performed** [1] - 224:23
**perhaps** [1] - 228:12
**periodically** [8] - 31:13, 33:8, 34:5, 34:6, 36:6, 97:21, 121:11, 203:22
**permanent** [1] - 91:16
**permission** [1] - 230:8
**permit** [1] - 263:20
**permitted** [1] - 217:9
**Perrotta** [31] - 128:18, 129:16, 130:21, 153:6, 154:7, 154:8, 154:11, 159:16, 159:17, 159:21, 172:3, 200:15, 200:17, 200:24, 201:2, 201:20, 201:23, 202:16, 203:9, 203:16, 203:20, 204:2, 204:6, 204:24, 211:25, 214:21, 215:3, 220:10, 222:20, 222:21, 225:18
**Perrotta's** [4] - 159:6, 200:13, 202:13, 204:15
**Persaud** [1] - 67:16
**PERSAUD** [1] - 67:16
**person** [21] - 25:6, 32:2, 32:8, 77:14, 124:14, 143:17, 143:21, 157:5, 188:17, 219:11, 235:10, 235:12, 235:24, 245:4, 245:10, 258:20, 259:20, 269:18, 271:14, 271:18, 271:20
**person's** [1] - 175:19
**personal** [2] - 147:15, 147:18
**personally** [8] - 21:12, 47:12, 47:18, 48:5, 90:18, 196:16, 196:17, 262:8
**personnel** [25] - 57:13, 80:14, 83:6, 111:24, 124:24, 125:9, 142:22, 150:4, 150:8,

172:10, 174:25, 175:9, 177:13, 210:3, 215:13, 215:16, 216:2, 216:10, 216:11, 222:10, 242:4, 247:3, 254:5, 260:22, 278:16

**Personnel** [4] - 60:6, 109:3, 253:25, 265:21

**personnel/ community** [1] - 8:12

**persons** [8] - 18:6, 21:16, 21:18, 22:15, 22:16, 70:21, 109:20, 109:21

**Pfister** [1] - 73:16

**PFISTER** [1] - 73:17

**phenomenal** [1] - 213:8

**phenomenally** [1] - 194:19

**phone** [18] - 5:16, 34:20, 45:3, 45:7, 49:8, 90:21, 132:25, 134:12, 135:12, 138:25, 139:3, 140:9, 148:4, 169:6, 191:9, 202:20, 203:24, 222:25

**photostatic** [2] - 107:12, 278:12

**Phyllis** [1] - 59:25

**physical** [13] - 16:21, 19:25, 65:3, 121:17, 139:19, 141:10, 158:20, 185:11, 215:20, 215:22, 215:23, 215:25, 226:22

**physically** [1] - 158:2

**pick** [4] - 132:25, 134:11, 135:12, 230:10

**piece** [4] - 35:8, 177:13, 251:13, 254:13

**Pierre** [1] - 65:9

**pipeline** [1] - 250:19

**pipes** [3] - 136:25, 137:10, 139:11

**Pizzolla** [1] - 109:23

**Pizzollo** [48] - 28:19, 28:21, 74:19, 74:23, 76:3, 76:11, 76:14, 76:18, 78:11, 78:17, 78:21, 79:6, 79:8, 82:8, 82:24, 83:3, 83:15, 83:20, 83:24,

84:16, 85:18, 87:7, 89:19, 89:21, 90:6, 90:12, 98:8, 98:16, 99:16, 99:19, 109:19, 110:4, 110:17, 111:7, 111:16, 112:5, 116:3, 116:18, 117:14, 118:2, 118:12, 119:4, 121:20, 121:23, 127:22, 211:10, 211:11, 271:15

**Pizzollo's** [2] - 77:4, 110:21

**place** [9] - 46:12, 79:15, 86:21, 106:14, 162:9, 162:11, 163:9, 165:16, 210:11

**placed** [2] - 104:20, 203:5

**placement** [1] - 187:22

**Plains** [1] - 3:12

**PLAINTIFF'S** [1] - 278:19

**Plaintiffs** [2] - 1:6, 3:4

**plan** [4] - 11:19, 41:10, 163:13, 249:20

**plans** [1] - 242:20

**plays** [2] - 93:20, 94:2

**plus** [3] - 56:5, 61:20, 245:2

**point** [10] - 26:5, 40:22, 61:5, 149:2, 159:7, 211:9, 233:13, 240:4, 242:24, 275:17

**points** [2] - 7:8, 14:17

**Police** [27] - 148:23, 181:25, 182:19, 183:3, 184:7, 184:10, 184:13, 185:13, 188:24, 190:24, 192:19, 194:6, 194:25, 195:19, 196:2, 197:2, 197:7, 197:12, 201:9, 201:11, 202:9, 202:14, 202:17, 205:15, 271:7, 271:22, 272:6

**POLICE** [3] - 1:9, 1:9, 1:11

**police** [24] - 185:9, 189:11, 189:18, 189:23, 189:25, 190:3, 190:4, 190:5,

190:23, 192:3, 192:9, 195:6, 195:10, 195:14, 195:19, 196:10, 196:21, 197:22, 198:6, 198:9, 198:13, 198:18, 199:22, 203:4

**policemen** [1] - 193:5

**polices** [1] - 102:24

**policies** [8] - 97:14, 99:22, 101:19, 101:20, 102:20, 102:22, 134:4, 232:11

**policy** [47] - 96:15, 97:18, 97:19, 98:2, 98:4, 100:10, 100:15, 100:19, 100:24, 101:11, 101:17, 101:24, 102:8, 102:18, 103:3, 103:13, 103:22, 104:3, 104:8, 104:17, 104:18, 104:19, 104:24, 104:25, 105:17, 105:20, 106:6, 106:17, 107:2, 107:3, 107:4, 107:6, 107:15, 108:2, 108:5, 113:2, 120:25, 121:5, 122:2, 134:18, 181:24, 182:3, 182:5, 182:8, 182:9, 182:11, 182:21

**poor** [1] - 91:20

**population** [3] - 12:4, 12:21, 42:5

**portal** [12] - 11:5, 17:9, 18:21, 21:7, 31:16, 32:6, 32:11, 34:22, 34:25, 40:24, 40:25

**position** [21] - 6:23, 58:14, 59:21, 142:3, 223:14, 226:17, 235:19, 240:11, 254:21, 259:11, 259:14, 260:11, 261:5, 263:3, 264:20, 265:11, 265:15, 265:18, 267:13, 267:16, 269:13

**positive** [2] - 32:18, 37:6

**possession** [1] - 53:24

**possible** [2] - 45:6,

143:5

**possibly** [2] - 141:25, 236:7

**post** [4] - 23:21, 24:4, 252:7, 252:11

**posted** [4] - 109:23, 115:14, 115:18, 252:19

**posters** [1] - 23:11

**potential** [3] - 183:10, 219:10, 245:12

**Poulton** [2] - 18:2, 65:13

**poverty** [1] - 42:25

**Power** [1] - 173:4

**Powers** [1] - 209:9

**practice** [5] - 96:15, 110:20, 110:23, 253:10, 263:18

**practices** [2] - 120:24, 234:9

**preceding** [2] - 115:22, 264:24

**Precinct** [9] - 188:3, 188:4, 188:5, 188:6, 188:8, 190:12, 191:10, 202:5, 203:2

**preexisting** [1] - 125:14

**prefer** [3] - 44:24, 118:6, 258:14

**preliminary** [1] - 85:3

**premises** [2] - 199:14, 199:25

**preparation** [5] - 112:12, 146:7, 146:9, 213:5, 263:2

**prepare** [8] - 84:17, 95:23, 119:21, 170:24, 171:2, 174:17, 210:21, 234:7

**prepared** [6] - 77:13, 79:5, 84:19, 116:16, 173:18, 241:2

**prepares** [3] - 78:17, 78:20, 114:2

**preparing** [1] - 210:15

**presence** [4] - 10:17, 187:9, 187:22, 202:17

**present** [6] - 6:25, 95:19, 116:21, 120:6, 125:8, 241:18

**presentation** [1] - 77:19

**presented** [5] - 85:14, 224:9, 261:18, 261:24, 262:4

**presents** [2] - 178:22,

224:21

**president** [21] - 25:2, 25:3, 72:23, 73:11, 86:11, 86:12, 86:13, 86:15, 89:3, 89:6, 95:13, 108:16, 114:4, 117:15, 117:19, 120:3

