# Exhibit "Q"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID EDMOND, CAROL EDMOND
and TOM EDMOND,

         Plaintiffs,

   - Against -

LONGWOOD CENTRAL SCHOOL
DISTRICT, SUFFOLK COUNTY, SUFFOLK
COUNTY POLICE DEPARTMENT, SUFFOLK
COUNTY POLICE OFFICER EDWARD
ZIMMERMAN, in his individual and official
capacities, SUFFOLK COUNTY POLICE
OFFICER SGT ISNARDI, in his individual and
official capacities, SUFFOLK COUNTY
POLICE OFFICERS "JOHN AND JANE DOES
1-10," in their individual and official capacities,
LONGWOOD SUPERINTENDANT MICHAEL
R. LONERGAN, in his individual and official
capacity, PRINCIPAL MARIA CASTRO in her
individual and official capacity, LONGWOOD
ASSISTANT PRINCIPAL SCOTT REEESE,
in his individual and official capacity,
LONGWOOD SECURITY GUARD SCOTT,
in his individual and official capacity,
LONGWOOD SECURITY GUARDS "JOHN
AND JANE DOES 1-10," in their individual
and official capacities and JOHN AND JANE
DOE # 1-10, in their individual and official
capacities,

         Defendants.
------------------------------------------------------------X
STATE OF NEW YORK )
          ) ss:
COUNTY OF SUFFOLK )

16-CV-2871 (JFB)(AYS)

**AFFIDAVIT**

James Perrotta, affirms the truth of the following under the penalties of perjury:

1.   I am the Director of School Safety for the Longwood Central School District ("the

District").

1

2.    I have held this position with the District for the entire 2014-2015 school year.

3.    In the capacity of Director of School Safety, I am responsible for overseeing the operation of the District's security cameras and the custody and control of the District's security camera footage.

4.    Following the incident involving David Edmond ("Edmond") on June 4, 2015, my Department undertook efforts to isolate and preserve footage from the security cameras Longwood High School ("LHS") on that date before any such footage was over-written by our security camera system.

5.    Specifically, at my direction, lead guards, Leticia Quintanilla and Denise Gibbs, burned copies of several hours of footage from the LHS cameras for June 4, 2015. Denise Gibbs handwrote a log of the cameras from which she secured and preserved footage, which were: Cameras 2, 30, 32, 35, 36, 37, 38, 39. Exhibit "A". This footage has been saved and preserved on a flashdrive, of which I have maintained possession since she provided it to me. A copy all the footage on this flashdrive has been provided to legal counsel for the District in this matter.

6.    In addition, to the numerous hours of footage isolated and preserved through the efforts of Leticia Quintanilla and Denise Gibbs, I secured and preserved 17 smaller clips from certain LHS cameras, specifically Cameras 2, 18, 27, 30, 32, 35, 38, and 39. These clips are currently preserved on my hard drive. I have provided this footage to legal counsel for the District in this matter.

7.    There is no other District security footage from LHS on June 4, 2015 that relates to the allegations in the plaintiffs' Complaint in the possession, custody, or control of the District.

2

8. The security footage that shows the brief incident at issue in this case between Edmond and Scott Reese and/or Edmond and Scott Partlow is contained in clip "15-1318 Clip (2)(1)(1)" from Camera 35, which I understand was already produced to the plaintiffs in this matter. The footage in two clips from Camera 35, "SC 1318 Cam 35 one HR clip(1)" and "June 4, 2015 cam 14hr clip(3)," does also show the incident, but contains extra unrelated footage before and after.

9. The remainder of the security footage that the District secured and preserved does not depict the incident between Edmond and Reese and/or Edmond and Partlow, which I understand is the incident on which the plaintiffs' claims are based.

_____
James Perrotta

Sworn to before me on this
2 TH day of March 2018

_____
NOTARY PUBLIC

LILLIAN M. PIZZOLO
NOTARY PUBLIC, State of New York
No. 01PI6355310
Qualified in Suffolk County
Commission Expires 03/08/20 21

3

# Exhibit "A"

| Cam 30 | (1) | 704 | MB |
| | (2) | 704 | MB |
| | (3) | 704 | " |
| | (4) | 704 | " |
| | (5) | 705 | " |
| | (6) | 705 | " |
| | (7) | 268 | " |
| TOTAL | | 4,494 | MB |

| Cam 32 | (1) | 704 | MB |
| | (2) | 704 | " |
| | (3) | 704 | " |
| | (4) | 705 | " |
| | (5) | 463 | MB |
| TOTAL | | 3,280 | MB |

| Cam 35 (1) | 721, 214 | KB |
| (2) | 720, 782 | " |
| (3) | 720, 827 | " |
| (4) | 721, 558 | " |
| (5) | 721, 525 | " |
| (6) | 721, 051 | |
| (7) | 548, 717 | |
| Total | 4,875,674 | KB |

| Cam 2 (1) | 700 | MB |
| (2) | 700 | " |
| (3) | 700 | " |
| (4) | 700 | " |
| (5) | 700 | " |
| (6) | 700 | MB |
| (7) | 700 | " |
| (8) | 641 | MB |
| Total | 5541 | MB |

CAM    36 (1)          711        MB
       (2)           86.3        MB

       TOTAL         797.3


CAM    37 (1)         706        MB
       (2)            707         "
       (3)            392         "

       TOTAL         1805        MB


CAM    38 (1)          711       MB
       (2)             439       MB

       TOTAL          1150       MB

CAM 39 (1)        702 MB
       (2)        703  "
       (3)        703  "
       (4)        703  "
       (5)        702  "
       (6)        702  "
       (7)        763  "
       (8)        703  "
       (9)        572 MB

     TOTAL        6193 MB



School Footage