# Exhibit "R"

# LONGWOOD CENTRAL SCHOOLS

### 35 YAPHANK-MIDDLE ISLAND ROAD · MIDDLE ISLAND, NEW YORK 11953-2373

**MICHAEL R. LONERGAN, DSW**
Superintendent of Schools

**MARIA I. CASTRO, Ed.D.,** Principal
**MELISSA CONLON,** Assistant Principal
**JAMES CRENSHAW,** Assistant Principal
**BARBARA MERKLE,** Assistant Principal
**SCOTT C. REESE,** Assistant Principal
**ALICIA SMITH,** Assistant Principal



**LONGWOOD SENIOR HIGH SCHOOL**
100 LONGWOOD ROAD
MIDDLE ISLAND, NY 11953-2056
631-345-9200
FAX 631-345-9279

June 4, 2015

To The Parent/Guardian of:
David Edmond
39 Dunbar Avenue
Middle Island, NY 11953

Re: David Edmond, Gr. 12, ID #312211 REVISED

Dear Parent/Guardian:

I regret to inform you that it has become necessary to suspend David from school. *The period of suspension is Friday, June 5, 2015 to Thursday, June, 11, 2015 (5 days), pending results of the Central Office Hearing. This suspension is the result of a violation of School Code of Conduct which occurred on Thursday, June 4, 2015, at approximately 10:05 am. The violation is VI, Section B, Disorderly/Disruptive/Insubordinate/Violent or otherwise Inappropriate Behavior, which states no person, either alone or with others shall engage in the following prohibited behaviors: #2: Intentionally injure any person or threaten or attempt to do so; in that David postured in an aggressive manner toward Assistant Principal Reese; #5: Inciting/instigating discord, including inciting others to commit any of the acts prohibited by this Code; in that David was chanting "asshole" as Mr. Reese attempted to clear the 1600 hallway; #6: Insubordination, including refusing to comply with any reasonable order of identifiable school district officials performing their duties; in that David refused to stop as directed by Mr. Reese and continued to chant "asshole" as Mr. Reese directly addressed him; #40: Vulgarity/abusive language.. A Central Office Hearing will be scheduled. You will be notified from Central Office directly of the date and time.*

David will be receiving home tutoring for the time missed while out on suspension.

In accordance with Board of Education Policy #5131, in the case of a suspension by the building principal, the pupil and the person in parental or guardian relation to him or her shall, on request, be given an opportunity for an informal conference with the building principal, or designee, at which time the person in parental relation shall be authorized to ask questions of the complaining witnesses.

Sincerely,

*Maria Castro*
Maria Castro, Ed.D.
Principal

MC/amk
Cc: Main Office/Counselor/Security/Attendance

# LONGWOOD CENTRAL SCHOOLS

### 35 YAPHANK-MIDDLE ISLAND ROAD · MIDDLE ISLAND, NEW YORK 11953-2373

**MICHAEL R. LONERGAN, DSW**
Superintendent of Schools

**MARIA I. CASTRO, Ed.D., Principal**
MELISSA CONLON, Assistant Principal
JAMES CRENSHAW, Assistant Principal
BARBARA MERKLE, Assistant Principal
SCOTT C. REESE, Assistant Principal
ALICIA SMITH, Assistant Principal



**LONGWOOD SENIOR HIGH SCHOOL**
100 LONGWOOD ROAD
MIDDLE ISLAND, NY 11953-2056
631-345-9200
FAX 631-345-9279

June 4, 2015

To The Parent/Guardian of:
David Edmond
39 Dunbar Avenue
Middle Island, NY 11953

Re: David Edmond, Gr. 12, ID #312211

Dear Parent/Guardian:

I regret to inform you that it has become necessary to suspend David from school. *The period of suspension is Friday, June 5, 2015 to Thursday, June, 11, 2015 (5 days), pending results of the Central Office Hearing. This suspension is the result of a violation of School Code of Conduct which occurred on Thursday, June 4, 2015, at approximately 10:05 am. The violation is VI, Section B, Disorderly/Disruptive/Insubordinate/Violent or otherwise Inappropriate Behavior, which states no person, either alone or with others shall engage in the following prohibited behaviors: #2: Intentionally injure any person or threaten or attempt to do so; in that David postured in an aggressive manner toward Assistant Principal Reese; #5: Inciting/instigating discord, including inciting others to commit any of the acts prohibited by this Code; in that David was chanting "asshole" as Mr. Reese attempted to clear the 1600 hallway; #6: Insubordination, including refusing to comply with any reasonable order of identifiable school district officials performing their duties; in that David refused to stop as directed by Mr. Reese and continued to chant "asshole" as Mr. Reese directly addressed him; #40: Vulgarity/abusive language.. A Central Office Hearing will be scheduled. You will be notified from Central Office directly of the date and time.*

In accordance with Board of Education Policy #5131, in the case of a suspension by the building principal, the pupil and the person in parental or guardian relation to him or her shall, on request, be given an opportunity for an informal conference with the building principal, or designee, at which time the person in parental relation shall be authorized to ask questions of the complaining witnesses.

Sincerely,

*Maria Castro*
Maria Castro, Ed.D.
Principal

MC/amk
Cc: Main Office/Counselor/Security/Attendance