# Exhibit "S"

Case 2:16-cv-02871-RJD-VMS    Document 107-20    Filed 10/02/18    Page 2 of 3 PageID #: 4809

# ONGWOOD CENTRAL SCHOOL

## 35 YAPHANK-MIDDLE ISLAND ROAD · MIDDLE ISLAND, NEW YORK 11953-2373

**MICHAEL R. LONERGAN, DSW**
Superintendent of Schools
631-345-2172 ~ Fax 631-345-2166

**DEBRA WINTER**
Assistant Superintendent Student & Community Services
631-345-2163 ~ Fax 631-345-9286

**JANET M. BRYAN**
Assistant Superintendent District Operations
631-345-2782 ~ Fax 631-345-2166

**PHYLLIS STERNE, Ed.D.**
Assistant Superintendent Instruction & Learning
631-345-2791 ~ Fax 631-345-2166

**MICHAEL R. GARGIULO**
Assistant Superintendent Human Resources
631-345-5896 ~ Fax 631-345-2178

June 8, 2015

Parent/Guardian of:
David Edmond
39 Dunbar Avenue
Middle Island, NY 11953

RE: David Edmond  12/LHS  DOB:     /97  ID# 312211

Dear Parent/Guardian:

Dr. Maria Castro, Principal, Longwood Senior High School has recommended that disciplinary action beyond your child's current five (5) day suspension from school may be taken as a result of the following: Violation of Code of Conduct Section VI. : B: Disorderly/Inappropriate Behavior, which states no person, either alone or with others shall engage in the following prohibited behaviors: #2 Intentionally injure any person or threaten or attempt to do so; in that David postured in an aggressive manner toward Assistant Principal Reese; #5 Inciting/instigating discord, including inciting others to commit any of the acts prohibited by this Code; in that David was chanting "asshole" as Mr. Reese attempted to clear the 1600 hallway; #6 Insubordination, including refusing to comply with any reasonable order of identifiable school district officials performing their duties; in that David refused to stop as directed by Mr. Reese and continued to chant "asshole" as Mr. Reese directly addressed him; and #40 Vulgarity/abusive language. This violation occurred on Thursday, June 4, 2015 at approximately 10:05 am. This suspension is in accordance with Section 3214 of the New York State Education Law. During the period of this suspension, your child remains your responsibility and should be under your supervision.

The Superintendent of Schools has authorized the scheduling of a central office disciplinary hearing. Additional disciplinary action may include, but is not limited to (1) additional suspension beyond five days; (2) placement on home instruction for a period of time; and (3) placement in an alternate school setting. Therefore, a hearing with the district's hearing officer has been scheduled for:

DATE:     June 11, 2015     Time: 10:45 AM
PLACE:    LONGWOOD CENTRAL ADMINISTRATION OFFICE WEST
          35 Yaphank-Middle Island Road, Middle Island, NY 11953

At this hearing, the School Administration will present evidence and/or testimony, which will substantiate the alleged misconduct. The hearing officer's recommendation to the Superintendent will be based on the charges and evidence presented.

Before recommending additional disciplinary action, the hearing officer may review your child's academic record, conduct, attendance, and test data if it is deemed appropriate to do so. Witnesses for both parties will testify under oath and be subject to cross-examination.

David is to remain on out-of-school suspension until you have been notified of the results of the central office disciplinary hearing. David will be receiving home tutoring for time missed while out on suspension. You will be notified of any further disciplinary action within two (2) school days after the hearing. Your child is not to return to school until notified by my office.

It is essential that both you and David be present at this hearing. Please be advised that you may bring your attorney and any witnesses who can testify about the incident. If your attorney or witnesses will accompany you, please let this office know twenty-four (24) hours in advance of the hearing. If you have any questions, please call 345-5896.

Very truly yours,

Michael Gargiulo

*www.longwood.k12.ny.us*
*Community Unity...Be A Part Of The Pride*

LCSD   287

# ADMINISTRATIVE HEARING REQUEST/RECOMMENDATION

Name of Student:   David Edmond    Date of Birth:    /97    Age:  18yrs 2m

Date of Hearing:  June 11, 2015    Day:  Thursday    Time:  1:00 pm

School: ☐CEW   ☐Coram  ☐WMI  ☐Ridge  ☐MS  ☐JHS  √LHS    Grade:  12

Parent/Guardian   Carolyn and Tom Edmond    Phone #    696-4362

Address:   39 Dunbar Avenue, Middle Island, NY  11953

Charges:   Violation of Code of Conduct Section VI. : B: Disorderly/Inappropriate Behavior, which states no person, either alone or with others shall engage in the following prohibited behaviors: #2 Intentionally injure any person or threaten or attempt to do so; in that David postured in an aggressive manner toward Assistant Principal Reese; #5 Inciting/instigating discord, including inciting others to commit any of the acts prohibited by this Code; in that David was chanting "asshole" as Mr. Reese attempted to clear the 1600 hallway; #6 Insubordination, including refusing to comply with any reasonable order of identifiable school district officials performing their duties; in that David refused to stop as directed by Mr. Reese and continued to chant "asshole" as Mr. Reese directly addressed him; and #40 vulgarity/abusive language.  This violation occurred on Thursday, June 4, 2015 at approximately 10:05 am.

Present:

Hearing Officer:   Lawrence Spirn, Esq.

Student:   David Edmond  # 312211

Parent/Guardian:   Carolyn and Tom Edmond

Attorney:

Witnesses:

Building Administrator:   M. Conlon, A.P.

Dates of Suspension:  6/5/15 – 6/11/15    Called in by:

FINDINGS:

LCSD   288