# Exhibit "T"

## Christopher Powers

| | |
|---|---|
| **From:** | Cory Morris <coryhmorris@gmail.com> |
| **Sent:** | Wednesday, June 10, 2015 4:57 PM |
| **To:** | Christopher Powers; Cory Morris |
| **Subject:** | [SPAM] - Re: David Edmond 12/LHS DOB: 3/30/97 ID# 312211 |

Dear Mr. Powers,

As you know, I have been retained to represent the abovementioned student. As per our discussion, please adjourn the above proceeding pursuant to our settlement discussion and please forward me the proposed settlement agreement. I understand that he remains on suspension until we've reached a formal agreement.

Specifically, my understanding is that there will be a suspension until the end of the year, he will be permitted to attend graduation, there will be a no-contest plea and a FERPA compliance provision. Specifically, we discussed this language: "If there is a request for information from a third party, the district is to reach out to parents for their permission to disclose."

Thank you very much for your kind consideration..I hope you are well and look forward to hearing from you.

Sincerely,
Cory Morris

516 507 2843

—

AVVO <http://www.avvo.com/attorneys/11788-ny-cory-morris-4594425.html> | LinkedIn
<https://www.linkedin.com/profile/view?id=316537605&authType=NAME_SEARCH&authToken=OYLm&locale=en_US&srchid=3165376051432243141855&srchindex=1&srchtotal=49&trk=vsrp_people_res_name&trkInfo=VSRPsearchId%3A3165376051432243141855%2CVSRPtargetId%3A316537605%2CVSRPcmpt%3Aprimary%2CVSRPnm%3Atrue> |
Website <http://www.coryhmorris.com>

The Law Offices of Cory H. Morris
300 E. Rabro Drive
Suite 126
Hauppauge, New York 11788

CONFIDENTIALITY NOTE: The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (516) 410-2203, or by reply e-mail, and destroy all copies of the original message. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

LCSD    281

# LONGWOOD CENTRAL SCHOOL

## 35 YAPHANK-MIDDLE ISLAND ROAD · MIDDLE ISLAND, NEW YORK 11953-2373

**MICHAEL R. LONERGAN, DSW**
Superintendent of Schools
631-345-2172 ~ Fax 631-345-2166

**DEBRA WINTER**
Assistant Superintendent Student & Community Services
631-345-2163 ~ Fax 631-345-9286

**JANET M. BRYAN**
Assistant Superintendent District Operations
631-345-2782 ~ Fax 631-345-2166



**PHYLLIS STERNE, Ed.D.**
Assistant Superintendent Instruction & Learning
631-345-2791 ~ Fax 631-345-2166

**MICHAEL R. GARGIULO**
Assistant Superintendent Human Resources
631-345-5896 ~ Fax 631-345-2178

June 11, 2015

Parent/Guardian of:
David Edmond
39 Dunbar Avenue
Middle Island, NY  11953

Re:   David Edmond
       High School-12th grade
       DOB:        /97

Dear Mr. and Mrs. Edmond:

The adjournment request for the Superintendent's Hearing that was scheduled to go forward on June 11, 2015 at 10:45 a.m. has been granted.  Pursuant to the agreement reached between the parties, David will remain on suspension for the balance of the 2014-2015 school year and will not be permitted to attend the Prom.  David will be permitted to attend graduation. Additionally, if there is a request for information from a third party, the District will reach out to you as parents for your permission to disclose information.

Please be advised that as a suspended student, David will not be permitted to enter upon the premises of the Longwood Central School District or to attend any district functions, including the prom. A failure to abide by these conditions subjects David to arrest for trespassing.

We look forward to seeing you at graduation.

Sincerely,

Michael R. Gargiulo

MRG:pb

c:       High School Administrative and Support Staff

*www.longwood.k12.ny.us*
*Community Unity...Be A Part Of The Pride*

LCSD   286

LONGWOOD CENTRAL SCHOOL DISTRICT
-------------------------------------------------------------------------X
In the Matter of Disciplinary Proceeding against

DAVID EDMOND, a student of the

LONGWOOD CENTRAL SCHOOL DISTRICT,

pursuant to Education Law §3214
-------------------------------------------------------------------------X

AGREEMENT
RESOLVING
DISCIPLINARY
PROCEEDING

WHEREAS, DAVID EDMOND, a student at Longwood High School, was suspended from Longwood High School for certain conduct that occurred on June 4, 2015; and

WHEREAS, a Superintendent's Hearing was scheduled to proceed on June 11, 2015 pursuant to Education Law, Section 3214 by a letter from the Superintendent of Schools which set forth the charges against David Edmond and the District consented to an adjournment request for such hearing; and

WHEREAS, the Longwood Central School District ("School District") and the parents of David Edmond, Mr. Tom Edmond and Mrs. Carolyn Edmond, now desire to amicably resolve this matter without the formality of a hearing on the merits of the charges;

Now, in consideration of the above, the undersigned hereby agree as follows:

1.     Mr. and Mrs. Edmond hereby waive their right, and their child's right, to a hearing pursuant to Education Law, §3214, including but not limited to the right to a fair hearing, upon reasonable notice, at which they would have the right to representation by counsel with the right to question witnesses and to present witnesses and other evidence on his behalf. Mr. and Mrs. Edmond hereby specifically waive their right to appeal from the agreed settlement to the Board of Education and

LCSD   283

the Commissioner of Education, from the terms and conditions of such settlement agreement.

2.    The parties hereto agree that for the incident which took place on June 4, 2015, David Edmond shall be suspended through and including June 30, 2015. David Edmond will not be permitted to attend the prom.   David Edmond will be permitted to attend the Longwood High School graduation on June 27, 2015.

3.    During the period of his suspension from the Longwood High School, David shall not be permitted on any School District property at any time or for any purpose and shall not be permitted to attend any School District sponsored activity without the express permission of an Administrator.  The foregoing is applicable both during and after school hours.  If David is found on School District property or at any School District sponsored activity, other than the graduation ceremony, during the period of suspension without the prior express permission of an Administrator, he will be subject to arrest for trespassing.

4.    Consistent with the provisions of the Family Educational Rights and Privacy Act, if the district receives a request for information from a third-party concerning the incident that occurred on June 4, 2015, the district will contact Mr. and Mrs. Edmond and/or David Edmond for permission to disclose such information.

5.    Mr. and Mrs. Edmond, on behalf of their son, enter a "no contest" plea to the charge.  The matter is deemed resolved on the terms and conditions set forth herein.

6.    The parties fully understand the terms and conditions of this Agreement and enter into it free of coercion and duress.

2

LCSD   284

7.    Mr. and Mrs. Edmund acknowledge that they have been afforded an opportunity to consult with an attorney concerning the terms and conditions of this Agreement, and, in fact, have conferred with attorney, Cory Morris, concerning this matter.

Dated:  Middle Island, New York
       June _20_, 2015

      Tom Edmond, Father

Dated:  Middle Island, New York
       June _20_, 2015

      Carolyn Edmond, Mother

Dated:  Middle Island, New York
       June ____, 2015

LONGWOOD CENTRAL
SCHOOL DISTRICT

By: _____
      Dr. Michael Lonergan
      Superintendent of Schools

3

LCSD   285