# Exhibit "V"

INCIDENT REPORT CONTINUATION PDCS 1009-1

53-0681::12/99 CG

| CC# **15-325657** | INCIDENT **SCHOOL INCIDENT** | REPORT DATE 10/25/15 |
|---|---|---|

Suspect ☐   Arrestee ☐ (check one)   Number _____

| Last Name | | | First Name | | M.I. | Date of Birth | | Telephone # |
|---|---|---|---|---|---|---|---|---|

| Address | | | | | Date of Arrest | | Pin # |
|---|---|---|---|---|---|---|---|

| Sex | Race | | Ethnicity | Age Group | Height Group | Weight | Build | Hair Color | Eye color |
|---|---|---|---|---|---|---|---|---|---|

| Type of Glasses | Complexion | | Mustache/Beard | Tattoo/Scars | | Mask Type | | Outer Garment | Pants Type |
|---|---|---|---|---|---|---|---|---|---|

| Shoe Type | Hat Type | | Shirt Type | | Glove Type | | Weapon Display | | Other Notes |
|---|---|---|---|---|---|---|---|---|---|

Suspect ☐   Arrestee ☐ (check one)   Number _____

| Last Name | | | First Name | | M.I. | Date of Birth | | Telephone # |
|---|---|---|---|---|---|---|---|---|

| Address | | | | | Date of Arrest | | Pin # |
|---|---|---|---|---|---|---|---|

| Sex | Race | | Ethnicity | Age Group | Height Group | Weight | Build | Hair Color | Eye color |
|---|---|---|---|---|---|---|---|---|---|

| Type of Glasses | Complexion | | Mustache/Beard | Tattoo/Scars | | Mask Type | | Outer Garment | Pants Type |
|---|---|---|---|---|---|---|---|---|---|

| Shoe Type | Hat Type | | Shirt Type | | Glove Type | | Weapon Display | | Other Notes |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
CASE ASSIGNED:  06/05/15

FACTS: David Edmond, a student at Longwood High School, responded to the 7th precinct to report that while at Longwood High School on 06/04/15, he was forcefully stopped by Assistant Principal Scott Reese for no apparent reason. During the stop, he was grabbed by school security guard Scott Partlow who then body slammed him to the ground and put him into a choke hold which caused him to have difficulty breathing. David Edmond later went to Mather Hospital for treatment.

PHOTOS:  One (1) set of David Edmond taken at the 7th precinct on 06/05/15 and one (1) set taken at the incident location within the Longwood High School on 06/15/15.

EVIDENCE:  One (1) CD containing school security video and two (2) CD's containing cell phone video·taken by students, all invoiced to property.

STATEMENTS:  Written statement taken from David Edmond and an Authorization to Release Medical Records signed by him as well. Written statements also taken from school staff,  and witnesses provided by David Edmond.

ACTIONS TAKEN:   06/05/15 - The I/O was advised by Sgt. Isnardi of a School Incident which occurred at the Longwood High School on 06/04/15, involving complainant David Edmond who was enroute to the 7th precinct with his mother Carol Edmond. They had originally responded to report the incident at the 6th precinct but were advised that they would have to respond to the precinct of occurrence. Aware of the impending complaint, Longwood School District's Head of Security James Perrotta, was at the precinct, and provided·the I/O with security footage from 06/04/15. Upon David Edmond's arrival at the precinct he was interviewed at length. David and Carol Edmond wanted to pursue charges against school security guard Scott·Partlow as they felt that the force used against David Edmond was excessive and for no reason. A written statement was then obtained from him as well as a signed  Authorization to Release Medical Records form. Photos were also taken of David Edmond who then provided the I/O with copies of reports from Mather Hospital, a Longwood School Incident Report and statement that he provided to the school. David Edmond also provided a list of witnesses to be interviewed. The I/O then recontacted James Perrotta who provided the I/O with names and contact numbers of school and security personnel. The I/O was able to interview guard Latisha Quintinella by phone and Assistant Principal Melissa Conlon at her residence where she provided the I/O with a copy of a report that she had also given to the school. 06/09/15 - E-mails received from Carol Edmond containing cell phone pictures of the incident which were taken by a student.  Continued ·on page two.

| Status | ☐ Active<br>☐ Pending | ☐ Cleared by Arrest<br>☐ Exceptionally Cleared | ☐ Closed Criminal<br>☒ Closed Non-Criminal | Confidential | |
|---|---|---|---|---|---|
| Reporting Officer's Signature | | | Supervisor's Signature | Date | Pg. 1<br>Of 2 |

DISTRIBUTION: Original to Central Records – Pink to Crime Analysis – Yellow to Case File – Goldenrod to Specialized Command (Auto Squad etc.)

| CC# 15-325657 | INCIDENT **SCHOOL INCIDENT** | | REPORT DATE 10/25/15 |
|---|---|---|---|

Suspect ☐  Arrestee ☐ (check one)  Number _____

| Last Name | | First Name | | M.I. | Date of Birth | | Telephone # |
|---|---|---|---|---|---|---|---|
| Address | | | | | Date of Arrest | | Pin # |
| Sex | Race | Ethnicity | Age Group | Height Group | Weight | Build | Hair Color | Eye color |
| Type of Glasses | Complexion | Mustache/Beard | Tattoo/Scars | Mask Type | Outer Garment | Pants Type |
| Shoe Type | Hat Type | Shirt Type | Glove Type | Weapon Display | Other Notes |

Suspect ☐  Arrestee ☐ (check one)  Number _____

| Last Name | | First Name | | M.I. | Date of Birth | | Telephone # |
|---|---|---|---|---|---|---|---|
| Address | | | | | Date of Arrest | | Pin # |
| Sex | Race | Ethnicity | Age Group | Height Group | Weight | Build | Hair Color | Eye color |
| Type of Glasses | Complexion | Mustache/Beard | Tattoo/Scars | Mask Type | Outer Garment | Pants Type |
| Shoe Type | Hat Type | Shirt Type | Glove Type | Weapon Display | Other Notes |

ADDITIONAL INFORMATION:

06/10/15 - The I/O reponded to Longwood High School and interviewed A.P. Scott Reese, guards Jerry Chan, Scott Partlow, James Perrotta and teachers assistant Elrich Bowlay-Williams in the presence of school attorney Christopher Powers. Written statements were then taken from all interviewed, and photos were taken of the hallway where the incident occurred and surrounding security camera locations. 06/17/15 - Interviewed Nemanja Lukovic at 49 Sweezytown Rd. South, Middle Island. Notes were then taken from him of the events that he witnessed. 06/18/15 - Interviewed K███ R██████ at her home and obtained a written statement from her. 06/19/15 - Interviewed T██████ C█████ at his home and obtained a written statement from him. 06/24/15 - C███████ F█████ and D██ B██████ were interviewed over the phone with notes taken. 06/26/15 - Interviewed teacher James Castiglione over the phone and notes were taken of his recollection of events. David Edmond did not list him as one of his witnesses, but had mentioned his name during his interview at the precinct. 07/09/15 - Joseph Brennan was interviewed over the phone and notes were taken. 07/16/15 - B███████ W███ was interviewed at his home in the presence of his parents, but refused to provide a written statement. 07/20/15 - Interviewed B█████ Z████ at his home in the presence of his father who then advised B██████ to not provide a written statement. Numerous attempts were made to contact Cole Carr with negative results.

