# Exhibit "W"

## Caroline L. Zacholl

| | |
|---|---|
| **From:** | Scott Reese <Scott.Reese@Longwoodcsd.org> |
| **Sent:** | Thursday, June 4, 2015 10:38 AM |
| **To:** | Maria Castro; Melissa  Conlon; Alicia Smith; Renee Lopez |
| **Cc:** | James Perrotta; James  Crenshaw; Barbara Merkle; Ann Marie Knight; Roberta Chauvin; Grace Ioanna |
| **Subject:** | 1600 hallway incident |

Below is a description of events that occurred between period 4-5 on 6/4/15

I was attempting to clear the hallways of students and was informed that there was a large group of students causing a major disruption in the 1600 hallway... as I went down the hallway there was a group of 10-20 students chanting "assholes" as they moved down the hallway... one student looked right at me and said "asshole" again.. I asked him to stop, and he kept walking chanting "assholes" over and over... I put my arm out to slow him and he refused to stop, I then put my hand on his chest to stop him, he became verbally aggressive and postured very aggressively toward me stating repeatedly that I "couldn't touch him". I informed him that I could touch him and that he needed to stay with me while security and I attempted to break up the mob that had formed... he continued to fight against me, slapping my hand away and posturing very aggressively toward me. That student's name is David Edmunds. At the same time another student, B⁻     W₁     came at me yelling in my face that "I couldn't touch him etc." B₁        : was also very aggressively yelling in my face and posturing eminent physicality. At this time security staff members began to restrain David and B₁       ₁. Both students continued to struggle against security for an extended period of time, gross insubordination, inciting instigating discord, threatening behavior toward administrative staff and security.

The behavior of both of these students is beyond anything I have seen. I am recommending the following for both:

5 day OSS + COH (suspension needs to extend into testing)
No prom
No graduation
B₁     . W₁     · was also getting a BUTY scholarship.... My office will have his check sent home, he is not allowed to attend senior scholarship night.

*Scott Reese*
*Assistant Principal, LHS*
*AP Testing Coordinator*
*LCSD Golf Outing, Chairman*

1