**SILVERMAN & ASSOCIATES** | ATTORNEYS AT LAW

December 17, 2018

**VIA ECF and FEDERAL EXPRESS**
Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    *David Edmond, et al v. Longwood Cent. Sch. Dist., et al*
              16-CV-2871 (JFB)(AYS)

Dear Judge Bianco:

    We represent the defendants in the above-referenced matter. As per your Honor's request during the December 10, 2018 Oral Argument, enclosed please find a Courtesy Copy of a CD containing the District's security footage of the incident underlying the plaintiffs' claims (Exhibit "Q" to the Declaration of Caroline B. Lineen in Support of the Defendants' Motion for Summary Judgment). I apologize that this copy was not sent to your Honor last week as discussed during the Oral Argument, but I went into labor following the oral argument and delivered a child the next morning.

    In addition, since the issue arose during Oral Argument, we respectfully wish to advise the Court that the defendants' last production of any documents, other than the plaintiff's own medical and employment records obtained pursuant to authorization, was made to the plaintiffs in early March 2018. Accordingly, the plaintiffs could have properly and timely produced their purported expert report by the June 1, 2018 deadline and certainly well before September 27, 2018 and the failure to do so was not occasioned by the continuous receipt of new productions from defendants.

    Should the Court require anything further from us, please do not hesitate to contact us. We greatly appreciate the Court's time and attention to this matter.

        Respectfully submitted,

        SILVERMAN & ASSOCIATES

        *Caroline B. Lineen*

        By: _____

TO:    **Via ECF (w/o encl.)**
       Cory H. Morris, Esq.
       Attorney for Plaintiffs