

**LAW OFFICES OF
CORY H. MORRIS
ATTORNEY &
COUNSELOR AT LAW**

# Via Electronic Case Filing Only

November 14, 2019

Hon. Gary R. Brown, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York

**2:18–cv–07011 RRM-GRB**
*John Lepper et al* v. *Village of Babylon et al,*

Hon. Vera M. Scanlon, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 S.
Brooklyn, N.Y. 11201

**2:16-cv-02871-RJD-VMS**
*Edmond et al* v. *Longwood Central School District et al*

*re* **Resolution of scheduling conflict November 20, 2019**

Dear Judge Brown and Judge Scanlon:

This letter is an application for resolution of a scheduling conflict created by Counsel for Defendants Village of Babylon, et al. who demanded that the undersigned cancel his court appearance before Judge Scanlon on November 21, 2019 to depose the Defendant Mayor.

Judge Scanlon rescheduled, at Defendants request and with Plaintiffs' consent, an in person status conference from November 5, 2019 to November 21, 2019 at 12:30 PM in Brooklyn on the *Edmond* case which is was filed on June 3, 2016.

In the *Lepper* v. *Village of Babylon et al* case, Plaintiffs first noticed the deposition of Defendant Mayor Ralph Scordino on December 17, 2018. Counsel for Defendants has categorically refused to produce the Defendant Mayor, the Chief Executive Officer of Defendant Babylon Village and the individual identified during every other deposition that Plaintiffs were forced to endure as the most knowledgeable about the circumstances of prosecuting the Lepper Family for their children's treehouse. On April 3, 2019, U.S.M.J. Brown ordered "All Discovery due by 10/01/2019." On October 21, 2019, U.S.M.J. Brown extended the Discovery deadline to November 30, 2019 and ordered the deposition of Defendant Mayor.

After a series of unproductive "meet and confer" telephone conferences in *Lepper* v. *Village of Babylon et al,*, U.S.M.J. Brown ordered the production of Defendant Mayor Scordino for Deposition during the week of November 18. Plaintiffs' counsel provided dates for the deposition of the Defendant Mayor in *Lepper* v. *Village of Babylon et al,* explaining dates that the undersigned was unavailable because other matters requiring his appearance were scheduled.

Defense counsel in *Lepper* v. *Village of Babylon et al* knew, submitting the electronic mail conversations [D.E. 71-1] that Counsel for Plaintiff would be engaged in Brooklyn on November

**Please send all mail to:** 135 Pinelawn Road, Suite 260s, Melville NY 11747

TEL: 631.450.2515 | FAX: 631.223.7377 | WEB: coryhmorris.com | EMAIL: info@coryhmorris.com

515 East Las Olas Boulevard, Suite 120 • Fort Lauderdale, FL 33301   *By appointment only*

21 in the *Edmond* matter, and now demands that "Since November 20 is not feasible, please obtain coverage for your Brooklyn appearance so that the deposition can go forward on November 21, 2019." (electronic mail chains enclosed hereto).

This scheduling conflict is problem manufactured by Defendants as evidenced from the following exchange of electronic mailings between Counsel for Plaintiff Cory H. Morris and Counsel for Defendants Eric P. Tosca.

As contained in Docket Entry 71-1, on October 30, 2019, the undersigned did write to Eric Tosca, counsel for Defendants in *Lepper* v. *Village of Babylon et al* that

> As per our meet and confer conversation today where you said "you will get to it" in regards to producing the mayor ... Defendants have not offered any dates for the deposition of the Defendant Mayor in this case — you stated you need to talk to the Mayor and we would have the deposition of the mayor "when you get to it" this is unacceptable.

> Plaintiff noticed the deposition of the Defendant Mayor in 2018 - give us a date in which he will be produced for deposition.

> Plaintiffs suggested November 4, 2019 for the deposition of the Defendant Mayor and demands you immediately provide the electronically stored information pursuant to the litigation hold served last year in this case. You refused.