**President** [1] - 73:10

**pretty** [9] - 37:14, 55:14, 138:13, 140:10, 163:18, 202:24, 248:15, 248:23, 270:3

**previous** [5] - 173:2, 185:3, 216:9, 216:23, 261:14

**primarily** [6] - 23:3, 58:11, 72:4, 189:13, 236:12, 237:22

**Principal** [1] - 201:3

**principal** [69] - 29:16, 30:11, 30:13, 30:16, 35:21, 72:4, 131:19, 132:19, 133:5, 133:24, 134:6, 134:7, 134:25, 135:6, 135:15, 136:12, 136:22, 137:3, 137:9, 138:12, 138:19, 139:9, 139:21, 140:16, 140:23, 141:9, 141:25, 142:10, 147:23, 148:19, 149:15, 149:18, 149:21, 153:19, 153:23, 154:24, 154:25, 155:8, 156:2, 157:5, 161:23, 162:5, 165:10, 165:12, 165:24, 165:25, 166:8, 166:14, 166:21, 167:6, 168:16, 168:19, 168:23, 169:2, 171:6, 188:10, 193:2, 197:24, 198:23, 200:15, 200:16, 201:17, 204:23, 204:25, 205:2, 205:9, 214:22, 244:10, 246:24

**PRINCIPAL** [2] - 1:13, 1:14

**principals** [51] - 22:4, 29:22, 29:25, 30:20, 33:17, 33:18, 35:4,

299

35:8, 35:14, 36:2, 53:3, 55:10, 55:11, 56:2, 56:3, 62:21, 63:3, 63:11, 63:14, 63:15, 63:21, 64:15, 64:18, 66:2, 66:4, 66:12, 66:14, 67:6, 69:3, 69:22, 69:24, 70:3, 71:14, 71:16, 72:2, 120:15, 126:17, 128:3, 131:12, 131:18, 131:24, 155:22, 161:9, 163:17, 193:22, 246:10, 246:11, 246:13, 246:24, 248:18

**Principals** [1] - 33:16
**principles** [1] - 156:13
**priorities** [1] - 133:10
**priority** [1] - 273:18
**privacy** [2] - 147:18, 216:13
**private** [5] - 80:16, 145:22, 262:2, 263:18, 266:8
**privately** [1] - 82:12
**privileged** [1] - 81:22
**proactive** [1] - 190:6
**problem** [2] - 221:15, 221:16
**problems** [1] - 245:12
**procedure** [8] - 75:19, 96:15, 100:15, 100:19, 106:18, 117:12, 117:21, 120:24
**procedures** [3] - 97:14, 99:23, 134:3
**process** [15] - 26:4, 95:8, 102:18, 105:23, 143:2, 176:9, 176:10, 216:20, 219:6, 219:9, 220:17, 223:12, 223:19, 263:16, 272:11
**produce** [1] - 108:6
**produced** [3] - 107:13, 144:10, 278:13
**production** [1] - 6:6
**professional** [54] - 7:11, 11:8, 12:19, 13:2, 13:17, 14:10, 14:19, 21:10, 24:12, 26:20, 31:8, 33:2, 35:23, 37:23, 39:12, 39:23, 40:12, 41:5, 42:13, 43:19, 45:14, 46:21, 49:15, 61:13,

62:4, 86:25, 93:9, 94:24, 95:3, 103:19, 105:14, 114:12, 119:7, 125:5, 126:14, 133:19, 140:22, 141:7, 142:13, 152:25, 154:22, 156:17, 159:10, 159:25, 172:17, 174:22, 180:4, 183:8, 219:23, 227:15, 227:18, 229:18, 256:25, 257:2
**professionally** [4] - 94:16, 94:18, 94:19, 228:18
**professionals** [4] - 193:12, 194:5, 227:19, 230:20
**program** [23] - 38:24, 39:5, 43:17, 49:8, 52:8, 122:6, 122:8, 128:8, 159:7, 173:4, 190:5, 190:6, 190:18, 190:19, 191:11, 193:16, 198:22, 199:8, 202:16, 213:4, 214:8, 257:5, 267:20
**programs** [5] - 9:23, 16:23, 17:16, 191:2, 193:23
**Programs** [3] - 38:18, 39:7, 39:9
**prohibited** [1] - 146:13
**promulgated** [1] - 158:22
**promulgating** [1] - 104:17
**property** [4] - 100:3, 197:17, 197:20, 250:13
**proportion** [1] - 240:15
**proposals** [1] - 106:7
**propose** [2] - 100:14, 100:19
**proposed** [2] - 95:16, 206:23
**protected** [2] - 219:4, 230:21
**proud** [2] - 55:14, 250:10
**proven** [2] - 263:6, 263:23
**provide** [2] - 189:8, 275:22
**provided** [6] - 84:11,

217:19, 270:24, 275:8, 275:10, 275:17
**providing** [2] - 275:14, 276:11
**pry** [1] - 6:11
**Ps** [1] - 148:2
**psychologist** [1] - 237:24
**psychologists** [8] - 22:10, 236:21, 236:23, 237:14, 237:18, 238:13, 238:15, 247:4
**public** [24] - 9:17, 16:14, 23:3, 26:8, 26:23, 31:16, 47:3, 47:19, 80:4, 80:10, 80:11, 82:7, 82:16, 104:9, 106:4, 112:4, 112:10, 145:21, 146:25, 147:6, 182:10, 184:15, 206:8, 252:14
**Public** [6] - 2:6, 5:4, 48:9, 82:25, 277:24, 279:7
**publicly** [2] - 146:23, 209:23
**publish** [1] - 24:15
**published** [9] - 8:16, 9:14, 9:16, 16:24, 16:25, 17:5, 24:21, 109:10, 109:14
**pull** [2] - 18:23, 105:6
**pulled** [1] - 22:6
**pulls** [1] - 189:24
**pumping** [1] - 268:10
**punishment** [1] - 157:22
**Pupil** [3] - 60:5, 253:25, 265:21
**pupil** [4] - 8:12, 57:13, 247:3, 254:5
**purpose** [2] - 95:22, 236:8
**purposes** [1] - 189:14
**pursuant** [1] - 2:4
**purview** [1] - 191:24
**put** [11] - 79:17, 91:7, 94:4, 106:23, 117:16, 136:7, 174:9, 210:7, 242:4, 250:6, 264:16
**putting** [1] - 85:13

**Q**

**quarter** [2] - 18:19, 51:22

**questioning** [1] - 12:15
**questions** [6] - 50:19, 111:22, 111:23, 112:2, 194:24, 275:6
**quickly** [2] - 138:14, 140:10
**quite** [1] - 242:15
**quote** [2] - 189:19, 240:19

**R**

**R-I-C-E** [1] - 99:4
**R-O-Z-Y-I-C-K-I** [1] - 30:10
**race** [9] - 180:15, 180:22, 180:25, 250:25, 253:4, 269:20, 270:13, 270:14, 270:23
**racial** [7] - 7:13, 8:22, 9:4, 28:25, 36:3, 41:8, 180:9
**Raegan** [1] - 67:10
**RAEGAN** [1] - 67:11
**rains** [1] - 148:10
**ran** [1] - 70:22
**randomly** [2] - 219:19, 220:24
**range** [2] - 75:14, 237:2
**ranks** [2] - 227:21, 254:11
**rarely** [2] - 81:9
**rather** [6] - 27:16, 80:14, 118:7, 131:18, 146:20, 255:15
**re** [4] - 20:23, 21:3, 159:2, 179:10
**re-open** [1] - 179:10
**re-written** [2] - 20:23, 21:3
**reach** [1] - 112:23
**react** [1] - 192:23
**read** [11] - 16:17, 95:5, 97:20, 106:7, 108:12, 121:9, 173:23, 242:16, 246:18, 274:10, 277:9
**readily** [1] - 166:18
**reading** [2] - 105:4, 108:19
**ready** [1] - 68:12
**real** [3] - 22:12, 52:10, 267:24
**realized** [1] - 248:14
**really** [15] - 26:13,