CONCLUSION:  After interviewing numerous witnesses, reviewing school and cell phone video and consulting with Sgt. Isnardi, no criminality occurred and this case is to be Closed Non-Criminal.

| Status | ☐ Active ☐ Pending | ☐ Cleared by Arrest ☐ Exceptionally Cleared | ☐ Closed Criminal ☒ Closed Non-Criminal | Confidential | Pg. 2 |
|---|---|---|---|---|---|

| Reporting Officer's Signature *Edward Zimmerman* P05828/72C/13 | Supervisor's Signature 1173/720/12 | Date 11-5-15 | Of 2 |
|---|---|---|---|

DISTRIBUTION: Original to Central Records – Pink to Crime Analysis – Yellow to Case File – Goldenrod to Specialized Command (Auto Squad etc.)

POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
ACCREDITED LAW ENFORCEMENT AGENCY
STATEMENT FORM
PDCS-1165b

C.C. # 15-325657

Date 6/5/15   Time 1800
Page 1 of 4

I, DAVID EDMOND _____ (being duly sworn) deposes and says:
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am 18 years old.
(age)

I was born on ___ /97 . I am giving this statement to P.O. Zimmerman #5828 .
d.o.b.                                                     (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I CURRENTLY live AT 39 DUNBAR AVE., MIDDLE ISLAND WITH MY PARENTS CAROLYN AND TOMMY EDMOND, AND CAN BE REACHED ON MY CELL PHONE AT 631-394-9667 OR HOME PHONE, THAT BEING 631-696-4362. I AM GIVING THIS STATEMENT TO OFFICER ZIMMERMAN AT THE 7th PCT. LOCATED ON WILLIAM FLOYD PKWY, IN SHIRLEY ON FRIDAY JUNE 5th, 2015 AT APPROXIMATELY 6:00 PM., REFERENCE AN INCIDENT THAT OCCURRED AT THE LONGWOOD HIGH SCHOOL (WHERE I AM A SENIOR) ON THURSDAY JUNE 4th, 2015. EVERY YEAR, THE SENIOR CLASS AT LONGWOOD HIGH SCHOOL HAS A PRANK DAY WHICH HAPPENS TOWARDS THE END OF THE SCHOOL YEAR, AND THURSDAY JUNE 4th WAS TO BE PRANK DAY FOR THE 2015 CLASS, WITH THE PRANK BEING FOR THE SENIORS TO RUN OUTSIDE AND PLAY TAG AFTER 4th PERIOD ENDED. I WAS WITH MY FRIENDS C█████ F█████ who is Also A Senio AND B█████ W█████ WHO ARE ALSO SENIORS AND WHEN 4th PERIOD ENDED AT 10:03 A.M., WE RAN OUTSIDE THROUGH THE EXIT BY THE SPECIAL EDUCATION WING. SECURITY GUARDS MUST HAVE KNOWN ABOUT THE PRANK, BECAUSE THEY WERE WAITING OUTSIDE AND TURNED EVERYONE BACK. THERE WERE A LOT OF STUDENTS PARTICIPATING IN THE PRANK WITH MOST OF THEM HAVING CELL PHONES OUT, TAKING VIDEOS OF THE PRANK. C█████ THERE IS A RULE IN THE SCHOOL THAT YOU ARE NOT TO USE YOUR CELL PHONE IN SCHOOL, BUT IT IS NEVER ENFORCED. C█████ HAD HIS PHONE OUT, AND BUT I DON'T KNOW IF HE WAS TAKING A VIDEO OR JUST HOLDING IT AND HE WALKED BACK INTO THE SCHOOL AHEAD OF ME. WHEN I GOT INTO THE SCHOOL, ——

CONTINUED ON PAGE 2.

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

Signature of person giving statement _____   Date 6/5/15

Witnessing officer _____ PO 5828/720/13

Signature of person giving statement _____

Sworn to before me

_____ , 20 ___
Notary Public

53-0176.. 07/05cg

PAGE 2 OF STATEMENT OF DAVID EDMOND

Two (2) Gym TEACHERS, MR. Sipp AND MR. Heuy, HAD C▮▮▮▮ pulled TO THE SIDE AND WERE TRYING TO GET His PHONE. C▮▮▮▮ WAS GETTING upset AND I WALKED over TO Him AND THE TEACHERS TO TRY AND GET C▮▮▮▮ To walk Away AND TO Calm Down. I THEN BEGAN walking WITH C▮▮▮▮ AND B▮▮▮▮ Towards THE Gym. I THOUGHT THAT C▮▮▮▮ WAS BEING TARGETED AS no other STUDENTS GOT STOPPED FOR HAVING THEIR pHONES OUT. AS we walked, D.E I SAW ASSISTANT Principal REESE walking Towards US, AND HE WALKED DIRECTLY TOWARDS ME, AND GRABBED MY SHIRT, pulling ME TO THE SIDE OF THE HAll IN AN AGGRESSIVE MANNER, AND pushing my BACK up AGAINST THE wALL. I TOLD MR. REESE THAT He COULDN'T GRAB ME like THAT AND TO GET His HANDS OFF ME. I MIGHT HAVE RAISED MY VOICE TO Him, but WAS DEFINITELY NOT YELLING. MR. REESE THEN ASKED ME "WHAT WAS I GOING TO DO ABOUT IT." I KINDA D.E OF TOOK A STEP BACK THEN, AND NOW MR. REESE HAD His BACK AGAINST THE WALL. A LARGE CROWD HAD Also FORMED WHEN THEY SAW MR. REESE GRAB ME By THE SHIRT. MR. REESE THEN RAISED His HAND BACK AND MADE A MOTION AS IF HE WAS GOING To HiT ME, AS HE BROUGHT His HAND FORWARD. I TOLD Him TO "GO AHEAD AND HiT ME, YOU'RE CRAZY". My HANDS WERE DOWN AT My SIDE AND AGAIN MY VOICE MIGHT HAVE BEEN RAISED,-

CONTINUED ON PAGE 3.

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law.

Daniel Edmond     6/5/15

Signature of person giving statement     Date

Edward Zimmerman POS 828 720 /13

Recording Officer

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

PAGE 3 OF STATEMENT OF DAVID EDMOND.