Plaintiffs provided four days that counsel was available for deposition of Defendant Mayor. Defendants ignored these dates. On November 5, 2019 and November 7, 2019, Plaintiff informed defense counsel in *Lepper* v. *Village of Babylon et al* that he was unavailable to take the deposition on November 21, 2019 due to his engagement in Kings County, New York. Defendants acknowledge this writing by uploading it to the Court in docket entry 71-1.

Nonetheless, on November 13, 2019, defense counsel in *Lepper* v. *Village of Babylon et al* asked "... Please confirm the following in light of the recent order of Magistrate Brown: Deposition of Mayor Scordino: 10 a.m. November 21, 2019."; see enclosed electronic mail chain. Defendants knew of this active engagement; Defendants knew this matter was scheduled long before the successive orders by U.S.M.J. Brown and Defendants uploaded a document evidencing the same.

While the local rules require meet and confer such rules cannot be construed to subject counsel to vituperative regurgitation of the same explanation why the active engagement before a United States Magistrate Judge has not changed. Courtesy and common sense must not be divorced from these circumstances. After being accused [D.E. 71] of all sorts of wrongdoing by defense counsel, what did not change was the previously scheduled federal court conference when defense counsel learned the Defendant Mayor had to be produced in the same week.

As detailed in the electronic mail chain enclosed hereto, in response to Defendants on November 13, 2019, the undersigned stated "I can order a court reporter and depose the Mayor tomorrow. There will be no site inspection tomorrow." In response, defense counsel in *Lepper* v. *Village of Babylon et al* stated "We are not available tomorrow for his deposition tomorrow." Lastly, the undersigned replied "I gave you four dates for the mayor's deposition previously and you have again provided the same date which I told you I was to be in Brooklyn...When are you

2 | Page

producing the Mayor? Provide all dates that he is available so that my office may coordinate a time to depose him and schedule other matters."

Defense counsel's concluding email received on November 13, 2019 at 3:19 PM is why the undersigned is forced to seek the counsel of two United States Magistrate Judges. Eric Tosca of Kelly Rode and Kelly who represents the Defendant Mayor stated that " I have checked the availability of the Mayor for November 20 and it is not feasible…We had previously reached out to you for November 22 and when you stated you had an appearance in Brooklyn, we offered November 21, 2019.  You then stated again you would be engaged in Brooklyn…Since November 20 is not feasible, please obtain coverage for your Brooklyn appearance so that the deposition can go forward on November 21, 2019."

Throughout this litigation, Counsel for Defendants has continuously refused to produce a named defendant Mayor Scordino for a deposition without successive applications to this Court. After the can was kicked down the line [see D.E. 69-70], a letter from the mayor about treehouses and other things was produced. Defendants were Ordered to produce the defendant Mayor Scordino. Notices were filed [D.E. 68], dates were provided and successive Court Orders were issued all the while the undersigned continued to represent other clients in various forums without a demand from any other attorney that would require an application such as this.

Defendant Mayor Scordino in the *Lepper* case is a full time employee of the Defendant Village of Babylon and from the first effort to take his deposition, Counsel for Plaintiff offered to conduct the deposition at his office in Village Hall. Counsel for Plaintiff will make himself available on November 18, 19, or 20. So too, the Defendant Mayor should be able to make himself available on one of those days. Counsel for Plaintiff is a solo practitioner and is the only attorney fully knowledgeable of all the facts and circumstances in both the *Edmond* and *Lepper* cases. No person is available nor capable to cover such matter as demanded by defense counsel.

Plaintiffs in *Lepper* respectfully ask you, Judge Brown, to order Defendant Mayor Scordino to appear for deposition in his office at the Babylon Village Hall on November 18, 19, or 20.

We seek this ruling to advise U.S.M.J. Vera M. Scanlon as to why a previously scheduled conference that required the cooperation of both parties might have to be adjourned due to the demand of a party litigant in *Lepper v. Village of Babylon et al.* for discovery which should have long since been completed before presenting Counsel for Plaintiff with a Hobson's choice

The undersigned respectfully prays a determination by Your Honors resolving this impasse.

Respectfully submitted

THE LAW OFFICES OF CORY H. MORRIS
*Attorneys for the Plaintiffs in each case*

3 | Page