76:23, 102:20, 181:3, 188:21, 191:17, 242:4, 248:21, 255:10, 255:23, 260:9, 264:18, 264:21, 267:19
**reason** [3] - 6:7, 92:18, 94:7
**reasons** [1] - 216:13
**receive** [22] - 26:17, 39:3, 40:3, 42:23, 87:4, 97:12, 113:25, 139:2, 139:8, 145:12, 160:4, 162:4, 164:4, 164:9, 169:7, 177:6, 177:23, 178:3, 216:22, 236:15, 239:12, 241:14
**received** [13] - 25:7, 42:18, 52:5, 97:4, 145:13, 168:14, 168:18, 173:21, 174:5, 191:9, 202:20, 233:5, 254:2
**receives** [3] - 17:15, 39:15, 164:6
**receiving** [5] - 11:24, 13:5, 25:8, 88:14, 146:4
**recently** [2] - 19:7, 229:23
**recess** [1] - 181:12
**recite** [1] - 273:22
**recognitions** [1] - 93:21
**recognized** [1] - 240:25
**recollection** [1] - 86:18
**recommend** [5] - 125:9, 157:18, 157:20, 215:2, 249:5
**recommendation** [12] - 126:9, 161:22, 162:11, 171:10, 173:7, 177:24, 178:3, 178:9, 178:14, 191:25, 212:8, 212:11
**recommendations** [7] - 50:20, 102:16, 106:22, 124:19, 126:11, 177:21, 233:23
**recommended** [1] - 162:6
**record** [22] - 5:10, 56:22, 86:22,

300

111:25, 119:2, 171:20, 181:16, 232:5, 234:22, 256:14, 256:16, 256:17, 257:8, 257:12, 268:18, 268:20, 268:25, 275:13, 276:14, 277:13, 277:14, 279:14
**recorded** [1] - 112:5
**recording** [3] - 16:5, 51:19, 110:7
**recordings** [1] - 146:10
**records** [4] - 153:11, 173:5, 175:10, 175:12
**reduced** [9] - 12:4, 38:2, 39:15, 40:3, 41:9, 42:18, 43:13, 243:17, 243:24
**REESE** [2] - 1:14, 66:19
**Reese** [1] - 66:19
**refer** [6] - 64:14, 74:4, 96:21, 161:11, 246:5, 253:10
**reference** [1] - 234:8
**referral** [5] - 167:20, 168:6, 168:23, 169:4, 169:8
**referrals** [1] - 160:4
**referred** [9] - 64:23, 75:13, 161:4, 161:6, 167:13, 175:2, 175:21, 176:25, 223:19
**referring** [5] - 63:25, 78:24, 105:8, 159:5, 194:25
**refers** [1] - 215:7
**reflected** [1] - 110:2
**refresh** [1] - 86:18
**regain** [1] - 196:4
**regard** [27] - 36:2, 84:18, 90:12, 104:2, 104:16, 111:18, 132:16, 134:19, 146:11, 158:22, 169:8, 179:7, 200:5, 206:14, 207:16, 209:23, 210:6, 222:7, 240:25, 243:15, 250:24, 269:12, 269:18, 271:5, 272:13, 273:7, 275:13
**regarding** [11] - 37:17, 139:6, 139:10,

168:13, 169:21, 173:22, 199:23, 207:22, 208:16, 210:7, 211:22
**regardless** [1] - 263:5
**registered** [1] - 49:9
**registration** [2] - 8:6, 163:19
**registry** [1] - 217:12
**regular** [10] - 23:10, 77:25, 85:5, 110:20, 140:13, 204:5, 209:12, 210:25, 247:7, 247:15
**regularity** [3] - 114:8, 114:16, 115:5
**regularly** [20] - 71:11, 71:17, 71:21, 72:15, 72:18, 75:16, 80:6, 85:23, 90:7, 94:8, 96:22, 114:2, 140:4, 203:8, 203:15, 211:3, 217:23, 219:25, 220:5, 274:14
**regulate** [1] - 221:4
**regulates** [2] - 114:24, 117:4
**regulation** [1] - 134:14
**regulations** [1] - 252:2
**rehabilitation** [1] - 256:23
**rehearse** [1] - 183:22
**reins** [1] - 245:18
**related** [3] - 179:21, 255:6, 279:17
**relates** [4] - 90:12, 149:21, 182:14, 239:14
**Relations** [1] - 48:10
**relations** [6] - 23:4, 47:3, 47:20, 123:4, 123:7, 124:11
**relationship** [6] - 92:23, 148:2, 193:7, 267:6, 271:5, 271:10
**relationships** [2] - 189:17, 231:17
**relatively** [3] - 142:3, 260:5, 260:12
**release** [1] - 190:17
**rely** [3] - 17:9, 45:3, 91:21
**remaining** [1] - 67:5
**remarkable** [1] - 30:25
**remarried** [1] - 254:3
**remediate** [2] - 244:6, 245:11
**remember** [10] - 7:5, 21:23, 60:8, 91:20,

150:12, 198:21, 199:11, 205:21, 214:14, 276:7
**renewed** [1] - 20:10
**reopen** [1] - 179:4
**repeatedly** [1] - 135:17
**replace** [1] - 64:3
**replaced** [2] - 61:11, 99:20
**replacement** [1] - 59:20
**reply** [1] - 26:16
**report** [76] - 8:20, 16:8, 16:12, 16:14, 16:17, 19:5, 31:2, 31:20, 32:16, 33:6, 33:10, 37:7, 39:14, 39:17, 43:23, 43:24, 44:3, 48:16, 51:11, 70:18, 70:21, 71:4, 71:11, 71:17, 71:21, 72:3, 72:7, 72:11, 72:15, 76:12, 104:11, 119:9, 119:18, 126:5, 126:15, 126:17, 126:21, 126:24, 129:25, 130:17, 130:21, 131:12, 131:25, 132:19, 133:5, 133:14, 133:24, 134:7, 135:6, 135:25, 136:4, 136:13, 136:20, 137:14, 138:12, 138:15, 138:18, 139:20, 143:15, 146:4, 165:23, 166:21, 167:6, 173:2, 173:18, 174:13, 205:22, 207:15, 222:23, 234:8, 234:14, 239:13, 245:19, 245:22, 246:19, 270:21
**reported** [2] - 40:22, 42:21
**reporter** [2] - 116:20, 116:21
**reporting** [8] - 35:5, 76:18, 111:22, 119:4, 131:15, 131:16, 131:23, 166:2
**Reporting** [1] - 2:22
**reports** [16] - 16:21, 17:11, 44:4, 76:21, 110:10, 120:6,

120:11, 127:3, 130:2, 130:9, 131:4, 133:14, 134:20, 149:11, 245:20, 252:7
**represent** [2] - 25:5, 207:3
**representatives** [1] - 241:2
**represents** [1] - 234:5
**reprimand** [1] - 125:21
**reprimands** [1] - 125:15
**reproduced** [1] - 20:24
**request** [11] - 44:7, 165:14, 166:24, 168:15, 168:19, 169:10, 172:24, 173:9, 173:11, 262:14, 275:7
**REQUEST** [1] - 278:11
**requested** [1] - 15:20
**requesting** [1] - 275:19
**require** [2] - 28:25, 254:25
**required** [3] - 36:5, 257:18, 274:4
**requires** [4] - 10:3, 73:4, 102:19, 114:25
**research** [3] - 255:7, 255:13, 255:21
**reserve** [1] - 6:4
**reserved** [1] - 4:11
**residential** [1] - 267:22
**resolution** [1] - 180:9
**Resource** [3] - 184:20, 186:11, 186:20
**resource** [18] - 185:12, 185:21, 185:23, 186:21, 187:3, 188:10, 189:5, 193:16, 199:9, 199:12, 199:21, 200:6, 200:11, 201:7, 201:24, 202:15, 204:17, 205:3
**Resources** [7] - 57:19, 60:4, 109:2, 123:12, 126:5, 131:2, 153:9
**resources** [2] - 123:8, 123:9
**respect** [2] - 120:25, 205:12
**respective** [2] - 4:4, 35:15
**respond** [2] - 25:18,