BUT I WAS NOT YELLING. ALL OF A SUDDEN, A SECURITY GUARD WHO I KNOW AS SCOTT, PUT ME IN A CHOKE HOLD, WITH TWO (2) ARMS LOCKED AROUND MY NECK, LIFTING ME OFF THE GROUND FOR A FEW SECONDS BEFORE DUMPING ME TO THE GROUND. I THOUGHT THAT I WAS GOING TO DIE AS SCOTT HAD ALL OF HIS WEIGHT ON ME AND I COULDN'T BREATHE. ANOTHER FRIEND OF MINE, T█████ C█████ WAS NOW AT MY SIDE, AND I BEGAN TAPPING HIS LEG TO GET HIS ATTENTION. TH██████ STARTED YELLING AT SCOTT THAT HE WAS CHOKING ME. SCOTTS' WATCH WAS UNDER MY CHIN AND I WAS SCARED AS I COULDN'T BREATHE. I STARTED TO PANIC AND KEPT TRYING TO PULL HIS ARMS FROM MY NECK, TO GET A BREATH OF AIR AND TO GET HIS WATCH ~~AND~~ OFF OF MY NECK. MR. BOWLAY WHO IS A TEACHER AT THE SCHOOL WALKED OVER AND BEGAN TELLING SCOTT THAT HE WAS CHOKING ME. SCOTT WAS ^NOW D.E ^TRYING TO PUSH THOMAS AWAY WITH ONE (1) ARM, BUT STILL HAD HIS OTHER ARM LOCKED AROUND MY NECK ~~AND~~ D.E AS WELL AS STILL HAVING ALL OF HIS WEIGHT ON ME. SCOTT AND ANOTHER GUARD THEN PICKED ME SCOTTS' HEADLOCK STILL IN PLACE, AND I STARTED CHOKING EVEN MORE. I WAS NOW STANDING UP, AND MR. BOWLAY TOLD SCOTT THAT HE HAD ME AND TO LET ME GO. MR. BOWLAY EVEN PLACED HIS HAND BETWEEN SCOTTS' AND MY NECK TO BREAK THE CHO HEADLOCK OFF. MR. CASTIGLIONE WAS ALSO THERE AND YELLED TO SCOTT TO "GET THE FUCK OFF HIM, HE SAID —

CONTINUED ON PAGE 4

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

_Signature of person giving statement_     6/5/15
_Date_

_Witnessing Officer_     05828 720/3

PDCS-7129

53-0113::9/96pa

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

PAGE 4 OF STATEMENT OF DAVID EDMOND

HE HAD HIM, LET HIM GO". SCOTT FINALLY LET ME GO, WITH MR.
BOWLAY PUTTING ME IN THE ATHLETIC DIRECTORS OFFICE, WHERE HE
(MR BOWLAY) D.E
TOLD ME THAT "I WAS LUCKY I'M HERE OR YOU'D BE GONE." (MEANING DEAD).
I WAS THEN BROUGHT TO MS. CONLONS' OFFICE WHERE MY PARENTS
CAME TO SEE AFTER BEING CALLED. MS. CONLON THEN HAD THE
SCHOOL NURSE CHECK ME OUT AS I HAD SCRAPE ON MY KNEE,
AND SCRAPES UNDER MY NECK WHICH CAME FROM SCOTTS' WATCH.
MY PARENTS LATER TO ME TO MATHER HOSPITAL AS MY
NECK STARTED TENSING UP. I ALSO HAD BACK PAIN, MY
RIGHT EYE WAS SWOLLEN AND MY NECK HURT WHEN
D.E
SWALLOWING. I STILL HAVE PAIN IN MY NECK AND MY BACK
OF MOTION D.E
AND DO NOT HAVE FULL RANGE WHEN MOVING MY HEAD. I HAVE
READ THE FOREGOING FOUR (4) PAGE STATEMENT IN FRONT
OF MY MOTHER CAROLYN WHO IS PRESENT WITH ME AT THE 7TH
PCT, AND IT IS TRUE AND ACCURATE. D.E

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

_Daniel Edmond_     6/5/15

Signature of person giving statement     Date

_Edward Brunine_     PO5828/120 3

Witnessing Officer

X _Mrs. Carolyn Edmond_

PDCS-7129     53-0113:9/96pa



**POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.**
**ACCREDITED LAW ENFORCEMENT AGENCY**
**STATEMENT FORM**
PDCS-1165b

C.C. # _15 - 325657_

Date _6/10/15_   Time _1440_

Page _1_ of _2_

I, _ELRICH Bowlay-Williams_ (being duly sworn) deposes and says:

name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _40_ years old.

(age)

I was born on ____/75_. I am giving this statement to _P.O. ZimmerMAN # 5828_.

d.o.b.   (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I AM CURRENTLY GIVING THIS STATEMENT TO OFFICER Zimmerman AT THE LONGWOOD HIGH School ON WEDNESDAY JUNE 10th, 2015 AT 2:40 p.m. I AM EMPLOYED BY THE LONGWOOD School DISTRICT AS A TEACHERS' ASSISTANT, AND HAVE BEEN EMPLOYED BY THE School FOR THE PAST 15 years. ON THURSDAY JUNE 4th, 2015, I WAS IN my classroom. THE PERIOD ENDED AND I lEFT THE classroom TO SEE A Group OF STUDENTS EXIT THE BUILDING. I WENT AFTER THem AND GOT THem TO COME BACK IN. I THEN walked DOWN TOWARDS ADMINISTRATION, speaking TO DR. CASTRO, AND AFTER speaking WITH HER, I proceeded TO walk BACK TOWARDS my classroom. I HEARD A COMMOTION NEAR THE ATHLETIC OFFICE, AND AS I GOT TO iT, I could SEE A STUDENT SURROUNDED BY A BUNCH OF GUARDS, WITH ONE GUARD WHO I Know AS Scott IMMEDIATELY puTTING THE STUDENT INTO A HEADlock. THE STUDENT puT UP A little STRUGGLE, ATTEMPTING TO GET AWAY AND Scott THEN locked HIS ~~oTHER~~ BOTH HANDS TOGETHER AND yanked THE STUDENT TO THE GROUND. SCOTT continued TO Apply THE HEADlock, AND ANOTHER GUARD WHO I Know AS JERRY BEGAN HOLDING THE STUDENT AS wEll. I could NOW SEE THAT THE STUDENT WAS DAVID EDMOND, WHO I HAVE KNOWN FOR A long TIME. DAVID EDMOND WAS JUST lAYING THERE, UNABLE TO MOVE **OR SPEAK** AS THERE WERE TOO MANY people ON TOp OF Him. TWO (2) OTHER STUDENTS WERE THERE AS WEll, TEllING SCOTT TO lET Him GO. I THEN walked OVER AND TOLD Scott TO "LET Him GO, I GOT Him". Scott DID NOT LISTEN, AND continued HolDING DAVID EDMOND, SO I pushed Scott AWAY, SNATCHING DAVID EDMOND FROM Him, AND lifTING DAVID TO HIS FEET. SCOTT THEN TRIED GRABBING DAVID AGAIN AS WE WERE STANDING, AND I RIPPED HIS HAND —

CONTINUED ON PAGE 2

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

_[signature]_   _6/10/15_

Signature of person giving statement   Date

_[signature] Zimmerman PO5828/720 T3_

Witnessing officer

Signature of person giving statement

_____

Sworn to before me

_____ , 20 ____

Notary Public

53-0176.. 07/05cg

PAGE 2 OF STATEMENT OF ELRICH BOWLAY-WILLIAMS

FROM DAVID'S SHIRT. I THEN BEAR-HUGGED DAVID AND HELD HIM

UP AGAINST A COLUMN IN THE HALL. THE GUARDS WERE STILL TRYING

TO GET AT DAVID, AND HE SAID "BOWLAY, GET THESE NIGGAS OFF

ME". I THEN MOVED DAVID INTO THE ATHLETIC DIRECTORS' OFFICE

WHERE HE SAT IN A CHAIR, STILL GASPING FOR AIR. MS. CONLON

AN ASSISTANT PRINCIPAL, THEN CAME INTO THE ROOM ABOUT FOUR

TO FIVE MINUTES LATER AND THEN TOOK US TO HER OFFICE.

I HAVE READ THE FOREGOING TWO (2) PAGE STATEMENT AND IT IS

TRUE AND ACCURATE.