26:11
**responded** [1] - 197:13
**response** [7] - 25:8, 25:12, 27:23, 139:12, 141:13, 142:16, 170:14
**responsibilities** [39] - 12:20, 24:12, 31:9, 33:2, 39:24, 40:12, 41:5, 42:13, 43:20, 45:14, 46:22, 49:15, 55:7, 58:10, 61:14, 87:2, 93:9, 104:2, 119:7, 125:5, 133:20, 141:7, 142:13, 152:25, 154:23, 156:18, 159:10, 159:25, 174:23, 187:12, 200:5, 203:13, 204:14, 208:13, 229:18, 247:7, 247:16, 260:13, 269:17
**responsibility** [14] - 10:9, 87:14, 100:8, 103:13, 165:2, 176:18, 198:12, 202:12, 204:21, 205:3, 227:10, 227:12, 259:21, 270:9
**responsible** [70] - 8:8, 9:20, 10:14, 17:18, 18:7, 18:12, 21:17, 21:19, 23:6, 28:11, 29:17, 37:16, 43:23, 45:21, 51:10, 51:17, 56:11, 61:25, 76:17, 77:17, 78:12, 79:9, 82:6, 82:24, 83:3, 87:7, 88:5, 97:10, 98:17, 108:19, 109:17, 109:21, 111:5, 113:15, 113:19, 116:3, 116:25, 123:3, 123:23, 124:2, 124:5, 127:11, 130:3, 131:6, 131:8, 149:16, 150:5, 153:11, 153:20, 155:5, 155:10, 157:5, 158:10, 159:13, 159:20, 161:18, 163:2, 200:22, 201:23, 210:14, 214:18, 215:11, 222:11,

301

222:17, 223:7,
225:19, 226:18,
231:16, 231:22,
273:14
rest [2] - 128:24,
264:14
result [2] - 104:17,
223:6
resulted [1] - 175:16
results [2] - 252:18,
255:20
retain [1] - 218:4
retire [2] - 64:3, 99:9
retired [7] - 60:2,
60:24, 60:25, 61:4,
99:12, 171:25, 260:9
retirements [2] - 64:6,
64:7
return [4] - 44:17,
193:25, 235:9,
249:10
review [48] - 19:12,
21:12, 31:11, 33:4,
33:21, 34:3, 34:9,
34:15, 34:22, 35:25,
36:21, 36:22, 37:8,
39:14, 53:6, 85:7,
86:2, 88:8, 88:12,
95:5, 101:18,
102:15, 102:20,
103:13, 105:2,
105:3, 105:21,
105:24, 106:18,
108:12, 109:22,
112:16, 115:24,
125:14, 125:20,
156:19, 163:16,
164:13, 169:24,
172:19, 173:16,
175:19, 175:25,
183:10, 233:23,
251:10, 275:8,
275:19
reviewed [7] - 19:24,
36:10, 50:13, 98:4,
102:23, 103:5,
115:13
reviewing [1] - 108:19
revision [1] - 107:2
Rhode [1] - 267:21
Rice [10] - 99:4, 99:5,
99:9, 99:11, 99:15,
99:20, 110:24,
121:22, 211:16,
211:19
RICH [2] - 279:7,
279:25
Rich [2] - 2:5, 2:22
Richard [3] - 57:19,
109:2, 123:12

Richardson [4] -
57:24, 57:25, 60:9,
109:6
Richardson's [1] -
58:9
Ridge [2] - 30:9, 67:14
rising [1] - 235:21
risk [2] - 158:7, 158:12
Road [4] - 1:21, 2:22,
3:5, 5:13
Robert [1] - 66:23
robotics [1] - 49:7
rock [1] - 93:24
role [8] - 192:17,
192:21, 211:14,
225:4, 229:6,
235:11, 270:9,
272:21
roof [1] - 147:22
Rouse [2] - 129:14,
130:14
routine [1] - 79:12
routinely [6] - 7:19,
62:9, 101:5, 102:19,
183:17, 183:24
Rozycki [1] - 30:10
rule [2] - 75:18,
134:14
rules [2] - 134:3,
156:13
RULINGS [1] - 278:8
rulings [1] - 146:18
run [4] - 96:22, 128:8,
177:17, 217:11
running [1] - 176:21
runs [2] - 38:24,
128:10

## S

S-C-H-A-E-N-T-Z-L-E
-R [1] - 30:16
S-C-H-U-S-T-E-R [1] -
30:4
S-O-N [1] - 57:24
S-O-R-E-N-S-O-N [1] -
66:20
safe [1] - 49:11
Safety [5] - 154:4,
154:6, 155:4, 155:9,
203:11
safety [4] - 85:11,
155:11, 158:8,
158:12
sales [2] - 267:13,
267:16
Sam [1] - 66:19
sample [1] - 216:5
Saturday [1] - 183:19
saw [1] - 49:19

scale [1] - 263:20
scaled [1] - 80:12
Schaentzler [1] -
30:15
schedule [1] - 188:13
scheduled [4] - 80:6,
85:23, 206:4, 211:3
scheduling [1] - 208:8
SCHOOL [1] - 1:8
School [381] - 6:19,
7:3, 7:12, 8:21, 8:24,
9:6, 10:6, 10:12,
10:16, 11:9, 11:22,
12:7, 12:16, 12:18,
12:21, 13:3, 13:5,
13:12, 13:14, 13:18,
13:20, 14:3, 14:11,
14:20, 15:3, 15:5,
15:8, 15:10, 15:13,
15:15, 17:6, 17:7,
17:14, 21:11, 21:24,
22:19, 22:21, 24:2,
24:13, 25:23, 26:7,
26:21, 26:22, 27:6,
27:12, 28:13, 29:8,
31:10, 33:3, 34:2,
35:12, 35:24, 36:8,
37:24, 39:13, 39:24,
40:14, 40:16, 41:7,
41:22, 41:25, 42:2,
42:14, 43:21, 44:19,
45:15, 46:3, 46:8,
46:23, 47:16, 48:12,
49:16, 49:22, 50:7,
50:9, 51:10, 59:4,
59:17, 60:18, 61:15,
62:5, 64:13, 66:5,
70:17, 71:11, 71:17,
71:22, 72:2, 72:14,
73:23, 74:22, 76:15,
78:2, 78:19, 80:18,
82:4, 82:5, 83:4,
83:13, 83:17, 87:3,
87:19, 89:7, 89:11,
90:3, 90:8, 91:11,
91:21, 91:24, 92:17,
93:10, 93:25, 94:6,
95:4, 95:6, 96:14,
97:15, 98:23, 99:6,
100:13, 100:16,
100:20, 103:16,
103:20, 105:15,
106:16, 109:13,
109:15, 112:8,
112:9, 113:4,
114:13, 116:7,
116:9, 117:8,
117:10, 119:8,
119:10, 119:19,
119:22, 120:5,

120:19, 120:23,
121:2, 122:16,
122:17, 123:4,
124:7, 124:12,
125:6, 125:10,
125:19, 127:13,
127:16, 128:4,
128:5, 130:8,
130:16, 130:20,
131:11, 131:17,
131:19, 132:17,
133:3, 133:21,
134:5, 134:17,
134:20, 135:5,
136:14, 136:19,
136:21, 137:3,
137:4, 137:16,
138:10, 139:5,
139:22, 140:14,
140:21, 141:6,
142:14, 144:23,
146:6, 147:8, 147:9,
147:24, 148:20,
149:23, 150:9,
151:9, 151:24,
153:2, 154:4, 154:5,
154:16, 154:21,
154:25, 155:4,
155:7, 155:9,
155:20, 156:23,
157:3, 157:4, 157:9,
157:13, 157:19,
157:23, 158:2,
158:19, 159:11,
159:15, 160:3,
160:5, 160:9,
160:10, 160:14,
161:7, 161:12,
161:19, 162:2,
163:5, 164:25,
165:3, 165:21,
166:10, 167:8,
170:4, 172:18,
173:4, 174:23,
175:14, 175:18,
175:23, 175:25,
177:3, 177:4,
178:17, 179:8,
179:19, 179:24,
180:5, 181:21,
181:23, 182:14,
182:18, 183:2,
183:9, 183:11,
184:16, 185:24,
186:6, 186:11,
186:15, 186:20,
187:4, 187:8,
187:13, 187:19,
187:24, 189:6,
191:20, 192:9,
192:13, 192:18,