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

Signature of person giving statement          Date  6/10/15

Edward Zimmerman POS828720/T3
Witnessing Officer



**POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.**
**ACCREDITED LAW ENFORCEMENT AGENCY**
**STATEMENT FORM**
PDCS-1165b

C.C. # AS-325657

Date 6/18/15    Time 1910-HRS
Page 1 of 2

I, K____ R_____ _____ (being duly sworn) deposes and says:

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am 18 years old.
(age)

I was born on ____/___/197_. I am giving this statement to P.O. Zimmerman #5828
d.o.b.                                                    (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I LIVE AT _____ AND CAN BE REACHED BY PHONE AT _____. I AM GIVING THIS STATEMENT TO OFFICER ZIMMERMAN AT MY HOME ON THURSDAY JUNE 18th, 2015 AT 7:10p.m. REFERENCE AN INCIDENT THAT OCCURRED AT THE LONGWOOD HIGH SCHOOL ON THURSDAY JUNE 4th, 2015. ON JUNE 4th, AFTER 4th PERIOD, THE SENIOR CLASS WAS DOING A TRADITIONAL PRANK WHICH HAPPENS TOWARDS THE END OF THE SCHOOL YEAR. THE PRANK WAS TO GO OUTSIDE AND PLAY TAG, BUT THE SCHOOL FACULTY KNEW ABOUT IT AND STOPPED THE CLASS. AFTER WE WERE TURNED BACK, (FROM RUNNING OUTSIDE), A STUDENT NAMED C_____ F____ WAS STOPPED FOR FILMING THE EVENT ON HIS CELL PHONE BY TWO (2) GYM TEACHERS. THEY EVENTUALLY LET C___ GO AND EVERYONE STARTED WALKING OUT OF THAT AREA. ALL OF A SUDDEN SOMEONE STARTED CHANTING "ASSHOLES-ASSHOLES". I WAS WALKING NEXT TO DAVID EDMOND AND SEEING THAT MORE PEOPLE WERE CHANTING "ASSHOLE", STARTED CHANTING IT AS WELL AS DID DAVID EDMOND. AS WE WALKED DOWN THE HALL, I COULD SEE ASSISTANT PRINCIPAL REESE WALKING TOWARDS US. A.P. REESE SUDDENLY WALKED TOWARDS DAVID EDMOND, GRABBED HIM BY THE SHIRT AND ASKED "WHO ARE YOU CALLING ASSHOLE?". DAVID TOLD HIM TO "NOT TOUCH HIM LIKE THAT AND TO GET HIS HANDS OFF HIM". DAVID AND A.P. REESE WERE NOW OFF TO THE SIDE OF THE HALL WITH A.P. REESE HAVING HIS BACK TO THE WALL. THEY WERE BOTH YELLING AT EACH OTHER, BUT NEITHER ONE WAS RAISING THEIR HANDS. A SEE TWO (2) SECURITY GUARDS WERE THERE NOW WITH ONE ON EACH SIDE OF DAVID, AND A SECOND INCIDENT INVOLVING ANOTHER FRIEND, B____ W____ AND A COUPLE OF OTHER GUARDS WAS ALSO HAPPENING TO THE RIGHT OF DAVID AND A.P. REESE. I WAS TRYING TO KEEP AN EYE ON BOTH SCENES, AND AT ONE POINT —

CONTINUED ON PAGE 2

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

_____    6/18/15
Signature of person giving statement    Date

_____ P.O.5828 7/20/15
Witnessing officer

Signature of person giving statement

_____

Sworn to before me

_____, 20___
Notary Public

53-0176.. 07/05cg

73 - 325657

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

PAGE 2 OF STATEMENT OF K████ Ro.████

SAW A SECURITY GUARD KNOWN AS SCOTT, WALK UP BEHIND DAVID, PUT HIM IN A HEADLOCK AND YANK HIM DOWN TO THE GROUND, WITH DAVID YELLING "GET OFF ME". A TEACHER NAMED MR. BOWLAY THEN STEPPED IN AND EVENTUALLY STOOD DAVID UP ~~WITH~~ WHO WAS VISIBLY AGITATED. DAVID WAS STILL YELLING SOMETHING BUT I DON'T REMEMBER WHAT IT WAS. MR. BOWLAY EVENTUALLY TOOK HIM TO ANOTHER ROOM AND EVERYONE, (STUDENTS AND FACULTY) THEN DISPERSED. I HAVE READ THE FOREGOING TWO (2) PAGE STATEMENT AND IT IS THE TRUTH. K.R. -

False statements made herein are punishable as a class A misdemeanor pursuant to Section 210.45 of the Penal Law

Signature of person giving statement    6/18/15.

Edward Brancaccion P.O.5828/770/13

PDCS-7129

53-0113::9/96pa



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
ACCREDITED LAW ENFORCEMENT AGENCY
STATEMENT FORM
PDCS-1165b

C.C. # _15 - 325657_

Date _6/19/15_    Time _2120 Hrs_
Page ___1___ of ___1___

I, __T█████ Co██████__ name _____ (being duly sworn) deposes and says:

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _17_ years old. (age)

I was born on __/98__. I am giving this statement to _P.O. Zimmerman #5828_
d.o.b.                                                    (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I LIVE AT █████████████████, ████████ WHERE I CAN BE REACHED BY PHONE AT ████████████ AND AM GIVING THIS STATEMENT TO OFFICER ZIMMERMAN IN FRONT OF MY HOME ON FRIDAY JUNE 19th, 2015 AT 9:25 p.m. REF AN INCIDENT THAT OCCURRED ON THURSDAY JUNE 4th 2015 AT THE LONGWOOD HIGH SCHOOL. ON JUNE 4th, I WAS NOTIFIED VIA TEXT BY MY FRIEND DAVID EDMOND OF A [T.C.] SCH PRANK AT THE SCHOOL WHERE EVERYONE WOULD RUN OUT AND PLAY TAG AFTER 4th PERIOD. I PARTICIPATED IN THE PRANK, WHICH WAS THWARTED BY THE SCHOOL, AND WHILE WALKING BACK TO CLASS WITH MY FRIEND N█████ I HEARD A COMMOTION BEHIND ME. I TURNED TO SEE ASSISTANT PRINCIPAL REESE AND SOME SECURITY GUARDS AROUND A STUDENT. ALL OF A SUDDEN I SEE THE STUDENT AND THE GROUP OF GUARDS FALL TO THE GROUND, WITH THE GUARDS looking like THEY INTENTIONALLY TOOK THE STUDENT TO THE GROUND. A GUARD I KNOW AS SCOTT THEN GOT ON TOP OF THE STUDENT AND PUT HIM IN A CHOKEHOLD. OTHER GUARDS GOT ON TOP OF THE KID AS WELL, AND I COULD SEE THAT THIS KID COULD NOT MOVE. I MOVED OVER NEAR THE WALL AND TOLD THE GUARD SCOTT THAT HE WAS CHOKING THE KID. SCOTT THEN PUSHED MY LEG AND THEN MY ARM AS HE MUST HAVE THOUGHT THAT I WAS GOING TO FIGHT HIM. A TEACHER NAMED MR BEWLAY THEN CAME OVER AND TOLD SCOTT THAT "HE HAD THE KID AND TO LET HIM GO", I BELIEVE THAT EVERYONE THEN GOT UP, BUT AM UNSURE AS MY HEALTH TEACHER MS. SAVANNAH PULLED [T.C.] ME AWAY, BELIEVING THAT I WAS GOING TO FIGHT WITH THE GUARD SCOTT. I [T.C.] LATER FOUND OUT THROUGH N█████ THAT THE INVOLVED STUDENT WAS MY FRIEND DAVID EDMOND. I EVEN TALKED TO SCOTT AFTERWARD WHO SAID THAT HE THOUGHT THAT DAVID WAS GOING TO GO AFTER AN ADMINISTRATOR. I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE AND ACCURATE.
                                                    T.C.