194:9, 195:5, 195:8,
195:12, 196:4,
196:19, 197:4,
197:9, 197:13,
198:14, 199:15,
199:24, 200:7,
201:13, 201:25,
202:11, 203:5,
203:11, 203:14,
204:13, 204:18,
205:2, 205:24,
207:14, 207:20,
208:14, 209:11,
210:8, 212:14,
212:16, 214:20,
216:3, 216:16,
217:6, 217:10,
217:16, 217:21,
219:24, 220:6,
221:6, 222:8, 223:4,
223:20, 225:5,
225:8, 225:15,
225:23, 226:6,
226:11, 226:24,
227:15, 227:17,
228:3, 228:8,
228:15, 229:7,
229:20, 230:23,
232:8, 234:10,
236:24, 237:4,
237:8, 237:12,
237:19, 238:4,
238:5, 238:12,
238:18, 239:4,
239:7, 240:5,
241:13, 244:20,
244:24, 245:6,
247:8, 247:17,
247:19, 251:9,
251:15, 251:24,
253:2, 253:6,
253:16, 253:19,
253:21, 253:23,
257:25, 258:24,
259:12, 261:2,
261:17, 262:10,
262:18, 263:16,
265:2, 265:6, 265:8,
265:12, 265:24,
266:2, 266:5, 266:9,
266:11, 266:15,
269:20, 270:10,
270:15, 270:22,
271:6, 272:4,
274:15, 274:19
school [171] - 14:13,
19:21, 22:5, 22:10,
24:14, 26:7, 26:23,
30:3, 30:5, 30:6,
30:9, 30:11, 30:14,
30:17, 31:20, 42:11,

49:11, 52:3, 52:5, 54:16, 59:10, 59:17, 63:17, 63:18, 66:13, 66:22, 67:2, 67:3, 67:8, 67:13, 67:15, 67:19, 67:23, 73:24, 75:15, 77:3, 79:19, 85:11, 86:6, 87:21, 87:22, 88:19, 88:24, 89:15, 89:24, 92:24, 93:20, 93:22, 94:8, 94:14, 96:5, 96:16, 96:21, 100:9, 100:15, 103:9, 108:12, 108:19, 109:13, 111:19, 115:14, 116:16, 117:2, 117:9, 117:22, 120:22, 122:24, 124:10, 128:19, 131:9, 131:17, 131:19, 132:19, 133:5, 134:25, 137:13, 148:18, 149:6, 149:10, 149:17, 149:22, 150:18, 150:24, 150:25, 151:23, 153:15, 153:16, 153:20, 153:24, 154:15, 154:17, 155:11, 155:21, 156:3, 156:6, 159:2, 162:10, 169:2, 183:25, 184:2, 184:15, 184:20, 185:3, 185:21, 185:23, 186:21, 187:3, 188:3, 188:6, 188:10, 188:16, 188:25, 189:5, 189:22, 189:24, 190:16, 195:20, 195:21, 196:16, 198:10, 198:16, 199:9, 199:12, 199:21, 200:5, 200:10, 200:13, 200:18, 201:7, 201:24, 202:14, 204:17, 205:3, 205:8, 205:9, 209:13, 210:11, 212:18, 214:13, 214:22, 226:5, 226:10, 230:13, 230:15, 232:20, 236:21, 243:4, 243:12, 249:10, 250:13, 254:15,

256:11, 256:22, 257:3, 257:5, 258:4, 261:21, 261:25, 265:13, 265:23, 266:7, 266:8, 267:15, 269:8, 274:2, 274:20
**school/prison** [1] - 250:19
**schools** [14] - 30:8, 31:23, 137:13, 150:21, 183:19, 184:4, 184:18, 187:16, 188:5, 188:7, 188:20, 191:12, 230:4, 236:14
**Schools** [5] - 54:22, 100:11, 259:17, 259:19, 259:24
**Schuster** [3] - 30:4, 32:14, 201:4
**science** [1] - 17:23
**Science** [1] - 65:11
**scores** [3] - 9:25, 31:22, 37:12
**SCOTT** [2] - 1:14, 1:15
**Scott** [5] - 30:3, 32:13, 66:18, 224:24, 225:2
**scratch** [1] - 21:3
**sealing** [1] - 4:5
**search** [2] - 195:11, 217:11
**Sears** [1] - 276:9
**seasoned** [1] - 132:22
**second** [10] - 59:2, 76:10, 77:15, 98:25, 110:16, 143:25, 206:17, 219:21, 256:24, 257:3
**secondary** [1] - 234:19
**secondary's** [1] - 244:17
**secretary** [11] - 23:17, 23:18, 53:21, 76:7, 76:22, 79:2, 79:10, 87:9, 95:11, 113:6, 210:19
**Section** [8] - 152:10, 152:11, 219:4, 220:16, 220:17, 223:11, 223:14, 224:12
**section** [1] - 106:5
**sections** [1] - 230:22
**sector** [1] - 188:21
**secured** [1] - 214:19
**Security** [2] - 128:17, 129:9

**SECURITY** [2] - 1:14, 1:15
**security** [63] - 129:12, 129:16, 130:21, 138:3, 148:25, 149:6, 149:10, 149:17, 149:23, 150:4, 150:8, 150:21, 151:12, 151:25, 152:13, 152:16, 152:21, 153:4, 153:16, 153:21, 153:25, 154:15, 155:2, 155:6, 155:17, 155:23, 156:2, 156:6, 156:11, 159:13, 159:14, 163:11, 181:23, 189:10, 203:10, 212:6, 212:13, 212:15, 213:14, 213:22, 214:11, 214:24, 215:24, 216:2, 216:18, 217:8, 217:13, 218:9, 218:10, 218:20, 219:15, 219:25, 221:5, 222:7, 222:15, 222:17, 223:4, 224:23, 225:6, 225:9, 225:13, 229:14, 229:21
**SED** [2] - 32:11, 80:5
**see** [16] - 19:5, 62:21, 95:18, 176:5, 177:15, 185:5, 185:8, 213:7, 227:5, 243:9, 243:20, 248:25, 249:9, 258:15, 264:4, 268:15
**seeing** [2] - 7:5, 21:25
**seek** [2] - 58:23, 191:21
**seeking** [2] - 124:12, 230:12
**seem** [1] - 260:21
**selectability** [1] - 258:13
**sell** [1] - 266:25
**selling** [1] - 266:20
**send** [15] - 27:21, 34:11, 34:17, 49:18, 49:19, 49:24, 50:12, 164:12, 169:20, 173:15, 173:17, 174:17, 183:20, 190:16, 276:2

**sending** [2] - 34:4, 50:8
**sends** [7] - 50:6, 50:16, 113:10, 172:25, 215:3, 215:4, 274:8
**sense** [1] - 247:2
**sent** [6] - 19:20, 31:17, 163:24, 164:3, 169:19, 169:25
**separate** [1] - 216:11
**separation** [1] - 255:18
**September** [4] - 6:24, 60:21, 60:23, 61:8
**servant** [1] - 228:21
**serve** [1] - 195:7
**served** [1] - 197:2
**service** [23] - 19:15, 38:23, 39:5, 51:2, 58:13, 128:11, 128:20, 128:25, 129:5, 152:6, 152:12, 185:20, 219:3, 219:11, 219:13, 219:14, 220:16, 220:19, 221:2, 223:13, 223:23, 230:21, 231:14
**Service** [3] - 109:4, 224:17, 231:15
**Services** [3] - 65:15, 65:18, 234:24
**services** [6] - 8:12, 48:14, 57:14, 68:24, 235:15, 274:3
**session** [21] - 82:15, 83:7, 84:4, 84:6, 84:10, 96:9, 112:4, 112:10, 145:22, 145:24, 146:12, 146:18, 146:22, 206:3, 206:6, 206:15, 206:21, 209:25, 210:10, 211:24
**sessions** [2] - 84:21, 146:16
**set** [7] - 72:24, 80:5, 102:21, 114:18, 249:21, 279:12, 279:22
**setting** [2] - 84:24, 136:10
**settlement** [3] - 206:22, 272:15, 272:18
**Seven** [1] - 150:7
**seven** [31] - 27:20,