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

_[signature]_                    _6/19/15_
Signature of person giving statement    Date

_Edward Zimmerman PO5828 720 T3_
Witnessing officer

Signature of person giving statement
_____

Sworn to before me

_____, 20 ____
Notary Public

53-0176.. 07/05cg



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
ACCREDITED LAW ENFORCEMENT AGENCY
STATEMENT FORM
PDCS-1165b

C.C. # 15-3,657

Date 6/10/15    Time 1530
Page 1 of 2

I, _James Perrotta_ (being duly sworn) deposes and says:
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _36_ years old.
(age)

I was born on _____/78_. I am giving this statement to _P.O. Zimmerman #5828_
d.o.b.                                                        (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am currently giving this statement to Officer Zimmerman at the Longwood High School on Wednesday June 10th, 2015. I have been employed by Longwood High School as the Director of School Safety, and have been with the district for the past 11 years. On Thursday June 4th, 2015 I was working at the school and just after 4th period, which is about 10:03 am, there was an incident involving a student and a faculty member by the 600 hallway that I responded to. As I approached the disturbance I see a student in a red shirt or jacket, who I later found out was David Edmond, telling a student now known to me as C███████ F███ to "you don't have to talk to them, let's get out of here". I waited there about a minute and then continued back towards the athletic directors office, as I could hear students chanting "asshole, asshole". As I walked down the hall, I could see a co. and hear a commotion to my right. I then saw Assistant Principal Scott Reese with his back against the wall and a student yelling in his face. They appeared to the student who was again determined to be David Edmond appeared to be getting physical with Mr. Reese. Security Guard Jerry Chan was there, and he attempted to get control of David Edmonds arms, but was having trouble doing so as David Edmond was struggling and moving around. He, David Edmond was acting so aggressively that I believed that he was going to punch Mr. Reese, so I stepped alongside Jerry Chan and grabbed David Edmonds other hand. David Edmond

CONTINUED ON PAGE 2

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

Signature of person giving statement    6/10/15    Date

Edward Zimmerman PO 5828/720/13
Witnessing officer

Signature of person giving statement

Sworn to before me

_____, 20____
Notary Public

53-0176.. 07/05cg

POLICE DEPARTMENT
CCUNTY OF SUFFOLK, N.Y.

PAGE 2 OF STATEMENT OF JAMES PERROTTA.

CONTINUED TO STRUGGLE, AND JERRY CHAN AND I HAD TROUBLE TRYING TO HOLD HIM STILL. ALL OF A SUDDEN ANOTHER SECURITY GUARD ~~WHO WE~~ STEPPED IN. I COULDN'T SEE AT THAT TIME WHO IT WAS, BUT HE PUT HIS ARM OVER DAVID EDMOND'S SHOULDER. MAYBE IT WAS THE MOMENTUM OF ~~BOTH~~ ALL OF US STRUGGLING TOGETHER, BUT WE LOST OUR BALANCE AND FELL DOWN. JERRY CHAN AND I CAUGHT OURSELVES, BUT DAVID EDMOND AND THE GUARD FELL TO THE GROUND, WHERE DAVID EDMOND CONTINUED TO STRUGGLE. I COULD NOW SEE THAT THE GUARD WAS SCOTT PARTION. I COULD ALSO SEE OUT OF THE CORNER OF MY EYE, SECURITY GUARD JASON QUINTINELLA STRUGGLING WITH A SECOND STUDENT, WHO WAS DETERMINED TO BE B█████ W███████. I QUICKLY WENT TO ASSIST HIM ALONG WITH LATISHA QUINTINELLA AND WE WERE ABLE TO REMOVE B█████ W███ FROM THE SITUATION AND CALM HIM DOWN. I HAVE READ THE FOREGOING TWO (2) PAGE STATEMENT AND IT IS TRUE AND ACCURATE.

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.46 of the Penal Law

6/10/15

Signature of person giving statement          Date

Edward Zimmerman 05828 720/T3
Witnessing Officer

PDCS-7129                                        53-0113: 9/96pa



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
ACCREDITED LAW ENFORCEMENT AGENCY
STATEMENT FORM
PDCS-1165b

C.C. # _15- 25657_

Date _6/10/15_   Time _1330_
Page _1_ of _2_

I, _SCOTT PARTLOW_ (being duly sworn) deposes and says:
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am _19_ years old.
(age)

I was born on _35_. I am giving this statement to _P.O. ZIMMERMAN #5828_.
d.o.b.                                                   (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I AM CURRENTLY GIVING THIS STATEMENT TO OFFICER ZIMMERMAN AT THE LONGWOOD HIGH SCHOOL ON WEDNESDAY JUNE 10th, 2015 AT 1:35 p.m. I AM EMPLOYED BY THE LONGWOOD SCHOOL DISTRICT AS A SECURITY OFFICER AND HAVE BEEN EMPLOYED THERE SINCE 2008. ON SP THURSDAY JUNE 4th, 2015, I WAS WORKING AT THE HIGH SCHOOL AND WAS STATIONED AT THE SOUTH COMMONS. AFTER 4th PERIOD, WHICH ENDS AT 10:03 A.M. I SAW A GROUP OF STUDENTS WALKING TOWARDS THE GYM. I QUICKLY GOT ON THE RADIO AND GAVE THE LOCATION OF THE KIDS. I COULD ALSO HEAR YELLING "ASSHOLE" BY THE ATHLETIC DIRECTORS OFFICE AS SP I CONTINUED WALKING, CLEARING THE HALLS AS I WENT AND THEN SAW A LARGE CROWD BY THE ATHLETIC OFFICE. I ALSO SAW ASSISTANT PRINCIPAL REESE STANDING WITH HIS BACK UP AGAINST THE WALL. HE LOOKED CORNERED, AS THERE WAS A STUDENT WHO I LATER FOUND OUT TO BE DAVID EDMOND ATTEMPTING TO GET AT MR. REESE. DAVID EDMOND WAS BEING HELD BY ANOTHER GUARD, JERRY CHAN, BUT HE KEPT YELLING AND TRYING TO LUNGE AT MR. REESE. JERRY CHAN APPEARED TO HAVE TROUBLE TRYING TO RESTRAIN DAVID EDMOND, SO I WALKED UP AND GRABBED DAVID EDMOND, TRYING TO PULL HIM BACK TO REMOVE HIM FROM THE SITUATION. SP WE LOST OUR BALANCE AND THEN FELL TO THE GROUND. DAVID EDMOND KEPT TRYING TO GET UP AND I KEPT TRYING TO KEEP HIM UNDER CONTROL AS I BELIEVED THAT HE WOULD HAVE GONE AFTER MR. REESE AGAIN, HAD HE GOTTEN UP. TWO (2) STUDENTS THEN CAME UP ON ME WHEN I WAS WITH DAVID EDMOND ON THE GROUND, TELLING ME TO "LET HIM GO". I KEPT TRYING TO KEEP THEM AT BAY WITH MY FREE HAND, AS I DID NOT KNOW WHAT THEIR INTENTIONS WERE. I ALSO DID NOT WANT TO LET -

CONTINUED ON Pg 2.