27:21, 29:14, 29:21, 29:23, 30:19, 32:3, 33:5, 33:14, 33:17, 35:3, 61:10, 62:21, 62:23, 63:10, 63:13, 65:25, 69:2, 69:22, 69:23, 71:14, 71:15, 71:20, 73:9, 77:12, 127:12, 151:8, 161:5, 161:10, 212:21, 213:18
**Seventh** [2] - 188:5, 191:10
**several** [3] - 17:20, 52:13, 101:15
**severely** [1] - 213:5
**shall** [2] - 4:11, 146:5
**shared** [4] - 204:20, 205:2, 207:11, 247:3
**sheriff** [1] - 190:17
**sheriffs** [1] - 190:5
**shoes** [3] - 176:20, 266:20, 266:25
**shooter** [2] - 183:18, 195:15
**shooting** [1] - 197:8
**short** [3] - 52:10, 194:18, 219:8
**shortly** [1] - 268:16
**show** [3] - 177:17, 197:23, 198:19
**showed** [1] - 255:22
**shows** [2] - 52:23, 96:21
**shy** [1] - 168:2
**sign** [6] - 20:17, 162:25, 272:18, 274:7, 274:11, 275:9
**signature** [4] - 272:8, 272:9, 275:16, 275:20
**signed** [3] - 4:15, 4:18, 261:14
**Signed** [1] - 277:22
**significant** [3] - 56:25, 256:5, 256:7
**SILVERMAN** [1] - 3:9
**Silvestri** [1] - 73:13
**SILVESTRI** [1] - 73:14
**similar** [4] - 50:3, 85:3, 219:5, 226:8
**similarly** [1] - 148:6
**single** [4] - 12:8, 13:14, 243:16, 243:22
**single-family** [1] - 243:22
**sit** [9] - 51:8, 77:13, 85:2, 88:17, 92:25, 144:18, 239:5,

252:24, 270:8
**site** [18] - 8:20, 16:14, 17:2, 17:6, 22:22, 22:24, 23:7, 23:10, 23:22, 24:5, 24:15, 26:8, 26:23, 46:15, 109:10, 109:15, 193:6, 252:9
**situation** [24] - 137:9, 139:7, 141:17, 141:18, 142:16, 143:5, 143:9, 143:13, 144:9, 146:21, 149:8, 162:14, 165:22, 166:6, 175:22, 176:15, 176:16, 177:22, 193:8, 194:7, 195:16, 224:20, 229:22, 241:4
**situations** [3] - 144:16, 195:18, 198:11
**six** [5] - 233:14, 239:23, 240:9, 242:25, 248:25
**Sixth** [2] - 188:4, 188:6
**size** [2] - 232:20, 240:16
**skills** [1] - 267:9
**Smith** [8] - 103:10, 103:11, 144:8, 145:2, 198:4, 209:3, 253:12, 274:22
**Social** [2] - 65:12, 263:14
**social** [25] - 5:21, 22:9, 44:23, 46:3, 46:6, 47:7, 47:12, 47:15, 68:23, 81:8, 93:3, 94:20, 235:17, 235:25, 236:20, 236:23, 237:6, 237:10, 238:8, 238:9, 238:22, 247:4, 248:11, 254:24, 262:17
**socially** [2] - 94:15, 94:17
**sole** [1] - 164:25
**solely** [1] - 20:6
**someone** [8] - 23:21, 32:23, 47:14, 47:16, 117:3, 148:17, 166:3, 183:23
**sometime** [2] - 19:10, 170:19
**sometimes** [9] -

27:18, 75:24, 112:15, 114:5, 114:6, 114:20, 144:14, 176:13, 207:8
**somewhere** [5] - 14:7, 14:25, 194:14, 197:18, 197:20
**Sorenson** [1] - 66:20
**sorry** [3] - 184:24, 205:21, 252:11
**sort** [8] - 22:14, 22:15, 83:23, 96:3, 127:22, 182:25, 221:4, 225:13
**sought** [1] - 35:14
**sounding** [1] - 262:21
**sounds** [5] - 66:7, 111:15, 218:13, 223:18, 227:4
**spare** [1] - 193:17
**speakers** [1] - 79:9
**special** [4] - 9:23, 16:23, 68:24, 77:9
**Special** [19] - 38:18, 39:7, 39:8, 65:15, 87:21, 214:7, 214:12, 214:14, 214:15, 229:13, 232:14, 232:17, 234:17, 235:13, 244:15, 246:25, 251:12, 251:16
**specific** [7] - 96:18, 96:25, 143:13, 147:16, 147:20, 156:15, 158:15
**specifically** [2] - 31:14, 263:14
**specifics** [1] - 202:3
**spectrum** [1] - 228:24
**spends** [1] - 185:2
**spent** [3] - 41:24, 216:8, 262:22
**split** [1] - 273:2
**spring** [3] - 59:24, 80:9, 261:15
**SRO** [9] - 184:17, 184:19, 185:6, 186:13, 187:10, 188:16, 190:16, 202:5, 202:18
**SROs** [1] - 185:3
**ss** [2] - 277:4, 279:4
**St** [5] - 256:22, 266:8, 266:11, 266:14, 266:19
**staff** [19] - 26:16, 45:16, 45:21, 106:12, 125:14,

126:15, 141:10, 141:19, 142:16, 143:21, 144:21, 145:5, 183:20, 183:21, 198:13, 235:6, 249:19
**staff-member-to-staff-member** [2] - 141:10, 141:19
**stages** [1] - 16:6
**stand** [2] - 193:4, 193:11
**start** [10] - 54:21, 60:22, 62:16, 62:20, 67:14, 71:13, 120:14, 132:4, 186:14, 265:11
**started** [8] - 25:19, 60:21, 61:8, 172:4, 247:25, 249:11, 259:3, 259:6
**starting** [3] - 56:25, 66:13, 230:4
**starts** [3] - 31:19, 55:25, 86:6
**STATE** [2] - 277:4, 279:3
**State** [64] - 2:6, 8:19, 9:17, 9:20, 9:24, 10:3, 10:8, 10:20, 11:5, 15:23, 16:13, 17:3, 17:4, 17:9, 17:15, 18:21, 19:19, 21:7, 28:24, 32:11, 33:11, 33:23, 34:4, 37:17, 40:22, 40:24, 40:25, 42:21, 42:23, 42:24, 56:15, 96:6, 136:8, 152:21, 153:4, 160:12, 160:17, 184:9, 184:12, 216:21, 216:23, 220:21, 230:22, 231:12, 232:9, 232:19, 233:6, 233:12, 234:3, 234:6, 236:15, 239:13, 240:14, 241:3, 245:13, 246:20, 251:21, 252:8, 252:15, 261:21, 269:10, 270:25, 277:24, 279:8
**state** [3] - 5:9, 6:3, 234:5
**STATES** [1] - 1:2
**States** [1] - 30:20
**states** [1] - 243:4
**statistics** [1] - 243:15

**status** [1] - 14:7
**stay** [3] - 163:9, 200:23, 255:22
**stayed** [3] - 255:14, 256:4, 266:23
**stenographer** [1] - 116:19
**step** [3] - 61:2, 176:20, 194:22
**Stephanie** [3] - 234:23, 235:16, 270:6
**Stern** [1] - 60:2
**Steve** [5] - 65:20, 128:14, 148:7, 148:11, 235:5
**Steven** [5] - 127:7, 127:10, 127:14, 137:11, 148:4
**stick** [1] - 92:23
**still** [2] - 154:8, 211:4
**stipulate** [1] - 221:10
**STIPULATED** [3] - 4:2, 4:8, 4:13
**stipulated** [1] - 220:22
**stipulation** [2] - 221:24, 222:4
**stop** [2] - 92:21, 181:8
**stops** [1] - 37:14
**story** [1] - 219:8
**strategies** [1] - 250:6
**structure** [2] - 91:16, 112:21
**student** [45] - 9:25, 14:4, 14:12, 28:25, 41:9, 43:17, 75:22, 139:23, 140:17, 142:17, 144:21, 145:6, 147:10, 147:18, 158:21, 160:11, 161:20, 161:24, 163:6, 165:4, 165:11, 166:23, 172:25, 175:9, 175:12, 175:18, 175:23, 175:25, 178:16, 178:19, 179:8, 179:22, 189:18, 198:25, 199:5, 210:2, 214:15, 233:24, 234:11, 242:7, 251:16, 262:10, 274:2
**Student** [1] - 269:15
**student's** [1] - 176:2
**student-to-student** [1] - 140:17
**student/teacher** [1] - 140:24