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

_Scott Partlow_    _6-10-15_
Signature of person giving statement    Date

_Edward Zimmerman PO5828/120/T3_
Witnessing officer

Signature of person giving statement

_____

Sworn to before me

_____ , 20 ___

Notary Public

53-0176.. 07/05cg

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

PAGE 2 OF STATEMENT OF Scott Partiow                    SP

DAVID EDMOND GO UNTIL I HAD CONTROL OF HIM. A TEACHER, ASSISTANT MR.

Bowlay-Williams THEN CAME OVER TO ME AND SAID "LET HIM GO

Scott, I GOT Him". WE BOTH picked DAVID EDMOND UP TO HIS FEET

WHERE HE WAS STILL AGITATED AND I let Him GO AS MR. Bowlay

Williams NOW HAD DAVID EDMOND BY THE SHOULDERS, MR Bowlay-

Williams THEN moved DAVID EDMOND TO THE ATHLETIC DIRECTORS

OFFICE, AND I CONTINUED clearing THE HALLS. SP I HAVE

READ THE FOREGOING TWO (2) PAGE STATEMENT AND IT IS TRUE

AND ACCURATE. SP

False statements made herein are punishable as a Class
"A" misdemeanor pursuant to Section 210.45 of the Penal
Law

Scott Partiow                    6-10-15

Signature of person giving statement          Date

Edward Zimmerman POS828/720/73

PDCS-7129                                      53-0113 9/96pa



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
ACCREDITED LAW ENFORCEMENT AGENCY
STATEMENT FORM
PDCS-1165b

C.C. # __15-325657__

Date __6/10/15__   Time __1230__
Page ___1___ of ___2___

I, _____Jerry Chan_____ (being duly sworn) deposes and says:
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am __49__ years old.
(age)

I was born on _____165_____. I am giving this statement to ___P.O. Zimmerman #5828___.
d.o.b.                                                      (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

    I AM CURRENTLY GIVING THIS STATEMENT TO OFFICER ZIMMERMAN AT THE LONGWOOD HIGH SCHOOL ON WEDNESDAY JUNE 10th 2015 AT 12:30 p.m. I AM EMPLOYED BY THE SCHOOL DISTRICT AS A SECURITY OFFICER AND HAVE BEEN EMPLOYED BY THE SCHOOL SINCE 2008. BACK ON THURSDAY JUNE 4th, 2015, I WAS WORKING AT THE SCHOOL AND WAS ASSIGNED THE NORTH COMMONS POST. AT THE END OF 4th PERIOD, WHICH IS 10:03 A.M., I HEARD A REPORT OF A LARGE COMMOTION IN THE 1600 WING OVER THE RADIO. I BEGAN WALKING THAT WAY, AND AT SOME POINT, BEGAN WALKING WITH ASSISTANT PRINCIPAL REESE, WHO WAS A FEW STEPS AHEAD OF ME AND TO MY LEFT. WE WERE CLEARING HALLS WHEN WE SAW A LARGE GROUP WALKING TOWARDS US. THE GROUP WAS YELLING AND SCREAMING, SOME OF WHICH WORDS WERE "ASSHOLE" AND "FUCK YOU". I WATCHED MR. REESE PUT HIS ARM OUT TO STOP A STUDENT WHO IS KNOWN TO ME AS DAVID EDMOND. DAVID EDMOND TOLD MR. REESE, "TO GET YOUR HANDS OFF ME" AND "DON'T TOUCH ME". I THEN WATCHED AS HE SLAPPED AT MR. REESE'S HAND. THINGS WERE HAPPENING QUICKLY ALL AROUND AND DAVID EDMOND'S HANDS WERE MOVING ALL OVER THE PLACE. I THOUGHT THAT DAVID EDMOND WAS GOING TO PUNCH MR. REESE AS THEY WERE ONLY ABOUT TWO (2) FEET APART, SO I MOVED FORWARD AND GRABBED DAVID EDMOND BY THE ARMS. HE START CONTINUED YELLING "GET YOUR HANDS OFF ME" AND WAS ALSO MOVING ALL AROUND TRYING TO BREAK FREE FROM MY GRASP. I DID NOT HAVE FULL CONTROL OF DAVID EDMOND, AND ANOTHER GUARD SCOTT PARTLOW, WALKED OVER AND WRAPPED HIS ARMS AROUND DAVID EDMONDS, WITH SCOTT PARTLOWS' MOTION FORWARD CAUSING HIM AND DAVID EDMOND TO FALL TO THE GROUND. DAVID EDMOND CONTINUED MOVING AROUND ON THE FLOOR AND I GRABBED HIS LEGS —

CONTINUED ON PG 2

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

_____   __6/10/2015__
Signature of person giving statement        Date

_Edward Zimmerman_ PO 5828/720/T3
Witnessing officer

Signature of person giving statement

_____

Sworn to before me

_____, 20____

Notary Public

53-0176  07/05cg

Case 2:16-cv-02871-RJD-VMS    Document 107-23    Filed 10/02/18    Page 18 of 29
PageID #: 4835

JJ 13-325657

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

PAGE 2 OF STATEMENT OF JERRY CHAN

IN ANOTHER ATTEMPT TO CONTROL HIM, WITH DAVID EDMOND CONTINUALLY YELLING "GET YOUR HANDS OFF ME". MR. BOWLAY-WILLIAMS, WHO IS A TEACHER, GOT INVOLVED AND AT SOME POINT ASSISTED DAVID EDMONDS IN BEING STOOD UP. I DON'T KNOW WHO HE WAS TALKING TO, BUT AT SOME POINT DAVID EDMOND STATED TWICE, "GET THESE NIGGERS OFF ME". MR. BOWLAY THEN GRABBED DAVID EDMOND FROM BEHIND BY THE SHOULDERS AND FORCEFULLY MOVED HIM INTO THE ATHLETIC DIRECTORS OFFICE. I THEN CONTINUED CLEARING THE HALLWAYS. I HAVE READ THE FOREGOING TWO (2) PAGE STATEMENT AND IT IS TRUE AND ACCURATE.