**Students** [2] - 239:6
**students**
8:23, 9:5, 11:24, 12:7, 13..., 13:13, 13:19, 14:21, 15:4, 15:9, 15:14, 26:24, 27:4, 27:11, 37:25, 42:17, 87:22, 106:12, 157:19, 158:3, 160:5, 172:20, 185:5, 189:15, 189:17, 196:5, 198:13, 213:4, 213:21, 214:5, 214:9, 228:7, 232:15, 232:17, 232:21, 232:24, 232:25, 233:4, 233:14, 233:17, 237:23, 238:2, 238:3, 238:7, 238:11, 239:16, 240:5, 240:6, 240:15, 240:18, 242:8, 242:10, 243:2, 243:15, 243:20, 244:12, 247:20, 250:6, 252:4, 253:7, 254:12, 255:14, 255:16, 255:22, 256:3, 262:20, 269:20, 269:24, 270:14, 270:23
**Studies** [1] - 65:12
**studies** [1] - 68:23
**stuff** [1] - 255:12
**subject** [9] - 132:3, 147:4, 156:12, 156:14, 157:9, 157:14, 219:15, 255:6, 269:9
**subjective** [1] - 258:21
**submission** [9] - 18:13, 21:17, 33:9, 33:22, 34:3, 36:23, 37:9, 37:12, 37:17
**submissions** [1] - 31:12
**submit** [1] - 85:2
**submitted** [5] - 21:13, 34:14, 35:6, 36:15, 43:5
**subordinate** [3] - 58:5, 58:7, 136:5
**subordinates** [3] - 44:20, 46:2, 136:2
**subscribed** [1] - 277:22

304

ubstance [1] - 250:13

successful [3] - 242:22, 243:12, 255:24

SUFFOLK [4] - 1:9, 1:9, 1:10

Suffolk [20] - 181:24, 182:19, 183:3, 184:7, 184:13, 185:13, 188:23, 192:19, 194:25, 195:19, 196:2, 197:2, 197:7, 197:12, 202:14, 205:15, 229:3, 271:7, 271:22, 272:5

suggestion [1] - 204:16

suggestions [1] - 103:2

Suite [4] - 1:21, 2:22, 3:5, 3:11

suite [1] - 213:7

sum [1] - 209:2

summer [8] - 25:20, 28:6, 28:8, 86:2, 268:4, 268:5, 268:11

summers [1] - 267:20

summertime [1] - 80:10

super [1] - 213:4

SUPERINTENDANT [1] - 1:12

superintendent [23] - 6:19, 7:11, 24:14, 57:22, 58:8, 59:23, 60:8, 61:3, 121:16, 126:8, 132:5, 133:6, 135:11, 135:12, 140:7, 159:18, 165:17, 166:3, 207:19, 241:11, 249:9, 254:4, 259:4

Superintendent [217] - 8:7, 8:11, 10:5, 11:8, 11:21, 12:17, 13:3, 13:11, 13:18, 14:2, 14:11, 14:20, 15:2, 15:7, 15:12, 17:13, 21:10, 22:20, 23:25, 26:16, 26:20, 31:9, 33:3, 33:25, 35:11, 35:25, 36:9, 36:13, 37:24, 38:20, 39:10, 39:14, 39:25, 40:13, 41:6, 42:15, 43:20, 44:19, 45:15, 46:23, 48:11, 49:17, 49:21, 50:9, 51:9, 53:16,

54:22, 55:3, 56:2, 56:6, 57:18, 57:23, 57:24, 58:2, 58:19, 59:3, 60:3, 60:5, 60:17, 61:6, 61:15, 61:22, 61:23, 62:5, 63:9, 64:12, 70:16, 71:23, 72:13, 74:22, 76:25, 77:3, 80:18, 80:24, 82:4, 87:3, 93:11, 94:7, 94:21, 95:3, 96:13, 97:5, 100:10, 100:12, 102:16, 103:17, 103:20, 104:7, 105:15, 108:21, 108:22, 108:24, 108:25, 109:3, 109:5, 109:12, 110:5, 112:7, 112:9, 113:5, 114:13, 116:6, 117:7, 119:8, 120:4, 122:15, 123:11, 124:6, 125:6, 125:19, 126:4, 126:25, 130:7, 130:15, 130:19, 130:25, 132:17, 133:2, 133:20, 134:9, 134:18, 136:14, 137:5, 138:22, 138:24, 139:4, 139:22, 140:15, 140:20, 141:5, 141:23, 142:5, 142:15, 144:11, 147:24, 148:20, 153:2, 153:9, 154:20, 155:19, 159:12, 160:2, 161:2, 161:8, 164:24, 165:20, 166:10, 167:9, 168:11, 170:5, 172:18, 172:21, 174:24, 176:21, 178:18, 180:4, 181:22, 183:9, 186:18, 187:13, 192:14, 192:18, 194:10, 195:5, 202:10, 203:13, 204:12, 207:13, 208:14, 209:11, 212:9, 219:24, 223:20, 225:4, 225:24, 226:23, 229:19, 231:19, 239:3, 239:23, 241:14, 241:17,

245:7, 247:9, 247:17, 248:11, 248:13, 251:8, 251:23, 252:25, 253:15, 253:20, 254:8, 254:10, 257:25, 258:7, 258:8, 258:17, 258:25, 259:11, 259:17, 259:18, 259:22, 259:24, 260:23, 260:25, 261:9, 261:12, 262:18, 262:19, 263:21, 264:7, 265:20, 265:25, 270:10, 274:20

Superintendent's [12] - 78:20, 78:23, 134:21, 162:23, 165:15, 166:25, 168:12, 170:25, 171:11, 175:3, 175:17, 261:21

Superintendents [5] - 55:2, 58:20, 112:19, 120:19, 180:24

superintendents [23] - 57:5, 57:7, 57:10, 59:5, 59:7, 59:10, 59:16, 61:21, 63:8, 71:10, 71:19, 72:9, 108:17, 110:6, 113:22, 113:25, 127:22, 130:6, 138:6, 166:17, 231:9, 246:9, 246:12

superintendents' [1] - 111:18

supervise [2] - 161:7, 236:10

supervised [2] - 8:10, 18:4

supervises [4] - 9:21, 38:23, 51:4, 270:6

supervising [2] - 52:8, 236:20

supervision [4] - 18:10, 52:4, 53:2, 251:22

supervisor [3] - 203:23, 204:10, 204:15

supervisors [3] - 130:4, 245:25, 246:2

supplied [1] - 19:22

supplies [1] - 9:24

support [1] - 242:14

Survey [1] - 236:16

Susan [1] - 30:17

suspend [1] - 165:11

suspended [19] - 161:25, 168:7, 232:22, 232:24, 240:7, 240:18, 242:18, 249:3, 249:12, 249:13, 250:7, 250:14, 250:17, 251:3, 251:5, 252:5, 262:10, 262:11, 264:3

suspension [27] - 125:21, 160:4, 160:8, 160:22, 161:11, 161:19, 165:8, 165:9, 165:18, 166:7, 166:22, 167:7, 167:13, 167:21, 168:24, 169:22, 170:20, 222:11, 243:22, 248:6, 249:7, 253:6, 262:14, 263:15, 264:15, 272:13, 272:15

suspensions [4] - 160:6, 248:19, 249:21, 262:20

sustain [1] - 224:10

Suzanne [7] - 53:21, 54:10, 78:25, 79:14, 95:11, 117:4, 210:19

Swenson [2] - 212:9, 254:8

switched [1] - 248:24

sworn [4] - 4:15, 4:18, 5:3, 279:12

syllables [1] - 81:17

system [1] - 230:21

**T**

T-I-L-L-E-Y [1] - 30:12

tandem [1] - 79:16

tape [2] - 110:9, 111:2

tapes [3] - 110:17, 111:9, 111:11

tax [2] - 63:16, 87:23

teacher [8] - 139:24, 219:5, 220:25, 223:16, 228:18, 228:20

teachers [5] - 22:3, 101:13, 128:24, 178:18, 231:12

Teachers [1] - 231:13

teachers' [1] - 227:21

team [2] - 193:5,

239:19

technical [1] - 68:23

technically [1] - 120:9

Technology [1] - 65:8

technology [1] - 213:12

teeth [1] - 267:25

telephone [1] - 135:23

ten [8] - 25:4, 25:5, 67:5, 142:4, 190:25, 221:24

tenure [3] - 139:3, 274:19, 274:24

term [3] - 55:18, 60:18, 60:19

terminate [2] - 126:11, 224:15

terminated [1] - 223:13

termination [6] - 146:19, 219:10, 222:12, 223:6, 223:7, 224:8

terminology [1] - 188:22

terms [8] - 124:10, 162:15, 180:9, 182:20, 243:21, 244:5, 247:10, 247:18

test [3] - 31:22, 37:12, 217:7

tested [5] - 217:24, 219:20, 219:25, 221:24, 222:4

testified [1] - 5:5

testify [1] - 6:8

testimony [5] - 42:15, 181:18, 277:10, 277:13, 279:14

testing [3] - 9:24, 219:16, 220:20

Testing [2] - 38:19, 65:15

THE [5] - 29:3, 46:18, 66:10, 151:21, 181:10

themselves [1] - 111:16

thereafter [1] - 120:16

thesis [1] - 257:21

they've [3] - 81:2, 145:5, 252:3

thinking [2] - 41:19, 50:19

third [2] - 244:22, 257:4

Thomas [1] - 68:11

Thomeziski [3] - 73:14, 86:14, 89:2

THOMEZISKI [1] - 73:15

three [20] - 18:6, 25:21, 34:12, 63:7, 64:21, 64:22, 69:24, 72:6, 90:25, 112:15, 114:6, 167:3, 171:19, 186:9, 188:23, 199:7, 212:25, 236:13, 260:15, 269:22