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

_____    6/10/2013
Signature of person giving statement    Date

Edward Zimmerman PO 5828 7/20/13
Witnessing Officer

PDCS-7129

53-0113::9/96pa



POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
ACCREDITED LAW ENFORCEMENT AGENCY
STATEMENT FORM
PDCS-1165b

C.C. # 15-325657

Date 6/10/15   Time 1100

Page 1 of 3

I, ___Scott Reese___ (being duly sworn) deposes and says:
name

(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am __43__ years old.
(age)

I was born on ___-/71___. I am giving this statement to ___P.O. Zimmerman #5828___.
d.o.b.                                                    (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I AM CURRENTLY GIVING THIS STATEMENT TO OFFICER ZIMMERMAN AT THE LONGWOOD HIGH SCHOOL ON WEDNESDAY JUNE 10th, 2015 AT 11:00 A.M. I AM EMPLOYED BY THE LONGWOOD SCHOOL DISTRICT AS AN ASSISTANT PRINCIPAL, AND HAVE BEEN DOWN THERE FOR THE PAST ELEVEN (11) YEARS. ON THURSDAY JUNE 4th, 2015 I WAS AT THE SCHOOL AND WAS ADVISED THAT THE SENIOR CLASS WAS ATTEMPTING TO CONDUCT A PRANK AFTER 4th PERIOD WHICH ENDS AT 10:03 A.M. ALL AVAILABLE PERSONNEL WAS ASSIGNED TO COVER THE SCHOOL EXITS AS THE PRANK WAS FOR THE KIDS TO RUN OUTSIDE AND PLAY TAG. WHILE LISTENING TO THE RADIO, I HEARD ANOTHER ASSISTANT PRINCIPAL MRS. SMITH, REQUEST ASSISTANCE IN THE 1600 HALLWAY AS THERE WERE NUMEROUS STUDENTS IN THE HALLWAY AND IT WAS BECOMING CHAOTIC. So I BEGAN CLEARING THE HALLWAY AND AS I GOT ABOUT THREE QUARTERS OF THE WAY DOWN, I STARTED STARTED WALKING IN THAT DIRECTION, AND AS I GOT CLOSE TO I, I SAW A LARGE GROUP OF STUDENTS WALKING TOWARDS ME CHANTING "ASSHOLES, ASSHOLES". THERE WAS A STUDENT IN A RED SHIRT OR HOODIE THAT WAS IN THE FRONT OF THE GROUP AND I SAW HIM CHANT "ASSHOLES, ASSHOLES" TWICE. WE THEN LOCKED EYES AND I SAW HIM CHANT "ASSHOLE" AT ME. I THEN PUT MY ARM OUT WITH MY HAND OPEN TO STOP HIM, AS THE GROUP, WHICH LOOKED LIKE A SMALL MOB WAS BECOMING LOUDER AND MORE DISRUPTIVE AND I THOUGHT THAT IF I STOPPED THE GUY IN THE FRONT, THEN THE REST OF THE GROUP WOULD STOP AND DISPERSE. I RECOGNIZED THE STUDENT'S FACE, BUT DID NOT KNOW HIS NAME, AND HE CONTINUED TO WALK INTO MY OUTSTRETCHED HAND AND THEN HE MOVED TO THE SIDE —

CONTINUED ON PAGE 2

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

_____ 6/10/15
Signature of person giving statement        Date

_Zimmerman PO 5828/720/T3_
Witnessing officer

Signature of person giving statement

_____

Sworn to before me

_____ , 20 ____
Notary Public

53-0176.. 07/05cg

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

PAGE 2 OF STATEMENT OF SCOTT REESE.

TO GO AROUND MY ARM. I MOVED IN THE DIRECTION THAT HE WAS GOING AND HE CONTINUED TO TRY AND GET PAST ME SO I GRABBED HIS SHIRT WITH MY LEFT HAND AS MY RIGHT HAND WAS BANDAGED FROM A PRIOR INJURY. THE STUDENT, WHO I LATER LEARNED WAS DAVID EDMOND THEN STARTED YELLING "GET YOUR HANDS OFF ME", AND BEGAN POINTING HIS FINGER IN MY FACE. HE WAS BECOMING MORE AND MORE AGGRESSIVE AND I COULD NOT BELIEVE HIS BEHAVIOR. DAVID EDMOND THAT BEGAN HITTING MY LEFT HAND AND I THEN GRABBED HIM WITH MY RIGHT HAND AS WELL TO TRY AND GET CONTROL OF HIM. HE HIT THAT HAND AS WELL AND I QUICKLY RAISED IT BACK, WINCING FROM THE PAIN AS WELL. I ALSO RELEASED MY LEFT HAND AND STEPPED BACK, WHERE MY BACK WAS AGAINST THE WALL. DAVID EDMOND THEN BEGAN YELLING IN MY FACE, AGAIN STATING THAT I COULD NOT TOUCH HIM. ANOTHER STUDENT, WHO I LATER IDENTIFIED AS B██████ W█████, ALSO STEPPED UP ALONGSIDE DAVID EDMOND. THEY WERE SO CLOSE TO ME THAT I COULD FEEL THEIR SALIVA ON MY FACE, AND I BELIEVED THAT I WAS ABOUT TO BE HIT. SCHOOL SECURITY GUARDS THEN GRABBED BOTH DAVID EDMOND AND B██████ W█████ AWAY FROM ME. I WAS IN DISBELIEF AT WHAT JUST HAPPENED, AND AFTER GETTING MY SENSES BACK I TRIED CLEARING THE HALLWAY. I ALSO BELIEVED THAT IF I HAD NOT TRIED TO STOP THE MOB, THEN IT WOULD HAVE CONTINUED — CONTINUED ON PG 3

False statements made herein are punishable as a Class "A" misdemeanor pursuant to Section 210.45 of the Penal Law.

Signature of person giving statement                    6/10/15

Edward Zimmerman POS 828/720/73
Witnessing Officer

PDCS-7129                                    53-0113::9/96pa

PAGE 3 OF STATEMENT OF SCOTT REESE.

AND GOTTEN WORSE, AS THE GROUP WAS NON-COMPLIANT WITH VERBAL EFFORTS TO STOP.

I WOULD LIKE TO ADD, THAT WHEN I FIRST TRIED TO STOP DAVID EDMOND WITH MY OUTSTRETCHED ARM, HE WALKED INTO IT AND TRIED TO STEP AROUND IT, HE IMMEDIATELY TOLD ME TO GET HIS HANDS OFF HIM AND THAT I COULD NOT TOUCH HIM. I INFORMED HIM THAT I COULD TOUCH HIM, AND HE AGAIN TRIED TO GET PAST MY OUTSTRETCHED ARM, AS I THEN GRABBED HOLD OF THE JACKET/SHIRT THAT HE WAS WEARING. I HAVE READ THE FOREGOING THREE (3) PAGE STATEMENT AND IT IS TRUE AND ACCURATE.

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law.

Signature of person giving statement                    Date  6/10/15

Edward Zimmerman PO 5828/720/T3

PDCS-7129                                                              53-0113::9/96pa

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

J███ B███ ████   7/9/15 @ 1445 VIA phone

CURRENTLY IN Lake George, VERY GOOD FRIENDS w/ DAVID EDMOND

- IN HALLWAY IN GROUP BUT A DISTANCE AWAY
- SAW DAVID EDMOND yelling IN A.D. REESES' FACE
  AFTER REESE yelled IN DAVIDS FACE
- SAW GUARD Scott WALK UP BEHIND DAVID, PUT ARM
  AROUND HIS NECK AND THEN pull HIM TO GROUND OVER
  HIS KNEE.
- DAVID ON GROUND yelling "GET YOUR HANDS OFF
  ME" & "GET OFF MY NECK"
- GUARDS pick DAVID EDMOND UP. MR Boulay INTERCEDES,
  HAS DAVID UP AGAINST WALL TRYING TO calm HIM DOWN
- DOESN'T KNOW WHAT DAVIDS' SAYING. WAS A SHORT
  DISTANCE AWAY.

53-0113::9/96pa

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

████ W ████   223 BELLPORT RD.