threshold [1] - 240:4

throughout [8] - 8:23, 36:6, 139:3, 169:14, 236:18, 245:5, 274:18, 274:24

Thursday [2] - 228:9, 230:5

Tides [1] - 267:21

Tilley [1] - 30:12

tipping [3] - 233:13, 240:3, 242:24

title [14] - 18:23, 20:15, 20:16, 48:8, 62:17, 128:21, 152:12, 152:14, 162:18, 226:14, 226:23, 228:21

TO [1] - 278:15

today [16] - 6:8, 44:25, 45:11, 51:8, 88:17, 89:12, 107:18, 108:7, 111:9, 144:18, 154:9, 154:10, 239:5, 252:24, 270:9, 273:6

today's [1] - 275:11

together [10] - 32:9, 79:18, 80:20, 85:13, 85:14, 92:25, 107:3, 174:10, 202:20, 216:13

Tom [4] - 38:24, 65:18, 128:9, 235:4

TOM [1] - 1:5

tomorrow [1] - 34:12

took [3] - 30:24, 163:9, 210:11

top [1] - 233:18

topic [3] - 85:9, 86:2, 117:17

touch [1] - 158:2

touching [1] - 158:20

towards [1] - 142:6

track [1] - 250:25

tracking [1] - 270:21

Tracy [3] - 18:2, 30:7, 65:13

traditionally [1] - 214:5

tragic [1] - 24:10

trailer [4] - 91:6, 91:7, 91:10, 91:18

trailers [1] - 91:21

training [7] - 158:25, 159:3, 159:4, 159:5, 159:7, 159:14, 263:13

transcript [6] - 68:4, 129:20, 275:9, 275:16, 277:9, 277:12

transfer [1] - 243:3

transportation [3] - 68:24, 128:12, 129:15

Transportation [2] - 65:17, 229:3

treatment [5] - 243:21, 247:11, 269:19, 270:13, 270:22

tree [1] - 136:17

tremendously [1] - 45:24

trial [1] - 4:12

Trial [1] - 2:3

tried [1] - 276:12

trip [1] - 132:11

true [4] - 222:23, 277:12, 277:14, 279:14

Trump [1] - 47:22

trustees [1] - 73:12

truthfully [1] - 6:8

try [5] - 92:22, 101:9, 242:3, 242:19, 263:25

trying [2] - 22:13, 244:5

Tuesday [15] - 72:22, 84:22, 84:23, 85:24, 86:9, 88:13, 92:16, 93:8, 95:12, 105:9, 105:10, 105:11, 105:16, 114:19, 114:20

turn [2] - 177:10, 194:4

turnover [2] - 63:20, 63:24

twice [6] - 16:3, 75:10, 75:21, 77:13, 112:15, 203:22

Twitter [3] - 46:14, 46:17, 47:21

two [39] - 23:22, 25:20, 28:3, 46:18, 68:12, 72:22, 84:25, 86:8, 90:25, 94:11, 104:22, 114:6,

150:11, 150:17, 153:10, 167:3, 171:19, 186:8, 188:23, 190:17, 198:24, 199:7, 207:9, 216:14, 234:16, 236:14, 237:9, 237:13, 237:17, 237:18, 238:8, 238:9, 238:12, 238:14, 239:2, 244:8, 255:6, 255:13, 267:14

type [6] - 118:8, 160:6, 180:15, 183:12, 193:23, 271:23

types [1] - 160:8

typically [4] - 84:16, 86:7, 131:23, 143:7

typist [2] - 272:23, 273:3

## U

U.S [1] - 19:23

uh-hah [2] - 7:20, 107:5

ultimate [2] - 37:16, 203:3

ultimately [25] - 18:12, 35:6, 56:11, 109:17, 123:23, 124:2, 124:5, 124:14, 124:18, 131:6, 149:10, 155:5, 169:20, 171:12, 175:2, 192:10, 198:11, 215:6, 222:10, 222:19, 223:9, 223:24, 224:14, 227:11, 231:22

under [27] - 6:10, 8:6, 16:12, 17:15, 19:15, 51:14, 53:13, 56:15, 87:25, 97:23, 110:23, 121:13, 132:18, 133:4, 135:24, 136:11, 147:14, 147:17, 152:11, 184:5, 209:21, 222:16, 224:12, 224:17, 234:14, 252:21, 277:10

underneath [3] - 35:4, 57:4, 69:25

understood [7] - 50:15, 64:4, 116:2, 144:17, 207:12,

210:5, 227:2

undertaken [1] - 251:14

underwent [1] - 225:6

unform [1] - 185:16

unfortunate [1] - 148:16

unfortunately [6] - 91:19, 188:19, 189:4, 189:20, 233:13, 242:18

unheard [1] - 248:12

Unified [1] - 231:13

union [3] - 223:23, 231:5, 231:10

Union [1] - 231:13

unit [1] - 64:24

United [1] - 30:20

UNITED [1] - 1:2

University [3] - 256:12, 256:18, 256:22

unless [2] - 221:12, 263:8

unlikely [1] - 196:6

unquote [2] - 189:19, 240:20

unruly [1] - 196:5

up [45] - 31:18, 31:23, 42:24, 51:5, 59:2, 66:11, 73:7, 76:10, 77:15, 83:7, 85:11, 101:14, 102:6, 102:21, 110:15, 114:21, 118:18, 132:25, 134:11, 135:12, 160:22, 161:3, 161:11, 165:11, 167:3, 169:9, 188:2, 189:24, 191:13, 192:10, 197:23, 198:19, 202:23, 219:21, 226:20, 230:10, 235:2, 236:17, 242:20, 244:11, 249:21, 252:12, 258:10, 259:21, 268:16

upcoming [2] - 95:20, 112:16

update [5] - 145:10, 145:12, 190:22, 191:12, 210:10

updated [1] - 53:17

updates [2] - 53:8, 209:18

upload [1] - 11:6

uploaded [1] - 31:25

uploads [1] - 32:5

ups [2] - 2

upset r 151

ups

user [1] -

users [1] - 49:

uses [3] - 24:15, 26, 26:23

utilize [4] - 45:20, 46:24, 48:13, 230:15

utilized [6] - 46:6, 49:17, 122:11, 122:18, 122:24, 229:7

## V

Valez [3] - 234:18, 244:16, 244:19

VALEZ [2] - 234:18, 244:16

Van [2] - 68:15, 68:18

VAN [1] - 68:15

variety [1] - 44:22

various [2] - 72:8, 269:25

Vaughn [1] - 57:14

venture [2] - 42:21, 255:23

verbally [1] - 84:11

version [5] - 20:5, 80:12, 98:9, 98:13, 121:25

versus [1] - 240:5

via [2] - 43:16, 185:12

vice [10] - 25:3, 72:23, 73:11, 86:11, 86:12, 86:15, 89:6, 95:13, 114:4, 120:3

vice-president [10] - 25:3, 72:23, 73:11, 86:11, 86:12, 86:15, 89:6, 95:13, 114:4, 120:3

Victoria [1] - 73:17

video [1] - 275:22

videotape [2] - 111:3, 275:10

violated [2] - 249:2, 249:13

violations [1] - 163:20

vital [1] - 190:4

## W

waived [1] - 4:7

wakes [1] - 226:20

walked [1] - 264:10

wall [1] - 91:14

Walt [2] - 1:21, 3:5