IN PRESENCE OF PARENTS & P.O. PEDERSON

- INCIDENT STARTED W/ GYM TEACHERS & C████-F████
- OTHER STUDENTS CHANTING ASSHOLE
- AP REESE WALKING TOWARDS GROUP. AS HE WADED THROUGH CROWD POINTED AT DAVID EDMOND. THEN GRABBED EDMOND BY SHIRT - PUSHED HIM UP AGAINST WALL. DAVID SLAPPED HAND ~~DOWN~~ DOWN AND AWAY. "YOU CAN'T TOUCH ME LIKE THAT" (I'M NOT GONNA LIE
    - DAVID BECOMING AGGRESSIVE - REESES BACK TO WALL AND BACKING UP. DAVID GETTING IN HIS FACE MOVING FORWARD)
    - OLDER GUARD NOW AT DAVIDS SIDE (LT. HISPANIC OLDER) DAVID STILL YELLING.
- B████ BEING HELD AGAINST WALL BY OTHER GUARDS (AMPED UP)
- CAN SEE OUT OF CORNER OF EYE DAVID BEING LIFTED UP BY SHIRT AND SLAMMED DOWN TO GROUND. B████ PUSHED AWAY AND INTO ROOMS
- DOES NOT SEE ANYTHING ~~FORER~~ FURTHER
- DID NOT WISH TO GIVE WRITTEN STATEMENT. PARENTS ASKED IF IT COULD WAIT. DOESN'T WANT NAME ON ANYTHING OR TO BE ATTACHED W/ INCIDENT

53-0113::9/96pa

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

B███████ Z███    7/20/15 @ 2200HRS   AT RESIDENCE

- ORIGINAL INCIDENT W/ C███████ F███ & MR CIPP
- WALKING DOWN HALL - REESE WALKING TOWARDS DAVID - NOT SURE IF HE'S DAVID'S A.P. BUT HE MUST KNOW HIM AS HE VEERED DIRECTLY AT HIM
- REESE GRABBED DAVID BY SHIRT
- DAVID SAYING YOU CAN'T TOUCH ME LIKE THAT
- PUSHES REESE'S HAND DOWN AND AWAY FROM HIM
- ATTEMPTS TO WALK AWAY GUARD GRABS HIM AND THROWS HIM TO GROUND
- KEVIN ZUCKER COMES OUT - INCIDENT HAPPENED A LONG TIME AGO AND HE (B█████) CAN'T REMEMBER. WRITTEN STATEMENT NOT NECESSARY AS HE (B█████) DOESN'T WANT TO GET INVOLVED. KZ
- KEVIN ZUCKER GOES BACK INTO HOME. STATES THAT "YOU CAN TALK TO HIM"
- DAVID EDMOND ON GROUND FOR LONG TIME - MR. BOWLAY WILLIAMS COMES AND BREAKS IT UP.

53-0113::9/96pa

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

C██████ F██████

6/24/15   1350pm   via phone

Your Accused of Taping Teacher
Shows Teacher phone - Don't Touch Me
Continues walking w/David (Right next to Him)
- other students chanting "Asshole" maybe 20-30 kids
- Reese coming other way walks past kids
chanting Asshole - Goes straight for David and
David Grabs Him
- David saying Get off me you can't touch me like That
- Reese and David Arguing
- No Other Guards Around David
- Guard Scott comes up Behind Him
wrapping Arm David put Him into Headlock
used his weight to Bring David Down Then
sat on top of Him continuing choke Hold.
- David couldn't Breathe - Bowlay comes over
- C██████ pulled Away AT This point Does
not see How David Got up or what Happened
After That

53-0113::9/96pa

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

CASTIGLIONE    6/26/15 @ 1530Hrs  VIA Phone   514-1663

- LARGE GROUP SPRINTED BY (UNKNOWN WHY)
KIND OF UNNERVING UNKNOWN WHAT HAPPENING/SCARED TO DEATH
SPECIAL ED KIDS IN HALLWAY - BECOMING UPSET/SCARED
COMMOTION HEARD   - YELLING/CHANTING
- WALKED TOWARDS IT W/ANOTHER TEACHER   (MR BOWLAY
- SEES KID GET SLAMMED TO THE GROUND - ABOUT 30FT AWAY
- KIDS CHANTING YOU'RE GETTING FIRED -
CHAOS/INTENSITY ESCALATING FAST
- BOWLAY GOES TO STUDENT ON GROUND (LATER SEES THAT
ITS DAVID EDMOND
- BOWLAY PICKS HIM UP - STILL YELLING/SCREAMING/CURSING
FIRE IN EYES/ADRENALINE UP /FIRED UP /NOT NORMAL
- SEES ANOTHER STUDENT BEING HELD UP ON WALL
BELIEVES IT TO BE ANOTHER STUDENT/THEN SEES IT
IS B███████ W█████ (HAS PRIOR RELATIONSHIP W/ HIM) - GOES
AND CALMS HIM DOWN
- YELLING YOU CANT PUT YOUR HANDS ON ME
- MOVES HIM TO ANOTHER ROOM - CALMS HIM DOWN
NOW W/SECURITY
- SEES DAVID EDMOND - ASKS HIM IF HE'S OK - STILL
FIRED UP/ LOT OF EMOTION

- LEADERS OF GROUP - ABOUT 4 OR 5
B███████ Z█████ AND C███████ F█████ APPEAR TO
BE UNDER INFLUENCE OF SOMETHING    CHANTING
OUT OF CONTROL  UNBELIEVABLE LANGUAGE  EVERY OTHER
WORD "FUCK"

PDCS-7129                                                        53-0113::9/96pa

No RATIONALIZING w/ STUDENTS    COULD NOT BELIVE

STUDENTS NOT STOPPING WHEN Ashed By PRINCIPALS

                                        NOT A
BELIVED THAT IF THERE WAS RELATIONSHIP w/ STUDENT/TEACHE
(STUDENTS)
THey WOULD NOT LISTEN

PDCS-7129

53-0113::9/96pa

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

D█████ B█-W██████

6/24/15    1410 Hrs

—WAS AT/WITH DAVID EDMOND DURING PRANK —

—WENT TO CLASS AFTER THAT

—HEARD ABOUT INCIDENT w/ A.P. REESE AND

WATCHED VIDEO ON TWITTER.

POLICE DEPARTMENT
COUNTY OF SUFFOLK, N.Y.

A) ▓▓▓▓▓▓ L ▓▓▓▓▓ ▓▓▓▓▓ /97     846-9816

KNEW ~~THAT PRANK~~ THAT PRANK WAS HAPPENING

SAW GROUP GO OUT THEN COME BACK

CHANTS OF Assholes - Assholes - UNKNOWN by WHom SPECIFICALLY.

SAW REESE GO DIRECTLY AT DAVID EDMOND

DAVID SAYING DON'T TOUCH ME - REESE - I CAN DO WHATEVER
I WANT.

DAVID RAISING VOICE AT REESE - TELLS HIM YOU'RE
FUCKING CRAZY.

GUARD RIGHT NEXT TO DAVID WHEN SCOTT CAME OVER
TOP AND GRABBED DAVID YANKING HIM TO GROUND -
THEY COULD HAVE LOST BALANCE?.   lockens HEAD lock
IN THEN.

Bowlay CAME OVER - I GOT HIM, LET HIM GO
Bowlay FINALLY lifted BOTH OF THEM UP -
Bowlay SEPARATED DAVID FROM GUARDS TOOK HIM
TO ANOTHER ROOM

53-0113::9/96pa